1  Richard D. McCune, State Bar No. 132124
   rdm@mccunewright.com
2  David C. Wright, State Bar No. 177468
   dcw@mccunewright.com
3  Steven A. Haskins, State Bar No. 238865
   sah@mccunewright.com
4  Mark I. Richards, State Bar No. 321252
   mir@mccunewright.com
5  **MᴄCᴜɴᴇ Wʀɪɢʜᴛ Aʀᴇᴠᴀʟᴏ LLP**
   3281 Guasti Road, Suite 100
6  Ontario, California  91761
   Telephone: (909) 557-1250
7  Facsimile: (909) 557-1275

8  Benjamin L. Bailey*
   bbailey@baileyglasser.com
9  Eric B. Snyder*                              Todd A. Walburg, State Bar No. 213036
   esnyder@baileyglasser.com                    twalburg@baileyglasser.com
10 Jonathan D. Boggs*                           BAILEY GLASSER LLP
   jboggs@baileyglasser.com                     475 14th Street, Suite 610
11 BAILEY GLASSER LLP                           Oakland CA 94612
   209 Capitol Street                           T: 510.207.8633
12 Charleston, West Virginia 25301              F: 510.463.0241
   Telephone: 304-345-6555

13
14 *Pro Hac Vice Application to be Submitted
   Attorneys for Plaintiffs and the Putative Class

15          **IN THE UNITED STATES DISTRICT COURT**

16        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

17 INKIE LEE; WAYNE SALLURDAY;          Case No.:
   LORI SALLURDAY; ANANDHI
18 BHARADWAJ; SARGON DANIEL;            Judge Assigned:
   STEPHANIE GLEASON; LAVERNE           Complaint filed: January 20, 2020
19 JACKSON; and SANDY XIA, on
   behalf of themselves and all others  **CLASS ACTION COMPLAINT**
20 similarly situated,

21            Plaintiffs,              1.  Violations of the Magnuson-Moss
                                           Warranty Act, 15 U.S.C. § 2301, et seq.
22       v.                           2.  Violation of the California Consumer
                                           Legal Remedies Act, Cal. Civ, Code
23 TESLA, INC. and Does 1 through 10,       § 1750, *et seq.*
   inclusive,                         3.  Violation of California Unfair
24                                         Competition Law, Cal. Bus. & Prof.
            Defendant.                     Code § 17200, *et seq.*
25                                    4.  Violation of California False
                                           Advertising Law, Cal. Bus. & Prof.
26                                         Code § 17500, *et seq.*
                                      5.  Violation of the Song-Beverly
27                                         Consumer Warranty Act for Breach of
                                           Implied Warranty of Merchantability,
28                                         Cal. Civ. Code §§ 1792 & 1791.1

---

Class Action Complaint
Case No.: 2:20-cv-570

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6.  Violation of the Song-Beverly Consumer Warranty Act for Breach of Express Warranties, Cal. Civ. Code § 1793.2(d) & 1791.2
7.  Breach of the Implied Warranty of Merchantability, Cal. Com. Code § 2314
8.  Breach of Express Warranty, Cal. Com. Code § 2313
9.  Breach of Contract/Common Law Warranty, under California Law
10. Common Law Fraudulent Concealment, under California Law
11. Arizona Consumer Fraud Act, A.R.S. § 44-1521, et seq.
12. Breach of Express Warranty, under Arizona Law
13. Breach if Implied Warranty, under Arizona Law
14. Breach of Express Warranty, Ga. Code. Ann. §§ 11-2-313 And 11-2a-210
15. Breach of Implied Warranty of Merchantability, Ga. Code. Ann. §§ 11-2-314 And 11-2a-212
16. New Jersey Consumer Fraud Act, N.J.S.A. § 56:8, *et seq.*
17. Breach of Express Warranty, Under New Jersey Law
18. Breach of Implied Warranty, Under New Jersey Law
19. Violations of the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 Pa. Stat. § 201-1, *et seq.*
20. Breach of Express Warranty, Under Pennsylvania Law
21. Breach of Implied Warranty, Under Pennsylvania Law

**DEMAND FOR JURY TRIAL**

Class Action Complaint
Case No.: 2:20-cv-570

1

## TABLE OF CONTENTS

2

*Page*

3  TABLE OF CONTENTS ............................................................................................ i

4  I.     INTRODUCTION ........................................................................................ 1

5  II.    JURISDICTION AND VENUE ................................................................... 4

6  III.   PARTIES ..................................................................................................... 4

7  IV.    GENERAL ALLEGATIONS ....................................................................... 6

8         A.    Tesla Attempts to Enter the Automotive Manufacturing Market Despite

9               Naturally High Barriers to Entry ..................................................... 6

10        B.    The Model S ..................................................................................... 7

11        C.    The Model X ..................................................................................... 8

12        D.    The Model 3 ..................................................................................... 9

13        E.    Tesla Markets the Safety of Vehicles ............................................ 13

14        F.    SUA Problem ................................................................................. 16

15        G.    Tesla's Introduces Obstacle-Awareness Acceleration ................... 134

16        H.    Cause of the SUA Events .............................................................. 143

17  V.     PLAINTIFF-SPECIFIC ALLEGATIONS ................................................ 145

18        A.    Plaintiff Inkie Lee's Model X SUA Event ................................... 145

19        B.    Plaintiff Lori Sallurday's Model S SUA Event ............................ 146

20        C.    Plaintiff Bharadwaj's Model 3 SUA Event .................................. 147

21        D.    Plaintiff Daniel's Model 3 SUA Incident ..................................... 147

22        E.    Plaintiff Gleason's Model X SUA Incident .................................. 148

23        F.    Plaintiff Jackson's Model X SUA Incident .................................. 148

24        G.    Plaintiff Xia's Model S SUA Incident .......................................... 148

25  VI.    TOLLING OF STATUTES OF LIMITATIONS ....................................... 150

26  VII.   CLASS ALLEGATIONS ........................................................................... 151

27  VIII.  CAUSES OF ACTION .............................................................................. 154

28

Class Action Complaint
Case No.: 2:20-cv-570

TABLE OF CONTENTS (cont.)

*Page*

A.   Claims Brought on Behalf of the Nationwide Class .................................. 154

COUNT I:_VIOLATIONS OF THE MAGNUSON-MOSS WARRANTY
ACT ............................................................................................ 154

B.   Claims Brought on Behalf of the California Class .................................... 156

COUNT II:_VIOLATIONS OF THE CONSUMER LEGAL REMEDIES
ACT ("CLRA") ...................................................................... 156

COUNT III:_VIOLATIONS OF THE CALIFORNIA UNFAIR
COMPETITION LAW ............................................................. 158

COUNT IV:_VIOLATION OF CALIFORNIA FALSE ADVERTISING
LAW ....................................................................................... 159

COUNT V:_VIOLATIONS OF THE SONG-BEVERLY ACT – BREACH
OF IMPLIED WARRANTY ...................................................... 161

COUNT VI:_VIOLATION OF THE SONG-BEVERLY CONSUMER
WARRANTY ACT FOR BREACH OF EXPRESS
WARRANTIES ........................................................................ 162

COUNT VII:_BREACH OF IMPLIED WARRANTY ............................ 164

COUNT VIII:  BREACH OF EXPRESS WARRANTY .......................... 166

COUNT IX:_BREACH OF CONTRACT/COMMON LAW
WARRANTY ........................................................................... 167

CAUSE OF ACTION X:_COMMON LAW FRAUDULENT
CONCEALMENT .................................................................... 169

C.   Claims Brought on Behalf of the Arizona Class ...................................... 169

COUNT XI:_ARIZONA CONSUMER FRAUD ACT ............................ 169

COUNT XII:_BREACH OF EXPRESS WARRANTY ............................ 171

COUNT XIII:_BREACH OF IMPLIED WARRANTY ........................... 172

ii

1

TABLE OF CONTENTS (cont.)

2

*Page*

3      D.    Claims Brought on Behalf of the Georgia Class .........................................173

4            COUNT XIV:_BREACH OF EXPRESS WARRANTY ...........................173

5            COUNT XV:_BREACH OF IMPLIED WARRANTY OF

6               MERCHANTABILITY .....................................................................175

7      E.    Claims Brought on Behalf of the New Jersey Class ...................................176

8            COUNT XVI:_NEW JERSEY CONSUMER FRAUD ACT ...................176

9            COUNT XVII:_BREACH OF EXPRESS WARRANTY........................177

10            COUNT XVIII:_BREACH OF IMPLIED WARRANTY ........................179

11      F.    Claims Brought on Behalf of the Pennsylvania Class: ...............................180

12            COUNT XIX:_VIOLATIONS OF THE PENNSYLVANIA UNFAIR

13               TRADE PRACTICES AND CONSUMER PROTECTION LAW .180

14            COUNT XX:_BREACH OF EXPRESS WARRANTY ...........................182

15            COUNT XXI:_BREACH OF IMPLIED WARRANTY ...........................184

16 IX.    PRAYER FOR RELIEF .........................................................................................185

17

18

19

20

21

22

23

24

25

26

27

28

Class Action Complaint
Case No.: 2:20-cv-570

# I.    INTRODUCTION

1.    Technology can change society for the better, but the objectives of even the most well-meaning innovators never quite fully align with the public's best interests.  The profit motive reigns supreme, and history reveals that when faced with pressures to increase revenue and production, corporate actors often prioritize their profits over the public good.  In this sense, Tesla Inc.'s attempt to change the automobile industry is a matter of history repeating itself.  Even as Tesla attempts to innovate on an unprecedented scale—design and manufacture a high-performance electric vehicle for the masses—it has had to engage in tradeoffs, with the result that Tesla has sold dangerous and defective vehicles to American consumers for several years now. And despite repeated incidents implicating these defects—some of which have even led to loss of life—Tesla refuses to acknowledge, much less remedy, these defects.  For the foregoing reasons, Plaintiffs Inkie Lee, Wayne Sallurday, Anandhi Bharadwaj, Sargon Daniel, Stephanie Gleason, Laverne Jackson, and Sandy Xia bring this lawsuit on behalf of themselves, the putative class, and the general public.

2.    Since 2006, Elon Musk—Tesla's founder and CEO—has promised investors that Tesla could, and eventually would, mass produce an affordable electric-powered vehicle.  From the beginning, Tesla and its investors understood that its survival hinged on achieving unprecedented levels of mass production.  Though Tesla's luxury vehicles—the Roadster, Model S, and Model X—became popular options in the luxury automobile market, Tesla knew that mass production would be required to generate the revenue necessary to recoup its early and sizable costs.  Therefore, Musk pitched investors a simple, almost reductive "Master Plan": "Build sports car.  Use that money to build an affordable car.  Use that money to build even a more affordable car."  But Musk's masterplan vastly oversimplified Tesla's road to sustainability and profitability.

3.    As with any start-up—particularly one in an industry with normally prohibitive barriers to entry such as the automobile industry—Tesla has a recurring problem with cash flow.  Innovation is expensive, and investors eventually demand

1

returns on their investments.  The riskier the investment, the higher the expected return.

While Tesla undoubtedly has financial potential, its success remains a matter of

speculation and debate by the financial community and the public at large.  Tesla's

finances are always under a microscope, and its ability to deliver on its promises of

growth and profit still largely depends on its ongoing ability to raise money from

investors and command sufficient revenue to finance its debts.

4.     Earlier this year, Tesla's investors were again questioning whether Musk's

master plan was viable.  The company had been operating without a profit for nearly

thirteen years and was well behind the production pace needed to fulfill its earlier pledges

to manufacture 500,000 cars annually.  And these were not just typical growing pains.

Tesla was also experiencing considerable consumer backlash because it had announced a

lower-priced, mass-produced vehicle called the Model 3.  Tesla had taken orders and

down payments on the Model 3 from hundreds of thousands of consumers, and many had

been waiting more than two years for the product.  But most could not even secure a

delivery date.  Tesla's stock price fell to multi-year lows.

5.     As 2019 passed, Tesla was finally able to distribute the Model 3 to the

broader audience it had long promised.  The stock has since recovered and revenue is

flowing to Tesla as the Model 3 finally becomes available to the masses, confirming the

Model 3's importance in Tesla's financial strategy.

6.     Unfortunately, Tesla has been overlooking a dangerous problem while

rushing its vehicles to market, and this isn't even its first time doing so.  A defect causes

the Model X, Model S, and Model 3 to accelerate suddenly without prompting from the

driver.  In other words, these vehicles are capable of full power acceleration and

achieving high speeds even if no one presses the acceleration pedal.  And this bug is

recurring:  It has manifested at a staggering rate in Tesla's Model X and Model S

vehicles, and now examples of sudden uncommanded acceleration (or "SUA") are

appearing in the Model 3 as well.

2

7.     This sudden uncommanded acceleration defect (the "SUA Defect") exists in Tesla vehicles even though Tesla has long marketed its vehicles by touting their alleged safety.  Tesla's historical emphasis on its vehicles' safety is a strategic one—it has long touted its safety in the luxury space, where consumers tend to favor performance and handling over safety considerations.  But Tesla has always had its eye on Musk's master plan, carefully marketing its vehicles to signal to safety-conscious consumers—many of whom are now potential Model 3 buyers—that a Tesla is a safe and practical vehicle.

8.     But those physical features only reveal half the story.  They are only as effective as the vehicles' hardware and software—Teslas, after all, are "computers on wheels."  And something has been wrong with these vehicles for quite a number of years.

9.     Indeed, empirical and anecdotal evidence reveals that the integrated electronic hardware and operating software of Tesla's 2013-2020 Model S, 2016-2020 Model X, and 2018-2020 Model 3 (hereinafter, the "Class Vehicles") all suffer from the SUA Defect.  It has manifested many dozens of times over the years, threatening the lives of Tesla occupants and/or anyone within close proximity of Tesla's vehicles.  In at least one recent high-profile case, a Tesla Model 3 suddenly accelerated, ran off a public highway, and struck an office building, killing an office worker in the building.  And, to add insult to very real injury, it appears that Tesla has designed the automobile's sensors to report after such incidents that the driver deployed the accelerator pedal.  In other words, the automobile inexplicably speeds up, then blames the driver.  The SUA Defect's risks are simply unacceptable, and the computerized cover-up is even worse.  Tesla must be held accountable.

10.     Unfortunately, Plaintiff does not yet know the exact nature of the SUA Defect, because Tesla vehicles are a black box by design.  Vicious competition among Tesla and its Silicon Valley-based rivals causes Tesla to resist any disclosure of its proprietary systems or software code, to the point that it daily collects data from each individual Tesla vehicle, but refuses to divulge any data (much less the underlying software code) to vehicle owners.  Tesla's secrecy has made it impossible to determine

3

Class Action Complaint
Case No.: 2:20-cv-570

the specific nature of the SUA Defect, or why its flawed software is causing its vehicles to engage in uncommanded acceleration. For now, it is enough to understand that these defects are manifest in Tesla vehicles, and thus endangering Tesla owners, occupants, and the general public.

## II.    JURISDICTION AND VENUE

11.    This Court has subject matter jurisdiction pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d). The aggregated claims of the individual class members exceed the sum or value of $5,000,000, exclusive of interest and costs; there are more than 100 putative class members defined below; and there are numerous members of the proposed class who are citizens of a state different from Tesla.

12.    This Court has personal jurisdiction over Defendant Tesla because its corporate headquarters and primary manufacturing facility are located in California, it conducts substantial business in the District, and because a substantial part of the acts and omissions complained of occurred in the District.

13.    Venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391(a) and (b) because a substantial part of the events, acts and omissions giving rise to these claims occurred in the Central District of California.

## III.    PARTIES

14.    Plaintiff Inkie Lee, is a resident of La Canada, California. On or about July 19, 2019, Plaintiff Lee purchased a 2019 Model X from the Tesla Store located in Pasadena, California, and online. Plaintiff Lee was the driver of the Model X when the vehicle experienced uncommanded full power acceleration while she was attempting to park in a parking structure located at the southeast corner of Wilshire Boulevard and Serano Road, Los Angeles, California, causing the vehicle to crash into two vehicles, injuring Plaintiff Lee and her sister, who was a front seat passenger in the vehicle.

15.    Plaintiff Wayne Sallurday is a resident of Atglen, Pennsylvania. On or about October 15, 2018, Plaintiff Sallurday ordered a used 2016 Model S online from his home in Pennsylvania. Plaintiff Lori Sallurday was driving the Model S when the

Class Action Complaint
Case No.: 2:20-cv-570

vehicle experienced uncommanded full power acceleration while pulling into a parking spot at Octorara Elementary School, where she worked a gas station on October 30, 2019, in Atglen, Pennsylvania, causing the vehicle to crash into a chain link fence.

16.    Plaintiff Anandhi Bharadwaj is a resident of Atlanta, Georgia.  Plaintiff Bharadwaj purchased a 2018 Model 3 from Tesla.  On May 6, 2019, Plaintiff Bharadwaj was driving the Model 3 when the vehicle experienced uncommanded full power acceleration after having slowed to a halt to wait for this garage door to retract. As a result of the full power acceleration, the vehicle collided with a stone wall.

17.    Plaintiff Sargon Daniel is a resident of Scottsdale, Arizona.  On or about April 18, 2018, Plaintiff Daniel purchased a 2018 Model 3 from Tesla.  On August 10, 2018, Plaintiff Daniel was driving the Model 3 slowly down a driveway as he prepared to turn on the street, when the vehicle experienced uncommanded acceleration, causing the vehicle to surge forward onto the street and collide with another vehicle.

18.    Plaintiff Stephanie Gleason is a resident of Pittsburgh, Pennsylvania.  In or about 2018, Plaintiff Gleason purchased a new 2018 Model X from Tesla.  On August 29, 2019, Plaintiff Gleason was driving her Model X at a slow speed while turning into a driveway, when her Model X experienced uncommanded full power acceleration and crashed in the garage.

19.    Plaintiff Laverne Jackson is a resident of Linden, New Jersey.  In or about 2018, Plaintiff Jackson purchased a 2018 Model X from Tesla.  On September 15, 2019, Plaintiff Jackson was driving her Model X and slowing down as she prepared to turn into a parking lot, when the vehicle experienced uncommanded acceleration, causing the vehicle to surge forward, jump a curb and side-swipe a tree.

20.    Plaintiff Sandy Xia is a dual resident of both California and New York.  In or about 2018, Plaintiff Xia purchased a 2018 Model X from Tesla.  In or about 2019, Plaintiff Xia purchased a 2018 Model 3 in the State of California.  On February 20, 2019, Plaintiff Xia was driving her Model 3 when she experienced sudden uncommanded acceleration that caused her to spin 360 degrees and collide with thither vehicles.

21.     Defendant Tesla, Inc., is a Delaware corporation with its headquarters located at 3500 Deer Creek Road, Palo Alto, California, 94304.

## IV.     GENERAL ALLEGATIONS

### A.     Tesla Attempts to Enter the Automotive Manufacturing Market Despite Naturally High Barriers to Entry

22.     Tesla designs, develops, manufactures, and sells electric vehicles and electric vehicle powertrain components. The company also provides services for developing and selling electric powertrain systems and components to other automotive manufacturers.  Tesla's vehicles are sold exclusively through its stores, as well as Tesla's self-branded website. According to Tesla, its use of proprietary technology and state-of-the-art manufacturing processes combine to make one of the safest vehicles on the road today.

23.     In 2008, Tesla entered the automobile manufacturing market with the production of the Tesla Roadster, an all-electric sports car. The Roadster used an electric motor powered by lithium-ion cells—smaller versions of which are often used in laptop-computer batteries—rechargeable from a standard electric outlet. Despite a federal tax credit of $7,500 for purchasing an electric vehicle, the Roadster's then $109,000 cost classified it as a luxury item.

24.     Tesla announced the development of the Model S four-door, all-electric sedan on June 30, 2008.  Several months later, on March 26, 2009, Tesla first revealed the Model S prototype.  It delivered its first Model S to market in June 2012, but managed to produce fewer than 3,000.  In 2013, however, that number jumped to approximately 18,650.

25.     In the years prior to Tesla's entry into the electric automobile market, the automobile industry had investigated the potential for designing and manufacturing automobiles using alternative fuel sources.  Electricity was a potential energy source, but a limited one because an automobile needs sufficient battery power to create sufficient performance and range to be marketable to the public.  The cost of developing such a

Class Action Complaint
Case No.: 2:20-cv-570

1   battery was considered prohibitive and, even if borne, the resulting battery's price would
2   be too dear for most Americans to afford.  As a result, manufacturers brought some
3   electric automobiles to market, but they were largely favored by environmentally-
4   conscious consumers willing to trade performance and range for a "clean" energy source
5   at a premium price.  This package attracted limited interest, and nowhere near sufficient
6   numbers to execute Tesla's mass-market strategy.

7         26.    In short, Tesla challenged itself to combine the environmental friendliness of
8   an all-electric vehicle with the performance of a sports car.  But it was effectively starting
9   from scratch.  Its battery research and development was particularly expensive because
10  Tesla had to push the existing envelope of both performance and range.

11        **B.    The Model S**

12        27.    Now, years later, Tesla proudly touts its vehicles' high performance.  Tesla
13  vehicles rate extremely high on standard performance metrics, with results that rival
14  extremely expensive, gas-guzzling sports cars.  For example, in its Fourth Quarter & Full
15  Year 2016 Update, Tesla announced that its Model S P100D had posted a record setting 0
16  to 60 miles per hour in 2.275 seconds – the fastest vehicle acceleration the popular
17  automotive magazine Motor Trend had ever recorded, even "including million dollar,
18  two-seat, gasoline-powered super cars with almost no cargo space."

19        28.    But Tesla has always intended to execute the mass-market strategy Musk
20  had announced in 2008.  And in order to sell the vast majority of consumers—many of
21  whom have families and children—an automobile manufacturer must be able to sell
22  safety.  This is why Tesla has long prioritized a safety-conscious reputation that would
23  someday assist its transition to the mass market.

24        29.    For example, beginning in September 2014, Tesla began manufacturing all
25  its Model S vehicles with a camera mounted at the top of the windshield, forward looking
26  radar, and ultrasonic acoustic location sensors that provide the vehicle's computer with a
27  360-degree view around the car.  This equipment allowed the Model S to detect road
28  signs, lane markings, obstacles, and other vehicles.

7

1      30.    And in March 2015, Tesla implemented an Automatic Emergency Braking

2    system as part of its version 6.2 software update for the Model S.  As described in more

3    detail below, Tesla marketed the Automated Emergency Braking feature as a new

4    "Collision Avoidance Assist" that would automatically engage the brakes with the

5    purpose of reducing the impact of an unavoidable frontal collision.

6      31.    Beginning in October 2016, Tesla upgraded this hardware in all new Model

7    S vehicles to include 8 surround cameras and 12 ultrasonic sensors, an impressive array

8    of hardware for a single vehicle.

9      **C.**    **The Model X**

10      32.    On February 9, 2012, Tesla announced it would develop a full-sized, all-

11    electric, luxury crossover SUV called the Model X.  Again, Tesla led its marketing push

12    with the Model X's performance metrics, intended to distinguish it from other electric

13    vehicles then on the market.  To that end, Tesla announced that the "Tesla Model X

14    Performance version will accelerate from 0 to 60 miles per hour in 4.4 seconds [making

15    the] Model X faster than many sports cars, including the Porsche 911 Carrera."

16      33.    And then, by the time Tesla began delivering the Model X to North

17    American consumers, it had even managed to increase the power and performance of the

18    Model X even beyond its own initial projections.  Tesla offered the Model X in two

19    performance packages: 1) the P90D, able to accelerate from 0 to 60 m.p.h. in 3.8 seconds;

20    and 2) the Ludicrous P90D. able to accelerate from 0 to 60 m.p.h. in 3.2 seconds.  The

21    Model X has a top speed of 155 m.p.h.

22      34.    Tesla now offers the Model X with a 100 kWh battery that can accelerate the

23    Model X from zero to 60 miles per hour in as quick as a claimed 2.7 seconds when

24    Ludicrous Mode is engaged.

25      35.    But not all was as rosy as Tesla claimed in its marketing pitch.  Tesla had

26    more than a few problems getting the Model X to market.  Though Tesla announced the

27    Model X line in 2012, the Model X line was not released until 2015.  The delay resulted

28    from technological and mechanical challenges Tesla confronted at just about every step

8

1  of the design and manufacturing process.  For Tesla, the delay posed a double setback.
2  Tesla had to expend more capital investment on research and development, while being
3  unable to sell vehicles for additional revenue.  These delays exponentially increased
4  Tesla's financial risk, since its capital investments were extremely front-loaded.

5      36.    It was thus hardly surprising that reports of the Model X's problems
6  immediately followed its release.  Consumers reported that the Model X's doors would
7  open and close unpredictably, and that its new "Auto-Pilot" feature was defective.  There
8  were other questions about a self-parking feature Tesla had installed in the Model X as
9  well.  As ABC News reported in April 2016, Tesla's own explanation for these problems
10  was "hubris in adding too much new technology to the Model X in version 1."

11      **D.    The Model 3**

12      37.    Both the Model X and the Model S carried hefty price tags—approximately
13  $75,000-$80,000 per vehicle—and occupied a luxury niche in the automobile market.
14  But in September 2015, Tesla finally announced the Model 3, promising to unveil the
15  vehicle in March 2016.  Investors, consumers, and the general public anticipated this
16  event precisely because the Model 3 appeared to mark the fulfillment of Musk's
17  previously announced master plan.  Finally, Tesla was in a position to meet its investors'
18  expectations of developing and marketing a vehicle for the masses.  Tesla's Model 3
19  announcement was a momentous step for Tesla's long-promised master plan.

20      38.    Tesla's financial success has never been a given, particularly given the costs
21  necessary to overcome its immense barriers to entry in the automobile industry.  Tesla's
22  research and development expenses from 2010-2016 totaled nearly $3 billion alone.
23  Manufacturing and other overhead costs added billions more.  Tesla had also just been
24  through the four-year development cycle of the Model X, increasing its costs and
25  delaying the resulting revenue streams.

26      39.    Tesla's 2015 announcement of the Model 3 tackled the master plan head-on.
27  In his introductory statement, Musk announced that the Model 3 would deliver a travel
28  range of at least 215 miles beginning at a $35,000 price point—a point many thousands

9

Class Action Complaint
Case No.: 2:20-cv-570

of dollars lower than previous Tesla models.  Indeed, Musk exulted at the time that "you will not be able to buy a better car for $35,000, even with no options."  He also traded on Tesla's reputation for safety, again promising that the Model 3 would be "one of the safest cars in the world."

40.    And by the time of the Model 3's announcement, Tesla was dreaming even bigger than before.  The announcement came just as the national interest was turning to fully autonomous driving.  The premise that computerized systems could drive passengers more safely than human error will allow has long interested entrepreneurs and engineers, but recent technological advance has brought the future much closer to reality.

41.    For Tesla, of course, the move toward autonomous driving was a natural one, given that it was already manufacturing a "computer on wheels."  There do remain both significant technological and regulatory challenges to fully autonomous driving, and Tesla is not the only corporation interested in solving the puzzle.  Alphabet, the holding company for Google, has put its financial and technological might behind a self-driving project called Waymo.  Uber, the ride-sharing application, visualizes thousands of driverless taxis that can move people from Point A to Point B, perhaps obviating the need not only for human drivers, but for automobile ownership altogether.[1]  And traditional automobile manufacturers are all, either on their own or in partnership, working on their own autonomous solutions.  Again, all of this innovation is at a cost of billions of dollars in research and development, and it is unknown whether any or all of these companies will ultimately succeed or whether, if they do, their efforts will be profitable.  As such, any market advantage is a dear one, as it may spell the difference between success and failure.  What all agree on, however, is that autonomous driving is an increasingly high-reward gamble, even given the risks.

_____

[1] One former Google engineer who has since left Google to create his own start-up in the same industry described the competition in this way: "As strong as Google is, the field is stronger."  In short, the competition is fierce, but the potential rewards lucrative enough to justify it.

Class Action Complaint
Case No.: 2:20-cv-570

42.     Thus, in October 2016, Tesla announced that the Model 3—and all Tesla models—would have the necessary hardware to become fully autonomous, even if the vehicle was not quite ready to use it for that purpose right away.

43.     The immediate market reaction to Musk's Model 3 announcement was muted, as analysts digested Tesla's plans and announced intentions.  Nevertheless, shortly after the announcement Tesla's stock price spiked, rising from an immediate low of $192 in December 2016 to an all-time high of near $400 in June 2017—a near double largely credited to momentum created by Tesla's Model 3 story.  The stock finished 2017 off its all-time highs, but still rose 46% for the year, again largely on the promise of the Model 3 rollout.

44.     While the stock price bounced around, Tesla's Model 3 announcement struck a chord with consumers, who reacted positively to Tesla's announcement that it would make its vehicles available at a more affordable price.  Tesla invited anyone interested to make a reservation (complete with $1,000 deposit) to purchase a vehicle once the Model 3 became available to the public.  Within a week, Tesla had collected 325,000 such reservations—reservations that would represent billions in potential sales if all executed—a game-changing amount of revenue for an innovative, but capital-burning, company.  Tesla also issued $2 billion in new stock shares to fund the Model 3 ramp, a significant dilution of existing shareholders—but necessary to raise capital for the master plan.  And, after a year, Tesla was sitting on 455,000 Model 3 reservations—a number presaging potential success.

45.     Tesla initially announced that the Model 3 would go on sale as early as mid-2017.  But history began to repeat itself:  The Model 3 suffered through delays caused by a host of design and production problems.  By October 2017, Tesla reported producing only 260 Model 3 vehicles during the previous quarter, only one-eighth of the number Musk had earlier predicted Tesla could and would manufacture.  And, in November 2017, Tesla announced a $619 million quarterly loss, and followed that announcement with additional announcements regarding Model 3 delays.

11

Class Action Complaint
Case No.: 2:20-cv-570

46.     And by early 2018, these delays had developed into an existential threat to Tesla itself.  In both February and April 2018, Tesla had to suspend the Model 3's production "to improve automation and systematically address bottlenecks in order to increase production rates."  And by Summer 2018, the media began reporting that consumers were cancelling their Model 3 reservations because of the delays.   With Tesla again burning cash and becoming almost solely dependent on a successful Model 3 launch, each cancellation further threatened Tesla's bottom line.[2]   Tesla was able to offer a limited number of higher-cost Model 3s throughout 2018 and early 2019, but still announced a staggering $702 million loss in the first quarter of 2019—a loss that would have been worse if not for the few Model 3s Tesla had been able to sell.

47.     Musk admitted many times in the aftermath of the Model 3's rollout that nothing less than Tesla's survival was at stake.  In one particularly candid interview, he explained that "Tesla faced a severe threat of death due to the Model 3 production ramp.  Essentially, the company was bleeding money like crazy and if we didn't solve these problems over a short period of time we would die.  It was extremely difficult."  Musk reported that he was personally sleeping on Tesla's factory floor to oversee the Model 3's production and working over 100 hours a week, a set of circumstances he reported "hurt his brain and heart."

48.     One of the main problems, as Musk explained in another interview, was that Tesla had tried to manufacture the vehicle by using robots "to automate things that are super easy for a person to do, but really hard for a robot to do."

49.     It appears that because of these delays and their effect on Tesla's bottom line, Tesla began to take shortcuts.  Tesla employees have described a few of these shortcuts and quick-fixes, making their public reports in anonymity so as to avoid

_____

[2]  For years, the federal government had maintained a relatively generous tax subsidy program for purchasers of electric automobiles.  Tesla was aware that the tax benefit was being phased out, and eventually eliminated at the end of 2019.  As a result, Tesla was racing to take as much advantage of the underlying tax credit as possible.

12

Class Action Complaint
Case No.: 2:20-cv-570

1 reprisal.  For example, four people working on one Tesla assembly line told a reporter
2 that supervisors directed them to use electrical tape to patch cracks on plastic brackets
3 and housing, even providing photographs.  They further discussed skipping previously
4 required vehicle tests to get vehicles out the factory door.

5      50.    It was not until March 2019 that Tesla was able to release the base $35,000
6 model Musk earlier had promised.  And even then, reported delivery delays meant
7 consumers were unable to take delivery of their vehicles until summer 2019 or later.

8      51.    Nevertheless, Tesla has now sold nearly 200,000 Model 3 automobiles,
9 placing it well ahead of competitors' vehicles such as the Chevy Bolt and the Nissan
10 Leaf.  While analysts debate Tesla's relative fortunes and future, they unanimously credit
11 Tesla's recent Model 3 sales with providing Tesla with a much-needed cash infusion to
12 keep Tesla solvent and help finance future model lines, such as an announced hatchback
13 version of the Model 3 and a rumored upcoming pickup truck line.

14      **E.**    **Tesla Markets the Safety of Vehicles**

15      52.    It is no secret that touting the safety of its vehicles was central Tesla's
16 marketing campaigns. Tesla began by marketing its Model S sedan as being "designed
17 from the ground up to be the safest car on the road." And in 2019, Tesla made statements
18 referring to its Model 3 as having "the lowest probability of injury of all cars the safety
19 agency has ever tested."  But Tesla misrepresents the safety of its vehicles and ignores
20 the dangers of its current technology.

21      53.    Beginning in September 2014, all Tesla Model S vehicles were
22 manufactured with a camera mounted on top of the windshield, forward looking radar,
23 and ultrasonic acoustic location sensors that provide the vehicle's compute with a 360-
24 degree view around the car.  This equipment allowed the Model S to detect road signs,
25 lane markings, obstacles, and other road conditions.

26      54.    In March 2015, Tesla implemented Automatic Emergency Braking as part of
27 its version 6.2 software update for the Model S.  As described in more detail below, the
28 Automated Emergency Braking was a feature marketed by Tesla as a new "Collision

13

1    Avoidance Assist" feature that automatically engages the brakes to reduce the impact of
2    an unavoidable frontal collision.

3        55.    Beginning in October 2016, Tesla upgraded this hardware in all new Model
4    S vehicles to include 8 surround cameras and 12 ultrasonic sensors.

5        56.    Equal with its staggering performance, Tesla marketed the Model X as being
6    "designed to be the safest car on the road," with every Model X coming "standard with
7    automatic emergency braking and side collision avoidance to prevent accidents from
8    happening in the first place."

9        57.    Every Model X is equipped with "a forward-looking camera, radar, and 360
10   degree sonar sensors to enable advanced autopilot features."



Class Action Complaint
Case No.: 2:20-cv-570



Note: The exact detection zone may vary depending on environmental conditions.

58.    Tesla also promoted its "over-the-air software updates" allowing Tesla to "regularly improve the sophistication of these features, enabling increasingly capable safety and convenience features."

59.    Tesla equips the Model X with a pair of safety features called "Forward Collision Warning" and "Automatic Emergency Braking."  As described in the Model X Owner's Manual:

> [T]he following collision avoidance features are designed to increase the safety of you and your passengers:
>
> Forward Collision Warning provides visual and audible warnings in situations where there is a high risk of a frontal collision . . . .
>
> Automatic Emergency Braking automatically applies braking to reduce the impact of a frontal collision . . . .
>
> The forward looking camera and the radar sensor are designed to determine the distance from any object (vehicle, motorcycle, bicycle, or pedestrian) traveling in front of Model X.  When a frontal collision is considered unavoidable, Automatic

15

1

2

Emergency Braking is designed to automatically apply the brakes to reduce the severity of the impact.

When Automatic Emergency Braking applies the brakes, the instrument panel displays a visual warning and you'll hear a chime.  You may also notice abrupt downward movement of the brake pedal.  The brake lights turn on to alert other road users that you are slowing down.

. . .

Automatic Emergency Braking operates only when driving between 5 mph (8 km/h) and 85 mph (140 km/h).

Automatic Emergency Braking does not apply the brakes, or stops applying the brakes, in situations where you are taking action to avoid a potential collision.  For example:

- • You turn the steering wheel sharply.
- • You press the accelerator pedal.
- • You press and release the brake pedal.
- • A vehicle, motorcycle, bicycle, or pedestrian, is no longer detected ahead.

60.    With these and other features, Tesla touts the Model X as being "the safest, fastest and most capable sport utility vehicle in history."

**F.    SUA Problem**

61.    Given Tesla's always perilous cash-flow situation and the ferociousness of its competition, it is easy to understand why Tesla's strategy is to release vehicles first and fix their problems later. Indeed, problems arose almost immediately following the Model X's release.  A lawsuit was filed that highlighted the electronic nature of these problems, including the electronically activated doors that opened and closed unpredictably, the electronic self-parking feature that failed to work, and the electronically activated windows failing to open or close.

62.    Since then, the Model 3 has taken a similar journey to market.  Since its release, consumers have complained about various reliability issues with the Model 3, and the popular consumer magazine Consumer Reports even pulled its endorsement of the vehicle for a time, questioning Tesla's "reliability" in doing so.

63.    The overriding safety flaw long reported by Tesla drivers is the SUA Defect, in which Tesla vehicles accelerate at full power even though the driver reports that he or

Class Action Complaint
Case No.: 2:20-cv-570

1  she did not command the acceleration by pressing on the accelerator pedal, either at all,

2  or not to the degree that would call for the application of full power.

3      64.    SUA is a well-known safety issue in the automobile industry.  Though

4  relatively rare, the danger of a vehicle accelerating uncontrollably is obvious.  According

5  to a NASA study of unintended acceleration reports to the National Highway Traffic

6  Administration from 2000 to 2010, the rate of SUA incidents was 1 per 100,000 vehicles

7  per year.

8      65.    Tesla's problem appears to be much worse.  By way of comparison, SUA

9  became a very public issue in 2010 when Toyota Motor Company was sued by hundreds

10  of injured parties for alleged SUA events.  Toyota paid hundreds of millions of dollars in

11  settlement to victims and owners to resolve claims that an electrical defect in Toyota

12  vehicles was causing these SUA events.  And Toyota eventually paid the United States

13  government $1.2 billion in fines for concealing this safety defect.

14      66.    And despite the size and scope of Toyota's problem. a December 2009

15  Consumer Reports[3] analysis of SUA event ratios for Toyota's 2008 model year vehicles

16  reported that Toyota vehicles were reporting approximately 2 SUA events per 100,000

17  vehicles (1 per 50,000 vehicles), or double the average NHTSA reported.

18      67.    In 2016, one year after the launch of its Model X in the United States, Tesla

19  was put on notice of the nature and extent of the SUA Defect in its Model X vehicle,

20  when a lawsuit was filed alleging that NHTSA had received 13 SUA complaints in its

21  Model X in its first year on the road—**a staggering rate of 71 SUA incidents per**

22  **100,000 vehicle per year**.

23      68.    In addition to these prior lawsuits, one of the most important sources of field

24  data regarding this issue is the National Highway Traffic Safety Administration's

25

26

27  _____

    [3] http://www.consumerreports.org/cro/news/2009/12/analysis-shows-over-40-percent-of-

28  sudden-acceleration-complaints-involve-toyotas/index.htm (last viewed on December 29,
    2016).

Class Action Complaint
Case No.: 2:20-cv-570

Consumer Complaint Database. This publicly available database contains all motor vehicle-related consumer complaints submitted to NHTSA since January 2000. Consumers submit what is called a "Vehicle Owner Questionnaire," in which they are asked to provide information including the make, model, and model year of the vehicle, the approximate incident date, the mileage at which the incident occurred, whether the incident involved a crash or a fire, whether any persons were injured or killed in the incident, the speed of the vehicle at the time of the incident, and a description of the incident along with a description of the vehicle components the complainant believes were involved in the incident. The majority of consumer complaints are submitted online at www.safercar.gov, where consumers can input this information directly into the database through their computer. They can also submit complaints by telephone through the Auto Safety Hotline, through submitting a paper Vehicle Owner Questionnaire form, and by submitting consumer letters to NHTSA by mail. This information is then entered into NHTSA's ARTEMIS database where it can be searched and reviewed by the general public and vehicle manufacturers alike, by make, model, model year, and component. NHTSA promotes this database as a valuable consumer information tool.

69. Since Tesla introduced the Model S, Model S owners have made 57 reports to NHTSA reporting having experienced uncommanded full power acceleration either while in the act of parking the Model S or while driving at slow speed. Many of these reported incidences have caused crashes.

70. Since Tesla introduced the Model X, Model X owners have made 26 reports to NHTSA reporting an experience of uncommanded full power acceleration either while in the act of parking the Model X, or while driving at slow speed. Many of these reported incidences have caused crashes.

71. And since the Model 3 was first introduced just 30 months ago, Model 3 owners have made 26 reports to NHTSA reporting having experienced uncommanded full power acceleration either while in the act of parking the Model X or while driving at slow speed. Many of these reported incidences have caused crashes.

18

Class Action Complaint
Case No.: 2:20-cv-570

72.    NHTSA has thus received a combined total of 102 SUA reports.  According to the auto industry publication InsideEVs, Tesla sold approximately 543,540 vehicles in the United States from 2013-2019, with over half of those having been sold since 2018. Thus, the number of Tesla SUA incidents per 100,000/year is many multiples of the historical 1 SUA incident per 100,000 per year NHTSA has historically reported.

73.    These 102 complaints are striking in the similarity of the descriptions of the circumstances under which SUA events occur.  They are also alarming in that the incidents reflected in these complaints indicate that SUA events involving Tesla vehicles have caused 94 crashes and injured 41 people.

| Tesla SUA Complaints Submitted to NHTSA | | | |
|---|---|---|---|
| | Model S | Model X | Model 3 | Total |
| 2013 | 8 | N/A | N/A | 8 |
| 2014 | 6 | N/A | N/A | 6 |
| 2015 | 14 | N/A | N/A | 14 |
| 2016 | 11 | 15 | N/A | 26 |
| 2017 | 9 | 5 | N/A | 14 |
| 2018 | 3 | 9 | 11 | 23 |
| 2019 | 1 | 0 | 8 | 9 |
| 2020 | 0 | 0 | 1 | 1 |
| Total | 52 | 29 | 20 | 101 |

74.    The following are the consumer complaints submitted to NHTSA relating to claims of sudden uncommanded acceleration in Tesla vehicles: [4]

March 30, 2018 **NHTSA ID NUMBER: 11082114**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11082114

---

[4] The foregoing complaints are reproduced as they appear on the NHTSA website. Any typographical errors are attributable to the original author of the complaint.  Emphasis added to original text is denoted by bold underlining.

19

Class Action Complaint
Case No.: 2:20-cv-570

1  **Incident Date** March 27, 2018

2  **Consumer Location** SAN RAMON, CA

3  **Vehicle Identification Number** 5YJSA1CP2DF****

4

5  **Summary of Complaint**

6  **CRASH**Yes

7  **FIRE**No

8  **INJURIES**0

9  **DEATHS**0

10  SUDDEN UNINTENDED ACCELERATION TESLA. I DROVE MY TESLA FROM
    WORK, DRIVING OVER 35MILES DURING RUSH HOUR OF THE BAY AREA.
11  WHEN I ENTERED MY SUBDIVISION, I WAS DRIVING AT 10 MPH, PULLED
12  INTO MY DRIVEWAY MADE 90 DEGREES TURN AT 5 MPH, APPLIED THE
    BRAKES. INSTEAD OF STOPPING, CAR SPED UP AT EXTREMELY HIGH
13  ACCELERATION. IT DROVE THROUGH THE GARAGE DOOR, HIT MASERATI
14  PARKED IN THE GARAGE, AND A MOTORCYCLE PARKED NEXT TO IT. THE
    MASERATI TRUNK WAS PUSHED IN APPROX 3 FEET, IT SLID SIDEWAYS,
15  HIT THE PILLAR, SMASHING DRIVER DOOR AND WINDOW, SLID TO THE
16  FRONT AND HIT THE MOTORBIKE PARKED NEXT TO IT. IT COMPLETELY
17  SMASHED THE REAR TRUCK, FRONT AND SIDE OF THE MASERATI. IT
    SMASHED THE FRONT END OF THE MOTORCYCLE. THERE WERE FLUIDS
18  FRONT TESLA, MASERATI, AND BIKE ALL OVER THE GARAGE. THE
19  BATTERY IN MASERATI EXPLODED LEAKING ACID ALL OVER THE
20  GARAGE. WE THOUGHT THE FUEL TANK IN MASERATI BROKE. WE HAD
    TO CALL 911, DOZENS OF PERSONNEL SHOWED UP INCLUDING SEVERAL
21  FIRE TRUCKS, POLICE CARS, AMBULANCE, HAZMAT AMONG OTHERS.
22  THEY SPEND OVER THREE HOURS CONTROLLING THE SITUATION. THEY
23  HAD TO CUT THE GARAGE DOOR TO PULL OUT THE MASERATI AND
    TESLA. IT WAS TOWED TO A STORAGE FACILITY NEARBY. MASERATI
24  WAS DECLARED A TOTAL LOSS. I WAS COMPLETELY SHAKEN AND HAVE
25  NOT BEEN ABLE TO SLEEP AT ALL FOR LAST THREE DAYS. WHAT IF MY
26  KIDS HAD BEEN PLAYING IN THE DRIVEWAY OR IN FRONT OF THE
    HOUSE. AFTER DOING SOME RESEARCH I FOUND THIS IS NOT A RANDOM
27  INSTANCE. THERE ARE DOZENS IF NOT HUNDREDS OF SIMILAR
28  INCIDENTS WHEREIN, WHEN A DRIVER MAKES A SHARP TURN INTO A

Class Action Complaint
Case No.: 2:20-cv-570

DRIVEWAY OR GARAGE AND APPLIES THE BRAKE, RATHER THAN SLOWING DOWN CAR JUST DECIDES TO SPEED UP LIKE A BULLET AND GOES THROUGH THE WALLS OR WHATEVER COMES ITS WAY. I HAVE STOPPED DRIVING FOR FORESEEABLE FUTURE, I AM NOT GOING TO PUT MY STEP IN ANOTHER TESLA FOR MY SAFETY AND SAFETY OF OTHERS. STAY AWAY FROM THIS UNPROVEN TECHNOLOGY FOR YOUR/OTHERS

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2013 |

March 26, 2018 **NHTSA ID NUMBER: 11081382**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11081382

**Incident Date** March 17, 2018

**Consumer Location** MCMINNVILLE, OR

**Vehicle Identification Number** 5YJSA1CN5DF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**
TL* THE CONTACT OWNED A 2013 TESLA MODEL S. THE CONTACT STATED THAT WHILE STATIONARY WITH THE BRAKE PEDAL DEPRESSED, THE VEHICLE INDEPENDENTLY ACCELERATED RAPIDLY WITHOUT WARNING AND CRASHED INTO A WALL. THE AIR BAGS DEPLOYED. A POLICE REPORT WAS FILED. THERE WERE NO INJURIES SUSTAINED BY

21

THE CONTACT. THE VEHICLE WAS TOWED AND DEEMED DESTROYED. A DEALER WAS NOT CONTACTED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 40,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2013 |

March 6, 2017 **NHTSA ID NUMBER: 10958834**
**Components: SERVICE BRAKES, VEHICLE SPEED CONTROL**
NHTSA ID Number: 10958834

**Incident Date** March 4, 2017

**Consumer Location** SAN JOSE, CA

**Vehicle Identification Number** 5YJSA1CP2DF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

THE DRIVER OF OUR CAR WAS PARKING OUR TESLA MODEL S P85+ AND SLOWLY MOVING INTO THE PARKING SPOT NEARING THE FINAL DISTANCE IN TO THE SPOT, WHEN THE CAR SUDDENLY LURCHED FORWARD, HITTING AND KNOCKING DOWN A LIGHT POLE. THE DRIVER DID NOT CAUSE THIS ACCELERATION TO OCCUR AND WAS QUITE SURPRISED TO HAVE THIS HAPPEN.

THERE WERE NO INJURIES INVOLVED IN THE INCIDENT, BUT A LIGHT

Class Action Complaint
Case No.: 2:20-cv-570

POLE LOCATED 1.5 FEET WAY FROM END OF THE PARKING SPOT WAS KNOCKED DOWN AND WE HAVE MINIMAL DAMAGE TO THE FRONT OF THE VEHICLE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2013 |

August 18, 2015 **NHTSA ID NUMBER: 10749575**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10749575

**Incident Date** August 4, 2015

**Consumer Location** RANCHO SANTA FE, CA

**Vehicle Identification Number** 5YJSA1DN5DF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2013 TESLA MODEL S. THE CONTACT STATED THAT THE VEHICLE SUDDENLY ACCELERATED WITHOUT WARNING TO ITS MAXIMUM ACCELERATION RATE AND CRASHED INTO FIVE PARKED VEHICLES. THE DRIVER SIDE OF THE VEHICLE WAS DAMAGED AND THE AIR BAGS DID NOT DEPLOY. THERE WERE NO INJURIES. A POLICE REPORT WAS FILED. THE VEHICLE WAS TOWED AWAY BY AAA. THE MANUFACTURER WAS NOTIFIED BUT WAS UNABLE TO ADVISE THE

Class Action Complaint
Case No.: 2:20-cv-570

CONTACT OF THE CAUSE OF THE FAILURE. THE FAILURE MILEAGE WAS 9,021.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2013 |

September 26, 2013 **NHTSA ID NUMBER: 10545488**
**Components: VEHICLE SPEED CONTROL**
NHTSA ID Number: 10545488

**Incident Date** July 29, 2013

**Consumer Location** LAGUNA HILLS, CA

**Vehicle Identification Number** 5YJSA1CN1DF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

I WAS AT A FULL STOP WAITING TO TURN LEFT INTO THE PARKING GARAGE. WHEN IT WAS CLEAR OF ONCOMING TRAFFIC FOR ME TO MAKE THE LEFT TURN, I RELEASED MY FOOT OFF THE BRAKE PEDAL AND THE CAR INSTANTLY SURGED FORWARD VERY FAST AND HIT ANOTHER VEHICLE PARKED IN THE FRONT OF THE GARAGE. THIS ALL HAPPENED SO QUICKLY THAT I DID NOT HAVE TIME TO AVOID THE IMPACT. THE TIME OF OCCURRENCE WAS IN BROAD DAYLIGHT AT ABOUT 6PM PST.

I HAVE DRIVEN THIS CAR FOR ALMOST 10000 MILES PRIOR TO THE

24

Class Action Complaint
Case No.: 2:20-cv-570

ACCIDENT AND KNOW HOW TO HANDLE THE CAR AND UNDERSTAND
THE TORQUE THIS CAR HAS. I HAVE MADE THOUSANDS UPON
THOUSANDS OF STOPS AND STARTS WITH THIS VEHICLE AND THIS IS THE
FIRST TIME THIS HAS EVER HAPPENED. THERE IS NO OTHER TERM TO
DESCRIBE THIS OTHER THAN SUDDEN ACCELERATION.

THE LOCAL POLICE DEPARTMENT DISPATCHED AN OFFICER AND NO
DRUGS OR ALCOHOL WAS INVOLVED. *JS

TESLA INSTRUCTED THEIR STAFF TO NOT COMMUNICATE WITH ME
ABOUT THIS ACCIDENT. *JS

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2013 |

September 24, 2013 **NHTSA ID NUMBER: 10545230**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10545230

**Incident Date** September 21, 2013

**Consumer Location** SAN DIEGO, CA

**Vehicle Identification Number** 5YJSA1CN9DF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

25

THE CAR WAS GOING AT ABOUT 5 MPH GOING DOWN A SHORT RESIDENTIAL DRIVEWAY. BRAKE WAS CONSTANTLY APPLIED. THE CAR SUDDENLY ACCELERATED. IT HIT A CURB AND THE MIDDLE PORTION OF THE CAR LANDED ON A 4.5 FT HIGH VERTICAL RETAINING WALL. THE WALL IS ONE FOOT AWAY FROM THE CURB. THE FRONT PORTION OF THE CAR WAS HANGING UP IN THE AIR. THE CAR WAS AT ABOUT 45 DEGREE UP AND ABOUT 20 DEGREE TILTED TOWARD THE RIGHT SIDE. AN ENGINEER FROM TESLA SAID THE RECORD SHOWED THE ACCELERATING PEDAL WAS STEPPED ON AND IT ACCELERATED FROM 18% TO 100% IN SPLIT SECOND. HE BLAMED MY WIFE STEPPING ON THE ACCELERATING PEDAL. BUT HE ALSO SAID THERE WAS A BUILT-IN SAFE-GUARD THAT THE ACCELERATOR COULDNOT GO BEYOND 92%. THE STATEMENTS ARE CONTRADICTORY. IF THERE IS A SAFEGUARD THAT THE ACCELERATOR CANNOT GO BEYOUND 92%, THERE WOULD BE NO WAY THAT MY WIFE COULD STEP ON IT 100%. THERE WERE SOME MECHANICAL PROBLEM THAT CAUSED THE ACCELERATOR TO ACCELERATE ON ITS OWN FROM 18% TO 100% IN SPLIT SECOND. *LN UPDATED 12/30/2013 *JS

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2013 |

December 14, 2019 **NHTSA ID NUMBER: 11289019**

**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11289019

**Incident Date** December 10, 2019

**Consumer Location** ANDOVER, MA

**Vehicle Identification Number** 5YJSA1CN2DF****

26

Class Action Complaint
Case No.: 2:20-cv-570

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

ON TUESDAY, DECEMBER 10, MY WIFE WAS SLOWLY APPROACHING OUR GARAGE DOOR WAITING FOR THE GARAGE DOOR TO OPEN WHEN THE CAR SUDDENLY LURCHED FORWARD SPEED SUCH THAT THE CAR WENT THROUGH THE GARAGE DOOR DESTROYING TWO GARAGE DOORS, THE LOAD BEARING COLUMN BETWEEN THE TWO DOORS. A LOLLY COLUMN INSIDE THE GARAGE WAS BROKEN IN TWO PIECES AND OUR OTHER CAR IN THE GARAGE WAS DAMAGED AS WERE OTHER ITEMS IN THE GARAGE. THE CAR EVENTUALLY STOPPED WHEN IT HIT THE CONCRETE WALL OF THE GARAGE BUT TWO MARKS ON THE GARAGE FLOOR INDICATE THE REAR DRIVE WHEELS CONTINUED TO SPIN EVEN AFTER HITTING THE CONCRETE WALL. WE ARE THE ORIGINAL OWNERS OF THIS CAR AND HAVE DRIVEN IT FOR 6 1/2 YEARS SO WE ARE VERY FAMILIAR WITH THE CAR. THANKFULLY, SHE WAS NOT INJURED.

**1 Affected Product**

|  | a) | Vehicle |
| --- | --- | --- |
| **MAKE** | **MODEL** | **YEAR** |
| TESLA | MODEL S | 2013 |

August 24, 2015 **NHTSA ID NUMBER: 10758908**

**Components: UNKNOWN OR OTHER**

NHTSA ID Number: 10758908

27

Class Action Complaint
Case No.: 2:20-cv-570

**Incident Date** May 7, 2013

**Consumer Location** THOUSAND OAKS, CA

**Vehicle Identification Number** 5YJSA1CG5DF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

THIS ACCIDENT REPORT IS A PREVIOUS ACCIDENT INVOLVING THE SAME 2013 TESLA MODEL S 60 AS REPORTED IN THE NHTSA REPORT FILED ON AUGUST 24, 2015.

ON ON MAY 7, 2013 WHILE DRIVING MY 2013 MODEL S 60, I PULLED INTO A PARKING SPACE IN THOUSAND OAKS, CALIFORNIA MAKING A LEFT TURN INTO THE SPOT. AS I PULLED IN, I LET MY FOOT OFF OF THE ACCELERATOR,AND APPLIED THE BREAK. THE CAR LURCHED FORWARD, JUMPING A PARKING BLOCK, THEN OVER A CURB, AND FINALLY INTO A CEMENT LIGHT POST. THE AIRBAGS DEPLOYED AND I WAS STUNNED.

I IMMEDIATELY CALLED TESLA WHO SENT A QUALIFIED TESLA TOW TRUCK. IT TOOK TWO HOURS TO GET THE CAR ONTO A FLAT-BED TRUCK BECAUSE THE CAR LOST ALL POWER AND SHUT DOWN. IT HAD TO BE DRAGGED OVER TWO PARKING BLOCKS, SUSTAINING EVEN MORE DAMAGE. TESLA SENT THE CAR DIRECTLY TO THE BODY SHOP. I INSISTED THAT THEY RUN A DIAGNOSTIC TEST BECAUSE I WAS (AND STILL AM) CERTAIN THAT THE CAR ACCELERATED ON ITS OWN. THE VAN NUYS SERVICE CENTER REP SAID THAT THE CAR HAD TO BE REPAIRED FIRST BEFORE ANY DIAGNOSTIC TEST COULD BE RUN. AFTER THREE WEEKS I RECEIVED A LETTER FROM TESLA. THE ENGINEERS REPORTED TO ME THAT THE ACCELERATOR WAS DEPRESSED TO 48%, SECONDS BEFORE THE ACCIDENT AND 98.4% AT THE TIME OF IMPACT. I STILL BELIEVE THAT THE CAR ACCELERATED BY ITSELF.

IT IS MY SINCERE HOPE THAT BY REPORTING THIS ACCIDENT (AND THE

28

SUBSEQUENT ACCIDENT ON JULY 16, 2015) FURTHER INVESTIGATIONS CAN BE CONDUCTED BEFORE PEOPLE ARE SERIOUSLY INJURED OR WORSE. MY INSURANCE COMPANY (FARMERS) DOES NOT INTEND TO INVESTIGATE. IT IS LESS EXPENSIVE FOR THEM TO PAY FOR A REPLACEMENT VALUE THAN TO DETERMINE THE TRUE CAUSE OF THIS INCIDENT. FORTUNATELY, YOU AND YOUR AGENCY ASPIRE TO A HIGHER PURPOSE.

**1 Affected Product**

|  | b) | Vehicle |
| --- | --- | --- |
| **MAKE** | **MODEL** | **YEAR** |
| TESLA | MODEL S | 2013 |

October 9, 2018 **NHTSA ID NUMBER: 11139174**
**Components: ELECTRICAL SYSTEM, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11139174

**Incident Date** October 7, 2018

**Consumer Location** KIRKLAND, WA

**Vehicle Identification Number** N/A


**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0
TL* THE CONTACT WAS LOANED A 2014 TESLA MODEL S. WHILE ATTEMPTING TO PARK THE VEHICLE IN THE DRIVEWAY, IT

29

SPONTANEOUSLY ACCELERATED AND CRASHED INTO ANOTHER VEHICLE PARKED IN THE DRIVEWAY. THE AIR BAGS DEPLOYED. THERE WERE NO INJURIES. AFTER APPROXIMATELY ONE HOUR, THE VEHICLE DOORS AUTOMATICALLY LOCKED AND COULD NOT BE UNLOCKED WITH THE KEY FOB. A POLICE REPORT WAS NOT FILED. THE VEHICLE WAS NOT TAKEN TO THE DEALER FOR DIAGNOSTIC TESTING. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE AND VIN WERE UNKNOWN. *DT

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2014 |

May 1, 2017 **NHTSA ID NUMBER: 10982961**
**Components: STRUCTURE, SERVICE BRAKES, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10982961

**Incident Date** February 14, 2017

**Consumer Location** WEST PALM BEACH, FL

**Vehicle Identification Number** 5YJSA1S18EF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

I WAS PARKING MY CAR I HEARD AND FELT THE CAR BEGIN TO ACCELERATE. I PUT THE CAR IN PARK AND STEP FIRMLY ON THE BRAKE PEDDLE.THEN OF IT OWN VOLITION IT MOUNTED THE ADJOINING

30

EMBANKMENT AND COLLIDED WITH THE TREE. THIS CAUSED EXTENSIVE FRONT END DAMAGE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2014 |

February 15, 2016 **NHTSA ID NUMBER: 10836289**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10836289

**Incident Date** September 14, 2015

**Consumer Location** SEATTLE, WA

**Vehicle Identification Number** 5YJSA3H12EF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

DRIVER PURCHASED A 2014 TESLA MODEL S CAR IN JUNE 2015 FROM THE HANGZHOU CHINA DEALERSHIP. THIS CAR WAS DRIVEN MODERATELY IN THE FOLLOWING MONTHS. IN SEPTEMBER 14, 2015, THE CAR WAS BEING DRIVEN WITHIN A SMALL, ENCLOSED HOUSING COMPOUND. THE CAR WAS GOING VERY SLOW AS THE DRIVER WAS TURNING TO EXIT THE COMPOUND THROUGH A GATED ENTRANCE. THE CAR SUDDENLY ACCELERATED WITHOUT THE DRIVER'S ASSISTANCE AND DROVE THROUGH THE TRAFFIC GATE BEFORE THE DRIVER WAS ABLE TO QUICKLY BREAK AND BRING THE CAR TO A STOP.

Class Action Complaint
Case No.: 2:20-cv-570

ELECTRONIC RECORDS ACCESSED ON SEPTEMBER 15, 2015 REVEALED
THE FOLLOWING INFORMATION: THE CAR WAS ORIGINALLY BEING
DRIVEN AT 4.7 KM/HR WITH THE ACCELERATION PEDAL DEPRESSED AT
2.8%. WITHIN ONE SECOND, THE ACCELERATION PEDAL WENT FROM
BEING DEPRESSED 2.8% TO 84.8% AND THE CAR INCREASED TO 10.75
KM/HR. DURING THE FOLLOWING SECOND, THE CAR'S RECORDS SHOW
THE ACCELERATION PEDAL TO CONTINUE TO BE COMPRESSED AT 84%
WITH THE SPEED INCREASING TO 18.35 KM/HR, BUT WITH THE BREAK
PEDAL ALSO BEING SIMULTANEOUSLY COMPRESSED. IN THE
SUBSEQUENT SECOND, THE ANTI-LOCK BRAKES INITIATED, AND THE
CAR WAS BROUGHT TO A STOP A SECOND LATER.

WE REJECT THE DEALERSHIP'S DECISION THAT THIS WAS DRIVER'S
ERROR. IN SUCH A NARROW ENVIRONMENT AS THE HOUSING
COMPOUND, AND DURING A SLOW AND CONTROLLED TURN, THERE THE
DRIVER HAD NO REASON TO PUT SIGNIFICANT PRESSURE ON THE
ACCELERATION PEDAL AS THE RECORDS SHOW – WHETHER
INTENTIONAL OR UNINTENTIONAL. WE ALSO FEEL THAT IT WOULD
HAVE BEEN DIFFICULT FOR THE DRIVER TO PUSH BOTH THE
ACCELERATOR AND BREAK PEDAL TO SUCH A DEGREE
SIMULTANEOUSLY. THEREFORE, WE BELIEVE THAT THE CAR
EXPERIENCED AN UNINTENDED ACCELERATION, WHICH WAS NOT OF
THE DRIVER'S CAUSING.

THERE HAVE BEEN MANY SIMILAR REPORTS OF TESLA MODEL S
UNINTENDED ACCELERATION CRASHES IN CHINA. WE FEEL THAT THIS IS
A SERIOUS SAFETY HAZARD WHICH NEEDS TO BE FURTHER
INVESTIGATED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2014 |

32

Class Action Complaint
Case No.: 2:20-cv-570

September 29, 2014 **NHTSA ID NUMBER: 10639849**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10639849

**Incident Date** July 19, 2014

**Consumer Location** BAKERSFIELD, CA

**Vehicle Identification Number** 5YJSA1H13EF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNS A 2014 TESLA MODEL S. WHILE PULLING INTO A PARKING SPACE, THE VEHICLE SURGED FORWARD, JUMPED THE CURB, AND CRASHED INTO A BUILDING. A POLICE REPORT WAS FILED. THERE WERE NO INJURIES. THE VEHICLE WAS TOWED TO AN IMPOUND LOT. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 1,200.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2014 |

September 29, 2014 **NHTSA ID NUMBER: 10639935**
**Components: VEHICLE SPEED CONTROL**

33

Class Action Complaint
Case No.: 2:20-cv-570

**NHTSA ID Number:** 10639935

**Incident Date** July 19, 2014

**Consumer Location** BAKERSFIELD, CA

**Vehicle Identification Number** 5YJSA1H13EF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES1**

**DEATHS0**

I PULLED SLOWLY IN TO A PARKING SPOT & MY CAR WAS AT A STOP
POSITION JUST READY TO PUSH PARK BUTTON. WITHIN A SPLIT OF A
SECOND, MY CAR (TESLA) JUMPED THE CURB AND TRAVELED 5' OF
SIDEWALK BREAKING A GLASS WALL & TRAVELING THROUGH A
RESTAURANT BREAKING TABLES & CHAIRS WITHIN COUPLE OF
SECONDS W/O ME ACCELERATING THE PEDAL. BRAKE PEDAL WAS
APPLIED BY ME HALF WAY THROUGH THE RESTAURANT BEFORE THE
CAR STOPPED. NO SERIOUS INJURIES TO ANYONE. TESLA WAS NOTIFIED
& THIS IS THE LOG FILE DATA WORD BY WORD FROM THEM. ?AT THE
TIME OF THE INCIDENT THAT RESULTED IN DAMAGE TO YOUR VEHICLE,
YOU INCREASED THE ACCELERATOR PEDAL POSITION FROM 1% TO 50%
IN LESS THAN ONE SECOND WITHOUT DEPRESSING THE BRAKE PEDAL.
ONE SECOND LATER, YOU INCREASED THE ACCELERATOR PEDAL TO
100% WITHOUT DEPRESSING THE BRAKE PEDAL. ONE SECOND LATER,
YOU CONTINUED DEPRESSING THE ACCELERATOR PEDAL AT 100%
WITHOUT DEPRESSING THE PEDAL; HOWEVER, THE VEHICLE'S TRACTION
CONTROL ENGAGED & THEREFORE LIMITED THE VEHICLE'S TORQUE
DESPITE THE FACT YOU WERE DEPRESSING THE ACCELERATOR PEDAL
AT 100% UNTIL YOU DEPRESSED THE BRAKE PEDAL IN THE FOLLOWING
SECOND.? INSUFFICIENT INFORMATION PROVIDED BY TESLA. HOW
MUCH WAS THE ACCELERATOR PEDAL DEPRESSED? SPEED OF THE CAR?
DISTANCE TRAVEL? HOW DOES THIS PROVE THAT THIS IS NOT SUDDEN
ACCELERATION? THE LOG DOES PROVE THAT I WAS AT A STOP. MY CAR
WILL BE TOTALED BUT IS STILL SITTING AT STORAGE WITH INSURANCE
COMPANY FOR A SHORT PERIOD OF TIME. MANY ACCIDENTS WITH

34

TESLA HAS OCCURRED, EVEN JUST LIKE MINE IN TO A RESTAURANT(
HTTP://INSIDEEVS.COM/TESLA-MODEL-S-CRASHES-THROUGH-
RESTAURANT-DRIVER-BLAMES-IT-ON-UNINTENDED-ACCELERATION/)
(HTTP://WWW.MOTORAUTHORITY.COM/NEWS/1087171_TESLA-MODEL-S-
UNINTENDED-ACCELERATION-COMPLAINT-FILED-WITH-NHTSA.) THEY
CAN'T ALL BE DRIVERS FAULT. NHTSA NEEDS TO INVESTIGATE THE BOX
IN THE CAR BEFORE FATAL INJURIES OCCUR. PUBLIC SAFETY SHOULD BE
THE PRIORITY. *TR

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2014 |

March 8, 2016 **NHTSA ID NUMBER: 10845619**

**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 10845619

**Incident Date** March 2, 2016

**Consumer Location** SILVERADO, CA

**Vehicle Identification Number** 5YJSA1H11EF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

35

Class Action Complaint
Case No.: 2:20-cv-570

I WAS STOPPED AT A RED LIGHT AT AN INTERSECTION THE EVENING OF MARCH 2, 2016, WITHOUT ANY NOTICE, THE CAR ABRUPTLY ACCELERATED AND HIT THE CAR IN FRONT OF ME. MY FOOT WAS ONLY ON THE BRAKE, SO THERE WAS NO REASON FOR THE CAR TO MOVE FORWARD, THERE WAS DAMAGE TO MY CAR, THE CAR IN FRONT OF ME AND A THIRD CAR.

I EXPERIENCE THIS ACCELERATION PROBLEM OCCURRED WITH THIS CAR BEFORE, BUT NO HAZARDOUS EVENT OCCURRED. IS THERE A PROBLEM WITH THE COMPUTER OVERRIDING THE CONTROL OF THIS CAR?

**1 Affected Product**

| c) | Vehicle | |
| --- | --- | --- |
| **MAKE** | **MODEL** | **YEAR** |
| TESLA | MODEL S | 2014 |

January 8, 2020 **NHTSA ID NUMBER: 11297839**
**Components: STRUCTURE, FUEL/PROPULSION SYSTEM, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11297839

**Incident Date** January 2, 2020

**Consumer Location** CHARLOTTE, NC

**Vehicle Identification Number** 5YJSA1S16FF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

Class Action Complaint
Case No.: 2:20-cv-570

1    **INJURIES0**

2    **DEATHS0**

3    ON JANUARY 2, 2019 BETWEEN 1:45 AND 2 PM I DROVE FROM MY HOUSE
     INTO A CLINIC PARKING LOT. AS I DROVE MY 2015 TESLA MODEL S
4    FORWARD AND STEERED TO THE RIGHT INTO A PARKING SPOT, I
5    CONSCIOUSLY EASED MY RIGHT FOOT OFF FROM THE ACCELERATOR
     PEDAL, THUS LOWERING MY SPEED FROM 10-9 MPH TO ABOUT 5-6 MPH.
6    THE BRAKE PEDAL WAS NOT PRESSED, ALLOWING REGENERATIVE
7    BREAKING TO SLOW DOWN THE VEHICLE. ABOUT A SECOND INTO THE
     PARKING TURN, THE VEHICLE SUDDENLY JOLTED FORWARD,
8    ACCELERATING UNEXPECTEDLY.
9
10   I FELT AS IF THE BRAKES FAILED TO WORK WHEN I REFLEXIVELY
     REMOVED MY RIGHT FOOT FROM THE ACCELERATOR, AND STOMPED
11   THE BRAKE PEDAL AS HARD AS I COULD. MY VEHICLE CAME TO A STOP
12   ONLY AFTER COLLIDING WITH A CHEVROLET SPORTS UTILITY VEHICLE
     PARKED IN THE SPOT ACROSS. AS I REGAINED MY BEARINGS, I CAUGHT
13   MYSELF STILL FLOORING THE BRAKE PEDAL WITH MY RIGHT FOOT, AND
14   CONTINUED TO FLOOR IT UNTIL I AFTER I HAD SHIFTED IT INTO PARKING
     GEAR, AND MADE SURE THERE WAS NOBODY WALKING IN THE VICINITY.
15
16   THE IMPACT FROM THE TESLA MODEL S BUMPED THE CHEVROLET SUV
17   PARKED IN FRONT ABOUT 5 FEET BACK. THE MODEL S ITSELF STOPPED
     BETWEEN 2-3 FEET INTO THE NEXT PARKING SPACE, SLIGHTLY INTO THE
18   OPPOSING PARKING SPACE ON THE RIGHT SIDE, AS SEEN IN THE
19   INCLUDED PHOTOS. THIS WOULD INDICATE THE BRAKES
     **EVENTUALLY** WORKED. HAD THEY NOT, THE TESLA WOULD HAVE
20   BEEN EXPECTED TO ROLL FORWARD AND INTO THE SUV'S BUMPER
21   AFTER THE COLLISION. THIS IS CALLED TESLA CREEP MODE, WHICH I
     HAVE ENABLED (SLOWLY ROLL FORWARD WHILE NO PEDAL IS
22   PRESSED).
23
24   I ASKED THE POLICE OFFICER TO POSITION HIS PATROL CAR BEHIND MY
25   VEHICLE BEFORE I MOVED IT AND ADVISED THE POLICE OFFICER I DID
     NOT TRUST THE CAR. I USED AN APP TO CALL FOR A TOW THROUGH MY
26   INSURANCE, BUT THE TOW'S NUMBER WAS DISCONNECTED. I WAS ABLE
27   TO DRIVE OFF WITH THE PATROL CAR IN ESCORT.

28   **1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

December 27, 2019 **NHTSA ID NUMBER: 11291423**
**Components: VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**

**NHTSA ID Number:** 11291423

**Incident Date** December 26, 2019

**Consumer Location** PALMDALE, CA

**Vehicle Identification Number** 5YJSA1E20FF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

2015 MODEL S 85D WAS REVERSED ONTO DRIVEWAY THEN PLACED IN PARK AND DOORS WERE CLOSED AND LOCKED. A FEW MOMENTS LATER THE VEHICLE STARTED ACCELERATING FORWARD TOWARDS THE STREET AND CRASHED INTO A PARKED CAR. FRONT WHEELS WERE RECEIVING POWER WHILE REAR WHEELS WHERE LOCKED AND DRAGGING RATHER THAN WHEELS SPINNING. I REVERSED VEHICLE BACK ONTO DRIVEWAY AND IT HAPPENED ANOTHER 2 TIMES AFTER FIRST INCIDENT WITHIN A 30 MINTUE TIME SPAN.

**1 Affected Product**
**Vehicle**

Class Action Complaint
Case No.: 2:20-cv-570

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

November 5, 2019 **NHTSA ID NUMBER: 11278322**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11278322

**Incident Date** November 5, 2019

**Consumer Location** DANVILLE, CA

**Vehicle Identification Number** 5YJSA1E22FF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNS A 2015 TESLA MODEL S. WHILE DRIVING 65-70 MPH FOR THIRTY MINUTES WITH THE AUTO PILOT ENGAGED, THE VEHICLE SPONTANEOUSLY ACCELERATED WITHOUT WARNING. THE CONTACT CRASHED INTO THE REAR OF A 2015 TOYOTA PRIUS. THE AIR BAGS DEPLOYED. THERE WERE NO INJURIES AND A POLICE REPORT WAS FILED. THE VEHICLE WAS TOWED TO AN INDEPENDENT LOT. THE CONTACT CALLED TESLA (6701 AMADOR PLAZA RD, DUBLIN, CA 94568, (925) 361-1173) AND INFORMED THEM OF THE FAILURE. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS CONTACTED AND DID NOT ASSIST. THE FAILURE MILEAGE WAS 48,000. *DT*JB

**1 Affected Product**
**Vehicle**

39

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

January 20, 2019 **NHTSA ID NUMBER: 11171052**
**Components: VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**

**NHTSA ID Number:** 11171052

**Incident Date** January 19, 2019

**Consumer Location** CHAPEL HILL, NC

**Vehicle Identification Number** 5YJSA1H4XFF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

AS I PARKED MY CAR IN MY GARAGE ON 1/19/2019, I HAD PLACED THE CAR IN PARK AND WAS PREPARING TO EXIT THE VEHICLE WHEN IT SUDDENLY ACCELERATED AND HIT THE FRONT OF MY GARAGE WALL. THE CAR WAS IN PARK AND NOT MOVING. I HAD MY HAND ON THE DOOR HANDLE TO EXIT. I IMMEDIATELY SLAMMED THE BREAKS BUT THE CAR SEEMED TO KEEP GOING INTO MY WALL AND THEN IT JOLTED AND STOPPED. IT WAS LIKE IT HAD A MIND OF ITS OWN. THERE WAS NO ALERT OR ANYTHING. IT JUST SUDDENLY ACCELERATED WHILE IN PARK. AS YOU CAN IMAGINE THIS IS A VERY SCARY OCCURRENCE AND I AM NOT GOING TO DRIVE THIS VEHICLE UNTIL IT IS RENDERED SAFE. I'M VERY CONCERNED WITH WHAT COULD HAPPEN IF THIS OCCURRED IN A PARKING LOT OR AREA WITH PEOPLE. I CONTACTED TESLA IMMEDIATELY FOLLOWING THE INCIDENT TO FILE A REPORT AND SHARE MY CONCERN. THEY TOLD ME THEY WOULD PULL LOGS AND BE

40

Class Action Complaint
Case No.: 2:20-cv-570

IN TOUCH. I ALSO CALLED MY INSURANCE COMPANY. THE INCIDENT HAPPENED AT 5:50 PM.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

March 11, 2018 **NHTSA ID NUMBER: 11078571**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11078571

**Incident Date** January 8, 2018

**Consumer Location** ANN ARBOR, MI

**Vehicle Identification Number** 5YJSA1H23FF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

WHILE PULLING INTO A PERPENDICULAR PARKING SPOT IN A PARKING GARAGE, AT ~4-5 FEET FROM A WALL, THE CAR EXPERIENCED SUDDEN ACCELERATION, SLAMMING INTO THE WALL, RESULTING IN MODERATE BODY DAMAGE TO THE FRONT OF THE CAR AND DEPLOYING THE DRIVER-SIDE AIRBAGS. THERE WERE NO OTHER PASSENGERS IN THE CAR, AND THERE WAS NO SIGNIFICANT INJURY OR DAMAGE TO THE GARAGE OR OTHER CARS. THOUGH I RECOGNIZE THAT THE VAST MAJORITY OF ACCIDENTS OF THIS TYPE ARE DUE TO DRIVER ERROR, THERE ARE SEVERAL FACTORS THAT LEAVE ME WITH CONCERN FOR A

41

POSSIBLE ELECTRONIC SYSTEMS MALFUNCTION. SPECIFICALLY, ~3 DAYS PRIOR TO THE ACCIDENT, THE CAR BEGAN DISPLAYING A CONSTANT ERROR MESSAGE: "DRIVER ASSISTANCE FEATURES UNAVAILABLE". I NOTIFIED TESLA SERVICE BY PHONE AND EMAIL, AND ON THEIR INSTRUCTIONS, REBOOTED THE COMPUTER SYSTEM, AND FULLY POWERED DOWN AND RESTARTED THE SYSTEM. HOWEVER, THE ERROR MESSAGE PERSISTED. THE ACCIDENT OCCURRED BEFORE I WAS ABLE TO SCHEDULE A SERVICE CALL. I HAVE REQUESTED DETAILS FROM THE DATA LOGS FOR THE ACCIDENT FROM TESLA, BUT THEY HAVE PROVIDED ONLY VERY LIMITED INFORMATION, STATING THAT LEGAL ACTION ON MY PART WOULD BE REQUIRED TO OBTAIN MORE DETAIL. THEY HAVE TOLD ME THAT THE CAR SPEED WAS 3.6 MPH AT WHICH TIME THE DATA INDICATES THAT THE ACCELERATOR WAS PRESSED TO AS FAR AS 100%, RESULTING IN ACCELERATION OF THE CAR TO 7 MPH AT THE TIME OF IMPACT, WITH THIS ACCELERATION OCCURRING OVER A 2 SECOND TIME PERIOD. THIS INFORMATION SEEMS INCOMPATIBLE WITH THE OTHERWISE RAPID ACCELERATION TYPICALLY EXHIBITED BY THIS CAR WITH A FULLY DEPRESSED ACCELERATOR, AND THE SHORT DISTANCE TRAVELED (ONLY SEVERAL FEET).

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2015 |

April 19, 2017 **NHTSA ID NUMBER: 10979378**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10979378

**Incident Date** April 18, 2017

**Consumer Location** LAGUNA WOODS, CA

**Vehicle Identification Number** 5YJSA1S27FF****

42

Class Action Complaint
Case No.: 2:20-cv-570

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

TL* THE CONTACT OWNED A 2015 TESLA MODEL S. THE CONTACT STATED THAT WHEN STOPPED AT THE SIGNAL, THE VEHICLE ACCELERATED INDEPENDENTLY WITHOUT WARNING. AS A RESULT, THE VEHICLE CRASHED INTO THE VEHICLE IN FRONT. A POLICE REPORT WAS FILED BUT THERE WERE NO INJURIES REPORTED. THE VEHICLE WAS TOWED TO THE DEALER BUT WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 6,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

March 24, 2017 **NHTSA ID NUMBER: 10968322**
**Components: ELECTRONIC STABILITY CONTROL, ELECTRICAL SYSTEM, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10968322

**Incident Date** March 6, 2017

**Consumer Location** LA VERNE, CA

**Vehicle Identification Number** 5YJSA1H22FF****

**Summary of Complaint**

43

Class Action Complaint
Case No.: 2:20-cv-570

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

I WAS PARKING IN MY USUAL PARKING SPOT IN A PARKING LOT AT MY OFFICE AT APPROXIMATELY 8:15 A.M. AS I APPROACHED MY PARKING SPOT, I SLOWED MY CAR BY PRESSING ON THE BRAKE AND MADE A 90 DEGREE TURN INTO MY PARKING SPOT. THE VEHICLE WAS SLOWING MOVING FORWARD AND WAS LESS THAN 10 FEET FROM WHERE I INTENDED TO STOP THE VEHICLE WHEN THE VEHICLE SUDDENLY ACCELERATED ON ITS OWN AND CRASHED INTO THE CONCRETE WALL THAT WAS AT THE BASE OF MY PARKING SPOT, CAUSING THE CAR'S AIRBAGS TO DEPLOY. I DID NOT HAVE MY FOOT ON THE ACCELERATOR PEDAL AT THE TIME THE VEHICLE ACCELERATED INTO THE WALL. I INFORMED TESLA OF THE INCIDENT AND THEY TOLD ME THAT THE VEHICLE HAD EXPERIENCED 100% ACCELERATION IMMEDIATELY PRIOR TO THE COLLISION WITH THE WALL.)

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

September 27, 2016 **NHTSA ID NUMBER: 10910065**
**Components: VEHICLE SPEED CONTROL, SERVICE BRAKES, AIR BAGS**
NHTSA ID Number: 10910065

**Incident Date** September 16, 2016

**Consumer Location** TUCSON, AZ

**Vehicle Identification Number** SYJSA1H4SFF****

44

Class Action Complaint
Case No.: 2:20-cv-570

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES1**

**DEATHS0**

I DROVE THE CAR INTO A PARKING SPACE AT THE SCHOOL (DESERT CHRISTIAN ELEMENTARY) IN TUCSON ARIZONA ON SEPT 16TH ABOUT 11:05 AM, WHEN THE CAR ACCELERATED ON ITS OWN (UNINTENDED ACCELERATION) AND CRASHED INTO 2 PARKED VEHICLES AND AIRBAGS DEPLOYED AND I SUSTAINED A FRACTURE OF MY RIGHT ARM REQUIRING SURGERY. ALSO MY CAR (THE TESLA MODEL S) WAS DAMAGED AND THE TWO OTHER PARKED CARS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

June 17, 2016 **NHTSA ID NUMBER: 10874744**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10874744

**Incident Date** June 10, 2016

**Consumer Location** SAN JOSE, CA

**Vehicle Identification Number** 5YJSA1E28FF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

45

Class Action Complaint
Case No.: 2:20-cv-570

**INJURIES0**

**DEATHS0**

UNINTENDED, UNCOMMANDED ACCELERATION. CAR RAPIDLY ACCELERATED TO MAXIMUM THROTTLE DURING PARKING MANEUVER IN A PARKING STRUCTURE. I WAS TRAVELLING AT 3MPH. CAR ACCELERATED, HIT ANOTHER VEHICLE AND A WALL. TESLA CLAIMS VEHICLE LOGS SHOW THROTTLE WAS COMMANDED TO 98%. AT NO TIME DID I HAVE ANYTHING BUT A LIGHT TOUCH ON THE THROTTLE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

May 11, 2016 **NHTSA ID NUMBER: 10864353**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 10864353

**Incident Date** May 11, 2016

**Consumer Location** DENHAM SPRINGS, LA

**Vehicle Identification Number** 5YJSA1E23FF****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

WHILE DRIVING SLOWLY ~5MPH IN A WAL MART PARKING LOT, MY WIFE WENT TO PULL INTO A PARKING SPOT, SHE TOOK HER FOOT OFF THE

46

ACCELERATOR PEDAL AND THE CAR ACCELERATED "FULLY" ALMOST HITTING THE CAR IN FRONT. MY WIFE HAD TO SLAM ON THE BRAKES TO PREVENT AN ACCIDENT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

December 15, 2015 **NHTSA ID NUMBER: 10810457**
**Components: VEHICLE SPEED CONTROL**
NHTSA ID Number: 10810457

**Incident Date** November 25, 2015

**Consumer Location** COPPELL, TX

**Vehicle Identification Number** 5YJSA1S28FF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

ON THE AFTERNOON OF NOVEMBER 25, 2015, I WAS DRIVING INTO A STRIP MALL PARKING LOT. I WAS GOING TO PULL INTO ONE OF THOSE SPACES WHERE YOU CAN PARK PERPENDICULAR TO A SIDEWALK CURB AND THE SIDEWALK LEADS UP TO THE STORE FRONTS.

WHEN APPROACHING THE PARKING SPACE, THE CAR WAS ALREADY IN REGENERATIVE BRAKING MODE, AND ACCORDING TO TESLA'S LOGS, THE CAR SLOWED DOWN TO 3.5 MPH. SINCE THE CAR HAD ENOUGH

47

MOMENTUM TO ROLL INTO THE SPACE ON ITS OWN, MY FOOT WAS NOT ON THE ACCELERATOR OR THE BRAKE PEDAL. MY FOOT WAS UP RESTING ON ITS HEEL, READY TO TAP THE BRAKE WHEN IT GOT CLOSE ENOUGH TO THE CURB.

WHILE THE CAR WAS COASTING INTO THE SPACE THE MOTOR WAS VERY QUIET. ALL OF A SUDDEN, I HEARD A "WHIRRING" SOUND FROM THE MOTOR. I DON'T KNOW HOW BETTER TO DESCRIBE IT, THAN TO SAY IT WAS ALMOST LIKE THE MOTOR WENT FROM A STATE OF SLUMBER TO A FULL STATE OF AWARENESS.

I BELIEVE THE MOTOR WAS "WHIRRING" LOUDLY FOR ABOUT A SECOND BEFORE THE CAR TOOK OFF AT SUCH A FAST PACE AND WOUND UP HITTING A BRICK WALL. IT HAPPENED SO QUICKLY, I DIDN'T HAVE ANY TIME TO REACT. AFTER THE IMPACT, I DIDN'T EVEN KNOW THE AIRBAGS DEPLOYED UNTIL I OPENED MY EYES AND SAW THE DEFLATED AIRBAGS IN THE CAR. IT LOOKED LIKE THE CAR JUMPED THE CURB, HIT THE BRICK WALL, BOUNCED BACKWARDS FROM THE IMPACT AND LANDED BACK INTO THE PARKING SPACE.

ACCORDING TO TESLA'S LOGS, THE DATA READS THAT THE PEDAL WAS DEPRESSED DOWN TO 97% AND THE CAUSE OF THE ACCIDENT WAS DUE TO DRIVER ERROR. I STAND FIRMLY BY MY STATEMENT THAT MY FOOT WAS NOT ON EITHER THE ACCELERATOR OR THE BRAKE PEDAL WHEN THE CAR ACCELERATED. DATA MAY SHOW THERE WAS PEDAL DEPRESSION BUT I DID NOT DO THE DEPRESSING. THIS WAS DUE TO UNINTENDED ACCELERATION BY THE CAR.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

48

Class Action Complaint
Case No.: 2:20-cv-570

September 17, 2015 **NHTSA ID NUMBER: 10764853**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10764853

**Incident Date** September 16, 2015

**Consumer Location** LAKE FOREST, IL

**Vehicle Identification Number** 5YJSA1S24FF****


**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**
CAR WAS PARKED IN THE PARKING LOT . WHILE BACKING THE CAR, IT
SPIN FAST OUT OF CONTROL EVEN THOUGH BACKING WAS STARTED AT
A VERY SLOW SPEED . CAR STOPPED AFTER HITTING FOUR VEHICLES
DIRECTLY, AND ONE OF THE VEHICLE HIT OTHER TWO VEHICLES. MAJOR
DAMAGE ON THE TESLA CAR IS ON DRIVER SIDE AT BACK, WHERE IT HIT
OTHER CARS. IT SPIN ALMOST 180 DEGREES FACING IN THE OPPOSITE
DIRECTION. IT HIT THE CARS ON BOTH SIDE OF THE PARKING LOT LANE
.IT ALL HAPPENED IN 2 TO 3 SECONDS.

I WONDER, IF THERE IS AUTOMATIC CONTROL IN THE CAR SO THAT IT
DOES NOT GO FAST WHILE REVERSING , AS ACCELERATOR SEEMS TO BE
VERY SENSITIVE, OR DOES IT GET STUCK? FLOOR MATS IN THE CAR
WERE ORIGINAL AND CAME WITH THE CAR.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

49

1
2
3   June 15, 2017 **NHTSA ID NUMBER: 10995382**
4   **Components: UNKNOWN OR OTHER**
    **NHTSA ID Number:** 10995382
5
6   **Incident Date** June 9, 2017
7   **Consumer Location** DENVER, CO
8   **Vehicle Identification Number** 5YJSA1H2XFF****
9
10  **Summary of Complaint**
11  **CRASH**Yes
12  **FIRE**No
13  **INJURIES**0
14  **DEATHS**0
    DRIVING WEST ON HAMPDEN AVE TOWARDS INTERSECTION AT
15  TAMARAC ST.
16
    GOING THE SPEED LIMIT, & RELEASED THE ACCELERATOR SO THAT
17  "ENGINE BRAKING" WOULD SLOW THE CAR.
18
    BUT I WAS SLOWING DOWN FASTER THAN NECESSARY WITH ~100 YARDS
19  REMAINING TO REACH THE INTERSECTION.
20
21  I LIGHTLY PRESSED THE ACCELERATOR TO STOP ENGINE BRAKING
    BRIEFLY, THEN RELEASED THE ACCELERATOR TO REINSTATE "ENGINE
22  BRAKING".
23
    INSTEAD OF SLOWING, MY CAR BEGAN TO WILDLY ACCELERATE.
24
25  ALARMED AT THE INCREASING SPEED OF THE CAR, AS I WAS RAPIDLY
    APPROACHING THE INTERSECTION WHERE THE SIGNAL WAS RED,
26  (ANOTHER CAR WAS ALREADY STOPPED AT THE SIGNAL). QUICKLY
27  APPLIED THE BRAKES, BUT CAR WAS TRAVELING TOO FAST TO AVOID
    IMPACT WITH THE OTHER CAR. OTHER CAR WAS SIGNIFICANTLY
28
                                50

Class Action Complaint
Case No.: 2:20-cv-570

DAMAGED, THOUGH IT SEEMED UNLIKELY (BASED ON COMMENTS FROM THE PARAMEDICS & POLICE) THAT THE OTHER DRIVER & PASSENGER WERE INJURED, BUT WERE TRANSPORTED TO AN ER TO BE CHECKED.

I WAS SO STUNNED AT WHAT HAD HAPPENED THAT I INITIALLY THOUGHT I MAY HAVE PRESSED ON THE ACCELERATOR RATHER THAN THE BRAKE ( I'VE NEVER DONE THAT IN MY 55 YEARS OF DRIVING). BUT 2 DAYS LATER, AFTER MY MIND HAD CLEARED, I COULD RECALL THE DETAILS OF THE SITUATION, AND I'M CONVINCED THAT THE ACTUAL EVENTS OCCURRED IN THE ORDER DESCRIBED ABOVE.

ANOTHER PIECE OF INFORMATION: 2 TIMES WITHIN THE PRIOR WEEK, WHEN GETTING INTO MY CAR (AWAY FROM MY HOME), THE CAR INDICATED "PREPARING TO DRIVE" OR SOMETHING TO THAT EFFECT (NOT A MESSAGE I NORMALLY SEE), THE MESSAGE PERSISTED, SO BOTH TIMES I HAD TO REBOOT THE COMPUTER SYSTEM, TO MAKE THE CAR DRIVE-ABLE. COULD THIS BE AT ALL RELATED TO THE ACCIDENT ON JUNE 9TH?

[THE CAR ,CURRENTLY IN A BODY SHOP, LOGS THE DRIVING HISTORY, AND MAY BE ABLE TO SUPPORT, OR NOT SUPPORT, MY MEMORY OF WHAT HAPPENED. IT MAY HELP TO DIFFERENTIATE WHETHER THIS WAS A COMPUTER HARDWARE/SOFTWAREOR MECHANICAL GLITCH, VS OPERATOR ERROR.]

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

April 29, 2016 **NHTSA ID NUMBER: 10862194**

51

Class Action Complaint
Case No.: 2:20-cv-570

**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 10862194

**Incident Date** April 28, 2016

**Consumer Location** NEW CITY, NY

**Vehicle Identification Number** 5YJSA1H2XFF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

THE CAR WAS BEING SLOWLY PULLED INTO A PARKING SPACE AT A
BANK WHEN IT EXPECTANTLY ACCELERATED. IT JUMPED A CURB,
PASSED THOUGH SHRUBS, CLIPPED A TREE, AND WAS ABLE TO BE
STEERED AWAY FROM A LIGHT POLE. IT CAME TO REST HALF INTO THE
ROAD. THERE WERE SKID MARKS FROM THE ATTEMPTED BRAKING THAT
WERE PHOTOGRAPHED. NONE THE SAFETY FEATURES INCLUDING
PROXIMITY WARNING, AND COLLISION AVOIDANCE OR AIR BAGS
ACTIVATED.

**1 Affected Product**

|  | d)    Vehicle | |
| --- | --- | --- |
| **MAKE** | **MODEL** | **YEAR** |
| TESLA | MODEL S | 2015 |

November 19, 2019 **NHTSA ID NUMBER: 11280962**

52

Class Action Complaint
Case No.: 2:20-cv-570

**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11280962

**Incident Date** October 30, 2019

**Consumer Location** AVONDALE, PA

**Vehicle Identification Number** 5YJSA1E27GF****


**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES1**

**DEATHS0**

MY WIFE WAS PULLING INTO A PARKING SPOT AT HER SCHOOL AT A SLOW RATE OF SPEED (AS SHE WAS PARKING BETWEEN 2 CARS). THE VEHICLE WAS IN CHILL MODE, WHICH MEANS THAT IT CANNOT ACCELERATE AT A HIGH RATE OF SPEED. WHEN SHE WAS ROUGHLY ¾ OF THE WAY INTO THE PARKING SPOT WITH HER FOOT ON THE BRAKE, THE VEHICLE ACCELERATED ON ITS OWN AS IF IT WAS IN PERFORMANCE MODE. IT WENT OVER A CURB AND INTO A CHAIN LINK FENCE (WHICH WAS ROUGHLY 10-12 FEET PAST THE CURB) BEFORE SHE COULD GET THE VEHICLE TO STOP ITSELF. THIS WAS AT AN ELEMENTARY SCHOOL AND CHILDREN WERE PRESENT. FORTUNATELY NO ONE WAS HURT. TESLA HAS YET TO RESPOND TO OUR INQUIRIES REGARDING THE INCIDENT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

August 8, 2018 **NHTSA ID NUMBER: 11118541**

53

Class Action Complaint
Case No.: 2:20-cv-570

**Components: SERVICE BRAKES, FUEL/PROPULSION SYSTEM, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11118541

**Incident Date** June 12, 2018

**Consumer Location** LAGUNA NIGUEL, CA

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

WHILE IN REVERSE BACKING UP TO A CHARGE STATION IN A COVERED PARKING LOT, THE CAR WENT INTO SUDDEN ACCELERATION AND FAILED TO STOP AND COLLIDED WITH THE CHARGE STATION AND THE WALL NEXT TO IT. NONE OF THE WARNING LIGHTS OR SOUNDS WENT OFF EITHER. ALTHOUGH THE CAR HAS, ON SEVERAL OCCASIONS DEMONSTRATED ITS ABILITY TO STOP SHORT OF COLLIDING WITH OBSTACLES, IT FAILED TO REACT IN THIS INSTANCE. TESLA HAS IGNORED OUR REPEATED REQUESTS FOR PROVIDING AN EXPLANATION OR ANY EVALUATION OF THE LOGS ASSOCIATED WITH THE CAR, AND HAS BLAMED THE MATTER ON DRIVER ERROR.

**1 Affected Product**
Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

June 9, 2018 **NHTSA ID NUMBER: 11100721**

54

Class Action Complaint
Case No.: 2:20-cv-570

**Components: SERVICE BRAKES, ELECTRONIC STABILITY CONTROL, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11100721

**Incident Date** February 20, 2018

**Consumer Location** HONOLULU, HI

**Vehicle Identification Number** 5YJSA1E15GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**5

**DEATHS**0

ON 2/20/18 I WAS DRIVING UP MY DRIVEWAY. UPON REACHING THE TOP OF THE DRIVEWAY, THE CAR SUDDENLY ACCELERATED BY ITSELF RESULTING IN THE FRONT OF THE CAR HITTING THE CONCRETE WALL IN FRONT. I INFORMED TESLA AND THEY CLAIM THAT THE COMPUTER SHOWED THAT I PRESSED ON THE ACCELERATOR INSTEAD OF THE BREAK. MY ANSWER IS THAT I DID NOT PRESSED ON THE ACCELERATOR. IT JUST ACCELERATED BY ITSELF. ASIDE FROM ME, I HAVE 4 PASSENGERS THAT CAN ATTEST TO THIS. I HAVE LIVED IN THIS PLACE SINCE 1986 AND THIS HAS NEVER HAPPENED. SINCE I HAVE BEEN DRIVING UP MY DRIVEWAY FOR 32 YEARS, IT IS SO ROUTINE FOR ME THAT IT IS ALREADY RITUAL FOR ME AT ALMOST THE SAME SPEED AND WHEN TO PRESSED ON THE GAS AND BRAKE PEDALS THE SAME WAY EVERY TIME. THIS HAS NOT HAPPENED TO MY OTHER CARS AND AS MY CAR INSURANCE WILL SHOW I HAVE NOT BEEN INVOLVED IN CAR ACCIDENTS FOR MANY YEARS.

I HAVE NOT BEEN SHOWN ANY EVIDENCE EXCEPT WHAT TESLA TOLD ME. IT IS THEIR WORDS VERSUS MINE AND MY 4 OTHER PASSENGERS WHO EXPERIENCED WHAT ACTUALLY HAPPENED.

I HAVE PROBLEM TRYING TO DOWNLOAD PICTURES AND CORRESPONDENCES /RECORDS HERE. I WILL BE GLAD TO MAIL THEM TO YOU OR SOME OTHER WAYS WITH YOUR INSTRUCTIONS. THANK YOU.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

March 15, 2018 **NHTSA ID NUMBER: 11079500**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11079500

**Incident Date** November 13, 2017

**Consumer Location** ROGERS, AR

**Vehicle Identification Number** 5YJSA1E27GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

I WAS ATTEMPTING TO PARK IN FRONT OF A RETAIL BUSINESS WHEN THE CAR SUDDENLY AND UNEXPECTEDLY ACCELERATED. I BELIEVE THIS ACCIDENT WAS CAUSED BY A MALFUNCTION OR GLITCH IN THE VEHICLES TROUBLED SOFTWARE FOR DRIVER ASSIST AND/OR SAFETY FEATURES. FEATURES WHICH ARE UNIQUE TO TESLA.

THE SUDDEN AND UNEXPECTED ACCELERATION HAPPENED WITH NO INPUT TO THE ACCELERATOR PEDAL. I WAS LIGHTLY BRAKING, INTENT ON COMING TO A COMPLETE STOP. I HAD NEARLY COMPLETED THE PARKING MANEUVER WHEN THE CAR RACED FORWARD, JUMPED A CURB, KNOCKED DOWN A HANDICAPPED PARKING SIGN, TRAVELED

56

ACROSS A WALKWAY AND SMASHED INTO THE FRONT OF THE BUSINESS. THIS HAPPENED SO FAST, I DIDNT REALIZE WHAT OCCURRED UNTIL I COULD GATHER MY THOUGHTS AFTER THE INCIDENT. NO AUDIBLE OR VISUAL WARNING OF AN IMPENDING COLLISION WERE HEARD OR SEEN. NO AIRBAGS DEPLOYED.

FORTUNATELY NO ONE INSIDE THE BUSINESS, NO PEDESTRIAN NOR MYSELF WERE INJURED. THIS COULD HAVE BEEN A TRAJIC ACCIDENT. MY TESLA SUSTAINED OVER $25,000 IN DAMAGE AND IS STILL IN THE REPAIR SHOP. AS OF THIS DATE, NO CLAIM HAS BEEN SETTLED FOR REPAIRS TO THE BUSINESS PROPERTY.

I HAVE UPLOADED A PHOTO SHOWING THE END RESULT OF THE EVENT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

January 31, 2018 **NHTSA ID NUMBER: 11066047**
**Components: SERVICE BRAKES, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11066047

**Incident Date** January 28, 2018

**Consumer Location** MIAMI BEACH, FL

**Vehicle Identification Number** 5YJSA1E10GF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

57

Class Action Complaint
Case No.: 2:20-cv-570

**INJURIES0**

**DEATHS0**

MY HUSBAND WAS DRIVING MY CAR, WE ARRIVED AT THE PARKING LOT AND AS HE WAS PULLING INTO A PARKING SPACE AND COMING TO A STOP, THE CAR SUDDENLY ACCELERATED AT HIGH SPEED, WENT OVER THE CEMENT BUMPER FOR THE SPACE, OVER THE ONE FOR THE SPACE IN FRONT AND HIT A PARKED SATURN IN FRONT OF US. HE IS CERTAIN THAT HE WAS BRAKING AT THE TIME. WE TOOK THE CAR IN TO TESLA WHO RAN A DIAGNOSTIC. THEY ADVISED THAT THE THROTTLE WENT SUDDENLY FROM 2% TO 97% AND THEN THE BRAKE WAS APPLIED, BUT WHEN I ASKED FOR MORE DETAILS ABOUT THE APPROACH TO THE PARKING SPACE, FOR A COPY OF THE REPORT THEY SAID THEY WOULD NOT PROVIDE IT WITHOUT A SUBPOENA.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

December 15, 2017 **NHTSA ID NUMBER: 11054973**
**Components: STRUCTURE, FUEL/PROPULSION SYSTEM, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11054973

**Incident Date** November 25, 2017

**Consumer Location** OLYMPIA, WA

**Vehicle Identification Number** 5YJSA1E22GF****

**Summary of Complaint**

**CRASHYes**

58

**FIRENo**

**INJURIES0**

**DEATHS0**

WHILE ATTEMPTING TO PARK MY TESLA S75 D IN A COSTCO SPACE, THE CAR BOLTED. IT FELT LIKE IT WAS IN AUTOPILOT MODE WITHOUT ME ENGAGING IT MANUALLY. I SLAMMED ON THE BRAKES. IT HIT THE REAR BUMPER OF THE CAR PARKED IN FRONT. FORTUNATELY, IT DIDN'T DO ANY DAMAGE TO THAT VEHICLE BUT IT CAUSED PLENTY OF DAMAGE TO MY FRONT END. I'LL NEED A NEW BUMPER AND HOOD. IT ALSO DEACTIVATED MY AUTOPILOT AND RADAR WHICH ARE BEHIND THE BUMPER. I CAN STILL DRIVE THE CAR AND FEEL FAIRLY SAFE AS I BELIEVE THE COMPUTER ACCIDENTALLY ENGAGED THE AUTOPILOT AND NOW THE AUTOPILOT ISN'T OPERATIONAL. HOWEVER, I NO LONGER TRUST THIS CAR. I'VE PRESENTED THIS PROBLEM TO TESLA AND THEY SAID IS WAS USER ERROR BUT THERE IS ABSOLUTELY NO DOUBT IN MY MIND THAT I WAS NOT AT FAULT. I'VE DONE RESEARCH AND THERE IS A CLASS ACTION LAWSUIT IN THE WORKS AS THIS HAS HAPPENED TO OTHER TESLA USERS. MY ADVISE, DON'T BUY A TESLA!!!!!

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

November 1, 2017 **NHTSA ID NUMBER: 11042211**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11042211

**Incident Date** October 1, 2016

**Consumer Location** DESOTO, TX

**Vehicle Identification Number** 5YJSA1E29GF****

59

Class Action Complaint
Case No.: 2:20-cv-570

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNS A 2016 TESLA MODEL S. WHILE PARKING, THE VEHICLE INADVERTENTLY ACCELERATED AND CRASHED INTO A FENCE AND A NEIGHBOR'S AIR CONDITIONING UNIT. THE BRAKE PEDAL WAS DEPRESSED, BUT THE VEHICLE FAILED TO STOP. THERE WERE NO WARNING INDICATORS ILLUMINATED. THERE WERE NO INJURIES. THE POLICE ARRIVED AT THE SCENE, BUT THE CONTACT WAS UNAWARE IF A POLICE REPORT WAS FAILED. THE VEHICLE WAS TOWED TO DALLAS-CEDAR SPRINGS ROAD TESLA (6500 CEDAR SPRINGS ROAD, SUITE 100 (214) 736-0587), BUT NO FAILURES WERE DIAGNOSED. THE CONTACT WAS INFORMED THAT THE FAILURE WAS DUE TO HUMAN ERROR. THE BODY DAMAGE WAS REPAIRED. THE CONTACT STATED THAT THE FAILURE OCCURRED A SECOND TIME WHILE PARKING IN A HOSPITAL PARKING LOT. THE VEHICLE ACCELERATED WITHOUT WARNING, JUMPED A CURB, AND COLLIDED WITH A METAL POLE, A SMALL TREE, AND AN AMBULANCE. THE HOSPITAL POLICE WAS AT THE SCENE, BUT WAS UNAWARE IF A REPORT WAS FILED. THE VEHICLE WAS TOWED TO JOHN EAGLE COLLISION CENTER (6125 PEELER ST, DALLAS, TX 75235 (855) 575-6368), BUT NO REPAIRS OR DIAGNOSTIC TESTING WERE COMPLETED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND OFFERED NO ASSISTANCE. THE FAILURE MILEAGE WAS APPROXIMATELY 5,000. *TT

UPDATED 8/6/18*JB

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

60

Class Action Complaint
Case No.: 2:20-cv-570

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

June 19, 2017 **NHTSA ID NUMBER: 11000077**
**Components: PARKING BRAKE, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11000077

**Incident Date** March 30, 2017

**Consumer Location** SAN JOSE, CA

**Vehicle Identification Number** 5YJSA1E15GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0
TL* THE CONTACT OWNS A 2016 TESLA S60. WHILE THE CONTACT WAS
ATTEMPTING TO EXIT THE PARKED VEHICLE, IT INDEPENDENTLY
ACCELERATED. THE VEHICLE CRASHED INTO A PILLAR. A POLICE
REPORT WAS NOT FILED AND THERE WERE NO INJURIES. WHEN THE
BRAKES WERE APPLIED, THE VEHICLE CAME TO A STOP. THE CONTACT
STATED THAT SHE WAS UNCERTAIN IF SHE MAY HAVE DEPRESSED THE
ACCELERATOR PEDAL ACCIDENTALLY. THE LOCAL DEALER (TESLA 750
E. EL CAMINO REAL, SUNNYVALE, CA, 94087) CONFIRMED THAT THE
VEHICLE WAS NOT ABLE TO BE SERVICED UNTIL OCTOBER OF 2017. THE
VEHICLE WAS NOT DIAGNOSED. THE CONTACT RECEIVED NOTIFICATION
OF NHTSA CAMPAIGN NUMBER: 17V260000 (PARKING BRAKE). THE
MANUFACTURER WAS NOTIFIED AND INFORMED THE CONTACT THAT
THE FAILURE WAS STILL UNDER INVESTIGATION. THE VEHICLE WAS
REPAIRED. THE VIN WAS INVALID. THE FAILURE MILEAGE WAS
APPROXIMATELY 5,977. UPDATED 08/23/17*LJ

*CN

**1 Affected Product**
**Vehicle**

61

Class Action Complaint
Case No.: 2:20-cv-570

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2016 |

February 9, 2017 **NHTSA ID NUMBER: 10953656**
**Components: VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**

**NHTSA ID Number:** 10953656

**Incident Date** December 23, 2016

**Consumer Location** PASADENA, CA

**Vehicle Identification Number** 5YJSA1E22GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**3

**DEATHS**0

COMPLAINANT, A PHYSICIAN, HAD TAKEN DELIVERY OF A 2016 TESLA
MODEL S ON DECEMBER 22, 2016. THE FOLLOWING DAY, SHE PULLED
INTO HER DRIVEWAY AT HOME AND BROUGHT THE VEHICLE TO A STOP.
WITH HER FOOT STILL ON THE BRAKE, THE VEHICLE SUDDENLY
ACCELERATED ON ITS OWN FROM A STOPPED POSITION TO SPEEDS OF
BETWEEN 40-60 MPH. THE VEHICLE PLOWED THROUGH THE BRICKS OF
HER DRIVEWAY, THROUGH SHRUBS SEPARATING HER PROPERTY FROM
HER NEIGHBOR, WENT THROUGH AND ACROSS THE NEIGHBOR'S YARD
AND ONTO AND ADJOINING STREET, WHERE IT COLLIDED WITH A
TRUCK.

**1 Affected Product**
**Vehicle**

Class Action Complaint
Case No.: 2:20-cv-570

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

February 6, 2017 **NHTSA ID NUMBER: 10949955**
**Components: SERVICE BRAKES, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10949955

**Incident Date** January 5, 2017

**Consumer Location** MOUNTAIN VIEW, CA

**Vehicle Identification Number** 5YJSA1E1XGF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES2**

**DEATHS0**

I WAS STOPPED AT A STOP LIGHT ON MY WAY TO WORK AROUND 8AM ON A VERY CROWDED CITY STREET. AS THE LIGHT TURNED GREEN, I SLOWLY PRESSED ON THE GAS TO MOVE FORWARD AND THE CAR TOOK OFF AT TOP SPEED. I HIT THE BRAKE BUT THE CAR DID NOT RESPOND - IT DID NOT SLOW DOWN OR STOP, NOR DID ANY ALARM, EITHER VISUAL OR AUDITORY, GO OFF INSIDE THE CAR. TO HIT THE CAR IN FRONT OF ME AND THEN HAD TO SWERVE TO AVOID HITTING DOZENS OF CARS IN MY PATH. I GRAZED PAST A LAMP POST, ANOTHER CAR AND FINALLY CRASHED INTO A TREE.

**1 Affected Product**
**Vehicle**

63

Class Action Complaint
Case No.: 2:20-cv-570

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

May 10, 2016 **NHTSA ID NUMBER: 10864163**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 10864163

**Incident Date** May 6, 2016

**Consumer Location** FREDERICK, MD

**Vehicle Identification Number** 5YJSA1E13GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

UNINTENDED ACCELERATION OCCURRED ON 2 SEPARATE OCCASIONS
WITH 2 DIFFERENT DRIVERS WITHIN 2 WEEKS. MODEL S 70D

INCIDENT 1: MY WIFE WAS AT A STOP SIGN. SHE REMOVED HER FOOT
FROM THE BRAKE AND BEFORE APPLYING THE ACCELERATOR THE CAR
SURGED FORWARD AGGRESSIVELY. SINCE HER FOOT NEVER TOUCHED
THE ACCELERATOR SHE WAS ABLE TO APPLY THE BRAKE AND STOP
WITHIN 8-10 FEET. SHE WAS VISIBLY SHAKEN WHEN SHE GOT HOME BUT,
REGRETTABLY, NO REPORT WAS FILED.

INCIDENT 2: ABOUT 2 WEEKS LATER, MAY 6, I WAS PULLING INTO MY
GARAGE WITH MY WIFE AND BABY IN THE VEHICLE. 2-3 FEET FROM THE
GARAGE WALL (IN CREEP MODE) I GENTLY TOUCHED THE BRAKE TO
COME TO A STOP. AT THAT POINT THE CAR SURGED FORWARD VERY

Class Action Complaint
Case No.: 2:20-cv-570

AGGRESSIVELY. I IMMEDIATELY APPLIED HEAVY BRAKE AND WAS ABLE TO STOP THE CAR IN A FEW FEET (SINCE MY FOOT WAS ALREADY OVER THE BRAKE PEDAL). THE FRONT END HIT THE GARAGE WALL AND PENETRATED 10-12 INCHES CAUSING DRYWALL DAMAGE AND SIGNIFICANT DAMAGE TO OUR POWDER ROOM ON THE OTHER SIDE.

A REPORT WITH TESLA WAS FILED IMMEDIATELY. LOGS WERE DOWLOADED AND SHOW THAT THE ACCELERATOR WAS DEPRESSED TO 97% POWER IN LESS THAN A SECOND AND THAT IT WAS DRIVER ERROR. MY WIFE AND I HAVE A COMBINED 48 YEARS OF ACCIDENT FREE DRIVING AND NEITHER OF US HAVE EVER MISTAKEN CONTROL PEDALS OR HAVE EVER FLOORED A GAS PEDAL IN A SECOND.

MY WIFE IS 37, HEALTHY AND A PHYSICIAN, I AM A HEALTHY 42 YEAR OLD PILOT. WE CAN BOTH SAY WITH 100% CERTAINTY THAT NEITHER INCIDENT WAS DRIVER ERROR. TESLA HAS A SERIOUS UNINTENDED ACCELERATION PROBLEM ALSO MADE EVIDENT BY THE OTHER COMPLAINTS FILED ON NHTSA, ALL OF WHICH SEEM TO FALL UNDER SIMILAR OPERATING PARAMETERS.

WE NOW HAVE A $90,000 CAR SITTING IN OUR GARAGE THAT IS UNSAFE FOR MY FAMILY, IT SEEMS TESLA IS GOING THE ROUTE OF WAITING FOR INJURY AND DEATHS TO OCCUR BEFORE THEY ACKNOWLEDGE THIS SAFETY DEFECT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

May 17, 2018 **NHTSA ID NUMBER: 11096621**

65

Class Action Complaint
Case No.: 2:20-cv-570

**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11096621

**Incident Date** April 5, 2018

**Consumer Location** LYNNFIELD, MA

**Vehicle Identification Number** 5YJXCBE2XGF****


**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

WHILE VISITING A FUNERAL HOME IN MELROSE, MA., I NEEDED TO BACK
INTO A SPOT TO BE ABLE TO TAKE PART IN THE FUNERAL PROCESSION. I
PULLED OUT OF THE SPOT I WAS IN AND PROCEEDED TO PUT THE CAR IN
REVERSE TO BACK INTO THE SAME PARKING SPOT. AT THE SAME
MOMENT THAT I STARTED TO BACK IN THE CAR SURGED AND MADE AN
ARC IN THE PARKING LOT ONLY STOPPING AFTER I HIT A PARKED CAR
WITH SUCH FORCE THAT IT CAUSED TWO MORE CARS TO BE HIT BY THE
IMPACT. I ATTEMPTED TO STOP THE CAR BY STEPPING ON THE BREAK
WHICH HAD NO EFFECT AND EVEN THOUGH I WASN'T HURT, MY ARMS
ACHED FOR DAYS BECAUSE I WAS TRYING TO CONTROL THE WHEEL TO
NO AVAIL. I HAVE A CLEAN DRIVING RECORD AND WAS IN REVERSE AT
THE TIME WHICH MEANT I HAD MY FOOT ON THE GAS TO BACK IN
SLOWLY. I HAVE REQUESTED THAT TESLA CHECK THE COMPUTER TO
SEE IF I AM OF FAULT OR NOT AND THEY HAVE REFUSED. MY TESLA IS
BEING REPAIRED AND I NEED TO KNOW IF THIS WAS A TECHNICAL
ERROR . I WAS TOLD IT COULD BE THE AUTO PILOT SYSTEM THAT COULD
BE A FAULT EVEN THOUGH I HAVE NEVER USED IT. PLEASE HELP
BECAUSE I AM CONCERNED THAT WE SHOULD BE AWARE OF HOW THIS
HAPPENED.

**1 Affected Product**
**Vehicle**

Class Action Complaint
Case No.: 2:20-cv-570

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

April 4, 2018 **NHTSA ID NUMBER: 11083342**
**Components: FORWARD COLLISION AVOIDANCE, ELECTRONIC STABILITY CONTROL, VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**

**NHTSA ID Number:** 11083342

**Incident Date** February 8, 2018

**Consumer Location** LOS ANGELES, CA

**Vehicle Identification Number** 5YJXCAE42GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

I WAS DRIVING MY TESLA MODEL X EV HOME AND THERE WERE NO PROBLEMS. WHEN I PULLED INTO THE DRIVEWAY THE SELF DRIVING FEATURES ACCELERATED THE VEHICLE CAUSING AN ACCIDENT.

**1 Affected Product**
**Vehicle**

Class Action Complaint
Case No.: 2:20-cv-570

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

June 16, 2017 **NHTSA ID NUMBER: 10995447**
**Components: SERVICE BRAKES, ELECTRICAL SYSTEM, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 10995447

**Incident Date** November 12, 2016

**Consumer Location** CUPERTINO, CA

**Vehicle Identification Number** 5YJXCBE27GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0
VEHICLE ACCELERATED SUDDENLY AND CRASHED INTO A TREE IN FRONT WHILE PARKING THE CAR IN A PARKING LOT. WE REPORTED THE PROBLEM TO TESLA BUT THEY GOT BACK TO US DENYING ANY CAR MALFUNCTION THAT CAUSED THE ACCELERATION. HOWEVER WE RECEIVED A RECALL LETTER TODAY SAYING THAT AFFECTED PARKING BRAKE CALIPER MAY CAUSE IN ROLLAWAY AND CRASH.

**1 Affected Product**
**Vehicle**

68

Class Action Complaint
Case No.: 2:20-cv-570

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

February 27, 2017 **NHTSA ID NUMBER: 10957394**
**Components: STRUCTURE, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10957394

**Incident Date** February 27, 2017

**Consumer Location** MARIETTA, GA

**Vehicle Identification Number** 5YJXCAE24GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

TAKATA RECALL

I DROVE MY TESLA MODEL X 2016 TODAY TO WORK AND WHEN I WAS
ABOUT TO PARK THE CAR IN THE PARKING LOT (AROUND 6 MILES PER
HOUR MAY BE) IT SUDDENLY ACCELERATED AND HIT THE CONCRETE
WALL AND BOUNCED BACK AROUND 8 FEET. SINCE IT WAS FOR PARKING
I CAN SURELY SAY THAT I DID NOT ACCELERATE THE CAR. THE
STEERING AIR BAGS AND KNEE AIR BAGS CAME OFF AND ALSO THE
PASSENGER SIDE KNEE AIR BAGS CAME OFF AS WELL. I SEARCHED
ONLINE AND THERE SEEMS TO BE A CLASS ACTION SUITE ON THIS ISSUE
BUT TESLA IS NOT ACCEPTING IT AS THE GLITCH IN THEIR SOFTWARE OR
SOME OTHER COMPONENT. I FELT LIKE THE ACCELERATOR GOT
PRESSED THE WAY WHEN THE CAR WAS IN CRUISE MODE. UNLESS I
WANTED TO HIT THE WALL INTENTIONALLY THERE WAS NO NEED FOR

69

ME TO PRESS THE ACCELERATOR TO SPEED FROM ALMOST ZERO TO
WHATEVER THE HIGH SPEED IT ATTAINED AT THE TIME OF HITTING THE
WALL.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL X | 2016 |

January 3, 2017 **NHTSA ID NUMBER: 10939234**
**Components: STRUCTURE, FUEL/PROPULSION SYSTEM, VEHICLE SPEED**
**CONTROL**
**NHTSA ID Number:** 10939234

**Incident Date** November 2, 2016

**Consumer Location** SANTA CLARA, CA

**Vehicle Identification Number** 5YJXCAE27GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0
WHILE TURNING LEFT INTO A PARKING SPOT AT A VERY SLOW SPEED,
THE CAR SUDDENLY ACCELERATED WITH EXTREME FORCE. IT RAN
OVER A CURB AND COLLIDED WITH A TREE AND A TRUCK. THERE WAS
ONLY LIGHT PRESSURE ON THE ACCELERATOR. THE AUTOMATIC
BRAKING AND THE AIRBAGS DID NOT DEPLOY. THERE WAS OVER $18 000
DAMAGE TO THE TWO VEHICLES AND THE TESLA MODEL X IS NOT
DRIVEABLE WITHOUT REPAIRS.

Class Action Complaint
Case No.: 2:20-cv-570

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL X | 2016 |

December 14, 2016 **NHTSA ID NUMBER: 10935272**
**Components: AIR BAGS, STRUCTURE, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10935272

**Incident Date** December 13, 2016

**Consumer Location** AMAGANSETT, NY

**Vehicle Identification Number** 5YJXCBE24GF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 1

**DEATHS** 0

I HAD PULLED INTO A PARKING LOT, PROCEEDED TO PULL INTO A SPOT
ADJACENT TO A CINDER BLOCK BUILDING. I HAD MY FOOT LIGHTLY ON
THE GAS PEDAL, THEN AS I MADE THE TURN INTO THE SPOT, MY FOOT
WAS ON THE BRAKE - THE CAR LURCHED FORWARD AND SPED UP AND
THE BRAKES DID NOT STOP IT. I WENT RIGHT INTO THE CONCRETE
BUILDING, HEAD ON - AIR BAGS DEPLOYED. THE FRONT END CRUSHED
AND THE 2 AIRBAGS ON THE DRIVERS SIDE DEPLOYED AND WERE
SMOKING. I READ ON LINE THAT THERE HAVE BEEN NUMEROUS
INCIDENCES OF THIS HAPPENING WITH THE TESLA. SPONTANEOUS
ACCELERATION WITH MY FOOT NOT ON THE GAS PEDAL. THE CAR
WOULD NOT STOP BY THE BRAKES! I COULD HAVE BEEN SERIOUSLY

71

Class Action Complaint
Case No.: 2:20-cv-570

INJURED OR HIT ANOTHER PERSONA OR VEHICLE. THE CAR HIT THE BUILDING AS WELL AS A NATURAL GAS PIPE THAT WAS RUNNING ALONG THE BUILDINGS SIDE AT THE LEVEL OF MY FRONT BUMPER. I FILED A POLICE REPORT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

October 12, 2016 **NHTSA ID NUMBER: 10915633**
**Components: SERVICE BRAKES, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10915633

**Incident Date** October 7, 2016

**Consumer Location** SANTA CLARA, CA

**Vehicle Identification Number** 5YJXCBE22GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2016 TESLA MODEL X. WHILE PARKING THE VEHICLE, IT ACCELERATED WHILE DEPRESSING THE BRAKE PEDAL AND CRASHED INTO A FENCE. THERE WERE NO INJURIES AND A POLICE REPORT WAS NOT FILED. THE AIR BAGS DID NOT DEPLOY. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURE WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 1,000.

Class Action Complaint
Case No.: 2:20-cv-570

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

September 26, 2016 **NHTSA ID NUMBER: 10909588**
**Components: VEHICLE SPEED CONTROL, WHEELS**
**NHTSA ID Number:** 10909588

**Incident Date** September 22, 2016

**Consumer Location** LEXINGTON, MA

**Vehicle Identification Number** 5YJXCAE44GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0
I WAS GOING UP BY DRIVEWAY WAITING FOR MY GARAGE DOOR TO OPEN. I TOOK MY FOOT OFF THE ACCELERATOR AND WAS SLOWING DOWN WITHOUT HITTING THE BREAKS WAITING FOR THE GARAGE DOOR TO OPEN. THE CAR TOOK OFF THROUGH THE GARAGE DOOR AND HIT MY HUSBANDS CAR SITTING IN THE GARAGE.

**1 Affected Product**
**Vehicle**

73

Class Action Complaint
Case No.: 2:20-cv-570

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

September 19, 2016 **NHTSA ID NUMBER: 10908051**
**Components: VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**
**NHTSA ID Number:** 10908051

**Incident Date** May 23, 2016

**Consumer Location** BOSTON, MA

**Vehicle Identification Number** 5YJXCAE24GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

WHILE TURNING LEFT TO ENTER A VERY NARROW GARAGE ENTRANCE I
NEEDED TO DETERMINE WHETHER OR NOT I HAD TO STRAIGHTEN OUT
BEFORE PULLING IN OR IF MY LEFT TURN WAS TIGHT ENOUGH TO PULL
IN WITHOUT REVERSING TO STRAIGHTEN OUT. I SAW THAT I WAS IN THE
POSITION THAT I COULD CONTINUE INTO THE GARAGE AND LIGHTLY
PRESSED THE ACCELERATOR TO FINISH MY TURN INTO THE GARAGE.

IT WAS AT THIS POINT THAT THE CAR ACCELERATED WITH EXTREME
FORCE AND WITHIN A SECOND SLAMMED INTO A LARGE CONCRETE
POLE THAT WAS JUST INSIDE THE GARAGE TO THE LEFT.

I NEVER FELT THE CAR SLOW IN THAT MOMENT, ONLY SPEED UP AND I
BELIEVE THE CAR SLAMMED INTO THE POLE WHILE ACCELERATING AND
WOULD HAVE CONTINUED TO ACCELERATE IF NOT FOR THE LARGE

74

POLE.

I DID NOT HAVE EITHER FOOT DEPRESSED ON EITHER PEDAL AT THE MOMENT OF COLLISION. THE AIR BAGS DID NOT DEPLOY, BUT THERE WAS VERY SEVERE DAMAGE TO THE FRONT END OF THE CAR THAT WILL BE AT LEAST $25K.

I WAS NOT ON THE PHONE OR DISTRACTED IN ANY WAY. I WAS DRIVING CAREFULLY AND PAYING FULL ATTENTION. THIS IS NOT A CASE OF MISTAKEN PEDAL BECAUSE I WAS INTENDING TO ACCELERATE.

AT FIRST TESLA TOLD US OVER THE PHONE THAT THEIR LOGS SHOW THAT THE DRIVER PRESSED THE PEDAL 100% AND THEN TAPPED THE BRAKE BEFORE IMPACT. THIS EXPLANATION SOUNDED PHYSICALLY IMPOSSIBLE BECAUSE THE DISTANCE COVERED WAS LESS THAN 3 CAR LENGTHS. A MONTH LATER TESLA SENT A LETTER STATING THE DRIVER PRESSED THE ACCELERATOR 100% UNTIL THE VEHICLE SENSED A CRASH. TESLA DID NOT RESPOND TO OUR QUERY ABOUT WHY THEIR LOG STORY HAD CHANGED. TESLA ALSO REFUSED TO PROVIDE DATA ABOUT ACCELERATOR/BRAKE PERCENTAGE AND CAR SPEED FOR THE CAR EARLIER IN THE DAY. IF A DRIVER IS PRESSING THE PEDAL 100% IT IS A VERY DELIBERATE ACTION.

THIS IS A FAILURE OF THE ACCELERATOR AND THE AUTOMATIC BRAKING. THE CAR ACCELERATED ON ITS OWN AND CRASHED FULL FORCE INTO A LARGE CONCRETE POLE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

August 24, 2016 **NHTSA ID NUMBER: 10898260**

75

Class Action Complaint
Case No.: 2:20-cv-570

**Components: STRUCTURE, VEHICLE SPEED CONTROL, FUEL/PROPULSION SYSTEM**

**NHTSA ID Number:** 10898260

**Incident Date** July 8, 2016

**Consumer Location** ORMOND BEACH, FL

**Vehicle Identification Number** 5YJXCBE21GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

ON JULY 8TH 2016, AT 9:37 A.M., WHILE SLOWLY PULLING INTO A PARKING SPACE AT CREEKWOOD DOG PARK IN BRADENTON FLORIDA, MY TESLA MODEL X SUDDENLY ACCELERATED UNDER ITS OWN VOLITION, DROVE OVER A PARKING STOP, OVER A FIVE INCH CURB, AND THEN HIT AND KNOCKED OVER A CONCRETE LIGHT POLE. ALL THIS HAPPENED IN A DISTANCE OF LESS THAN TWENTY FEET. TESLA WAS NOTIFIED IMMEDIATELY AND THE CAR WAS TAKEN TO DIMMITT COLLISION CENTER IN CLEARWATER, FLORIDA. THE SERVICE MANAGER AT TESLA OF TAMPA, TOLD ME VERBALLY THE LOG FROM THE EDR SAYS THE CAR WAS TRAVELING AT 6 MPH, THEN THE ACCELERATOR WAS ADVANCED TO OVER 50% AND THEN TO 87%. THE CAR ACCELERATED TO 20 MPH AND ABRUPTLY STOPPED. I DENIED THIS SCENARIO AND ASKED FOR A SUPERVISOR. TESLA'S SOUTHEAST REGIONAL MANAGER MET US AT THE BODY SHOP. HE HANDED ME A LETTER THAT HAD DIFFERENT EDR RESULTS-VEHICLE SPEED WAS 7 MPH, PEDAL POSITION WENT FROM 3.2% TO 15.6% TO 100% AND CAR WENT TO 14 MPH. THE FIRST REPAIR ESTIMATE SHOWED ACTUAL MILEAGE AS 205 AND A SUBSEQUENT REPAIR ESTIMATE SHOWS THE ACTUAL MILEAGE AS 1425. THESE FIGURES ARE INACCURATE SINCE I HAD LOOKED AT THE ODOMETER SEVERAL DAYS BEFORE THE ACCIDENT AND THE MILEAGE WAS OVER 1800. I INFORMED TESLA THAT I AM POSITIVE BEYOND A SHADOW OF DOUBT THAT THE CAR'S ELECTRONIC THROTTLE COMPUTER WAS RESPONSIBLE FOR THE ACCIDENT WHICH THEY DENY. THIS APPEARS TO

76

BE THE INDUSTRY STANDARD SINCE EXPERTS WILL TESTIFY THAT ALTHOUGH A CAR IS RESPONSIBLE FOR UNINTENDED ACCELERATION THERE WILL BE NO TRACEABLE EVIDENCE OF THAT RESPONSIBILITY AND THEREFORE THE MANUFACTURER HAS PLAUSIBLE DENIABILITY. TESLAS ARE UNDERGOING UNINTENDED ACCELERATION AT A RATE MORE FREQUENT THAN 1/5,000 VEHICLES MANUFACTURED. THIS IS WAY MORE FREQUENT THAN THE INDUSTRY STANDARD. GENERAL MOTORS HAS AN EXTREMELY GOOD RATE OF 1/123,000 VEHICLES.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

August 4, 2016 **NHTSA ID NUMBER: 10893066**
**Components: VEHICLE SPEED CONTROL, AIR BAGS**
**NHTSA ID Number:** 10893066

**Incident Date** July 28, 2016

**Consumer Location** DANBURY, CT

**Vehicle Identification Number** 5YJXCAE29GF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**
TL* THE CONTACT OWNS A 2016 TESLA MODEL X. WHILE ATTEMPTING TO PARK, THE VEHICLE INDEPENDENTLY ACCELERATED WITHOUT WARNING AND CRASHED INTO A WOOD FENCE. THE AIR BAGS FAILED TO

77

DEPLOY. THERE WERE NO INJURIES. A POLICE REPORT WAS FILED. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 49.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

June 7, 2016 **NHTSA ID NUMBER: 10873117**
**Components: STRUCTURE, VEHICLE SPEED CONTROL, AIR BAGS**
**NHTSA ID Number:** 10873117

**Incident Date** June 4, 2016

**Consumer Location** ANAHEIM, CA

**Vehicle Identification Number** 5YJXCAE46GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0
OUR 5 DAY OLD TESLA X WHILE ENTERING A PARKING STALL SUDDENLY AND UNEXPECTEDLY ACCELERATED AT HIGH SPEED ON ITS OWN CLIMBING OVER GRASS AND CRASHED INTO A BUILDING.

THE AIRBAGS DEPLOYED AND MY WIFE'S ARMS HAVE BURN MARKS AS A CONSEQUENCE.

Class Action Complaint
Case No.: 2:20-cv-570

| **1 Affected Product Vehicle** | | |
| --- | --- | --- |
| MAKE | MODEL | YEAR |
| TESLA | MODEL X | 2016 |

December 19, 2019 **NHTSA ID NUMBER: 11290006**
**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11290006

**Incident Date** October 31, 2019

**Consumer Location** BURLINGAME, CA

**Vehicle Identification Number** 5YJXCAE29GF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

ON 10/31/2019, MY WIFE WAS WAITING IN LINE AT A CARWASH. WHILE WAITING FOR THE CAR IN FRONT OF HER TO MOVE OUT OF THE CARWASH TUNNEL, SHE HAD HER FOOT FULLY PRESSED ON THE BRAKE PEDAL AND THE ?HOLD? SIGN WAS SHOWING ON THE INSTRUMENT PENAL SCREEN. APPROXIMATELY 2 MINUTES LATER, SHE RELEASED THE BREAK PADDLE, BUT BEFORE SHE COULD PRESS THE GAS PEDDLE, THE CAR SUDDENLY MOVED FORWARD BY ITSELF AT ALMOST FULL ACCELERATION. MY WIFE IMMEDIATELY ATTEMPTED TO STOP THE CAR BY PRESSING THE BREAK PEDAL IN FULL, THE CAR SLOWED DOWN, BUT DID NOT FULLY STOP AND KEPT MOVING FORWARD UNTIL IT HIT THE CAR IN FRONT OF IT. BEFORE AND DURING THE ENTIRE ACCIDENT,

79

SOPHIE KEPT FULL HUMANLY POSSIBLE CONTROL OVER THE CAR, BUT AGAIN, THE CAR ABRUPTLY ACCELERATED BY ITSELF AND DID NOT COME TO A FULL STOP WHEN BREAK PEDAL WAS PRESSED.

FORTUNATELY THERE WAS NO INJURY TO ANYONE, BUT THE FRONT BUMPER OF THE CAR IS DENTED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

August 7, 2018 **NHTSA ID NUMBER: 11118315**
**Components: SERVICE BRAKES, ELECTRICAL SYSTEM, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11118315

**Incident Date** July 1, 2018

**Consumer Location** RANCHO PALOS VERDES, CA

**Vehicle Identification Number** 5YJXCBE23GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

THE CAR AUTO ACCELERATED ON A SURFACE STREET AND CRASHED

**1 Affected Product**
**Vehicle**

80

Class Action Complaint
Case No.: 2:20-cv-570

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

July 7, 2017 **NHTSA ID NUMBER: 11003716**
**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11003716

**Incident Date** July 7, 2017

**Consumer Location** SOUTHLAKE, TX

**Vehicle Identification Number** 5YJXCAE25GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**2

**DEATHS**0

MY TESLA MODEL X 2016 ACCELERATED ON ITS OWN AFTER I COME TO A COMPLETE STOP AT A PARKING LOT, CRASHED INTO THE FRONT OF A PEDIATRICS BUILDING. 2 INJURIES. AIRBAG WAS INFLATED.

**1 Affected Product**
Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

81

Class Action Complaint
Case No.: 2:20-cv-570

**July 3, 2019 NHTSA ID NUMBER: 11229124**
**Components: STRUCTURE, ENGINE, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11229124

**Incident Date** June 22, 2019

**Consumer Location** PALM DESERT, CA

**Vehicle Identification Number** 5YJSA1E13HF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**2

**DEATHS**0
WHILE ATTEMPTING TO PARK THE CAR IN A PARKING SPACE THE CAR
ACCELERATED ON IT'S OWN AND CRASHED OVER A SMALL CONCRETE
RETAINING WALL AND CRASHED INTO ANOTHER VEHICLE.

MY CAR AND THE CAR THAT WAS STRUCK WERE TOTALED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

**March 18, 2019 NHTSA ID NUMBER: 11189710**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11189710

**Incident Date** March 15, 2019

82

Class Action Complaint
Case No.: 2:20-cv-570

**Consumer Location** FALLBROOK, CA

**Vehicle Identification Number** 5YJSA1E23HF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

TL* THE CONTACT OWNS A 2017 TESLA MODEL S. WHILE PULLING IN THE DRIVEWAY AT APPROXIMATELY 5 MPH, THE CONTACT ATTEMPTED TO STEP ON THE BRAKE PEDAL TO SLOW DOWN THE VEHICLE. HOWEVER, THE VEHICLE ACCELERATED THROUGH THE GARAGE AND CRASHED INTO THE HOUSE. THERE WAS NO WARNING INDICATOR ILLUMINATED. THE AIR BAGS DID NOT DEPLOY. A POLICE REPORT WAS NOT FILED. THE CONTACT SUSTAINED MINOR INJURIES THAT DID NOT REQUIRE MEDICAL ATTENTION. THE CONTACT STATED THAT THE VEHICLE WOULD NEED TO BE TOWED. THE CONTACT CALLED TESLA AT 858-558-1555 (LOCATED AT 4545 LA JOLLA VILLAGE DR, SUITE D17, SAN DIEGO, CA 92122) AND WAS REFERRED TO THE MANUFACTURER. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND PROVIDED A CASE NUMBER. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE FAILURE MILEAGE WAS 21,859. *TT

THE CONSUMER STATED SHE DID RECEIVE MEDICAL ATTENTION FOR THIS ACCIDENT. *TR

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

83

Class Action Complaint
Case No.: 2:20-cv-570

December 21, 2018 **NHTSA ID NUMBER: 11162968**
**Components: POWER TRAIN, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11162968

**Incident Date** December 15, 2018

**Consumer Location** HENDERSON, NV

**Vehicle Identification Number** 5YJSA1E26HF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

OUR TESLA HAS HAD TWO INCIDENTS IN THE LAST THREE MONTHS OF UNCONTROLLABLE ACCELERATION....ONCE SLOWLY GOING INTO A PARKING PLACE AND ONCE BACKING OUT OF OUR GARAGE. THE FIRST ONE RESULTED IN A COUPLE OF CRACKED RIBS (WITH SEATBELT ON) AND $18,000 IN DAMAGE. THE SECOND INCIDENT: THE TESLA, WHEN BACKING UP WENT TOTALLY OUT OF CONTROL BY ACCELERATING AND IT BARRELED ACROSS THE STREET AND KNOCKING DOWN A TREE BEFORE COMING TO A STOP. THE TESLA IS NOW IN THE REPAIR SHOP WITH EXTENSIVE DAMAGE TO THE REAR OF THE CAR. NOT SURE YET OF THE DOLLAR AMOUNT. I FEEL THIS IS A SERIOUS DEFECT IN THE TESLA MODEL S.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

Class Action Complaint
Case No.: 2:20-cv-570

July 25, 2018 **NHTSA ID NUMBER: 11113560**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11113560

**Incident Date** July 7, 2018

**Consumer Location** LAGUNA NIGUEL, CA

**Vehicle Identification Number** 5YJSA1E18HF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNS A 2017 TESLA MODEL S. WHILE DRIVING 5 MPH,
THE VEHICLE ACCELERATED RAPIDLY WITHOUT WARNING. AS A
RESULT, THE CONTACT CRASHED INTO A GARAGE DOOR. THE AIR BAGS
DID NOT DEPLOY. A POLICE REPORT WAS NOT FILED. THERE WERE NO
INJURIES SUSTAINED. THE VEHICLE WAS TOWED TO TESLA BUENA PARK
(6692 AUTO CENTER DR, BUENA PARK, CA 90621, (714) 735-5696) AND WAS
AWAITING DIAGNOSTIC TESTING AND REPAIRS. THE MANUFACTURER
WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS
APPROXIMATELY 10,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

May 29, 2018 **NHTSA ID NUMBER: 11098517**

85

**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11098517

**Incident Date** May 29, 2018

**Consumer Location** NAPLES, FL

**Vehicle Identification Number** 5YJSA1E21HF****


**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNS A 2017 TESLA MODEL S. WHILE ATTEMPTING TO PARK THE VEHICLE AT A LOW SPEED, THE VEHICLE SUDDENLY ACCELERATED WITH THE BRAKE PEDAL DEPRESSED. THE VEHICLE PROCEEDED TO JUMP THE CURB AND CRASHED INTO SOME BUSHES. THERE WAS NO WARNING INDICATOR ILLUMINATED BEFORE, DURING, OR AFTER THE FAILURE OCCURRED. THERE WERE NO INJURIES AND A POLICE REPORT WAS NOT FILED. THE VEHICLE WAS DRIVEN TO THE CONTACT?S RESIDENCE. THE VEHICLE WAS NOT TAKEN TO A DEALER FOR DIAGNOSTIC TESTING. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 1,772.

**1 Affected Product**
Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

January 28, 2018 **NHTSA ID NUMBER: 11065563**

86

Class Action Complaint
Case No.: 2:20-cv-570

**Components: AIR BAGS, STRUCTURE, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11065563

**Incident Date** January 14, 2018

**Consumer Location** NEWPORT BEACH, CA

**Vehicle Identification Number** 5YJSA1E22HF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES3**

**DEATHS0**

AT OUR DRIVEWAY ON SUN. 1/14/18, COMING BACK FROM SHOPPING A
FEW MINUTES BEFORE FOUR PM, SUDDENLY THE CAR TOOK OFF BY
ITSELF. IT ACCELERATED TREMENDOUSLY WITH THE SPEED WHICH WAS
FELT AROUND 65-80 M/HR, HITTING OUR HEAVY GARAGE DOOR, WHICH
WAS CLOSED AT THE TIME, WENT THROUGH THE GARAGE, HIT MY
PARKED PORSCHE AND PUSHED IT TO THE LEFT TO THE WATER HEATER.
IT THEN HIT AND BROKE THE WALL BETWEEN OUR GARAGE AND
COURTYARD, BROKE AND PUSHED OUR CONCRETE PLANTER AND
STOPPED HALFWAY BETWEEN THE GARAGE AND OUR FAMILY ROOM
WINDOWS IN THE COURTYARD.I FIRMLY BELIEVE THAT THIS WAS THE
RESULT OF UNINTENDED ACCELERATION. THIS IS OUR NEW AND
SECOND TESLA MY WIFE AND I OWNED AND DROVE.WHEN MY WIFE
TALKED TO LOCAL TESLA REPRESENTATIVE, HE REFUSED TO GIVE US
ANY COMPUTER GENERATED REPORT.THE CAR STILL ON THE WALL
BETWEEN GARAGE AND COURTYARD. WE UNDERSTAND, TESLA HAS A
BLACK BOX THAT WE DO NOT KNOW WHERE IT WILL END UP IF WE TAKE
IT TO TESLA CERTIFIED BODY SHOP.WE APPRECIATE IT VERY MUCH IF
YOU ADVISE US WHAT TO DO.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

January 24, 2018 **NHTSA ID NUMBER: 11064628**
**Components: ELECTRICAL SYSTEM, VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**

**NHTSA ID Number:** 11064628

**Incident Date** January 18, 2018

**Consumer Location** SAN JOSE, CA

**Vehicle Identification Number** 5Y5SA1E11HF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

TESLA MODEL S 2017 SUDDEN UNINTENDED ACCELERATION-

1/18/2018, MORNING 9:05 AM. I WAS PULLING IN TO MY OFFICE PARKING SPOT WHERE I PARKED FOR 6 YEARS, I LET THE CAR SLOW TO ROLL CLOSER IN FRONT OF THE CURB. ALL OF A SUDDEN THE CAR ACCELERATED, GOT ON THE CURB, HIT THE OFFICE BUILDING. THE CAR WAS STILL GOING UNTIL I APPLIED THE BRAKE. THE ACCELERATION POINT WAS RIGHT BEFORE THE CURB, MEASURING FROM THE POINT TO THE WALL IS ONLY 7 FEET. TESLA SAID I WAS ON THE PEDAL FOR A SECOND LONG, I APPLIED PEDAL FROM 0-18%, AND QUICKLY APPLIED THE BRAKE. IF I APPLIED THE PEDAL, I WOULD NOT BE ABLE TO APPLY MY BRAKE IN A SPLIT SECOND. TESLA REFUSED TO PROVIDE THE FORCE GIVEN TO THE PEDAL AND ANY TELEGRAPHY. TESLA SAID THEY WILL

88

Class Action Complaint
Case No.: 2:20-cv-570

NOT BE RESPONSIBLE FOR ANY DAMAGE AND SAID IT IS DRIVER'S ERROR. I TOLD MY CAR WAS ONLY 6 WEEK NEW, I NO LONGER FEEL SAFE TO DRIVE THIS VEHICLE, I REQUEST TO RETURN THE CAR. TESLA REFUSED. TESLA CLAIMED THERE IS NO PARTS FAILURE AND REFUSED TO DO ANY FAILURE ANALYSIS WITHOUT EVEN LOOKING AT THE CAR AND ACCIDENT PICTURES.

CONSUMER FIGHTING WITH ODDS?--

WHEN INSURANCE COMPANY SENT TOW TRUCK DRIVER ON THE NEXT DAY(1/19/2018), THE DRIVER SAID MY CAR WAS THE SECOND BRAND NEW MODEL S HE TOWED IN THE SAME WEEK WITH THE SAME ISSUE. THE OTHER LADY RAN THRU HER DRYWALL AND GOT IN HER LAUNDRY ROOM WHILE PARKING, SAME SITUATION- WHILE LETTING THE CAR "SLOW", ROLL ITSELF. GIVEN TESLA HAS MANUFACTURED CLOSE TO 200,000 CARS, LAUNCHED 5 YEARS SINCE 2012, DIVIDED BY 52 WEEKS A YEAR, THE ODD IS PRETTY HIGH FOR THE SAME ISSUE---0.7%. AT A TOTAL OF 1400 TESLA CARS OUT THERE, THESE 1400 CARS ARE ACTING AS TICKING BOMB FOR THE DESIGN FAILURE CAUSING SUA. I BELIEVE THIS ISSUE REQUIRES NHTSA OR FEDERAL REGULATION TO TAKE A LOOK.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

November 23, 2017 **NHTSA ID NUMBER: 11048161**
**Components: SERVICE BRAKES, VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11048161

**Incident Date** November 18, 2017

89

Class Action Complaint
Case No.: 2:20-cv-570

**Consumer Location** BELLEVUE, WA

**Vehicle Identification Number** 5YJXCBE2XHF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

WE WERE IN A PARKING LOT OF "KIDQUEST MUSEUM" IN BELLEVUE , WA. , TAKING OUR GRAND DAUGHTER, ONE YEAR OLD, TO THE MUSEUM. OUR CAR WAS IN STATIONARY POSITION. WE WERE TRYING TO FIGURE OUT WHERE TO PARK. DURING THIS TIME, OUR MODEL X, TOOK OFF WITH UNINTENDED ACCELERATION AND WE COULD NOT CONTROL THE CAR. IT WAS INSTANTANEOUS, OUR CAR WENT AND HIT A PARKED CHEVY VAN. THIS VAN FWENT UPSIDE DOWN AND WENT OVER THE FENCE INTO THE LOT NEXT TO IT. AFTER THE IMPACT OUR CAR WENT AND HIT ELETRIC POLE, WENT INTO BUSHES AND OVER AN ELECTRICAL BOX OF 5 BY 5. I COULD NOT OPEN THE DOOR. THERE WAS SMOKE IN THE CAR (MY WIFE THINKS SMOKE MIGHT HAVE STARTED WHILE THE CAR WAS ACCELERATING"). MUSEUM STAFF CAME AND OPENED THE PASSENGER DOOR. AFTER SHE GOT OUT, FIRST THING THEY DID WAS TO OPEN THE REAR PASSENGER DOOR AND TOOK OUT OUR GRANDDAUGHTER. I CAME OUT THRU PASSENGER DOO.

FORTUNATELY NO ONE WAS HURT. MANY OF THE AIRBAGS CAME OUT. WE ARE UNBELIEVABLY LUCKY. THE PARKING LOT IS APPROXIMATELY 100 FT X 100. THIS IS THE PARKING LOT USUALLY WHERE MANY KIDS ARE IN THE LOT. FORTUNATELY THAT MOMENT THERE WAS NONE. ACCIDENT HAPPENED AROUND 4:20 P.M . WEATHER WAS GRAY BUT NO RAIN. WE STILL CAN NOT COMPREHEND HOW CAR CAN TAKE OFF AT THAT SPEED. NONE OF THE EMERGENCY BRAKING SYSTEM OR THE CAMERAS WORKED TO STOP THE CAR

**1 Affected Product**
**Vehicle**

Class Action Complaint
Case No.: 2:20-cv-570

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

September 4, 2017 **NHTSA ID NUMBER: 11021371**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11021371

**Incident Date** September 4, 2017

**Consumer Location** BRONXVILLE, NY

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

THE TESLA SPED UP AND HAD A SUDDEN UNINTENTIONAL
ACCELERATION. I WAS DRIVING DOWN THE DRIVEWAY SLOWLY AND
THE CAR SUDDENLY ACCELERATED TO A VERY HIGH SPEED. IT ALMOST
WENT OVER A WALL AND I HAD TO SWERVE THE WHEEL TO AVOID
GOING OVER A WALL. WHEN I SLAMMED ON THE BRAKES, THE CAR
STOPPED FULLY ONLY A FEW INCHES AWAY FROM ANOTHER PARKED
VEHICLE.

**1 Affected Product**
**Vehicle**

Class Action Complaint
Case No.: 2:20-cv-570

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

September 11, 2018 **NHTSA ID NUMBER: 11128789**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11128789

**Incident Date** August 4, 2018

**Consumer Location** LINDON, UT

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

ON AUG 4, 2018, IN VENTURA, CA, AT ABOUT 2:30 PM I WAS DRIVING A
PASSENGER TO A MEDICAL CLINIC IN A RENTED TESLA MODEL X. AS I
WAS PULLING INTO THE PARKING SPACE THE TESLA RAPIDLY
ACCELERATED FORWARD UNEXPECTEDLY. SURPRISED AND SCARED I
TURNED THE STEERING WHEEL AS HARD AS I COULD AND PRESSED ON
THE BRAKE TO STOP THE CAR TO AVOID THE BUILDING IN FRONT OF ME.
EVEN WITH MY EFFORTS OF STOPPING, THE CAR WENT OVER THE CURB
ONTO THE SIDEWALK AND THEN OVER A LOW CEMENT WALL AND
FINALLY STOPPED NEXT TO THE BUILDING. THIS CAUSED DAMAGE TO
THE CEMENT WALL, THE FRONT RIGHT WHEEL WELL AND THE
UNDERCARRIAGE OF THE CAR. LUCKILY NO ONE WAS HURT. IF I HADN'T
AVOIDED HITTING THE BUILDING OR IF A PERSON HAD BEEN WALKING
OR STANDING IN FRONT OF ME ON THE SIDEWALK SOMEONE COULD

Class Action Complaint
Case No.: 2:20-cv-570

HAVE EASILY BEEN INJURED. THE POLICE WERE CALLED AND THERE WAS AN INCIDENT REPORT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL X | 2017 |

April 7, 2018 **NHTSA ID NUMBER: 11083755**
**Components: VEHICLE SPEED CONTROL**
NHTSA ID Number: 11083755

**Incident Date** April 4, 2018

**Consumer Location** SAN JOSE, CA

**Vehicle Identification Number** 5YJXCDE29HF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0
MY CAR HAD AN UNINTENDED ACCELERATION WHEN I WAS TRYING TO PARK IN THE PARKING LOT OF MY OFFICE. THE CAR ACCELERATED, JUMPED THE PARKING CURB AND HIT ANOTHER PARKED CAR. MY CAR SUFFERED SUBSTANTIAL DAMAGE, AIR BAGS WERE DEPLOYED AND I ESCAPED WITH MINOR BRUISES. THE CAR WHICH WAS I COLLIDED WITH WAS PARKED AND DID NOT HAVE ANY PASSENGERS IN IT. NOBODY ELSE WAS INJURED.

**1 Affected Product**

93

Class Action Complaint
Case No.: 2:20-cv-570

## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2017 |

March 7, 2018 **NHTSA ID NUMBER: 11076619**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11076619

**Incident Date** March 6, 2018

**Consumer Location** PHOENIX, AZ

**Vehicle Identification Number** 5YJXCBE29HF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

I WAS PARKING WHEN I FELT THE VEHICLE SUDDENLY ACCELERATE AND JUMP THE CURB, SMASHING THROUGH THE FRONT WINDOWS/DOOR OF A BUSINESS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2017 |

94

February 16, 2018 **NHTSA ID NUMBER: 11073274**
**Components: AIR BAGS, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11073274

**Incident Date** January 24, 2018

**Consumer Location** ARCADIA, CA

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0
TL* THE CONTACT OWNS A 2017 TESLA MODEL X. WHILE ATTEMPTING
TO PARK THE VEHICLE AND APPLY THE BRAKES AT 5 MPH, THE VEHICLE
PICKED UP SPEED. AS A RESULT OF THE FAILURE, THE VEHICLE CRASHED
INTO A SCHOOL BUILDING. THE AIR BAGS DID NOT DEPLOY. THERE
WERE NO INJURIES AND A POLICE REPORT WAS FILED. THE VEHICLE WAS
TOWED TO AN INDEPENDENT MECHANIC WHO DETERMINED THAT THE
ACCELERATOR PEDAL WAS DEPRESSED TO CAUSE THE COLLISION. THE
VEHICLE WAS NOT REPAIRED. THE DEALER WAS NOT NOTIFIED OF THE
FAILURE. THE MANUFACTURER WAS NOTIFIED. THERE WAS NO RECALL
RELATED TO THE FAILURE. THE VIN WAS NOT PROVIDED. THE
APPROXIMATE FAILURE MILEAGE WAS 800.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2017 |

95

Class Action Complaint
Case No.: 2:20-cv-570

June 21, 2018 **NHTSA ID NUMBER: 11102931**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11102931

**Incident Date** May 26, 2018

**Consumer Location** CONCORD, CA

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

I WAS SLOWLY MOVING INTO A PARKING SPACE IN FRONT OF A
SUPERMARKET WHEN THE CAR SUDDENLY ACCELERATED, HIT THE
CONCRETE PARKING SPACE BLOCK IN THE FRONT OF THE PARKING
SPACE, JUMPED THE CURB, AND GLANCED OFF THE CORNER OF THE
SUPERMARKET BUILDING BEFORE TURNING 90 DEGREES AND STOPPING.
THE ENTIRE INCIDENT LITERALLY TOOK SECONDS. ALL THE AIR BAGS
DEPLOYED, AND THE INSURANCE COMPANY HAS TOTALED THE CAR.
THE ACCIDENT WAS CAUGHT ON THE SUPERMARKET'S SURVEILLANCE
CAMERAS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2017 |

96

Class Action Complaint
Case No.: 2:20-cv-570

1
2   <span style="color:blue">July 1, 2019 **NHTSA ID NUMBER: 11228597**
3   **Components: SERVICE BRAKES, ELECTRONIC STABILITY CONTROL, VEHICLE SPEED CONTROL**</span>
4   **NHTSA ID Number:** 11228597

5   **Incident Date** May 2, 2019

6   **Consumer Location** PLYMOUTH, MN

7   **Vehicle Identification Number** 5YJSA1E24JF****

8

9   **Summary of Complaint**

10  **CRASH**Yes

11  **FIRE**No

12  **INJURIES**0

13  **DEATHS**0

14  I DROVE TO WORK ON MAY 2, 2019, AND WAS TRYING TO PARK IN MY
    ALLOTTED PARKING STALL ON THE 3RD LEVEL OF MY OFFICE PARKING
15  GARAGE. MY PARKING STALL WAS ALONG THE OUTER EDGE OF THE
16  GARAGE AND THE ONLY BARRIER TO THE OUTSIDE WAS A SET OF THREE
    (ABOUT ¾ " DIAMETER) CABLES STRUNG BETWEEN OUTSIDE COLUMNS
17  OF THE GARAGE, BESIDES A THIN PERFORATED CORRUGATED METAL
18  SHEET OUTSIDE THE CABLES, ACTING AS A RAIN STOP. I WAS TRYING TO
19  SLOWLY TURN RIGHT FROM THE PARKING AISLE TO PARK BETWEEN
    TWO PICKUP TRUCKS ON EITHER SIDE OF MY STALL. WHEN I HAD
20  TURNED PARTWAY INTO MY STALL, MY TESLA SUDDENLY
21  ACCELERATED INTO MY PARKING STALL AT HIGH SPEED, HIT THE
    OUTSIDE CABLES, REBOUNDED BACKWARDS AND STOPPED ABOUT 10
22  FEET FROM THE OUTSIDE CABLES. THE CABLES SAVED ME FROM
23  PLUNGING 3 FLOORS DOWN FROM THE GARAGE. THERE WAS EXTENSIVE
24  DAMAGE TO THE HOOD AND FRONT PORTIONS OF MY TESLA. THERE WAS
    ALSO SOME DAMAGE TO THE METAL CORRUGATED SHEETS OUTSIDE
25  THE CABLES AND A SLIGHT DENT ON THE CORNER OF THE VEHICLE
26  PARKED TO MY RIGHT.

27  I HAVE BEEN PARKING IN MY OFFICE PARKING STALL FOR ABOUT THE
28  PAST SIX MONTHS WITHOUT ANY ISSUE LIKE THIS. I WANT TO KNOW

97

Class Action Complaint
Case No.: 2:20-cv-570

WHY MY CAR ACCELERATED LIKE THAT WITHOUT WARNING AND WHY THE COLLISION WARNING SYSTEM WAS NOT TRIGGERED BY THE OUTSIDE CORRUGATED METAL SHEET.

ALSO, THERE WAS AN ISSUE WITH MY TESLA THE PREVIOUS EVENING. WHEN I TRIED TO START MY TESLA AFTER WORK, I GOT THE 'SYSTEMS ARE POWERING..' MESSAGE ON THE SCREEN AND MY CAR WOULD NOT START EVEN AFTER A LONG WAIT. THEN, I HAD TO GOOGLE TO FIND A WAY TO REBOOT THE CAR COMPUTER, BY PRESSING TWO BUTTONS ON THE STEERING WHEEL. ON THE DAY OF THE ACCIDENT, I USED THE INTERMITTENT RAIN SENSING WIPERS FOR THE FIRST TIME, AS THERE WAS A LIGHT RAIN.

MY CAR IS STILL IN THE BODY SHOP WAITING FOR SOME BACK ORDERED PARTS. I HAVE ASKED TESLA TO DO A DIAGNOSTICS TO SEE IF THERE WERE ANY SOFTWARE BUGS IN THE SYSTEM.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2018 |

May 23, 2019 **NHTSA ID NUMBER: 11209483**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11209483

**Incident Date** May 12, 2019

**Consumer Location** MAPLE GROVE, MN

**Vehicle Identification Number** 5YJSA1E22JF****

**Summary of Complaint**

98

Class Action Complaint
Case No.: 2:20-cv-570

**CRASH**Yes

**FIRE**No

**INJURIES**2

**DEATHS**0

THE CAR UNINTENDED ACCELERATED WHEN I PULLED INTO GARAGE AND WAIT FOR GARAGE DOOR OPEN. THE SUDDEN ACCELERATION IS TOTALLY OUT OF CONTROL, EVEN MY FOOT FIRMLY STEP ON THE BREAK PEDAL. THE ACCELERATED CAR WENT THROUGH THE GARAGE DOOR TOWARDS RIGHT, AND HIT AND LIFT THE OTHER PARKED SUV INSIDE THE GARAGE. THE SPEED AND FORCE PUSH THE SUV TOWARDS THE BACK OF GARAGE WALL, AND TOTALLY DAMAGED THE PART OF MY GARAGE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2018 |

March 1, 2019 **NHTSA ID NUMBER: 11183545**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11183545

**Incident Date** February 20, 2019

**Consumer Location** PALO ALTO, CA

**Vehicle Identification Number** 5YJSA1E24JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

99

Class Action Complaint
Case No.: 2:20-cv-570

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNS A 2018 TESLA MODEL S. WHILE ATTEMPTING TO MAKE A LEFT TURN FROM A PARKING SPACE, THE VEHICLE ACCELERATED BACKWARDS IN A TIGHT CIRCLE. THE VEHICLE STRUCK SOME TREES ON THE PASSENGER SIDE AND CRASHED INTO ANOTHER VEHICLE THAT WAS PARALLEL PARKED ON THE SAME STREET. THERE WAS NO WARNING INDICATOR ILLUMINATED. A POLICE REPORT WAS FILED. THERE WERE NO INJURIES. THE VEHICLE WAS DAMAGED AND TOWED TO A TOW YARD. THE CONTACT CALLED THE MANUFACTURER AND WAS CONNECTED TO TESLA ROADSIDE ASSISTANCE. THE CONTACT REQUESTED THE DEALER. TESLA (831-264-6896, LOCATED AT 1901 DEL MONTE BLVD, SEASIDE, CA 93955) WAS NOTIFIED, BUT DID NOT ASSIST. THE CONTACT DID NOT KNOW IF THE VEHICLE WAS TOTALED. THE CAUSE OF THE FAILURE WAS NOT DETERMINED. THE FAILURE MILEAGE WAS 4,757.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2018 |

December 3, 2018 **NHTSA ID NUMBER: 11155579**
**Components: ELECTRICAL SYSTEM, VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**
NHTSA ID Number: 11155579

Incident Date December 2, 2018

Consumer Location WALNUT, CA

Vehicle Identification Number 5YJSA1E23JF****

Class Action Complaint
Case No.: 2:20-cv-570

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES1**

**DEATHS0**

CAR WAS STOPPED PRIOR TO ENTERING CAR GARAGE. CAR SUDDENLY REVERSED THEN SPED UP AUTONOMOUSLY AND CRASHED INTO THE HOME. SUSPECT CAR ELECTRONICS COMPROMISED AND ENDANGERED DRIVER. REQUESTING INVESTIGATION IF CAR DEFECT VS USER ERROR.

THANK YOU !

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2018 |

June 18, 2018 **NHTSA ID NUMBER: 11102347**
**Components: SERVICE BRAKES, VEHICLE SPEED CONTROL**
NHTSA ID Number: 11102347

**Incident Date** June 17, 2018

**Consumer Location** SAN DIEGO, CA

**Vehicle Identification Number** 5YJSA1E23JF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

101

Class Action Complaint
Case No.: 2:20-cv-570

**INJURIES1**

**DEATHS0**

TL* THE CONTACT OWNS A 2018 TESLA MODEL S. WHILE APPROACHING A RED LIGHT, THE SPEED INCREASED AND THE VEHICLE FAILED TO RESPOND WHEN THE BRAKE PEDAL WAS DEPRESSED. THE VEHICLE DROVE THROUGH THE TRAFFIC LIGHT AND CRASHED INTO A VEHICLE THAT WAS MAKING A LEFT TURN. THE FRONT DRIVER'S AIR BAG AND KNEE AIR BAGS DEPLOYED. THE FRONT DRIVER'S SIDE CURTAIN AIR BAGS HAD NOT DEPLOYED. THE DRIVER SUSTAINED SHOULDER AND BACK INJURIES THAT REQUIRED MEDICAL ATTENTION. A POLICE REPORT WAS FILED. THE INSURANCE COMPANY TOWED THE VEHICLE TO A COLLISION REPAIR FACILITY. THE DEALER (SAN DIEGO MIRAMAR TESLA, 9250 TRADE PL, SAN DIEGO, CA 92121, (858) 271-5100) WAS NOTIFIED OF THE CRASH AND THE CONTACT WAS WAITING FOR FEEDBACK FROM THE INSURANCE COMPANY. THE DEALER AND THE MANUFACTURER WERE WAITING TO RETRIEVE THE INFORMATION FROM THE ELECTRONIC DATA RECORDER TO INVESTIGATE THE CAUSE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 49.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2018 |

June 6, 2018 **NHTSA ID NUMBER: 11100216**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11100216

**Incident Date** April 20, 2018

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJSA1E25JF****

102

Class Action Complaint
Case No.: 2:20-cv-570

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

TL* THE CONTACT OWNS A 2018 TESLA MODEL S. WHILE ATTEMPTING TO PARK THE VEHICLE, IT INDEPENDENTLY ACCELERATED AND CRASHED INTO A WALL. THE AIR BAGS DEPLOYED. A POLICE REPORT WAS NOT FILED. THE CONTACT SOUGHT MEDICAL ATTENTION TEN DAYS LATER FOR A STERNAL FRACTURE. THE TESLA BUENA PARK DEALER (6692 AUTO CENTER DR., BUENA PARK, CA 90621, (714) 735-5696) WAS CONTACTED AND THE VEHICLE WAS TOWED TO A TESLA APPROVED FACILITY TO BE DIAGNOSED. THE CONTACT WAS INFORMED THAT THE ON BOARD DIAGNOSTIC TESTING REPORTED THAT THE ACCELERATOR PEDAL WAS DEPRESSED AT THE TIME OF THE CRASH. THE CONTACT WAS ALSO INFORMED THAT THE AUTOMATED FEATURES, INCLUDING THE CRUISE CONTROL WERE UNABLE TO HAVE INDUCED THE ACCELERATED RESPONSE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS ALSO NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 214.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2018 |

December 15, 2019 **NHTSA ID NUMBER: 11289172**
**Components: STRUCTURE, VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11289172

Class Action Complaint
Case No.: 2:20-cv-570

**Incident Date** June 27, 2019

**Consumer Location** MENLO PARK, CA

**Vehicle Identification Number** 5YJXCBE29JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

USING THE SELF-PARK SYSTEM, FROM A STATIONARY POSITION AND PRESSING THE TOUCH SCREEN PROMPTS TO USE THE SELF-PARK, AND HAVING HANDS AND FEET AWAY FROM THE GAS, BRAKE AND STEERING WHEEL, AND PARKING BETWEEN TWO CARS, THE CAR ACCELERATED BACKWARD ON ITS OWN AND I HAD TO SLAM MY FOOT ON THE BRAKE TO STOP IT BUT IT STILL HIT A POLE GOING IN REVERSE AND DAMAGED THE BODY OF THE CAR. HAD I NOT HIT THE BRAKE MY SON AND I WOULD HAVE BEEN INJURED. TESLA HAS DENIED RESPONSIBILITY.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2018 |

November 27, 2018 **NHTSA ID NUMBER: 11154380**
**Components: VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11154380

**Incident Date** November 17, 2018

**Consumer Location** SAN CLEMENTE, CA

104

Class Action Complaint
Case No.: 2:20-cv-570

1

**Vehicle Identification Number** 5YJXCDE27JF****

2

3  **Summary of Complaint**

4  **CRASHYes**

5  **FIRENo**

6  **INJURIES1**

7  **DEATHS0**

8  ON NOV 17, 2018 AT 4:50 PM, I WAS DRIVING MY TESLA X SLOWLY WITH
AUTO PILOT OFF AND AUTO STEER OFF ON A SURFACE STREET IN SAN
9  CLEMENTE, CA. I WAS TRYING TO DO A U TURN. I VERIFIED THAT THERE
WAS NO TRAFFIC, THAT THERE WAS AN AREA WHERE CARS WERE NOT
10  PARKED ON THE LEFT SIDE OF THE STREET AND COULD USE A PARKING
DRIVEWAY ON THE RIGHT THAT WILL ALLOW MORE SPACE TO PERFORM
11  THE U TURN. I GENTLY PRESSED THE BREAK TO FURTHER SLOWDOWN
AND THEN VEERED A LITTLE TO THE RIGHT INTO THE DRIVEWAY AT
12  LESS THAN 5 MPH. I STARTED TO TURN TO THE LEFT WHILE STILL
GENTLY PRESSING THE BREAK. AS SOON AS THE FRONT RIGHT WHEEL
13  LEFT THE DRIVEWAY AND BEFORE I HAD COMPLETED THE U TURN, THE
TESLA ALL OF A SUDDEN, ON ITS OWN SPONTANEOUSLY ACCELERATED
14  TO FULL POWER (A TESLA X CAN GO FROM 0-60 MILES IN APPROX. 4
SECONDS). MY FOOT WAS STILL ON THE BREAK, I DID NOT MOVE IT AND
15  THEREFORE I DID NOT PRESS THE ACCELERATOR. THERE WERE NO
OBJECTS OBSTRUCTING THE PEDALS. IN A SMALL FRACTION OF A
16  SECOND, THE TESLA TRAVELED AT FULL SPEED TOWARDS THE TACOMA
CAR PARKED AHEAD ON THE LEFT (LESS THAN 20 FEET). SOMETHING IN
17  THE TESLA SYSTEM TRIGGERED THE SUDDEN SPONTANEOUS FULL
ACCELERATION RESULTING IN THIS COLLISION. THE TESLA HAD MAJOR
18  DAMAGE IN THE FRONT, THE AIR BAGS WERE DEPLOYED. I HAD A MAJOR
BRUISE ON MY ABDOMEN AND SEVERAL SMALL BRUISES ON MY CHEST.
19  THE TACOMA SUFFERED DAMAGE IN THE FRONT, MOVED BACKWARDS
AND HIT THE CAR PARKED BEHIND IT. THERE WERE NO PASSENGERS IN
20  THE OTHER VEHICLES. IT IS MY FIRM BELIEF THAT THIS ACCIDENT
OCCURRED DUE NOT TO A DRIVER'S ERROR BUT TO A TECHNOLOGICAL
21  ERROR WITHIN THE TESLA VEHICLE. I FOUND MORE THAN 60
COMPLAINTS FOR SPONTANEOUS SUDDEN ACCELERATION FOR TESLA
22  VEHICLES THAT HAVE BEEN FILED TO NHTSA. WHAT THESE

23

24

25

26

27

28

Class Action Complaint
Case No.: 2:20-cv-570

COMPLAINTS HAVE IN COMMON ARE THAT VEHICLES ARE TRAVELING SLOWLY TRYING TO PARK OR MAKE TURNS AT LOW SPEED WHEN SUDDEN SPONTANEOUS FULL ACCELERATION WAS TRIGGERED.

**1 Affected Product
Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL X | 2018 |

October 23, 2018 **NHTSA ID NUMBER: 11142282
Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11142282

**Incident Date** October 23, 2018

**Consumer Location** TAMPA, FL

**Vehicle Identification Number** 5YJXCBE47JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

WHILE IN A PARKING LOT AT LOW SPEED AND COMING AROUND A TURN TO PARK, TESLA SUDDENLY ACCELERATED FROM LOW SPEED TO HIGH SPEED HITTING A POLE. AIRBAGS DEPLOYED. SUDDEN ACCELERATION WAS WITHOUT WARNING. SEVERE DAMAGE TO CAR. LUCKILY NO PEDESTRIANS WERE NEARBY.

**1 Affected Product
Vehicle**

106

Class Action Complaint
Case No.: 2:20-cv-570

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2018 |

July 15, 2018 **NHTSA ID NUMBER: 11111431**
**Components: STRUCTURE, SERVICE BRAKES, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11111431

**Incident Date** July 14, 2018

**Consumer Location** SEATTLE, WA

**Vehicle Identification Number** 5YJXCBE27JF****


**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

WHEN SLOWLY PULLING INTO A PARKING SPOT, THE CAR ACCELERATED
ON IT'S OWN JUMPING THE CURB AND SLAMMED INTO A CHAIN LINK
FENCE. I PRESSED THE BRAKE PEDAL BUT IT DIDN'T RESPOND. MY TEN
YEAR OLD CHILD WAS IN THE BACK SEAT AND THANKFULLY WE ARE
BOTH UNHARMED. THIS IS THE SECOND INCIDENT OF THE CAR
ACCELERATING ON IT'S OWN. THE FIRST TIME THIS OCCURRED WAS
DURING MY FIRST WEEK WITH THE CAR AND WHEN I WAS SLOWLY
DRIVING AROUND A TRAFFIC CIRCLE IN A RESIDENTIAL AREA AND THE
CAR TOOK OFF ON IT'S OWN. NO DAMAGE OTHER THAN MISALIGNMENT
THAT TIME BUT I WAS VERY SCARED AND CALLED TESLA SERVICE. IT
TOOK SEVERAL WEEKS FOR THEM TO RESPOND WITH THE DATA REPORT
FROM THE CAR AND SAID THAT THE VEHICLE INCREASED SPEED DUE TO
THE DRIVER PRESSING THE ACCELERATOR. I ACCEPTED THEIR
EXPLANATION AND ASSUMED THAT I WAS INDEED AT FAULT EVEN

107

Class Action Complaint
Case No.: 2:20-cv-570

THOUGH I WAS POSITIVE THAT I DIDN'T PRESS THE ACCELERATOR. I'M INCREDIBLY SADDENED BY THIS SITUATION AS I TRULY LOVED THIS CAR BUT I'M TOO FRIGHTENED TO DRIVE IT AGAIN. IT'S CURRENTLY AT A BODY SHOP.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2018 |

May 8, 2018 **NHTSA ID NUMBER: 11092528**
**Components: AIR BAGS, VEHICLE SPEED CONTROL, ELECTRICAL SYSTEM, SERVICE BRAKES**
**NHTSA ID Number:** 11092528

**Incident Date** April 27, 2018

**Consumer Location** TUSTIN, CA

**Vehicle Identification Number** 5YJXCDE2XJF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

TL* THE CONTACT OWNS A 2018 TESLA MODEL X. WHILE PULLING INTO A PARKING SPACE, THE BRAKE PEDAL WAS DEPRESSED BUT THE VEHICLE INADVERTENTLY ACCELERATED OVER A CURB BEFORE CRASHING INTO A CEMENT LIGHT POLE. THE FRONT END OF THE VEHICLE WAS SEVERELY DAMAGED, AND THE AIR BAGS DID NOT DEPLOY. THE DRIVER SUSTAINED NECK, SHOULDER, AND CHEST INJURIES THAT REQUIRED

108

MEDICAL ATTENTION. A POLICE REPORT WAS FILED. THE VEHICLE WAS TOWED TO A TOW YARD. ON SEVERAL OCCASIONS, PRIOR TO THE FAILURE, AN ERRONEOUS WARNING MESSAGE DISPLAYED WHILE DRIVING, INDICATING THAT THE VEHICLE WAS DRIVING TOO CLOSELY TO THE PRECEDING VEHICLE, EVEN THOUGH ANOTHER VEHICLE WAS NOWHERE IN THE VICINITY. THE CONTACT INDICATED THAT THE FAILURE OCCURRED ON MULTIPLE OCCASIONS, INCLUDING SHORTLY BEFORE THE CRASH. THE MANUFACTURER WAS NOTIFIED OF THE FAILURES. THE LOCAL DEALER WAS NOT CONTACTED FOR DIAGNOSTIC TESTING OR REPAIRS. THE FAILURE MILEAGE WAS 1,500.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2018 |

**March 1, 2019 NHTSA ID NUMBER: 11183334**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11183334

**Incident Date** February 1, 2019

**Consumer Location** PLEASANTON, CA

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

Class Action Complaint
Case No.: 2:20-cv-570

WAS PARKING MY 2018 MODEL X ON FEB 1, 2019, IN MY DRIVEWAY. THE VEHICLE SUDDENLY ACCELERATED, HIT THE GARAGE DOOR(CLOSED. NO WARNING FROM SENSOR), WENT THROUGH GARAGE DOOR( VEHICLE DID NOT STOP AFTER HITTING THE GARAGE DOOR), DID NOT SENSE THINGS(LIKE WASHER, DRYER, WATER HEATER, WALL TO MY KITCHEN) IN THE GARAGE DOOR AND FINALLY SMASHED THE WASHER/DRYER BEFORE COMING TO STOP. WASHER/DRYER HIT THE WALL AND DAMAGE THE ENTIRE KITCHEN. NO AIRBAGS CAME OUT. MY WIFE WAS IN THE FRONT SEAT, MY DAUGHTER WAS IN THE BACKSEAT AND MY SON WAS INSIDE THE HOME WHEN IT HAPPENED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2018 |

November 26, 2018 **NHTSA ID NUMBER: 11154132**
**Components: AIR BAGS, SERVICE BRAKES, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11154132

**Incident Date** November 26, 2018

**Consumer Location** UPPER ARLINGTON, OH

**Vehicle Identification Number** 5YJ3E1EA6JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

110

Class Action Complaint
Case No.: 2:20-cv-570

TESLA MODEL 3 (2018) PROCEEDED TO ACCELERATE WHILE BRAKE PEDAL WAS DEPRESSED GOING THROUGH AN INTERSECTION CAUSING UNCONTROLLABLE MANEUVER AND VEHICLE CONTROL LOSS. THE VEHICLE FAILED TO RESPOND TO PEDAL INPUT AND FAILED TO DEPLOY AIRBAGS UPON IMPACT WITH A TREE AND FENCE CONTINUING TO ACCELERATE THROUGHOUT SUCH INCIDENT. AUTOPILOT WAS ENGAGED PRIOR TO CRASH. NO FORWARD COLLISION WARNING ACTIVATED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL 3 | 2018 |

**NHTSA ID Number:** 11133222

**Incident Date** October 3, 2018

**Consumer Location** LEXINGTON, MA

**Vehicle Identification Number** 5YJ3E1EB1JF****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

ON OCTOBER 3RD, AT 5:26PM, I ENTERED THE VEHICLE, STEPPED ON THE BRAKE AND SHIFTED THE CAR INTO D TO PULL FORWARD OUT OF A PARKING SPACE (I BACKED IN).

AS I GENTLY APPLIED THE ACCELERATOR PEDAL TO EASE FORWARD (AND TURN LEFT) OUT OF THE PARKING SPACE TO HEAD DOWN THE PARKING AISLE, THE CAR MOVED FORWARD MUCH FASTER THAN

111

Class Action Complaint
Case No.: 2:20-cv-570

EXPECTED SO I LET OFF THE PEDAL. THE VEHICLE STOPS ACCELERATING
AFTER LETTING OFF THE PEDAL. I TRY PRESSING THE PEDAL GENTLY
AGAIN AND THE CAR LURCHES FORWARD PRETTY QUICKLY AS IF I
DEPRESSED THE PEDAL ABOUT HALFWAY DOWN (I DID NOT). LETTING
GO OF THE ACCELERATOR PEDAL DIDN'T SEEM TO KICK IN
REGENERATIVE BRAKING SO I PRESSED ON THE BRAKE TO SLOW THE
CAR DOWN TO A SPEED APPROPRIATE FOR A PARKING LOT.

AFTER USING THE BRAKE, THE PROBLEM NEVER REAPPEARED AND I
RESUMED MY DRIVE ALTHOUGH I WAS SHAKEN A BIT BY THE INCIDENT.

IT'S ALMOST AS IF THE "THROTTLE MAP" WAS MESSED UP FOR A FEW
SECONDS ASKING THE CAR TO DELIVER MUCH HIGHER CURRENT THAN
IT SHOULD HAVE AT A 5-10% PEDAL POSITION.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL 3 | 2018 |

August 14, 2018 **NHTSA ID NUMBER: 11119991**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11119991

**Incident Date** August 2, 2018

**Consumer Location** SAN FRANCISCO, CA

**Vehicle Identification Number** 5YJ3E1EA3JF****

**Summary of Complaint**

**CRASH**No

**FIRE**No

112

**INJURIES0**

**DEATHS0**

SUDDEN UNINTENDED ACCELERATION.

VEHICLE WAS RETRIEVED FROM SERVICE CENTER AFTER A CENTER SCREEN/COMPUTER REPLACEMENT. LATER THAT EVENING, WHEN ARRIVING AT THE DESTINATION AT A RESIDENTIAL NEIGHBORHOOD, I RELEASED THE ACCELERATOR PEDAL AND TURNED TO APPROACH THE CURB. WHEN THE VEHICLE WAS NEXT TO THE CURB, IT SUDDENLY ACCELERATED. I QUICKLY APPLIED THE BRAKE PEDAL AND TURNED THE WHEEL TO STEER AWAY FROM THE CURB TO AVOID COLLISION WITH A PARKED CONSTRUCTION VEHICLE. VIDEO OF THE INCIDENT WAS CAPTURED WITH THE RING DOORBELL CAMERA AND VIDEO FOOTAGE IS AVAILABLE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

May 22, 2018 **NHTSA ID NUMBER: 11097159**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11097159

**Incident Date** May 5, 2018

**Consumer Location** PHOENIX, AZ

**Vehicle Identification Number** 5YJ3E1EA5JF****

**Summary of Complaint**

**CRASHYes**

113

Class Action Complaint
Case No.: 2:20-cv-570

**FIRENo**

**INJURIES0**

**DEATHS0**

DRIVER FELT SUDDEN UNINTENDED ACCELERATION WHILE PARKING THE CAR. THE ACCELERATION HAPPENED WITHIN THE LAST COUPLE OF SECONDS WHEN THE CAR WAS TURNING 90% AT PRETTY NORMAL SPEEDS TO PARK. THE CAR HIT A TREE, AND SUFFERED SIGNIFICANT FRONTAL DAMAGE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

May 10, 2018 **NHTSA ID NUMBER: 11092830**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11092830

**Incident Date** May 10, 2018

**Consumer Location** DOVER, DE

**Vehicle Identification Number** 5YJ3E1EA0JF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNS A 2018 TESLA MODEL 3. WHILE ATTEMPTING TO PARK THE VEHICLE, THE BRAKE PEDAL WAS DEPRESSED, BUT THE

114

Class Action Complaint
Case No.: 2:20-cv-570

VEHICLE ACCELERATED RAPIDLY ON ITS OWN WITHOUT WARNING. AS A RESULT, THE VEHICLE DROVE OVER A CURB AND CRASHED INTO PART OF A STORE. THE FRONT END OF THE VEHICLE WAS DAMAGED. THE AIR BAGS FAILED TO DEPLOY. A POLICE REPORT WAS FILED AND THERE WERE NO INJURIES. THE VEHICLE WAS DRIVEN TO THE CONTACT'S HOME. THE CONTACT NOTIFIED TESLA'S SERVICE CENTER AT (610) 407-7030, BUT THE DEALER AND MANUFACTURER WERE NOT CONTACTED. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE FAILURE MILEAGE WAS NOT AVAILABLE. *TT

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL 3 | 2018 |

May 4, 2018 **NHTSA ID NUMBER: 11091970**
**Components: SERVICE BRAKES, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11091970

**Incident Date** May 4, 2018

**Consumer Location** CHANDLER, AZ

**Vehicle Identification Number** 5YJ3E1EA6JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0
UNINTENDED ACCELERATION OF 2018 TESLA MODEL 3.

115

Class Action Complaint
Case No.: 2:20-cv-570

ISSUE DESCRIPTION: ISSUE OCCURRED ON 05/04/18 AT APPROX. 11:52 AM WHILE TRYING TO PARK THE VEHICLE IN A PARKING LOT OF A GROCERY STORE. THE VEHICLE WAS IN THE PARKING SPACE POSITION WHEN IT SUDDENLY ACCELERATED WITHOUT ANY INPUT FROM THE DRIVER. THE BRAKES WERE APPLIED HOWEVER THEY FELT INOPERATIVE. IT FELT AS THOUGH THE DRIVER HAD NO CONTROL OVER BRAKING AND THE VEHICLE HAD A MIND OF ITS OWN. THE DRIVER TURNED THE STEERING WHEEL TO AVOID DIRECTLY HITTING A DUMPSTER WHILE TRYING TO BRAKE. THE PASSENGER SIDE OF THE VEHICLE THEN HIT A CURB AND A PONY WALL. AFTER THE IMPACT, THE DRIVER WAS ABLE TO TURN THE VEHICLE WHILE APPLYING THE BRAKES THAT EVENTUALLY BROUGHT THE VEHICLE TO A STOP.

PROBABLE CAUSE: UNKNOWN. GIVEN THE VEHICLE IS NEW, IT IS DIFFICULT TO IDENTIFY A REASON WHY WOULD IT ACCELERATE UNINTENTIONALLY. THE VEHICLE IS EQUIPPED WITH ENHANCED AUTO PILOT WHICH WAS NOT ENGAGED AT THE TIME OF INCIDENT. THE NIGHT PRIOR TO THE INCIDENT THE VEHICLE DISPLAYED SOFTWARE GLITCH WHERE IN IT WOULD NOT CONTROL THE VOLUME OF THE RADIO WHILE DRIVING WITH THE BUTTONS ON THE STEERING WHEEL AND WAS STUCK IN CONTROLLING THE STEERING WHEEL POSITION.

CAR IS RUNNING SOFTWARE VERSION 8.1 (2018.14.13 9E3B7FF)

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

October 14, 2019 **NHTSA ID NUMBER: 11268280**
**Components: WHEELS, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11268280

**Incident Date** September 24, 2019

**Consumer Location** FREMONT, CA

**Vehicle Identification Number** 5YJ3E1EA2JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

HELLO- I WAS TRYING TO PARK MY VEHICLE IN A PARKING SPOT IN
SANTA CLARA, CALIFORNIA WHEN THE CAR AUTOMATICALLY
ACCELERATED AND HIT ANOTHER CAR. IT THEN IMMEDIATELY HAD A
FLAT TIRE. I DID NOT HIT THE WRONG PEDAL NOR WAS I ACCELERATING
IT. IT WAS QUITE DANGEROUS. IT CAME TO A HALT AFTER HITTING
ANOTHER CAR. BOTH THE CARS WERE DAMAGED.PRIOR TO THAT WE
HAD DIFFICULTY TRYING TO CONNECT TO THE CAR USING THE APP ON
THE PHONE BUT THOUGHT IT COULD HAVE BEEN DUE TO AN APP ERROR.
NOT SURE IF IT WAS CORRELATED. THIS EVENT HAPPENED ON SEP 24.
TESLA ADVISED ME TO TOW THE CAR TO THE SERVICE CENTER. SINCE
THEN MY CAR HAS BEEN WITH TESLA SERVICE. THEY HAVE NOT GIVEN
US ANY UPDATES ABOUT THE DIAGNOSTICS AND KEEP TELLING US TO
TAKE THE CAR BACK. THEY HAVE CLEARED TO DRIVE THE CAR FOR 20
MILES. MY CAR WAS EXTENSIVELY DAMAGED. I REQUEST YOU TO HELP.
THIS IS QUITE SERIOUS FOR THE SAFETY OF EVERYONE. WHILE I AM
WILLING TO ACCEPT IF TESLA PROVES BEYOND A DOUBT THAT IT WAS
MY ERROR, I AM QUITE CONFIDENT THAT IT DID IT AUTOMATICALLY. I
AM ALSO CONCERNED THAT TESLA HAS NOT GIVEN US ANY UPDATE
FOR THE LAST 3 WEEKS AND HAVE NOT PROVIDED US WITH ANY
DETAILS OF WHAT THE COURSE OF ACTION IS BEYOND ASKING US TO
TAKE THE CAR BACK AND CLEARING IT TO DRIVE FOR 20 MILES. I HAVE 2
KIDS AND WANT A THOROUGH INVESTIGATION FOR THE SAFETY OF
EVERYONE INVOLVED. PLEASE HELP.

**1 Affected Product**
**Vehicle**

117

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

May 22, 2019 **NHTSA ID NUMBER: 11209238**
**Components: AIR BAGS, STRUCTURE, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11209238

**Incident Date** April 24, 2019

**Consumer Location** MCLEAN, VA

**Vehicle Identification Number** 5YJ3E1EA2JF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

ON APRIL 24 19 MORNING ARTI DOSHI (MY WIFE) DROVE UP MULTILAVEL PARKING LOT AT WORK 8100 JONES BRANCH DRIVE, SHE INITIALLY CHOSE A HEAD IN PARKING SPOT, THEN ATTEMPTED TO MOVE THE CAR FORWARD TO THE NEXT AISLE, SO THE CAR WOULD BE FACING FRONT WHEN SHE GOT OUT. THE CAR PICKED UP UNCONTROLLABLE AND EXTREMELY HIGH SPEED AND SHE FELT OUT OF CONTROL AND COULD NOT MOVE FOOT FROM ACCELERATOR TO BRAKE IN THE SPLIT SECOND, ALL SHE COULD DO WAS TO STEER SLIGHTLY TO HIT A POLE AT THAT NEXT SPOT, AND AVOID GOING ACROSS DRIVE LANE AND OVER THE BARRICADE TO A DROP. THE CAR SUFFERED SEVERE FRONT DAMAGE AND AIRBAGS OPENED, SHE HAD MINOR BRUISE. REPAIR ESTIMATES CAUSED INSURANCE COMPANY TO CALL IT A TOTAL LOSS.

1. TESLA CLAIMS TO BE REVIEWING ELECTRONIC DATA BUT HAS NOT

118

Class Action Complaint
Case No.: 2:20-cv-570

RELEASED CONCLUSIONS SO FAR.

2. WHY SUCH HIGH SPEED WAS PICKED UP WHEN ALL SHE WANTED TO DO WAS CRAWL OVER TO THE NEXT SPOT DIRECTLY AHEAD (ABOUT 20 FEET) FROM THE PREVIOUS SPOT.

3. WHY VARIOUS ELECTRONIC SYSTEM, FRONT COLLISION WARNING, FRONT COLLISION AVOIDANCE, VIDEO SENSORS ABOUT OBSTRUCTIONS, AVOIDANCE BASED ACCELERATION CONTROL ETC, FAILED TO APPLY ANY SPEED REDUCTIONS.

PHOTOS OF EVENT, ESTIMATE FROM INSURANCE ARE ENCLOSED.

I REQUEST YOUR KIND ATTENTION, AND YOUR ANALYSIS AS TO THE SAFETY FAILURES.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

April 16, 2019 **NHTSA ID NUMBER: 11196764**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11196764

**Incident Date** March 30, 2019

**Consumer Location** SNELLVILLE, GA

**Vehicle Identification Number** 5YJ3E1EA6JF****

**Summary of Complaint**

**CRASH**Yes

Class Action Complaint
Case No.: 2:20-cv-570

**FIRENo**

**INJURIES1**

**DEATHS0**

VEHICLE ENTERED A SHOPPING PLAZA AT SPEED UNDER 10MPH AND SUDDENLY ACCELERATED TO HIGH SPEED ON IT'S OWN. IT HIT THREE STATIONARY VEHICLES AND KNOCKED DOWN A SMALL TREE. TRIED STOPPING THE CAR BUT THE BRAKES WOULD NOT WORK AND THE CAR FINALLY STOPPED AFTER HITTING THE THIRD VEHICLE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

September 28, 2018 **NHTSA ID NUMBER: 11132177**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11132177

**Incident Date** September 26, 2018

**Consumer Location** SIMI VALLEY, CA

**Vehicle Identification Number** 5YJ3E1EA1JF****


**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

SUDDEN UNEXPECTED ACCELERATION

120

CAR WAS IN PARKING LOT (BOTH ON AUGUST12 2018 AND ON SEPTEMBER 26 201 AND COMING TO A STOP.. MY FOOT WAS NOT ON THE ACCELERATOR BUT CAR JOLTED FORWARD APPROXIMATELY 10 FEET.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

September 2, 2018 **NHTSA ID NUMBER: 11124067**
**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11124067

**Incident Date** September 1, 2018

**Consumer Location** RIVERSIDE, CA

**Vehicle Identification Number** 5YJ3E1EA7JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

I WAS PULLING INTO A DRIVEWAY WHEN MY FOUR WEEK OLD TESLA MODEL 3, UNEXPECTEDLY ACCELERATED FOR NO OBVIOUS REASON. IT FELT LIKE CAR WAS FLYING AT A HIGH SPEED AND I HAD NO CONTROL. IN A BLURR, WE WERE SURROUNDED BY INFLATED AIRBAGS ON ALL SIDES IN A SMOKE FILLED CAR AND I REALIZED CAR HAD CRASHED INTO THE GARAGE DOOR AND NOW WAS PINNED UNDER A CRUMPLED GARAGE DOOR. IN SECONDS, AN EVERYDAY INSTANCE OF PULLING INTO THE DRIVEWAY HAD SUDDENLY CHANGED INTO A NIGHTMARE.

Class Action Complaint
Case No.: 2:20-cv-570

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

October 21, 2019 **NHTSA ID NUMBER: 11269912**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11269912

**Incident Date** October 18, 2019

**Consumer Location** GERMANTOWN, TN

**Vehicle Identification Number** 5YJSA1E28KF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2019 TESLA MODEL S. WHILE THE CONTACT WAS PULLING INTO THE DRIVEWAY AT 4 MPH, THE VEHICLE ACCELERATED AND CRASHED INTO THE GARAGE DOOR AND WALL. THE AIR BAGS DID NOT DEPLOY, AND THE STEERING WHEEL AND BRAKES SEIZED. THERE WERE NO INJURIES. THE VEHICLE WAS NOT TAKEN TO A DEALER OR AN INDEPENDENT MECHANIC FOR DIAGNOSTIC TESTING. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 50.

**1 Affected Product**
**Vehicle**

Class Action Complaint
Case No.: 2:20-cv-570

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2019 |

December 30, 2019 **NHTSA ID NUMBER: 11292014**
**Components: ELECTRONIC STABILITY CONTROL, VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11292014

**Incident Date** December 10, 2019

**Consumer Location** LATHROP, CA

**Vehicle Identification Number** 5YJ3E1EAXKF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

I AM VERY DISAPPOINTED AND SHOCKED FROM WHAT HAPPENED LAST DECEMBER 10, 2019 (TUESDAY). AT AROUND 5:50 AM, I AM SLOWLY DRIVING AT THE PARKING LOT OF MY OFFICE AT STRYKER CORPORATION IN SAN JOSE, CA. I AM SLOWLY PARKING MY CAR AND THEN THERE?S A SUDDEN UNINTENDED ACCELERATION ON MY CAR WHICH I CANNOT EVEN CONTROL OR STOP. THE ACCELERATION SPEEDS UP AUTOMATICALLY ON ITS OWN EVEN IF I?M STEPPING ON THE BRAKE. DUE TO THE SPEED UP ON THE ACCELERATION, THE CAR WENT OVER THE CURB WITH SO MUCH SPEED AND MOVED TOWARDS THE TENT WHICH IS THE SMOKING AREA IN OUR WORK. THE WINDSHIELD OF MY CAR BROKE WHEN IT HIT THE TENT AND THE CAR STILL MOVED TO THE OTHER SIDE OF THE ISLAND. LUCKILY, MY CAR LANDED ON A BUCKET OF CEMENT WHICH HELPED MY CAR TO STOP. IT WAS REALLY A

123

Class Action Complaint
Case No.: 2:20-cv-570

TERRIFYING INCIDENT WHICH I DIDN?T EXPECT TO HAPPEN BECAUSE MY CAR IS NEW AND I THOUGHT THAT IT?S THE SMARTEST AND SAFEST CAR. I HAVE A DASH CAMERA ON MY CAR AND I HAVE A VIDEO OF THE WHOLE INCIDENT THAT WILL PROVE THAT MY STATEMENTS ARE TRUE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

November 30, 2019 **NHTSA ID NUMBER: 11282996**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11282996

**Incident Date** November 27, 2019

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJ3E1EB2KF****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

ON 11-27-19, OUT TESLA MODEL 3 WHICH IS 5 MONTHS OLD, SUDDENLY ACCELERATED IN TRAFFIC. MY HUSBAND WAS DRIVING ABOUT 20 MILES AN HOUR AT THE TIME. THIS ALSO OCCURRED ON 11-29-19, IN A MORE DANGEROUS SITUATION. I MADE A SEPARATE REPORT FOR THAT DATE. FORTUNATELY, NO COLLISION OCCURRED, BUT WE ARE SCARED NOW.

**1 Affected Product**

124

Class Action Complaint
Case No.: 2:20-cv-570

| Vehicle | | |
| --- | --- | --- |
| **MAKE** | **MODEL** | **YEAR** |
| TESLA | MODEL 3 | 2019 |

November 30, 2019 **NHTSA ID NUMBER: 11282993**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11282993

**Incident Date** November 29, 2019

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJ3E1EB2KF****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

ON NOVEMBER 29, 2019, WE WERE DRIVING OUR 5-MONTH-OLD TESLA MODEL 3. WE WERE COMING TO A STOP AT A STOPLIGHT IN HEAVY TRAFFIC, WHEN SUDDENLY THE CAR ACCELERATED ON ITS OWN. MY HUSBAND HAD TO BRAKE SUDDENLY TO PREVENT RUNNING INTO ANOTHER CAR.

**1 Affected Product**
**Vehicle**

Class Action Complaint
Case No.: 2:20-cv-570

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

October 1, 2019 **NHTSA ID NUMBER: 11265452**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11265452

**Incident Date** August 28, 2019

**Consumer Location** BEAVERTON, OR

**Vehicle Identification Number** 5YJ3E1EA0KF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**2

**DEATHS**0

LAW ENFORCEMENT ENTRY - VEHICLE WAS INVOLVED IN A 10-VEHICLE
CRASH. DRIVER AND PASSENGER BOTH STATED VEHICLE HAD
UNINTENDED ACCELERATION. ADDITIONAL WITNESS STATEMENTS
APPEAR TO VERIFY REPORT. *DT

AS VEHICLE WAS TRAVELING ON THE HIGHWAY, THE DRIVER
REPORTEDLY TRIED TO SLOW THE VEHICLE AS IT APPROACHED
STOPPED/SLOWED TRAFFIC. VEHICLE DID NOT RESPOND AND DRIVER
WAS NOT ABLE TO SLOW IT BEFORE IT CRASHED INTO STOPPED TRAFFIC.

POLICE REPORT GO 51 2019- XXXXXXX

?PARTS OF THIS DOCUMENT HAVE BEEN REDACTED TO PROTECT

126

Class Action Complaint
Case No.: 2:20-cv-570

PERSONALLY IDENTIFIABLE INFORMATION PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6).? *JB

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

July 15, 2019 **NHTSA ID NUMBER: 11231846**
**Components: SERVICE BRAKES, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11231846

**Incident Date** July 14, 2019

**Consumer Location** COLUMBIA, MD

**Vehicle Identification Number** 5YJ3E1EB0KF****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

MY TESLA MODEL 3 JUST SUDDENLY ACCELERATED AS I WAS TURNING RIGHT TRYING TO THE LOT TO PARK THE CAR. MY CAR HIT THE WALL AND THEN THE HAZARD LIGHT CAME ON.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

November 4, 2019 **NHTSA ID NUMBER: 11278152**
**Components: SERVICE BRAKES, UNKNOWN OR OTHER**

**NHTSA ID Number:** 11278152

**Incident Date** November 4, 2019

**Consumer Location** LEANDER, TX

**Vehicle Identification Number** 5YJ3E1EB7KF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

I TURNED INTO A PERPENDICULAR PARKING SPACE IN A HOME DEPOT
PARKING LOT. I LET UP ON THE ACCELERATOR AS THE CAR INCHED
CLOSER TO THE CURB. AS I BEGAN TO PRESS THE BRAKE TO BRING THE
CAR TO A COMPLETE STOP, THE CAR SUDDENLY LURCHED FORWARD,
JUMPED THE CURB, CROSSED THE GRASS MEDIAN AND COME TO REST
ON THE HOOD OF ANOTHER CAR. I KNOW MY FOOT WAS ON THE BRAKE
AT THE TIME AND CONTEND THAT THE INCIDENT WAS DUE TO A
VEHICLE MALFUNCTION.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

October 8, 2019 **NHTSA ID NUMBER: 11267131**
**Components: AIR BAGS, STRUCTURE, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11267131

**Incident Date** September 29, 2019

**Consumer Location** WEXFORD, PA

**Vehicle Identification Number** 5YJ3E1EA4KF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**2

**DEATHS**0
MY WIFE WAS TRYING TO PARK THE CAR IN OUR GARAGE WHEN THE
CAR SUDDENLY SPED UP AND HIT OUR INNER GARAGE WALL. IT THEN
REVERSED BACK AND HIT THE WALL A SECOND TIME. THEN IT
AUTOMATICALLY REVERSED AND PARKED ON THE NEIGHBOR?S
DRIVEWAY. BOTH THE STERLING AIR BAG AND AIRBAG NEAR THE FEET
DEPLOYED. THE CAR?S FRONT WAS SMASHED. OUR GARAGE WALL AND
DOOR ARE ALSO BADLY DAMAGED. I HAVE ASKED TESLA TO
INVESTIGATE IF IT WAS BECAUSE OF THE AUTOPILOT TAKING OVER BUT
HAVE NOT RECEIVED A RESPONSE FROM THEM YET AFTER MORE THAN
A WEEK.

**1 Affected Product**
**Vehicle**

129

Class Action Complaint
Case No.: 2:20-cv-570

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

May 10, 2019 **NHTSA ID NUMBER: 11206931**
**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11206931

**Incident Date** May 10, 2019

**Consumer Location** VALENCIA, CA

**Vehicle Identification Number** 5YJ3E1EB1KF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 1

**DEATHS** 0

I WAS STOPPED AT A RED LIGHT, SECOND IN LINE. MY CAR LUNGED BACKWARDS HITTING THE CAR BEHIND ME. I HAD DONE NOTHING TO MOVE THE VEHICLE. THERE WAS SLIGHT DAMAGE TO MY REAR END AND THEIR FRONT END. MY NECK DID WHIPLASH. THERE WAS AN INFANT IN THE BACKSEAT WHO WAS INJURED IN THE OTHER CAR. THE DRIVER OF THE OTHER CAR WAS NOT INJURED.

PLEASE CALL ME (XXXX)

PARTS OF THIS DOCUMENT HAVE BEEN REDACTED TO PROTECT PERSONALLY IDENTIFIABLE INFORMATION PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6).

**1 Affected Product**

130

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

January 14, 2020 **NHTSA ID NUMBER: 11299347**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11299347

**Incident Date** January 8, 2020

**Consumer Location** RANCHO CUCAMONGA, CA

**Vehicle Identification Number** 5YJ3E1EA0LF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

TL-THE CONTACT OWNS A 2020 TESLA MODEL 3 GENERAL PRODUCTION 2020. THE CONTACT STATED THAT WHILE PULLING INTO THE PARKING LOT OF A SHOPPING CENTER WITHOUT WARNING THE VEHICLE ACCELERATED, CAUSING THE CONTACT TO CRASH INTO A PARKED VEHICLE INFRONT OF HER. NO AIRBAGS DEPLOYED. THE CONTACT SUSTAINED MINOR INJURED (BRUSING) BACK, NECK. NO POLICE REPORT WAS FILED. NO MEDICAL ATTENTION WAS CONTACTED. THE CONTACT WAS ABLE TO REVERSE OUT OF THE PARKING LOT AND DRIVE TO THE CONTACT RESIDENTS. WAWANES INSURANCE COMPANY WAS CONTACTED AND HAS STARTED A CLAIM: (1677596). DAMGES UNKNOWN AT THIS TIME. THE DEALER WAS NOT CONTACTED ABOUT THE FAILURE. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND

131

INFORMED THE CONTACT NO RECALL WAS UNDER THE VIN. THE
FAILURE MILEAGE WAS APPROXIMATE 407.CK

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2020 |

75.     And these are only the SUA incidents that have been reported to NHTSA. A
sample of some of the complaints of SUA by NON-NHTSA reports from owners,
lessees, and drivers of Tesla vehicles, with respect to events occurring both prior to and
after the date of the crash in this matter, are as follows:

   a.     A driver reported that on March 29, 2013, while attempting to brake
          in a parking space in Camarillo, California, her new Model S
          experienced an SUA event, causing it to crash into the dining area of a
          restaurant.[5]

   b.     A driver reported that on August 9, 2016, while parking in front of a
          gym in Lighthouse Point, Florida, her Model S experienced an SUA
          event, causing it to crash into and through the front door of the

---

[5] http://archive.vcstar.com/news/woman-crashes-new-tesla-into-camarillo-restaurant-ep-292940321-351752261.html/ [last viewed on January 20, 2020].

Class Action Complaint
Case No.: 2:20-cv-570

building.[6]  A video of this event is available on the internet for public review[7]

c.     A driver reported that on September 10, 2016, while pulling into his family garage in Irvine, California, his Model X experienced an SUA event, crashing through the garage, landing in the living room and pinning both driver and passenger inside the vehicle. [8]

d.     A driver, who had never before had an accident with a vehicle, reported on October 29, 2017, that a Tesla purchased five months prior experienced an SUA event and crashed into the back of a truck in McLean, Virginia. [9]

e.     A driver reported that on approximately January 9, 2018, while attempting to park, a Tesla experienced an SUA event and collided with a handicap pole in Del Mar, California.[10]

f.     A driver reported that on April 22, 2018, while attempting to park in Lutz, Florida, her Model X experienced an SUA event, crashing

---

[6] https://electrek.co/2016/09/25/tesla-model-s-crashes-into-gym-driver-claims-autonomous-acceleration-tesla-says-drivers-fault/ [last viewed on January 20, 2020].

[7] https://electrek.co/wp-content/uploads/sites/3/2016/09/tesla-gym-crash-1.gif [last viewed on January 20, 2020].

[8] https://www.consumeraffairs.com/news/tesla-car-suddenly-and-unintentionally-accelerated-into-drivers-house-lawsuit-says-010317.html [last viewed on January 20, 2020].

[9] https://www.consumeraffairs.com/news/tesla-car-suddenly-and-unintentionally-accelerated-into-drivers-house-lawsuit-says-010317.html [last viewed on January 20, 2020].

[10] https://www.consumeraffairs.com/automotive/tesla_motors.html [last viewed on January 20, 2020].

133

Class Action Complaint
Case No.: 2:20-cv-570

through a vacant storefront and then plowing through a second wall into a gym, nearly striking a gym member.[11]

g.    A driver reported that on July 23, 2018, while braking as she pulled into a parking space in Newport Beach, California, her Tesla experienced an SUA event and crashed through a storefront and into the store, narrowly missing both employees and customers. The store video of the event is also available for public review on the internet.[12]

h.    A tragic account out of Delaware last year reports that a Tesla vehicle experienced an SUA event, suddenly speeding out of control and impacting an office building, tragically killing an office worker in the building.

### G.    Tesla's Introduces Obstacle-Awareness Acceleration

76.    After being put on notice of the alleged SUA problem by NHTSA complaints and prior lawsuits, Tesla introduced Obstacle-Aware Acceleration in October 2018 as a new feature in its V9 software update.[13]   According to Tesla, this feature— when activated–limits acceleration of the vehicle if an obstacle is detected in front of it while driving at low speeds.

77.    According to Tesla:

Obstacle-Aware Acceleration  Obstacle-Aware Acceleration is designed to reduce the impact of a collision by reducing motor torque and in some cases applying the brakes, if Model S detects an object in its driving path. For example, Model S, while parked

---

[11] https://www.yahoo.com/news/tesla-model-x-driver-gym-192100058.html [last viewed on January 20, 2020].

[12] https://losangeles.cbslocal.com/2018/07/23/tesla-crashes-into-newport-beach-beauty-supply-shop/ [last viewed on January 20, 2020].

[13] Tesla regularly uses over-the-air software updates to add new features to its vehicles and change existing ones over Wi-Fi connections.  When updates become available, Tesla owners receive a notification, with the option to install the update immediately or schedule it for later.

134

Class Action Complaint
Case No.: 2:20-cv-570

in front of a closed garage door with the Drive gear engaged, detects that you have pressed hard on the accelerator pedal. Although Model S still accelerates and hits the garage door, the reduced torque may result in less damage. Obstacle-Aware Acceleration is designed to operate only when all of these conditions are simultaneously met:

• A driving gear is engaged (Drive or Reverse).

• Model S is stopped or traveling less than 10 mph (16 km/h).

• Model S detects an object in its immediate driving path.

78.     Plaintiffs are informed and believe, and based thereon allege, that Tesla implemented the Obstacle-Aware Acceleration only on Tesla vehicles equipped with Auto Pilot II hardware.

79.     While the Obstacle-Aware Acceleration algorithm was apparently developed to address the situation of uncommanded full speed acceleration in low speed environments, based on the continuing complaints of SUA resulting in crashes, it has done little to mitigate the problem.

80.     This can perhaps be explained by Tesla's disclaimers and warnings about its Obstacle-Aware Acceleration algorithm:

⚠ **Warning:** Obstacle-Aware Acceleration is designed to reduce the severity of an impact. It is not designed to avoid a collision.

⚠ **Warning:** Obstacle-Aware Acceleration may not limit torque in all situations. Several factors, including environmental conditions, distance from an obstacle, and a driver's actions, can limit, delay, or inhibit Obstacle-Aware Acceleration.

⚠ **Warning:** Obstacle-Aware Acceleration may not limit torque when performing a sharp turn, such as into a parking space.

⚠ **Warning:** Do not rely on Obstacle-Aware Acceleration to control acceleration or to avoid, or limit, the severity of a collision, and do not attempt to test Obstacle-Aware Acceleration. Doing so can result in serious property damage, injury, or death.

⚠ **Warning:** Several factors can affect the performance of Obstacle-Aware Acceleration, causing an inappropriate or untimely reduction in motor torque and/or undesired braking. It is the driver's responsibility to drive safely and remain in control of Model S at all times.

81. But such warnings failed to inform Plaintiffs and consumers exactly how factors such as environmental conditions, distance from an obstacle, and/or a driver's own actions, can limit, delay, or inhibit Obstacle-Aware Acceleration.

82. More importantly, failing to "limit torque when performing a sharp turn, such as into a parking space" renders the algorithm ineffective during the most common maneuver in which SUA is experienced.

83. The NHTSA complaint statistics bear this out.  Of the 101 SUA complaints submitted to NHTSA, 34 of them occurred on or after Tesla's September 2018 release of the Obstacle-Aware Acceleration algorithm.

| NHTSA Tesla SUA Complaints by Model Year | | | | | |
|---|---|---|---|---|---|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 1 | 11082114 | 2013 | S | 3/27/2018 | 3/30/2018 |
| 2 | 11081382 | 2013 | S | 3/17/2018 | 3/26/2018 |
| 3 | 10958834 | 2013 | S | 3/4/2017 | 3/6/2014 |
| 4 | 10749575 | 2013 | S | 8/4/2015 | 8/18/2015 |
| 5 | 10545488 | 2013 | S | 7/29/2013 | 9/26/2016 |
| 6 | 10545230 | 2013 | S | 9/21/2013 | 9/24/2013 |
| 7 | 11289019 | 2013 | S | 12/10/2019 | 12/14/2016 |
| 8 | 10758908 | 2013 | S | 5/7/2013 | 8/24/2015 |
| 9 | 11139174 | 2014 | S | 10/7/2018 | 10/9/2018 |
| 10 | 10982961 | 2014 | S | 2/14/2017 | 5/1/2017 |
| 11 | 10836289 | 2014 | S | 9/14/2015 | 2/15/2016 |
| 12 | 10639849 | 2014 | S | 7/19/2014 | 9/29/2014 |
| 13 | 10639935 | 2014 | S | 7/19/2014 | 9/29/2014 |
| 14 | 10845619 | 2014 | S | 3/2/2016 | 3/8/2016 |
| 15 | 11297839 | 2015 | S | 2/2/2020 | 2/8/2020 |
| 16 | 11291423 | 2015 | S | 12/26/2019 | 12/27/2019 |
| 17 | 11278322 | 2015 | S | 11/5/2019 | 11/5/2019 |
| 18 | 11171052 | 2015 | S | 1/19/2019 | 1/20/2019 |

Class Action Complaint
Case No.: 2:20-cv-570

| | | NHTSA Tesla SUA Complaints by Model Year | | | |
|---|---|---|---|---|---|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 19 | 11078571 | 2015 | S | 1/8/2018 | 3/11/2018 |
| 20 | 10979378 | 2015 | S | 4/18/2017 | 4/19/2017 |
| 21 | 10968322 | 2015 | S | 3/6/2017 | 3/24/2017 |
| 22 | 10910065 | 2015 | S | 9/16/2016 | 9/27/2016 |
| 23 | 10874744 | 2015 | S | 6/10/2016 | 6/17/2016 |
| 24 | 10864353 | 2015 | S | 5/11/2016 | 5/11/2016 |
| 25 | 10810457 | 2015 | S | 11/25/2015 | 12/15/2015 |
| 26 | 10764853 | 2015 | S | 9/16/2015 | 9/17/2015 |
| 27 | 10995382 | 2015 | S | 6/9/2017 | 6/15/2017 |
| 28 | 10862194 | 2015 | S | 4/28/2016 | 4/29/2016 |
| 29 | 11280962 | 2016 | S | 10/30/2019 | 11/19/2019 |
| 30 | 11118541 | 2016 | S | 6/12/2018 | 8/8/2018 |
| 31 | 11100721 | 2016 | S | 2/20/2018 | 6/9/2018 |
| 32 | 11079500 | 2016 | S | 11/13/2017 | 3/15/2018 |
| 33 | 11066047 | 2016 | S | 1/28/2018 | 1/31/2018 |
| 34 | 11054973 | 2016 | S | 11/25/2017 | 12/15/2017 |
| 35 | 11042211 | 2016 | S | 10/1/2016 | 11/1/2017 |
| 36 | 11000077 | 2016 | S | 3/30/2017 | 6/19/2017 |
| 37 | 10953656 | 2016 | S | 12/23/2016 | 2/9/2017 |
| 38 | 10949955 | 2016 | S | 1/5/2017 | 2/6/2017 |
| 39 | 10864163 | 2016 | S | 5/6/2016 | 5/10/2016 |
| 40 | 11096621 | 2016 | X | 4/5/2018 | 5/17/2018 |
| 41 | 11083342 | 2016 | X | 2/8/2018 | 4/4/2018 |
| 42 | 10995447 | 2016 | X | 11/12/2016 | 6/16/2017 |
| 43 | 10957394 | 2016 | X | 2/27/2017 | 2/27/2017 |
| 44 | 10939234 | 2016 | X | 11/2/2016 | 1/3/2017 |
| 45 | 10935272 | 2016 | X | 12/13/2016 | 12/14/2016 |
| 46 | 10915633 | 2016 | X | 10/7/2016 | 10/12/2016 |
| 47 | 10909588 | 2016 | X | 9/22/2016 | 9/26/2016 |
| 48 | 10908051 | 2016 | X | 5/23/2016 | 9/19/2016 |
| 49 | 10898260 | 2016 | X | 7/8/2016 | 8/24/2016 |
| 50 | 10893066 | 2016 | X | 7/28/2016 | 8/4/2016 |

137

Class Action Complaint
Case No.: 2:20-cv-570

| | | | NHTSA Tesla SUA Complaints by Model Year | | | |
|---|---|---|---|---|---|---|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 51 | 10873117 | 2016 | X | 6/4/2016 | 6/7/2016 |
| 52 | 11290006 | 2016 | X | 10/31/2019 | 12/16/2019 |
| 53 | 11118315 | 2016 | X | 7/1/2018 | 8/7/2018 |
| 54 | 11003716 | 2016 | X | 7/7/2017 | 7/7/2017 |
| 55 | 11229124 | 2017 | S | 6/22/2019 | 7/3/2019 |
| 56 | 11189710 | 2017 | S | 3/15/2019 | 3/18/2019 |
| 57 | 11162968 | 2017 | S | 12/15/2018 | 12/21/2018 |
| 58 | 11113560 | 2017 | S | 7/7/2018 | 7/25/2018 |
| 59 | 11098517 | 2017 | S | 5/29/2018 | 5/29/2018 |
| 60 | 11065563 | 2017 | S | 1/14/2018 | 1/28/2018 |
| 61 | 11064628 | 2017 | S | 1/18/2018 | 1/24/2018 |
| 62 | 11048161 | 2017 | S | 11/18/2017 | 11/23/2017 |
| 63 | 11021371 | 2017 | S | 9/4/2017 | 9/4/2017 |
| 64 | 11128789 | 2017 | X | 8/4/2018 | 9/11/2018 |
| 65 | 11083755 | 2017 | X | 4/4/2018 | 4/7/2018 |
| 66 | 11076619 | 2017 | X | 3/6/2018 | 3/7/2018 |
| 67 | 11073274 | 2017 | X | 1/24/2018 | 2/16/2018 |
| 68 | 11102931 | 2017 | X | 5/26/2018 | 6/21/2018 |
| 69 | 11154132 | 2018 | 3 | 11/26/2018 | 11/26/2019 |
| 70 | 11133222 | 2018 | 3 | 10/3/2018 | 10/3/2019 |
| 71 | 11119991 | 2018 | 3 | 8/2/2018 | 8/14/2018 |
| 72 | 11097159 | 2018 | 3 | 5/5/2018 | 5/22/2018 |
| 73 | 11092830 | 2018 | 3 | 5/10/2018 | 5/10/2018 |
| 74 | 11091970 | 2018 | 3 | 5/4/2018 | 5/4/2018 |
| 75 | 11268280 | 2018 | 3 | 9/24/2019 | 10/14/2019 |
| 76 | 11209238 | 2018 | 3 | 4/24/2019 | 5/22/2019 |
| 77 | 11196764 | 2018 | 3 | 3/3/2019 | 4/16/2019 |
| 78 | 11132177 | 2018 | 3 | 9/26/2018 | 9/28/2019 |
| 79 | 11124067 | 2018 | 3 | 9/1/2018 | 9/2/2018 |
| 80 | 11155579 | 2018 | S | 12/2/2018 | 12/3/2018 |
| 81 | 11102347 | 2018 | S | 6/17/2018 | 6/18/2018 |
| 82 | 11100216 | 2018 | S | 4/20/2018 | 6/6/2018 |

138

Class Action Complaint
Case No.: 2:20-cv-570

| NHTSA Tesla SUA Complaints by Model Year | | | | | |
|------|------|------|------|------|------|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 83 | 11228597 | 2018 | X | 5/2/2019 | 7/1/2019 |
| 84 | 11209483 | 2018 | X | 5/12/2019 | 5/23/2019 |
| 85 | 11183545 | 2018 | X | 2/20/2019 | 3/1/2019 |
| 86 | 11289172 | 2018 | X | 6/27/2019 | 12/15/2019 |
| 87 | 11154380 | 2018 | X | 11/17/2018 | 11/27/2018 |
| 88 | 11142282 | 2018 | X | 10/23/2018 | 10/23/2018 |
| 89 | 11111431 | 2018 | X | 7/14/2018 | 7/15/2018 |
| 90 | 11092528 | 2018 | X | 4/27/2018 | 5/8/2018 |
| 91 | 11183334 | 2018 | X | 2/1/2019 | 3/1/2019 |
| 92 | 11292014 | 2019 | 3 | 12/10/2019 | 12/30/2019 |
| 93 | 11282996 | 2019 | 3 | 11/27/2019 | 11/30/2019 |
| 94 | 11282993 | 2019 | 3 | 11/29/2019 | 11/30/2019 |
| 95 | 11265452 | 2019 | 3 | 8/28/2019 | 10/1/2019 |
| 96 | 11231846 | 2019 | 3 | 7/14/2019 | 7/15/2019 |
| 97 | 11278152 | 2019 | 3 | 11/4/2019 | 11/4/2019 |
| 98 | 11267131 | 2019 | 3 | 9/29/2019 | 10/8/2019 |
| 99 | 11206931 | 2019 | 3 | 5/10/2019 | 5/10/2019 |
| 100 | 11299347 | 2019 | 3 | 1/8/2020 | 1/14/2020 |
| 101 | 11269912 | 2019 | S | 10/18/2019 | 10/21/2019 |

84.     Moreover, almost half of the complaints (47 to be precise) were for Model Year 2017 or later vehicles, which were all equipped with the Autopilot Hardware 2 necessary to utilize the algorithm.

| NHTSA Tesla SUA Complaints by Incident Date | | | | | |
|------|------|------|------|------|------|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 1 | 10758908 | 2013 | S | 5/7/2013 | 8/24/2015 |
| 2 | 10545488 | 2013 | S | 7/29/2013 | 9/26/2016 |
| 3 | 10545230 | 2013 | S | 9/21/2013 | 9/24/2013 |
| 4 | 10639849 | 2014 | S | 7/19/2014 | 9/29/2014 |
| 5 | 10639935 | 2014 | S | 7/19/2014 | 9/29/2014 |
| 6 | 10749575 | 2013 | S | 8/4/2015 | 8/18/2015 |

139

Class Action Complaint
Case No.: 2:20-cv-570

| NHTSA Tesla SUA Complaints by Incident Date | | | | | |
|---|---|---|---|---|---|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 7 | 10836289 | 2014 | S | 9/14/2015 | 2/15/2016 |
| 8 | 10764853 | 2015 | S | 9/16/2015 | 9/17/2015 |
| 9 | 10810457 | 2015 | S | 11/25/2015 | 12/15/2015 |
| 10 | 10845619 | 2014 | S | 3/2/2016 | 3/8/2016 |
| 11 | 10862194 | 2015 | S | 4/28/2016 | 4/29/2016 |
| 12 | 10864163 | 2016 | S | 5/6/2016 | 5/10/2016 |
| 13 | 10864353 | 2015 | S | 5/11/2016 | 5/11/2016 |
| 14 | 10908051 | 2016 | X | 5/23/2016 | 9/19/2016 |
| 15 | 10873117 | 2016 | X | 6/4/2016 | 6/7/2016 |
| 16 | 10874744 | 2015 | S | 6/10/2016 | 6/17/2016 |
| 17 | 10898260 | 2016 | X | 7/8/2016 | 8/24/2016 |
| 18 | 10893066 | 2016 | X | 7/28/2016 | 8/4/2016 |
| 19 | 10910065 | 2015 | S | 9/16/2016 | 9/27/2016 |
| 20 | 10909588 | 2016 | X | 9/22/2016 | 9/26/2016 |
| 21 | 11042211 | 2016 | S | 10/1/2016 | 11/1/2017 |
| 22 | 10915633 | 2016 | X | 10/7/2016 | 10/12/2016 |
| 23 | 10939234 | 2016 | X | 11/2/2016 | 1/3/2017 |
| 24 | 10995447 | 2016 | X | 11/12/2016 | 6/16/2017 |
| 25 | 10935272 | 2016 | X | 12/13/2016 | 12/14/2016 |
| 26 | 10953656 | 2016 | S | 12/23/2016 | 2/9/2017 |
| 27 | 10949955 | 2016 | S | 1/5/2017 | 2/6/2017 |
| 28 | 10982961 | 2014 | S | 2/14/2017 | 5/1/2017 |
| 29 | 10957394 | 2016 | X | 2/27/2017 | 2/27/2017 |
| 30 | 10958834 | 2013 | S | 3/4/2017 | 3/6/2014 |
| 31 | 10968322 | 2015 | S | 3/6/2017 | 3/24/2017 |
| 32 | 11000077 | 2016 | S | 3/30/2017 | 6/19/2017 |
| 33 | 10979378 | 2015 | S | 4/18/2017 | 4/19/2017 |
| 34 | 10995382 | 2015 | S | 6/9/2017 | 6/15/2017 |
| 35 | 11003716 | 2016 | X | 7/7/2017 | 7/7/2017 |
| 36 | 11021371 | 2017 | S | 9/4/2017 | 9/4/2017 |
| 37 | 11079500 | 2016 | S | 11/13/2017 | 3/15/2018 |
| 38 | 11048161 | 2017 | S | 11/18/2017 | 11/23/2017 |

140

Class Action Complaint
Case No.: 2:20-cv-570

| | # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
|---|---|---|---|---|---|---|
| NHTSA Tesla SUA Complaints by Incident Date | | | | | | |
| | 39 | 11054973 | 2016 | S | 11/25/2017 | 12/15/2017 |
| | 40 | 11078571 | 2015 | S | 1/8/2018 | 3/11/2018 |
| | 41 | 11065563 | 2017 | S | 1/14/2018 | 1/28/2018 |
| | 42 | 11064628 | 2017 | S | 1/18/2018 | 1/24/2018 |
| | 43 | 11073274 | 2017 | X | 1/24/2018 | 2/16/2018 |
| | 44 | 11066047 | 2016 | S | 1/28/2018 | 1/31/2018 |
| | 45 | 11083342 | 2016 | X | 2/8/2018 | 4/4/2018 |
| | 46 | 11100721 | 2016 | S | 2/20/2018 | 6/9/2018 |
| | 47 | 11076619 | 2017 | X | 3/6/2018 | 3/7/2018 |
| | 48 | 11081382 | 2013 | S | 3/17/2018 | 3/26/2018 |
| | 49 | 11082114 | 2013 | S | 3/27/2018 | 3/30/2018 |
| | 50 | 11083755 | 2017 | X | 4/4/2018 | 4/7/2018 |
| | 51 | 11096621 | 2016 | X | 4/5/2018 | 5/17/2018 |
| | 52 | 11100216 | 2018 | S | 4/20/2018 | 6/6/2018 |
| | 53 | 11092528 | 2018 | X | 4/27/2018 | 5/8/2018 |
| | 54 | 11091970 | 2018 | 3 | 5/4/2018 | 5/4/2018 |
| | 55 | 11097159 | 2018 | 3 | 5/5/2018 | 5/22/2018 |
| | 56 | 11092830 | 2018 | 3 | 5/10/2018 | 5/10/2018 |
| | 57 | 11102931 | 2017 | X | 5/26/2018 | 6/21/2018 |
| | 58 | 11098517 | 2017 | S | 5/29/2018 | 5/29/2018 |
| | 59 | 11118541 | 2016 | S | 6/12/2018 | 8/8/2018 |
| | 60 | 11102347 | 2018 | S | 6/17/2018 | 6/18/2018 |
| | 61 | 11118315 | 2016 | X | 7/1/2018 | 8/7/2018 |
| | 62 | 11113560 | 2017 | S | 7/7/2018 | 7/25/2018 |
| | 63 | 11111431 | 2018 | X | 7/14/2018 | 7/15/2018 |
| | 64 | 11119991 | 2018 | 3 | 8/2/2018 | 8/14/2018 |
| | 65 | 11128789 | 2017 | X | 8/4/2018 | 9/11/2018 |
| | 66 | 11124067 | 2018 | 3 | 9/1/2018 | 9/2/2018 |
| | 67 | 11132177 | 2018 | 3 | 9/26/2018 | 9/28/2019 |
| | 68 | 11133222 | 2018 | 3 | 10/3/2018 | 10/3/2019 |
| | 69 | 11139174 | 2014 | S | 10/7/2018 | 10/9/2018 |
| | 70 | 11142282 | 2018 | X | 10/23/2018 | 10/23/2018 |

141

Class Action Complaint
Case No.: 2:20-cv-570

| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
|---|---|---|---|---|---|
| colspan-title: NHTSA Tesla SUA Complaints by Incident Date |

| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
|---|---|---|---|---|---|
| 71 | 11154380 | 2018 | X | 11/17/2018 | 11/27/2018 |
| 72 | 11154132 | 2018 | 3 | 11/26/2018 | 11/26/2019 |
| 73 | 11155579 | 2018 | S | 12/2/2018 | 12/3/2018 |
| 74 | 11162968 | 2017 | S | 12/15/2018 | 12/21/2018 |
| 75 | 11171052 | 2015 | S | 1/19/2019 | 1/20/2019 |
| 76 | 11183334 | 2018 | X | 2/1/2019 | 3/1/2019 |
| 77 | 11183545 | 2018 | X | 2/20/2019 | 3/1/2019 |
| 78 | 11196764 | 2018 | 3 | 3/3/2019 | 4/16/2019 |
| 79 | 11189710 | 2017 | S | 3/15/2019 | 3/18/2019 |
| 80 | 11209238 | 2018 | 3 | 4/24/2019 | 5/22/2019 |
| 81 | 11228597 | 2018 | X | 5/2/2019 | 7/1/2019 |
| 82 | 11206931 | 2019 | 3 | 5/10/2019 | 5/10/2019 |
| 83 | 11209483 | 2018 | X | 5/12/2019 | 5/23/2019 |
| 84 | 11229124 | 2017 | S | 6/22/2019 | 7/3/2019 |
| 85 | 11289172 | 2018 | X | 6/27/2019 | 12/15/2019 |
| 86 | 11231846 | 2019 | 3 | 7/14/2019 | 7/15/2019 |
| 87 | 11265452 | 2019 | 3 | 8/28/2019 | 10/1/2019 |
| 88 | 11268280 | 2018 | 3 | 9/24/2019 | 10/14/2019 |
| 89 | 11267131 | 2019 | 3 | 9/29/2019 | 10/8/2019 |
| 90 | 11269912 | 2019 | S | 10/18/2019 | 10/21/2019 |
| 91 | 11280962 | 2016 | S | 10/30/2019 | 11/19/2019 |
| 92 | 11290006 | 2016 | X | 10/31/2019 | 12/16/2019 |
| 93 | 11278152 | 2019 | 3 | 11/4/2019 | 11/4/2019 |
| 94 | 11278322 | 2015 | S | 11/5/2019 | 11/5/2019 |
| 95 | 11282996 | 2019 | 3 | 11/27/2019 | 11/30/2019 |
| 96 | 11282993 | 2019 | 3 | 11/29/2019 | 11/30/2019 |
| 97 | 11289019 | 2013 | S | 12/10/2019 | 12/14/2016 |
| 98 | 11292014 | 2019 | 3 | 12/10/2019 | 12/30/2019 |
| 99 | 11291423 | 2015 | S | 12/26/2019 | 12/27/2019 |
| 100 | 11299347 | 2019 | 3 | 1/8/2020 | 1/14/2020 |
| 101 | 11297839 | 2015 | S | 2/2/2020 | 2/8/2020 |

142

Class Action Complaint
Case No.: 2:20-cv-570

85.     Based on the foregoing and on information and belief, Plaintiffs allege that the Obstacle-Aware Acceleration algorithm is inadequate to protect drivers against these SUA incidents.

**H.     Cause of the SUA Events**

86.     As demonstrated from the above complaints, the vast majority of these incidents of reported SUA events occurred while the vehicle's driver was traveling at slow speed and, often, was in the slow process of maneuvering the vehicle into a parking spot.

87.     Irrespective of whether the Tesla-related SUA events are caused by mechanical issues with the accelerator pedal, an unknown failure in the electronic motor control system, a failure in other aspects of the electrical, mechanical, or computer systems, or some instances of pedal misapplication, the Model S, Model X, and Model 3 are defective and unsafe.

88.     Despite its knowledge of the problem, Tesla has failed to properly disclose, explain, fix, or program safeguards to correct the underlying problem of uncommanded acceleration.  This leaves tens of thousands of Tesla owners with vehicles that could potentially engage in sudden uncommanded acceleration.

89.     Tesla's lack of response to this phenomenon is even more confounding when the vehicle is already equipped with the necessary hardware for the vehicle's computer to intercede and prevent uncommanded acceleration into fixed objects such as walls, fences, and buildings.

90.     Tesla equips all its Model S, Model X, and Model 3 vehicles, at least since March 2015, with Automatic Emergency Braking whereby the vehicle computer uses the forward-looking camera and the radar sensor to determine the distance from objects in front of the vehicle.  When a frontal collision is considered unavoidable, Automatic Emergency Braking is designed to automatically apply the brakes to reduce the severity of the impact.

143

Class Action Complaint
Case No.: 2:20-cv-570

91.     But Tesla has programmed the system to deactivate when it receives instructions from the accelerator pedal to drive full speed into a fixed object.  Tesla has confirmed that Automatic Emergency Braking operates only when driving between 5 mph (8 km/h) and 85 mph (140 km/h), but that the vehicle will not automatically apply the brakes, or will stop applying the brakes, "in situations where you are taking action to avoid a potential collision.  For example:

- You turn the steering wheel sharply.
- You press the accelerator pedal.
- You press and release the brake pedal.
- A vehicle, motorcycle, bicycle, or pedestrian, is no longer detected ahead."

92.     Apparently, this includes situations where the computer believes, rightly or wrongly, that the driver is commanding full throttle acceleration directly into fixed objects immediately in front of the vehicle.  Tesla has designed and manufactured a vehicle that is capable of accelerating from zero to 60 miles per hour in 2.9 seconds – acceleration previously achievable only in a select number of exotic sports cars – and has equipped the vehicle with the ability to sense objects in its path and brake automatically to prevent or minimize frontal impacts.  Nevertheless, Tesla has programmed these systems to allow vehicles to engage with full throttle acceleration into fixed objects, such as walls, fences, and beams, that are in the direct path and immediate proximity of the vehicle.

93.     Despite repeated instances of Tesla drivers reporting uncommanded full power acceleration while parking, Tesla has failed to develop and implement computer algorithms to eliminate the danger of full power acceleration into fixed objects.  This failure to provide a programming fix is especially confounding for a vehicle that knows when it is located at the driver's home and is being parked in the garage, yet carries out an instruction, regardless of whether through an error by the vehicle control systems or by driver pedal misapplication, to accelerate at full power into the garage wall.

144

Class Action Complaint
Case No.: 2:20-cv-570

94.     Further, not only has Tesla failed to fix the problems, it has chosen instead to follow in the footsteps of other automobile manufacturers and simply blame the driver. As Toyota learned not long ago, blaming the driver for inexplicable and preventable instances of full throttle acceleration is no longer acceptable.  That is especially true for a disruption company that seeks to use technology to make smart and safe vehicles

95.     Tesla has been aware that SUA events are occurring at a markedly high rate in the Model S, an even more alarmingly high rate in the Model X, and the Model 3, but has not, as of yet, explained the root causes of this dramatic increase.  Nor has Tesla designed and implemented an adequate fail-safe system to prevent or mitigate the consequences of SUA.  Therefore, the Model S, Model X and Model 3 are defective for lacking an adequate fail-safe system as a result of the following:

    a.  the propensity of the vehicle to apply full power acceleration when the driver has not commanded such acceleration by pressing on the accelerator pedal;

    b.  the lack of a proper fail-safe logic that will cut power and apply the brakes when the vehicle registers full power acceleration when there are fixed objects in the immediate path of the vehicle; and

    c.  the lack of a proper fault detection system that would recognize an SUA event beyond the maximum design tolerance and respond by shutting down the throttle.

## V.     PLAINTIFF-SPECIFIC ALLEGATIONS

### A.     Plaintiff Inkie Lee's Model X SUA Event

96.     On August 13, 2019, Plaintiff Inkie Lee was driving her 2019 Model X on a shopping trip with her sister in Los Angeles, California.

97.     Plaintiff Lee was driving her car slowly as she ascended floors in a parking garage on the southeast corner of Wilshire Boulevard and Serano Road, in Los Angeles, California.  Plaintiff Lee slowed her vehicle further as she prepared to make a 90-degree turn into one of three adjacent empty parking spots at one of the garage, just as she had

145

done on countless prior occasions.  Just as Plaintiff Lee started her turn, she felt the vehicle accelerate at full power.  She immediately abandoned her attempt to turn into the parking spot and steered her car back into the travel lane of the parking garage in an attempt to avoid hitting other cars.  Plaintiff Lee's vehicle continue to accelerate through the parking garage at full power, hitting several speed bumps and making it impossible to negotiate the next corner at the far end of the parking garage, where Plaintiff Lee's Model X collided with two parked vehicles, propelling those vehicles into the wall.

98.    Plaintiff Lee suffered a compression fracture of her L1 vertebra as a result of the vehicle hitting the speed bumps at a high rate of speed and the ensuing frontal collision with parked vehicles.  Police responded and Plaintiff was transported by ambulance from the scene.

99.    Plaintiff Lee notified Defendant of the SUA incident.  Plaintiff Lee and her daughter spoke with the Tesla service representative to request an explanation as to why the vehicle behaved in this way.  Plaintiff Lee was told that an engineering analysis would have to be done, but four months later, as of the filing of this complaint, Tesla has not provided any explanation. Tesla responded by stating that the "vehicle responded correctly to driver-applied inputs." .

## B.    Plaintiff Lori Sallurday's Model S SUA Event

100.   On October 30, 2019, Plaintiff Wayne Sallurday's wife, Lori, was driving her husband's 2018 Tesla Model S to her job at Octorara Elementary School, in Atglen Pennsylvania.  Plaintiff was driving in the parking lot next to an athletic field at a slow rate of speed as she was preparing to turn into her spot in between two parked cars. Plaintiff Lori Sallurday had enabled the vehicle's "Chill" acceleration mode because she was more comfortable with the reduced acceleration power available on that setting.

101.   As Plaintiff Lori Sallurday was approximately three-quarters of the way into the parking spot, with her foot positioned on the brake pedal in preparation to bring the vehicle to a complete stop, the vehicle accelerated at full power—consistent with the full acceleration power available in the "Standard" acceleration mode.  The vehicle bolted

146

Class Action Complaint
Case No.: 2:20-cv-570

over a curb and crashed into a chain-link fence surrounding the athletic field approximately 10-12 feet beyond the curb.  The collision caused extensive damage to both the vehicle and to school property.

102.   Plaintiff Wayne Sallurday notified Tesla the same day of the accident and requested an explanation as to why the vehicle behaved in that manner.  Plaintiff was told that the incident would be escalated to senior leadership.  Plaintiff was told that Tesla vehicles send 900 lines of code back to Tesla servers for every second the vehicle is operated.

103.   Approximately one month later, Tesla informed Plaintiffs that it had determined that Plaintiff Lori Sallurday was responsible for the accident because she had pressed on the accelerator pedal instead of the brake.  Tesla did not explain why the vehicle experienced full power acceleration when the vehicle was being operated in "Chill" mode.

### C.   Plaintiff Bharadwaj's Model 3 SUA Event

104.   On May 6, 2019, Plaintiff Bharadwaj was driving her 2018 Tesla Model 3 while returning to her residence at between 8:20 p.m. and 8:30 p.m. in the evening.  Plaintiff Bharadwaj turned into her driveway and slowed to a halt as she waited for her garage door to fully retract.  Suddenly, the car violently accelerated at full power, lurching forward and crashing into a stone wall, injuring Plaintiff Bharadwaj.

105.   Plaintiff Bharadwaj notified Tesla of the SUA incident.  Tesla responded that the acceleration before the collision was the result of the accelerator pedal being pushed by Plaintiff and that the vehicle had operated as intended.

### D.   Plaintiff Daniel's Model 3 SUA Incident

106.   On August 10, 2019, Plaintiff Daniel was driving his 2018 Model 3 in Scottsdale, Arizona, descending down a driveway in preparation for turning onto the street.  As the Model 3 proceeded over a small drop-off from the driveway to the street, the vehicle surged forward and collided with another vehicle before Plaintiff Daniel could bring the vehicle to a stop.

147

107.   Plaintiff Daniel had previously reported to Tesla that he had experienced a vehicle surge in similar situations on three or four prior occasions —all of which were at night and while traveling at less than 15 m.p.h.  On these occasions, the surge would be brief, usually only causing the vehicle to travel five feet or less.

### E.   Plaintiff Gleason's Model X SUA Incident

108.   On August 29, 2009, Plaintiff Gleason was driving her 2018 Model X into a driveway in Pittsburgh, Pennsylvania.  As she approached the garage, the vehicle suddenly accelerated at full power causing the vehicle to crash into the garage, damaging both the vehicle and the property.

### F.   Plaintiff Jackson's Model X SUA Incident

109.   On September 15, 2019, Plaintiff Jackson was driving in New Jerseywhen he slowed his vehicle in preparation for turning into a parking lot.  As he did so, Plaintiff Jackson experienced the Model X suddenly and spontaneously accelerate at full power, causing the vehicle to jump a curb and side-swipe a tree, blowing out two tires and knocking the trim off of the wheels.

110.   Plaintiff Jackson had previously experienced an earlier SUA event in February 2019, again while attempting to park his vehicle.

### G.   Plaintiff Xia's Model S SUA Incident

111.   On February 20, 2019, Plaintiff Xia was driving into a driveway in Pittsburgh, Pennsylvania.  As she approached the garage, the vehicle suddenly accelerated at full power causing the vehicle to crash into the garage, damaging both the vehicle and the property.

112.   Plaintiffs are informed and believe, and thereon allege, that each Subject Vehicle was defective at the time of its manufacture, design, development, production, assembly, building, testing, inspection, installation, equipping, endorsement, exportation, importation, wholesaling, retailing, selling, renting, leasing, modification, and repair and entrustment.  Each subject vehicle likewise failed to meet the reasonable safety expectations of the class of persons of which Plaintiffs were members. Any benefits

148

1   derived from the design of the said vehicles are substantially outweighed by the risk of

2   harm inherent in said design, in that, and not by way of limitation, particularly given the

3   availability to Defendants of safer alternative designs.  said the Subject Vehicles each

4   presented a substantial and unreasonable risk of death or injury to the users of said

5   vehicles, or those in the vicinity of their use.

6   113.   Specifically, Plaintiffs are informed and believe and thereon allege that the

7   vehicles were defective in their design, construction, and assembly and manufacture, and

8   that they are dangerous to life and limb of the users and occupants thereof.  This is

9   because the vehicles are prone to SUA events that cannot be arrested by applying the

10   brakes, nor is any effective automatic emergency braking provided. The aforementioned

11   defects create substantial dangers unknown to Plaintiffs and the public in general, and

12   would not be recognized by the ordinary user, and said Defendants failed to give

13   adequate warning of these dangers.

14   114.   The defects in the design, manufacture, configuration, and assembly of the

15   subject vehicles were a substantial factor in causing Plaintiffs' vehicles to experience

16   uncommanded full power acceleration, resulting in dangerous collisions.

17   115.   Prior to the sale and distribution of the vehicles, Defendants TESLA and

18   DOES 1 through 100, inclusive, knew the vehicles were in a defective condition as

19   previously described. Further, Defendants, through their officers, directors and managing

20   agents, had prior notice and knowledge from several sources, including, but not limited

21   to, the results of a multiplicity of crash tests run prior to the date of said accident, internal

22   memoranda and correspondence, and industry publications, as well as notice of numerous

23   crashes and  serious injuries caused by the design of the subject vehicles, that the vehicles

24   were defective and presented a substantial and unreasonable risk of harm to the American

25   motoring public, including Plaintiffs, in that said defects unreasonably subjected

26   occupants to injury.

27   116.   Despite such knowledge, Defendants TESLA and DOES 1 through 100,

28   inclusive, acting through their officers, directors and managing agents, for the purpose of

149

enhancing Defendants' profits, knowingly and deliberately failed to remedy the known defects in the vehicles and failed to warn the public, including Plaintiffs, of the extreme risk of injury occasioned by said defects. Said Defendant and individuals intentionally proceeded with the design, manufacture, sale, distribution and marketing of the vehicles, knowing persons would be exposed to serious potential danger in order to advance their own pecuniary interest. Defendants' conduct was despicable, and so contemptible that it would be looked down upon and despised by ordinary decent people.  Defendants performed these acts with willful and conscious disregard for the safety of Plaintiffs and others, entitling Plaintiffs to exemplary damages under California Civil Code section 3294.

117.   As a result of the subject incidents and the negligent and wrongful conduct of Defendant TESLA and DOES 1 through 100, inclusive, Plaintiffs have sustained personal injuries.

118.   As a further result of the conduct of said Defendants, Plaintiffs incurred property and other pecuniary losses as a result of the actions and inactions herein described.

119.   As a further result of the conduct of said Defendants, Plaintiffs suffered both past and future economic damages as a result of the actions and inactions herein described.

120.   As a further direct and proximate result of the acts and omissions of Defendants, and each of them, Plaintiffs have incurred general damages in an amount according to proof at trial.

## VI.   TOLLING OF STATUTES OF LIMITATIONS

1.   Any applicable statute(s) of limitations have been tolled by Defendants' knowing and active concealment and denial of the facts alleged herein. Plaintiffs and the Members of the Class could not have reasonably discovered the true, latent nature of the Defect until shortly before this class action litigation was commenced.

2.      In addition, even after Plaintiffs and Class Members contacted Tesla and sought repairs for the Defect, Tesla routinely told them that the Class Vehicles were not defective, as set forth above, even though the true cause of the alleged SUA events are defectively designed or manufactured vehicles.

3.      Tesla was and remains under a continuing duty to disclose to Plaintiffs and the members of the Class the true character, quality, and nature of the Class Vehicles, that they will require costly repairs, pose safety concerns, and diminish the resale value of the Class Vehicles. As a result of the active concealment by Tesla, any and all applicable statutes of limitations otherwise applicable to the allegations herein have been tolled.

## VII.   CLASS ALLEGATIONS

121.   Plaintiffs bring this action on their own behalf, and on behalf of a nationwide class pursuant to Federal Rules of Civil Procedure Rules 23(a), 23(b)(2), and/or 23(b)(3).

### Nationwide Class:

All persons or entities in the United States who are current or former owners and/or lessees of a Class Vehicle.

122.   In the alternative to the Nationwide Class, and pursuant to Federal Rules of Civil Procedure, Rule 23(c)(5), Plaintiffs seek to represent the following classes of consumers:

### California Class:

All persons or entities in the state of California who purchased or leased a Class Vehicle.

### Arizona Class:

All persons or entities in the state of Arizona who purchased or leased a Class Vehicle.

### Georgia Class:

All persons or entities in the state of Georgia who purchased or leased a Class Vehicle.

151

Class Action Complaint
Case No.: 2:20-cv-570

**New Jersey Class:**

> All persons or entities in the state of New Jersey who purchased
> or leased a Class Vehicle

**Pennsylvania Class:**

> All persons or entities in the state of Pennsylvania who
> purchased or leased a Class Vehicle.

123.    Together, the Nationwide Class and the individual state classes shall be collectively referred to herein as the "Class."  Excluded from the Class are Tesla, its affiliates, employees, officers and directors, persons or entities that purchased the Class Vehicles for resale, and the Judge(s) assigned to this case. Plaintiff reserves the right to modify, change, or expand the Class definitions based on discovery and further investigation.

124.    **Numerosity:**  Upon information and belief, the Class is so numerous that joinder of all Class Members is impracticable. While the exact number and identities of individual members of the Class are unknown at this time, such information being in the Tesla's sole possession and obtainable by Plaintiff only through the discovery process, Plaintiffs believes, and on that basis alleges, that hundreds of thousands of Class Vehicles have been sold and leased in states that are the subject of the Class.

125.    **Existence and Predominance of Common Questions of Fact and Law:** Common questions of law and fact exist as to all members of the Class. These questions predominate over the questions affecting individual Class members. These common legal and factual questions include, but are not limited to, whether:

    a)    The Class Vehicles were sold with the Defect;

    b)    Tesla knew about the Defect but failed to disclose it and its consequences to Tesla customers;

    c)    Tesla misrepresented the safety of the Class Vehicles based on its knowledge of the Defect;

    d)    A reasonable consumer would consider the Defect or its consequences to be material;

Class Action Complaint
Case No.: 2:20-cv-570

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

e)    Tesla should be required to disclose the Defect's existence and its consequences; and

f)    Tesla's conduct violates the California Legal Remedies Act, California Unfair Competition Law, and the other statutes asserted herein.

126.  **Typicality:**  All of Plaintiffs' claims are typical of the claims of the Class because Plaintiffs purchased their vehicles with the same SUA defect and defective vehicle design as other Class members. Furthermore, Plaintiffs and all members of the Class sustained monetary and economic injuries including, but not limited to, ascertainable losses arising out of Tesla's wrongful conduct. Plaintiffs advance the same claims and legal theories on behalf of themselves and all absent Class members.

127.  **Adequacy:**  Plaintiffs adequately represent the Class because their interests do not conflict with the interests of the Class they seek to represent, they have retained counsel who are competent and highly experienced in complex class-action litigation, and Plaintiffs intend to prosecute this action vigorously. Plaintiffs and their counsel are well-suited to fairly and adequately protect the interests of the Class.

128.  **Superiority:**  A class action is superior to all other available means of fairly and efficiently adjudicating the claims brought by Plaintiffs and the Class. The injury suffered by each individual Class member is relatively small in comparison to the burden and expense of individual prosecution of the complex and extensive litigation Tesla's conduct would otherwise necessitate. It would be virtually impossible for Class Members on an individual basis to effectively redress the wrongs done to them. Even if Class Members could afford such individual litigation, the courts cannot. Individualized litigation presents a potential for inconsistent or contradictory judgments. Individualized litigation increases the delay and expense to all parties and to the court system, particularly where the subject matter of the case may be technically complex.  By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, an economy of scale, and comprehensive supervision by a single court. Upon information and belief, individual Class Members can be readily

Class Action Complaint
Case No.: 2:20-cv-570

identified and notified based on, *inter alia*, Tesla's vehicle identification numbers, warranty claims, registration records, and database of complaints.

129.    Tesla has acted, and refused to act, on grounds generally applicable to the Class, thereby making appropriate final equitable relief with respect to the Class as a whole.

## VIII.  CAUSES OF ACTION

### A.    Claims Brought on Behalf of the Nationwide Class

### COUNT I:

### VIOLATIONS OF THE MAGNUSON-MOSS WARRANTY ACT

### (15 U.S.C. § 2301, *et seq.*)

**(By All Plaintiffs on behalf of the Nationwide Class, or alternatively, one or more of the State Subclasses)**

130.    Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

131.    Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf of the Members of the Nationwide Class.  Alternatively, Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf of the Members of the California Class.

132.    Plaintiffs and the Class members are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

133.    Tesla is a supplier and warrantor within the meaning of 15 U.S.C. §§ 2301(4)-(5).

134.    The Class Vehicles, including Plaintiffs' vehicles, are "consumer products" within the meaning of 15 U.S.C. § 2301(1).

135.    Tesla's 4 year/50,000 mile New Vehicle Limited Warranty is a "written warranty" within the meaning of 15 U.S.C. § 2301(6).

136.    Tesla breached its express warranties by:

    a) Providing the Class Vehicles present an unreasonable risk of sudden uncommanded acceleration and thus not fit for their ordinary purpose of providing safe and reliable transportation.

154

b) By refusing and/or failing to repair or replace the defective vehicle's materials and/or design defects that cause the Class Vehicle's sudden uncommanded acceleration

c) Refusing and/or failing to honor the express warranties by repairing or replacing, free of charge, the consequential damage resulting from the Class Vehicles that have experienced sudden uncommanded acceleration.

137.   Plaintiffs and the other Class Members relied on the existence and length of the express warranties in deciding whether to purchase or lease the Class Vehicles.

138.   Tesla's breach of express warranties has deprived Plaintiffs and the other Class Members of the benefit of their bargain.

139.   The amount in controversy of Plaintiffs' individual claims meets or exceeds the sum or value of $25.00.  In addition, the amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interests and costs) computed on the basis of all claims to be determined in this suit.

140.   Tesla has been given reasonable opportunity to cure its breach of the written warranties.  Alternatively, Plaintiffs and the other Class members are not required to do so because affording Tesla a reasonable opportunity to cure its breach of written warranties was, and is, futile.  Tesla was also on notice of the alleged defect from the complaints and service requests it received from Class members, as well as from Tesla's own warranty claims, customer complaint data, NHSTA complaints, and lawsuits.

141.   As a direct and proximate cause of Tesla's breach of the written warranties, Plaintiffs and the other Class Members sustained damages and other losses in an amount to be determined at trial.  Tesla's conduct damaged Plaintiffs and the other Class members, who are entitled to recover actual damages, consequential damages, specific performance, diminution in value, costs, including statutory attorney fees and/or other relief as deemed appropriate.

155

**B.     Claims Brought on Behalf of the California Class**

**COUNT II:**

**VIOLATIONS OF THE CONSUMER LEGAL REMEDIES ACT ("CLRA")**

**(Cal. Civ. Code § 1750, *et seq.*)**

**(By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by Plaintiffs Inkie Lee and Sandy Xia on behalf of the California Class)**

142.   Plaintiffs incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

143.   Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf of the Members of the Nationwide Class.  Alternatively, Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf of the Members of the California Class.

144.   Tesla is a "person" as that term is defined in California Civil Code § 1761(c).

145.   Plaintiffs and the Class Members are "consumers" as that term is defined in California Civil Code § 1761(d).

146.   Tesla engaged in unfair and deceptive acts in violation of the CLRA by the practices described above, and by knowingly and intentionally concealing from Plaintiffs and Class Members that the Class Vehicles suffer from a defect(s) (and the costs, risks, and diminished value of the vehicles as a result of this problem). These acts and practices violate, at a minimum, the following sections of the CLRA:

- Representing that goods or services have sponsorships, characteristics, uses, benefits or quantities which they do not have, or that a person has a sponsorship, approval, status, affiliation or connection which he or she does not have;

- Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another; and

- Advertising goods and services with the intent not to sell them as advertised.

156

147.   Tesla's unfair or deceptive acts or practices occurred repeatedly in its trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a serious safety risk on the public.

148.   Tesla knew that the Class Vehicles were defectively designed or manufactured, would fail without warning, and were not suitable for their intended use of regulating power and vehicle speed based on driver commands.   Tesla nevertheless failed to warn Plaintiffs and the Class Members about these inherent dangers, despite having a duty to do so.

149.   Tesla had the duty to Plaintiffs and the Class Members to disclose the Defect and the defective nature of the Class Vehicles because:

a)   Tesla was in a superior position to know the true state of facts about the Defect and associated repair costs in the Class Vehicles;

b)   Plaintiff and the Class Members could not reasonably have been expected to learn or discover that the Class Vehicles had dangerous defects until the defects became manifest;

c)   Tesla knew that Plaintiff and the Class Members could not reasonably have been expected to learn about or discover the Defect and its associated repair costs; and

d)   Tesla actively concealed the Defect, its causes, and resulting effects through deceptive marketing campaigns designed to hide the life-threatening problems from Plaintiff; and/or

e)   Made incomplete representations about the safety and reliability of the Class Vehicles generally, while purposefully withholding material facts from Plaintiffs that contradicted these representations.

150.   In failing to disclose the Defect and its associated safety risks and repair costs, Tesla has knowingly and intentionally concealed material facts and breached its duty to disclose.

151.   The facts Tesla concealed or did not disclose to Plaintiffs and the Class Members are material because a reasonable consumer would have considered them to be important in deciding whether to purchase the Class Vehicles or pay a lesser price. Had Plaintiffs and the Class known the Class Vehicles were defective, they would not have purchased the Class Vehicles or would have paid less for them.

157

Class Action Complaint
Case No.: 2:20-cv-570

152.   Plaintiffs provided Tesla with notice of its violations of the CLRA pursuant to California Civil Code § 1782(a) on January 21, 2019, and seeks only injunctive relief under the CLRA at this time. After the 30-day notice period expires, Plaintiffs will amend this complaint to seek monetary damages under the CLRA.

153.   Tesla's fraudulent and deceptive business practices proximately caused injuries to Plaintiffs and the other Class members.

154.   Therefore, Plaintiffs and the other Class Members seek equitable relief under the CLRA.

## COUNT III:

## VIOLATIONS OF THE CALIFORNIA UNFAIR COMPETITION LAW
## (Cal. Bus. & Prof. Code § 17200)

### (By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by Plaintiffs Inkie Lee and Sandy Xia on behalf of the California Class)

155.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

156.   Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf of the Members of the Nationwide Class.  Alternatively, Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf of the Members of the California Class.

157.   The California Unfair Competition Law ("UCL") prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising."  Cal. Bus. & Prof. Code § 17200.

158.   Tesla has engaged in unfair competition and unfair, unlawful, or fraudulent business practices by the conduct, statements, and omissions described above, and by knowingly and intentionally concealing from Plaintiffs and other Class Members that the Class Vehicles suffer from the Defect (and the costs, safety risks, and diminished value of the vehicles as a result of these problems). Tesla should have disclosed this information because it was in a superior position to know the true facts related to the Defect, and

Class Action Complaint
Case No.: 2:20-cv-570

Plaintiffs and Class Members could not have been reasonably expected to learn or discover these true facts.

159. The Defect constitutes a safety issue triggering Tesla's duty to disclose.

160. By its acts and practices, Tesla has deceived Plaintiffs and is likely to have deceived the public. In failing to disclose the Defect and suppressing other material facts from Plaintiffs and other Class members, Tesla breached its duty to disclose these facts, violated the UCL, and caused injuries to Plaintiffs and the Class members. Tesla's omissions and acts of concealment pertained to information material to Plaintiffs and other Class members, as it would have been to all reasonable consumers.

161. The injuries Plaintiffs and the Class Members suffered greatly outweigh any potential countervailing benefit to consumers or to competition, and they are not injuries that Plaintiffs and the Class Members could or should have reasonably avoided.

162. Tesla's acts and practices are unlawful because they violate California Civil Code §§ 1668, 1709, 1710, and 1750 et seq., and California Commercial Code § 2313.

163. Plaintiff seeks to enjoin Tesla from further unlawful, unfair, and/or fraudulent acts or practices, to obtain restitutionary disgorgement of all monies and revenues Tesla has generated as a result of such practices, and all other relief allowed under California Business & Professions Code § 17200.

## COUNT IV:
## VIOLATION OF CALIFORNIA FALSE ADVERTISING LAW
### (Cal. Bus. & Prof. Code § 17500, *et seq.*)
**(By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by Plaintiffs Inkie Lee and Sandy Xia on behalf of the California Class)**

164. Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

165. Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf of the Members of the Nationwide Class. Alternatively, Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf of the Members of the California Class.

159

Class Action Complaint
Case No.: 2:20-cv-570

166.   California Business & Professions Code § 17500 states:  "It is unlawful for any . . . corporation . . . with intent directly or indirectly to dispose of real or personal property . . . to induce the public to enter into any obligation relating thereto, to make or disseminate or cause to be made or disseminated . . . from this state before the public in any state, in any newspaper or other publication, or any advertising device, . . . or in any other manner or means whatever, including over the Internet, any statement . . . which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading.

167.   Tesla caused to be made or disseminated through California and the United States, through advertising, marketing and other publications, statements that were untrue or misleading, and which were known, or which by the exercise of reasonable care Tesla should have known to be untrue and misleading to consumers, including Plaintiffs and other Class members.

168.   Tesla has violated section 17500 because its misrepresentations and omissions regarding the safety, reliability, and functionality of the Class Vehicles were material and likely to deceive a reasonable consumer.

169.   Plaintiffs and the other Class Members have suffered injuries in fact, including the loss of money or property, resulting from Tesla's unfair, unlawful, and/or deceptive practices. In purchasing or leasing their Class Vehicles, Plaintiffs and the other Class Members relied on Tesla's misrepresentations and/or omissions with respect to the Class Vehicles' safety and reliability. Tesla's representations were untrue because it distributed the Class Vehicles with the Defect. Had Plaintiffs and the other Class Members known this, they would not have purchased or leased the Class Vehicles, or would not have paid as much for them. Accordingly, Plaintiffs and the other Class Members did not receive the benefit of their bargain.

170.   All of the wrongful conduct alleged herein occurred, and continues to occur, in the conduct of Tesla's business. Tesla's wrongful conduct is part of a pattern or

Class Action Complaint
Case No.: 2:20-cv-570

generalized course of conduct that is still perpetuated and repeated, both in the state of California and nationwide.

171.   Plaintiffs, individually and on behalf of the other Class members, request that the Court enter such orders or judgments as may be necessary to enjoin Tesla from continuing its unfair, unlawful, and/or deceptive practices, and restore to Plaintiffs and the other Class Members any money Tesla acquired by unfair competition, including restitution and/or restitutionary disgorgement, and for such other relief set forth below.

**COUNT V:**

**VIOLATIONS OF THE SONG-BEVERLY ACT – BREACH OF IMPLIED WARRANTY**

**(Cal. Civ. Code §§ 1792, 1791.1, *et seq.*)**

**(By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by Plaintiffs Inkie Lee and Sandy Xia on behalf of the California Class)**

172.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

173.   Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf of the Members of the Nationwide Class.  Alternatively, Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf of the Members of the California Class.

174.   At all relevant times hereto, Tesla was the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles. Tesla knew or should have known of the specific use for which Plaintiffs and the Class purchased the Class Vehicles.

175.   Tesla provided Plaintiffs and the Class Members with an implied warranty that the Class Vehicles, and any parts thereof, are merchantable and fit for the ordinary purposes for which they were sold. The Class Vehicles, however, are not fit for their ordinary purpose because, inter alia, the Class Vehicles suffered from an inherent defect at the time of sale.

176.   The Defect renders the Class Vehicles unfit for the purpose of providing safe and reliable transportation.

161

177.   Tesla impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use. This implied warranty included, inter alia, the following: (i) a warranty that the Class Vehicles were manufactured, supplied, distributed, and/or sold by Tesla were safe and reliable for providing transportation; and (ii) a warranty that the Class Vehicles would be fit for their intended use—providing safe and reliable transportation—while the Class Vehicles were being operated.

178.   Contrary to the applicable implied warranties, the Class Vehicles were not fit for their ordinary and intended purpose of providing safe and reliable transportation. Instead, the Class Vehicles suffer from a defective design(s) and/or manufacturing defects(s).

179.   Tesla's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use in violation of California Civil Code §§ 1792 and 1791.1.

## COUNT VI:

## VIOLATION OF THE SONG-BEVERLY CONSUMER WARRANTY ACT FOR BREACH OF EXPRESS WARRANTIES

### (Cal. Civ. Code § 1793.2(d) & 1791.2)

**(By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by Plaintiffs Inkie Lee and Sandy Xia on behalf of the California Class)**

180.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

181.   Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf of the Members of the Nationwide Class.  Alternatively, Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf of the Members of the California Class.

182.   Plaintiffs and the Class Members who purchased or leased the Class Vehicles in California are "buyers" within the meaning of California Civil Code section 1791.

162

183.   The Tesla vehicles are "consumer goods" within the meaning of California Civil Code section 1791(a).

184.   Tesla is a "manufacturer" of the Model S, Model X, and Model 3  vehicles within the meaning of California Civil Code section 1791(j).

185.   Plaintiffs and the Class bought/leased new motor vehicles manufactured by Tesla.

186.   Tesla made express warranties to Plaintiffs and the Class within the meaning of California Civil Code sections 1791.2 and 1793.2, both in its warranty manual and advertising, as described above.

187.   The Class Vehicles had, and continue to have, defects that were and continue to be covered by Tesla's express warranties and these defects substantially impair the use, value, and safety of Tesla's vehicles to reasonable consumers like Plaintiffs and the Class.

188.   Plaintiffs and the Class delivered their vehicles to Tesla or its authorized repair facility for repair of the defects and/or notified Tesla in writing of the need for repair of the defects because they reasonably could not deliver the vehicles to Tesla or its authorized repair facility due to fear of uncommanded acceleration.

189.   Tesla and its authorized repair facilities failed and continue to fail to repair the vehicles to match Tesla's written warranties after a reasonable number of opportunities to do so.

190.   Plaintiffs and the Class Members gave Tesla or its authorized repair facilities at least two opportunities to fix the defects unless only one repair attempt was possible because the vehicle was later destroyed or because Tesla or its authorized repair facility refused to attempt the repair.

191.   Tesla did not promptly replace or buy back the vehicles belonging to Plaintiffs and/or the Class.

192.   As a result of Tesla's breach of its express warranties, Plaintiffs and the Class received goods whose dangerous condition substantially impairs their value to

163

1    Plaintiffs and the Class.  Plaintiffs and the Class have been damaged as a result of the

2    products' malfunctioning, and the nonuse of their vehicles.

3         193.   Pursuant to California Civil Code sections 1793.2 and 1794, Plaintiffs and

4    the Class are entitled to damages and other legal and equitable relief including, at their

5    election, the purchase price of their vehicles, or the overpayment or diminution in value

6    of their vehicles.

7                                  **COUNT VII**

8                      **BREACH OF IMPLIED WARRANTY**

9                          **(Cal. Com. Code § 231)**

10   **(By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by**

11   **Plaintiffs Inkie Lee and Sandy Xia on behalf of the California Class)**

12        194.   Plaintiffs and the Class incorporate by reference each preceding and

13   succeeding paragraph as though fully set forth at length herein.

14        195.   Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf

15   of the Members of the Nationwide Class.  Alternatively, Plaintiffs Lee and Xia bring this

16   claim on behalf of themselves and on behalf of the Members of the California Class.

17        196.   Tesla was at all relevant times the manufacturer, distributor, warrantor,

18   and/or seller of the Model S and Model X.  Tesla knew or had reason to know of the

19   specific use for which the Model S and Model X vehicles were purchased.

20        197.   Tesla provided Plaintiffs and the other Class members with an implied

21   warranty that the Class Vehicles, and any parts thereof, are merchantable and fit for the

22   ordinary purposes for which they were sold.  However, these vehicles are not fit for their

23   ordinary purpose of providing reasonably reliable and safe transportation at the time of

24   sale or thereafter because, *inter alia*, there are defects in the vehicle control systems that

25   permit sudden uncommanded acceleration to occur; the vehicles do not have an adequate

26   fail-safe to protect against such SUA events; and the accelerator control system was not

27   adequately tested to prevent SUA events.

28

Class Action Complaint
Case No.: 2:20-cv-570

198.   Therefore, the Class Vehicles are not fit for their particular purpose of providing safe and reliable transportation.

199.   Tesla impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use.  This implied warranty included, among other things: (i) a warranty that the vehicles Tesla manufactured, supplied, distributed, and/or sold  were safe and reliable for providing transportation, and would not experience premature and catastrophic failure; and (ii) a warranty that the Class Vehicles would be fit for their intended use while being operated.

200.   Contrary to the applicable implied warranties, the Class Vehicles at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiffs and the other Class Members with reliable, durable, and safe transportation. Instead, the Class Vehicles suffer from a defective design(s) and/or manufacturing defect(s).

201.   Tesla's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use.

202.   After Plaintiffs received the injuries complained of herein, notice was given by Plaintiffs to Defendant, by direct communication with Defendant Tesla as well as by the filing of this lawsuit in the time and in the manner and in the form prescribed by law, of the breach of said implied warranty.

203.   As a legal and proximate result of the breach of said implied warranty, Plaintiffs sustained the damages herein set forth.

204.   Plaintiffs and Class Members are, therefore, entitled to damages in an amount to be proven at the time of trial.

1

2

3

4

5

**COUNT VIII**

**BREACH OF EXPRESS WARRANTY**

**(Cal. Com. Code § 2313)**

**(By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by Plaintiffs**

**Inkie Lee and Sandy Xia on behalf of the California Class)**

6

7

205.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

8

9

10

206.   Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf of the Members of the Nationwide Class.  Alternatively, Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf of the Members of the California Class.

11

12

13

207.   Tesla provided all purchasers and lessees of the Class Vehicles with the express warranties described herein, which became part of the basis of the parties' bargain.  Accordingly, Tesla's warranties are express warranties under state law.

14

15

16

17

18

19

208.   In the course of selling its vehicles, Tesla expressly warranted in writing that its vehicles were covered by a New Vehicle Limited Warranty (or "Basic Vehicle Limited Warranty") that provided:  "the Basic Vehicle Limited Warranty covers the repair or replacement necessary to correct defects in the materials or workmanship of any parts manufactured or supplied by Tesla that occur under normal use for a period of 4 years or 50,000 miles (80,000 km), whichever comes first."

20

21

22

209.   Tesla distributed the defective parts causing the Defect in the Class Vehicles, and said parts are covered by Tesla's warranties granted to all Class Vehicle purchasers and lessors.

23

24

25

26

210.   Tesla breached these warranties by selling and leasing Class Vehicles with the Defect, requiring repair or replacement within the applicable warranty periods, and refusing to honor the warranties by providing free repairs or replacements during the applicable warranty periods.

27

28

211.   Plaintiffs notified Tesla of its breach within a reasonable time, and/or were not required to do so because affording Tesla a reasonable opportunity to cure its

166

Class Action Complaint
Case No.: 2:20-cv-570

1   breaches would have been futile.  Tesla also knew about the Defect but chose instead to

2   conceal it as a means of avoiding compliance with its warranty obligations.

3       212.   As a direct and proximate cause of Tesla's breach, Plaintiffs and the other

4   Class Members bought or leased Class Vehicles they otherwise would not have, overpaid

5   for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles

6   suffered a diminution in value.  Plaintiffs and the Class Members have incurred and will

7   continue to incur costs related to the Defect's diagnosis and repair.

8       213.   Any attempt to disclaim or limit these express warranties vis-à-vis

9   consumers is unconscionable and unenforceable under the circumstances here.

10  Specifically, Tesla's warranty limitations are unenforceable because it knowingly sold a

11  defective product without giving notice of the Defect to Plaintiffs or the Class.

12      214.   The time limits contained in Tesla's warranty period were also

13  unconscionable and inadequate to protect Plaintiffs and Class members.  Among other

14  things, Plaintiffs and Class Members had no meaningful choice in determining these time

15  limitations, the terms of which unreasonably favored Tesla.  A gross disparity in

16  bargaining power existed between Tesla and the Class Members because Tesla knew or

17  should have known that the Class Vehicles were defective at the time of sale and would

18  fail well before their useful lives.

19      215.   Plaintiffs and the Class Members have complied with all obligations under

20  the warranty, or otherwise have been excused from performance of said obligations as a

21  result of Tesla's conduct.

**COUNT IX:**

**BREACH OF CONTRACT/COMMON LAW WARRANTY**

**(Under California Law)**

**(By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by Plaintiffs**

**Inkie Lee and Sandy Xia on behalf of the California Class)**

27      216.   Plaintiffs and the Class incorporate by reference each preceding and

28  succeeding paragraph as though fully set forth at length herein.

167

217.   Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf of the Members of the Nationwide Class.  Alternatively, Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf of the Members of the California Class.

218.   Tesla was at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles.  Tesla knew or had reason to know of the specific use for which Plaintiffs and the Class purchased the Class Vehicles.

219.   Tesla provided Plaintiffs and the Class Members with an implied warranty that the Class Vehicles and any parts thereof are merchantable and fit for the ordinary purposes for which they were sold.  However, the Class Vehicles are not fit for their ordinary purpose of providing reasonably reliable and safe transportation at the time of sale or thereafter because, *inter alia*, the Class Vehicles suffered from a Defect at the time of sale. Therefore, the Class Vehicles are not fit for their particular purpose of providing safe and reliable transportation.

220.   Tesla impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use.  This implied warranty included, among other things: (i) a warranty that the Class Vehicles were manufactured, supplied, distributed, and/or sold by Tesla were safe and reliable for the purpose for which they were installed in the vehicles; and (ii) a warranty that the Class Vehicles would be fit for their intended use while being operated.

221.   Contrary to the applicable implied warranties, the Class Vehicles at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiffs and the other Class Members with reliable, durable, and safe transportation. Instead, the Class Vehicles suffer from a defective design(s) and/or manufacturing defect(s).

222.   Tesla's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use.

Class Action Complaint
Case No.: 2:20-cv-570

**CAUSE OF ACTION X**

**COMMON LAW FRAUDULENT CONCEALMENT**

**(Under California Law)**

**(By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by Plaintiffs Inkie Lee and Sandy Xia on behalf of the California Class)**

223.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

224.   Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf of the Members of the Nationwide Class.  Alternatively, Plaintiffs Lee and Xia bring this claim on behalf of themselves and on behalf of the Members of the California Class.

225.   Tesla made material omissions concerning a presently existing or past fact. For example, Tesla did not fully and truthfully disclose to their customers the true nature of the inherent defect of the Class Vehicles, which was not readily discoverable until years later.  As a result, Plaintiffs and the other Class Members were fraudulently induced to lease and/or purchase the Class Vehicles with the said defect and all of the resultant problems.

226.   Tesla made these representations with knowledge of their falsity, and with the intent that Plaintiffs and the Class Members rely on them.

227.   Plaintiffs and the Class Members reasonably relied on these omissions and suffered damages as a result.

**C.    Claims Brought on Behalf of the Arizona Class**

**COUNT XI:**

**ARIZONA CONSUMER FRAUD ACT**

**(A.R.S. § 44-1521, *et seq.*)**

**(By Sargon Daniel on Behalf of the Arizona Class)**

228.   Plaintiff Sargon Daniel and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

169

229.   Plaintiff Daniel brings this claim on behalf of himself and on behalf of the Members of the Nationwide Class.  Alternatively, Plaintiff Daniel brings this claim on behalf of himself and on behalf of the Members of the Arizona Class.

230.   The Arizona Consumer Fraud Act provides that "[t]he act, use or employment by any person of any deception, deceptive or unfair act or practice, fraud, false pretense, false promise, misrepresentation, or concealment, suppression or omission of any material fact with intent that others rely upon such concealment, suppression or omission, in connection with the sale or advertisement of any merchandise whether or not any person has in fact been misled, deceived or damaged thereby, is declared to be an unlawful practice."  A.R.S. § 44-1522(A).

231.   Tesla is a "person" within the meaning of A.R.S. § 44-1521(6).

232.   Tesla brand vehicles are "merchandise" within the meaning of A.R.S. § 44-1521(5).

233.   Statements made by Tesla about the safety and reliability of its vehicles are "advertisements" within the meaning of A.R.S. § 44-1521(1).

234.   In the course of selling the Class Vehicles, Tesla systematically acted with a tendency or capacity to deceived.  Tesla engaged in unlawful practices by employing deception, fraud, misrepresentations, or concealment in connection with the sale and lease of Tesla vehicles.

235.   By actively advertising, marketing, selling, and leasing its vehicles as the safest and most reliable vehicles on the road, Tesla engaged in deceptive and unfair business practices.

236.   While engaging in the unlawful acts and practices alleged in this Complaint, Tesla has at all times acted "willfully" as defined by A.R.S. § 44-1531.  Tesla knew or should have known that its conduct was of the nature prohibited by the Arizona Consumer Fraud Act.

237.   Tesla owed a duty to purchasers and lessees of Tesla vehicles because they possessed exclusive knowledge regarding the vehicles' predilection for sudden

170

uncommanded acceleration, and falsely advertised and marketed its vehicles as safe despite the fact that the vehicles could accelerate without warning or explanation.

238.   Tesla's violations present a continuing harm to owners of Tesla vehicles as well as the general public; therefore, the unlawful acts and practices complained of here affect the public interest.

239.   Any previous recall and modifications Tesla has attempted to date have been inadequate to remedy the Defect, and the Class Vehicles continue to fail to perform as Tesla promised.

## COUNT XII:
## BREACH OF EXPRESS WARRANTY
### (Under Arizona Law)
### (By Sargon Daniel on Behalf of the Arizona Class)

240.   Plaintiff Sargon Daniel and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

241.   Plaintiff Daniel brings this claim on behalf of himself and on behalf of the Members of the Nationwide Class.  Alternatively, Plaintiff Daniel brings this claim on behalf of himself and on behalf of the Members of the Arizona Class.

242.   Tesla provided all purchasers and lessees of the Class Vehicles with the express warranties described herein, which became part of the basis of the parties' bargain.  Accordingly, Tesla's warranties are express warranties under state law.

243.   In addition, Tesla made statements and/or promises to Class Members that its vehicles would be fully operational, safe, and reliable to drive.

244.   Tesla breached these warranties by selling and leasing Class Vehicles such that they were not fully operational, safe, or reliable to drive.  Tesla has exacerbated the breach by failing to fix the defect, either because Tesla failed to identify the problem or failed to provide free repairs or replacements during the applicable warranty periods.

245.   As a direct and proximate cause of Tesla's breach, Plaintiff and the other Class Members bought or leased Class Vehicles they otherwise would not have, overpaid

Class Action Complaint
Case No.: 2:20-cv-570

for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value. Plaintiff and the Class Members have incurred and will continue to incur costs related to the defect's diagnosis and repair.

246. Any attempt to disclaim or limit these express warranties vis-à-vis consumers is unconscionable and unenforceable under the circumstances here. Specifically, Tesla's warranty limitations are unenforceable because it knowingly sold a defective product without giving notice to Plaintiff or the Class.

247. The time limits contained in Tesla's warranty period were also unconscionable and inadequate to protect Plaintiff and Class members. Among other things, Plaintiff and Class Members had no meaningful choice in determining these time limitations, the terms of which unreasonably favored Tesla. A gross disparity in bargaining power existed between Tesla and the Class Members because Tesla knew or should have known that the Class Vehicles were defective at the time of sale.

248. Plaintiff and Class Members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Tesla's conduct.

## COUNT XIII:
## BREACH OF IMPLIED WARRANTY
### (Under Arizona Law)
### (By Sargon Daniel on Behalf of the Arizona Class)

249. Plaintiff Sargon Daniel and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

250. Plaintiff Daniel brings this claim on behalf of himself and on behalf of the Members of the Nationwide Class. Alternatively, Plaintiff Daniel brings this claim on behalf of himself and on behalf of the Members of the Arizona Class.

251. Tesla was at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles. Tesla knew or had reason to know of the specific use for which the Class Vehicles were purchased.

172

252.   Tesla provided Plaintiff and Class Members with an implied warranty that the Class Vehicles and any parts thereof are merchantable and fit for the ordinary purposes for which they were sold.  However, the Class Vehicles are not fit for their ordinary purpose of providing reasonably reliable and safe transportation at the time of sale or thereafter because, *inter alia*, the Class Vehicles suffered from a defect at the time of sale. Therefore, the Class Vehicles are not fit for their particular purpose of providing safe and reliable transportation.

253.   Tesla impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use.  This implied warranty included, among other things: (i) a warranty that the Class Vehicles manufactured, supplied, distributed, and/or sold by Tesla were safe and reliable for the purpose for which they were installed; and (ii) a warranty that the Class Vehicles would be fit for their intended use.

254.   Contrary to the applicable implied warranties, the Class Vehicles at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiff and the other Class Members with reliable, durable, and safe transportation. Instead, the Class Vehicles suffer from a defective design(s) and/or manufacturing defect(s).

255.   Tesla's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use.

**D.   Claims Brought on Behalf of the Georgia Class**

**COUNT XIV:**

**BREACH OF EXPRESS WARRANTY**

**(Ga. Code. Ann. §§ 11-2-313 and 11-2A-210)**

**(By Plaintiff Anandhi Bharadwaj on Behalf of the Georgia Class)**

256.   Plaintiff Anandhi Bharadwaj and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

173

Class Action Complaint
Case No.: 2:20-cv-570

257.   Plaintiff Bharadwaj brings this claim on behalf of herself and on behalf of the Members of the Nationwide Class.  Alternatively, Plaintiff Bharadwaj brings this claim on behalf of herself and on behalf of the Members of the Georgia Class.

258.   Tesla is and was at all relevant times a "merchant" with respect to motor vehicles under Ga. Code Ann. §§ 11-2-104(1) and 11-2A-103(3), and "sellers" of motor vehicles under § 11-2-103(1)(d).

259.   With respect to leases, Tesla is and was at all relevant times "lessors" of motor vehicles under Ga. Code Ann. § 11-2A-103(1)(p).

260.   The Class Vehicles are and were at all relevant times "goods" within the meaning of Ga. Code Ann. §§ 11-2-105(1) and 11-2A-103(1)(h).

261.   In connection with the purchase or lease of each one of its new vehicles, Tesla provides an express bumper-to-bumper New Vehicle Limited Warranty ("NVLW") for a period of three years or 36,000 miles, whichever occurs first.

262.   Tesla's warranties formed a basis of the bargain that was reached when Plaintiff and other Georgia Class Members purchased or leased their Class Vehicle.

263.   Plaintiff and the Georgia Class Members experienced defects within the warranty period.  Despite the existence of warranties, Tesla failed to inform Plaintiff and Georgia Class Members that the Class Vehicles contained the Defect which would cause the uncommanded acceleration to occur and failed to fix the defective suspension components free of charge.

264.   Tesla breached the express warranty by failing to provide Plaintiff and the Georgia Class Members with a remedy to the Defect.  Tesla has been unable to repair Plaintiff's vehicle.

265.   Finally, because of Tesla's breach of warranty as set forth herein, Plaintiff and the other Georgia Class Members assert, as additional and/or alternative remedies, the revocation of acceptance of the goods and the return to Plaintiff and the other Georgia Class Members of the purchase or lease price of all Class Vehicles currently owned or leased, and for such other incidental and consequential damages allow.

174

266.   Tesla was provided notice of these issues by and through numerous NHTSA complaints, letters, customer complaints, and filed lawsuits.

267.   As a direct and proximate result of the Tesla's breach of express warranties, Plaintiff and the other Georgia Class Members have been damaged in an amount to be determined at trial.

## COUNT XV:

## BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY
### (Ga. Code. Ann. §§ 11-2-314 and 11-2A-212)

### (By Plaintiff Anandhi Bharadwaj on Behalf of Georgia Class)

268.   Plaintiff Anandhi Bharadwaj and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

269.   Plaintiff Bharadwaj brings this claim on behalf of herself and on behalf of the Members of the Nationwide Class.  Alternatively, Plaintiff Bharadwaj brings this claim on behalf of herself and on behalf of the Members of the Georgia Class.

270.  Tesla is and was at all relevant times a "merchant" with respect to motor vehicles under Ga. Code Ann. §§ 11-2-104(1) and 11-2A-103(3), and "sellers" of motor vehicles under § 11-2-103(1)(d).

271.   With respect to leases, the Tesla is and was at all relevant times "lessors" of motor vehicles under Ga. Code Ann. § 11-2A-103(1)(p).

272.   The Class Vehicles are and were at all relevant times "goods" within the meaning of Ga. Code Ann. §§ 11-2-105(1) and 11-2A-103(1)(h).

273.   A warranty that the Class Vehicles were in merchantable condition and fit for the ordinary purpose for which vehicles are used is implied by law pursuant to Ga. Code Ann. §§ 11-2-314 and 11-2A-212.

274.   These Class Vehicles, when sold or leased and at all times thereafter, were not in merchantable condition and are not fit for the ordinary purpose for which vehicles are used. Specifically, the Class Vehicles are inherently defective because they pose a serious safety risk to the occupants and are an unreliable means of transportation.

175

275.   Tesla was provided notice of these issues by thousands of NHTSA complaints by Class Members, lawsuits filed, and by numerous individual letters and communications sent by the Class Members.

276.   As a direct and proximate result of Tesla's breach of the warranties of merchantability, Plaintiff and the other Class Members have been damaged in an amount to be proven at trial.

E.    **Claims Brought on Behalf of the New Jersey Class**

**COUNT XVI:**

**NEW JERSEY CONSUMER FRAUD ACT**

**(N.J.S.A. § 56:8,** *et seq.***)**

**(By Plaintiff Laverne Jackson on Behalf of the New Jersey Class)**

277.   Plaintiff Laverne Jackson and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

278.   Plaintiff Jackson brings this claim on behalf of herself and on behalf of the Members of the Nationwide Class.  Alternatively, Plaintiff Jackson brings this claim on behalf of herself and on behalf of the Members of the New Jersey Class.

279.   The acts and practices engaged in and employed by Tesla as alleged herein are unfair or deceptive acts or practices affecting the conduct of any trade or commerce in New Jersey:

- Failing to warn of a known danger, with regard to Tesla's failure to disclose to consumers the known safety risks associated with sudden uncommanded acceleration in Tesla vehicles;
- Misrepresenting the safety and reliability of its vehicles in light of the sudden uncommanded acceleration defect;
- Failing to perform its contract obligations as imposed by both express and implied warranties.

280.   Each and every unfair or deceptive act constitutes a separate violation of the New Jersey Consumer Fraud Act.

176

281.   Because Tesla persistently and knowingly failed to reveal material facts regarding the motor vehicles sold to consumers nationwide, Tesla has violated the New Jersey Consumer Fraud Act with each representation or omission.

282.   Tesla owed a duty to purchasers and lessees of Tesla vehicles because they possessed exclusive knowledge regarding the vehicles' predilection for sudden uncommanded acceleration, and falsely advertised and marketed its vehicles as safe despite the fact that the vehicles could accelerate without warning or explanation.

283.   Tesla's violations present a continuing harm to owners of Tesla vehicles as well as the general public; therefore, the unlawful acts and practices complained of here affect the public interest.

284.   Any previous recall and modifications Tesla has attempted to date have been inadequate to remedy the defect, and the Class Vehicles continue to fail to perform as Tesla promised.

## COUNT XVII

## BREACH OF EXPRESS WARRANTY

### (Under New Jersey Law)

### (By Plaintiff Laverne Jackson on Behalf of the New Jersey Class)

285.   Plaintiff Laverne Jackson and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

286.   Plaintiff Jackson brings this claim on behalf of herself and on behalf of the Members of the Nationwide Class.  Alternatively, Plaintiff Jackson brings this claim on behalf of herself and on behalf of the Members of the New Jersey Class.

287.   Tesla provided all purchasers and lessees of the Class Vehicles with the express warranties described herein, which became part of the basis of the parties' bargain.  Accordingly, Tesla's warranties are express warranties under state law.

288.   In addition, Tesla made statements and/or promises to Class Members that its vehicles would be fully operational, safe, and reliable to drive.

Class Action Complaint
Case No.: 2:20-cv-570

289.   Tesla breached these warranties by selling and leasing Class Vehicles such that they were not fully operational, safe or reliable to drive.  Tesla has exacerbated the breach by failing to fix the defect, either because Tesla failed to identify the problem or failed to provide free repairs or replacements during the applicable warranty periods.

290.   Plaintiff notified Tesla of the breach within a reasonable time, and/or was not required to do so because affording Tesla a reasonable opportunity to cure its breaches would have been futile.  Tesla has known about the defect but chose instead to conceal it as a means of avoiding compliance with its warranty obligations.

291.   As a direct and proximate cause of Tesla's breach, Plaintiff and the other Class Members bought or leased Class Vehicles they otherwise would not have, overpaid for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value.  Plaintiff and the Class Members have incurred and will continue to incur costs related to the defect's diagnosis and repair.

292.   Any attempt to disclaim or limit these express warranties vis-à-vis consumers is unconscionable and unenforceable under the circumstances here.  Specifically, Tesla's warranty limitations are unenforceable because it knowingly sold a defective product without giving notice to Plaintiff or the Class.

293.   The time limits contained in Tesla's warranty period were also unconscionable and inadequate to protect Plaintiff and Class members.  Among other things, Plaintiff and Class Members had no meaningful choice in determining these time limitations, the terms of which unreasonably favored Tesla.  A gross disparity in bargaining power existed between Tesla and the Class Members because Tesla knew or should have known that the Class Vehicles were defective at the time of sale.

294.   Plaintiff and Class Members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Tesla's conduct.

Class Action Complaint
Case No.: 2:20-cv-570

1

2

3

4

**COUNT XVIII:**

**BREACH OF IMPLIED WARRANTY**

**(Under New Jersey Law)**

**(By Plaintiff Laverne Jackson on Behalf of the New Jersey Class)**

5

6
295.   Plaintiff Laverne Jackson and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

7

8

9
296.   Plaintiff Jackson brings this claim on behalf of herself and on behalf of the Members of the Nationwide Class.  Alternatively, Plaintiff Jackson brings this claim on behalf of herself and on behalf of the Members of the New Jersey Class.

10

11

12
297.   Tesla was at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles.  Tesla knew or had reason to know of the specific use for which the Class Vehicles were purchased.

13

14

15

16

17

18

19
298.   Tesla provided Plaintiff and Class Members with an implied warranty that the Class Vehicles and any parts thereof are merchantable and fit for the ordinary purposes for which they were sold.  However, the Class Vehicles are not fit for their ordinary purpose of providing reasonably reliable and safe transportation at the time of sale or thereafter because, *inter alia*, the Class Vehicles suffered from a defect at the time of sale. Therefore, the Class Vehicles are not fit for their particular purpose of providing safe and reliable transportation.

20

21

22

23

24
299.   Tesla impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use.  This implied warranty included, among other things: (i) a warranty that the Class Vehicles manufactured, supplied, distributed, and/or sold by Tesla were safe and reliable for the purpose for which they were installed; and (ii) a warranty that the Class Vehicles would be fit for their intended use.

25

26

27
300.   Contrary to the applicable implied warranties, the Class Vehicles at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiff and the other Class Members with reliable, durable, and safe transportation.

28

179

Instead, the Class Vehicles suffer from a defective design(s) and/or manufacturing defect(s).

301.   Tesla's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use.

**F.    Claims Brought on Behalf of the Pennsylvania Class:**

**COUNT XIX:**

**VIOLATIONS OF THE PENNSYLVANIA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW**

**(73 Pa. Stat. § 201-1, *et seq.*)**

**(By Plaintiff Wayne Sallurday and Plaintiff Lore Sallurday on Behalf of the Pennsylvania Class)**

302.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

303.   Plaintiffs Wayne Sallurday and Lori Sallurday bring this claim on behalf of themselves and on behalf of the Members of the Nationwide Class.  Alternatively, Plaintiffs bring this claim on behalf of themselves and on behalf of the Members of the Pennsylvania Class.

304.   Plaintiffs are natural person who purchased a Class Vehicle for personal, family or household purposes.

305.   The Pennsylvania Unfair Trade Practices and Consumer Protection Law ("PUTPCPL") prohibits "[u]nfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce" as set forth in the statute.  73 Pa. Stat. § 201-3.

306.   Tesla engaged in unfair and deceptive acts in the conduct of trade or commerce in violation of the PUTPCPL by the practices described above, and by knowingly and intentionally concealing from Plaintiffs and Class Members that the Class Vehicles suffer from a design defect (and the costs, risks, and diminished value of the

180

vehicles as a result of this problem).  These acts and practices violate, at a minimum, the following sections of PUTPCPL section 201-2:

- Misrepresenting the source, sponsorship, approval or certification of goods or services;

- Representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation or connection that he does not have;

- Representing that goods or services are of a particular standard, quality or grade, or that goods are of a particular style or model, if they are of another;

- Advertising goods and services with intent not to sell them as advertised; and

- Engaging in any other fraudulent or deceptive conduct which creates a likelihood of confusion or of misunderstanding.

307.    Tesla knew that its Class Vehicles were defectively designed or manufactured and unsuitable for their intended use of providing safe and reliable transportation.

308.    Tesla was under a duty to Plaintiffs and the Class to disclose the defective nature of the Class Vehicles and the Defect because:

a.  Tesla was in a superior position to know the true state of facts about the safety defect and associated repair costs in the Class Vehicles;

b.  Plaintiff and the Class Members could not reasonably have been expected to learn or discover that the Class Vehicles and had a dangerous safety defect until manifestation of the Defect;

c.  Tesla knew that Plaintiff and the Class Members could not reasonably have been expected to learn or discover the Defect and the associated repair costs necessitated thereby until the manifestation of the defect.

d.  Tesla actively concealed the Defect and the associated repair costs by claiming the Defect does not exist and, in many cases, blaming Class Members for events of sudden uncommanded acceleration.

309.    In failing to disclose the Defect and the associated safety risks and repair costs that result from it, Tesla knowingly and intentionally concealed material facts and breached their duty not to do so.

181

Class Action Complaint
Case No.: 2:20-cv-570

310.   The facts concealed or not disclosed by Tesla to Plaintiffs and the Class Members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase a Class Vehicle or pay a lesser price.  Had Plaintiffs and the Class known about the defective nature of the Class Vehicles, they would not have purchased the Class Vehicles, would have paid less for them or would have avoided the extensive repair costs associated therewith.

311.   Unfair or deceptive acts and practices as defined by the PUTPCPL also include "[f]ailing to comply with the terms of any written guarantee or warranty given to the buyer at, prior to or after a contract for the purchase of goods or services is made." 73 Pa. Stat. § 201-2(4)(xiv).  Tesla violated the PUTPCPL by refusing to undertake measures to correct the Defect in Plaintiff vehicle at no cost to pursuant to the terms of the New Limited Vehicle Warranty applicable to all Class Vehicles.

312.   Tesla's failure to honor their warranty terms proximately caused injuries to Plaintiffs and other Class members. Had Tesla honored their warranty, Plaintiffs and other Class Members would not have incurred substantial repair costs.

313.   Pursuant to 73 Pennsylvania Statute section 201-9.2, Plaintiffs request that the Court grant treble damages.

## COUNT XX:
## BREACH OF EXPRESS WARRANTY
### (Under Pennsylvania Law)
### (By Plaintiffs Wayne Sallurday and Lori Sallurday on behalf of the Pennsylvania Class)

314.   Plaintiffs Wayne Sallurday and Lori Sallurday and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

315.   Plantiffs Wayne and Lori Sallurday bring this claim on behalf of themselves and on behalf of the Members of the Nationwide Class.  Alternatively, Plaintiffs Wayne

and Lori Sallurday bring. this claim on behalf of herself and on behalf of the Members of the Pennsylvania Class.

316.   Tesla provided all purchasers and lessees of the Class Vehicles with the express warranties described herein, which became part of the basis of the parties' bargain.  Accordingly, Tesla's warranties are express warranties under state law.

317.   In addition, Tesla made statements and/or promises to Class Members that its vehicles would be fully operational, safe, and reliable to drive.

318.   Tesla breached these warranties by selling and leasing Class Vehicles such that they were not fully operational, safe or reliable to drive.  Tesla has exacerbated the breach by failing to fix the Defect, either because Tesla failed to identify the problem or failed to provide free repairs or replacements during the applicable warranty periods.

319.   Plaintiffs notified Tesla of the breach within a reasonable time, and/or was not required to do so because affording Tesla a reasonable opportunity to cure its breaches would have been futile.  Tesla has known about the Defect but chose instead to conceal it as a means of avoiding compliance with its warranty obligations.

320.   As a direct and proximate cause of Tesla's breach, Plaintiffs and the other Class Members bought or leased Class Vehicles they otherwise would not have, overpaid for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value.  Plaintiffs and the Class Members have incurred and will continue to incur costs related to the Defect's diagnosis and repair.

321.   Any attempt to disclaim or limit these express warranties vis-à-vis consumers is unconscionable and unenforceable under the circumstances here.  Specifically, Tesla's warranty limitations are unenforceable because it knowingly sold a defective product without giving notice to Plaintiffs or the Class.

322.   The time limits contained in Tesla's warranty period were also unconscionable and inadequate to protect Plaintiffs and Class members.  Among other things, Plaintiffs and Class Members had no meaningful choice in determining these time limitations, the terms of which unreasonably favored Tesla.  A gross disparity in

183

bargaining power existed between Tesla and the Class Members because Tesla knew or should have known that the Class Vehicles were defective at the time of sale.

323.   Plaintiffs and Class Members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Tesla's conduct.

**COUNT XXI:**

**BREACH OF IMPLIED WARRANTY**

**(Under Pennsylvania Law)**

**(By Plaintiffs Wayne Sallurday and Lori Sallurday on Behalf of the Pennsylvania Class)**

324.   Plaintiffs Wayne Sallurday and Lori Sallurday and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

325.   Plantiffs Wayne and Lori Sallurday bring this claim on behalf of themselves and on behalf of the Members of the Nationwide Class.  Alternatively, Plaintiffs Wayne and Lori Sallurday bring. this claim on behalf of herself and on behalf of the Members of the Pennsylvania Class.

326.   Tesla was at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles.  Tesla knew or had reason to know of the specific use for which the Class Vehicles were purchased.

327.   Tesla provided Plaintiffs and Class Members with an implied warranty that the Class Vehicles and any parts thereof are merchantable and fit for the ordinary purposes for which they were sold.  However, the Class Vehicles are not fit for their ordinary purpose of providing reasonably reliable and safe transportation at the time of sale or thereafter because, *inter alia*, the Class Vehicles suffered from a defect at the time of sale. Therefore, the Class Vehicles are not fit for their particular purpose of providing safe and reliable transportation.

184

Class Action Complaint
Case No.: 2:20-cv-570

328.   Tesla impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use.  This implied warranty included, among other things: (i) a warranty that the Class Vehicles manufactured, supplied, distributed, and/or sold by Tesla were safe and reliable for the purpose for which they were installed; and (ii) a warranty that the Class Vehicles would be fit for their intended use.

329.   Contrary to the applicable implied warranties, the Class Vehicles at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiffs and the other Class Members with reliable, durable, and safe transportation. Instead, the Class Vehicles suffer from a defective design(s) and/or manufacturing defect(s).

330.   Tesla's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use.

## IX.   PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Inkie Lee; Wayne Sallurday; Lori Sallurday; Anandhi Bharadwaj; Sargon Daniel; Stephanie Gleason; Laverne Jackson; and Sandy Xia, individually and on behalf of all others similarly situated, respectfully request that this Court:

A. determine that the claims alleged herein may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and issue an order certifying one or more Classes as defined above;

B. appoint Plaintiffs Inkie Lee; Wayne Sallurday; Lori Sallurday; Anandhi Bharadwaj; Sargon Daniel; Stephanie Gleason; Laverne Jackson; and Sandy Xia as the representatives of the Class(es) and their counsel as Class counsel;

C. award all actual, general, special, incidental, statutory, punitive, and consequential damages and restitution to which Plaintiffs and the Class Members are entitled, except that Plaintiffs Inkie Lee and Xia Sandy seek only injunctive relief under the California Consumer Legal Remedies Act at this time;

185

1    D. award pre-judgment and post-judgment interest on such monetary relief;

2    E. grant appropriate injunctive and/or declaratory relief, including, without

3       limitation, an order that requires Tesla to repair, recall, and/or replace the

4       Model S, Model X, and Model 3 vehicles and to extend the applicable

5       warranties to a reasonable period of time, or, at a minimum, to provide

6       Plaintiffs and Class Members with appropriate curative notice regarding the

7       existence and cause of sudden uncommanded acceleration;

8    F. award reasonable attorneys' fees and costs;

9    G. grant such further relief that this Court deems appropriate.

10   Dated:  January 20, 2020                    Respectfully submitted,

11                                              McCUNE WRIGHT AREVALO LLP

12

13                                  By:   /s/ David C. Wright

14                                        David C. Wright
                                          Richard D. McCune
15                                        Steven A. Haskins
                                          Mark I. Richards
16                                        McCUNE WRIGHT AREVALO LLP
                                          3281 Guasti Road, Suite 100
17                                        Ontario, California  91761
                                          Telephone: (909) 557-1250
18                                        Facsimile: (909) 557-1275

19                                        Benjamin L. Bailey*
                                          Eric B. Snyder*
20                                        Jonathan D. Boggs*
                                          BAILEY GLASSER LLP
21                                        209 Capitol Street
                                          Charleston, West Virginia 25301
22                                        Telephone: 304-345-6555

23                                        Todd A. Walburg
                                          BAILEY GLASSER LLP
24                                        475 14th Street, Suite 610
                                          Oakland CA 94612
25                                        T: 510.207.8633
                                          F: 510.463.0241
26
                                          *Pro Hac Vice Application to be Submitted
27                                        Attorneys for Plaintiff and the Putative Class

28

                                     186

Class Action Complaint
Case No.: 2:20-cv-570

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JURY DEMAND**

Plaintiffs demand a trial by jury on all issues so triable.

Dated:  January 20, 2020

By:    /s/ *David C. Wright*

David C. Wright

Attorneys for Plaintiff and the Putative Class

187