Richard D. McCune, State Bar No. 132124
rdm@mccunewright.com
David C. Wright, State Bar No. 177468
dcw@mccunewright.com
Steven A. Haskins, State Bar No. 238865
sah@mccunewright.com
Mark I. Richards, State Bar No. 321252
mir@mccunewright.com
McCune Wright Arevalo LLP
3281 Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Attorneys for Plaintiff and the Putative Class

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INKIE LEE; WAYNE SALLURDAY; ANANDHI BHARADWAJ; DANIEL SARGON; STEPHANIE GLEASON; LAVERNE JACKSON; and SANDY XIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. and Does 1 through 10, inclusive,<br><br>Defendant. | Case No: 2:20-cv-570<br><br>**CONSUMER LEGAL REMEDIES ACT VENUE AFFIDAVIT OF PLAINTIFF INKIE LEE** |

I, Inkie Lee, hereby declare and state as follows:

1. I am over the age of 18 and a Plaintiff in this action. The facts contained in this declaration are based on my personal knowledge and information and I have gathered that is available to me, and if called upon to do so, I could and would testify to the matters stated herein.

2. I make this affidavit as required by California Civil Code section 1780(d).

3. The complaint in this action is filed in the proper place for trial of this action because Defendant Tesla, Inc.'s does business within the Central District of California, and because a substantial portion of the events, acts, and omissions that are subject to my claims in this matter occurred within the Central District of California.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on January 20, 2020.

*[signature]*
Inkie Lee