Richard D. McCune, State Bar No. 132124
rdm@mccunewright.com
David C. Wright, State Bar No. 177468
dcw@mccunewright.com
Steven A. Haskins, State Bar No. 238865
sah@mccunewright.com
Mark I. Richards, State Bar No. 321252
mir@mccunewright.com
**MCCUNE WRIGHT AREVALO LLP**
3281 Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Benjamin L. Bailey*
bbailey@baileyglasser.com
Eric B. Snyder*
esnyder@baileyglasser.com
Jonathan D. Boggs*
jboggs@baileyglasser.com
BAILEY GLASSER LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: 304-345-6555

Todd A. Walburg, State Bar No. 213036
twalburg@baileyglasser.com
BAILEY GLASSER LLP
475 14th Street, Suite 610
Oakland CA 94612
T: 510.207.8633
F: 510.463.0241

*Pro Hac Vice Application to be Submitted
Attorneys for Plaintiffs and the Putative Class

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INKIE LEE; WAYNE SALLURDAY; LORI SALLURDAY; ANANDHI BHARADWAJ; SARGON DANIEL; STEPHANIE GLEASON; LAVERNE JACKSON; and SANDY XIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. and Does 1 through 10, inclusive,<br><br>Defendant. | Case No.: 2:20-cv-570<br><br>Judge Assigned:<br>Complaint filed: January 20, 2020<br><br>**NOTICE OF RELATED CASE** |

Class Action Complaint
Case No.: 2:20-cv-570

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 83-1.3, Plaintiffs Inkie Lee, Wayne Sallurday, Lori Sallurday, Anandhi Bharadwaj, Sargon Daniel, Stephanie Gleason, Laverne Jackson, and Sandy Xia hereby gives notice that the following action previously filed in this Court appears to be related:

- <u>Ji Chang Son, et al. v. Tesla, Inc.</u>, Case No. 8:16-cv-2282 JVS, filed on December 30, 2016, (the "Prior Action"), was pending before the Honorable James V. Selna for two and one-half years before being terminated on June 17, 2019.

Local Rule 83-1.3 defines related cases as those that appear: (a) to arise from the same or a closely related transaction, happening or event; or (b) to call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges; or (d) to involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c is present.

The Prior Action qualifies under subsections (b) and (c) as a related case inasmuch as it calls for the determination of the same or substantially related questions of law and fact and would entail substantial duplication of labor if heard by different judges.

The Prior Action was a multi-state and national class action complaint alleging that vehicles designed, manufactured, and sold by Defendant Tesla, Inc., were defective in that they are susceptible to experience sudden uncommanded full power acceleration when the vehicle is moving at a slow speed, such as when in the act of parking. The Current Action is also a multi-state and national class action and similarly alleges that Defendant Tesla, Inc.'s vehicles continue to demonstrate an unacceptably high rate of sudden uncommanded full power acceleration and that Tesla Inc.'s 2018 Obstacle Aware Acceleration algorithm is ineffective in preventing sudden uncommanded acceleration.

Pls.' Notice of Related Cases [Local Rule 83-1.3]
Case No.: 2:20-cv-570

1  The factual allegations and legal issues to be determined are virtually identical in
2  the Prior and Current actions.  The Prior Action involved extensive motion practice in the
3  form of multiple challenges to the pleadings that were heard on ruled on by Judge Selna
4  and for those reasons, is considered a related case, pursuant to Local Rule 83-1.3 of the
5  Central District of California.

Dated:  January 20, 2020                              McCuneWright LLP

                                                      By:  /s/ *David C. Wright*
                                                           David C. Wright
                                                           Attorneys for Plaintiff

-3-

Pls.' Notice of Related Cases [Local Rule 83-1.3]
Case No.: 2:20-cv-570