Exhibit 1

1  Richard D. McCune, State Bar No. 132124
   rdm@mccunewright.com
2  David C. Wright, State Bar No. 177468
   dcw@mccunewright.com
3  Steven A. Haskins, State Bar No. 238865
   sah@mccunewright.com
4  Mark I. Richards, State Bar No. 321252
   mir@mccunewright.com
5  **McCune Wright Arevalo LLP**
   3281 Guasti Road, Suite 100
6  Ontario, California 91761
   Telephone: (909) 557-1250
7  Facsimile: (909) 557-1275

8  Benjamin L. Bailey (Pro Hac Vice)       Arthur H. Bryant, State Bar No. 208365
   bbailey@baileyglasser.com               abryant@baileyglasser.com
9  Eric B. Snyder (Pro Hac Vice)           Todd A. Walburg, State Bar No. 213063
   esnyder@baileyglasser.com               twalburg@baileyglasser.com
10 Jonathan D. Boggs (Pro Hac Vice)        **Bailey & Glasser LLP**
   jboggs@baileyglasser.com                1999 Harrison Street, Suite 660
11 **Bailey & Glasser LLP**                Oakland California 94612
   209 Capitol Street                      Telephone: (510) 272-8000
12 Charleston, West Virginia 25301         Facsimile: (510) 463-0291
   Telephone: (304) 345-6555
13
   Additional Counsel Listed on Signature Page
14 Attorneys for Plaintiffs and the Putative Class

15          **IN THE UNITED STATES DISTRICT COURT**

16          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

17                    **SOUTHERN DIVISION**

18 | INKIE LEE; WAYNE SALLURDAY; | Case No. 2:20-cv-00570-JVS-KES |
19   LORI SALLURDAY; ANANDHI
   BHARADWAJ; SARGON DANIEL;     Judge Assigned: Hon. James V. Selna
20   STEPHANIE GLEASON; LAVERNE
   JACKSON; SANDY XIA; NISSIM     **CORRECTED SECOND AMENDED**
21   AHRONEE; SANJAY CHOPRA;       **CLASS ACTION COMPLAINT**
   EDWIN ARROYAVE; MICHAEL
22   CURLEY; WILLIAM DOYLE;          1. Violations of the Magnuson-Moss
   ROBERT GUCWA; JAVIER                Warranty Act, 15 U.S.C. § 2301, et seq.
23   GUZMAN; SUSAN HUTCHESON;      2. Violation of the California Consumer
   MACE RAKESTRAW; RODRIGO            Legal Remedies Act, Cal. Civ, Code
24   RODRIGUEZ; HASNIN SYED;           § 1750, *et seq.*
   YUFEI WU; WENDY HENSEL;        3. Violation of California Unfair
25   JOSEPH TYSON; and YUXIANG         Competition Law, Cal. Bus. & Prof.
   ZHANG; on behalf of themselves and   Code § 17200, *et seq.*
26   all others similarly situated,    4. Violation of California False
                                          Advertising Law, Cal. Bus. & Prof.
27                Plaintiffs,            Code § 17500, *et seq.*
                                       5. Violation of the Song-Beverly
28           v.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

1    TESLA, INC. and Does 1 through 10,

2    inclusive,

3                        Defendants.

Consumer Warranty Act for Breach of Implied Warranty of Merchantability, Cal. Civ. Code §§ 1792 & 1791.1

6.   Violation of the Song-Beverly Consumer Warranty Act for Breach of Express Warranties, Cal. Civ. Code § 1793.2(d) & 1791.2

7.   Breach of the Implied Warranty of Merchantability, Cal. Com. Code § 2314

8.   Breach of Express Warranty, Cal. Com. Code § 2313

9.   Breach of Contract/Common Law Warranty, under California Law

10.  Common Law Fraudulent Concealment, under California Law

11.  Permanent Public Injunctive Relief, Cal. Civ. Code § 3422 and All Inherent or Other Authority

12.  Arizona Consumer Fraud Act, A.R.S. § 44-1521, et seq.

13.  Breach of Express Warranty, under Arizona Law

14.  Breach of Implied Warranty, under Arizona Law

15.  Violation of Florida's Unfair & Deceptive Trade Practices Act, Fla. Stat. § 501.201, et seq.)

16.  Breach of Express Warranty, Fla. Stat. § 672.313

17.  Breach of the Implied Warranty of Merchantability, Fla. Stat. § 672.314

18.  Breach of Contract/Common Law Warranty, under Florida Law

19.  Fraud by Concealment, under Florida Law

20.  Unjust Enrichment, under Florida Law

21.  Breach of Express Warranty, Ga. Code. Ann. §§ 11-2-313 And 11-2a-210

22.  Breach of Implied Warranty of Merchantability, Ga. Code. Ann. §§ 11-2-314 And 11-2a-212

23.  Violation of the Massachusetts Consumer Protection Act, Chapter 93a

24.  Breach of Express Warranty, ALM GL Ch. 106, § 2-313

25.  Breach of the Implied Warranty of Merchantability, ALM Gl Ch. 106, § 2-314

26.  Breach of Contract/Common Law Warranty, under Massachusetts Law

27.  Unjust Enrichment, under Massachusetts Law

28.  New Jersey Consumer Fraud Act.

N.J.S.A. § 56:8, *et seq.*
29. Breach of Express Warranty, under New Jersey Law
30. Breach of Implied Warranty, under New Jersey Law
31. Violations of North Carolina Unfair and Deceptive Trade Practices Act, N.C. Gen. Stat. § 75-1.1, *et seq.*
32. Breach of the Implied Warranty of Merchantability, N.C. Gen. Stat. § 25-2-314
33. Breach of Express Warranty, N.C.G.S.A. §§ 25-2-313 and 252a-210
34. Breach of Contract/Common-Law Warranties, under North Carolina Law
35. Fraudulent Concealment and/or Omission, under North Carolina Law
36. Unjust Enrichment, under North Carolina Law
37. Violation of the Oregon Unlawful Trade Practices Act, Or. Rev. Stat. §§ 646.605, et seq.)
38. Breach of the Implied Warranty of Merchantability, Or. Rev. Stat. § 72.3140
39. Fraud by Concealment, under Oregon Law
40. Unjust Enrichment, under Oregon Law
41. Violations of the Pennsylvania Unfair Trade Practices and Consumer Protection Law, 73 Pa. Stat. § 201-1, *et seq.*
42. Breach of Express Warranty, under Pennsylvania Law
43. Breach of Implied Warranty, under Pennsylvania Law
44. Violations of the Texas Deceptive Trade Practices Act, Tex. Bus. & Com. Code § 17.41, *et seq.*
45. Breach of Express Warranty, Tex. Bus. & Com. Code § 2.313
46. Breach of the Implied Warranty of Merchantability, Tex. Bus. & Com. Code § 2.314
47. Breach of Contract/Common Law Warranty, under Texas Law
48. Fraud by Concealment, under Texas Law
49. Unjust Enrichment, under Texas Law
50. Violations of the Washington Consumer Protection Act, Wash. Rev. Code Ann. §§ 19.86.010, *et seq.*

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES



51.  Breach of Implied Warranty, Wash. Rev. Code §§ 62a.2-314 And 62a.2a-212
52.  Breach of Express Warranties, Wash. Rev. Code §§ 62a.2-313 And 62a.2a-210
53.  Fraud by Concealment, under Washington Law
54.  Unjust Enrichment, under Washington Law

**Demand for Jury Trial**

# TABLE OF CONTENTS

*Page*

TABLE OF CONTENTS ................................................................................................. i

I.    INTRODUCTION ............................................................................................. 1

II.   JURISDICTION AND VENUE ....................................................................... 4

III.  PARTIES .......................................................................................................... 5

IV.   GENERAL ALLEGATIONS ........................................................................... 7

    A.    Tesla Attempts to Enter the Automotive Manufacturing Market Despite Naturally High Barriers to Entry ......................................................... 7

    B.    The Model S ........................................................................................... 8

    C.    The Model X ........................................................................................... 9

    D.    The Model 3 ......................................................................................... 10

    E.    Tesla Markets the Safety of Vehicles ................................................. 14

        1.    Tesla Has Made False and Misleading StatementsRegarding the Safety of the Class Vehicles, Which Pose a Danger to the Public .... 16

        2.    Tesla's Misleading Statements about the Safety of the Class Vehicles Have Caught the Attention of Federal Regulators .............. 17

    F.    SUA Problem ........................................................................................ 18

    G.    Tesla Introduces Obstacle-Awareness Acceleration ........................... 236

    H.    Cause of the SUA Events .................................................................... 253

    I.    Tesla Has Made False and Misleading Statements Specifically about SUA in the Class Vehicles ........................................................ 253

V.    PLAINTIFF-SPECIFIC ALLEGATIONS .................................................... 256

    A.    California Plaintiffs ............................................................................. 256

        1.    Plaintiff Lee's Model X SUA Incident ......................................... 256

        2.    Plaintiff Xia's Model S SUA Incident .......................................... 257

        3.    Plaintiff Ahronee's Model 3 SUA Incident .................................. 257

i

TABLE OF CONTENTS (cont.)

Page

4.  Plaintiff Arroyave's Model X SUA Incident ................................ 258

5.  Plaintiff Rodriguez's Model 3 SUA Incident ............................. 258

6.  Plaintiff Wu's Model S SUA Incident ........................................ 258

B.  Arizona ................................................................................................. 258

1.  Plaintiff Daniel's Model 3 SUA Incident .................................. 258

2.  Plaintiff Chopra's Model S SUA Incident ................................. 259

3.  Plaintiff Whatmough's Two Model S SUA Incidents ................ 259

C.  Florida .................................................................................................. 261

1.  Plaintiff Gucwa's Model 3 SUA Incident ................................. 261

2.  Plaintiff Hutcheson's Model S SUA Incident ........................... 261

D.  Georgia ................................................................................................. 264

1.  Plaintiff Bharadwaj's Model 3 SUA Incident ........................... 264

2.  Plaintiff Hensel's SUA Incident ................................................ 264

E.  Massachusetts ....................................................................................... 264

1.  Plaintiff Doyle's Model S SUA Incident ................................... 264

F.  New Jersey ............................................................................................ 265

1.  Plaintiff Jackson's Model X SUA Incident ............................... 265

G.  North Carolina ...................................................................................... 265

1.  Plaintiff Joseph Tyson's Model S SUA Incident ...................... 265

H.  Oregon .................................................................................................. 265

1.  Plaintiff Curley's Model S SUA Incident .................................. 265

I.  Pennsylvania ........................................................................................ 266

1.  Plaintiff Lori Sallurday's Model S SUA Event ......................... 266

2.  Plaintiff Gleason's Model X SUA Incident ............................... 267

J.  Texas .................................................................................................... 267

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

TABLE OF CONTENTS (cont.)

Page

      1.    Plaintiff Guzman's Model X SUA Incident ....................................267

      2.    Plaintiff Rakestraw's Model S SUA Incident.................................268

      3.    Plaintiff Syed's Model X SUA Incident.........................................268

  K.    Washington..........................................................................................269

      1.    Plaintiff Yuxiang Zhang's SUA Incident ......................................269

  L.    General Factual Allegations as to All Plaintiffs.........................................270

VI.    TOLLING OF STATUTES OF LIMITATIONS.................................................274

VII.    CLASS ALLEGATIONS ................................................................................274

VIII.    CAUSES OF ACTION....................................................................................278

  A.    Claims Brought on Behalf of the Nationwide Class .................................278

      COUNT I: VIOLATIONS OF THE MAGNUSON-MOSS WARRANTY ACT .........................................................................................278

  B.    Claims Brought on Behalf of the California Class .................................281

      COUNT II: VIOLATIONS OF THE CONSUMER LEGAL REMEDIES ACT ("CLRA")........................................................................281

      COUNT III: VIOLATIONS OF THE CALIFORNIA UNFAIR COMPETITION LAW ...................................................................................284

      COUNT IV: VIOLATION OF CALIFORNIA FALSE ADVERTISING LAW.....................................................................................286

      COUNT V: VIOLATIONS OF THE SONG-BEVERLY ACT – BREACH OF IMPLIED WARRANTY ............................................................288

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

TABLE OF CONTENTS (cont.)

Page

COUNT VI: VIOLATION OF THE SONG-BEVERLY CONSUMER
WARRANTY ACT FOR BREACH OF EXPRESS
WARRANTIES .................................................................289

COUNT VII: BREACH OF IMPLIED WARRANTY...........................291

COUNT VIII: BREACH OF EXPRESS WARRANTY ..........................292

COUNT IX: BREACH OF CONTRACT/COMMON LAW
WARRANTY...................................................................294

COUNT X: COMMON LAW FRAUDULENT CONCEALMENT ........295

COUNT XI: PERMANENT PUBLIC INJUNCTIVE RELIEF...............296

C.   Claims Brought on Behalf of the Arizona Class.........................297

COUNT XII: ARIZONA CONSUMER FRAUD ACT ..........................297

COUNT XIII: BREACH OF EXPRESS WARRANTY ..........................299

COUNT XIV: BREACH OF IMPLIED WARRANTY ..........................300

D.   Claims Brought on Behalf of the Florida Class .........................301

COUNT XV: VIOLATION OF FLORIDA'S UNFAIR & DECEPTIVE
TRADE PRACTICES ACT...............................................301

COUNT XVI: BREACH OF EXPRESS WARRANTY ..........................303

COUNT XVII: BREACH OF THE IMPLIED WARRANTY OF
MERCHANTABILITY ....................................................304

COUNT XVIII: BREACH OF CONTRACT/COMMON LAW
WARRANTY...................................................................305

COUNT XIX: FRAUD BY CONCEALMENT .....................................306

iv

TABLE OF CONTENTS (cont.)

Page

COUNT XX: UNJUST ENRICHMENT ...................................................307

E.   Claims Brought on Behalf of the Georgia Class........................................308

COUNT XXI: BREACH OF EXPRESS WARRANTY ..........................308

COUNT XXII: BREACH OF IMPLIED WARRANTY OF
        MERCHANTABILITY ................................................................309

F.   Claims Brought on Behalf of the Massachusetts Class..............................310

COUNT XXIII: VIOLATION OF THE MASSACHUSETTS CONSUMER
        PROTECTION ACT....................................................................310

COUNT XXIV: BREACH OF EXPRESS WARRANTY ......................312

COUNT XXV: BREACH OF THE IMPLIED WARRANTY OF
        MERCHANTABILITY ................................................................314

COUNT XXVI: BREACH OF CONTRACT/COMMON LAW
        WARRANTY................................................................................315

COUNT XXVII: UNJUST ENRICHMENT .............................................315

G.   Claims Brought on Behalf of the New Jersey Class ..................................316

COUNT XXVIII: NEW JERSEY CONSUMER FRAUD ACT..............316

COUNT XXIX: BREACH OF EXPRESS WARRANTY ......................318

COUNT XXX: BREACH OF IMPLIED WARRANTY .........................319

H.   Claims Brought on Behalf of the North Carolina: ....................................320

COUNT XXXI: VIOLATIONS OF NORTH CAROLINA UNFAIR AND
        DECEPTIVE TRADE PRACTICES ACT.....................................320

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

TABLE OF CONTENTS (cont.)

Page

COUNT XXXII: BREACH OF THE IMPLIED WARRANTY OF
    MERCHANTABILITY ...................................................................324

COUNT XXXIII: BREACH OF EXPRESS WARRANTY ....................325

COUNT XXXIV: BREACH OF CONTRACT/COMMON-LAW
    WARRANTIES ...........................................................................327

COUNT XXXV: FRAUDULENT CONCEALMENT AND/OR
    OMISSION ..................................................................................328

COUNT XXXVI: UNJUST ENRICHMENT........................................330

I.    Claims Brought on Behalf of the Oregon Class:.......................331

COUNT XXXVII: VIOLATION OF THE OREGON UNLAWFUL
    TRADE PRACTICES ACT..........................................................331

COUNT XXXVIII: BREACH OF THE IMPLIED WARRANTY OF
    MERCHANTABILITY ...................................................................333

COUNT XXXIX: FRAUD BY CONCEALMENT..................................334

COUNT XL: UNJUST ENRICHMENT ...............................................335

J.    Claims Brought on Behalf of the Pennsylvania Class: ..............336

COUNT XLI: VIOLATIONS OF THE PENNSYLVANIA UNFAIR
    TRADE PRACTICES AND CONSUMER PROTECTION LAW 336

COUNT XLII: BREACH OF EXPRESS WARRANTY .........................339

COUNT XLIII: BREACH OF IMPLIED WARRANTY.........................340

K.    Claims Brought on Behalf of the Texas Class: ..........................342

TABLE OF CONTENTS (cont.)

Page

COUNT XLIV: VIOLATIONS OF THE TEXAS DECEPTIVE TRADE PRACTICES ACT ........................................................................ 342

COUNT XLV: BREACH OF EXPRESS WARRANTY ......................... 344

COUNT XLVI: BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY ........................................................ 346

COUNT XLVII: BREACH OF CONTRACT/COMMON LAW WARRANTY ........................................................................ 347

COUNT XLVIII: FRAUD BY CONCEALMENT ................................... 347

COUNT XLIX: UNJUST ENRICHMENT ............................................ 349

L.    Claims Brought on Behalf of the Washington Class: ................................ 349

COUNT L: VIOLATIONS OF THE WASHINGTON CONSUMER PROTECTION ACT ............................................................ 349

COUNT LI: BREACH OF IMPLIED WARRANTY ............................. 353

COUNT LII: BREACH OF EXPRESS WARRANTIES ......................... 355

COUNT LIII: FRAUD BY CONCEALMENT ....................................... 357

COUNT LIV: UNJUST ENRICHMENT ............................................... 358

IX.    PRAYER FOR RELIEF ....................................................................... 359

vii

# I.    INTRODUCTION

1.    Technology can change society for the better, but the objectives of even the most well-meaning innovators never quite fully align with the public's best interests. The profit motive reigns supreme, and history reveals that when faced with pressures to increase revenue and production, corporate actors often prioritize their profits over the public good. In this sense, Tesla Inc.'s attempt to change the automobile industry is a matter of history repeating itself. Even as Tesla attempts to innovate on an unprecedented scale—to design and manufacture a high-performance electric vehicle for the masses—it has had to engage in tradeoffs, with the unfortunate result that Tesla has sold dangerous and defective vehicles to American consumers for several years now. And despite repeated incidents implicating these defects—some of which have even led to loss of life—Tesla refuses to acknowledge, much less remedy, these defects. For the foregoing reasons, Plaintiffs Inkie Lee, Wayne Sallurday, Lori Sallurday, Anandhi Bharadwaj, Sargon Daniel, Stephanie Gleason, Laverne Jackson, Sandy Xia, Nissim Ahronee, Sanjay Chopra, Edwin Arroyave, Michael Curley, William Doyle, Robert Gucwa, Javier Guzman, Susan Hutcheson, Mace Rakestraw, Rodrigo Rodriguez, Hasnin Syed, Yufei Wu, Wendy Hensel, Joseph Tyson, and Yuxiang Zhang bring this lawsuit on behalf of themselves, the putative class, and the general public.

2.    Since 2006, Elon Musk—Tesla's founder and CEO—has promised investors that Tesla could, and eventually would, mass produce an affordable electric-powered vehicle. From the beginning, Tesla and its investors understood that its survival hinged on achieving unprecedented levels of mass production. Though Tesla's luxury vehicles—the Roadster, Model S, and Model X—became popular options in the luxury automobile market, Tesla knew that mass production would be required to generate the revenue necessary to recoup its early and sizable costs. Therefore, Musk pitched investors a simple, almost reductive "Master Plan": "Build sports car. Use that money to build an affordable car. Use that money to build even a more affordable car." But Musk's masterplan vastly oversimplified Tesla's road to sustainability and profitability.

1

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

3.      As with any start-up—particularly one in an industry with normally prohibitive barriers to entry such as the automobile industry—Tesla has a recurring problem with cash flow. Innovation is expensive, and investors eventually demand returns on their investments. The riskier the investment, the higher the expected return. While Tesla undoubtedly has financial potential, its success remains a matter of speculation and debate by the financial community and the public at large. Tesla's finances are always under a microscope, and its ability to deliver on its promises of growth and profit still largely depends on its ongoing ability to raise money from investors and command sufficient revenue to finance its debts.

4.      Earlier this year, Tesla's investors were again questioning whether Musk's master plan was viable. The company had been operating without a profit for nearly thirteen years and was well behind the production pace needed to fulfill its earlier pledges to manufacture 500,000 cars annually. And these were not just typical growing pains. Tesla was also experiencing considerable consumer backlash because it had announced a lower-priced, mass-produced vehicle called the Model 3. Tesla had taken orders and down payments on the Model 3 from hundreds of thousands of consumers, and many had been waiting more than two years for the product. But most could not even secure a delivery date. Tesla's stock price fell to multi-year lows.

5.      As 2019 passed, Tesla was finally able to distribute the Model 3 to the broader audience it had long promised. The stock has since recovered and revenue is flowing to Tesla as the Model 3 finally becomes available to the masses, confirming the Model 3's importance in Tesla's financial strategy.

6.      Unfortunately, Tesla has been intentionally overlooking a dangerous problem while rushing its vehicles to market, and this is not even its first time doing so. A defect causes the Model X, Model S, and Model 3 to accelerate suddenly without prompting from the driver. In other words, these vehicles are capable of full power acceleration and achieving high speeds even if no one presses the acceleration pedal. And this defect is recurring: It has manifested at a staggering rate in Tesla's Model X and

2

Model S vehicles, and now examples of sudden uncommanded acceleration (or "SUA")
are appearing in the Model 3 as well.

7.    This sudden uncommanded acceleration defect (the "SUA Defect") exists in
Tesla vehicles even though Tesla has long marketed its vehicles by touting their alleged
safety. Tesla's historical emphasis on its vehicles' safety is a strategic one—it has long
touted its safety in the luxury space, where consumers tend to favor performance and
handling over safety considerations. But Tesla has always had its eye on Musk's master
plan, carefully marketing its vehicles to signal to safety-conscious consumers—many of
whom are now potential Model 3 buyers—that a Tesla is a safe and practical vehicle.

8.    But those physical features only reveal half the story. They are only as
effective as the vehicles' hardware and software—Teslas, after all, are "computers on
wheels." And something has been wrong with these vehicles for quite a number of years.

9.    Indeed, empirical and anecdotal evidence reveals that the integrated
electronic hardware and operating software of Tesla's 2013-2020 Model S, 2016-2020
Model X, and 2018-2020 Model 3 (hereinafter, the "Class Vehicles") all suffer from the
SUA Defect. It has manifested many dozens of times over the years, threatening the lives
of Tesla occupants and/or anyone within close proximity of Tesla's vehicles. In at least
one recent high-profile case, a Tesla Model 3 suddenly accelerated, ran off a public
highway, and struck an office building, killing an office worker in the building. And, to
add insult to very real injury, it appears that Tesla has designed the automobile's sensors
to report after such incidents that the driver depressed the accelerator pedal. In other
words, the automobile inexplicably speeds up, then blames the driver. The SUA Defect's
risks are simply unacceptable, and the computerized cover-up is even worse. Tesla must
be held accountable.

10.    The SUA defect is all the worse because Tesla vehicles are designed as a
"black box," and Tesla withholds vital information from drivers and the general public.
Vicious competition among Tesla and its Silicon Valley-based rivals causes Tesla to
resist any disclosure of its proprietary systems or software code, to the point that it daily

3

collects data from each individual Tesla vehicle, but refuses to divulge any data (much less the underlying software code) to vehicle owners. Tesla's secrecy has made it impossible to pinpoint the precise mechanism of the SUA Defect, much less the individual lines of source code or specific hardware components involved in the failure. For now, it is sufficient to understand that these defects are manifest in Tesla vehicles and that SUA events are occurring at a statistically significant frequency that is endangering Tesla owners, occupants, and the general public.

11.    A prior class action was filed before this Court involving similar issues, but that litigation was resolved following the development of an algorithm by Tesla that was represented as a fix that would prevent full power unintended acceleration in a low speed parking environment. Based on the fact that uncommanded full power acceleration incidents are continuing to occur at an alarming rate, it appears that the so-called fix was ineffective.

## II.    JURISDICTION AND VENUE

12.    This Court has subject matter jurisdiction pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d). The aggregated claims of the individual class members exceed the sum or value of $5,000,000, exclusive of interest and costs; there are more than 100 putative class members defined below; and there are numerous members of the proposed class who are citizens of a state different from Tesla.

13.    This Court has personal jurisdiction over Defendant Tesla because its corporate headquarters and primary manufacturing facility are located in California, it conducts substantial business in the District, and because a substantial part of the acts and omissions complained of occurred in the District.

14.    Venue is proper in the Central District of California pursuant to 28 U.S.C. § 1391(a) and (b) because a substantial part of the events, acts and omissions giving rise to these claims occurred in the Central District of California.

## III.  PARTIES

15.    Plaintiff Inkie Lee is a resident of La Canada, California. On or about July 19, 2019, Plaintiff Lee purchased a 2019 Model X from the Tesla Store located in Pasadena, California, and online.

16.    Plaintiff Wayne Sallurday is a resident of Atglen, Pennsylvania. On or about October 15, 2018, Plaintiff Sallurday ordered a used 2016 Model S online from his home in Pennsylvania.

17.    Plaintiff Anandhi Bharadwaj is a resident of Atlanta, Georgia. Plaintiff Bharadwaj purchased a 2018 Model 3 from Tesla.

18.    Plaintiff Sargon Daniel is a resident of Scottsdale, Arizona. On or about April 18, 2018, Plaintiff Daniel purchased a 2018 Model 3 from Tesla.

19.    Plaintiff Stephanie Gleason is a resident of Pittsburgh, Pennsylvania. On August 6, 2018, Plaintiff Gleason purchased a new 2018 Model X from Tesla.

20.    Plaintiff Laverne Jackson is a resident of Linden, New Jersey. In or about 2018, Plaintiff Jackson purchased a 2018 Model X from Tesla.

21.    Plaintiff Sandy Xia is a dual resident of both California and New York. On December 30, 2017, Plaintiff Xia purchased a 2018 Model S from Tesla in the state of California.

22.    Plaintiff Nissim Ahronee is a resident of San Diego, California. Plaintiff Ahronee purchased a 2018 Model 3 from Tesla on December 23, 2018.

23.    Plaintiff Sanjay Chopra is a resident of Scottsdale, Arizona, who purchased a 2014 Model S from Tesla on August 14, 2014.

24.    Plaintiff Edwin Arroyave is a resident of Los Angeles, California. Plaintiff Arroyave purchased a 2016 Tesla Model X from Tesla in 2016.

25.    Plaintiff Michael Curley is a resident of Portland, Oregon. Plaintiff Curley purchased a 2016 Tesla Model S from Tesla on March 3, 2017.

26.    Plaintiff William Doyle is a resident of Quincy, Massachusetts. Plaintiff Doyle leased a 2017 Tesla Model S from Tesla in June 2017.

5

27. Plaintiff Robert Gucwa is a resident of Daytona Beach, Florida. Plaintiff Gucwa purchased his Tesla Model 3 on September 17, 2019.

28. Plaintiff Javier Guzman is a resident of Magnolia, Texas. Plaintiff Guzman purchased a new 2019 Tesla Model X from Tesla in December 2019.

29. Plaintiff Susan Hutcheson is a resident of Boca Raton, Florida, who purchased her second Tesla, a 2018 Model S, from Tesla in September 2018, trading in the 2014 Tesla Model S she had driven for the past four years.

30. Plaintiff Mace Rakestraw is a resident of McDade, Texas. Plaintiff Rakestraw purchased a used 2015 Tesla Model S from Tesla in or around late 2018 or early 2019.

31. Plaintiff Dr. Rodrigo Rodriguez is a resident of La Verne, California. Plaintiff Rodriguez purchased a new Tesla Model 3 from Tesla in June 2018.

32. Plaintiff Hasnin Syed is a resident of Austin, Texas. Plaintiff Syed placed an order for a new Tesla Model X from Tesla, on March 26, 2016, which was ultimately delivered on or about September 22, 2016.

33. Plaintiff Helen Whatmough is a resident of Scottsdale, Arizona. Plaintiff Whatmough purchased a new Tesla Model S from Tesla in November 2014.

34. Plaintiff Dr. Yufei Wu, is a resident of Rowland Heights, California. Plaintiff and her husband purchased a new Tesla Model S in November 2015.

35. Plaintiff Wendy Hensel is a resident of Atlanta, Georgia. In November 2018, Plaintiff Hensel purchased a new Tesla Model S in Atlanta.

36. Plaintiff Joseph Tyson is a resident of Clayton, North Carolina. In June 2015, Plaintiff Tyson purchased a new Tesla Model S at the Tesla store in Raleigh, North Carolina, , and thereafter, experienced an SUA event while parking the vehicle at his home.

37. Plaintiff Yuxiang Zhang is a resident of Bellevue, Washington. Plaintiff Zhang leased his new Tesla Model 3 in May 2019, in Washington.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

38.    Defendant Tesla, Inc., is a Delaware corporation with its headquarters located at 3500 Deer Creek Road, Palo Alto, California, 94304.

## IV.    GENERAL ALLEGATIONS

### A.    Tesla Attempts to Enter the Automotive Manufacturing Market Despite Naturally High Barriers to Entry

39.    Tesla designs, develops, manufactures, and sells electric vehicles and electric vehicle powertrain components. The company also provides services for developing and selling electric powertrain systems and components to other automotive manufacturers. Tesla's vehicles are sold exclusively through its stores, as well as Tesla's self-branded website. According to Tesla, its use of proprietary technology and state-of-the-art manufacturing processes combine to make one of the safest vehicles on the road today.

40.    In 2008, Tesla entered the automobile manufacturing market with the production of the Tesla Roadster, an all-electric sports car. The Roadster used an electric motor powered by lithium-ion cells—smaller versions of which are often used in laptop-computer batteries—rechargeable from a standard electric outlet. Despite a federal tax credit of $7,500 for purchasing an electric vehicle, the Roadster's then $109,000 cost classified it as a luxury item.

41.    Tesla announced the development of the Model S four-door, all-electric sedan on June 30, 2008. Several months later, on March 26, 2009, Tesla first revealed the Model S prototype. It delivered its first Model S to market in June of 2012 but managed to produce fewer than 3,000 vehicles. In 2013, however, that number jumped to approximately 18,650.

42.    In the years prior to Tesla's entry into the electric automobile market, the automobile industry had investigated the potential for designing and manufacturing automobiles using alternative fuel sources. Electricity was a potential energy source, but a limited one because an automobile needs sufficient battery power to create sufficient performance and range to be marketable to the public. The cost of developing such a

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

battery was considered prohibitive and, even if borne, the resulting battery's price would be too dear for most Americans to afford. As a result, manufacturers brought some electric automobiles to market, but they were largely favored by environmentally conscious consumers willing to trade performance and range for a "clean" energy source at a premium price. This package attracted limited interest, and nowhere near sufficient numbers to execute Tesla's mass-market strategy.

43.    In short, Tesla challenged itself to combine the environmental friendliness of an all-electric vehicle with the performance of a sports car. But it was effectively starting from scratch. Its battery research and development were particularly expensive because Tesla had to push the existing envelope of both performance and range.

**B.    The Model S**

44.    Now, years later, Tesla proudly touts its vehicles' high performance. Tesla vehicles rate extremely high on standard performance metrics, with results that rival extremely expensive, gas-guzzling sports cars. For example, in its Fourth Quarter & Full Year 2016 Update, Tesla announced that its Model S P100D had posted a record setting 0 to 60 miles per hour in 2.275 seconds—the fastest vehicle acceleration that the popular automotive magazine Motor Trend had ever recorded, even "including million dollar, two-seat, gasoline-powered super cars with almost no cargo space."

45.    But Tesla has always intended to execute the mass-market strategy Musk had announced in 2008. And in order to sell the vast majority of consumers—many of whom have families and children—an automobile manufacturer must be able to sell safety. This is why Tesla has long prioritized a safety-conscious image that would someday assist its transition to the mass market.

46.    For example, beginning in September 2014, Tesla began manufacturing all its Model S vehicles with a camera mounted at the top of the windshield, forward looking radar, and ultrasonic acoustic location sensors that provide the vehicle's computer with a 360-degree view around the car. This equipment allowed the Model S to detect road signs, lane markings, obstacles, and other vehicles.

8

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

47.    And in March 2015, Tesla implemented an Automatic Emergency Braking system as part of its version 6.2 software update for the Model S. As described in more detail below, Tesla marketed the Automated Emergency Braking feature as a new "Collision Avoidance Assist" that would automatically engage the brakes with the purpose of reducing the impact of an unavoidable frontal collision.

48.    Beginning in October 2016, Tesla upgraded this hardware in all new Model S vehicles to include 8 surround cameras and 12 ultrasonic sensors, an impressive array of hardware for a single vehicle.

## C.    The Model X

49.    On February 9, 2012, Tesla announced it would develop a full-sized, all-electric, luxury crossover SUV called the Model X. Again, Tesla led its marketing push with the Model X's performance metrics, intended to distinguish it from other electric vehicles then on the market. To that end, Tesla announced that the "Tesla Model X Performance version will accelerate from 0 to 60 miles per hour in 4.4 seconds [making the] Model X faster than many sports cars, including the Porsche 911 Carrera."

50.    And then, by the time Tesla began delivering the Model X to North American consumers, it had managed to increase the power and performance of the Model X even beyond its own initial projections. Tesla offered the Model X in two performance packages: 1) the P90D, able to accelerate from 0 to 60 m.p.h. in 3.8 seconds; and 2) the Ludicrous P90D able to accelerate from 0 to 60 m.p.h. in 3.2 seconds. The Model X has a top speed of 155 m.p.h.

51.    Tesla now offers the Model X with a 100-kWh battery that can accelerate the Model X from 0 to 60 m.p.h. in as quick as a claimed 2.7 seconds when "Ludicrous Mode" is engaged.

52.    But not all was as rosy as Tesla claimed in its marketing pitch. Tesla had more than a few problems getting the Model X to market. Though Tesla announced the Model X line in 2012, the Model X line was not released until 2015. The delay resulted from technological and mechanical challenges Tesla confronted at just about every step

9

of the design and manufacturing process. For Tesla, the delay posed a double setback. Tesla had to expend more capital investment on research and development, while being unable to sell vehicles for additional revenue. These delays exponentially increased Tesla's financial risk, since its capital investments were extremely front-loaded.

53.     It was thus hardly surprising that reports of the Model X's problems immediately followed its release. Consumers reported that the Model X's doors would open and close unpredictably, and that its new "Auto-Pilot" feature was defective. There were other questions about a self-parking feature Tesla had installed in the Model X as well. As ABC News reported in April 2016, Tesla's own explanation for these problems was "hubris in adding too much new technology to the Model X in version 1."

**D.     The Model 3**

54.     Both the Model X and the Model S carried hefty price tags—approximately $75,000-$80,000 per vehicle—and occupied a luxury niche in the automobile market. But in September 2015, Tesla finally announced the Model 3, promising to unveil the vehicle in March 2016. Investors, consumers, and the general public anticipated this event precisely because the Model 3 appeared to mark the fulfillment of Musk's previously announced master plan. Finally, Tesla was in a position to meet its investors' expectations of developing and marketing a vehicle for the masses. Tesla's Model 3 announcement was a momentous step for Tesla's long-promised master plan.

55.     Tesla's financial success has never been a given, particularly given the costs necessary to overcome its immense barriers to entry in the automobile industry. Tesla's research and development expenses from 2010-2016 totaled nearly $3 billion alone. Manufacturing and other overhead costs added billions more. Tesla had also just been through the four-year development cycle of the Model X, increasing its costs and delaying the resulting revenue streams.

56.     Tesla's 2015 announcement of the Model 3 tackled the master plan head-on. In his introductory statement, Musk announced that the Model 3 would deliver a travel range of at least 215 miles beginning at a $35,000 price point—a point many thousands

10

of dollars lower than previous Tesla models. Indeed, Musk exulted at the time that "you will not be able to buy a better car for $35,000, even with no options." He also traded on Tesla's reputation for safety, again promising that the Model 3 would be "one of the safest cars in the world."

57.    And by the time of the Model 3's announcement, Tesla was dreaming even bigger than before. The announcement came just as the national interest was turning to fully autonomous driving. The premise that computerized systems could drive passengers more safely than human error will allow has long interested entrepreneurs and engineers, but recent technological advance has brought the future much closer to reality.

58.    For Tesla, of course, the move toward autonomous driving was a natural one, given that it was already manufacturing a "computer on wheels." There do remain both significant technological and regulatory challenges to fully autonomous driving, and Tesla is not the only corporation interested in solving the puzzle. Alphabet, the holding company for Google, has put its financial and technological might behind a self-driving project called Waymo. Uber, the ride-sharing application, visualizes thousands of driverless taxis that can move people from Point A to Point B, perhaps obviating the need not only for human drivers, but for automobile ownership altogether.[1] And traditional automobile manufacturers are all, either on their own or in partnership, working on their own autonomous solutions. Again, all of this innovation is at a cost of billions of dollars in research and development, and it is unknown whether any or all of these companies will ultimately succeed or whether, if they do, their efforts will be profitable. As such, any market advantage is a dear one, as it may spell the difference between success and failure. What all agree on, however, is that autonomous driving is an increasingly high-reward gamble, even given the risks.

---

[1] One former Google engineer who has since left Google to create his own start-up in the same industry described the competition in this way: "As strong as Google is, the field is stronger." In short, the competition is fierce, but the potential rewards lucrative enough to justify it.

11

59.     Thus, in October 2016, Tesla announced that the Model 3—and all Tesla models—would have the necessary hardware to become fully autonomous, even if the vehicle was not quite ready to use it for that purpose right away.

60.     The immediate market reaction to Musk's Model 3 announcement was muted, as analysts digested Tesla's plans and announced intentions. Nevertheless, shortly after the announcement Tesla's stock price spiked, rising from an immediate low of $192 in December 2016 to an all-time high of near $400 in June 2017—a near double largely credited to momentum created by Tesla's Model 3 story. The stock finished 2017 off its all-time highs, but still rose 46% for the year, again largely on the promise of the Model 3 rollout.

61.     While the stock price bounced around, Tesla's Model 3 announcement struck a chord with consumers, who reacted positively to Tesla's announcement that it would make its vehicles available at a more affordable price. Tesla invited anyone interested to make a reservation (complete with $1,000 deposit) to purchase a vehicle once the Model 3 became available to the public. Within a week, Tesla had collected 325,000 such reservations—reservations that would represent billions in potential sales if all executed—a game-changing amount of revenue for an innovative, but capital-burning, company. Tesla also issued $2 billion in new stock shares to fund the Model 3 ramp, a significant dilution of existing shareholders—but necessary to raise capital for the master plan. And, after a year, Tesla was sitting on 455,000 Model 3 reservations—a number presaging potential success.

62.     Tesla initially announced that the Model 3 would go on sale as early as mid-2017. But history began to repeat itself: The Model 3 suffered through delays caused by a host of design and production problems. By October 2017, Tesla reported producing only 260 Model 3 vehicles during the previous quarter, only one-eighth of the number Musk had earlier predicted Tesla could and would manufacture. And, in November 2017, Tesla announced a $619 million quarterly loss, and followed that announcement with additional announcements regarding Model 3 delays.

12

63.    And by early 2018, these delays had developed into an existential threat to Tesla itself. In both February and April 2018, Tesla had to suspend the Model 3's production "to improve automation and systematically address bottlenecks in order to increase production rates." And by Summer 2018, the media began reporting that consumers were cancelling their Model 3 reservations because of the delays.  With Tesla again burning cash and becoming almost solely dependent on a successful Model 3 launch, each cancellation further threatened Tesla's bottom line.[2]  Tesla was able to offer a limited number of higher-cost Model 3s throughout 2018 and early 2019, but still announced a staggering $702 million loss in the first quarter of 2019—a loss that would have been worse if not for the few Model 3s Tesla had been able to sell.

64.    Musk admitted many times in the aftermath of the Model 3's rollout that nothing less than Tesla's survival was at stake. In one particularly candid interview, he explained that "Tesla faced a severe threat of death due to the Model 3 production ramp. Essentially, the company was bleeding money like crazy and if we didn't solve these problems over a short period of time we would die. It was extremely difficult." Musk reported that he was personally sleeping on Tesla's factory floor to oversee the Model 3's production and working over 100 hours a week, a set of circumstances he reported "hurt his brain and heart."

65.    One of the main problems, as Musk explained in another interview, was that Tesla had tried to manufacture the vehicle by using robots "to automate things that are super easy for a person to do, but really hard for a robot to do."

66.    It appears that because of these delays and their effect on Tesla's bottom line, Tesla began to take shortcuts. Tesla employees have described a few of these shortcuts and quick fixes, making their public reports in anonymity so as to avoid

_____

[2] For years, the federal government had maintained a relatively generous tax subsidy program for purchasers of electric automobiles. Tesla was aware that the tax benefit was being phased out, and eventually eliminated at the end of 2019. As a result, Tesla was racing to take as much advantage of the underlying tax credit as possible.

13

reprisal. For example, four people working on one Tesla assembly line told a reporter that supervisors directed them to use electrical tape to patch cracks on plastic brackets and housing, even providing photographs. They further discussed skipping previously required vehicle tests to get vehicles out the factory door.

67.    It was not until March 2019 that Tesla was able to release the base $35,000 model Musk earlier had promised. And even then, reported delivery delays meant consumers were unable to take delivery of their vehicles until summer 2019 or later.

68.    Nevertheless, Tesla has now sold nearly 200,000 Model 3 automobiles, placing it well ahead of competitors' vehicles such as the Chevy Bolt and the Nissan Leaf. While analysts debate Tesla's relative fortunes and future, they unanimously credit Tesla's recent Model 3 sales with providing Tesla with a much-needed cash infusion to keep Tesla solvent and help finance future model lines, such as an announced hatchback version of the Model 3 and a rumored upcoming pickup truck line.

### E.    Tesla Markets the Safety of Vehicles

69.    It is no secret that touting the safety of its vehicles was central to Tesla's marketing campaigns. Tesla began by marketing its Model S sedan as being "designed from the ground up to be the safest car on the road." And in 2019, Tesla made statements referring to its Model 3 as having "the lowest probability of injury of all cars the safety agency has ever tested." But Tesla misrepresents the safety of its vehicles and ignores the dangers of its current technology.

70.    Equal with its staggering performance, Tesla marketed the Model X as being "designed to be the safest car on the road," with every Model X coming "standard with automatic emergency braking and side collision avoidance to prevent accidents from happening in the first place."

71.    Every Model X is equipped with "a forward-looking camera, radar, and 360 degree sonar sensors to enable advanced autopilot features."

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

Note: The exact detection zone may vary depending on environmental conditions.

72.    Tesla also promoted its "over-the-air software updates" allowing Tesla to "regularly improve the sophistication of these features, enabling increasingly capable safety and convenience features."

73.    Tesla equips the Model X with a pair of safety features called "Forward Collision Warning" and "Automatic Emergency Braking." As described in the Model X Owner's Manual:

> [T]he following collision avoidance features are designed to increase the safety of you and your passengers:
>
> Forward Collision Warning provides visual and audible warnings in situations where there is a high risk of a frontal collision . . . .
>
> Automatic Emergency Braking automatically applies braking to reduce the impact of a frontal collision . . . .
>
> The forward looking camera and the radar sensor are designed to determine the distance from any object (vehicle, motorcycle,

15

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

bicycle, or pedestrian) traveling in front of Model X. When a frontal collision is considered unavoidable, Automatic Emergency Braking is designed to automatically apply the brakes to reduce the severity of the impact.

When Automatic Emergency Braking applies the brakes, the instrument panel displays a visual warning and you'll hear a chime. You may also notice abrupt downward movement of the brake pedal. The brake lights turn on to alert other road users that you are slowing down.

. . .

Automatic Emergency Braking operates only when driving between 5 mph (8 km/h) and 85 mph (140 km/h).

Automatic Emergency Braking does not apply the brakes, or stops applying the brakes, in situations where you are taking action to avoid a potential collision. For example:

- You turn the steering wheel sharply.
- You press the accelerator pedal.
- You press and release the brake pedal.
- A vehicle, motorcycle, bicycle, or pedestrian, is no longer detected ahead.

74.    With these and other features, Tesla touts the Model X as being "the safest, fastest and most capable sport utility vehicle in history."

### 1.    Tesla Has Made False and Misleading Statements Regarding the Safety of the Class Vehicles, Which Pose a Danger to the Public

75.    A review of Tesla's public statements via Twitter, on its website, and in the press reveals that Tesla has been misrepresenting the safety of its vehicles for several years. For example, in 2013, Tesla coaxed consumers to purchase the Class Vehicles by stating "[h]ave you been behind the wheel of America's safest car yet? Sign up today and we'll get you in the driver's seat!" (Ex. 1 - Twitter Post, 9/13/2013.)

76.    More recently, in 2018, Tesla stated the following on its public website:

Based on the advanced architecture of Model S and Model X, which were previously found by the National Highway Traffic Safety Administration (NHTSA) to have the lowest and second lowest probabilities of injury of all cars ever tested, we engineered Model 3 to be the safest car ever built. Now, not only has Model 3 achieved a perfect 5-star safety rating in every category and sub-category, but NHTSA's tests also show that it has the lowest probability of injury of all cars the safety agency has ever tested.

16

(Ex. 2 - Tesla.com Website at https://www.tesla.com/blog/model-3-lowest-probability-injury-any-vehicle-ever-tested-nhtsa, 10/7/2018 [last viewed July 6, 2020].)

77.   Tesla went on to boldly state on Twitter that "[t]here is no safer car in the world than a Tesla." (Ex. 3 - Twitter Post, 10/8/2018.)

78.   And in response to consumer comments a few days later, Tesla stated "[e]xactly. A Tesla is objectively much safer in a crash than all other cars, according to NHTSA's *own* calculations. This is just physics!" (Ex. 4 - Twitter Post, 10/11/2018.)

79.   In an even more aggressive fashion (after being admonished by the NHTSA as noted below), Tesla published its own "Vehicle Safety Report" in 2020 that represented the following:

> At Tesla, we believe that technology can help improve safety. That's why Tesla vehicles are engineered to be the safest cars in the world. We believe the unique combination of passive safety, active safety, and automated driver assistance is crucial for keeping not just Tesla drivers and passengers safe, but all drivers on the road. It's this notion that grounds every decision we make – from the design of our cars, to the software we introduce, to the features we offer every Tesla owner.

(Ex. 5 - 2020 Tesla Vehicle Safety Report (Self-Published) on Tesla.com Website at https://www.tesla.com/VehicleSafetyReport#:~:text=That's%20why%20Tesla%20vehicles%20are,all%20drivers%20on%20the%20road [last viewed on July 6, 2020].)

80.   As recently as May 2020, Tesla stated publicly that "Tesla makes the safest cars in the world & our factory injury rate is better than industry avg & tracking to be better than any auto plant in North America. We care deeply about safety at a fundamental level." (Ex. 6 - Twitter Post, 5/14/2020.)

## 2.   Tesla's Misleading Statements about the Safety of the Class Vehicles Have Caught the Attention of Federal Regulators

81.   On October 17, 2018, the NHTSA sent a letter to Tesla's Elon Musk that stated the following:

> The National Highway Safety Administration (NHTSA) has recently become aware that your company has issued a number of misleading statements regarding the recent Government 5-Star Safety Ratings of the Tesla Model 3. This letter serves as notice

17

that your use of NHTSA 5-Star Ratings and associated data is inconsistent with NHTSA's Government's 5-Star Ratings for Motor Vehicles Advertising & Communication Usage Guidelines (Guidelines). Because your company has also previously failed to conform to these Guidelines, we are also referring this matter to the Federal Trade Commission's Bureau of Consumer Protection to investigate whether these statements constitute unfair or deceptive acts or practices.

(Ex. 7 – Ltr from NHTSA to Elon Musk, 10/17/2018.)

This is not the first time that Tesla has disregarded the Guidelines in a manner that may lead to consumer confusion and give Tesla an unfair market advantage. We have therefore also referred this matter to the Federal Trade Commission Bureau of Consumer Protection to investigate whether these statements constitute unfair or deceptive acts or practices.

(*Id.*)

## F.    SUA Problem

82.    Given Tesla's always perilous cash-flow situation and the ferociousness of its competition, it is easy to understand why Tesla's strategy is to release vehicles first and fix their problems later. Indeed, problems arose almost immediately following the Model X's release. A lawsuit was filed that highlighted the electronic nature of these problems, including the electronically activated doors that opened and closed unpredictably, the electronic self-parking feature that failed to work, and the electronically activated windows failing to open or close.

83.    Since then, the Model 3 has taken a similar journey to market. Since its release, consumers have complained about various reliability issues with the Model 3, and the popular consumer magazine Consumer Reports even pulled its endorsement of the vehicle for a time, questioning Tesla's "reliability" in doing so.

84.    The overriding safety flaw long reported by Tesla drivers is the SUA Defect, in which Tesla vehicles accelerate at full power even though the driver reports that he or she did not command the acceleration by pressing on the accelerator pedal, either at all, or not to the degree that would call for the application of full power.

85.    SUA is a well-known safety issue in the automobile industry. Though relatively rare, the danger of a vehicle accelerating uncontrollably is obvious. According

18

1   to a NASA study of unintended acceleration reports to the National Highway Traffic

2   Administration from 2000 to 2010, the rate of SUA incidents was 1 per 100,000 vehicles

3   per year.

4          86.    Tesla's problem appears to be much worse. By way of comparison, SUA

5   became a very public issue in 2010 when Toyota was sued by hundreds of injured parties

6   for alleged SUA events. Toyota paid hundreds of millions of dollars in settlement to

7   victims and owners to resolve claims that an electrical defect in Toyota vehicles was

8   causing these SUA events. And Toyota eventually paid the United States government

9   $1.2 billion in fines for concealing this safety defect.

10         87.    And despite the size and scope of Toyota's problem, a December 2009

11  Consumer Reports[3] analysis of SUA event ratios for Toyota's 2008 model year vehicles

12  reported that Toyota vehicles were reporting approximately 2 SUA events per 100,000

13  vehicles (1 per 50,000 vehicles), or double the average NHTSA reported.

14         88.    In 2016, one year after the launch of its Model X in the United States, Tesla

15  was put on notice of the nature and extent of the SUA Defect in its Model X vehicle,

16  when a lawsuit was filed alleging that NHTSA had received 13 SUA complaints in its

17  Model X in its first year on the road—**a staggering rate of 71 SUA incidents per**

18  **100,000 vehicle per year**.

19         89.    In addition to these prior lawsuits, one of the most important sources of field

20  data regarding this issue is the National Highway Traffic Safety Administration's

21  Consumer Complaint Database. This publicly available database contains all motor

22  vehicle-related consumer complaints submitted to NHTSA since January 2000.

23  Consumers submit what is called a "Vehicle Owner Questionnaire," in which they are

24  asked to provide information including the make, model, and model year of the vehicle,

25  the approximate incident date, the mileage at which the incident occurred, whether the

26

27  _____

28  [3] http://www.consumerreports.org/cro/news/2009/12/analysis-shows-over-40-percent-of-sudden-acceleration-complaints-involve-toyotas/index.htm [last viewed on July 6, 2020].

19

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

incident involved a crash or a fire, whether any persons were injured or killed in the incident, the speed of the vehicle at the time of the incident, and a description of the incident along with a description of the vehicle components the complainant believes were involved in the incident. The majority of consumer complaints are submitted online at www.safercar.gov, where consumers can input this information directly into the database through their computer. They can also submit complaints by telephone through the Auto Safety Hotline, through submitting a paper Vehicle Owner Questionnaire form, and by submitting consumer letters to NHTSA by mail. This information is then entered into NHTSA's ARTEMIS database where it can be searched and reviewed by the general public and vehicle manufacturers alike, by make, model, model year, and component. NHTSA promotes this database as a valuable consumer information tool.

90.    When Plaintiffs filed the original complaint in this action on January 20, 2020, they identified 101 complaints that had been filed with NHTSA reporting newly identical instances of sudden uncommanded acceleration:

- Model S owners had made 57 reports to NHTSA reporting having experienced uncommanded full power acceleration either while in the act of parking the Model S or while driving at slow speed. Many of these reported incidences have caused crashes.

- Model X owners had made 26 reports to NHTSA reporting an experience of uncommanded full power acceleration either while in the act of parking the Model X, or while driving at slow speed. Many of these reported incidences have caused crashes.

- And in the 30 months following the introduction of the Model 3, their owners had made 26 reports to NHTSA reporting having experienced uncommanded full power acceleration either while in the act of parking the Model 3 or while driving at slow speed. Many of these reported incidences have caused crashes.

91.    But in the six months since the filing of the original Complaint on January 20, 2020, Tesla owners have filed an additional 60 complaints.

20

92.    In addition, Plaintiffs have identified another 31 complaints regarding nearly identical instances of sudden uncommanded acceleration that were misclassified in the in NHTSA database.

93.    Therefore, as of the date of the filing of this Second Amended Complaint, NHTSA has received a combined total of 192 SUA reports for tesla vehicles. According to the auto industry publication InsideEVs, Tesla sold approximately 543,540 vehicles in the United States from 2013-2019, with over half of those having been sold since 2018. Thus, the number of Tesla SUA incidents per 100,000/year is many multiples of the historical 1 SUA incident per 100,000 per year that NHTSA has historically reported.

94.    The 192 complaints are striking in the similarity of the descriptions of the circumstances under which SUA events occur. They are also alarming in that the incidents reflected in these complaints indicate that SUA events involving Tesla vehicles have caused 171 crashes and injured 64 people.

95.    They are also striking in how they are distributed across all Tesla models and model years:

| Tesla SUA Complaints Submitted to NHTSA | | | |
|---|---|---|---|
| | Model S | Model X | Model 3 | Total |
| 2013 | 17 | N/A | N/A | 17 |
| 2014 | 10 | N/A | N/A | 10 |
| 2015 | 18 | N/A | N/A | 18 |
| 2016 | 16 | 22 | N/A | 38 |
| 2017 | 15 | 7 | N/A | 22 |
| 2018 | 12 | 15 | 23 | 50 |
| 2019 | 1 | 2 | 22 | 25 |
| 2020 | 0 | 5 | 7 | 12 |
| Total | 94 | 46 | 52 | 192 |

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

96.     The following are the consumer complaints submitted to NHTSA relating to claims of sudden uncommanded acceleration in Tesla vehicles: [4]

January 19, 2020 **NHTSA ID NUMBER: 11300279**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11300279

**Incident Date** August 15, 2019

**Consumer Location** BELLE HARBOR, NY

**Vehicle Identification Number** 5YJSA1DP9CF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0
CAUSE UNKNOWN. THE VEHICLE WAS STOPPED JUST BEFORE ENTERING INTO A HEAD IN PARKING SPACE WHEN WITH THE BRAKE DEPRESSED, THE VEHICLE ACCELERATED SUDDENLY AND UNCONTROLLABLY CAUSING IT TO JUMP THE CURB AND TAKE DOWN A RETAINING WALL. IT CONTINUED THROUGH THE WALL UNTIL IT WAS STOPPED BY A TREE. VEHICLE WAS A TOTAL LOSS.

VEHICLE SETTINGS AT THE TIME OF INCIDENT WERE AS FOLLOWS: THERE IS NO AUTOPILOT ON THIS MODEL S AND CRUISE CONTROL WAS OFF. ADDITIONALLY, THE CAR WAS SET WITH CREEP MODE OFF. HVAC WAS ON.

**1 Affected Product**

**Vehicle**

---

[4] The following complaints are reproduced as they appear on the NHTSA website. Any typographical errors are attributable to the original author of the complaint. Emphasis added to original text is denoted by bold underlining.

22

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2012 |

March 2, 2016 **NHTSA ID NUMBER: 10839579**
**Components: SERVICE BRAKES, ENGINE, STRUCTURE**

**NHTSA ID Number:** 10839579

**Incident Date** February 24, 2016

**Consumer Location** PLEASANTON, CA

**Vehicle Identification Number** 5YJSA1CN0DF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

SLOWLY PULLING INTO A PARKING SPOT AT A STRIP MALL, I RELEASED MY FOOT OFF OF THE GAS, LIGHTLY TAPPED BRAKE AND THE CAR "UNINTENTIONALLY ACCELERATED" INTO A PALM TREE IN FRONT OF A BRICK PILLAR AT A STRIP MALL. I BACKED OUT TO ASSESS THE DAMAGE. HUSBAND WAS WITNESS IN DRIVER'S SEAT. THIS IS THE 2ND TIME THIS HAPPENED TO ME, (LAST YEAR AT A GROCERY STORE PARKING LOT) ALTHO THE FIRST TIME NO DAMAGE WAS DONE AND NO REPORTS WERE FILED. POOR DECISION IN HINDSIGHT! SINCE NO PERSON WAS INJURED, THE POLICE DEPT WOULD NOT TAKE A REPORT. INSURANCE WAS CALLED AS WELL AS TESLA. TESLA TOOK 6 DAYS TO PULL LOGS AND ASSURED US IT WAS BEING TAKEN SERIOUSLY AND ESCALATED TO MANAGEMENT. WE RECEIVED A CALL YESTERDAY FROM TOSHA AT TESLA, RELAYING THAT THEY DETERMINED THAT T WAS DRIVER ERROR AND LOG REPORTS SHOW THAT AS THE CAR WAS PULLING INTO THE SPOT, IT WAS ON A 3 ON A SCALE OF 100 AND THEN IT ACCELERATED 87% AND THE BRAKE WAS

23

APPLIED. DOES NOT MAKE LOGICAL SENSE THAT THE CAR COULD ACCELERATE 87% IN A MATTER OF 2 FEET! I AM 150% SURE I DID NOT HIT THE ACCELERATOR. I AM 47, NOT A 90 YR OLD WOMAN WHO MAY HAVE PEDAL CONFUSION. THIS HAS NEVER HAPPENED WITH ANY OF OUR OTHER NON-TESLA CARS NOR IN MY 40+ YEARS OF DRIVING CARS OR MOTORCYCLES. THEIR RESPONSE IS SUSPECT AND WE ARE QUITE FRANKLY FEARFUL TO DRIVE THE CAR SAFELY. THIS STIP MALL HAS LOTS OF PEOPLE THAT WALK BY, ESP ELDERLY AND THE FACT THAT NO ONE OR THE PILLAR WAS HIT IS A BLESSING. AIR BAGS DID NOT DEPLOY. I WILL BE ASKING TESLA FOR A WRITTEN REPORT OF THEIR FINDINGS BUT NOT CONFIDENT IT WILL BE PROVIDED. WE PLAN TO SEEK COUNSEL AS WELL ESP SINCE THIS IS CONSIDERED AN "AT FAULT ACCIDENT".

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2013 |

March 30, 2018 **NHTSA ID NUMBER: 11082114**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11082114

**Incident Date** March 27, 2018

**Consumer Location** SAN RAMON, CA

**Vehicle Identification Number** 5YJSA1CP2DF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

24

**INJURIES0**

**DEATHS0**

SUDDEN UNINTENDED ACCELERATION TESLA. I DROVE MY TESLA FROM WORK, DRIVING OVER 35MILES DURING RUSH HOUR OF THE BAY AREA. WHEN I ENTERED MY SUBDIVISION, I WAS DRIVING AT 10 MPH, PULLED INTO MY DRIVEWAY MADE 90 DEGREES TURN AT 5 MPH, APPLIED THE BRAKES. INSTEAD OF STOPPING, CAR SPED UP AT EXTREMELY HIGH ACCELERATION. IT DROVE THROUGH THE GARAGE DOOR, HIT MASERATI PARKED IN THE GARAGE, AND A MOTORCYCLE PARKED NEXT TO IT. THE MASERATI TRUNK WAS PUSHED IN APPROX 3 FEET, IT SLID SIDEWAYS, HIT THE PILLAR, SMASHING DRIVER DOOR AND WINDOW, SLID TO THE FRONT AND HIT THE MOTORBIKE PARKED NEXT TO IT. IT COMPLETELY SMASHED THE REAR TRUCK, FRONT AND SIDE OF THE MASERATI. IT SMASHED THE FRONT END OF THE MOTORCYCLE. THERE WERE FLUIDS FRONT TESLA, MASERATI, AND BIKE ALL OVER THE GARAGE. THE BATTERY IN MASERATI EXPLODED LEAKING ACID ALL OVER THE GARAGE. WE THOUGHT THE FUEL TANK IN MASERATI BROKE. WE HAD TO CALL 911, DOZENS OF PERSONNEL SHOWED UP INCLUDING SEVERAL FIRE TRUCKS, POLICE CARS, AMBULANCE, HAZMAT AMONG OTHERS. THEY SPEND OVER THREE HOURS CONTROLLING THE SITUATION. THEY HAD TO CUT THE GARAGE DOOR TO PULL OUT THE MASERATI AND TESLA. IT WAS TOWED TO A STORAGE FACILITY NEARBY. MASERATI WAS DECLARED A TOTAL LOSS. I WAS COMPLETELY SHAKEN AND HAVE NOT BEEN ABLE TO SLEEP AT ALL FOR LAST THREE DAYS. WHAT IF MY KIDS HAD BEEN PLAYING IN THE DRIVEWAY OR IN FRONT OF THE HOUSE. AFTER DOING SOME RESEARCH I FOUND THIS IS NOT A RANDOM INSTANCE. THERE ARE DOZENS IF NOT HUNDREDS OF SIMILAR INCIDENTS WHEREIN, WHEN A DRIVER MAKES A SHARP TURN INTO A DRIVEWAY OR GARAGE AND APPLIES THE BRAKE, RATHER THAN SLOWING DOWN CAR JUST DECIDES TO SPEED UP LIKE A BULLET AND GOES THROUGH THE WALLS OR WHATEVER COMES ITS WAY. I HAVE STOPPED DRIVING FOR FORESEEABLE FUTURE, I AM NOT GOING TO PUT MY STEP IN ANOTHER TESLA FOR MY SAFETY AND SAFETY OF OTHERS. STAY AWAY FROM THIS UNPROVEN TECHNOLOGY FOR YOUR/OTHERS

**1 Affected Product**
**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2013 |

March 26, 2018 **NHTSA ID NUMBER: 11081382**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11081382

**Incident Date** March 17, 2018

**Consumer Location** MCMINNVILLE, OR

**Vehicle Identification Number** 5YJSA1CN5DF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNED A 2013 TESLA MODEL S. THE CONTACT STATED THAT WHILE STATIONARY WITH THE BRAKE PEDAL DEPRESSED, THE VEHICLE INDEPENDENTLY ACCELERATED RAPIDLY WITHOUT WARNING AND CRASHED INTO A WALL. THE AIR BAGS DEPLOYED. A POLICE REPORT WAS FILED. THERE WERE NO INJURIES SUSTAINED BY THE CONTACT. THE VEHICLE WAS TOWED AND DEEMED DESTROYED. A DEALER WAS NOT CONTACTED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 40,000.

**1 Affected Product**
**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2013 |

**March 6, 2017 NHTSA ID NUMBER: 10958834**
**Components: SERVICE BRAKES, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10958834

**Incident Date** March 4, 2017

**Consumer Location** SAN JOSE, CA

**Vehicle Identification Number** 5YJSA1CP2DF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

THE DRIVER OF OUR CAR WAS PARKING OUR TESLA MODEL S P85+ AND SLOWLY MOVING INTO THE PARKING SPOT NEARING THE FINAL DISTANCE IN TO THE SPOT, WHEN THE CAR SUDDENLY LURCHED FORWARD, HITTING AND KNOCKING DOWN A LIGHT POLE. THE DRIVER DID NOT CAUSE THIS ACCELERATION TO OCCUR AND WAS QUITE SURPRISED TO HAVE THIS HAPPEN.

THERE WERE NO INJURIES INVOLVED IN THE INCIDENT, BUT A LIGHT POLE LOCATED 1.5 FEET WAY FROM END OF THE PARKING SPOT WAS KNOCKED DOWN AND WE HAVE MINIMAL DAMAGE TO THE FRONT OF THE VEHICLE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2013 |

August 18, 2015 **NHTSA ID NUMBER: 10749575**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 10749575

**Incident Date** August 4, 2015

**Consumer Location** RANCHO SANTA FE, CA

**Vehicle Identification Number** 5YJSA1DN5DF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNS A 2013 TESLA MODEL S. THE CONTACT STATED THAT THE VEHICLE SUDDENLY ACCELERATED WITHOUT WARNING TO ITS MAXIMUM ACCELERATION RATE AND CRASHED INTO FIVE PARKED VEHICLES. THE DRIVER SIDE OF THE VEHICLE WAS DAMAGED AND THE AIR BAGS DID NOT DEPLOY. THERE WERE NO INJURIES. A POLICE REPORT WAS FILED. THE VEHICLE WAS TOWED AWAY BY AAA. THE MANUFACTURER WAS NOTIFIED BUT WAS UNABLE TO ADVISE THE CONTACT OF THE CAUSE OF THE FAILURE. THE FAILURE MILEAGE WAS 9,021.

**1 Affected Product**
**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2013 |

September 26, 2013 **NHTSA ID NUMBER: 10545488**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10545488

**Incident Date** July 29, 2013

**Consumer Location** LAGUNA HILLS, CA

**Vehicle Identification Number** 5YJSA1CN1DF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

I WAS AT A FULL STOP WAITING TO TURN LEFT INTO THE PARKING GARAGE. WHEN IT WAS CLEAR OF ONCOMING TRAFFIC FOR ME TO MAKE THE LEFT TURN, I RELEASED MY FOOT OFF THE BRAKE PEDAL AND THE CAR INSTANTLY SURGED FORWARD VERY FAST AND HIT ANOTHER VEHICLE PARKED IN THE FRONT OF THE GARAGE. THIS ALL HAPPENED SO QUICKLY THAT I DID NOT HAVE TIME TO AVOID THE IMPACT. THE TIME OF OCCURRENCE WAS IN BROAD DAYLIGHT AT ABOUT 6PM PST.

I HAVE DRIVEN THIS CAR FOR ALMOST 10000 MILES PRIOR TO THE ACCIDENT AND KNOW HOW TO HANDLE THE CAR AND UNDERSTAND THE TORQUE THIS CAR HAS. I HAVE MADE THOUSANDS UPON THOUSANDS OF STOPS AND STARTS WITH THIS VEHICLE AND THIS IS THE FIRST TIME THIS HAS EVER HAPPENED. THERE IS NO OTHER TERM TO

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

DESCRIBE THIS OTHER THAN SUDDEN ACCELERATION.

THE LOCAL POLICE DEPARTMENT DISPATCHED AN OFFICER AND NO DRUGS OR ALCOHOL WAS INVOLVED. *JS

TESLA INSTRUCTED THEIR STAFF TO NOT COMMUNICATE WITH ME ABOUT THIS ACCIDENT. *JS

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2013 |

September 24, 2013 **NHTSA ID NUMBER: 10545230**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10545230

**Incident Date** September 21, 2013

**Consumer Location** SAN DIEGO, CA

**Vehicle Identification Number** 5YJSA1CN9DF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

THE CAR WAS GOING AT ABOUT 5 MPH GOING DOWN A SHORT RESIDENTIAL DRIVEWAY. BRAKE WAS CONSTANTLY APPLIED. THE CAR SUDDENLY ACCELERATED. IT HIT A CURB AND THE MIDDLE PORTION OF

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

THE CAR LANDED ON A 4.5 FT HIGH VERTICAL RETAINING WALL. THE WALL IS ONE FOOT AWAY FROM THE CURB. THE FRONT PORTION OF THE CAR WAS HANGING UP IN THE AIR. THE CAR WAS AT ABOUT 45 DEGREE UP AND ABOUT 20 DEGREE TILTED TOWARD THE RIGHT SIDE. AN ENGINEER FROM TESLA SAID THE RECORD SHOWED THE ACCELERATING PEDAL WAS STEPPED ON AND IT ACCELERATED FROM 18% TO 100% IN SPLIT SECOND. HE BLAMED MY WIFE STEPPING ON THE ACCELERATING PEDAL. BUT HE ALSO SAID THERE WAS A BUILT-IN SAFE-GUARD THAT THE ACCELERATOR COULDNOT GO BEYOND 92%. THE STATEMENTS ARE CONTRADICTORY. IF THERE IS A SAFEGUARD THAT THE ACCELERATOR CANNOT GO BEYOUND 92%, THERE WOULD BE NO WAY THAT MY WIFE COULD STEP ON IT 100%. THERE WERE SOME MECHANICAL PROBLEM THAT CAUSED THE ACCELERATOR TO ACCELERATE ON ITS OWN FROM 18% TO 100% IN SPLIT SECOND. *LN UPDATED 12/30/2013 *JS

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2013 |

December 14, 2019 **NHTSA ID NUMBER: 11289019**

**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11289019

**Incident Date** December 10, 2019

**Consumer Location** ANDOVER, MA

**Vehicle Identification Number** 5YJSA1CN2DF****

**Summary of Complaint**

**CRASH**Yes

**FIRENo**

**INJURIES0**

**DEATHS0**

ON TUESDAY, DECEMBER 10, MY WIFE WAS SLOWLY APPROACHING OUR GARAGE DOOR WAITING FOR THE GARAGE DOOR TO OPEN WHEN THE CAR SUDDENLY LURCHED FORWARD SPEED SUCH THAT THE CAR WENT THROUGH THE GARAGE DOOR DESTROYING TWO GARAGE DOORS, THE LOAD BEARING COLUMN BETWEEN THE TWO DOORS. A LOLLY COLUMN INSIDE THE GARAGE WAS BROKEN IN TWO PIECES AND OUR OTHER CAR IN THE GARAGE WAS DAMAGED AS WERE OTHER ITEMS IN THE GARAGE. THE CAR EVENTUALLY STOPPED WHEN IT HIT THE CONCRETE WALL OF THE GARAGE BUT TWO MARKS ON THE GARAGE FLOOR INDICATE THE REAR DRIVE WHEELS CONTINUED TO SPIN EVEN AFTER HITTING THE CONCRETE WALL. WE ARE THE ORIGINAL OWNERS OF THIS CAR AND HAVE DRIVEN IT FOR 6 1/2 YEARS SO WE ARE VERY FAMILIAR WITH THE CAR. THANKFULLY, SHE WAS NOT INJURED.

**1 Affected Product**

|  | a) | Vehicle |
| --- | --- | --- |

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2013 |

August 24, 2015 **NHTSA ID NUMBER:** 11330774

**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 10758908

**Incident Date** May 7, 2013

32

**Consumer Location** THOUSAND OAKS, CA

**Vehicle Identification Number** 5YJSA1CG5DF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

THIS ACCIDENT REPORT IS A PREVIOUS ACCIDENT INVOLVING THE SAME 2013 TESLA MODEL S 60 AS REPORTED IN THE NHTSA REPORT FILED ON AUGUST 24, 2015.

ON MAY 7, 2013 WHILE DRIVING MY 2013 MODEL S 60, I PULLED INTO A PARKING SPACE IN THOUSAND OAKS, CALIFORNIA MAKING A LEFT TURN INTO THE SPOT. AS I PULLED IN, I LET MY FOOT OFF OF THE ACCELERATOR, AND APPLIED THE BREAK. THE CAR LURCHED FORWARD, JUMPING A PARKING BLOCK, THEN OVER A CURB, AND FINALLY INTO A CEMENT LIGHT POST. THE AIRBAGS DEPLOYED AND I WAS STUNNED.

I IMMEDIATELY CALLED TESLA WHO SENT A QUALIFIED TESLA TOW TRUCK. IT TOOK TWO HOURS TO GET THE CAR ONTO A FLAT-BED TRUCK BECAUSE THE CAR LOST ALL POWER AND SHUT DOWN. IT HAD TO BE DRAGGED OVER TWO PARKING BLOCKS, SUSTAINING EVEN MORE DAMAGE. TESLA SENT THE CAR DIRECTLY TO THE BODY SHOP. I INSISTED THAT THEY RUN A DIAGNOSTIC TEST BECAUSE I WAS (AND STILL AM) CERTAIN THAT THE CAR ACCELERATED ON ITS OWN. THE VAN NUYS SERVICE CENTER REP SAID THAT THE CAR HAD TO BE REPAIRED FIRST BEFORE ANY DIAGNOSTIC TEST COULD BE RUN. AFTER THREE WEEKS I RECEIVED A LETTER FROM TESLA. THE ENGINEERS REPORTED TO ME THAT THE ACCELERATOR WAS DEPRESSED TO 48%, SECONDS BEFORE THE ACCIDENT AND 98.4% AT THE TIME OF IMPACT. I STILL BELIEVE THAT THE CAR ACCELERATED BY ITSELF.

IT IS MY SINCERE HOPE THAT BY REPORTING THIS ACCIDENT (AND THE SUBSEQUENT ACCIDENT ON JULY 16, 2015) FURTHER INVESTIGATIONS CAN BE CONDUCTED BEFORE PEOPLE ARE SERIOUSLY INJURED OR

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

WORSE. MY INSURANCE COMPANY (FARMERS) DOES NOT INTEND TO INVESTIGATE. IT IS LESS EXPENSIVE FOR THEM TO PAY FOR A REPLACEMENT VALUE THAN TO DETERMINE THE TRUE CAUSE OF THIS INCIDENT. FORTUNATELY, YOU AND YOUR AGENCY ASPIRE TO A HIGHER PURPOSE.

**1 Affected Product**

| | b) Vehicle | |
| --- | --- | --- |
| **MAKE** | **MODEL** | **YEAR** |
| TESLA | MODEL S | 2013 |

October 9, 2018 **NHTSA ID NUMBER: 11139174**
**Components: ELECTRICAL SYSTEM, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11139174

**Incident Date** October 7, 2018

**Consumer Location** KIRKLAND, WA

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0
TL* THE CONTACT WAS LOANED A 2014 TESLA MODEL S. WHILE ATTEMPTING TO PARK THE VEHICLE IN THE DRIVEWAY, IT SPONTANEOUSLY ACCELERATED AND CRASHED INTO ANOTHER

34

VEHICLE PARKED IN THE DRIVEWAY. THE AIR BAGS DEPLOYED. THERE WERE NO INJURIES. AFTER APPROXIMATELY ONE HOUR, THE VEHICLE DOORS AUTOMATICALLY LOCKED AND COULD NOT BE UNLOCKED WITH THE KEY FOB. A POLICE REPORT WAS NOT FILED. THE VEHICLE WAS NOT TAKEN TO THE DEALER FOR DIAGNOSTIC TESTING. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE AND VIN WERE UNKNOWN. *DT

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2014 |

May 1, 2017 **NHTSA ID NUMBER: 10982961**
**Components: STRUCTURE, SERVICE BRAKES, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10982961

**Incident Date** February 14, 2017

**Consumer Location** WEST PALM BEACH, FL

**Vehicle Identification Number** 5YJSA1S18EF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

I WAS PARKING MY CAR I HEARD AND FELT THE CAR BEGIN TO ACCELERATE. I PUT THE CAR IN PARK AND STEP FIRMLY ON THE BRAKE PEDDLE.THEN OF IT OWN VOLITION IT MOUNTED THE ADJOINING

35

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

EMBANKMENT AND COLLIDED WITH THE TREE. THIS CAUSED EXTENSIVE FRONT END DAMAGE.

**1 Affected Product Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2014 |

February 15, 2016 **NHTSA ID NUMBER: 10836289**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 10836289

**Incident Date** September 14, 2015

**Consumer Location** SEATTLE, WA

**Vehicle Identification Number** 5YJSA3H12EF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

DRIVER PURCHASED A 2014 TESLA MODEL S CAR IN JUNE 2015 FROM THE HANGZHOU CHINA DEALERSHIP. THIS CAR WAS DRIVEN MODERATELY IN THE FOLLOWING MONTHS. IN SEPTEMBER 14, 2015, THE CAR WAS BEING DRIVEN WITHIN A SMALL, ENCLOSED HOUSING COMPOUND. THE CAR WAS GOING VERY SLOW AS THE DRIVER WAS TURNING TO EXIT THE COMPOUND THROUGH A GATED ENTRANCE. THE CAR SUDDENLY ACCELERATED WITHOUT THE DRIVER'S ASSISTANCE AND DROVE THROUGH THE TRAFFIC GATE BEFORE THE DRIVER WAS ABLE TO

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

QUICKLY BREAK AND BRING THE CAR TO A STOP.

ELECTRONIC RECORDS ACCESSED ON SEPTEMBER 15, 2015 REVEALED THE FOLLOWING INFORMATION: THE CAR WAS ORIGINALLY BEING DRIVEN AT 4.7 KM/HR WITH THE ACCELERATION PEDAL DEPRESSED AT 2.8%. WITHIN ONE SECOND, THE ACCELERATION PEDAL WENT FROM BEING DEPRESSED 2.8% TO 84.8% AND THE CAR INCREASED TO 10.75 KM/HR. DURING THE FOLLOWING SECOND, THE CAR'S RECORDS SHOW THE ACCELERATION PEDAL TO CONTINUE TO BE COMPRESSED AT 84% WITH THE SPEED INCREASING TO 18.35 KM/HR, BUT WITH THE BREAK PEDAL ALSO BEING SIMULTANEOUSLY COMPRESSED. IN THE SUBSEQUENT SECOND, THE ANTI-LOCK BRAKES INITIATED, AND THE CAR WAS BROUGHT TO A STOP A SECOND LATER.

WE REJECT THE DEALERSHIP'S DECISION THAT THIS WAS DRIVER'S ERROR. IN SUCH A NARROW ENVIRONMENT AS THE HOUSING COMPOUND, AND DURING A SLOW AND CONTROLLED TURN, THERE THE DRIVER HAD NO REASON TO PUT SIGNIFICANT PRESSURE ON THE ACCELERATION PEDAL AS THE RECORDS SHOW – WHETHER INTENTIONAL OR UNINTENTIONAL. WE ALSO FEEL THAT IT WOULD HAVE BEEN DIFFICULT FOR THE DRIVER TO PUSH BOTH THE ACCELERATOR AND BREAK PEDAL TO SUCH A DEGREE SIMULTANEOUSLY. THEREFORE, WE BELIEVE THAT THE CAR EXPERIENCED AN UNINTENDED ACCELERATION, WHICH WAS NOT OF THE DRIVER'S CAUSING.

THERE HAVE BEEN MANY SIMILAR REPORTS OF TESLA MODEL S UNINTENDED ACCELERATION CRASHES IN CHINA. WE FEEL THAT THIS IS A SERIOUS SAFETY HAZARD WHICH NEEDS TO BE FURTHER INVESTIGATED.

**1 Affected Product**
**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2014 |

September 29, 2014 **NHTSA ID NUMBER: 10639849**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10639849

**Incident Date** July 19, 2014

**Consumer Location** BAKERSFIELD, CA

**Vehicle Identification Number** 5YJSA1H13EF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNS A 2014 TESLA MODEL S. WHILE PULLING INTO A PARKING SPACE, THE VEHICLE SURGED FORWARD, JUMPED THE CURB, AND CRASHED INTO A BUILDING. A POLICE REPORT WAS FILED. THERE WERE NO INJURIES. THE VEHICLE WAS TOWED TO AN IMPOUND LOT. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 1,200.

**1 Affected Product**
**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2014 |

September 29, 2014 **NHTSA ID NUMBER: 10639935**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 10639935

**Incident Date** July 19, 2014

**Consumer Location** BAKERSFIELD, CA

**Vehicle Identification Number** 5YJSA1H13EF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES1**

**DEATHS0**

I PULLED SLOWLY IN TO A PARKING SPOT & MY CAR WAS AT A STOP POSITION JUST READY TO PUSH PARK BUTTON. WITHIN A SPLIT OF A SECOND, MY CAR (TESLA) JUMPED THE CURB AND TRAVELED 5' OF SIDEWALK BREAKING A GLASS WALL & TRAVELING THROUGH A RESTAURANT BREAKING TABLES & CHAIRS WITHIN COUPLE OF SECONDS W/O ME ACCELERATING THE PEDAL. BRAKE PEDAL WAS APPLIED BY ME HALF WAY THROUGH THE RESTAURANT BEFORE THE CAR STOPPED. NO SERIOUS INJURIES TO ANYONE. TESLA WAS NOTIFIED & THIS IS THE LOG FILE DATA WORD BY WORD FROM THEM. ?AT THE TIME OF THE INCIDENT THAT RESULTED IN DAMAGE TO YOUR VEHICLE, YOU INCREASED THE ACCELERATOR PEDAL POSITION FROM 1% TO 50% IN LESS THAN ONE SECOND WITHOUT DEPRESSING THE BRAKE PEDAL. ONE SECOND LATER, YOU INCREASED THE ACCELERATOR PEDAL TO

39

100% WITHOUT DEPRESSING THE BRAKE PEDAL. ONE SECOND LATER, YOU CONTINUED DEPRESSING THE ACCELERATOR PEDAL AT 100% WITHOUT DEPRESSING THE PEDAL; HOWEVER, THE VEHICLE'S TRACTION CONTROL ENGAGED & THEREFORE LIMITED THE VEHICLE'S TORQUE DESPITE THE FACT YOU WERE DEPRESSING THE ACCELERATOR PEDAL AT 100% UNTIL YOU DEPRESSED THE BRAKE PEDAL IN THE FOLLOWING SECOND.? INSUFFICIENT INFORMATION PROVIDED BY TESLA. HOW MUCH WAS THE ACCELERATOR PEDAL DEPRESSED? SPEED OF THE CAR? DISTANCE TRAVEL? HOW DOES THIS PROVE THAT THIS IS NOT SUDDEN ACCELERATION? THE LOG DOES PROVE THAT I WAS AT A STOP. MY CAR WILL BE TOTALED BUT IS STILL SITTING AT STORAGE WITH INSURANCE COMPANY FOR A SHORT PERIOD OF TIME. MANY ACCIDENTS WITH TESLA HAS OCCURRED, EVEN JUST LIKE MINE IN TO A RESTAURANT( HTTP://INSIDEEVS.COM/TESLA-MODEL-S-CRASHES-THROUGH-RESTAURANT-DRIVER-BLAMES-IT-ON-UNINTENDED-ACCELERATION/) (HTTP://WWW.MOTORAUTHORITY.COM/NEWS/1087171_TESLA-MODEL-S-UNINTENDED-ACCELERATION-COMPLAINT-FILED-WITH-NHTSA.) THEY CAN'T ALL BE DRIVERS FAULT. NHTSA NEEDS TO INVESTIGATE THE BOX IN THE CAR BEFORE FATAL INJURIES OCCUR. PUBLIC SAFETY SHOULD BE THE PRIORITY. *TR

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2014 |

March 8, 2016 **NHTSA ID NUMBER: 10845619**

**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 10845619

**Incident Date** March 2, 2016

40

**Consumer Location** SILVERADO, CA

**Vehicle Identification Number** 5YJSA1H11EF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

I WAS STOPPED AT A RED LIGHT AT AN INTERSECTION THE EVENING OF MARCH 2, 2016, WITHOUT ANY NOTICE, THE CAR ABRUPTLY ACCELERATED AND HIT THE CAR IN FRONT OF ME. MY FOOT WAS ONLY ON THE BRAKE, SO THERE WAS NO REASON FOR THE CAR TO MOVE FORWARD, THERE WAS DAMAGE TO MY CAR, THE CAR IN FRONT OF ME AND A THIRD CAR.

I EXPERIENCE THIS ACCELERATION PROBLEM OCCURRED WITH THIS CAR BEFORE, BUT NO HAZARDOUS EVENT OCCURRED. IS THERE A PROBLEM WITH THE COMPUTER OVERRIDING THE CONTROL OF THIS CAR?

**1 Affected Product**

| | c) | Vehicle | |
| --- | --- | --- | --- |
| **MAKE** | **MODEL** | | **YEAR** |
| TESLA | MODEL S | | 2014 |

January 8, 2020 **NHTSA ID NUMBER: 11297839**

41

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Components: STRUCTURE, FUEL/PROPULSION SYSTEM, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11297839

**Incident Date** January 2, 2020

**Consumer Location** CHARLOTTE, NC

**Vehicle Identification Number** 5YJSA1S16FF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

ON JANUARY 2, 2019 BETWEEN 1:45 AND 2 PM I DROVE FROM MY HOUSE INTO A CLINIC PARKING LOT. AS I DROVE MY 2015 TESLA MODEL S FORWARD AND STEERED TO THE RIGHT INTO A PARKING SPOT, I CONSCIOUSLY EASED MY RIGHT FOOT OFF FROM THE ACCELERATOR PEDAL, THUS LOWERING MY SPEED FROM 10-9 MPH TO ABOUT 5-6 MPH. THE BRAKE PEDAL WAS NOT PRESSED, ALLOWING REGENERATIVE BREAKING TO SLOW DOWN THE VEHICLE. ABOUT A SECOND INTO THE PARKING TURN, THE VEHICLE SUDDENLY JOLTED FORWARD, ACCELERATING UNEXPECTEDLY.

I FELT AS IF THE BRAKES FAILED TO WORK WHEN I REFLEXIVELY REMOVED MY RIGHT FOOT FROM THE ACCELERATOR, AND STOMPED THE BRAKE PEDAL AS HARD AS I COULD. MY VEHICLE CAME TO A STOP ONLY AFTER COLLIDING WITH A CHEVROLET SPORTS UTILITY VEHICLE PARKED IN THE SPOT ACROSS. AS I REGAINED MY BEARINGS, I CAUGHT MYSELF STILL FLOORING THE BRAKE PEDAL WITH MY RIGHT FOOT, AND CONTINUED TO FLOOR IT UNTIL I AFTER I HAD SHIFTED IT INTO PARKING GEAR, AND MADE SURE THERE WAS NOBODY WALKING IN THE VICINITY.

THE IMPACT FROM THE TESLA MODEL S BUMPED THE CHEVROLET SUV PARKED IN FRONT ABOUT 5 FEET BACK. THE MODEL S ITSELF STOPPED BETWEEN 2-3 FEET INTO THE NEXT PARKING SPACE, SLIGHTLY INTO THE OPPOSING PARKING SPACE ON THE RIGHT SIDE, AS SEEN IN THE

42

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

INCLUDED PHOTOS. THIS WOULD INDICATE THE BRAKES **EVENTUALLY** WORKED. HAD THEY NOT, THE TESLA WOULD HAVE BEEN EXPECTED TO ROLL FORWARD AND INTO THE SUV'S BUMPER AFTER THE COLLISION. THIS IS CALLED TESLA CREEP MODE, WHICH I HAVE ENABLED (SLOWLY ROLL FORWARD WHILE NO PEDAL IS PRESSED).

I ASKED THE POLICE OFFICER TO POSITION HIS PATROL CAR BEHIND MY VEHICLE BEFORE I MOVED IT AND ADVISED THE POLICE OFFICER I DID NOT TRUST THE CAR. I USED AN APP TO CALL FOR A TOW THROUGH MY INSURANCE, BUT THE TOW'S NUMBER WAS DISCONNECTED. I WAS ABLE TO DRIVE OFF WITH THE PATROL CAR IN ESCORT.

**1 Affected Product Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2015 |

December 27, 2019 **NHTSA ID NUMBER: 11291423**
**Components: VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11291423

**Incident Date** December 26, 2019

**Consumer Location** PALMDALE, CA

**Vehicle Identification Number** 5YJSA1E20FF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

43

**DEATHS0**

2015 MODEL S 85D WAS REVERSED ONTO DRIVEWAY THEN PLACED IN PARK AND DOORS WERE CLOSED AND LOCKED. A FEW MOMENTS LATER THE VEHICLE STARTED ACCELERATING FORWARD TOWARDS THE STREET AND CRASHED INTO A PARKED CAR. FRONT WHEELS WERE RECEIVING POWER WHILE REAR WHEELS WHERE LOCKED AND DRAGGING RATHER THAN WHEELS SPINNING. I REVERSED VEHICLE BACK ONTO DRIVEWAY AND IT HAPPENED ANOTHER 2 TIMES AFTER FIRST INCIDENT WITHIN A 30 MINTUE TIME SPAN.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

November 5, 2019 **NHTSA ID NUMBER: 11278322**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11278322

**Incident Date** November 5, 2019

**Consumer Location** DANVILLE, CA

**Vehicle Identification Number** 5YJSA1E22FF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

TL* THE CONTACT OWNS A 2015 TESLA MODEL S. WHILE DRIVING 65-70 MPH FOR THIRTY MINUTES WITH THE AUTO PILOT ENGAGED, THE VEHICLE SPONTANEOUSLY ACCELERATED WITHOUT WARNING. THE CONTACT CRASHED INTO THE REAR OF A 2015 TOYOTA PRIUS. THE AIR BAGS DEPLOYED. THERE WERE NO INJURIES AND A POLICE REPORT WAS FILED. THE VEHICLE WAS TOWED TO AN INDEPENDENT LOT. THE CONTACT CALLED TESLA (6701 AMADOR PLAZA RD, DUBLIN, CA 94568, (925) 361-1173) AND INFORMED THEM OF THE FAILURE. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS CONTACTED AND DID NOT ASSIST. THE FAILURE MILEAGE WAS 48,000. *DT*JB

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2015 |

January 20, 2019 **NHTSA ID NUMBER: 11171052**
**Components: VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**

**NHTSA ID Number:** 11171052

**Incident Date** January 19, 2019

**Consumer Location** CHAPEL HILL, NC

**Vehicle Identification Number** 5YJSA1H4XFF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

45

AS I PARKED MY CAR IN MY GARAGE ON 1/19/2019, I HAD PLACED THE CAR IN PARK AND WAS PREPARING TO EXIT THE VEHICLE WHEN IT SUDDENLY ACCELERATED AND HIT THE FRONT OF MY GARAGE WALL. THE CAR WAS IN PARK AND NOT MOVING. I HAD MY HAND ON THE DOOR HANDLE TO EXIT. I IMMEDIATELY SLAMMED THE BREAKS BUT THE CAR SEEMED TO KEEP GOING INTO MY WALL AND THEN IT JOLTED AND STOPPED. IT WAS LIKE IT HAD A MIND OF ITS OWN. THERE WAS NO ALERT OR ANYTHING. IT JUST SUDDENLY ACCELERATED WHILE IN PARK. AS YOU CAN IMAGINE THIS IS A VERY SCARY OCCURRENCE AND I AM NOT GOING TO DRIVE THIS VEHICLE UNTIL IT IS RENDERED SAFE. I'M VERY CONCERNED WITH WHAT COULD HAPPEN IF THIS OCCURRED IN A PARKING LOT OR AREA WITH PEOPLE. I CONTACTED TESLA IMMEDIATELY FOLLOWING THE INCIDENT TO FILE A REPORT AND SHARE MY CONCERN. THEY TOLD ME THEY WOULD PULL LOGS AND BE IN TOUCH. I ALSO CALLED MY INSURANCE COMPANY. THE INCIDENT HAPPENED AT 5:50 PM.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

March 11, 2018 **NHTSA ID NUMBER: 11078571**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11078571

**Incident Date** January 8, 2018

**Consumer Location** ANN ARBOR, MI

**Vehicle Identification Number** 5YJSA1H23FF****

**Summary of Complaint**

46

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**
WHILE PULLING INTO A PERPENDICULAR PARKING SPOT IN A PARKING GARAGE, AT ~4-5 FEET FROM A WALL, THE CAR EXPERIENCED SUDDEN ACCELERATION, SLAMMING INTO THE WALL, RESULTING IN MODERATE BODY DAMAGE TO THE FRONT OF THE CAR AND DEPLOYING THE DRIVER-SIDE AIRBAGS. THERE WERE NO OTHER PASSENGERS IN THE CAR, AND THERE WAS NO SIGNIFICANT INJURY OR DAMAGE TO THE GARAGE OR OTHER CARS. THOUGH I RECOGNIZE THAT THE VAST MAJORITY OF ACCIDENTS OF THIS TYPE ARE DUE TO DRIVER ERROR, THERE ARE SEVERAL FACTORS THAT LEAVE ME WITH CONCERN FOR A POSSIBLE ELECTRONIC SYSTEMS MALFUNCTION. SPECIFICALLY, ~3 DAYS PRIOR TO THE ACCIDENT, THE CAR BEGAN DISPLAYING A CONSTANT ERROR MESSAGE: "DRIVER ASSISTANCE FEATURES UNAVAILABLE". I NOTIFIED TESLA SERVICE BY PHONE AND EMAIL, AND ON THEIR INSTRUCTIONS, REBOOTED THE COMPUTER SYSTEM, AND FULLY POWERED DOWN AND RESTARTED THE SYSTEM. HOWEVER, THE ERROR MESSAGE PERSISTED. THE ACCIDENT OCCURRED BEFORE I WAS ABLE TO SCHEDULE A SERVICE CALL. I HAVE REQUESTED DETAILS FROM THE DATA LOGS FOR THE ACCIDENT FROM TESLA, BUT THEY HAVE PROVIDED ONLY VERY LIMITED INFORMATION, STATING THAT LEGAL ACTION ON MY PART WOULD BE REQUIRED TO OBTAIN MORE DETAIL. THEY HAVE TOLD ME THAT THE CAR SPEED WAS 3.6 MPH AT WHICH TIME THE DATA INDICATES THAT THE ACCELERATOR WAS PRESSED TO AS FAR AS 100%, RESULTING IN ACCELERATION OF THE CAR TO 7 MPH AT THE TIME OF IMPACT, WITH THIS ACCELERATION OCCURRING OVER A 2 SECOND TIME PERIOD. THIS INFORMATION SEEMS INCOMPATIBLE WITH THE OTHERWISE RAPID ACCELERATION TYPICALLY EXHIBITED BY THIS CAR WITH A FULLY DEPRESSED ACCELERATOR, AND THE SHORT DISTANCE TRAVELED (ONLY SEVERAL FEET).

**1 Affected Product**
**Vehicle**

47

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2015 |

April 19, 2017 **NHTSA ID NUMBER: 10979378**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10979378

**Incident Date** April 18, 2017

**Consumer Location** LAGUNA WOODS, CA

**Vehicle Identification Number** 5YJSA1S27FF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNED A 2015 TESLA MODEL S. THE CONTACT STATED THAT WHEN STOPPED AT THE SIGNAL, THE VEHICLE ACCELERATED INDEPENDENTLY WITHOUT WARNING. AS A RESULT, THE VEHICLE CRASHED INTO THE VEHICLE IN FRONT. A POLICE REPORT WAS FILED BUT THERE WERE NO INJURIES REPORTED. THE VEHICLE WAS TOWED TO THE DEALER BUT WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 6,000.

**1 Affected Product**
**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

March 24, 2017 **NHTSA ID NUMBER: 10968322**
**Components: ELECTRONIC STABILITY CONTROL, ELECTRICAL SYSTEM, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10968322

**Incident Date** March 6, 2017

**Consumer Location** LA VERNE, CA

**Vehicle Identification Number** 5YJSA1H22FF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

I WAS PARKING IN MY USUAL PARKING SPOT IN A PARKING LOT AT MY OFFICE AT APPROXIMATELY 8:15 A.M. AS I APPROACHED MY PARKING SPOT, I SLOWED MY CAR BY PRESSING ON THE BRAKE AND MADE A 90 DEGREE TURN INTO MY PARKING SPOT. THE VEHICLE WAS SLOWING MOVING FORWARD AND WAS LESS THAN 10 FEET FROM WHERE I INTENDED TO STOP THE VEHICLE WHEN THE VEHICLE SUDDENLY ACCELERATED ON ITS OWN AND CRASHED INTO THE CONCRETE WALL THAT WAS AT THE BASE OF MY PARKING SPOT, CAUSING THE CAR'S AIRBAGS TO DEPLOY. I DID NOT HAVE MY FOOT ON THE ACCELERATOR PEDAL AT THE TIME THE VEHICLE ACCELERATED INTO THE WALL. I INFORMED TESLA OF THE INCIDENT AND THEY TOLD ME THAT THE

49

VEHICLE HAD EXPERIENCED 100% ACCELERATION IMMEDIATELY PRIOR TO THE COLLISION WITH THE WALL.)

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

September 27, 2016 **NHTSA ID NUMBER: 10910065**
**Components: VEHICLE SPEED CONTROL, SERVICE BRAKES, AIR BAGS**
NHTSA ID Number: 10910065

**Incident Date** September 16, 2016

**Consumer Location** TUCSON, AZ

**Vehicle Identification Number** SYJSA1H4SFF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

I DROVE THE CAR INTO A PARKING SPACE AT THE SCHOOL (DESERT CHRISTIAN ELEMENTARY) IN TUCSON ARIZONA ON SEPT 16TH ABOUT 11:05 AM, WHEN THE CAR ACCELERATED ON ITS OWN (UNINTENDED ACCELERATION) AND CRASHED INTO 2 PARKED VEHICLES AND AIRBAGS DEPLOYED AND I SUSTAINED A FRACTURE OF MY RIGHT ARM REQUIRING SURGERY. ALSO MY CAR (THE TESLA MODEL S) WAS DAMAGED AND THE TWO OTHER PARKED CARS.

**1 Affected Product**

| Vehicle | | |
| --- | --- | --- |
| **MAKE** | **MODEL** | **YEAR** |
| TESLA | MODEL S | 2015 |

June 17, 2016 **NHTSA ID NUMBER: 10874744**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 10874744

**Incident Date** June 10, 2016

**Consumer Location** SAN JOSE, CA

**Vehicle Identification Number** 5YJSA1E28FF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

UNINTENDED, UNCOMMANDED ACCELERATION. CAR RAPIDLY ACCELERATED TO MAXIMUM THROTTLE DURING PARKING MANEUVER IN A PARKING STRUCTURE. I WAS TRAVELLING AT 3MPH. CAR ACCELERATED, HIT ANOTHER VEHICLE AND A WALL. TESLA CLAIMS VEHICLE LOGS SHOW THROTTLE WAS COMMANDED TO 98%. AT NO TIME DID I HAVE ANYTHING BUT A LIGHT TOUCH ON THE THROTTLE.

**1 Affected Product**
**Vehicle**

51

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2015 |

May 11, 2016 **NHTSA ID NUMBER: 10864353**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10864353

**Incident Date** May 11, 2016

**Consumer Location** DENHAM SPRINGS, LA

**Vehicle Identification Number** 5YJSA1E23FF****


**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

WHILE DRIVING SLOWLY ~5MPH IN A WAL MART PARKING LOT, MY WIFE WENT TO PULL INTO A PARKING SPOT, SHE TOOK HER FOOT OFF THE ACCELERATOR PEDAL AND THE CAR ACCELERATED "FULLY" ALMOST HITTING THE CAR IN FRONT. MY WIFE HAD TO SLAM ON THE BRAKES TO PREVENT AN ACCIDENT.

**1 Affected Product**
**Vehicle**

52

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

**December 15, 2015 NHTSA ID NUMBER: 10810457**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10810457

**Incident Date** November 25, 2015

**Consumer Location** COPPELL, TX

**Vehicle Identification Number** 5YJSA1S28FF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

ON THE AFTERNOON OF NOVEMBER 25, 2015, I WAS DRIVING INTO A
STRIP MALL PARKING LOT. I WAS GOING TO PULL INTO ONE OF THOSE
SPACES WHERE YOU CAN PARK PERPENDICULAR TO A SIDEWALK CURB
AND THE SIDEWALK LEADS UP TO THE STORE FRONTS.

WHEN APPROACHING THE PARKING SPACE, THE CAR WAS ALREADY IN
REGENERATIVE BRAKING MODE, AND ACCORDING TO TESLA'S LOGS,
THE CAR SLOWED DOWN TO 3.5 MPH. SINCE THE CAR HAD ENOUGH
MOMENTUM TO ROLL INTO THE SPACE ON ITS OWN, MY FOOT WAS NOT
ON THE ACCELERATOR OR THE BRAKE PEDAL. MY FOOT WAS UP
RESTING ON ITS HEEL, READY TO TAP THE BRAKE WHEN IT GOT CLOSE
ENOUGH TO THE CURB.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

WHILE THE CAR WAS COASTING INTO THE SPACE THE MOTOR WAS VERY QUIET. ALL OF A SUDDEN, I HEARD A "WHIRRING" SOUND FROM THE MOTOR. I DON'T KNOW HOW BETTER TO DESCRIBE IT, THAN TO SAY IT WAS ALMOST LIKE THE MOTOR WENT FROM A STATE OF SLUMBER TO A FULL STATE OF AWARENESS.

I BELIEVE THE MOTOR WAS "WHIRRING" LOUDLY FOR ABOUT A SECOND BEFORE THE CAR TOOK OFF AT SUCH A FAST PACE AND WOUND UP HITTING A BRICK WALL. IT HAPPENED SO QUICKLY, I DIDN'T HAVE ANY TIME TO REACT. AFTER THE IMPACT, I DIDN'T EVEN KNOW THE AIRBAGS DEPLOYED UNTIL I OPENED MY EYES AND SAW THE DEFLATED AIRBAGS IN THE CAR. IT LOOKED LIKE THE CAR JUMPED THE CURB, HIT THE BRICK WALL, BOUNCED BACKWARDS FROM THE IMPACT AND LANDED BACK INTO THE PARKING SPACE.

ACCORDING TO TESLA'S LOGS, THE DATA READS THAT THE PEDAL WAS DEPRESSED DOWN TO 97% AND THE CAUSE OF THE ACCIDENT WAS DUE TO DRIVER ERROR. I STAND FIRMLY BY MY STATEMENT THAT MY FOOT WAS NOT ON EITHER THE ACCELERATOR OR THE BRAKE PEDAL WHEN THE CAR ACCELERATED. DATA MAY SHOW THERE WAS PEDAL DEPRESSION BUT I DID NOT DO THE DEPRESSING. THIS WAS DUE TO UNINTENDED ACCELERATION BY THE CAR.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

September 17, 2015 **NHTSA ID NUMBER: 10764853**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10764853

**Incident Date** September 16, 2015

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Consumer Location** LAKE FOREST, IL

**Vehicle Identification Number** 5YJSA1S24FF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

CAR WAS PARKED IN THE PARKING LOT . WHILE BACKING THE CAR, IT SPIN FAST OUT OF CONTROL EVEN THOUGH BACKING WAS STARTED AT A VERY SLOW SPEED . CAR STOPPED AFTER HITTING FOUR VEHICLES DIRECTLY, AND ONE OF THE VEHICLE HIT OTHER TWO VEHICLES. MAJOR DAMAGE ON THE TESLA CAR IS ON DRIVER SIDE AT BACK, WHERE IT HIT OTHER CARS. IT SPIN ALMOST 180 DEGREES FACING IN THE OPPOSITE DIRECTION. IT HIT THE CARS ON BOTH SIDE OF THE PARKING LOT LANE .IT ALL HAPPENED IN 2 TO 3 SECONDS.

I WONDER, IF THERE IS AUTOMATIC CONTROL IN THE CAR SO THAT IT DOES NOT GO FAST WHILE REVERSING , AS ACCELERATOR SEEMS TO BE VERY SENSITIVE, OR DOES IT GET STUCK? FLOOR MATS IN THE CAR WERE ORIGINAL AND CAME WITH THE CAR.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

June 15, 2017 **NHTSA ID NUMBER: 10995382**
**Components: UNKNOWN OR OTHER**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**NHTSA ID Number:** 10995382

**Incident Date** June 9, 2017

**Consumer Location** DENVER, CO

**Vehicle Identification Number** 5YJSA1H2XFF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

DRIVING WEST ON HAMPDEN AVE TOWARDS INTERSECTION AT TAMARAC ST.

GOING THE SPEED LIMIT, & RELEASED THE ACCELERATOR SO THAT "ENGINE BRAKING" WOULD SLOW THE CAR.

BUT I WAS SLOWING DOWN FASTER THAN NECESSARY WITH ~100 YARDS REMAINING TO REACH THE INTERSECTION.

I LIGHTLY PRESSED THE ACCELERATOR TO STOP ENGINE BRAKING BRIEFLY, THEN RELEASED THE ACCELERATOR TO REINSTATE "ENGINE BRAKING".

INSTEAD OF SLOWING, MY CAR BEGAN TO WILDLY ACCELERATE.

ALARMED AT THE INCREASING SPEED OF THE CAR, AS I WAS RAPIDLY APPROACHING THE INTERSECTION WHERE THE SIGNAL WAS RED, (ANOTHER CAR WAS ALREADY STOPPED AT THE SIGNAL). QUICKLY APPLIED THE BRAKES, BUT CAR WAS TRAVELING TOO FAST TO AVOID IMPACT WITH THE OTHER CAR. OTHER CAR WAS SIGNIFICANTLY DAMAGED, THOUGH IT SEEMED UNLIKELY (BASED ON COMMENTS FROM THE PARAMEDICS & POLICE) THAT THE OTHER DRIVER & PASSENGER WERE INJURED, BUT WERE TRANSPORTED TO AN ER TO BE CHECKED.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

I WAS SO STUNNED AT WHAT HAD HAPPENED THAT I INITIALLY THOUGHT I MAY HAVE PRESSED ON THE ACCELERATOR RATHER THAN THE BRAKE ( I'VE NEVER DONE THAT IN MY 55 YEARS OF DRIVING). BUT 2 DAYS LATER, AFTER MY MIND HAD CLEARED, I COULD RECALL THE DETAILS OF THE SITUATION, AND I'M CONVINCED THAT THE ACTUAL EVENTS OCCURRED IN THE ORDER DESCRIBED ABOVE.

ANOTHER PIECE OF INFORMATION: 2 TIMES WITHIN THE PRIOR WEEK, WHEN GETTING INTO MY CAR (AWAY FROM MY HOME), THE CAR INDICATED "PREPARING TO DRIVE" OR SOMETHING TO THAT EFFECT (NOT A MESSAGE I NORMALLY SEE), THE MESSAGE PERSISTED, SO BOTH TIMES I HAD TO REBOOT THE COMPUTER SYSTEM, TO MAKE THE CAR DRIVE-ABLE. COULD THIS BE AT ALL RELATED TO THE ACCIDENT ON JUNE 9TH?

[THE CAR ,CURRENTLY IN A BODY SHOP, LOGS THE DRIVING HISTORY, AND MAY BE ABLE TO SUPPORT, OR NOT SUPPORT, MY MEMORY OF WHAT HAPPENED. IT MAY HELP TO DIFFERENTIATE WHETHER THIS WAS A COMPUTER HARDWARE/SOFTWAREOR MECHANICAL GLITCH, VS OPERATOR ERROR.]

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2015 |

April 29, 2016 **NHTSA ID NUMBER: 10862194**

**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 10862194

**Incident Date** April 28, 2016

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Consumer Location** NEW CITY, NY

**Vehicle Identification Number** 5YJSA1H2XFF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

THE CAR WAS BEING SLOWLY PULLED INTO A PARKING SPACE AT A BANK WHEN IT EXPECTANTLY ACCELERATED. IT JUMPED A CURB, PASSED THOUGH SHRUBS, CLIPPED A TREE, AND WAS ABLE TO BE STEERED AWAY FROM A LIGHT POLE. IT CAME TO REST HALF INTO THE ROAD. THERE WERE SKID MARKS FROM THE ATTEMPTED BRAKING THAT WERE PHOTOGRAPHED. NONE THE SAFETY FEATURES INCLUDING PROXIMITY WARNING, AND COLLISION AVOIDANCE OR AIR BAGS ACTIVATED.

**1 Affected Product**

|   | d) | Vehicle |
| --- | --- | --- |
| **MAKE** | **MODEL** | **YEAR** |
| TESLA | MODEL S | 2015 |

November 19, 2019 **NHTSA ID NUMBER: 11280962**
**Components: VEHICLE SPEED CONTROL**
NHTSA ID Number: 11280962

**Incident Date** October 30, 2019

58

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Consumer Location** AVONDALE, PA

**Vehicle Identification Number** 5YJSA1E27GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

MY WIFE WAS PULLING INTO A PARKING SPOT AT HER SCHOOL AT A SLOW RATE OF SPEED (AS SHE WAS PARKING BETWEEN 2 CARS). THE VEHICLE WAS IN CHILL MODE, WHICH MEANS THAT IT CANNOT ACCELERATE AT A HIGH RATE OF SPEED. WHEN SHE WAS ROUGHLY ¾ OF THE WAY INTO THE PARKING SPOT WITH HER FOOT ON THE BRAKE, THE VEHICLE ACCELERATED ON ITS OWN AS IF IT WAS IN PERFORMANCE MODE. IT WENT OVER A CURB AND INTO A CHAIN LINK FENCE (WHICH WAS ROUGHLY 10-12 FEET PAST THE CURB) BEFORE SHE COULD GET THE VEHICLE TO STOP ITSELF. THIS WAS AT AN ELEMENTARY SCHOOL AND CHILDREN WERE PRESENT. FORTUNATELY NO ONE WAS HURT. TESLA HAS YET TO RESPOND TO OUR INQUIRIES REGARDING THE INCIDENT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2016 |

August 8, 2018 **NHTSA ID NUMBER: 11118541**
**Components: SERVICE BRAKES, FUEL/PROPULSION SYSTEM, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11118541

59

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Incident Date** June 12, 2018

**Consumer Location** LAGUNA NIGUEL, CA

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

WHILE IN REVERSE BACKING UP TO A CHARGE STATION IN A COVERED PARKING LOT, THE CAR WENT INTO SUDDEN ACCELERATION AND FAILED TO STOP AND COLLIDED WITH THE CHARGE STATION AND THE WALL NEXT TO IT. NONE OF THE WARNING LIGHTS OR SOUNDS WENT OFF EITHER. ALTHOUGH THE CAR HAS, ON SEVERAL OCCASIONS DEMONSTRATED ITS ABILITY TO STOP SHORT OF COLLIDING WITH OBSTACLES, IT FAILED TO REACT IN THIS INSTANCE. TESLA HAS IGNORED OUR REPEATED REQUESTS FOR PROVIDING AN EXPLANATION OR ANY EVALUATION OF THE LOGS ASSOCIATED WITH THE CAR, AND HAS BLAMED THE MATTER ON DRIVER ERROR.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

June 9, 2018 **NHTSA ID NUMBER: 11100721**
**Components: SERVICE BRAKES, ELECTRONIC STABILITY CONTROL, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11100721

60

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Incident Date** February 20, 2018

**Consumer Location** HONOLULU, HI

**Vehicle Identification Number** 5YJSA1E15GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**5

**DEATHS**0

ON2/20/18 I WAS DRIVING UP MY DRIVEWAY. UPON REACHING THE TOP OF THE DRIVEWAY, THE CAR SUDDENLY ACCELERATED BY ITSELF RESULTING IN THE FRONT OF THE CAR HITTING THE CONCRETE WALL IN FRONT. I INFORMED TESLA AND THEY CLAIM THAT THE COMPUTER SHOWED THAT I PRESSED ON THE ACCELERATOR INSTEAD OF THE BREAK. MY ANSWER IS THAT I DID NOT PRESSED ON THE ACCELERATOR. IT JUST ACCELERATED BY ITSELF. ASIDE FROM ME, I HAVE 4 PASSENGERS THAT CAN ATTEST TO THIS. I HAVE LIVED IN THIS PLACE SINCE 1986 AND THIS HAS NEVER HAPPENED. SINCE I HAVE BEEN DRIVING UP MY DRIVEWAY FOR 32 YEARS, IT IS SO ROUTINE FOR ME THAT IT IS ALREADY RITUAL FOR ME AT ALMOST THE SAME SPEED AND WHEN TO PRESSED ON THE GAS AND BRAKE PEDALS THE SAME WAY EVERY TIME. THIS HAS NOT HAPPENED TO MY OTHER CARS AND AS MY CAR INSURANCE WILL SHOW I HAVE NOT BEEN INVOLVED IN CAR ACCIDENTS FOR MANY YEARS.

I HAVE NOT BEEN SHOWN ANY EVIDENCE EXCEPT WHAT TESLA TOLD ME. IT IS THEIR WORDS VERSUS MINE AND MY 4 OTHER PASSENGERS WHO EXPERIENCED WHAT ACTUALLY HAPPENED.

I HAVE PROBLEM TRYING TO DOWNLOAD PICTURES AND CORRESPONDENCES /RECORDS HERE. I WILL BE GLAD TO MAIL THEM TO YOU OR SOME OTHER WAYS WITH YOUR INSTRUCTIONS. THANK YOU.

**1 Affected Product**
**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2016 |

March 15, 2018 **NHTSA ID NUMBER: 11079500**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11079500

**Incident Date** November 13, 2017

**Consumer Location** ROGERS, AR

**Vehicle Identification Number** 5YJSA1E27GF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

I WAS ATTEMPTING TO PARK IN FRONT OF A RETAIL BUSINESS WHEN THE CAR SUDDENLY AND UNEXPECTEDLY ACCELERATED. I BELIEVE THIS ACCIDENT WAS CAUSED BY A MALFUNCTION OR GLITCH IN THE VEHICLES TROUBLED SOFTWARE FOR DRIVER ASSIST AND/OR SAFETY FEATURES. FEATURES WHICH ARE UNIQUE TO TESLA.

THE SUDDEN AND UNEXPECTED ACCELERATION HAPPENED WITH NO INPUT TO THE ACCELERATOR PEDAL. I WAS LIGHTLY BRAKING, INTENT ON COMING TO A COMPLETE STOP. I HAD NEARLY COMPLETED THE PARKING MANEUVER WHEN THE CAR RACED FORWARD, JUMPED A CURB, KNOCKED DOWN A HANDICAPPED PARKING SIGN, TRAVELED ACROSS A WALKWAY AND SMASHED INTO THE FRONT OF THE BUSINESS. THIS HAPPENED SO FAST, I DIDNT REALIZE WHAT OCCURRED UNTIL I

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

COULD GATHER MY THOUGHTS AFTER THE INCIDENT. NO AUDIBLE OR VISUAL WARNING OF AN IMPENDING COLLISION WERE HEARD OR SEEN. NO AIRBAGS DEPLOYED.

FORTUNATELY NO ONE INSIDE THE BUSINESS, NO PEDESTRIAN NOR MYSELF WERE INJURED. THIS COULD HAVE BEEN A TRAJIC ACCIDENT. MY TESLA SUSTAINED OVER $25,000 IN DAMAGE AND IS STILL IN THE REPAIR SHOP. AS OF THIS DATE, NO CLAIM HAS BEEN SETTLED FOR REPAIRS TO THE BUSINESS PROPERTY.

I HAVE UPLOADED A PHOTO SHOWING THE END RESULT OF THE EVENT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2016 |

January 31, 2018 **NHTSA ID NUMBER: 11066047**
**Components: SERVICE BRAKES, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11066047

**Incident Date** January 28, 2018

**Consumer Location** MIAMI BEACH, FL

**Vehicle Identification Number** 5YJSA1E10GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

63

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**DEATHS0**

MY HUSBAND WAS DRIVING MY CAR, WE ARRIVED AT THE PARKING LOT AND AS HE WAS PULLING INTO A PARKING SPACE AND COMING TO A STOP, THE CAR SUDDENLY ACCELERATED AT HIGH SPEED, WENT OVER THE CEMENT BUMPER FOR THE SPACE, OVER THE ONE FOR THE SPACE IN FRONT AND HIT A PARKED SATURN IN FRONT OF US. HE IS CERTAIN THAT HE WAS BRAKING AT THE TIME. WE TOOK THE CAR IN TO TESLA WHO RAN A DIAGNOSTIC. THEY ADVISED THAT THE THROTTLE WENT SUDDENLY FROM 2% TO 97% AND THEN THE BRAKE WAS APPLIED, BUT WHEN I ASKED FOR MORE DETAILS ABOUT THE APPROACH TO THE PARKING SPACE, FOR A COPY OF THE REPORT THEY SAID THEY WOULD NOT PROVIDE IT WITHOUT A SUBPOENA.

**1 Affected Product Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

December 15, 2017 **NHTSA ID NUMBER: 11054973**
**Components: STRUCTURE, FUEL/PROPULSION SYSTEM, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11054973

**Incident Date** November 25, 2017

**Consumer Location** OLYMPIA, WA

**Vehicle Identification Number** 5YJSA1E22GF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**INJURIES0**

**DEATHS0**

WHILE ATTEMPTING TO PARK MY TESLA S75 D IN A COSTCO SPACE, THE CAR BOLTED. IT FELT LIKE IT WAS IN AUTOPILOT MODE WITHOUT ME ENGAGING IT MANUALLY. I SLAMMED ON THE BRAKES. IT HIT THE REAR BUMPER OF THE CAR PARKED IN FRONT. FORTUNATELY, IT DIDN'T DO ANY DAMAGE TO THAT VEHICLE BUT IT CAUSED PLENTY OF DAMAGE TO MY FRONT END. I'LL NEED A NEW BUMPER AND HOOD. IT ALSO DEACTIVATED MY AUTOPILOT AND RADAR WHICH ARE BEHIND THE BUMPER. I CAN STILL DRIVE THE CAR AND FEEL FAIRLY SAFE AS I BELIEVE THE COMPUTER ACCIDENTALLY ENGAGED THE AUTOPILOT AND NOW THE AUTOPILOT ISN'T OPERATIONAL. HOWEVER, I NO LONGER TRUST THIS CAR. I'VE PRESENTED THIS PROBLEM TO TESLA AND THEY SAID IS WAS USER ERROR BUT THERE IS ABSOLUTELY NO DOUBT IN MY MIND THAT I WAS NOT AT FAULT. I'VE DONE RESEARCH AND THERE IS A CLASS ACTION LAWSUIT IN THE WORKS AS THIS HAS HAPPENED TO OTHER TESLA USERS. MY ADVISE, DON'T BUY A TESLA!!!!!

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2016 |

November 1, 2017 **NHTSA ID NUMBER: 11042211**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11042211

**Incident Date** October 1, 2016

**Consumer Location** DESOTO, TX

**Vehicle Identification Number** 5YJSA1E29GF****

65

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

TL* THE CONTACT OWNS A 2016 TESLA MODEL S. WHILE PARKING, THE VEHICLE INADVERTENTLY ACCELERATED AND CRASHED INTO A FENCE AND A NEIGHBOR'S AIR CONDITIONING UNIT. THE BRAKE PEDAL WAS DEPRESSED, BUT THE VEHICLE FAILED TO STOP. THERE WERE NO WARNING INDICATORS ILLUMINATED. THERE WERE NO INJURIES. THE POLICE ARRIVED AT THE SCENE, BUT THE CONTACT WAS UNAWARE IF A POLICE REPORT WAS FAILED. THE VEHICLE WAS TOWED TO DALLAS-CEDAR SPRINGS ROAD TESLA (6500 CEDAR SPRINGS ROAD, SUITE 100 (214) 736-0587), BUT NO FAILURES WERE DIAGNOSED. THE CONTACT WAS INFORMED THAT THE FAILURE WAS DUE TO HUMAN ERROR. THE BODY DAMAGE WAS REPAIRED. THE CONTACT STATED THAT THE FAILURE OCCURRED A SECOND TIME WHILE PARKING IN A HOSPITAL PARKING LOT. THE VEHICLE ACCELERATED WITHOUT WARNING, JUMPED A CURB, AND COLLIDED WITH A METAL POLE, A SMALL TREE, AND AN AMBULANCE. THE HOSPITAL POLICE WAS AT THE SCENE, BUT WAS UNAWARE IF A REPORT WAS FILED. THE VEHICLE WAS TOWED TO JOHN EAGLE COLLISION CENTER (6125 PEELER ST, DALLAS, TX 75235 (855) 575-6368), BUT NO REPAIRS OR DIAGNOSTIC TESTING WERE COMPLETED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND OFFERED NO ASSISTANCE. THE FAILURE MILEAGE WAS APPROXIMATELY 5,000. *TT

UPDATED 8/6/18*JB

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

66

June 19, 2017 **NHTSA ID NUMBER: 11000077**
**Components: PARKING BRAKE, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11000077

**Incident Date** March 30, 2017

**Consumer Location** SAN JOSE, CA

**Vehicle Identification Number** 5YJSA1E15GF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNS A 2016 TESLA S60. WHILE THE CONTACT WAS ATTEMPTING TO EXIT THE PARKED VEHICLE, IT INDEPENDENTLY ACCELERATED. THE VEHICLE CRASHED INTO A PILLAR. A POLICE REPORT WAS NOT FILED AND THERE WERE NO INJURIES. WHEN THE BRAKES WERE APPLIED, THE VEHICLE CAME TO A STOP. THE CONTACT STATED THAT SHE WAS UNCERTAIN IF SHE MAY HAVE DEPRESSED THE ACCELERATOR PEDAL ACCIDENTALLY. THE LOCAL DEALER (TESLA 750 E. EL CAMINO REAL, SUNNYVALE, CA, 94087) CONFIRMED THAT THE VEHICLE WAS NOT ABLE TO BE SERVICED UNTIL OCTOBER OF 2017. THE VEHICLE WAS NOT DIAGNOSED. THE CONTACT RECEIVED NOTIFICATION OF NHTSA CAMPAIGN NUMBER: 17V260000 (PARKING BRAKE). THE MANUFACTURER WAS NOTIFIED AND INFORMED THE CONTACT THAT THE FAILURE WAS STILL UNDER INVESTIGATION. THE VEHICLE WAS REPAIRED. THE VIN WAS INVALID. THE FAILURE MILEAGE WAS APPROXIMATELY 5,977. UPDATED 08/23/17*LJ

*CN

**1 Affected Product**
**Vehicle**

---

67

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

February 9, 2017 **NHTSA ID NUMBER: 10953656**
**Components: VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**

**NHTSA ID Number:** 10953656

**Incident Date** December 23, 2016

**Consumer Location** PASADENA, CA

**Vehicle Identification Number** 5YJSA1E22GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**3

**DEATHS**0

COMPLAINANT, A PHYSICIAN, HAD TAKEN DELIVERY OF A 2016 TESLA MODEL S ON DECEMBER 22, 2016. THE FOLLOWING DAY, SHE PULLED INTO HER DRIVEWAY AT HOME AND BROUGHT THE VEHICLE TO A STOP. WITH HER FOOT STILL ON THE BRAKE, THE VEHICLE SUDDENLY ACCELERATED ON ITS OWN FROM A STOPPED POSITION TO SPEEDS OF BETWEEN 40-60 MPH. THE VEHICLE PLOWED THROUGH THE BRICKS OF HER DRIVEWAY, THROUGH SHRUBS SEPARATING HER PROPERTY FROM HER NEIGHBOR, WENT THROUGH AND ACROSS THE NEIGHBOR'S YARD AND ONTO AND ADJOINING STREET, WHERE IT COLLIDED WITH A TRUCK.

**1 Affected Product**
**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

February 6, 2017 **NHTSA ID NUMBER: 10949955**
**Components: SERVICE BRAKES, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10949955

**Incident Date** January 5, 2017

**Consumer Location** MOUNTAIN VIEW, CA

**Vehicle Identification Number** 5YJSA1E1XGF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES2**

**DEATHS0**

I WAS STOPPED AT A STOP LIGHT ON MY WAY TO WORK AROUND 8AM ON A VERY CROWDED CITY STREET. AS THE LIGHT TURNED GREEN, I SLOWLY PRESSED ON THE GAS TO MOVE FORWARD AND THE CAR TOOK OFF AT TOP SPEED. I HIT THE BRAKE BUT THE CAR DID NOT RESPOND - IT DID NOT SLOW DOWN OR STOP, NOR DID ANY ALARM, EITHER VISUAL OR AUDITORY, GO OFF INSIDE THE CAR. TO HIT THE CAR IN FRONT OF ME AND THEN HAD TO SWERVE TO AVOID HITTING DOZENS OF CARS IN MY PATH. I GRAZED PAST A LAMP POST, ANOTHER CAR AND FINALLY CRASHED INTO A TREE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

May 10, 2016 **NHTSA ID NUMBER: 10864163**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10864163

**Incident Date** May 6, 2016

**Consumer Location** FREDERICK, MD

**Vehicle Identification Number** 5YJSA1E13GF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

UNINTENDED ACCELERATION OCCURRED ON 2 SEPARATE OCCASIONS WITH 2 DIFFERENT DRIVERS WITHIN 2 WEEKS. MODEL S 70D

INCIDENT 1: MY WIFE WAS AT A STOP SIGN. SHE REMOVED HER FOOT FROM THE BRAKE AND BEFORE APPLYING THE ACCELERATOR THE CAR SURGED FORWARD AGGRESSIVELY. SINCE HER FOOT NEVER TOUCHED THE ACCELERATOR SHE WAS ABLE TO APPLY THE BRAKE AND STOP WITHIN 8-10 FEET. SHE WAS VISIBLY SHAKEN WHEN SHE GOT HOME BUT, REGRETTABLY, NO REPORT WAS FILED.

INCIDENT 2: ABOUT 2 WEEKS LATER, MAY 6, I WAS PULLING INTO MY GARAGE WITH MY WIFE AND BABY IN THE VEHICLE. 2-3 FEET FROM THE GARAGE WALL (IN CREEP MODE) I GENTLY TOUCHED THE BRAKE TO

70

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

COME TO A STOP. AT THAT POINT THE CAR SURGED FORWARD VERY AGGRESSIVELY. I IMMEDIATELY APPLIED HEAVY BRAKE AND WAS ABLE TO STOP THE CAR IN A FEW FEET (SINCE MY FOOT WAS ALREADY OVER THE BRAKE PEDAL). THE FRONT END HIT THE GARAGE WALL AND PENETRATED 10-12 INCHES CAUSING DRYWALL DAMAGE AND SIGNIFICANT DAMAGE TO OUR POWDER ROOM ON THE OTHER SIDE.

A REPORT WITH TESLA WAS FILED IMMEDIATELY. LOGS WERE DOWLOADED AND SHOW THAT THE ACCELERATOR WAS DEPRESSED TO 97% POWER IN LESS THAN A SECOND AND THAT IT WAS DRIVER ERROR. MY WIFE AND I HAVE A COMBINED 48 YEARS OF ACCIDENT FREE DRIVING AND NEITHER OF US HAVE EVER MISTAKEN CONTROL PEDALS OR HAVE EVER FLOORED A GAS PEDAL IN A SECOND.

MY WIFE IS 37, HEALTHY AND A PHYSICIAN, I AM A HEALTHY 42 YEAR OLD PILOT. WE CAN BOTH SAY WITH 100% CERTAINTY THAT NEITHER INCIDENT WAS DRIVER ERROR. TESLA HAS A SERIOUS UNINTENDED ACCELERATION PROBLEM ALSO MADE EVIDENT BY THE OTHER COMPLAINTS FILED ON NHTSA, ALL OF WHICH SEEM TO FALL UNDER SIMILAR OPERATING PARAMETERS.

WE NOW HAVE A $90,000 CAR SITTING IN OUR GARAGE THAT IS UNSAFE FOR MY FAMILY, IT SEEMS TESLA IS GOING THE ROUTE OF WAITING FOR INJURY AND DEATHS TO OCCUR BEFORE THEY ACKNOWLEDGE THIS SAFETY DEFECT.

**1 Affected Product Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

May 17, 2018 **NHTSA ID NUMBER: 11096621**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11096621

**Incident Date** April 5, 2018

**Consumer Location** LYNNFIELD, MA

**Vehicle Identification Number** 5YJXCBE2XGF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

WHILE VISITING A FUNERAL HOME IN MELROSE, MA., I NEEDED TO BACK INTO A SPOT TO BE ABLE TO TAKE PART IN THE FUNERAL PROCESSION. I PULLED OUT OF THE SPOT I WAS IN AND PROCEEDED TO PUT THE CAR IN REVERSE TO BACK INTO THE SAME PARKING SPOT. AT THE SAME MOMENT THAT I STARTED TO BACK IN THE CAR SURGED AND MADE AN ARC IN THE PARKING LOT ONLY STOPPING AFTER I HIT A PARKED CAR WITH SUCH FORCE THAT IT CAUSED TWO MORE CARS TO BE HIT BY THE IMPACT. I ATTEMPTED TO STOP THE CAR BY STEPPING ON THE BREAK WHICH HAD NO EFFECT AND EVEN THOUGH I WASN'T HURT, MY ARMS ACHED FOR DAYS BECAUSE I WAS TRYING TO CONTROL THE WHEEL TO NO AVAIL. I HAVE A CLEAN DRIVING RECORD AND WAS IN REVERSE AT THE TIME WHICH MEANT I HAD MY FOOT ON THE GAS TO BACK IN SLOWLY. I HAVE REQUESTED THAT TESLA CHECK THE COMPUTER TO SEE IF I AM OF FAULT OR NOT AND THEY HAVE REFUSED. MY TESLA IS BEING REPAIRED AND I NEED TO KNOW IF THIS WAS A TECHNICAL ERROR . I WAS TOLD IT COULD BE THE AUTO PILOT SYSTEM THAT COULD BE A FAULT EVEN THOUGH I HAVE NEVER USED IT. PLEASE HELP BECAUSE I AM CONCERNED THAT WE SHOULD BE AWARE OF HOW THIS HAPPENED.

**1 Affected Product**
**Vehicle**

72

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

April 4, 2018 **NHTSA ID NUMBER: 11083342**
**Components: FORWARD COLLISION AVOIDANCE, ELECTRONIC STABILITY CONTROL, VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**

**NHTSA ID Number:** 11083342

**Incident Date** February 8, 2018

**Consumer Location** LOS ANGELES, CA

**Vehicle Identification Number** 5YJXCAE42GF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 1

**DEATHS** 0

I WAS DRIVING MY TESLA MODEL X EV HOME AND THERE WERE NO PROBLEMS. WHEN I PULLED INTO THE DRIVEWAY THE SELF DRIVING FEATURES ACCELERATED THE VEHICLE CAUSING AN ACCIDENT.

**1 Affected Product**
**Vehicle**

73

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL X | 2016 |

June 16, 2017 **NHTSA ID NUMBER: 10995447**
**Components: SERVICE BRAKES, ELECTRICAL SYSTEM, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 10995447

**Incident Date** November 12, 2016

**Consumer Location** CUPERTINO, CA

**Vehicle Identification Number** 5YJXCBE27GF****


**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0
VEHICLE ACCELERATED SUDDENLY AND CRASHED INTO A TREE IN FRONT WHILE PARKING THE CAR IN A PARKING LOT. WE REPORTED THE PROBLEM TO TESLA BUT THEY GOT BACK TO US DENYING ANY CAR MALFUNCTION THAT CAUSED THE ACCELERATION. HOWEVER WE RECEIVED A RECALL LETTER TODAY SAYING THAT AFFECTED PARKING BRAKE CALIPER MAY CAUSE IN ROLLAWAY AND CRASH.

**1 Affected Product**
**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

February 27, 2017 **NHTSA ID NUMBER: 10957394**
**Components: STRUCTURE, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10957394

**Incident Date** February 27, 2017

**Consumer Location** MARIETTA, GA

**Vehicle Identification Number** 5YJXCAE24GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

TAKATA RECALL

I DROVE MY TESLA MODEL X 2016 TODAY TO WORK AND WHEN I WAS ABOUT TO PARK THE CAR IN THE PARKING LOT (AROUND 6 MILES PER HOUR MAY BE) IT SUDDENLY ACCELERATED AND HIT THE CONCRETE WALL AND BOUNCED BACK AROUND 8 FEET. SINCE IT WAS FOR PARKING I CAN SURELY SAY THAT I DID NOT ACCELERATE THE CAR. THE STEERING AIR BAGS AND KNEE AIR BAGS CAME OFF AND ALSO THE PASSENGER SIDE KNEE AIR BAGS CAME OFF AS WELL. I SEARCHED ONLINE AND THERE SEEMS TO BE A CLASS ACTION SUITE ON THIS ISSUE BUT TESLA IS NOT ACCEPTING IT AS THE GLITCH IN THEIR SOFTWARE OR SOME OTHER COMPONENT. I FELT LIKE THE ACCELERATOR GOT PRESSED THE WAY WHEN THE CAR WAS IN CRUISE MODE. UNLESS I

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

WANTED TO HIT THE WALL INTENTIONALLY THERE WAS NO NEED FOR ME TO PRESS THE ACCELERATOR TO SPEED FROM ALMOST ZERO TO WHATEVER THE HIGH SPEED IT ATTAINED AT THE TIME OF HITTING THE WALL.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

January 3, 2017 **NHTSA ID NUMBER: 10939234**
**Components: STRUCTURE, FUEL/PROPULSION SYSTEM, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 10939234

**Incident Date** November 2, 2016

**Consumer Location** SANTA CLARA, CA

**Vehicle Identification Number** 5YJXCAE27GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0
WHILE TURNING LEFT INTO A PARKING SPOT AT A VERY SLOW SPEED, THE CAR SUDDENLY ACCELERATED WITH EXTREME FORCE. IT RAN OVER A CURB AND COLLIDED WITH A TREE AND A TRUCK. THERE WAS ONLY LIGHT PRESSURE ON THE ACCELERATOR. THE AUTOMATIC BRAKING AND THE AIRBAGS DID NOT DEPLOY. THERE WAS OVER $18 000

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

DAMAGE TO THE TWO VEHICLES AND THE TESLA MODEL X IS NOT DRIVEABLE WITHOUT REPAIRS.

**1 Affected Product Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

December 14, 2016 **NHTSA ID NUMBER: 10935272**
**Components: AIR BAGS, STRUCTURE, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10935272

**Incident Date** December 13, 2016

**Consumer Location** AMAGANSETT, NY

**Vehicle Identification Number** 5YJXCBE24GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

I HAD PULLED INTO A PARKING LOT, PROCEEDED TO PULL INTO A SPOT ADJACENT TO A CINDER BLOCK BUILDING. I HAD MY FOOT LIGHTLY ON THE GAS PEDAL, THEN AS I MADE THE TURN INTO THE SPOT, MY FOOT WAS ON THE BRAKE - THE CAR LURCHED FORWARD AND SPED UP AND THE BRAKES DID NOT STOP IT. I WENT RIGHT INTO THE CONCRETE BUILDING, HEAD ON - AIR BAGS DEPLOYED. THE FRONT END CRUSHED AND THE 2 AIRBAGS ON THE DRIVERS SIDE DEPLOYED AND WERE SMOKING. I READ ON LINE THAT THERE HAVE BEEN NUMEROUS

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

INCIDENCES OF THIS HAPPENING WITH THE TESLA. SPONTANEOUS ACCELERATION WITH MY FOOT NOT ON THE GAS PEDAL. THE CAR WOULD NOT STOP BY THE BRAKES! I COULD HAVE BEEN SERIOUSLY INJURED OR HIT ANOTHER PERSONA OR VEHICLE. THE CAR HIT THE BUILDING AS WELL AS A NATURAL GAS PIPE THAT WAS RUNNING ALONG THE BUILDINGS SIDE AT THE LEVEL OF MY FRONT BUMPER. I FILED A POLICE REPORT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

October 12, 2016 **NHTSA ID NUMBER: 10915633**
**Components: SERVICE BRAKES, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 10915633

**Incident Date** October 7, 2016

**Consumer Location** SANTA CLARA, CA

**Vehicle Identification Number** 5YJXCBE22GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2016 TESLA MODEL X. WHILE PARKING THE VEHICLE, IT ACCELERATED WHILE DEPRESSING THE BRAKE PEDAL AND CRASHED INTO A FENCE. THERE WERE NO INJURIES AND A POLICE

78

REPORT WAS NOT FILED. THE AIR BAGS DID NOT DEPLOY. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURE WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 1,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

September 26, 2016 **NHTSA ID NUMBER: 10909588**
**Components: VEHICLE SPEED CONTROL, WHEELS**
**NHTSA ID Number:** 10909588

**Incident Date** September 22, 2016

**Consumer Location** LEXINGTON, MA

**Vehicle Identification Number** 5YJXCAE44GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

I WAS GOING UP BY DRIVEWAY WAITING FOR MY GARAGE DOOR TO OPEN. I TOOK MY FOOT OFF THE ACCELERATOR AND WAS SLOWING DOWN WITHOUT HITTING THE BREAKS WAITING FOR THE GARAGE DOOR TO OPEN. THE CAR TOOK OFF THROUGH THE GARAGE DOOR AND HIT MY HUSBANDS CAR SITTING IN THE GARAGE.

**1 Affected Product**
**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

September 19, 2016 **NHTSA ID NUMBER: 10908051**
**Components: VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**
**NHTSA ID Number:** 10908051

**Incident Date** May 23, 2016

**Consumer Location** BOSTON, MA

**Vehicle Identification Number** 5YJXCAE24GF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

WHILE TURNING LEFT TO ENTER A VERY NARROW GARAGE ENTRANCE I NEEDED TO DETERMINE WHETHER OR NOT I HAD TO STRAIGHTEN OUT BEFORE PULLING IN OR IF MY LEFT TURN WAS TIGHT ENOUGH TO PULL IN WITHOUT REVERSING TO STRAIGHTEN OUT. I SAW THAT I WAS IN THE POSITION THAT I COULD CONTINUE INTO THE GARAGE AND LIGHTLY PRESSED THE ACCELERATOR TO FINISH MY TURN INTO THE GARAGE.

IT WAS AT THIS POINT THAT THE CAR ACCELERATED WITH EXTREME FORCE AND WITHIN A SECOND SLAMMED INTO A LARGE CONCRETE POLE THAT WAS JUST INSIDE THE GARAGE TO THE LEFT.

I NEVER FELT THE CAR SLOW IN THAT MOMENT, ONLY SPEED UP AND I BELIEVE THE CAR SLAMMED INTO THE POLE WHILE ACCELERATING AND

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

WOULD HAVE CONTINUED TO ACCELERATE IF NOT FOR THE LARGE POLE.

I DID NOT HAVE EITHER FOOT DEPRESSED ON EITHER PEDAL AT THE MOMENT OF COLLISION. THE AIR BAGS DID NOT DEPLOY, BUT THERE WAS VERY SEVERE DAMAGE TO THE FRONT END OF THE CAR THAT WILL BE AT LEAST $25K.

I WAS NOT ON THE PHONE OR DISTRACTED IN ANY WAY. I WAS DRIVING CAREFULLY AND PAYING FULL ATTENTION. THIS IS NOT A CASE OF MISTAKEN PEDAL BECAUSE I WAS INTENDING TO ACCELERATE.

AT FIRST TESLA TOLD US OVER THE PHONE THAT THEIR LOGS SHOW THAT THE DRIVER PRESSED THE PEDAL 100% AND THEN TAPPED THE BRAKE BEFORE IMPACT. THIS EXPLANATION SOUNDED PHYSICALLY IMPOSSIBLE BECAUSE THE DISTANCE COVERED WAS LESS THAN 3 CAR LENGTHS. A MONTH LATER TESLA SENT A LETTER STATING THE DRIVER PRESSED THE ACCELERATOR 100% UNTIL THE VEHICLE SENSED A CRASH. TESLA DID NOT RESPOND TO OUR QUERY ABOUT WHY THEIR LOG STORY HAD CHANGED. TESLA ALSO REFUSED TO PROVIDE DATA ABOUT ACCELERATOR/BRAKE PERCENTAGE AND CAR SPEED FOR THE CAR EARLIER IN THE DAY. IF A DRIVER IS PRESSING THE PEDAL 100% IT IS A VERY DELIBERATE ACTION.

THIS IS A FAILURE OF THE ACCELERATOR AND THE AUTOMATIC BRAKING. THE CAR ACCELERATED ON ITS OWN AND CRASHED FULL FORCE INTO A LARGE CONCRETE POLE.

**1 Affected Product Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

August 24, 2016 **NHTSA ID NUMBER: 10898260**
**Components: STRUCTURE, VEHICLE SPEED CONTROL, FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 10898260

**Incident Date** July 8, 2016

**Consumer Location** ORMOND BEACH, FL

**Vehicle Identification Number** 5YJXCBE21GF****


**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

ON JULY 8TH 2016, AT 9:37 A.M., WHILE SLOWLY PULLING INTO A PARKING SPACE AT CREEKWOOD DOG PARK IN BRADENTON FLORIDA, MY TESLA MODEL X SUDDENLY ACCELERATED UNDER ITS OWN VOLITION, DROVE OVER A PARKING STOP, OVER A FIVE INCH CURB, AND THEN HIT AND KNOCKED OVER A CONCRETE LIGHT POLE. ALL THIS HAPPENED IN A DISTANCE OF LESS THAN TWENTY FEET. TESLA WAS NOTIFIED IMMEDIATELY AND THE CAR WAS TAKEN TO DIMMITT COLLISION CENTER IN CLEARWATER, FLORIDA. THE SERVICE MANAGER AT TESLA OF TAMPA, TOLD ME VERBALLY THE LOG FROM THE EDR SAYS THE CAR WAS TRAVELING AT 6 MPH, THEN THE ACCELERATOR WAS ADVANCED TO OVER 50% AND THEN TO 87%. THE CAR ACCELERATED TO 20 MPH AND ABRUPTLY STOPPED. I DENIED THIS SCENARIO AND ASKED FOR A SUPERVISOR. TESLA'S SOUTHEAST REGIONAL MANAGER MET US AT THE BODY SHOP. HE HANDED ME A LETTER THAT HAD DIFFERENT EDR RESULTS-VEHICLE SPEED WAS 7 MPH, PEDAL POSITION WENT FROM 3.2% TO 15.6% TO 100% AND CAR WENT TO 14 MPH. THE FIRST REPAIR ESTIMATE SHOWED ACTUAL MILEAGE AS 205 AND A SUBSEQUENT REPAIR ESTIMATE SHOWS THE ACTUAL MILEAGE AS 1425. THESE FIGURES ARE INACCURATE SINCE I HAD LOOKED AT THE ODOMETER SEVERAL DAYS BEFORE THE ACCIDENT AND THE MILEAGE WAS OVER 1800. I INFORMED TESLA THAT I AM POSITIVE BEYOND A SHADOW OF DOUBT THAT THE CAR'S ELECTRONIC THROTTLE COMPUTER WAS

82

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

RESPONSIBLE FOR THE ACCIDENT WHICH THEY DENY. THIS APPEARS TO BE THE INDUSTRY STANDARD SINCE EXPERTS WILL TESTIFY THAT ALTHOUGH A CAR IS RESPONSIBLE FOR UNINTENDED ACCELERATION THERE WILL BE NO TRACEABLE EVIDENCE OF THAT RESPONSIBILITY AND THEREFORE THE MANUFACTURER HAS PLAUSIBLE DENIABILITY. TESLAS ARE UNDERGOING UNINTENDED ACCELERATION AT A RATE MORE FREQUENT THAN 1/5,000 VEHICLES MANUFACTURED. THIS IS WAY MORE FREQUENT THAN THE INDUSTRY STANDARD. GENERAL MOTORS HAS AN EXTREMELY GOOD RATE OF 1/123,000 VEHICLES.

**1 Affected Product Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL X | 2016 |

August 4, 2016 **NHTSA ID NUMBER: 10893066**
**Components: VEHICLE SPEED CONTROL, AIR BAGS**
**NHTSA ID Number:** 10893066

**Incident Date** July 28, 2016

**Consumer Location** DANBURY, CT

**Vehicle Identification Number** 5YJXCAE29GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

83

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

TL* THE CONTACT OWNS A 2016 TESLA MODEL X. WHILE ATTEMPTING TO PARK, THE VEHICLE INDEPENDENTLY ACCELERATED WITHOUT WARNING AND CRASHED INTO A WOOD FENCE. THE AIR BAGS FAILED TO DEPLOY. THERE WERE NO INJURIES. A POLICE REPORT WAS FILED. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 49.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

June 7, 2016 **NHTSA ID NUMBER: 10873117**
**Components: STRUCTURE, VEHICLE SPEED CONTROL, AIR BAGS**
**NHTSA ID Number:** 10873117

**Incident Date** June 4, 2016

**Consumer Location** ANAHEIM, CA

**Vehicle Identification Number** 5YJXCAE46GF****


**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

OUR 5 DAY OLD TESLA X WHILE ENTERING A PARKING STALL SUDDENLY AND UNEXPECTEDLY ACCELERATED AT HIGH SPEED ON ITS OWN CLIMBING OVER GRASS AND CRASHED INTO A BUILDING.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

THE AIRBAGS DEPLOYED AND MY WIFE'S ARMS HAVE BURN MARKS AS A CONSEQUENCE.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

December 19, 2019 **NHTSA ID NUMBER: 11290006**
**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11290006

**Incident Date** October 31, 2019

**Consumer Location** BURLINGAME, CA

**Vehicle Identification Number** 5YJXCAE29GF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

ON 10/31/2019, MY WIFE WAS WAITING IN LINE AT A CARWASH. WHILE WAITING FOR THE CAR IN FRONT OF HER TO MOVE OUT OF THE CARWASH TUNNEL, SHE HAD HER FOOT FULLY PRESSED ON THE BRAKE PEDAL AND THE ?HOLD? SIGN WAS SHOWING ON THE INSTRUMENT PENAL SCREEN. APPROXIMATELY 2 MINUTES LATER, SHE RELEASED THE BREAK PADDLE, BUT BEFORE SHE COULD PRESS THE GAS PEDDLE, THE CAR SUDDENLY MOVED FORWARD BY ITSELF AT ALMOST FULL

ACCELERATION. MY WIFE IMMEDIATELY ATTEMPTED TO STOP THE CAR BY PRESSING THE BREAK PEDAL IN FULL, THE CAR SLOWED DOWN, BUT DID NOT FULLY STOP AND KEPT MOVING FORWARD UNTIL IT HIT THE CAR IN FRONT OF IT. BEFORE AND DURING THE ENTIRE ACCIDENT, SOPHIE KEPT FULL HUMANLY POSSIBLE CONTROL OVER THE CAR, BUT AGAIN, THE CAR ABRUPTLY ACCELERATED BY ITSELF AND DID NOT COME TO A FULL STOP WHEN BREAK PEDAL WAS PRESSED.

FORTUNATELY THERE WAS NO INJURY TO ANYONE, BUT THE FRONT BUMPER OF THE CAR IS DENTED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

August 7, 2018 **NHTSA ID NUMBER: 11118315**
**Components: SERVICE BRAKES, ELECTRICAL SYSTEM, UNKNOWN OR OTHER**

**NHTSA ID Number:** 11118315

**Incident Date** July 1, 2018

**Consumer Location** RANCHO PALOS VERDES, CA

**Vehicle Identification Number** 5YJXCBE23GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**DEATHS0**

THE CAR AUTO ACCELERATED ON A SURFACE STREET AND CRASHED

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

July 7, 2017 **NHTSA ID NUMBER: 11003716**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11003716

**Incident Date** July 7, 2017

**Consumer Location** SOUTHLAKE, TX

**Vehicle Identification Number** 5YJXCAE25GF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES2**

**DEATHS0**

MY TESLA MODEL X 2016 ACCELERATED ON ITS OWN AFTER I COME TO A COMPLETE STOP AT A PARKING LOT, CRASHED INTO THE FRONT OF A PEDIATRICS BUILDING. 2 INJURIES. AIRBAG WAS INFLATED.

**1 Affected Product**
**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

**July 3, 2019 NHTSA ID NUMBER: 11229124**
**Components: STRUCTURE, ENGINE, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11229124

**Incident Date** June 22, 2019

**Consumer Location** PALM DESERT, CA

**Vehicle Identification Number** 5YJSA1E13HF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**2

**DEATHS**0

WHILE ATTEMPTING TO PARK THE CAR IN A PARKING SPACE THE CAR
ACCELERATED ON IT'S OWN AND CRASHED OVER A SMALL CONCRETE
RETAINING WALL AND CRASHED INTO ANOTHER VEHICLE.

MY CAR AND THE CAR THAT WAS STRUCK WERE TOTALED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

March 18, 2019 **NHTSA ID NUMBER: 11189710**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11189710

**Incident Date** March 15, 2019

**Consumer Location** FALLBROOK, CA

**Vehicle Identification Number** 5YJSA1E23HF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES1**

**DEATHS0**

TL* THE CONTACT OWNS A 2017 TESLA MODEL S. WHILE PULLING IN THE
DRIVEWAY AT APPROXIMATELY 5 MPH, THE CONTACT ATTEMPTED TO
STEP ON THE BRAKE PEDAL TO SLOW DOWN THE VEHICLE. HOWEVER,
THE VEHICLE ACCELERATED THROUGH THE GARAGE AND CRASHED
INTO THE HOUSE. THERE WAS NO WARNING INDICATOR ILLUMINATED.
THE AIR BAGS DID NOT DEPLOY. A POLICE REPORT WAS NOT FILED. THE
CONTACT SUSTAINED MINOR INJURIES THAT DID NOT REQUIRE MEDICAL
ATTENTION. THE CONTACT STATED THAT THE VEHICLE WOULD NEED TO
BE TOWED. THE CONTACT CALLED TESLA AT 858-558-1555 (LOCATED AT
4545 LA JOLLA VILLAGE DR, SUITE D17, SAN DIEGO, CA 92122) AND WAS
REFERRED TO THE MANUFACTURER. THE MANUFACTURER WAS MADE
AWARE OF THE FAILURE AND PROVIDED A CASE NUMBER. THE VEHICLE
WAS NOT DIAGNOSED OR REPAIRED. THE FAILURE MILEAGE WAS 21,859.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

*TT

THE CONSUMER STATED SHE DID RECEIVE MEDICAL ATTENTION FOR THIS ACCIDENT. *TR

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2017 |

December 21, 2018 **NHTSA ID NUMBER: 11162968**
**Components: POWER TRAIN, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11162968

**Incident Date** December 15, 2018

**Consumer Location** HENDERSON, NV

**Vehicle Identification Number** 5YJSA1E26HF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

OUR TESLA HAS HAD TWO INCIDENTS IN THE LAST THREE MONTHS OF UNCONTROLLABLE ACCELERATION....ONCE SLOWLY GOING INTO A PARKING PLACE AND ONCE BACKING OUT OF OUR GARAGE. THE FIRST ONE RESULTED IN A COUPLE OF CRACKED RIBS (WITH SEATBELT ON) AND $18,000 IN DAMAGE. THE SECOND INCIDENT: THE TESLA, WHEN BACKING UP WENT TOTALLY OUT OF CONTROL BY ACCELERATING AND

IT BARRELED ACROSS THE STREET AND KNOCKING DOWN A TREE BEFORE COMING TO A STOP. THE TESLA IS NOW IN THE REPAIR SHOP WITH EXTENSIVE DAMAGE TO THE REAR OF THE CAR. NOT SURE YET OF THE DOLLAR AMOUNT. I FEEL THIS IS A SERIOUS DEFECT IN THE TESLA MODEL S.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2017 |

July 25, 2018 **NHTSA ID NUMBER: 11113560**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11113560

**Incident Date** July 7, 2018

**Consumer Location** LAGUNA NIGUEL, CA

**Vehicle Identification Number** 5YJSA1E18HF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**
TL* THE CONTACT OWNS A 2017 TESLA MODEL S. WHILE DRIVING 5 MPH, THE VEHICLE ACCELERATED RAPIDLY WITHOUT WARNING. AS A RESULT, THE CONTACT CRASHED INTO A GARAGE DOOR. THE AIR BAGS DID NOT DEPLOY. A POLICE REPORT WAS NOT FILED. THERE WERE NO INJURIES SUSTAINED. THE VEHICLE WAS TOWED TO TESLA BUENA PARK

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

(6692 AUTO CENTER DR, BUENA PARK, CA 90621, (714) 735-5696) AND WAS AWAITING DIAGNOSTIC TESTING AND REPAIRS. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 10,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

May 29, 2018 **NHTSA ID NUMBER: 11098517**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11098517

**Incident Date** May 29, 2018

**Consumer Location** NAPLES, FL

**Vehicle Identification Number** 5YJSA1E21HF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNS A 2017 TESLA MODEL S. WHILE ATTEMPTING TO PARK THE VEHICLE AT A LOW SPEED, THE VEHICLE SUDDENLY ACCELERATED WITH THE BRAKE PEDAL DEPRESSED. THE VEHICLE PROCEEDED TO JUMP THE CURB AND CRASHED INTO SOME BUSHES. THERE WAS NO WARNING INDICATOR ILLUMINATED BEFORE, DURING, OR AFTER THE FAILURE OCCURRED. THERE WERE NO INJURIES AND A

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

POLICE REPORT WAS NOT FILED. THE VEHICLE WAS DRIVEN TO THE CONTACT?S RESIDENCE. THE VEHICLE WAS NOT TAKEN TO A DEALER FOR DIAGNOSTIC TESTING. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 1,772.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

January 28, 2018 **NHTSA ID NUMBER: 11065563**
**Components: AIR BAGS, STRUCTURE, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11065563

**Incident Date** January 14, 2018

**Consumer Location** NEWPORT BEACH, CA

**Vehicle Identification Number** 5YJSA1E22HF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**3

**DEATHS**0
AT OUR DRIVEWAY ON SUN. 1/14/18, COMING BACK FROM SHOPPING A FEW MINUTES BEFORE FOUR PM, SUDDENLY THE CAR TOOK OFF BY ITSELF. IT ACCELERATED TREMENDOUSLY WITH THE SPEED WHICH WAS FELT AROUND 65-80 M/HR, HITTING OUR HEAVY GARAGE DOOR, WHICH WAS CLOSED AT THE TIME, WENT THROUGH THE GARAGE, HIT MY

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

PARKED PORSCHE AND PUSHED IT TO THE LEFT TO THE WATER HEATER.
IT THEN HIT AND BROKE THE WALL BETWEEN OUR GARAGE AND
COURTYARD, BROKE AND PUSHED OUR CONCRETE PLANTER AND
STOPPED HALFWAY BETWEEN THE GARAGE AND OUR FAMILY ROOM
WINDOWS IN THE COURTYARD.I FIRMLY BELIEVE THAT THIS WAS THE
RESULT OF UNINTENDED ACCELERATION. THIS IS OUR NEW AND
SECOND TESLA MY WIFE AND I OWNED AND DROVE.WHEN MY WIFE
TALKED TO LOCAL TESLA REPRESENTATIVE, HE REFUSED TO GIVE US
ANY COMPUTER GENERATED REPORT.THE CAR STILL ON THE WALL
BETWEEN GARAGE AND COURTYARD. WE UNDERSTAND, TESLA HAS A
BLACK BOX THAT WE DO NOT KNOW WHERE IT WILL END UP IF WE TAKE
IT TO TESLA CERTIFIED BODY SHOP.WE APPRECIATE IT VERY MUCH IF
YOU ADVISE US WHAT TO DO.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

January 24, 2018 **NHTSA ID NUMBER: 11064628**
**Components: ELECTRICAL SYSTEM, VEHICLE SPEED CONTROL,**
**UNKNOWN OR OTHER**
**NHTSA ID Number:** 11064628

**Incident Date** January 18, 2018

**Consumer Location** SAN JOSE, CA

**Vehicle Identification Number** 5Y5SA1E11HF****

**Summary of Complaint**

**CRASHYes**

94

**FIRENo**

**INJURIES0**

**DEATHS0**

TESLA MODEL S 2017 SUDDEN UNINTENDED ACCELERATION-

1/18/2018, MORNING 9:05 AM. I WAS PULLING IN TO MY OFFICE PARKING
SPOT WHERE I PARKED FOR 6 YEARS, I LET THE CAR SLOW TO ROLL
CLOSER IN FRONT OF THE CURB. ALL OF A SUDDEN THE CAR
ACCELERATED, GOT ON THE CURB, HIT THE OFFICE BUILDING. THE CAR
WAS STILL GOING UNTIL I APPLIED THE BRAKE. THE ACCELERATION
POINT WAS RIGHT BEFORE THE CURB, MEASURING FROM THE POINT TO
THE WALL IS ONLY 7 FEET. TESLA SAID I WAS ON THE PEDAL FOR A
SECOND LONG, I APPLIED PEDAL FROM 0-18%, AND QUICKLY APPLIED
THE BRAKE. IF I APPLIED THE PEDAL, I WOULD NOT BE ABLE TO APPLY
MY BRAKE IN A SPLIT SECOND. TESLA REFUSED TO PROVIDE THE FORCE
GIVEN TO THE PEDAL AND ANY TELEGRAPHY. TESLA SAID THEY WILL
NOT BE RESPONSIBLE FOR ANY DAMAGE AND SAID IT IS DRIVER'S
ERROR. I TOLD MY CAR WAS ONLY 6 WEEK NEW, I NO LONGER FEEL SAFE
TO DRIVE THIS VEHICLE, I REQUEST TO RETURN THE CAR. TESLA
REFUSED. TESLA CLAIMED THERE IS NO PARTS FAILURE AND REFUSED
TO DO ANY FAILURE ANALYSIS WITHOUT EVEN LOOKING AT THE CAR
AND ACCIDENT PICTURES.

CONSUMER FIGHTING WITH ODDS?--

WHEN INSURANCE COMPANY SENT TOW TRUCK DRIVER ON THE NEXT
DAY(1/19/2018), THE DRIVER SAID MY CAR WAS THE SECOND BRAND NEW
MODEL S HE TOWED IN THE SAME WEEK WITH THE SAME ISSUE. THE
OTHER LADY RAN THRU HER DRYWALL AND GOT IN HER LAUNDRY
ROOM WHILE PARKING, SAME SITUATION- WHILE LETTING THE CAR
"SLOW", ROLL ITSELF. GIVEN TESLA HAS MANUFACTURED CLOSE TO
200,000 CARS, LAUNCHED 5 YEARS SINCE 2012, DIVIDED BY 52 WEEKS A
YEAR, THE ODD IS PRETTY HIGH FOR THE SAME ISSUE---0.7%. AT A
TOTAL OF 1400 TESLA CARS OUT THERE, THESE 1400 CARS ARE ACTING
AS TICKING BOMB FOR THE DESIGN FAILURE CAUSING SUA. I BELIEVE
THIS ISSUE REQUIRES NHTSA OR FEDERAL REGULATION TO TAKE A
LOOK.

95

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

November 23, 2017 **NHTSA ID NUMBER: 11048161**
**Components: SERVICE BRAKES, VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**

**NHTSA ID Number:** 11048161

**Incident Date** November 18, 2017

**Consumer Location** BELLEVUE, WA

**Vehicle Identification Number** 5YJXCBE2XHF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

WE WERE IN A PARKING LOT OF "KIDQUEST MUSEUM" IN BELLEVUE , WA. , TAKING OUR GRAND DAUGHTER, ONE YEAR OLD, TO THE MUSEUM. OUR CAR WAS IN STATIONARY POSITION. WE WERE TRYING TO FIGURE OUT WHERE TO PARK. DURING THIS TIME, OUR MODEL X, TOOK OFF WITH UNINTENDED ACCELERATION AND WE COULD NOT CONTROL THE CAR. IT WAS INSTANTANEOUS, OUR CAR WENT AND HIT A PARKED CHEVY VAN. THIS VAN FWENT UPSIDE DOWN AND WENT OVER THE FENCE INTO THE LOT NEXT TO IT. AFTER THE IMPACT OUR CAR WENT AND HIT ELETRIC POLE, WENT INTO BUSHES AND OVER AN ELECTRICAL BOX OF 5 BY 5. I COULD NOT OPEN THE DOOR. THERE WAS SMOKE IN THE

96

CAR (MY WIFE THINKS SMOKE MIGHT HAVE STARTED WHILE THE CAR WAS ACCELERATING"). MUSEUM STAFF CAME AND OPENED THE PASSENGER DOOR. AFTER SHE GOT OUT, FIRST THING THEY DID WAS TO OPEN THE REAR PASSENGER DOOR AND TOOK OUT OUR GRANDDAUGHTER. I CAME OUT THRU PASSENGER DOO.

FORTUNATELY NO ONE WAS HURT. MANY OF THE AIRBAGS CAME OUT. WE ARE UNBELIEVABLY LUCKY. THE PARKING LOT IS APPROXIMATELY 100 FT X 100. THIS IS THE PARKING LOT USUALLY WHERE MANY KIDS ARE IN THE LOT. FORTUNATELY THAT MOMENT THERE WAS NONE. ACCIDENT HAPPENED AROUND 4:20 P.M . WEATHER WAS GRAY BUT NO RAIN. WE STILL CAN NOT COMPREHEND HOW CAR CAN TAKE OFF AT THAT SPEED. NONE OF THE EMERGENCY BRAKING SYSTEM OR THE CAMERAS WORKED TO STOP THE CAR

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2017 |

September 4, 2017 **NHTSA ID NUMBER: 11021371**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11021371

**Incident Date** September 4, 2017

**Consumer Location** BRONXVILLE, NY

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASHNo**

97

**FIRENo**

**INJURIES0**

**DEATHS0**

THE TESLA SPED UP AND HAD A SUDDEN UNINTENTIONAL ACCELERATION. I WAS DRIVING DOWN THE DRIVEWAY SLOWLY AND THE CAR SUDDENLY ACCELERATED TO A VERY HIGH SPEED. IT ALMOST WENT OVER A WALL AND I HAD TO SWERVE THE WHEEL TO AVOID GOING OVER A WALL. WHEN I SLAMMED ON THE BRAKES, THE CAR STOPPED FULLY ONLY A FEW INCHES AWAY FROM ANOTHER PARKED VEHICLE.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

September 11, 2018 **NHTSA ID NUMBER: 11128789**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11128789

**Incident Date** August 4, 2018

**Consumer Location** LINDON, UT

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

98

**DEATHS0**

ON AUG 4, 2018, IN VENTURA, CA, AT ABOUT 2:30 PM I WAS DRIVING A PASSENGER TO A MEDICAL CLINIC IN A RENTED TESLA MODEL X. AS I WAS PULLING INTO THE PARKING SPACE THE TESLA RAPIDLY ACCELERATED FORWARD UNEXPECTEDLY. SURPRISED AND SCARED I TURNED THE STEERING WHEEL AS HARD AS I COULD AND PRESSED ON THE BRAKE TO STOP THE CAR TO AVOID THE BUILDING IN FRONT OF ME. EVEN WITH MY EFFORTS OF STOPPING, THE CAR WENT OVER THE CURB ONTO THE SIDEWALK AND THEN OVER A LOW CEMENT WALL AND FINALLY STOPPED NEXT TO THE BUILDING. THIS CAUSED DAMAGE TO THE CEMENT WALL, THE FRONT RIGHT WHEEL WELL AND THE UNDERCARRIAGE OF THE CAR. LUCKILY NO ONE WAS HURT. IF I HADN'T AVOIDED HITTING THE BUILDING OR IF A PERSON HAD BEEN WALKING OR STANDING IN FRONT OF ME ON THE SIDEWALK SOMEONE COULD HAVE EASILY BEEN INJURED. THE POLICE WERE CALLED AND THERE WAS AN INCIDENT REPORT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2017 |

April 7, 2018 **NHTSA ID NUMBER: 11083755**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11083755

**Incident Date** April 4, 2018

**Consumer Location** SAN JOSE, CA

**Vehicle Identification Number** 5YJXCDE29HF****

**Summary of Complaint**

99

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

MY CAR HAD AN UNINTENDED ACCELERATION WHEN I WAS TRYING TO PARK IN THE PARKING LOT OF MY OFFICE. THE CAR ACCELERATED, JUMPED THE PARKING CURB AND HIT ANOTHER PARKED CAR. MY CAR SUFFERED SUBSTANTIAL DAMAGE, AIR BAGS WERE DEPLOYED AND I ESCAPED WITH MINOR BRUISES. THE CAR WHICH WAS I COLLIDED WITH WAS PARKED AND DID NOT HAVE ANY PASSENGERS IN IT. NOBODY ELSE WAS INJURED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2017 |

March 7, 2018 **NHTSA ID NUMBER: 11076619**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11076619

**Incident Date** March 6, 2018

**Consumer Location** PHOENIX, AZ

**Vehicle Identification Number** 5YJXCBE29HF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**INJURIES0**

**DEATHS0**

I WAS PARKING WHEN I FELT THE VEHICLE SUDDENLY ACCELERATE AND JUMP THE CURB, SMASHING THROUGH THE FRONT WINDOWS/DOOR OF A BUSINESS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2017 |

February 16, 2018 **NHTSA ID NUMBER: 11073274**
**Components: AIR BAGS, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11073274

**Incident Date** January 24, 2018

**Consumer Location** ARCADIA, CA

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNS A 2017 TESLA MODEL X. WHILE ATTEMPTING TO PARK THE VEHICLE AND APPLY THE BRAKES AT 5 MPH, THE VEHICLE PICKED UP SPEED. AS A RESULT OF THE FAILURE, THE VEHICLE CRASHED INTO A SCHOOL BUILDING. THE AIR BAGS DID NOT DEPLOY. THERE WERE NO INJURIES AND A POLICE REPORT WAS FILED. THE VEHICLE WAS

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

TOWED TO AN INDEPENDENT MECHANIC WHO DETERMINED THAT THE
ACCELERATOR PEDAL WAS DEPRESSED TO CAUSE THE COLLISION. THE
VEHICLE WAS NOT REPAIRED. THE DEALER WAS NOT NOTIFIED OF THE
FAILURE. THE MANUFACTURER WAS NOTIFIED. THERE WAS NO RECALL
RELATED TO THE FAILURE. THE VIN WAS NOT PROVIDED. THE
APPROXIMATE FAILURE MILEAGE WAS 800.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2017 |

June 21, 2018 **NHTSA ID NUMBER: 11102931**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11102931

**Incident Date** May 26, 2018

**Consumer Location** CONCORD, CA

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

I WAS SLOWLY MOVING INTO A PARKING SPACE IN FRONT OF A
SUPERMARKET WHEN THE CAR SUDDENLY ACCELERATED, HIT THE
CONCRETE PARKING SPACE BLOCK IN THE FRONT OF THE PARKING
SPACE, JUMPED THE CURB, AND GLANCED OFF THE CORNER OF THE

102

SUPERMARKET BUILDING BEFORE TURNING 90 DEGREES AND STOPPING.
THE ENTIRE INCIDENT LITERALLY TOOK SECONDS. ALL THE AIR BAGS
DEPLOYED, AND THE INSURANCE COMPANY HAS TOTALED THE CAR.
THE ACCIDENT WAS CAUGHT ON THE SUPERMARKET'S SURVEILLANCE
CAMERAS.

**1 Affected Product
Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL X | 2017 |

July 1, 2019 **NHTSA ID NUMBER: 11228597
Components: SERVICE BRAKES, ELECTRONIC STABILITY CONTROL,
VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11228597

**Incident Date** May 2, 2019

**Consumer Location** PLYMOUTH, MN

**Vehicle Identification Number** 5YJSA1E24JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0
I DROVE TO WORK ON MAY 2, 2019, AND WAS TRYING TO PARK IN MY
ALLOTTED PARKING STALL ON THE 3RD LEVEL OF MY OFFICE PARKING
GARAGE. MY PARKING STALL WAS ALONG THE OUTER EDGE OF THE
GARAGE AND THE ONLY BARRIER TO THE OUTSIDE WAS A SET OF THREE

103

(ABOUT ¾ " DIAMETER) CABLES STRUNG BETWEEN OUTSIDE COLUMNS OF THE GARAGE, BESIDES A THIN PERFORATED CORRUGATED METAL SHEET OUTSIDE THE CABLES, ACTING AS A RAIN STOP. I WAS TRYING TO SLOWLY TURN RIGHT FROM THE PARKING AISLE TO PARK BETWEEN TWO PICKUP TRUCKS ON EITHER SIDE OF MY STALL. WHEN I HAD TURNED PARTWAY INTO MY STALL, MY TESLA SUDDENLY ACCELERATED INTO MY PARKING STALL AT HIGH SPEED, HIT THE OUTSIDE CABLES, REBOUNDED BACKWARDS AND STOPPED ABOUT 10 FEET FROM THE OUTSIDE CABLES. THE CABLES SAVED ME FROM PLUNGING 3 FLOORS DOWN FROM THE GARAGE. THERE WAS EXTENSIVE DAMAGE TO THE HOOD AND FRONT PORTIONS OF MY TESLA. THERE WAS ALSO SOME DAMAGE TO THE METAL CORRUGATED SHEETS OUTSIDE THE CABLES AND A SLIGHT DENT ON THE CORNER OF THE VEHICLE PARKED TO MY RIGHT.

I HAVE BEEN PARKING IN MY OFFICE PARKING STALL FOR ABOUT THE PAST SIX MONTHS WITHOUT ANY ISSUE LIKE THIS. I WANT TO KNOW WHY MY CAR ACCELERATED LIKE THAT WITHOUT WARNING AND WHY THE COLLISION WARNING SYSTEM WAS NOT TRIGGERED BY THE OUTSIDE CORRUGATED METAL SHEET.

ALSO, THERE WAS AN ISSUE WITH MY TESLA THE PREVIOUS EVENING. WHEN I TRIED TO START MY TESLA AFTER WORK, I GOT THE 'SYSTEMS ARE POWERING..' MESSAGE ON THE SCREEN AND MY CAR WOULD NOT START EVEN AFTER A LONG WAIT. THEN, I HAD TO GOOGLE TO FIND A WAY TO REBOOT THE CAR COMPUTER, BY PRESSING TWO BUTTONS ON THE STEERING WHEEL. ON THE DAY OF THE ACCIDENT, I USED THE INTERMITTENT RAIN SENSING WIPERS FOR THE FIRST TIME, AS THERE WAS A LIGHT RAIN.

MY CAR IS STILL IN THE BODY SHOP WAITING FOR SOME BACK ORDERED PARTS. I HAVE ASKED TESLA TO DO A DIAGNOSTICS TO SEE IF THERE WERE ANY SOFTWARE BUGS IN THE SYSTEM.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2018 |

May 23, 2019 **NHTSA ID NUMBER: 11209483**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11209483

**Incident Date** May 12, 2019

**Consumer Location** MAPLE GROVE, MN

**Vehicle Identification Number** 5YJSA1E22JF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 2

**DEATHS** 0

THE CAR UNINTENDED ACCELERATED WHEN I PULLED INTO GARAGE
AND WAIT FOR GARAGE DOOR OPEN. THE SUDDEN ACCELERATION IS
TOTALLY OUT OF CONTROL, EVEN MY FOOT FIRMLY STEP ON THE
BREAK PEDAL. THE ACCELERATED CAR WENT THROUGH THE GARAGE
DOOR TOWARDS RIGHT, AND HIT AND LIFT THE OTHER PARKED SUV
INSIDE THE GARAGE. THE SPEED AND FORCE PUSH THE SUV TOWARDS
THE BACK OF GARAGE WALL, AND TOTALLY DAMAGED THE PART OF MY
GARAGE.

**1 Affected Product**
**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2018 |

March 1, 2019 **NHTSA ID NUMBER: 11183545**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11183545

**Incident Date** February 20, 2019

**Consumer Location** PALO ALTO, CA

**Vehicle Identification Number** 5YJSA1E24JF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

TL* THE CONTACT OWNS A 2018 TESLA MODEL S. WHILE ATTEMPTING TO MAKE A LEFT TURN FROM A PARKING SPACE, THE VEHICLE ACCELERATED BACKWARDS IN A TIGHT CIRCLE. THE VEHICLE STRUCK SOME TREES ON THE PASSENGER SIDE AND CRASHED INTO ANOTHER VEHICLE THAT WAS PARALLEL PARKED ON THE SAME STREET. THERE WAS NO WARNING INDICATOR ILLUMINATED. A POLICE REPORT WAS FILED. THERE WERE NO INJURIES. THE VEHICLE WAS DAMAGED AND TOWED TO A TOW YARD. THE CONTACT CALLED THE MANUFACTURER AND WAS CONNECTED TO TESLA ROADSIDE ASSISTANCE. THE CONTACT REQUESTED THE DEALER. TESLA (831-264-6896, LOCATED AT 1901 DEL MONTE BLVD, SEASIDE, CA 93955) WAS NOTIFIED, BUT DID NOT ASSIST. THE CONTACT DID NOT KNOW IF THE VEHICLE WAS TOTALED. THE

CAUSE OF THE FAILURE WAS NOT DETERMINED. THE FAILURE MILEAGE WAS 4,757.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2018 |

December 3, 2018 **NHTSA ID NUMBER: 11155579**
**Components: ELECTRICAL SYSTEM, VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11155579

**Incident Date** December 2, 2018

**Consumer Location** WALNUT, CA

**Vehicle Identification Number** 5YJSA1E23JF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES1**

**DEATHS0**
CAR WAS STOPPED PRIOR TO ENTERING CAR GARAGE. CAR SUDDENLY REVERSED THEN SPED UP AUTONOMOUSLY AND CRASHED INTO THE HOME. SUSPECT CAR ELECTRONICS COMPROMISED AND ENDANGERED DRIVER. REQUESTING INVESTIGATION IF CAR DEFECT VS USER ERROR.

THANK YOU !

**1 Affected Product**

107

## Vehicle

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2018 |

June 18, 2018 **NHTSA ID NUMBER: 11102347**
**Components: SERVICE BRAKES, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11102347

**Incident Date** June 17, 2018

**Consumer Location** SAN DIEGO, CA

**Vehicle Identification Number** 5YJSA1E23JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

TL* THE CONTACT OWNS A 2018 TESLA MODEL S. WHILE APPROACHING A
RED LIGHT, THE SPEED INCREASED AND THE VEHICLE FAILED TO
RESPOND WHEN THE BRAKE PEDAL WAS DEPRESSED. THE VEHICLE
DROVE THROUGH THE TRAFFIC LIGHT AND CRASHED INTO A VEHICLE
THAT WAS MAKING A LEFT TURN. THE FRONT DRIVER'S AIR BAG AND
KNEE AIR BAGS DEPLOYED. THE FRONT DRIVER'S SIDE CURTAIN AIR
BAGS HAD NOT DEPLOYED. THE DRIVER SUSTAINED SHOULDER AND
BACK INJURIES THAT REQUIRED MEDICAL ATTENTION. A POLICE
REPORT WAS FILED. THE INSURANCE COMPANY TOWED THE VEHICLE TO
A COLLISION REPAIR FACILITY. THE DEALER (SAN DIEGO MIRAMAR
TESLA, 9250 TRADE PL, SAN DIEGO, CA 92121, (858) 271-5100) WAS
NOTIFIED OF THE CRASH AND THE CONTACT WAS WAITING FOR

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

FEEDBACK FROM THE INSURANCE COMPANY. THE DEALER AND THE MANUFACTURER WERE WAITING TO RETRIEVE THE INFORMATION FROM THE ELECTRONIC DATA RECORDER TO INVESTIGATE THE CAUSE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 49.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2018 |

June 6, 2018 **NHTSA ID NUMBER: 11100216**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11100216

**Incident Date** April 20, 2018

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJSA1E25JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

TL* THE CONTACT OWNS A 2018 TESLA MODEL S. WHILE ATTEMPTING TO PARK THE VEHICLE, IT INDEPENDENTLY ACCELERATED AND CRASHED INTO A WALL. THE AIR BAGS DEPLOYED. A POLICE REPORT WAS NOT FILED. THE CONTACT SOUGHT MEDICAL ATTENTION TEN DAYS LATER FOR A STERNAL FRACTURE. THE TESLA BUENA PARK DEALER (6692 AUTO CENTER DR., BUENA PARK, CA 90621, (714) 735-5696) WAS

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

CONTACTED AND THE VEHICLE WAS TOWED TO A TESLA APPROVED FACILITY TO BE DIAGNOSED. THE CONTACT WAS INFORMED THAT THE ON BOARD DIAGNOSTIC TESTING REPORTED THAT THE ACCELERATOR PEDAL WAS DEPRESSED AT THE TIME OF THE CRASH. THE CONTACT WAS ALSO INFORMED THAT THE AUTOMATED FEATURES, INCLUDING THE CRUISE CONTROL WERE UNABLE TO HAVE INDUCED THE ACCELERATED RESPONSE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS ALSO NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 214.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2018 |

December 15, 2019 **NHTSA ID NUMBER: 11289172**
**Components: STRUCTURE, VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**

**NHTSA ID Number:** 11289172

**Incident Date** June 27, 2019

**Consumer Location** MENLO PARK, CA

**Vehicle Identification Number** 5YJXCBE29JF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

USING THE SELF-PARK SYSTEM, FROM A STATIONARY POSITION AND PRESSING THE TOUCH SCREEN PROMPTS TO USE THE SELF-PARK, AND HAVING HANDS AND FEET AWAY FROM THE GAS, BRAKE AND STEERING WHEEL, AND PARKING BETWEEN TWO CARS, THE CAR ACCELERATED BACKWARD ON ITS OWN AND I HAD TO SLAM MY FOOT ON THE BRAKE TO STOP IT BUT IT STILL HIT A POLE GOING IN REVERSE AND DAMAGED THE BODY OF THE CAR. HAD I NOT HIT THE BRAKE MY SON AND I WOULD HAVE BEEN INJURED. TESLA HAS DENIED RESPONSIBILITY.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2018 |

November 27, 2018 **NHTSA ID NUMBER: 11154380**
**Components: VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11154380

**Incident Date** November 17, 2018

**Consumer Location** SAN CLEMENTE, CA

**Vehicle Identification Number** 5YJXCDE27JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

ON NOV 17, 2018 AT 4:50 PM, I WAS DRIVING MY TESLA X SLOWLY WITH AUTO PILOT OFF AND AUTO STEER OFF ON A SURFACE STREET IN SAN

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

CLEMENTE, CA. I WAS TRYING TO DO A U TURN. I VERIFIED THAT THERE WAS NO TRAFFIC, THAT THERE WAS AN AREA WHERE CARS WERE NOT PARKED ON THE LEFT SIDE OF THE STREET AND COULD USE A PARKING DRIVEWAY ON THE RIGHT THAT WILL ALLOW MORE SPACE TO PERFORM THE U TURN. I GENTLY PRESSED THE BREAK TO FURTHER SLOWDOWN AND THEN VEERED A LITTLE TO THE RIGHT INTO THE DRIVEWAY AT LESS THAN 5 MPH. I STARTED TO TURN TO THE LEFT WHILE STILL GENTLY PRESSING THE BREAK. AS SOON AS THE FRONT RIGHT WHEEL LEFT THE DRIVEWAY AND BEFORE I HAD COMPLETED THE U TURN, THE TESLA ALL OF A SUDDEN, ON ITS OWN SPONTANEOUSLY ACCELERATED TO FULL POWER (A TESLA X CAN GO FROM 0-60 MILES IN APPROX. 4 SECONDS). MY FOOT WAS STILL ON THE BREAK, I DID NOT MOVE IT AND THEREFORE I DID NOT PRESS THE ACCELERATOR. THERE WERE NO OBJECTS OBSTRUCTING THE PEDALS. IN A SMALL FRACTION OF A SECOND, THE TESLA TRAVELED AT FULL SPEED TOWARDS THE TACOMA CAR PARKED AHEAD ON THE LEFT (LESS THAN 20 FEET). SOMETHING IN THE TESLA SYSTEM TRIGGERED THE SUDDEN SPONTANEOUS FULL ACCELERATION RESULTING IN THIS COLLISION. THE TESLA HAD MAJOR DAMAGE IN THE FRONT, THE AIR BAGS WERE DEPLOYED. I HAD A MAJOR BRUISE ON MY ABDOMEN AND SEVERAL SMALL BRUISES ON MY CHEST. THE TACOMA SUFFERED DAMAGE IN THE FRONT, MOVED BACKWARDS AND HIT THE CAR PARKED BEHIND IT. THERE WERE NO PASSENGERS IN THE OTHER VEHICLES. IT IS MY FIRM BELIEF THAT THIS ACCIDENT OCCURRED DUE NOT TO A DRIVER'S ERROR BUT TO A TECHNOLOGICAL ERROR WITHIN THE TESLA VEHICLE. I FOUND MORE THAN 60 COMPLAINTS FOR SPONTANEOUS SUDDEN ACCELERATION FOR TESLA VEHICLES THAT HAVE BEEN FILED TO NHTSA. WHAT THESE COMPLAINTS HAVE IN COMMON ARE THAT VEHICLES ARE TRAVELING SLOWLY TRYING TO PARK OR MAKE TURNS AT LOW SPEED WHEN SUDDEN SPONTANEOUS FULL ACCELERATION WAS TRIGGERED.

**1 Affected Product**
**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2018 |

October 23, 2018 **NHTSA ID NUMBER: 11142282**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11142282

**Incident Date** October 23, 2018

**Consumer Location** TAMPA, FL

**Vehicle Identification Number** 5YJXCBE47JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

WHILE IN A PARKING LOT AT LOW SPEED AND COMING AROUND A TURN
TO PARK, TESLA SUDDENLY ACCELERATED FROM LOW SPEED TO HIGH
SPEED HITTING A POLE. AIRBAGS DEPLOYED. SUDDEN ACCELERATION
WAS WITHOUT WARNING. SEVERE DAMAGE TO CAR. LUCKILY NO
PEDESTRIANS WERE NEARBY.

**1 Affected Product**
**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2018 |

July 15, 2018 **NHTSA ID NUMBER: 11111431**
**Components: STRUCTURE, SERVICE BRAKES, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11111431

**Incident Date** July 14, 2018

**Consumer Location** SEATTLE, WA

**Vehicle Identification Number** 5YJXCBE27JF****


**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

WHEN SLOWLY PULLING INTO A PARKING SPOT, THE CAR ACCELERATED
ON IT'S OWN JUMPING THE CURB AND SLAMMED INTO A CHAIN LINK
FENCE. I PRESSED THE BRAKE PEDAL BUT IT DIDN'T RESPOND. MY TEN
YEAR OLD CHILD WAS IN THE BACK SEAT AND THANKFULLY WE ARE
BOTH UNHARMED. THIS IS THE SECOND INCIDENT OF THE CAR
ACCELERATING ON IT'S OWN. THE FIRST TIME THIS OCCURRED WAS
DURING MY FIRST WEEK WITH THE CAR AND WHEN I WAS SLOWLY
DRIVING AROUND A TRAFFIC CIRCLE IN A RESIDENTIAL AREA AND THE
CAR TOOK OFF ON IT'S OWN. NO DAMAGE OTHER THAN MISALIGNMENT
THAT TIME BUT I WAS VERY SCARED AND CALLED TESLA SERVICE. IT
TOOK SEVERAL WEEKS FOR THEM TO RESPOND WITH THE DATA REPORT
FROM THE CAR AND SAID THAT THE VEHICLE INCREASED SPEED DUE TO
THE DRIVER PRESSING THE ACCELERATOR. I ACCEPTED THEIR

114

EXPLANATION AND ASSUMED THAT I WAS INDEED AT FAULT EVEN
THOUGH I WAS POSITIVE THAT I DIDN'T PRESS THE ACCELERATOR. I'M
INCREDIBLY SADDENED BY THIS SITUATION AS I TRULY LOVED THIS
CAR BUT I'M TOO FRIGHTENED TO DRIVE IT AGAIN. IT'S CURRENTLY AT
A BODY SHOP.

**1 Affected Product
Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL X | 2018 |

May 8, 2018 **NHTSA ID NUMBER: 11092528
Components: AIR BAGS, VEHICLE SPEED CONTROL, ELECTRICAL
SYSTEM, SERVICE BRAKES**
**NHTSA ID Number:** 11092528

**Incident Date** April 27, 2018

**Consumer Location** TUSTIN, CA

**Vehicle Identification Number** 5YJXCDE2XJF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES1**

**DEATHS0**
TL* THE CONTACT OWNS A 2018 TESLA MODEL X. WHILE PULLING INTO A
PARKING SPACE, THE BRAKE PEDAL WAS DEPRESSED BUT THE VEHICLE
INADVERTENTLY ACCELERATED OVER A CURB BEFORE CRASHING INTO
A CEMENT LIGHT POLE. THE FRONT END OF THE VEHICLE WAS

115

SEVERELY DAMAGED, AND THE AIR BAGS DID NOT DEPLOY. THE DRIVER SUSTAINED NECK, SHOULDER, AND CHEST INJURIES THAT REQUIRED MEDICAL ATTENTION. A POLICE REPORT WAS FILED. THE VEHICLE WAS TOWED TO A TOW YARD. ON SEVERAL OCCASIONS, PRIOR TO THE FAILURE, AN ERRONEOUS WARNING MESSAGE DISPLAYED WHILE DRIVING, INDICATING THAT THE VEHICLE WAS DRIVING TOO CLOSELY TO THE PRECEDING VEHICLE, EVEN THOUGH ANOTHER VEHICLE WAS NOWHERE IN THE VICINITY. THE CONTACT INDICATED THAT THE FAILURE OCCURRED ON MULTIPLE OCCASIONS, INCLUDING SHORTLY BEFORE THE CRASH. THE MANUFACTURER WAS NOTIFIED OF THE FAILURES. THE LOCAL DEALER WAS NOT CONTACTED FOR DIAGNOSTIC TESTING OR REPAIRS. THE FAILURE MILEAGE WAS 1,500.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2018 |

March 1, 2019 **NHTSA ID NUMBER: 11183334**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11183334

**Incident Date** February 1, 2019

**Consumer Location** PLEASANTON, CA

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

116

**DEATHS0**

WAS PARKING MY 2018 MODEL X ON FEB 1, 2019, IN MY DRIVEWAY. THE VEHICLE SUDDENLY ACCELERATED, HIT THE GARAGE DOOR(CLOSED. NO WARNING FROM SENSOR), WENT THROUGH GARAGE DOOR( VEHICLE DID NOT STOP AFTER HITTING THE GARAGE DOOR), DID NOT SENSE THINGS(LIKE WASHER, DRYER, WATER HEATER, WALL TO MY KITCHEN) IN THE GARAGE DOOR AND FINALLY SMASHED THE WASHER/DRYER BEFORE COMING TO STOP. WASHER/DRYER HIT THE WALL AND DAMAGE THE ENTIRE KITCHEN. NO AIRBAGS CAME OUT. MY WIFE WAS IN THE FRONT SEAT, MY DAUGHTER WAS IN THE BACKSEAT AND MY SON WAS INSIDE THE HOME WHEN IT HAPPENED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2018 |

November 26, 2018 **NHTSA ID NUMBER: 11154132**
**Components: AIR BAGS, SERVICE BRAKES, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11154132

**Incident Date** November 26, 2018

**Consumer Location** UPPER ARLINGTON, OH

**Vehicle Identification Number** 5YJ3E1EA6JF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

117

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**DEATHS0**
TESLA MODEL 3 (2018) PROCEEDED TO ACCELERATE WHILE BRAKE PEDAL WAS DEPRESSED GOING THROUGH AN INTERSECTION CAUSING UNCONTROLLABLE MANEUVER AND VEHICLE CONTROL LOSS. THE VEHICLE FAILED TO RESPOND TO PEDAL INPUT AND FAILED TO DEPLOY AIRBAGS UPON IMPACT WITH A TREE AND FENCE CONTINUING TO ACCELERATE THROUGHOUT SUCH INCIDENT. AUTOPILOT WAS ENGAGED PRIOR TO CRASH. NO FORWARD COLLISION WARNING ACTIVATED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

**NHTSA ID Number:** 11133222

**Incident Date** October 3, 2018

**Consumer Location** LEXINGTON, MA

**Vehicle Identification Number** 5YJ3E1EB1JF****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**
ON OCTOBER 3RD, AT 5:26PM, I ENTERED THE VEHICLE, STEPPED ON THE BRAKE AND SHIFTED THE CAR INTO D TO PULL FORWARD OUT OF A PARKING SPACE (I BACKED IN).

AS I GENTLY APPLIED THE ACCELERATOR PEDAL TO EASE FORWARD

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

(AND TURN LEFT) OUT OF THE PARKING SPACE TO HEAD DOWN THE PARKING AISLE, THE CAR MOVED FORWARD MUCH FASTER THAN EXPECTED SO I LET OFF THE PEDAL. THE VEHICLE STOPS ACCELERATING AFTER LETTING OFF THE PEDAL. I TRY PRESSING THE PEDAL GENTLY AGAIN AND THE CAR LURCHES FORWARD PRETTY QUICKLY AS IF I DEPRESSED THE PEDAL ABOUT HALFWAY DOWN (I DID NOT). LETTING GO OF THE ACCELERATOR PEDAL DIDN'T SEEM TO KICK IN REGENERATIVE BRAKING SO I PRESSED ON THE BRAKE TO SLOW THE CAR DOWN TO A SPEED APPROPRIATE FOR A PARKING LOT.

AFTER USING THE BRAKE, THE PROBLEM NEVER REAPPEARED AND I RESUMED MY DRIVE ALTHOUGH I WAS SHAKEN A BIT BY THE INCIDENT.

IT'S ALMOST AS IF THE "THROTTLE MAP" WAS MESSED UP FOR A FEW SECONDS ASKING THE CAR TO DELIVER MUCH HIGHER CURRENT THAN IT SHOULD HAVE AT A 5-10% PEDAL POSITION.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL 3 | 2018 |

August 14, 2018 **NHTSA ID NUMBER: 11119991**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11119991

**Incident Date** August 2, 2018

**Consumer Location** SAN FRANCISCO, CA

**Vehicle Identification Number** 5YJ3E1EA3JF****

**Summary of Complaint**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**CRASH No**

**FIRE No**

**INJURIES 0**

**DEATHS 0**

SUDDEN UNINTENDED ACCELERATION.

VEHICLE WAS RETRIEVED FROM SERVICE CENTER AFTER A CENTER SCREEN/COMPUTER REPLACEMENT. LATER THAT EVENING, WHEN ARRIVING AT THE DESTINATION AT A RESIDENTIAL NEIGHBORHOOD, I RELEASED THE ACCELERATOR PEDAL AND TURNED TO APPROACH THE CURB. WHEN THE VEHICLE WAS NEXT TO THE CURB, IT SUDDENLY ACCELERATED. I QUICKLY APPLIED THE BRAKE PEDAL AND TURNED THE WHEEL TO STEER AWAY FROM THE CURB TO AVOID COLLISION WITH A PARKED CONSTRUCTION VEHICLE. VIDEO OF THE INCIDENT WAS CAPTURED WITH THE RING DOORBELL CAMERA AND VIDEO FOOTAGE IS AVAILABLE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL 3 | 2018 |

May 22, 2018 **NHTSA ID NUMBER: 11097159**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11097159

**Incident Date** May 5, 2018

**Consumer Location** PHOENIX, AZ

**Vehicle Identification Number** 5YJ3E1EA5JF****

120

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

DRIVER FELT SUDDEN UNINTENDED ACCELERATION WHILE PARKING THE CAR. THE ACCELERATION HAPPENED WITHIN THE LAST COUPLE OF SECONDS WHEN THE CAR WAS TURNING 90% AT PRETTY NORMAL SPEEDS TO PARK. THE CAR HIT A TREE, AND SUFFERED SIGNIFICANT FRONTAL DAMAGE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

May 10, 2018 **NHTSA ID NUMBER: 11092830**
**Components: VEHICLE SPEED CONTROL**
NHTSA ID Number: 11092830

**Incident Date** May 10, 2018

**Consumer Location** DOVER, DE

**Vehicle Identification Number** 5YJ3E1EA0JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**DEATHS0**

TL* THE CONTACT OWNS A 2018 TESLA MODEL 3. WHILE ATTEMPTING TO PARK THE VEHICLE, THE BRAKE PEDAL WAS DEPRESSED, BUT THE VEHICLE ACCELERATED RAPIDLY ON ITS OWN WITHOUT WARNING. AS A RESULT, THE VEHICLE DROVE OVER A CURB AND CRASHED INTO PART OF A STORE. THE FRONT END OF THE VEHICLE WAS DAMAGED. THE AIR BAGS FAILED TO DEPLOY. A POLICE REPORT WAS FILED AND THERE WERE NO INJURIES. THE VEHICLE WAS DRIVEN TO THE CONTACT'S HOME. THE CONTACT NOTIFIED TESLA'S SERVICE CENTER AT (610) 407-7030, BUT THE DEALER AND MANUFACTURER WERE NOT CONTACTED. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE FAILURE MILEAGE WAS NOT AVAILABLE. *TT

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

May 4, 2018 **NHTSA ID NUMBER: 11091970**

**Components: SERVICE BRAKES, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11091970

**Incident Date** May 4, 2018

**Consumer Location** CHANDLER, AZ

**Vehicle Identification Number** 5YJ3E1EA6JF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**DEATHS0**

UNINTENDED ACCELERATION OF 2018 TESLA MODEL 3.

ISSUE DESCRIPTION: ISSUE OCCURRED ON 05/04/18 AT APPROX. 11:52 AM WHILE TRYING TO PARK THE VEHICLE IN A PARKING LOT OF A GROCERY STORE. THE VEHICLE WAS IN THE PARKING SPACE POSITION WHEN IT SUDDENLY ACCELERATED WITHOUT ANY INPUT FROM THE DRIVER. THE BRAKES WERE APPLIED HOWEVER THEY FELT INOPERATIVE. IT FELT AS THOUGH THE DRIVER HAD NO CONTROL OVER BRAKING AND THE VEHICLE HAD A MIND OF ITS OWN. THE DRIVER TURNED THE STEERING WHEEL TO AVOID DIRECTLY HITTING A DUMPSTER WHILE TRYING TO BRAKE. THE PASSENGER SIDE OF THE VEHICLE THEN HIT A CURB AND A PONY WALL. AFTER THE IMPACT, THE DRIVER WAS ABLE TO TURN THE VEHICLE WHILE APPLYING THE BRAKES THAT EVENTUALLY BROUGHT THE VEHICLE TO A STOP.

PROBABLE CAUSE: UNKNOWN. GIVEN THE VEHICLE IS NEW, IT IS DIFFICULT TO IDENTIFY A REASON WHY WOULD IT ACCELERATE UNINTENTIONALLY. THE VEHICLE IS EQUIPPED WITH ENHANCED AUTO PILOT WHICH WAS NOT ENGAGED AT THE TIME OF INCIDENT. THE NIGHT PRIOR TO THE INCIDENT THE VEHICLE DISPLAYED SOFTWARE GLITCH WHERE IN IT WOULD NOT CONTROL THE VOLUME OF THE RADIO WHILE DRIVING WITH THE BUTTONS ON THE STEERING WHEEL AND WAS STUCK IN CONTROLLING THE STEERING WHEEL POSITION.

CAR IS RUNNING SOFTWARE VERSION 8.1 (2018.14.13 9E3B7FF)

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

October 14, 2019 **NHTSA ID NUMBER: 11268280**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Components: WHEELS, UNKNOWN OR OTHER**

**NHTSA ID Number:** 11268280

**Incident Date** September 24, 2019

**Consumer Location** FREMONT, CA

**Vehicle Identification Number** 5YJ3E1EA2JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

HELLO- I WAS TRYING TO PARK MY VEHICLE IN A PARKING SPOT IN
SANTA CLARA, CALIFORNIA WHEN THE CAR AUTOMATICALLY
ACCELERATED AND HIT ANOTHER CAR. IT THEN IMMEDIATELY HAD A
FLAT TIRE. I DID NOT HIT THE WRONG PEDAL NOR WAS I ACCELERATING
IT. IT WAS QUITE DANGEROUS. IT CAME TO A HALT AFTER HITTING
ANOTHER CAR. BOTH THE CARS WERE DAMAGED.PRIOR TO THAT WE
HAD DIFFICULTY TRYING TO CONNECT TO THE CAR USING THE APP ON
THE PHONE BUT THOUGHT IT COULD HAVE BEEN DUE TO AN APP ERROR.
NOT SURE IF IT WAS CORRELATED. THIS EVENT HAPPENED ON SEP 24.
TESLA ADVISED ME TO TOW THE CAR TO THE SERVICE CENTER. SINCE
THEN MY CAR HAS BEEN WITH TESLA SERVICE. THEY HAVE NOT GIVEN
US ANY UPDATES ABOUT THE DIAGNOSTICS AND KEEP TELLING US TO
TAKE THE CAR BACK. THEY HAVE CLEARED TO DRIVE THE CAR FOR 20
MILES. MY CAR WAS EXTENSIVELY DAMAGED. I REQUEST YOU TO HELP.
THIS IS QUITE SERIOUS FOR THE SAFETY OF EVERYONE. WHILE I AM
WILLING TO ACCEPT IF TESLA PROVES BEYOND A DOUBT THAT IT WAS
MY ERROR, I AM QUITE CONFIDENT THAT IT DID IT AUTOMATICALLY. I
AM ALSO CONCERNED THAT TESLA HAS NOT GIVEN US ANY UPDATE
FOR THE LAST 3 WEEKS AND HAVE NOT PROVIDED US WITH ANY
DETAILS OF WHAT THE COURSE OF ACTION IS BEYOND ASKING US TO
TAKE THE CAR BACK AND CLEARING IT TO DRIVE FOR 20 MILES. I HAVE 2
KIDS AND WANT A THOROUGH INVESTIGATION FOR THE SAFETY OF
EVERYONE INVOLVED. PLEASE HELP.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

May 22, 2019 **NHTSA ID NUMBER: 11209238**
**Components: AIR BAGS, STRUCTURE, UNKNOWN OR OTHER**

**NHTSA ID Number:** 11209238

**Incident Date** April 24, 2019

**Consumer Location** MCLEAN, VA

**Vehicle Identification Number** 5YJ3E1EA2JF\*\*\*\*

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

ON APRIL 24 19 MORNING ARTI DOSHI (MY WIFE) DROVE UP MULTILAVEL PARKING LOT AT WORK 8100 JONES BRANCH DRIVE, SHE INITIALLY CHOSE A HEAD IN PARKING SPOT, THEN ATTEMPTED TO MOVE THE CAR FORWARD TO THE NEXT AISLE, SO THE CAR WOULD BE FACING FRONT WHEN SHE GOT OUT. THE CAR PICKED UP UNCONTROLLABLE AND EXTREMELY HIGH SPEED AND SHE FELT OUT OF CONTROL AND COULD NOT MOVE FOOT FROM ACCELERATOR TO BRAKE IN THE SPLIT SECOND, ALL SHE COULD DO WAS TO STEER SLIGHTLY TO HIT A POLE AT THAT NEXT SPOT, AND AVOID GOING ACROSS DRIVE LANE AND OVER THE BARRICADE TO A DROP. THE CAR SUFFERED SEVERE FRONT DAMAGE AND AIRBAGS OPENED, SHE HAD MINOR BRUISE. REPAIR ESTIMATES

125

CAUSED INSURANCE COMPANY TO CALL IT A TOTAL LOSS.

1. TESLA CLAIMS TO BE REVIEWING ELECTRONIC DATA BUT HAS NOT RELEASED CONCLUSIONS SO FAR.

2. WHY SUCH HIGH SPEED WAS PICKED UP WHEN ALL SHE WANTED TO DO WAS CRAWL OVER TO THE NEXT SPOT DIRECTLY AHEAD (ABOUT 20 FEET) FROM THE PREVIOUS SPOT.

3. WHY VARIOUS ELECTRONIC SYSTEM, FRONT COLLISION WARNING, FRONT COLLISION AVOIDANCE, VIDEO SENSORS ABOUT OBSTRUCTIONS, AVOIDANCE BASED ACCELERATION CONTROL ETC, FAILED TO APPLY ANY SPEED REDUCTIONS.

PHOTOS OF EVENT, ESTIMATE FROM INSURANCE ARE ENCLOSED.

I REQUEST YOUR KIND ATTENTION, AND YOUR ANALYSIS AS TO THE SAFETY FAILURES.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

April 16, 2019 **NHTSA ID NUMBER: 11196764**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11196764

**Incident Date** March 30, 2019

**Consumer Location** SNELLVILLE, GA

**Vehicle Identification Number** 5YJ3E1EA6JF****

126

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES1**

**DEATHS0**

VEHICLE ENTERED A SHOPPING PLAZA AT SPEED UNDER 10MPH AND
SUDDENLY ACCELERATED TO HIGH SPEED ON IT'S OWN. IT HIT THREE
STATIONARY VEHICLES AND KNOCKED DOWN A SMALL TREE. TRIED
STOPPING THE CAR BUT THE BRAKES WOULD NOT WORK AND THE CAR
FINALLY STOPPED AFTER HITTING THE THIRD VEHICLE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

September 28, 2018 **NHTSA ID NUMBER: 11132177**
**Components: UNKNOWN OR OTHER**
NHTSA ID Number: 11132177

**Incident Date** September 26, 2018

**Consumer Location** SIMI VALLEY, CA

**Vehicle Identification Number** 5YJ3E1EA1JF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

127

**DEATHS0**

SUDDEN UNEXPECTED ACCELERATION

CAR WAS IN PARKING LOT (BOTH ON AUGUST12 2018 AND ON
SEPTEMBER 26 201 AND COMING TO A STOP.. MY FOOT WAS NOT ON THE
ACCELERATOR BUT CAR JOLTED FORWARD APPROXIMATELY 10 FEET.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

September 2, 2018 **NHTSA ID NUMBER: 11124067**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11124067

**Incident Date** September 1, 2018

**Consumer Location** RIVERSIDE, CA

**Vehicle Identification Number** 5YJ3E1EA7JF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

I WAS PULLING INTO A DRIVEWAY WHEN MY FOUR WEEK OLD TESLA
MODEL 3, UNEXPECTEDLY ACCELERATED FOR NO OBVIOUS REASON. IT
FELT LIKE CAR WAS FLYING AT A HIGH SPEED AND I HAD NO CONTROL.
IN A BLURR, WE WERE SURROUNDED BY INFLATED AIRBAGS ON ALL

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

SIDES IN A SMOKE FILLED CAR AND I REALIZED CAR HAD CRASHED INTO THE GARAGE DOOR AND NOW WAS PINNED UNDER A CRUMPLED GARAGE DOOR. IN SECONDS, AN EVERYDAY INSTANCE OF PULLING INTO THE DRIVEWAY HAD SUDDENLY CHANGED INTO A NIGHTMARE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL 3 | 2018 |

October 21, 2019 **NHTSA ID NUMBER: 11269912**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11269912

**Incident Date** October 18, 2019

**Consumer Location** GERMANTOWN, TN

**Vehicle Identification Number** 5YJSA1E28KF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**
TL* THE CONTACT OWNS A 2019 TESLA MODEL S. WHILE THE CONTACT WAS PULLING INTO THE DRIVEWAY AT 4 MPH, THE VEHICLE ACCELERATED AND CRASHED INTO THE GARAGE DOOR AND WALL. THE AIR BAGS DID NOT DEPLOY, AND THE STEERING WHEEL AND BRAKES SEIZED. THERE WERE NO INJURIES. THE VEHICLE WAS NOT TAKEN TO A DEALER OR AN INDEPENDENT MECHANIC FOR DIAGNOSTIC TESTING.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE
APPROXIMATE FAILURE MILEAGE WAS 50.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2019 |

December 30, 2019 **NHTSA ID NUMBER: 11292014**
**Components: ELECTRONIC STABILITY CONTROL, VEHICLE SPEED**
**CONTROL, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11292014

**Incident Date** December 10, 2019

**Consumer Location** LATHROP, CA

**Vehicle Identification Number** 5YJ3E1EAXKF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

I AM VERY DISAPPOINTED AND SHOCKED FROM WHAT HAPPENED LAST
DECEMBER 10, 2019 (TUESDAY). AT AROUND 5:50 AM, I AM SLOWLY
DRIVING AT THE PARKING LOT OF MY OFFICE AT STRYKER
CORPORATION IN SAN JOSE, CA. I AM SLOWLY PARKING MY CAR AND
THEN THERE?S A SUDDEN UNINTENDED ACCELERATION ON MY CAR
WHICH I CANNOT EVEN CONTROL OR STOP. THE ACCELERATION SPEEDS
UP AUTOMATICALLY ON ITS OWN EVEN IF I?M STEPPING ON THE BRAKE.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

DUE TO THE SPEED UP ON THE ACCELERATION, THE CAR WENT OVER THE CURB WITH SO MUCH SPEED AND MOVED TOWARDS THE TENT WHICH IS THE SMOKING AREA IN OUR WORK. THE WINDSHIELD OF MY CAR BROKE WHEN IT HIT THE TENT AND THE CAR STILL MOVED TO THE OTHER SIDE OF THE ISLAND. LUCKILY, MY CAR LANDED ON A BUCKET OF CEMENT WHICH HELPED MY CAR TO STOP. IT WAS REALLY A TERRIFYING INCIDENT WHICH I DIDN?T EXPECT TO HAPPEN BECAUSE MY CAR IS NEW AND I THOUGHT THAT IT?S THE SMARTEST AND SAFEST CAR. I HAVE A DASH CAMERA ON MY CAR AND I HAVE A VIDEO OF THE WHOLE INCIDENT THAT WILL PROVE THAT MY STATEMENTS ARE TRUE.

**1 Affected Product Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL 3 | 2019 |

November 30, 2019 **NHTSA ID NUMBER: 11282996**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11282996

**Incident Date** November 27, 2019

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJ3E1EB2KF****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

131

ON 11-27-19, OUT TESLA MODEL 3 WHICH IS 5 MONTHS OLD, SUDDENLY ACCELERATED IN TRAFFIC. MY HUSBAND WAS DRIVING ABOUT 20 MILES AN HOUR AT THE TIME. THIS ALSO OCCURRED ON 11-29-19, IN A MORE DANGEROUS SITUATION. I MADE A SEPARATE REPORT FOR THAT DATE. FORTUNATELY, NO COLLISION OCCURRED, BUT WE ARE SCARED NOW.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

November 30, 2019 **NHTSA ID NUMBER: 11282993**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11282993

**Incident Date** November 29, 2019

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJ3E1EB2KF****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

ON NOVEMBER 29, 2019, WE WERE DRIVING OUR 5-MONTH-OLD TESLA MODEL 3. WE WERE COMING TO A STOP AT A STOPLIGHT IN HEAVY TRAFFIC, WHEN SUDDENLY THE CAR ACCELERATED ON ITS OWN. MY HUSBAND HAD TO BRAKE SUDDENLY TO PREVENT RUNNING INTO ANOTHER CAR.

132

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL 3 | 2019 |

October 1, 2019 **NHTSA ID NUMBER: 11265452**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11265452

**Incident Date** August 28, 2019

**Consumer Location** BEAVERTON, OR

**Vehicle Identification Number** 5YJ3E1EA0KF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**2

**DEATHS**0
LAW ENFORCEMENT ENTRY - VEHICLE WAS INVOLVED IN A 10-VEHICLE
CRASH. DRIVER AND PASSENGER BOTH STATED VEHICLE HAD
UNINTENDED ACCELERATION. ADDITIONAL WITNESS STATEMENTS
APPEAR TO VERIFY REPORT. *DT

AS VEHICLE WAS TRAVELING ON THE HIGHWAY, THE DRIVER
REPORTEDLY TRIED TO SLOW THE VEHICLE AS IT APPROACHED
STOPPED/SLOWED TRAFFIC. VEHICLE DID NOT RESPOND AND DRIVER
WAS NOT ABLE TO SLOW IT BEFORE IT CRASHED INTO STOPPED TRAFFIC.

POLICE REPORT GO 51 2019- XXXXXXX

133

?PARTS OF THIS DOCUMENT HAVE BEEN REDACTED TO PROTECT
PERSONALLY IDENTIFIABLE INFORMATION PURSUANT TO THE FREEDOM
OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6).? *JB

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

July 15, 2019 **NHTSA ID NUMBER: 11231846**
**Components: SERVICE BRAKES, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11231846

**Incident Date** July 14, 2019

**Consumer Location** COLUMBIA, MD

**Vehicle Identification Number** 5YJ3E1EB0KF****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

MY TESLA MODEL 3 JUST SUDDENLY ACCELERATED AS I WAS TURNING
RIGHT TRYING TO THE LOT TO PARK THE CAR. MY CAR HIT THE WALL
AND THEN THE HAZARD LIGHT CAME ON.

**1 Affected Product**
**Vehicle**

134

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

November 4, 2019 **NHTSA ID NUMBER: 11278152**
**Components: SERVICE BRAKES, UNKNOWN OR OTHER**

**NHTSA ID Number:** 11278152

**Incident Date** November 4, 2019

**Consumer Location** LEANDER, TX

**Vehicle Identification Number** 5YJ3E1EB7KF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

I TURNED INTO A PERPENDICULAR PARKING SPACE IN A HOME DEPOT PARKING LOT. I LET UP ON THE ACCELERATOR AS THE CAR INCHED CLOSER TO THE CURB. AS I BEGAN TO PRESS THE BRAKE TO BRING THE CAR TO A COMPLETE STOP, THE CAR SUDDENLY LURCHED FORWARD, JUMPED THE CURB, CROSSED THE GRASS MEDIAN AND COME TO REST ON THE HOOD OF ANOTHER CAR. I KNOW MY FOOT WAS ON THE BRAKE AT THE TIME AND CONTEND THAT THE INCIDENT WAS DUE TO A VEHICLE MALFUNCTION.

**1 Affected Product**
**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

October 8, 2019 **NHTSA ID NUMBER: 11267131**
**Components: AIR BAGS, STRUCTURE, UNKNOWN OR OTHER**

**NHTSA ID Number:** 11267131

**Incident Date** September 29, 2019

**Consumer Location** WEXFORD, PA

**Vehicle Identification Number** 5YJ3E1EA4KF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**2

**DEATHS**0

MY WIFE WAS TRYING TO PARK THE CAR IN OUR GARAGE WHEN THE CAR SUDDENLY SPED UP AND HIT OUR INNER GARAGE WALL. IT THEN REVERSED BACK AND HIT THE WALL A SECOND TIME. THEN IT AUTOMATICALLY REVERSED AND PARKED ON THE NEIGHBOR?S DRIVEWAY. BOTH THE STERLING AIR BAG AND AIRBAG NEAR THE FEET DEPLOYED. THE CAR?S FRONT WAS SMASHED. OUR GARAGE WALL AND DOOR ARE ALSO BADLY DAMAGED. I HAVE ASKED TESLA TO INVESTIGATE IF IT WAS BECAUSE OF THE AUTOPILOT TAKING OVER BUT HAVE NOT RECEIVED A RESPONSE FROM THEM YET AFTER MORE THAN A WEEK.

**1 Affected Product**
**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

May 10, 2019 **NHTSA ID NUMBER: 11206931**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11206931

**Incident Date** May 10, 2019

**Consumer Location** VALENCIA, CA

**Vehicle Identification Number** 5YJ3E1EB1KF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 1

**DEATHS** 0

I WAS STOPPED AT A RED LIGHT, SECOND IN LINE. MY CAR LUNGED
BACKWARDS HITTING THE CAR BEHIND ME. I HAD DONE NOTHING TO
MOVE THE VEHICLE. THERE WAS SLIGHT DAMAGE TO MY REAR END
AND THEIR FRONT END. MY NECK DID WHIPLASH. THERE WAS AN
INFANT IN THE BACKSEAT WHO WAS INJURED IN THE OTHER CAR. THE
DRIVER OF THE OTHER CAR WAS NOT INJURED.

PLEASE CALL ME (XXXX)

PARTS OF THIS DOCUMENT HAVE BEEN REDACTED TO PROTECT
PERSONALLY IDENTIFIABLE INFORMATION PURSUANT TO THE FREEDOM
OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6).

**1 Affected Product**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

January 14, 2020 **NHTSA ID NUMBER: 11299347**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11299347

**Incident Date** January 8, 2020

**Consumer Location** RANCHO CUCAMONGA, CA

**Vehicle Identification Number** 5YJ3E1EA0LF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

TL-THE CONTACT OWNS A 2020 TESLA MODEL 3 GENERAL PRODUCTION 2020. THE CONTACT STATED THAT WHILE PULLING INTO THE PARKING LOT OF A SHOPPING CENTER WITHOUT WARNING THE VEHICLE ACCELERATED, CAUSING THE CONTACT TO CRASH INTO A PARKED VEHICLE INFRONT OF HER. NO AIRBAGS DEPLOYED. THE CONTACT SUSTAINED MINOR INJURED (BRUSING) BACK, NECK. NO POLICE REPORT WAS FILED. NO MEDICAL ATTENTION WAS CONTACTED. THE CONTACT WAS ABLE TO REVERSE OUT OF THE PARKING LOT AND DRIVE TO THE CONTACT RESIDENTS. WAWANES INSURANCE COMPANY WAS CONTACTED AND HAS STARTED A CLAIM: (1677596). DAMGES UNKNOWN AT THIS TIME. THE DEALER WAS NOT CONTACTED ABOUT THE FAILURE. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

INFORMED THE CONTACT NO RECALL WAS UNDER THE VIN. THE FAILURE MILEAGE WAS APPROXIMATE 407.CK

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2020 |

June 8, 2015 **NHTSA ID NUMBER: 10723925**
**Components: SERVICE BRAKES**
**NHTSA ID Number:** 10723925

**Incident Date** May 22, 2015

**Consumer Location** GAINESVILLE, FL

**Vehicle Identification Number** 5YJSA1H1XEF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**
SEEING THE VEHICLES A CONSIDERABLE DISTANCE AHEAD OF ME STOPPED FOR A TRAFFIC LIGHT I TOOK MY FOOT OFF THE ACCELERATOR AND ALLOWED THE REGENERATIVE BRAKES TO SLOW MY TESLA DOWN. WHEN I PUT MY FOOT ON THE BRAKES TO STOP THE CAR IT ACCELERATED VERY FAST AND I HIT THE PICKUP TRUCK IN FRONT OF ME WHICH HIT THE CAR IN FRONT OF IT. THE AIRBAGS FAILED TO INFLATE. ALTHOUGH THERE WERE NO INJURIES THE PICKUP DRIVER IS SUING GEICO FOR NECK INJURY. THIS WAS A VERY FRIGHTENING SITUATION. MY CAR SUSTAINED SEVERE DAMAGE AND HAD TO BE TOWED TO REPAIR. IT WILL TAKE AT LEAST 30 DAYS TO REPAIR. THE PICKUP ALSO SUSTAINED CONSIDERABLE DAMAGE. THE CAR IT HIT HAD VERY LITTLE DAMAGE.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2014 |

August 24, 2015 **NHTSA ID NUMBER: 10758893**
**Components: ELECTRICAL SYSTEM**
**NHTSA ID Number:** 10758893

**Incident Date** July 16, 2015

**Consumer Location** THOUSAND OAKS, CA

**Vehicle Identification Number** 5YJSA1CG5DF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

ON JULY 16, 2015 WHILE DRIVING MY 2013 MODEL S 60, I MADE A RIGHT HAND TURN INTO A PARKING SPACE IN SIMI VALLEY, CALIFORNIA. AS I PULLED INTO THE SPACE, I TOOK MY FOOT OFF OF THE ACCELERATOR AND APPLIED THE BREAKS. INSTEAD OF STOPPING, THE CAR LURCHED FORWARD OVER A CURB AND A BERM, STOPPING WHEN IT HIT A FIRE HYDRANT, PROPELLING IT OFF OF ITS BOLTS, GENERATING A HUGE GEYSER OF WATER.

BECAUSE OF THE TREMENDOUS AMOUNT OF WATER GUSHING OVER MY CAR, I HAD NO VISIBILITY AND ELECTED TO STAY IN THE CAR WHILE ATTEMPTING TO DIAL 911. MOMENTS LATER, A MAN WHO HAD BEEN SITTING IN THE CAR NEXT TO THE SPACE WHERE I WAS ATTEMPTING TO

140

PARK, OPENED THE BACK DOOR TO ASK ABOUT MY CONDITION. I THEN
EXITED THE CAR.

I WAS NOT INJURED AND THANK GOODNESS THE CAR HAD NOT HIT
ANOTHER PERSON OR ANOTHER CAR. IT TOOK A TOW TRUCK ABOUT 15
MINUTES TO ARRIVE AT THE SCENE. ALL THE WHILE THE TORRENTIAL
WATER SURGED AROUND, UNDER AND OVER MY CAR AND NOW FLOODED
THE INTERIOR. ACCORDING TO TESLA, EITHER THE CAR SHORTED-OUT
CAUSING ALL OF THE WINDOWS TO ROLL DOWN OR THERE IS A SAFETY
FEATURE THAT CAUSES THE WINDOWS TO ROLL DOWN IF THE CAR
PERCEIVES IT IS UNDER WATER.

THE MAN WHO BRAVED THE FLOOD OF WATER FROM THE FIRE HYDRANT
TO CHECK ON ME SAW THE ENTIRE ACCIDENT AS HE WAS SITTING IN HIS
CAR. HE SAID THAT MY BREAK LIGHTS WERE ON AS MY CAR WENT OVER
THE BERM. I HAVE NO IDEA WHAT CAUSED THE CAR TO ACCELERATE BY
ITSELF AND I AM CERTAIN THAT MY FOOT WAS ON THE BRAKE PEDAL.

THE NEXT DAY, I HEARD FROM BOTH MY INSURANCE COMPANY AND THE
BODY SHOP THAT TESLA WANTED THE CAR AT THEIR SERVICE CENTER IN
VAN NUYS. SEVERAL WEEKS AGO, THE CLAIMS ADJUSTER CALLED TO SAY
THAT DUE TO THE HEAVY WATER DAMAGE, THE CAR HAS BEEN
"TOTALED".

I AM WRITING THIS COMPLAINT ON THE NHTSA'S WEBSITE BECAUSE I
BELIEVE THERE IS SOMETHING TERRIBLY WRONG WITH THIS PARTICULAR
CAR. ALSO, SEE NHTSA REPORT OF PREVIOUS 2013 ACCIDENT.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2013 |

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

June 21, 2016 **NHTSA ID NUMBER: 10875699**
**Components: ELECTRICAL SYSTEM, ELECTRONIC STABILITY CONTROL**
**NHTSA ID Number:** 10875699

**Incident Date** April 4, 2016

**Consumer Location** WEST CHICAGO, IL

**Vehicle Identification Number** YJSA1H26FFP****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**
ELECTRONIC PARKING, WHILE PARKING THE AUTOMOBILE IN THE GARAGE I PRESSED THE PARKING OPTION. THE AUTOMOBILE SURGED, RAMMED THE GARAGE, BACKED UP AND RAMMED THE GARAGE AGAIN AND CAREENED BACKWARDS INTO THE STREET.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

September 27, 2016 **NHTSA ID NUMBER: 10910108**
**Components: POWER TRAIN**
**NHTSA ID Number:** 10910108

**Incident Date** August 10, 2016

**Consumer Location** Unknown

142

**Vehicle Identification Number** 5YJXCBE27GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

WHILE COMING TO A STOP IN A PARKING GARAGE GOING 3 MPH THE
AUTO SUDDENLY PROJECTED FORWARD AT FULL SPEED INTO A
CONCRETE WALL DESTROYING THE ENTIRE FRONT END OF THE CAR AND
INJURING THE PASSENGERS BY DEPLOYMENT OF THE AIR BAGS08102016

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

April 5, 2017 **NHTSA ID NUMBER: 10970822**
**Components: ELECTRONIC STABILITY CONTROL, ELECTRICAL SYSTEM**
**NHTSA ID Number:** 10970822

**Incident Date** March 11, 2017

**Consumer Location** DUBLIN, CA

**Vehicle Identification Number** 5YJXCAE23GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**DEATHS0**

I WAS IN A PARKING LOT WAITING ON A LUNCH ORDER. AFTER GETTING MY ORDER I WAS READY TO PULL THE CAR OUT OF MY PARKING SPACE. THE CAR WAS STATIONARY AND NOT MOVING . AS I STEP ON THE GAS TO PULL OUT , THE CAR WENT INTO 100% ACCELERATION FORWARD CLIMB THE CURB AND CRASH INTO A CONCRETE WALL THAT SURROUND THE GARBAGE DUMPSTER . THE WALL WAS ABOUT 3 TO 5 FEET FROM MY PARKING SPACE.I CONTACTED TESLA AND WAS TOLD I STEP ON THE GAS 100% IN UNDER 2 SECOND , AND THEY WOULD NOT CLAIM RESPONSIBILITY . AS I TELL THEM I AM 100% SURE I DID NOT STEP ON ANYTHING 100%( GAS OR BREAK ) WHEN I AM IN A BUSY PARKING LOT. THEY STILL DENIED AND SAID IT WAS MY FAULT .

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL X | 2016 |

April 21, 2018 **NHTSA ID NUMBER: 11089262**
**Components: AIR BAGS, STRUCTURE, SERVICE BRAKES**
**NHTSA ID Number:** 11089262

**Incident Date** April 20, 2018

**Consumer Location** PARAMUS, NJ

**Vehicle Identification Number** 5YJSA1E29GF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**DEATHS0**

WHILE PULLING INTO A PARKING SPOT AT A BUSY SHOPPING CENTER, AND APPLYING THE BRAKE PEDAL (HAVING MOVED IT OVER FROM ACCELERATOR) TO STOP THE CAR AT ABOUT 5 MPH, THE MODEL S SUDDENLY LURCHED FORWARD AT FULL ACCELERATION HITTING NOT 1 BUT 2 PARKED CARS. NOTHING WOULD STOP THE CAR AS IT TOOK OVER AND WENT FORWARD WITH BOTH MY FEET PRESSING THE BRAKE PEDAL AS HARD AS I COULD. FINALLY IT STOPPED AFTER HITTING A SECOND PARKED CAR. TESLA HAS NOT RESPONDED, DESPITE 2 DAYS OF EMAILS AND CALLS.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

July 21, 2018 **NHTSA ID NUMBER: 11112860**
**Components: STRUCTURE, ELECTRONIC STABILITY CONTROL, ELECTRICAL SYSTEM**

**NHTSA ID Number:** 11112860

**Incident Date** June 4, 2018

**Consumer Location** DANVILLE, CA

**Vehicle Identification Number** 5YJXCDE26HF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES3**

**DEATHS0**

145

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

THE CAR SUDDENLY TOOK OVER AND ACCELERATED BEYOND CONTROL WHILE I PULLED THE CAR INTO A PARKING SPACE. FRONT AIRBAGS WERE DEPLOYED AND THE FRONT END OF THE CAR WAS DAMAGED BEYOND REPAIR. THE CAR WAS TOTALED.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2017 |

August 20, 2018 **NHTSA ID NUMBER: 11121147**
**Components: STRUCTURE, ELECTRONIC STABILITY CONTROL, FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11121147

**Incident Date** July 7, 2018

**Consumer Location** LOS ALTOS, CA

**Vehicle Identification Number** 5YJSA1E22HF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

I WAS MAKING A LEGAL U TURN ON A CITY STREET TO PARK. I PULLED BEHIND A PARKED CAR AND WAS GOING ABOUT 1MPH WHEN MY CAR SUDDENLY ACCELERATED AND HIT THE PARKED CAR. THERE WERE NO WARNING SOUNDS UNTIL THE CAR HIT THE OTHER CAR AND THEN THE HORN AND LIGHTS ON MY CAR WENT OFF. THE CAR WAS NOT ON AUTO PARK AND NO AIR BAGS WERE DEPLOYED HOWEVER MY CAR AND THE

146

CAR THAT WAS HIT HAD EXTENSIVE BODY DAMAGE. THERE WERE NOT INJURIES TO PEOPLE. I DON'T KNOW WHY THE CAR ACCELERATED INSTEAD OF STOPPING. I HAVE NEVER HIT THE ACCELERATOR PEDDLE INSTEAD OF THE BRAKE AND I DOUBT IF I DID IT IN THIS CASE.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

December 7, 2018 **NHTSA ID NUMBER: 11156706**
**Components: ENGINE, POWER TRAIN, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11156706

**Incident Date** December 6, 2018

**Consumer Location** MILPITAS, CA

**Vehicle Identification Number** 5YJSA1CP9DF****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

I WAS DRIVING MY TESLA MODEL S EARLY IN THE MORNING IN A QUIET NEIGHBORHOOD WHEN WAS SLOWLY APPROACHING TO FOUR-WAY STOP SIGN INTERSECTION BY GRADUALLY STEP ON THE BRAKE. AT THE VERY BEGINNING, I CAN FEEL THE CAR DECELERATED, SUDDENLY THERE WAS UNINTENDED ACCELERATION THAT I FELT. THERE WAS A JERKING FORWARD OF THE CAR, SO I WAS NOT ABLE TO MAKE A FULL STOP AT THE STOP SIGN. THEN THE SPEED DROPS DOWN SIGNIFICANTLY, ALMOST TO

ZERO. I PRESSED THE FLASHING LIGHT BECAUSE THERE WAS A LINE OF CARS BEHIND ME AND I WAS IN THE MIDDLE OF THE ROAD. THE CAR WAS IN ALMOST ZERO SPEED, SO I TRIED TO MOVE THE CAR TO THE SIDE OF THE ROAD AND PRESSED THE ACCELERATION PEDAL A LITTLE. THE CAR DIDN'T ACCELERATE, INSTEAD, IT TURNED INTO A STOP SITUATION. I REALIZED I LOST DRIVING POWER OF THIS CAR. I PRESSED THE "P" BUTTON, THEN ALL FOUR MODE LETTERS "P", "N", "R", "D" TURNED RED, BLICKING. THE CAR STOPPED CLOSE TO THE CURB BUT PARTIALLY IN THE MIDDLE OF THE ROAD. I WAS ABLE TO GET OUT OF THE CAR AND CALLED TESLA ROADSIDE ASSISTANCE. THEY CHECKED SOME LOG AND RESPONDED WITH TOWING SERVICE TO SEND THE CAR TO THE SERVICE CENTER. THE OVERALL SITUATION COULD HAVE TURNED VERY SEVERE SAFETY ISSUE IF EVER THIS HAPPENED ON THE HIGHWAY, OR THERE WAS HUMAN BEING WALKING ACROSS THE STREET WHILE I WAS NOT ABLE TO FULLY STOP THE CAR, NEITHER CONTROL IT. I AM WAITING FOR OFFICIAL SERVICE REPORT BUT THE CAR IS CONFIRMED NOT IN DRIVABLE CONDITION. AND I FEEL EXTREMELY UNSAFE TO DRIVE IT NOW AND EVEN NOT COMFORTABLE TO DRIVE IT AFTER WHAT JUST HAPPENED THIS MORNING. THE ENTIRE DRIVE UNIT WAS MAINTAINED AND CHANGED TO A NEW ONE IN 2015, SO ITS LIFE ONLY ABOUT 3 YEARS IN THIS CAR. PLUS, I JUST HAD THE CAR SERVICE AT THE TESLA SERVICE CENTER MONTH AGO. IT IS WORRISOME THEY CAN'T EVEN PREVENT SUCH ISSUE AND DETECT IT IN AN EARLY STAGE, PERHAPS A DESIGN ISSUE TO ADDRESS?

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2013 |

February 15, 2019 **NHTSA ID NUMBER: 11180431**
**Components: ELECTRICAL SYSTEM, ENGINE, FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11180431

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Incident Date** January 28, 2019

**Consumer Location** CASTLE ROCK, CO

**Vehicle Identification Number** 5YJSA1DP6DF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

IT WAS A 2HR45MIN DRIVE INTO WORK ON AN ICY BLIZZARDY MORNING, DRIVING MY 2013 MODEL S RWD P85 WITH 90,000MI. HAVE OWNED THIS CAR FOR 4 YRS. MADE IT TO WORK SAFELY AND THE LAST 6 FEET IN THE PARKING GARAGE, GOING ABOUT 3 MPH PULLING AT A RIGHT ANGLE INTO A PARKING STALL. HAD BRAKE PEDAL DEPRESSED, SHIFTED MY FOOT TO TAP ON THE ACCELERATOR TO INCH FORWARD AND NEXT THING YOU KNOW, CAR IS ACCELERATING FULL THROTTLE INTO A CEMENT WALL. CRASHED HEAD ON AND AIRBAG DIDN'T EVEN DEPLOY. SAT FOR A MOMENT TO CATCH MY BREATH AND TRY TO PROCESS WHAT HAPPENED. SENT "BUG REPORT" ON TO TESLA CENTRAL FROM THE CAR. THE DASHBOARD HAD PRND LIT UP IN RED AND THE VEHICLE WOULD NOT GO INTO DRIVE OR REVERSE. ACCELERATOR PEDAL WAS COMPLETELY LIMP. ZERO RESISTANCE. THANKFULLY, NO OTHER CAR WAS AROUND ME. CALLED TESLA SERVICE AND THEY TOLD US TO REBOOT THE CAR. WE DID, BUT ACCELERATOR PEDAL REMAINED COMPLETELY UNRESPONSIVE. HAD TO PUSH OUT OF THE 5 STORY GARAGE AND TOW IT TO AN AUTOBODY SHOP. FILED POLICE REPORT. REPORTED TO LOCAL TESLA SERVICE CENTER IMMEDIATELY. A FEW DAYS LATER, WE HEARD BACK FROM THE TESLA REP THAT SAID THAT REPORT SHOWED NO MALFUNCTION. ACCORDING TO TESLA ACCELERATOR WENT FROM 0% TO 88% SUDDENLY, IMPLYING "DRIVER ERROR." YET THEY ALSO SAID THE BRAKE WAS TAPPED AND THEN RELEASED PRIOR TO IMPACT. THIS DOES NOT JIVE, WHY WE A PERSON ACCELERATE, TAP THE BRAKE THEN RELEASE? SKID MARKS FROM REAR TIRES LEFT ON GARAGE FLOOR. TESLA WON'T RELEASE DATA. WE DO NOT WANT TO ACCEPT THIS REPORT AND THIS IS NOT WHAT HAPPENED DURING THE CRASH. TODAY THE AUTO BODY SHOP INFORMED US THAT THEY WERE CURIOUS WHY THE CAR IS

149

NOT DRIVEABLE. AFTER BEING RESET, THEY DISCOVERED THE
ACCELERATOR PEDAL IS BROKEN. EXPERIENCE DURING THE CRASH,
COMBINED WITH VERY UNUSUAL CAR BEHAVIOR, AND A BROKEN
ACCELERATOR REFUTE TESLA'S CLAIM OF OPERATOR ERROR.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2013 |

October 5, 2019 **NHTSA ID NUMBER: 11266551**
**Components: STRUCTURE, ELECTRONIC STABILITY CONTROL,
ELECTRICAL SYSTEM**
**NHTSA ID Number:** 11266551

**Incident Date** October 2, 2019

**Consumer Location** BAKERSFIELD, CA

**Vehicle Identification Number** 5YJXCDE24KF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0
WHILE I WAS PARKING SUDDEN UNINTENDED ACCELERATION OCCURRED
VEHICLE JUMPED THE CURB AND THE VEHICLE SMASHED THE BUILDING
WENT THRU THE WALL. THERE WERE TWICE PRIOR INCEDENTS WITH NO
ACCIDENT BUT FREAKING OUT WHITHIN LAST 4 WEEKS.THE VEHICLE WAS
IN MOTION IN CITY STREET ALL THREE INSTANCES. ALL THREE INCIDENTS

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

I WAS TURNING THE CORNER OR PARKING WITH LESS THAN 5 MILES PER HOUR.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2019 |

January 17, 2020 **NHTSA ID NUMBER: 11300110**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11300110

**Incident Date** January 17, 2020

**Consumer Location** NORWELL, MA

**Vehicle Identification Number** 5YJ3E1EC1LF****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

ON 1/17/2010, AT 12:12PM, I DEPARTED MY HOUSE IN NORWELL. AFTER 1.65 MILES, BETWEEN 99 FOREST AVE AND RIVER STREET (APPROXIMATELY 50 FEET FROM RIVER STREET), I RELEASED MY FOOT FROM THE FRICTION BRAKE, AND THE CAR ACCELERATED ON ITS OWN TOWARD RIVER STREET. I PUT MY FOOT BACK ONTO THE FRICTION BRAKE, AND IT STOPPED.

THE CAR WAS NOT IN AUTO-PILOT MODE. I AM NOT AWARE OF CRUISE CONTROL BEING ON. IN ANY CASE, IF IT WAS ON, I DID NOT PUT IT ON ON

PURPOSE, AND FURTHER, IT SHOULD NOT HAVE BEEN ON SINCE I HAD MY FOOT ON THE FRICTION BRAKE PEDAL JUST BEFORE THE EVENT.

ENCLOSED IS AN IMAGE OF MY TRIP LOG SHOWING THAT MY DRIVE STARTED AT 12:12PM. ALSO ENCLOSED IS A MAP SHOWING THAT IT WAS 1.65 MILES FROM THE START OF MY DRIVE.

I DO NOT HAVE DASH-CAM FOOTAGE OF THIS SINCE MORE THAN ONE HOUR HAS PASSED AND I DID NOT MANUALLY TAG IT WHEN IT OCCURRED BECAUSE I DID NOT KNOW OF AN INVESTIGATION AT THAT TIME.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2020 |

January 17, 2020 **NHTSA ID NUMBER: 11300120**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11300120

**Incident Date** July 21, 2019

**Consumer Location** TAMPA, FL

**Vehicle Identification Number** 5YJ3E1EA0KF****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

152

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

TL* THE CONTACT OWNS A 2019 TESLA MODEL 3. THE CONTACT STATED THAT WHILE DRIVING 25 MPH, WHILE DEPRESSING THE BRAKE PEDAL TO MAKE A RIGHT TURNED, THE VEHICLE EXPERIENCED AN UNINTENDED ACCELERATION. THE CONTACT QUICKLY DEPRESSED THE BRAKE PEDAL AND WAS ABLE TO SLOW THE VEHICLE. THERE WERE NO WARNING INDICATOR LIGHTS ILLUMINATED. THE VEHICLE WAS TAKEN TO TESLA DEALER, (11945 N FLORIDA AVE, TAMPA, FL 33612, (813) 496-3039) WHERE THE TECHNICIAN TOOK A LOOK AT THE LOG AND INFORMED THE CONTACT THAT THE ACCELERATOR PEDAL INSTEAD WAS DEPRESSED INSTEAD OF THE BRAKE PEDAL. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGES WAS APPROXIMATELY 3,500.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL 3 | 2019 |

January 17, 2020 **NHTSA ID NUMBER: 11300126**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11300126

**Incident Date** April 11, 2019

**Consumer Location** SAN JOSE, CA

**Vehicle Identification Number** 5YJSA1E29GF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

MY WIFE DROVE THE TESLA MODEL S TO WORK AT O'CONNOR HOSPITAL. ONCE SHE AT THE PARKING LOT AND MANEUVERING INTO THE PARKING SPACE, THE CAR SUDDENLY ACCELERATED AND IT END UP OVER THE CURB INTO THE LANDSCAPE AND CRASHED INTO A TREE.

AFTER FIXING, WE HAVE ASKED TESLA CENTER TO LOOK INTO THE LOG TO SEE WHAT COULD HAVE HAPPENED TO THE CAR BUT THEY SAID THAT BECAUSE IT TOOK A MONTH TO FIX THE CAR SO THAT LOG WAS FILLED WITH TOO MANY OTHER NOTIFICATIONS. THE DAMAGE WAS ALMOST 9K AND WE HAD INSURANCE PREMIUM INCREASE SINCE THE ACCIDENT.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

January 17, 2020 **NHTSA ID NUMBER: 11300152**
**Components: AIR BAGS, STRUCTURE, SERVICE BRAKES**
**NHTSA ID Number:** 11300152

**Incident Date** January 11, 2020

**Consumer Location** ATLANTA, GA

**Vehicle Identification Number** 5YJSA1E26JF****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

IT WAS ON FRIDAY MORNING ON JANUARY 11TH 2020 AT 8.30AM. I WAS SLOWLY PULLING INTO A PARKING SPACE IN FRONT OF MY MEDICAL OFFICE WHERE I HAVE PRACTICED FOR 21 YEARS. I WAS IN AN OUTDOOR PARKING DECK. I TOUCHED THE BRAKES TO STOP THE CAR AND THE CAR SUDDENLY ACCELERATED FORWARDS AND HIT A CONCRETE WALL IN FRONT OF IT. I KNOW THAT I DID NOT HIT THE ACCELERATOR. I WAS SLAMMED INTO MY STEERING WHEEL. MY AIRBAG DID NOT DEPLOY. I HAVE BEEN DRIVING FOR 30 YEARS AND HAVE DRIVEN A TESLA FOR 5 YEARS. I KNOW THE DIFFERENCE BETWEEN THE ACCELERATOR AND THE BRAKE. TESLA CLAIMS THAT I PUT MY FOOT ON THE ACCELERATOR AND DROVE INTO THE CONCRETE WALL. THAT IS NOT WHAT HAPPENED. I HAVE SERIOUS SAFETY CONCERNS ABOUT WHAT HAPPENED. THE CAR WAS OUT OF MY CONTROL.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2018 |

January 19, 2020 **NHTSA ID NUMBER: 11300248**
**Components: STRUCTURE, SUSPENSION, WHEELS**
**NHTSA ID Number:** 11300248

**Incident Date** July 21, 2019

**Consumer Location** PALO ALTO, CA

**Vehicle Identification Number** 5YJXCBE2XJF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 0

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**DEATHS0**

IT HAPPENED AT 7/21/2019, 1PM. THE PLACE IS A PARKING LOT IN FRONT OF A STORE. I WAS DRIVING MY TESLA X. BEFORE I REACHED THERE, I WAS ALREADY IN THAT PARKING LOTS FOR SEVERAL MINUTES; THE SPEED WAS VERY LOW, ABOUT 3 MILES/HOUR. WHEN I FOUND THE STORE, I WANTED TO TURN LEFT AND PARK NEXT TO A CAR IN FRONT OF THE STORE. AT THAT TIME, I LOOSED THE ACCELERATOR PANEL. SINCE MY TESLA HAS THE DEFAULT REGENERATIVE BRAKE SETTING, THE CAR SPEED IS ALMOST ZERO. AS USUAL, I TOUCHED A LITTLE BIT OF THE ACCELERATOR PANEL TO PARK INTO THE PARKING SPACE. HOWEVER, THE TESLA HAD A BIG ACCELERATION DURING THE TURN. I REALIZED SOMETHING WAS WRONG, THEN ELEVATED MY FEET AND TOUCHED NOTHING AT THAT TIME. MY TESLA STILL FORWARDED AND JUMPED THE CURB AND HIT THE CONCRETE GARBAGE BIN IN FRONT OF THE STORE. AFTER TESLA CRASHED THE CONCRETE GARBAGE BIN, IT STILL HAS ACCELERATION AND MOVED FORWARD. IT SCRATCHED A CAR, WHICH WAS PARKING IN THE NEXT PARKING SPACE, THEN MOVED FORWARD UNTIL IT HIT THE WALL OF STORE. I'M 100% SURE MY FEET TOUCHED NOTHING BEFORE MY TESLA JUMPED THE CURB.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2018 |

January 19, 2020 **NHTSA ID NUMBER: 11300366**
**Components: AIR BAGS, STRUCTURE, ENGINE**
**NHTSA ID Number:** 11300366

**Incident Date** January 28, 2019

**Consumer Location** MERCER ISLAND, WA

**Vehicle Identification Number** 5YJXCBE24GF****

156

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES1**

**DEATHS0**

ON JANUARY 28, 2019 I BACKED OUT OF MY DRIVEWAY IN MY 2016 TESLA X, BRAKED, STOPPED, PUT IT IN DRIVE AND BARELY, SLOWLY STARTED DOWN MY LANE WHEN THE CAR SUDDENLY ACCELERATED AT FULL SPEED DOWN THE LANE. I TRIED THE BRAKE TWICE BUT IT DID NOTHING TO SLOW THE ACCELERATION.APPROXIMATELY 75 YARDS DOWN THE LANE THE TESLA ENTERED THE CROSS STREET BELOW AND CLIPPED ANOTHER CAR, DEMOLISHED A LARGE BANK OF MAILBOXES ACROSS THE STREET, TOOK BRIEFLY TO THE AIR SEVERAL FEET DUE TO THE HILLSIDE THERE, HIT A LARGE CEDAR TREE, GLANCED OFF AND FINALLY STOPPED NOSE DOWN, HIGH SIDED ON A LARGE LANDSCAPE BOULDER. BUT FOR THE BOULDER, I WOULD HAVE CONTINUED DOWN INTO THE DEEP RAVINE BEHIND THE NEIGHBOR'S HOUSE. THE AIRBAGS HAD DEPLOYED DURING THESE EVENTS. I WAS TAKEN TO THE HOSPITAL BY AMBULANCE AND DIAGNOSED WITH A T-12 SPINAL COMPRESSION FRACTURE, WHICH IS STILL PAINFUL A YEAR LATER. THE CAR WAS TOTALED. POLICE REPORT AND MEDICAL RECORDS AVAILABLE ON REQUEST.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

January 21, 2020 **NHTSA ID NUMBER: 11300620**
**Components: STRUCTURE, ELECTRICAL SYSTEM, WHEELS**
**NHTSA ID Number:** 11300620

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Incident Date** December 31, 2019

**Consumer Location** REDMOND, WA

**Vehicle Identification Number** 5YJ3E1EB4KF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

THIS INCIDENT HAPPENED BECAUSE OF SUDDEN ACCELERATION ISSUE IN
TESLA MODE 3 IN OUR PARKING LOT. I WAS PARKING BETWEEN 2 CARS ON
MY RIGHT. SO, WAS REALLY SLOW. WHILE TURNING THERE WAS A
SUDDEN ACCELERATION AND THE VEHICLE WAS AT A HIGH SPEED. SINCE,
I WAS TURNING, THE CAR ROTATED AT THE HIGH SPEED AND IN THE
PROCESS MY CAR HIT CAR ON MY LEFT, 3 CARS ON MY FRONT. THERE
WAS SEVERE DAMAGE TO MY CAR AND A FLAT TIRE. FORTUNATELY, NO
PEOPLE WERE AFFECTED. WHEN THE ACCIDENT HAPPENED, ALL SYSTEMS
STOPPED FUNCTIONING.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

January 21, 2020 **NHTSA ID NUMBER: 11300754**
**Components: AIR BAGS, STRUCTURE, ENGINE**
NHTSA ID Number: 11300754

**Incident Date** January 13, 2020

**Consumer Location** PALM BEACH GARDENS, FL

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Vehicle Identification Number** 5YJXCDE44KF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

I JUST BOUGHT A 2019 TESLA MODEL X 2 WEEKS AGO.

WHILE I WAS PARKING SUDDEN UNINTENDED ACCELERATION OCCURRED
VEHICLE JUMPED THE CURB AND THE VEHICLE SMASHED INTO A WALL .
THE AIRBAGS DEPLOYED. THE CAR TOOK A LIFE OF ITS OWN. I AM A GOOD
DRIVER WITH NO ACCIDENT HISTORY AND DID NOT PRESS THE GAS. I HAD
JUST PRESSED THE PARK BUTTON. I HAVE SEVERAL LACERTAIONS ON MY
FACE. MY LEFT ORBITAL HAS A CONTUSION AND RIGHT EYE NEEDS
RETINA SURGERY. I HAVE CRACKED RIBS. I WILL NEED EXTENSIVE
REHABILITATION ON MY BACK AND NECK. I HAVE NONSTOP HEADACHES.
WHAT IS SCARY IS I COULD HAVE BEEN WITH MY 5 YEAR OLD ON A
HIGHWAY. I ALMOST DROVE OVER A 4-YEAR-OLD CHILD AND HER
MOTHER WHO WAS PLAYING 4 FEET AWAY. THE CAR WAS ONLY 2 WEEKS
OLD. I KNOW THAT TESLA KEEPS SAYING THE SAME THING THAT IT IS THE
FAULT OF DRIVER AND THAT MAY BE THE CASE BUT I HAVE SEVERAL
WITNESSES TO SEE THE CAR TOOK OFF INCLUDING MY FIANCE DRIVING
BEHIND ME. COME ON TESLA THIS IS A $120K CAR, I LOVED THIS CAR FOR
THE 2 WEEKS I HAD IT, NOW I AM SCARED TO DRIVE IT AGAIN.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL X | 2019 |

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

January 22, 2020 **NHTSA ID NUMBER: 11301192**
**Components: STRUCTURE, WHEELS**
**NHTSA ID Number:** 11301192

**Incident Date** August 13, 2019

**Consumer Location** EVERETT, WA

**Vehicle Identification Number** 5YJ3E1EA2JF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**
PARKING CAR WITH FOOT ON BRAKE,WHEN THE CAR LUNGED FOREWORD
INTO PARKED CARS, DAMAGING MY CAR AND TWO OTHER CARS PARKED
IN FRONT OF ME.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

January 23, 2020 **NHTSA ID NUMBER: 11301362**
**Components: SERVICE BRAKES, ELECTRICAL SYSTEM, POWER TRAIN**
**NHTSA ID Number:** 11301362

**Incident Date** October 23, 2019

**Consumer Location** SNOHOMISH, WA

**Vehicle Identification Number** 5YJXCBE2XGF****

160

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

PULLING INTO A PARKING PLACE THE CAR ACCELERATED OUT OF
CONTROL EVEN THOUGH THE BRAKE WAS PRESSED

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

January 23, 2020 **NHTSA ID NUMBER: 11301467**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11301467

**Incident Date** October 12, 2016

**Consumer Location** PALM DESERT, CA

**Vehicle Identification Number** 5YJSA1E28GF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNS A 2016 TESLA MODEL S. THE CONTACT STATED
WHILE ENTERING THE GARAGE AT THE RESIDENCE, THE VEHICLE

INDEPENDENTLY ACCELERATED. THE VEHICLE STRUCK A WALL AND A WATER HEATER. THERE WERE NO INJURIES SUSTAINED. THE CONTACT STATED THAT THE AIR BAGS FAILED TO DEPLOY. THERE WERE NO WARNING LIGHT ILLUMINATED. THE VEHICLE WAS TAKEN TO LOCAL DEALER TESLA SERVICE CENTER LOCATED AT 68080 PEREZ RD, CATHEDRAL CITY, CA 92234, WHERE THEY WERE UNABLE TO DUPLICATE THE FAILURE. THE VEHICLE WAS REPAIRED. THE CONTACT STATED ON JANUARY 23,2020, SHE SELECTED THE FEATURE TO AUTOMATIC PARK HER VEHICLE, BUT WHILE THE VEHICLE WAS REVERSING IT IMPACTED ANOTHER VEHICLE. THE VEHICLE HAD NOT BEEN DIAGNOSED OR REPAIRED AS OF YET. THE MANUFACTURER HAD BEEN INFORMED OF FAILURE. THE FAILURE MILEAGE WAS UNKNOWN.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

January 25, 2020 **NHTSA ID NUMBER: 11301846**
**Components: STRUCTURE, ELECTRONIC STABILITY CONTROL, ELECTRICAL SYSTEM**
**NHTSA ID Number:** 11301846

**Incident Date** September 26, 2019

**Consumer Location** AUSTIN, TX

**Vehicle Identification Number** 5YJXCBE29GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

162

**DEATHS0**

ON THURSDAY, SEPTEMBER 26, 2019, AT 7:40 AM, I WAS PARKING MY CAR AT WORK AND MY CAR WENT ON FULL SPEED FORWARD OVER THE MEDIAN AND CRASHED, LUCKILY NO ONE WAS HURT. THIS HAPPENED IN A SPLIT OF A SECOND AND THE VEHICLE'S SAFETY OVERRIDE BREAK THAT SHOULD HAVE PREVENTED FROM GOING OVER AN OBSTRUCTION IN FRONT OF THE CAR DID NOT ENGAGE AS CLAIMED BY TESLA. I REQUESTED AN ANALYSIS OF THE CAR'S RECORDED DATA TO TESLA AND ASKED TO PROVIDE ME WITH A COPY OF THE REPORT FOR BETTER UNDERSTANDING. AFTER WEEKS OF ANALYSIS, AN EMPLOYEE FROM TESLA CALLED AND INFORMED THAT IT WAS MY FAULT AS THE GAS PADDLE WAS FULLY ENGAGED, I WAS ASTONISHED AS I DID NOT HIT THE GAS PADDLE RATHER I JUST LET MY FOOT OFF THE BREAK TO PARK MY CAR SLOWLY IN THE PARKING SPACE AND THE CAR TOOK OFF WITH SPEED AS IF I PUT FULL FORCE TO GAS PADDLE. AS FOR GETTING A COPY OF THE REPORT, HE SAID THAT HE WILL HAVE TO ASK THE ENGINEERS AND LET ME KNOW. IT HAS BEEN FOUR MONTHS, AND NO ONE REACHED OUT TO ME ABOUT THE REPORT. SOME PEOPLE SAW THE WHOLE INCIDENT AND SAID THAT I REDUCED THE SPEED OF MY CAR TO PARK AND SUDDENLY IT TOOK OFF AND WENT FORWARD FAST. AT THAT MOMENT, IT FELT LIKE THE CAR WAS CONTROLLED BY SOMEONE ELSE AS PRESSING ON A BREAK WAS NOT STOPPING THE CAR AND FINALLY, I HAD TO PRESS THE PARK TO STOP IT. I HAVE BEEN DRIVING THE CAR TO MY WORK AND PARKING AT THE SAME PARKING LOT EVERY DAY FOR THE LAST 3 YEARS. MY INSURANCE TOTALED THE CAR AND PROVIDED THE RESIDUAL VALUE, TO THIS DATE I AM WITHOUT A CAR AND TRYING TO FIX THE DAMAGES OF MY CAR.

I ALMOST GAVE UP BUT SAW THE NEWS THAT I AM NOT ALONE ABOUT TESLA DENYING SIMILAR CLAIMS OF HUNDREDS OF SUDDEN ACCELERATION CRASHES.

TESLA HAVE THE DATA AND I AM REQUESTING TESLA TO TAKE FULL RESPONSIBILITY AND COMPENSATE FOR MY DAMAGE. I AM REQUESTING NHTSA TO INVESTIGATE AND HELP BRING CLOSURE TO THIS MATTER.

**1 Affected Product**

**Vehicle**

163

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2016 |

January 29, 2020 **NHTSA ID NUMBER: 11302849**
**Components: STRUCTURE, FUEL/PROPULSION SYSTEM, EXTERIOR LIGHTING**

**NHTSA ID Number:** 11302849

**Incident Date** September 4, 2019

**Consumer Location** APEX, NC

**Vehicle Identification Number** 5YJSA1H19EF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

MY TESLA DID AN UNCOMMANDED ACCELERATION, JUMPED THE CURB AND HIT A CHICK-FIL-A RESTAURANT ON 9/04/2019:

1) FIRST AND MOST IMPORTANTLY, I AM 100% CERTAIN THAT I DID NOT TOUCH THE ACCELERATOR OR IN ANY WAY CAUSE THE UNCOMMANDED AND UNINTENTIONAL ACCELERATION OF THE VEHICLE. I HAVE DRIVEN CARS AND TRUCKS WELL OVER A MILLION MILES AND NEVER ONCE ACCIDENTALLY PRESSED AN ACCELERATOR OR JUMPED A CURB WHEN PARKING.

2) I HAVE BEEN DRIVING MY TESLA DAILY FOR FOUR MONTHS AND I AM VERY FAMILIAR WITH THE VEHICLE AND IT'S SYSTEMS AND CONTROLS. I AM ALSO VERY FAMILIAR WITH THE SPECIFIC PARKING SPACE WHERE THE ACCIDENT OCCURRED. I HAVE PARKED THERE MANY TIMES IN THE

164

PAST, AND MOSTLY IN THE TESLA DURING THE LAST FOUR MONTHS.

3) THE DETAILS OF WHAT TOOK PLACE IMMEDIATELY PRECEDING THE ACCIDENT ARE AS FOLLOWS: THE WEATHER WAS CLEAR AND SUNNY. WHILE GOING SLOWLY DOWN A SLIGHT SLOPE APPROACHING THE INTENDED PARKING AREA, I REMOVED MY RIGHT FOOT FROM THE ACCELERATOR AND ALLOWED REGENERATIVE BRAKING* TO SLOW THE CAR EVEN MORE WHILE I POSITIONED MY RIGHT FOOT VERY LIGHTLY ON THE BRAKE PEDAL WHILE CREEP MODE* KEPT THE CAR SLOWLY MOVING FORWARD. WITH ABOUT TWO FEET TO GO, I MODULATED THE BRAKE PEDAL PRESSURE TO SLOW THE CAR MORE AND MAKE SURE THAT THE FRONT SPLITTER DIDN'T BUMP THE CURB..... SUDDENLY THERE WAS A HARD IMPACT, A LOUD BANG, AND THE FRONT RIGHT CORNER** OF MY CAR WAS IN THE BRICK WALL, ALL IN A VERY SMALL FRACTION OF A SECOND. IT FELT LIKE I HAD BEEN REAR-ENDED, BUT THERE WAS NO OTHER VEHICLE INVOLVED.

* CREEP MODE & REGENERATIVE BRAKING -- SEE ONLINE OWNER'S MANUAL

** HIT ON "FRONT CORNER" BECAUSE PARKING SPACE IS AT AN ANGLE TO THE BUILDING.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2014 |

January 30, 2020 **NHTSA ID NUMBER: 11302964**
**Components: ELECTRICAL SYSTEM**
**NHTSA ID Number:** 11302964

**Incident Date** January 29, 2020

**Consumer Location** BOCA RATON, FL

**Vehicle Identification Number** 5YJSA1E24JF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNS A 2018 TESLA MODEL S. THE CONTACT STATED THAT WHILE STILL SEATED IN THE VEHICLE IN THE DRIVEWAY AFTER THE VEHICLE WAS STOPPED AND THE GEAR SHIFT LEVER PLACED IN THE PARK POSITION, THE FRONT SEAT PASSENGER ATTEMPTED TO EXIT THE VEHICLE AND THE VEHICLE ACCELERATED INDEPENDENTLY. THE VEHICLE CRASHED INTO THE VEHICLE PARKED IN FRONT. THE VEHICLE THEN INDEPENDENTLY REVERSED AND CRASHED INTO A TREE. THE VEHICLE EVENTUALLY CAME TO A STOP AFTER THE CONTACT RELEASED THE BRAKE PEDAL. BOTH THE PASSENGER AND THE DRIVER EXITED THE VEHICLE WITHOUT INJURIES. A POLICE REPORT WAS NOT FILED. THE CONTACT STATED THAT THE OTHER VEHICLE SUSTAINED MAJOR BODY DAMAGE. THE DEALER AND MANUFACTURER WERE NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 7,700.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2018 |

January 30, 2020 **NHTSA ID NUMBER: 11306145**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11306145

166

**Incident Date** December 30, 2019

**Consumer Location** PANAMA CITY, FL

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNED A 2016 TESLA MODEL S. THE CONTACT STATED THAT THE VEHICLE EXPERIENCE AN UNINTENDED ACCELERATION WHILE PARKING IN THE DRIVEWAY. THE VEHICLE ACCELERATED AND CRASHED INTO THE GARAGE WALL. THE CONTACT STATED THAT AFTER THE IMPACT, SEVERAL WARNING LIGHTS ILLUMINATED. THE CONTACT AND PASSENGERS DID NOT SUSTAIN INJURIES. THE INSURANCE TOWED THE VEHICLE TO AN INDEPENDENT MECHANIC. THE CONTACT WAS UNAWARE OF THE DIAGNOSTIC TESTING. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 29,000. THE VIN WAS NOT AVAILABLE.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2016 |

February 3, 2020 **NHTSA ID NUMBER: 11306819**
**Components: AIR BAGS, STRUCTURE**
NHTSA ID Number: 11306819

**Incident Date** November 21, 2019

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Consumer Location** ISSAQUAH, WA

**Vehicle Identification Number** 5YJ3E3EAXJF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

MY TESLA DIDN'T STOP WHEN I APPLIED THE BRAKES, I HAD A CLEAR DISTANCE SPACE BETWEEN MY CAR AND THE CAR I REAR ENDED, ANY OTHER CAR WOULD HAVE STOPPED WHEN YOU APPLY THE BRAKES BUT I THINK I FELT LIKE MY CAR ACCELERATED EVEN I APPLIED THE BRAKES AND NEVER STOPPED. I WOULD SINCERELY WANT YOU TO INVESTIGATE FURTHER MY CASE AS IT COULD BE DANGEROUS FOR OTHER CARS OUTSIDE WHEN THE CAR BEHAVES THIS WAY. I DID LET TESLA KNOW ABOUT WHAT HAPPENED AND THEY ARE YET TO GET BACK TO ME WITH THE DETAILS OF THEIR FINDINGS! *TR

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL 3 | 2018 |

February 3, 2020 **NHTSA ID NUMBER: 11306855**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11306855

**Incident Date** February 1, 2020

**Consumer Location** SQUAW VALLEY, CA

**Vehicle Identification Number** 5YJ3E1EC3LF****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

WHEN I SHIFT THE CAR INTO DRIVE AND USE THE ACCELERATOR PEDAL TO MOVE THE CAR FORWARD AND IT WORKS FINE. WHEN I RELEASE THE ACCELERATOR PEDAL, THE CAR ACCELERATE AND REQUIRES ME TO BRAKE. THIS OCCURS AT LOW SPEED. I HAVE TAKEN THE CAR INTO TESLA AND THEY SAID USER ERROR. THE CRUISE CONTROL ENGAGES WHEN I SHIFT INTO DRIVE. THIS HAS OCCURRED SEVERAL TIMES SINCE I HAVE PURCHASED THE CAR

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2020 |

February 18, 2020 **NHTSA ID NUMBER: 11309949**
**Components: SERVICE BRAKES, ELECTRICAL SYSTEM**
**NHTSA ID Number:** 11309949

**Incident Date** September 30, 2019

**Consumer Location** LAGUNA HILLS, CA

**Vehicle Identification Number** 5YJSA1CP4DF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TWICE MY TESLA LUNGED FORWARD ACCELERATING SPEED WHEN TRYING TO PARK RESULTING IN ACCIDENTS. I REPORTED BOTH ISSUES TO TESLA. FIRST TIME THEY DENIED THAT HAPPENING AND THE SECOND TIME THIS PAST YEAR THEY NEEDED ADDITIONAL INFORMATION. THEN WHEN I PROVIDED THE INFORMATION MY EMAILS KEPT GETTING BOUNCED BACK.

FIRST INCIDENT OCCURRED WHEN PARKING IN A SCHOOL PARKING SPOT WITH A CEMENT BLOCK. AS I WAS SLOWLY DRIVING INTO THE SPOT THE CAR SUDDENLY ACCELERATED SO FAST MY CAR WENT COMPLETELY OVER THE BLOCK AND I PULLED THE STEERING WHEEL LEFT TO AVOID HITTING THE BUILDING IN FRONT OF ME. I REMEMBER I KEPT PUMPING THE BRAKES AND IT KEPT GOING FASTER. I CLIPPED THE CAR PARKED NEXT TO ME AND MY CAR WE TO INTO THE DIRT AREA AND SINCE I PULLED THE WHEEL LEFT TO AVOID THE BUILDING IT CONTINUED OFF THE DIRT AREA BACK ONTO THE PARKING LOT AND FINALLY STOPPED. THE ENTIRE BOTTOM OF MY CAR WAS DAMAGED FROM GOING OVER THE CEMENT BLOCK AND MY WHOLE LEFT SIDE WAS DAMAGED FROM SCRAPING ALONG THE FRONT BUMPER OF CAR PARKED TO THE LEFT OF ME. THAT OCCURRED IN SPRING OF 2016.

THE 2ND OCCURRENCE WAS SEPTEMBER 30, 2019. I HAD PARALLELED PARKED IN BETWEEN A GOLF CART AND A CAR; MY CAR WAS COMPLETELY STOPPED I HAD MY FINGER ON MY CONTROL TO PUT IT INTO PARK AND ONCE AGAIN IT LUNGED FORWARD AND I JERKED MY WHEEL TO THE LEFT IN ORDER NOT TO HIT THE GOLF CART STRAIGHT AHEAD. I ENDED UP CLIPPING THE GOLF CART AND MY RIGHT FRONT END GOT THE BRUNT OF IT. I HAVE PHOTOS IF YOU WANT THEM BUT I NEED TO GET HELP LOADING THEM IF YOU NEED THEM SO CONTACT ME IF YOU WANT THEM.

**1 Affected Product**

**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2013 |

February 19, 2020 **NHTSA ID NUMBER: 11310075**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11310075

**Incident Date** January 27, 2020

**Consumer Location** NORMANDY PARK, WA

**Vehicle Identification Number** 5YJSA1E22GF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNS A 2016 TESLA MODEL S. THE CONTACT STATED WHILE ENTERING A GARAGE THE VEHICLE ACCELERATED WITHOUT CAUSE WHILE STOPPED. THE VEHICLE COLLIDED INTO A PARKED VEHICLE CAUSING IT TO COLLIDE WITH A WALL, TOTALING IT. THE CONTACT STATED HER NECK WAS SORE HOWEVER, MEDICAL ATTENTION WAS NOT REQUIRED. A POLICE WAS NOT FILED. NO WARNING LIGHTS ILLUMINATED NOR DID THE CONTACT HEAR ANY ABNORMAL NOSIE BEFORE THE CRASH. THE VEHICLE WAS TOWED TO ACCURATE AUTO BODY (9042 WILLOWS RD, REDMOND, WA 98052 (425-970-9699), HOWEVER THE CAUSE OF THE FAILURE WAS NOT DIAGNOSED. THE MANUFACTURER AND DEALERSHIP WAS NOT CONTACTED ABOUT THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 29,886.

**1 Affected Product**

**Vehicle**

171

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2016 |

March 2, 2020 **NHTSA ID NUMBER: 11315591**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11315591

**Incident Date** February 29, 2020

**Consumer Location** POTOMAC, MD

**Vehicle Identification Number** 5YJSA1E23GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**2

**DEATHS**0

TL* THE CONTACT OWNS A 2016 TESLA MODEL S. THE CONTACT STATED THAT WHILE DRIVING AT APPROXIMATELY 10 MPH, THE VEHICLE ACCELERATED INDEPENDENTLY CAUSING THE VEHICLE TO HIT A PEDESTRIAN AND CRASHED INTO A BRICK WALL WHILE HITTING ANOTHER PEDESTRIAN. A POLICE REPORT WAS FILED. THE AIR BAGS DEPLOYED. THE CONTACT STATED THAT THERE WAS A HEAD AND FOOT INJURIES SUSTAIN BY THE PEDESTRIANS THAT NEEDED MEDICAL ATTENTION. THE VEHICLE WAS TOWED TO THE CONTACT'S RESIDENCE. THE DEALER WAS NOT CONTACTED. THE VEHICLE WAS NOT REPAIRED. THE CONTACT ATTEMPTED TO CONTACT THE MANUFACTURER HOWEVER, THERE WAS NO ANSWER. THE APPROXIMATE FAILURE MILEAGE WAS 7,000.

**1 Affected Product**

**Vehicle**

172

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2016 |

March 4, 2020 **NHTSA ID NUMBER: 11316093**
**Components: SUSPENSION, WHEELS**
**NHTSA ID Number:** 11316093

**Incident Date** March 2, 2020

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJSA1E29FF****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

I WAS AT THE DRIVE-THRU BANKING, SITTING STATIONARY WHEN SUDDENLY THE CAR ACCELERATED AT FULL SPEED, OUT OF MY CONTROL, I COULD NOT BRAKE. FINALLY, THE CAR STOPPED WITH A RED ERROR MESSAGE "LOW TIRE PRESSURE"

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

173

May 24, 2020 **NHTSA ID NUMBER: 11325718**
**Components: STRUCTURE, ELECTRICAL SYSTEM, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11325718

**Incident Date** May 22, 2020

**Consumer Location** ROWLAND HEIGHTS, CA

**Vehicle Identification Number** 5YJSA1E29FF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**
SUDDEN UNINTENDED ACCELERATION. I HAD ALMOST COMPLETED A U
TURN (BUT NOT COMPLETELY) TO SLOWLY PULL INTO A PARKING SPOT
PARALLEL TO THE SIDEWALK WHEN THE CAR ALL OF A SUDDEN
LOUNGED FORWARD (SEE SKID MARKS). IT ONLY SLOWED AFTER HITTING
AND DAMAGING THE BRICK WALL.I PRESSED ON THE BRAKES, THE
SCREEN FLASHED SOMETHING LIKE: YOUR AUTO PARK IS NOW DISABLED.
I WAS ABLE TO SLOWLY EASE INTO MY INTENDED PARKING SPOT AND
COME OUT AND ASSESS THE DAMAGES. IT ALL HAPPENED OVER A SPLIT
SECOND. THE COLLISION DEFINITELY FELT LIKE THERE'S A MAJOR FAULT
WITH THE CAR'S COMPUTER SYSTEM - INSTRUCTING IT TO LURCH
FORWARD AT RAPID SPEED AND NOT ABLE TO AUTOSTOP WITH AN
OBJECT (BRICK WALL) IN FRONT OF IT.

I WAS AT A RESIDENTIAL AREA WITHIN A GATED COMMUNITY. WHEN
CALIFORNIA HIGHWAY PATROL CAME, THEY SAID THEY COULDN'T FILE A
REPORT WITHIN PRIVATE PROPERTY.

**1 Affected Product**

**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

May 15, 2019 **NHTSA ID NUMBER: 11207877**
**Components: ELECTRICAL SYSTEM, POWER TRAIN**
**NHTSA ID Number:** 11207877

**Incident Date** February 26, 2019

**Consumer Location** SAN DIEGO, CA

**Vehicle Identification Number** 5YJ3E1EAXJF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

MY WIFE ( DRIVER FOR OVER 40 YEARS, NO ACCIDENTS, NO TICKETS)
WAS STOPPED AT A TRAFFIC LIGHT ON A DOWNGRADE, FOOT ON THE
BRAKE, IN OUR BRAND NEW TESLA MODEL 3 WHEN IT SUDDENLY BEGAN
TO MOVE FORWARD AND CRASHED INTO CARS STOPPED AT THE LIGHT
IN FRONT OF HER. MY WIFE TRIED DESPERATELY TO STOP THE TESLA
WITH THE BRAKES AND EMERGENCY BRAKE. OU CAR WAS STOPPED BY
THE CAR IN FRONT. I HATE TO THINK OF WHAT COULD HAVE HAPPENED
HAD THERE NOT BEEN CAR IN FRONT. WE PURCHASED THE TESLA IN
DECEMBER OF 2018 AND THE CRASH OCCURRED IN FEBRUARY OF 2019.
AFTER THE CRASH I CALLED TESLA, THEN I WENT TO THEIR SHOWROOM
IN SAN DIEGO, THEY REFERRED ME TO TESLALEGAL.COM. SO I ASKED
MY ATTORNEY TO HELP. IN THE MEANTIME, AFTER THE TESLA WAS
RELEASED FROM THE BODY SHOP IT WAS SENT TO THE TESLA SERVICE
CENTER IN SAN DIEGO. IMMEDIATELY, MY ATTORNEY EMAILED
SERVICEHELPNA@TESLA.COM FOR TESLA TO PRESERVE AND PROVIDE

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

THE ELECTRONIC DRIVING RECORD TO DETERMINE WHAT HAPPENED TO THE CAR. SERVICE CENTER DID NOT RESPOND TO OUR REQUEST. AT THIS POINT TESLA DEFINITELY KNOWS THAT WE HAVE A PROBLEM. OUR ATTEMPTS AT CONTACT BEGAN IMMEDIATELY AFTER THE CRASH IN FEBRUARY. AS OF MAY 15TH THERE IS NO CONTACT YET. WITH THE KNOWLEDGE THAT I HAD AN ATTORNEY, TESLA SERVICE STILL SENT ME DOCUMENTS TO SIGN. THEY RECENTLY SENT ME A TEXT THAT THEY HAVE "UPDATED FIRMWARE WITH THE LATEST VERSION" AND THE CAR "IS SAFE TO DRIVE AT THIS TIME." TO ME IT SOUNDS LIKE THEY MODIFIED THE TESLA. MY ATTORNEY HAS CALLED AND EMAILED TESLA SERVICE, TESLA CUSTOMER SERVICE, TESLA LEGAL, AND TESLA HEADQUARTERS IN FREMONT. SHE HAS WRITTEN LETTERS TO ALL OF THE ABOVE AND MAILED THEM CERTIFIED MAIL. IN THE LETTERS SHE HAS EXPLAINED THAT MY WIFE AND I ARE FEARFUL OF DRIVING THE CAR AND DEFINITELY DON'T WANT ANYONE ELSE TO GET KILLED. THE TESLA SITS IN THE SERVICE CENTER STORAGE.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

January 17, 2020 **NHTSA ID NUMBER: 11300156**

**Components: AIR BAGS, STRUCTURE, VISIBILITY/WIPER**

**NHTSA ID Number:** 11300156

**Incident Date** December 19, 2019

**Consumer Location** FRESNO, CA

**Vehicle Identification Number** 5YJ3E1EA5KF****

**Summary of Complaint**

176

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

I AM FEMALE SAFE DRIVER WITH CLEAN DRIVING RECORDS, MY TESLA WAS THIRD CAR STOPPED AT TRAFFIC LIGHT ON DEC 19TH IN THE CITY STREET, AND ALL OF SUDDEN, I STRONGLY BELIEVE THAT IT TRIGGERED UNINTENDED SPONTANEOUS ACCELERATION THAT RESULTED IN ACCIDENT WITH TWO CARS AHEAD OF ME, DAMAGED ALL 3 VEHICLES INCLUDING MINE, I PUSHED THE BRAKE IMMEDIATELY & PARKED BEFORE ALL AIRBAGS IN MY CAR DEPLOYED. I TRIED TO PROVE MY POINT TO THE INSURANCE THAT ITS NOT MY FAULT BUT ITS A CAR THAT BECAME UNCONTROLLABLE DUE TO PROBABLY SOME KIND OF NIGHTLY AUTOMATIC SOFTWARE UPDATE OR A MECHANICAL PROBLEM BUT INSURANCE DIDN'T AGREE AND FORCED ME TO AGREE THAT I DID IT !

**1 Affected Product**

a)    **Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL 3 | 2019 |

January 20, 2020 **NHTSA ID NUMBER: 11300542**
**Components: FUEL/PROPULSION SYSTEM, VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11300542

**Incident Date** January 20, 2020

**Consumer Location** LOS GATOS, CA

**Vehicle Identification Number** 5YJSA1E44GF****

177

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

I WAS APPROACHING A STOP SIGN WITH MY FOOT LIFTED ABOVE BOTH PEDALS (BRAKE AND ACCELERATOR) WHEN MY CAR ACCELERATED FORWARD. I HAD ALWAYS THOUGHT THAT MOST OF THESE UNINTENDED ACCELERATIONS WERE DUE TO A DRIVER HITTING THE ACCELERATOR PEDAL INSTEAD OF THE BRAKE PEDAL SO I NOTED THAT MY FOOT WAS NOT RESTING OR PRESSING ON EITHER PEDAL. I PUT IT DOWN ON THE BRAKE PEDAL AND THE CAR STOPPED, BUT THIS SHOULD NEVER HAVE HAPPENED. I HAD NO CRUISE CONTROL OR STEERING AID ACTIVATED. I ALSO HAVE 'CREEP MODE' TURNED OFF.

**1 Affected Product**

**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2016 |

February 4, 2020 **NHTSA ID NUMBER: 11307086**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11307086

**Incident Date** January 29, 2020

**Consumer Location** RIVERSIDE, CA

**Vehicle Identification Number** 5YJSA1AG7DF****

**Summary of Complaint**

178

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

TL* THE CONTACT OWNS A 2013 TESLA MODEL S. THE CONTACT STATED THAT WHILE ATTEMPTING TO PARK AT APPROXIMATELY 2 MPH, THE VEHICLE SPONTANEOUSLY ACCELERATED WITH THE FOOT ON THE BRAKE PEDAL. THE CONTACT STRUCK THE VEHICLE IN FRONT. THE FRONT PASSENGER SIDE OF THE VEHICLE WAS DAMAGED. THE POLICE WAS NOT PRESENT. NO INJURIES WERE REPORTED. THE VEHICLE WAS TOWED TO THE (TESLA, 6692 AUTO CENTER DR, BUENA PARK, CA 90621), WHERE IT WAS DETERMINED THAT IT WAS VEHICLE OPERATOR ERROR. THE CONTACT WAS INFORMED THAT IT MAY TAKE APPROXIMATELY A WEEK TO GET THE RESULTS FROM THE EVENT DATA RECORDER. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE APPROXIMATE FAILURE MILEAGE WAS 30,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2013 |

January 26, 2020 **NHTSA ID NUMBER: 11302076**
**Components: STRUCTURE, ELECTRICAL SYSTEM, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11302076

**Incident Date** November 1, 2019

**Consumer Location** RANCHO PALOS VERDES, CA

**Vehicle Identification Number** 5YJSA1DP2DF****

179

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

ON NOVEMBER 1, 2019, I WAS SLOWLY BRAKING AND START TURNING RIGHT INTO MY DRIVEWAY ON THE 2013 TESLA MODEL S. I FELT A SURGE OF THE VEHICLE AND 1 SECOND LATER, THE VEHICLE LANDED ON TOP OF THE STAIRCASE OF MY HOUSE ENTRANCE AND DRIVEWAY. I DID NOT PRESS ON THE ACCELERATOR AT ALL WHEN I SLOWLY TURNING INTO THE DRIVEWAY.THE VEHICLE SPED ON ITS OWN FOR ONLY A SPLIT SECOND. I CALLED TESLA ROADSIDE ASSISTANCE. THE REPRESENTATIVE CONTACTED ME AND DIRECT ME TO A REPAIR SHOP AND HE TOLD ME THAT HE WOULD HAVE THE VEHICLE'S INFORMATION TO BE SENT TO THE ENGINEERS TO FIND OUT WHAT HAPPENED. I HAD MY VEHICLE TOWED BUT TO REPAIR SHOP BUT TESLA SUPPORT TEAM HAS BEEN IGNORING ALL MY CALLS AND EMAIL. MY VEHICLE WAS CONSIDERED TO BE TOTAL LOSS BY MY INSURANCE COMPANY.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2013 |

January 21, 2020 **NHTSA ID NUMBER: 11300905**
**Components: ELECTRONIC STABILITY CONTROL, VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11300905

**Incident Date** January 20, 2020

**Consumer Location** MERCER ISLAND, WA

180

**Vehicle Identification Number** 5YJSA1H11EF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

FROM A COASTING POSITION IN AN UNDERGROUND GARAGE, I TURNED RIGHT TO ROUND A 90 DEGREE CORNER. AFTER COMPLETING THE TURN MY CAR BEGAN TO SPEED UP RAPIDLY. WHEN I FIRST NOTICED THE ACCELERATION BEGINNING, I STEPPED ON THE BRAKE, WHICH HAD NO EFFECT. THE CAR CONTINUED TO ACCELERATE OVER A DISTANCE OF ABOUT 50 FEET AND COLLIDED HEAD-ON WITH A CONCRETE WALL. FRONT AIRBAGS ON THE DRIVER'S SIDE DEPLOYED AND MY BODY STRUCK THEM: FACE, CHEST, AND LOWER LEGS. I HAVE INJURIES FROM THE INCIDENT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2014 |

January 17, 2020 **NHTSA ID NUMBER: 11300127**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11300127

**Incident Date** January 12, 2020

**Consumer Location** SCOTTSDALE, AZ

**Vehicle Identification Number** 5YJSA1S17EF****

181

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES1**

**DEATHS0**

IN DECEMBER 2016 THE CAR ACCELERATED SPONTANEOUSLY WHILE I WAS IN MY DRIVEWAY. TESLA MAINTAINED I PUSHED ON THE EXCELERATOR INSTEAD OF THE BRAKE GOING FROM 2 TO 92 MILES AN HOUR IN JUST A FEW SECONDS. THE CAR WAS REPAIRED AND ON JANUARY 12,2020 THE CAR ONCE AGAIN SELF ACCELERATED. BOTH TIMES SUBSTANTIAL DAMAGE WAS DONE TO THE FRONT OF THE CAR AND TO MY HOME. I WAS NOT INJURED HOWEVER A PASSENGER WAS IN THE CAR IN 2016 AND MAINTAINED SHE HAD HIP INJURIES AS A RESULT. THE INSURANCE COMPANY DID SETTLE WITH HER. BOTH ACCIDENTS WERE NOT THE RESULT OF MY INADVERTENTLY DEPRESSING THE EXCELERATOR. THERE DEFINITELY IS A SUBSTANTIAL DANGER TO THE PUBLIC. THE CAR IS CURRENTLY AT RAINTREE AUTO BODY IN SCOTTSDALE ARIZONA. I HAVE NOT CALLED TESLA AZ YET AS I DO NOT PARTICULARLY WANT THEM TO GET THE BLACK BOX. I DO HAVE A PHOTO OF THE CAR IMPACTING THE COURTYARD WALL OF MY HOUSE HOWEVER IT IS ON MY IPHONE AND I DO NOT KNOW HOW TO SEND IT TO YOU.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2014 |

January 29, 2020 **NHTSA ID NUMBER: 11302858**
**Components: AIR BAGS, STRUCTURE, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11302858

182

**Incident Date** July 31, 2019

**Consumer Location** ORTING, WA

**Vehicle Identification Number** 5YJSA1H4XFF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

MY TERSLA EXPERIENCED A SUDDEN ACCELERATION EVENT ON JULY 31, 2019. IT WAS BEING PARKED IN A TARGET PARKING LOT ABOUT TO BE PUT IN PARK WHEN IT SUDDENLY EXPERIENCED A FULL ACCELERATION. IT JUMPED OVER A 6 TO 8 FOOT WIDE CONCRETE MERIDIAN, TOOK OUT A BUSH AND HIT A PARKED PICK-UP, MOVING IT ABOUT 15 FEET AND TOTALING THE TRUCK. THE CAR HAD ALMOST $40,000 IN DAMAGE AND THE DRIVER WAS INJURED. TELSA FIRST SAID THEY WOULD HAVE THEIR READ OUT IN ONE WEEK THEN 3, THEN 4 - FINALLY AFTER ABOUT 4 MONTHS THEY SAID IT WAS DRIVER ERROR BUT THE DRIVER DENIES TOUCHING THE GAS OR BRAKE. SHE WAS ALREADY STOPPED AND IT HAPPENED SO FAST SHE DIDN'T HAVE TIME TO REACT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2015 |

February 5, 2020 **NHTSA ID NUMBER: 11307255**
**Components: ELECTRICAL SYSTEM, POWER TRAIN, VEHICLE SPEED CONTROL**

183

**NHTSA ID Number:** 11307255

**Incident Date** May 19, 2019

**Consumer Location** MIRA LOMA, CA

**Vehicle Identification Number** 5YJSA1E10HF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 2

**DEATHS** 0

I HAVE REACHED OUT TO TESLA 3 TIMES TO FIX A SUDDEN UNINTENDED ACCELERATION ISSUE.

11 DAYS AFTER I REPORTED THE ISSUE AND THEY TOLD ME MY CAR WAS OK TO DRIVE I GOT INTO A ACCIDENT. IT TOOK TESLA 5 MONTHS TO GIVE BACK THE REPORTS OF THE CRASH IN WHICH THEY SAID IT WAS MY FAULT.

I HAVE LOST TRUST IN THE COMPANY AND HAVE SEEN THAT 127 OTHER PEOPLE HAVE BEEN AFFECTED BY THE SAME ISSUE ACCORDING TO CNN

PLEASE TAKE CARE OF THIS ISSUE. ANY TESLA OWNER IS A PIONEER OF A FUTURE CREATION. AFTER THE ACCIDENT THEY TOLD ME AUTOPILOT IS ON BETA MODE ITS NOT PERFECT YET. THEY SHOULD NOT ALLOW PUBLIC TO USE A HAZARDOUS SOFTWARE.

ALSO TESLA EMPLOYEES WERE VERY NEGLIGENT. I ALMOST DIED IN THIS ACCIDENT WITH MY FATHER AND THE MANAGER HAD NO IDEA OF MY CASE EVEN AFTER MY CAR WAS GIVEN TO ME AND THEY SAID IT WAS OK TO DRIVE. I GOT INTO A ACCIDENT 11 DAYS AFTER THEY OK'D MY CAR

PLEASE HELP AS I AM FRUSTRATED AND DO NOT KNOW WHAT TO DO ANYMORE OR WHO TO GET TO FIX MY CAR. I HAVE DOCUMENTATION OF ADDRESSING SUDDEN INTENDED ACCELERATION TO TESLA MULTIPLE

184

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

TIMES.

THANK YOU

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

January 22, 2020 **NHTSA ID NUMBER: 11301179**
**Components: FUEL/PROPULSION SYSTEM, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11301179

**Incident Date** January 19, 2020

**Consumer Location** PHOENIX, AZ

**Vehicle Identification Number** 5YJSA1E13HF****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

ON 1/19/20 AT 1623 PHOENIX TIME WHILE COMING TO A STOP ON A SURFACE STREET THE CAR SUDDENLY ACCELERATED. PROMPT APPLICATION OF THE BREAKS PREVENTED AN ACCIDENT. THIS IS THE FIRST TIME THIS HAS HAPPENED.

**1 Affected Product**
**Vehicle**

185

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

January 21, 2020 **NHTSA ID NUMBER: 11300901**
**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11300901

**Incident Date** December 1, 2017

**Consumer Location** MISSION VIEJO, CA

**Vehicle Identification Number** 5YJSA1E17HF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

RECENTLY I READ AN ARTICLE TITLED "US AGENCY EXAMINING TESLA UNINTENDED ACCELERATION ." AND I WOULD LIKE TO REPORT THAT I HAVE HAD THE

EXACT SAME PROBLEM WITH MY TESLA S. THREE MONTHS AFTER PURCHASING MY TESLA, I WAS PARKING MY CAR WHEN ALL AT ONCE IT ACCELERATED AND HIT THE CAR IN FRONT

OF ME IN THE PARKING LOT. IT HAPPENED A TOTAL OF 3 TIMES IN THE FIRST 16 MONTHS THAT I OWNED THE CAR. I CONTACTED TESLA NUMEROUS TIMES AND AFTER GOING BACK

AND FORTH WITH THEM, THEY TOLD ME THAT IT WAS MY FAULT

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

BECAUSE THEY SAID THAT I MIXED UP THE BRAKE AND GAS PEDALS. IT WAS THE WEIRDEST FEELING HAVING THE

CAR ACCELERATE ALL AT ONCE. I DID NOT MIX UP THE PEDALS. IN THE PREVIOUS 50+ YEARS OF DRIVING, NOTHING LIKE THIS EVER HAPPENED TO ME AND THEN ALL AT ONCE,

ONLY 3 MONTHS AFTER GETTING MY TESLA, IT STARTED. I HAVE SAVED E-MAILS BETWEEN TESLA AND MYSELF CONCERNING THIS ISSUE IF YOU

WOULD LIKE TO SEE THEM. I HOPE YOU ARE ABLE TO HELP SOLVE THIS PROBLEM AND TO GET TESLA TO ADMIT THAT THERE IS A PROBLEM.

IF YOU HAVE ANY QUESTIONS, PLEASE FEEL FREE TO CONTACT ME (SEE BELOW).P[LKP

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

January 17, 2020 **NHTSA ID NUMBER: 11300180**
**Components: STRUCTURE, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11300180

**Incident Date** October 31, 2019

**Consumer Location** PALM BEACH GARDENS, FL

**Vehicle Identification Number** 5YJSA1E14HF****

**Summary of Complaint**

**CRASH** Yes

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**FIRENo**

**INJURIES0**

**DEATHS0**

I WAS ATTEMPTING TO PARK, THE CAR WAS TRAVELING AT PERHAPS 2 MILES/HOUR, WHEN THE CAR SUDDENLY ACCELERATED, CLIMBED A BURM, HIT A TREE, AND STOPPED ON THE OTHER SIDE OF THE BURM IN THE MIDDLE OF THE STREET.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2017 |

February 26, 2020 **NHTSA ID NUMBER: 11311755**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11311755

**Incident Date** February 21, 2020

**Consumer Location** HINSDALE, IL

**Vehicle Identification Number** 5YJSA1E2XJF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

AS I WAS PARKING THE CAR, THE CAR SUDDENLY ACCELERATED WITHOUT WARNING, WENT OVER THE CURB AND HIT A TREE AT HIGH

188

SPEED. THE AIR BAGS DEPLOYED DURING THE CRASH AND THE FRONT OF THE CAR WAS BADLY DAMAGED. I SMELT SMOKE IN THE CAR AFTER THE ACCIDENT. WE GOT OFF THE CAR IMMEDIATELY AFRAID OF THE BATTERY GOING INTO FLAMES. THE CAR HAD TO BE TOWED AWAY.

THIS WAS SUCH AN UNUSUAL EVENT AND A FREAKY ACCIDENT AS THE CAR ACCELERATED AS I WAS PARKING IT. THE CAR CAME TO A STOP BEFORE IT ACCELERATED AT HIGH SPEED AND I LOST CONTROL OF THE CAR. IT MUST BE AN ERROR IN THE CAR'S TECHNOLOGY.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2018 |

February 8, 2020 **NHTSA ID NUMBER: 11307883**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11307883

**Incident Date** February 8, 2020

**Consumer Location** MISSION VIEJO, CA

**Vehicle Identification Number** 5YJSA1E27JF****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

189

I WAS PULLING INTO A PARKING SPOT IN A PLACE I PARK ON MANY OCCASIONS, HAD MY FOOT OFF THE ACCELERATOR, TO PUT ON THE BRAKE, AND THE CAR SUDDENLY ACCELERATED, WENT UP OVER THE CURB, AND ALMOST DOWN AN EMBANKMENT. I WAS ABLE TO STOP THE CAR BEFORE THAT HAPPENED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2018 |

February 5, 2020 **NHTSA ID NUMBER: 11307382**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11307382

**Incident Date** May 7, 2019

**Consumer Location** PALOS VERDES ESTATES, CA

**Vehicle Identification Number** 5YJSA1E2XJF****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

I WAS AT A PARKING LOT AND I WAS MAKING MY WAY INTO A SLOT WHEN I FIRST HAD TO REVERSE THEM WHEN I CHANGED THE GEAR THE DRIVE AND RELEASED THE BREAKS TO MOVE FORWARD INTO THE SLOT I SUDDENLY ACCELERATED AND HAD TO PRESS ON THE BREAKS HARDER THAN EVER BECAUSE I THOUGHT AT FIRST I WAS RELEASING IT

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

TOO FAST. BUT EVENTUALLY I SCREECHED INTO A FULL STOP AND AVOIDED HITTING THE CARS PARKED AND WORSE GOING OVER THE STREET ONTO INCOMING TRAFFIC. I NOTICED TIRE MARKS THAT MY BREAKING HAD MADE AT THE LOT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2018 |

January 21, 2020 **NHTSA ID NUMBER: 11300887**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11300887

**Incident Date** September 1, 2019

**Consumer Location** MALIBU, CA

**Vehicle Identification Number** 5YJSA1E26JF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNS A 2018 TESLA MODEL S. THE CONTACT STATED WHILE SHIFTING INTO PARK, THE VEHICLE SUDDENLY ACCELERATED FORWARD AND IMPACTED INTO THE WALL OF A BUILDING. THE FRONT OF THE VEHICLE WAS DAMAGED AS WELL AS THE BUILDING CAUSING ITS ELECTRIC TO SHUT OFF. NO WARNING LIGHT WAS ILLUMINATED. THE CONTACT WAS ASKED ABOUT THE AIR BAG DEPLOYMENT AND

191

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

CONFIRMED THAT THE AIR BAGS DID NOT DEPLOY. THE CONTACT DID NOT SUSTAINED ANY INJURIES OR SEEK MEDICAL ATTENTION. IT WAS UNKNOWN IF A POLICE REPORT WAS FILED. THE VEHICLE WAS DRIVABLE AFTER THE IMPACT. THE CONTACT STATED SHE CONTACTED HER INSURANCE COMPANY AND HAD THE COSMETIC REPAIRS PERFORMED AT AN APPROXIMATE $5,000 REPAIR COST. THE MANUFACTURER AND DEALER HAD NOT BEEN INFORMED OF FAILURE. THE FAILURE MILEAGE WAS 12,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL S | 2018 |

January 28, 2020 **NHTSA ID NUMBER: 11302573**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11302573

**Incident Date** December 17, 2019

**Consumer Location** HAMPTON, VA

**Vehicle Identification Number** 5YJSA1E41JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

I AM THE OWNER OF A 2018 TESLA MODEL P100D. ON DEC 17 AT APPROXIMATELY 11:40 AM I AND A BUSINESS ASSOCIATE WERE DRIVING

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

TO MY HOME AT 804 DUKE STREET, ALEXANDRIA, VA. MY ASSOCIATE WAS DRIVING APPROXIMATELY 1-2 MILES/HOUR AND STARTING TO PARK. THE PARKING LOCATION IS IN FRONT OF A BRICK WALL. WHILE COMING TO OUR FINAL STOP THE TESLA BEGAN TO ACCELERATE ON ITS OWN AS THOUGH THE GAS WAS PUNCHED (IT WAS NOTE). THE CAR THRUST FORWARD AND SLAMMED INTO THE WALL, DESTROYING A PART OF THE WALL AND DAMAGING THE FRONT OF THE TESLA. THE AIR BAGS DID NOT ENGAGE AND WE WERE NOT INJURED. THE CAR SIMPLY ACCELERATED ON ITS OWN. I REPORTED THE INCIDENT TO TESLA BUT THEY HAVE NOT RESPONDED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2018 |

January 17, 2020 **NHTSA ID NUMBER: 11300090**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11300090

**Incident Date** December 27, 2019

**Consumer Location** THE WOODLANDS, TX

**Vehicle Identification Number** 5YJXCDE29LF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

193

THE CAR SUDDENLY ACCELERATED TO FULL SPEED WHEN PARKING THE CAR IN A MALL PARKING LOT. I TRIED TO PARK THE CAR, IT DID NOT FIT SO I WENT REVERSE A COUPLE OF FEET AND WHEN I PUT THE CAR IN DRIVE, IT ACCELERATED ON ITS OWN AND THE STEERING WHEEL TURNED ALL THE WAY TO THE LEFT. THE CAR WENT OVER THE TIRE STOPPERS AND CAME TO A COMPLETE STOP WHEN IT CRASHED AGAINST A POST. THIS WAS 100% THE CAR'S FAULT, I AM SURE I DID NOT PRESS THE ACCELERATOR. I HAVE SUBMITTED THE CLAIM WITH TESLA AND THEY ARE REVIEWING THE DATA. I SAW THE NEWS THAT OTHER CARS HAD SIMILAR PROBLEM AND I WANTED TO SHARE MY EXPERIENCE AS WELL. THIS IS VERY SERIOUS AND NEEDS TO BE ADDRESSED

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2020 |

March 3, 2020 **NHTSA ID NUMBER: 11315719**
**Components: VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11315719

**Incident Date** March 2, 2020

**Consumer Location** SOUTH BARRINGTON, IL

**Vehicle Identification Number** 5YJXCAE22GF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

194

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**DEATHS0**

AN ACCIDENT OCCURRED IN MY TESLA MODEL X 90D THAT WAS DUE TO THE FAULT OF THE CAR. WE HAVE OWNED THE CAR FOR 3+ YEARS. WHAT OCCURRED TODAY IN THE CAR IS SOMETHING THAT HAS NEVER HAPPENED BEFORE. THE CAR WAS FUNCTIONING PERFECTLY FINE DURING MY WHOLE 20 MINUTE COMMUTE. AS I PULLED INTO MY OFFICE?S PARKING LOT, THE CAR SEEMED FINE. HOWEVER, AS I WAS FINISHING PARKING THE CAR IN THE PARKING SPACE, THE CAR UNEXPECTEDLY STARTED ACCELERATING AT A FRIGHTENING SPEED. MORE CLEARLY PUT I WAS ALMOST DONE PARKING AND MY FOOT WAS PARTIALLY ON AND OFF THE BRAKE. WHILE MY FOOT WAS SLIGHTLY OFF THE BRAKE THE CAR ACCELERATED SO FAST THAT IT RAN OVER A CURB AND CLIMBED A GRASS SLOPE AND RAN OVER AND TORE DOWN A SMALL TREE. THE CAR ACCELERATED SO QUICKLY THAT IT RAN OVER THE TREE BEFORE I COULD EVEN REACT. AFTER THIS EXPERIENCE I NO LONGER FEEL THAT IT IS SAFE TO DRIVE A TESLA. I?M JUST HAPPY THAT THERE WEREN?T ANY PEOPLE OR CARS IN FRONT OF ME. THIS IS A MAJOR SAFETY ISSUE AND NEEDS TO BE INVESTIGATED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL X | 2016 |

February 2, 2020 **NHTSA ID NUMBER: 11306541**
**Components: STRUCTURE, SERVICE BRAKES, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11306541

**Incident Date** January 20, 2020

**Consumer Location** ALAMO, CA

**Vehicle Identification Number** 5YJXCBE23GF****

195

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

SUDDEN UNINTENDED ACCELERATION. THE CAR SUDDENLY ACCELERATED INSTEAD OF STOPPING WHEN I APPLIED THE BRAKES WHILE PULLING INTO A PARKING SPACE. I WAS GOING APPROXIMATELY 5 MPH. INSTEAD OF STOPPING, THE CAR JUMPED A CONCRETE PARKING BLOCK, WENT OVER A CURB, CLIMBED AN EMBANKMENT, AND STRUCK A TREE BEFORE IT CAME TO A STOP. THE CAR SUFFERED DAMAGE TO THE FRONT DRIVER'S SIDE WHEEL WELL AND THE UNDERCARRIAGE. THE DRIVER WAS NOT INJURED AND THE AIRBAGS DID NOT DEPLOY. VIDEO SURVEILLANCE CAPTURED THE INCIDENT IN ITS ENTIRETY. PHOTOS OF THE SCENE AND THE RESULTING DAMAGE TO THE CAR ARE ALSO ATTACHED. THIS INCIDENT OCCURRED DURING A ROUTINE TRIP THAT I DRIVE ABOUT 4 TIMES EACH WEEK. WEATHER, TRAFFIC, AND ROAD CONDITIONS WERE NOT A FACTOR IN THIS INCIDENT. THE CAR DOES NOT CONTAIN ANY AFTERMARKET EQUIPMENT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL X | 2016 |

January 25, 2020 **NHTSA ID NUMBER: 11301732**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11301732

**Incident Date** December 13, 2019

**Consumer Location** ASPEN, CO

196

**Vehicle Identification Number** 5YJXCDE23HF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

WHILE PARALLEL PARKING ON A CITY STREET, MY VEHICLE (TESLA MODEL X 2017) ACCELERATED UNINTENTIONALLY AND PUSHED THE VEHICLE #2 INTO THE VEHICLE #3 IN FRONT OF IT. MY VEHICLE ACCELERATED WITH SUCH FORCE THAT THE POLICE OFFICER THOUGHT MY VEHICLE WAS GOING AT LEAST 25MPH WHEN IT HIT THE CAR IN FRONT. AT THE TIME OF THE IMPACT, MY HEAD WAS THROWN FORWARD AND I COULD NOT RECALL IF I HAD STEPPED ON THE BRAKE OR THE ACCELERATOR.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2017 |

January 22, 2020 **NHTSA ID NUMBER: 11301011**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11301011

**Incident Date** October 28, 2019

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJXCBE21JF****

197

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**2

**DEATHS**0

MY MODEL X WAS TRAVELING AT LOW SPEED AS IT WAS NEAR HOME. BEFORE ENTERING THE CURVE, THE X SUDDENLY ACCELERATED OUT OF CONTROL. IT FIRST CRASHED INTO MY OTHER PARKED CAR IN FRONT OF MY HOUSE, PUSHING THE PARKED CAR INTO MY GARAGE. THEN IT CONTINUED TO HIT A CITY LIGHT POLE, BREAKING IT AT THE BASE. THE X CONTINUED TO HIT MY NEXT DOOR NEIGHBOR'S TWO CARS PARKED OUTSIDE OF THEIR HOME, DAMAGING THEIR GARAGE. THE CAR FINALLY STOP WHEN IT HIT THE WALL OF THIRD NEIGHBOR' THAT DIVIDE UP HER DRIVEWAY.

TESLA ROADSIDE SUPPORT CONTACTED ME ON THE DAY OF THE INCIDENT BECAUSE THEY WERE ABLE TO SEE MY AIRBAG WAS DEPLOYED AND MAY REQUIRE ASSISTANCE. I REQUESTED TESLA TO REVIEW THE LOG OF THE CAR AND EXPLAIN WHY THE CAR SUDDENLY ACCELERATED OUT OF CONTROL. WHEN I FOLLOWED UP THAT FIRST WEEK THEY ACKNOWLEDGED MY REQUEST IN AN EMAIL AND TOLD ME THAT THE REQUEST IS WITH THEIR ENGINEERING TEAM AND IT MAY TAKE A WHILE BEFORE THEY WILL HAVE ANY RESPONSE. HOWEVER, AS OF TODAY, I HAVEN'T HEARD FROM THEIR ENGINEERING TEAM.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL X | 2018 |

January 21, 2020 **NHTSA ID NUMBER: 11300718**

198

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11300718

**Incident Date** December 25, 2019

**Consumer Location** LOS ALTOS, CA

**Vehicle Identification Number** 5YJXCAE25JF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES1**

**DEATHS0**

TL* THE CONTACT OWNED A 2018 TESLA MODEL X. THE CONTACT STATED THAT AS HER HUSBAND WAS PARKING IN A SPACE, THE VEHICLE MADE A LOUD NOISE AND ACCELERATED INDEPENDENTLY. AS A RESULT, THE VEHICLE CRASHED INTO A TREE AND A CEMENT PLANTER, CAUSING THE PLANTER TO MOVE ABOUT 10 FEET AWAY. THERE WAS NO WARNING LIGHT OR CHIMES. THE CONTACT WAS ASKED ABOUT AIR BAG DEPLOYMENT AND CONFIRMED THAT NO AIR BAGS DEPLOYED. THE CONTACT WHO WAS THE FRONT PASSENGER AND AT THE TIME OF THE FAILURE WAS BENDING OVER TO GRAB HER PURSE FROM THE FLOOR MAT SUSTAINED A BRUISED RIB AND LATER DROVE HERSELF TO THE DOCTOR FOR MEDICAL ATTENTION. THE POLICE WAS CALLED TO THE SCENE BUT THE CONTACT WAS NOT SURE IF A POLICE REPORT WAS FILED. THE VEHICLE WAS TOTALED AND TOWED TO A SALVAGE LOT. THE CONTACT CALLED THE TESLA MOTORS DEALER (650-681-5800, LOCATED AT 4180 EL CAMINO REAL, PALO ALTO, CA 94306) AND WAS TOLD TO EMAIL THE INFORMATION. THE CONTACT EMAILED THE INFORMATION BUT DID NOT GET A RESPONSE. THE FAILURE MILEAGE WAS APPROXIMATELY 8,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2018 |

January 18, 2020 **NHTSA ID NUMBER: 11300230**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11300230

**Incident Date** January 14, 2020

**Consumer Location** ROSEVILLE, CA

**Vehicle Identification Number** 5YJXCAE29JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**2

**DEATHS**0

WE HAD AN ACCIDENT 2DAYS AGO. WE WERE IN THE SCHOOL LOOP TO
DROP OFF OUR SON TO SCHOOL. MY HUSBAND WAS DRIVING AND WAS
HEADING TOWARDS THE DROP OFF AREA WHEN EVERYTHING JUST
HAPPENED SO FAST, THE NEXT THING I KNEW IS THAT WE HIT ONE OF
THE IN-GROUND INSTALLED BASKETBALL HOOPS. THE IMPACT WAS
HARD AND DEPLOYED ALL THE AIRBAGS ON THE PASSENGER SEATS
AND THE SIDE AIRBAG OF THE DRIVER AND THE 2ND ROW PASSENGER
SEATS WHERE MY SON WAS SEATED AND ALSO SAW SOME SMOKE FROM
THE FRONT WHERE I WAS SEATED AND I DO NOT KNOW WHERE IT WAS
COMING FROM THAT I THOUGHT THAT THE CAR WAS ON FIRE BUT MY
HUSBAND INFORMED ME THAT WAS NONE. RECALLING NOW, IT HAS
BEEN A MYSTERY TO US AS TO WHY AND WHAT REALLY HAPPENED. I
WAS SEATED ON THE FRONT PASSENGER SEAT AND SUSTAINED A

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

FRACTURE IN THE RIGHT SCAPULA AND GENERALIZED CONTUSIONS IN MY BODY AREA. MY SON WHO WAS SEATED ON THE 2ND ROW ALSO SUSTAINED CONTUSIONS ON HIS FACE AND A FEW LACERATIONS. WE WERE COMING INTO THE SCHOOL LOOP AND WAS RUNNING ON A SOMEWHAT 20MPH SPEED, I WAS WONDERING IF THE VEHICLE DID ACCELERATE IT'S SPEED CAUSE WHY WOULD WE HAVE SUCH A HARD IMPACT AND SUSTAINED THOSE INJURIES THAT IT EVEN DEPLOYED ALMOST ALL THE AIRBAGS? HOPE SOMEONE CAN LOOK INTO THIS SO AS NOT TO HAVE ANYONE BE ON OUR SAME FATE AND FOR EVERYONE'S FUTURE SAFETY. THANK YOU.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2018 |

January 17, 2020 **NHTSA ID NUMBER: 11300143**
**Components: UNKNOWN OR OTHER**
**NHTSA ID Number:** 11300143

**Incident Date** June 24, 2019

**Consumer Location** WINNETKA, CA

**Vehicle Identification Number** 5YJXCBE24JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

MODEL X ACCELERATED BY ITSELF ON THE WALL AT THE PARKING LOT,FILED COMPLAIN THROUGH TESLA

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL X | 2018 |

February 9, 2020 **NHTSA ID NUMBER: 11308049**
**Components: VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**

**NHTSA ID Number:** 11308049

**Incident Date** November 14, 2019

**Consumer Location** SAN DIEGO, CA

**Vehicle Identification Number** 5YJ3E1EA9JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

ON NOVEMBER 14, 2019 MY CAR WAS INVOLVED IN AN ACCIDENT THAT I STRONGLY BELIEVE THERE WAS A MALFUNCTION WITH THE ACCELERATOR SENSORS OR THE ACCELERATOR ITSELF. THE VEHICLE SUDDENLY ACCELERATED AGGRESSIVELY AS MY SISTER WAS PARKING THE CAR. SHE WAS GOING SLOW AS SHE PARKED THE VEHICLE AND AS SHE DROVE INTO THE STALL, THE VEHICLE SPED UP AGGRESSIVELY AND SHE COULD NOT STOP IT. WE HAVE VIDEOS (COULDN'T UPLOAD) THAT ALSO SHOW THE WHEELS KEEP GOING EVEN THOUGH IT HAD ALREADY

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

MADE CONTACT WITH THE PILLAR AND NOBODY IS PRESSING THE PEDAL. ANOTHER CONCERN WE HAVE IS WHY NONE OF THE CRASH AVOIDANCE MECHANISM TOOK OVER, THE VEHICLE'S SAFETY SETTINGS DIDN'T STOP THE VEHICLE FROM CONTINUING TO ACCELERATE AND DRIVE RIGHT INTO THE PILLAR. WE ARE CONCERNED ABOUT THE SAFETY OF THIS VEHICLE. WE ARE AVAILABLE TO TALK WITH YOU ABOUT THE DETAILS OF THE ACCIDENT. WE FILED A COMPLAINT WITH TESLA AND THEY CLAIM IT IS USER ERROR, BUT MY SISTER IS 100% SURE SHE DIDN'T PRESS THE PEDAL. WE NEED YOUR HELP WITH THIS INVESTIGATION. WE UNDERSTAND THERE ARE OTHERS THAT HAVE FILED SIMILAR COMPLAINTS. WE WANT TO KNOW WHAT TYPE OF INVESTIGATION TESLA DID TO CONCLUDE IT WAS USER ERROR. WE BELIEVE THE SENSORS ARE NOT WORKING PROPERLY AND THIS IS THE CAUSE OF THE ACCIDENT, BUT WE DON'T HAVE ANY WAY OF KNOWING WHAT KIND OF SCRUTINY TESLA DID IN THEIR PART TO LOOK INTO WHAT ACTUALLY HAPPENED, ALSO JUST BECAUSE THEIR RECORDS INDICATE THAT THE PEDAL WAS PRESSED, WE HAVE NO WAY OF KNOWING IF THIS IS TRULY THE CASE INSTEAD OF THE SENSORS ACTUALLY INACCURATELY SENSING THAT A FOOT WAS NEARBY.

--

JORGE CASTELLON 619-322-2262

VANNYA KRISTICH 714-356-3333

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

February 3, 2020 **NHTSA ID NUMBER: 11306614**
**Components: VEHICLE SPEED CONTROL**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**NHTSA ID Number:** 11306614

**Incident Date** December 17, 2019

**Consumer Location** SAN JOSE, CA

**Vehicle Identification Number** 5YJ3E1EA7JF****


**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

WHEN I TURNED INTO PARK SPACE AND STOPPED, MY CAR SUDDENLY ACCELERATED, HIT TWO POLES A FEW FEET IN FRONT OF MY CAR, AND DAMAGE THE CAR BUMPER. THIS IS A FAMILIAR PARK SPACE WHICH I PARKED MANY TIME PREVIOUSLY. THE MIGHT ACCELERATE ITSELF. I ASKED TESLA FOR MY DRIVING DATA LOG BUT I HAVE NOT RECEIVED IT YET. I DON'T REMEMBER EXACTLY IF I PRESS ACCELERATOR OR NOT WHEN THE CAR ACCELERATED. IF I DID PRESS THE ACCELERATOR, THE NEW STOPPING MODE AND POSSIBLY MY TURNED STEERING WHEEL MIGHT FORCE ME TO EXERT UN-PROPORTIONAL PRESSURE ON THE ACCELERATOR PEDAL. I EXPECT THAT TESLA CORRECT THIS DEFECT IF IT IS ROOT CAUSE OF THIS ACCELERATION.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

January 23, 2020 **NHTSA ID NUMBER: 11301360**

204

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11301360

**Incident Date** December 27, 2019

**Consumer Location** ESCONDIDO, CA

**Vehicle Identification Number** 5YJ3E1EA6JF****


**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNS A 2018 TESLA MODEL 3. THE CONTACT STATED WHILE ATTEMPTING TO PARK THE VEHICLE, THE VEHICLE INDEPENDENTLY ACCELERATED WITHOUT WARNING AND CRASHED INTO ANOTHER VEHICLE. THE CONTACT STATED THAT THE AIR BAG FAILED TO DEPLOY. THERE WAS NO INJURIES SUSTAINED. A POLICE REPORT WAS NOT FILED. THE CONTACT STATED THAT THE VEHICLE SUSTAINED BUMPER DAMAGE. THE VEHICLE WAS NOT TAKEN TO BE DIAGNOSED NOR REPAIRED. THE DEALER WAS NOTIFIED ON 01/28/20. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 9,999.*DT*JB

**1 Affected Product**
Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

January 20, 2020 **NHTSA ID NUMBER: 11300585**

205

**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11300585

**Incident Date** April 17, 2019

**Consumer Location** TEMECULA, CA

**Vehicle Identification Number** 5YJ3E1EB2JF****


**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

ON 4/17/2019 AT APPROXIMATELY 2:40PM I PULLED INTO A SMALL
SHOPPING CENTER PARKING LOT AND TURNED RIGHT TO PARK IN A
PARKING SPACE FACING A STORE FRONT. I WAS GOING TO A NAIL
APPOINTMENT, WAS EARLY AND NOT IN A HURRY. THE CAR WAS
MOVING VERY SLOWLY UNDER THE CAR'S OWN POWER AS I ENTERED
THE PARKING SPACE.

WHEN I PRESSED THE ACCELERATOR TO PULL TO THE FRONT OF THE
SPACE THE CAR SUDDENLY ACCELERATED AT A HIGH RATE OF SPEED
JUMPING THE CURB, AND LANDING ON TOP OF THE SIDEWALK WITH THE
FRONT END INSIDE THE STORE FRONT WINDOW. I WAS BRAKING FROM
THE MOMENT OF FAST ACCELERATION AND COULD NOT GET THE CAR
TO SLOW DOWN OR STOP UNTIL IT WAS STOPPED BY THE STORE FRONT
GLASS WALL.

FORTUNATELY NO ONE WAS INJURED, BUT THERE WAS PROPERTY
DAMAGE TO THE GLASS AND FRAME STORE FRONT AND TO THE FRONT
END OF MY CAR. THE CAR WAS FULLY UP ON THE SIDEWALK WITH THE
FRONT END INTO THE FRONT OF THE PIZZA SHOP.

THE CURB WAS APPROXIMATELY 8 INCHES HIGH, SO WHEN THE
FIREMAN REVERSED THE CAR TO MOVE IT TO THE PARKING SPACE THE
ENTIRE UNDERNEATH SCRAPED ALONG THE BOTTOM, FORTUNATELY
THERE WASN'T ANY DAMAGE TO THE BATTERY PACK.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

THE POLICE AND FIRE DEPARTMENT CAME TO T HE SCENE, AND A POLICE REPORT WAS FILED DUE TO THE PROPERTY DAMAGE AT THE BUSINESS. THE FIREMAN HAD TO BACK THE CAR OUT DUE TO POTENTIAL INTEGRITY ISSUES WITH THE DAMAGED GLASS STORE FRONT. I WAS NOT CITED. A CLAIM WAS FILED WITH STATE FARM.

I CAN OBTAIN THE POLICE REPORT IF NEEDED. THERE WEREN'T ANY OTHER VEHICLES OR PEOPLE INVOLVED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

January 20, 2020 **NHTSA ID NUMBER: 11300574**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11300574

**Incident Date** April 22, 2019

**Consumer Location** SAMMAMISH, WA

**Vehicle Identification Number** 5YJ3E1EA6JF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

207

I WENT TO LARGE GROCERY STORE AND PULLED INTO THE PARKING SPOT AND PARKED IN AN EMPTY SPOT NEXT TO ANOTHER CAR. AS SOON AS I PARKED, MY CAR TESLA MODEL 3 SUDDENLY ACCELERATED AT A HIGH SPEED AND SHARPLY TURNED RIGHT ON ITS OWN WITHOUT ANY PROMPTING. IT WENT FULLY ON TOP OF THE PLANT BEDS AND HIT TWO OTHER CARS FROM THE FRONT. LUCKILY, I SLAMMED ON THE BRAKES IN TIME AFTER I PROCESSED THIS TERRIFYING OCCURRENCE AND PREVENTED THE CAR FROM HITTING ANY PEDESTRIAN. WEATHER CONDITIONS WERE NORMAL FOR THE AREA WITH SOME LIGHT RAIN. I HAD NOT USED/ENGAGED ANY OF THE TESLA AUTOMATIC DRIVING FEATURES DURING MY TRIP AND PARKING.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

January 20, 2020 **NHTSA ID NUMBER: 11300599**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11300599

**Incident Date** October 15, 2019

**Consumer Location** GAITHERSBURG, MD

**Vehicle Identification Number** 5YJ3E1EAXJF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

208

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**DEATHS0**

OCT 15, 2019 AT 12:30 PM I WAS GOING TO PARK THE CAR, WAS ROLLING TO A STOP BETWEEN PARKING LINES IN FRONT OF THE CURB WHEN CAR SUDDENLY ACCELERATED AND CRASHED INTO A STYLE FENCE. REPORTED THE PROBLEM THE SAME DAY TO TESLA AND TOOK THE VEHICLE TO THE SERVICE CENTER AND COMPLAINED. THEY LOGGED THE COMPLAINT AND SAID THEY WOULD GET BACK TO ME ABOUT IT. CALLED AND EMAILED A COUPLE OF TIMES. NO RESPONSE TO DATE ON WHY THIS HAPPENED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

January 17, 2020 **NHTSA ID NUMBER: 11300204**
**Components: STRUCTURE, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11300204

**Incident Date** January 10, 2020

**Consumer Location** TRACY, CA

**Vehicle Identification Number** 5YJ3E1EE6JF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

209

ON JANUARY 10, 2020 APPROXIMATELY 09:30 AM, WHEN IN A PARKING GARAGE I STOPPED THE CAR AND WENT TO PUT IT INTO REVERSE TO BACK INTO A STALL WHEN THE CAR ACCELERATED FORWARD IMPACTING A PILLAR WHEN I LOOKED DOWN THE CAR WAS IN NEUTRAL AND THE HAZARD LIGHTS WERE ON. I CONTACTED MY INSURANCE AND IT WAS DEEMED "AT FAULT" REPAIRS TO BE DETERMINED

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2018 |

February 27, 2020 **NHTSA ID NUMBER: 11311865**
**Components: VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11311865

**Incident Date** February 25, 2020

**Consumer Location** SAN JOSE, CA

**Vehicle Identification Number** 5YJ3E1EB1KF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0
WHILE ATTEMPTING TO PARK IN A SCHOOL PARKING LOT, THE VEHICLE ACCELERATED UNINTENTIONALLY STRIKING ANOTHER PARKED VEHICLE AND A SIGN POLE IN FRONT OF THE PARKING SPACE THEN COMING TO A STOP ON TOP OF A BOULDER. THE PRIVATE SECURITY

210

PATROL AT THE SCHOOL FILED AN INCIDENT REPORT WITH ALL DETAILS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

February 14, 2020 **NHTSA ID NUMBER: 11309205**
**Components: VEHICLE SPEED CONTROL**
NHTSA ID Number: 11309205

**Incident Date** February 9, 2020

**Consumer Location** TUCSON, AZ

**Vehicle Identification Number** 5YJ3E1EA8KF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2019 TESLA MODEL 3. THE CONTACT STATED THAT WHILE HER SPOUSE WAS ATTEMPTING TO PARK THE VEHICLE, THE VEHICLE ACCELERATED OUT OF CONTROL AND CRASHED THROUGH A WOODEN FENCE, KNOCKED IT DOWN, AND CRASHED INTO A NEIGHBOR?S WALL. THE AIR BAG DID NOT DEPLOY. THERE WAS NO WARNING. THERE WAS NO INJURY. A POLICE REPORT WAS FILED. THE CONTACT CALLED A TESLA ROAD SIDE SERVICE WHOM ADVISED THE CONTACT TO HAVE THE VEHICLE TOWED TO DAN'S PAINT & BODY (3810

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

E 22ND ST, TUCSON, AZ 85713) A TESLA APPROVED BODY SHOP, WHERE THE INSURANCE COMPANY APPROVED THE BODY DAMAGE REPAIRS. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 2,677.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

February 6, 2020 **NHTSA ID NUMBER: 11307548**
**Components: AIR BAGS, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11307548

**Incident Date** January 31, 2020

**Consumer Location** SOUTH PASADENA, CA

**Vehicle Identification Number** 5YJ3E1EB6KF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2019 TESLA MODEL 3. THE CONTACT STATED THAT WHILE AT A STOP SIGN, THE VEHICLE ACCELERATED INDEPENDENTLY CAUSING THE VEHICLE TO CRASH INTO ANOTHER VEHICLE CAUSING THAT VEHICLE TO REAR ENDED ANOTHER VEHICLE. THE CONTACT MENTIONED THAT THE BRAKE PEDAL WAS NOT DEPRESSED. THE AIR BAGS FAILED TO DEPLOY. THE CONTACT WAS

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

UNAWARE OF A POLICE REPORT BEING FILED. THE CONTACT STATED THAT THERE WAS NO INJURIES SUSTAINED. THE VEHICLE WAS TOWED TO A TOWING LOT AND THEN TO A COLLSION CENTER. THE CONTACT CONTACTED TESLA (811 S SAN FERNANDO BLVD, BURBANK, CA 91502) WHERE THEY WAS INFORMED OF THE CRASH AND INFORMED THE CONTACT THAT THEY WAS UNABLE TO ASSIST. THE VEHICLE WAS NOT REPAIRED OR DIAGNOSED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 10,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL 3 | 2019 |

January 24, 2020 **NHTSA ID NUMBER: 11301680**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11301680

**Incident Date** January 22, 2020

**Consumer Location** CANBY, OR

**Vehicle Identification Number** 5YJ3E1EB7KF****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

WHILE IN REVERSE PARALLEL PARKING ON A CITY STREET, VEHICLE ACCELERATED SUDDENLY. THE VEHICLE CONTINUED TO ACCELERATE

213

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

ONCE PRESSURE ON THE THROTTLE PETAL WAS REMOVED AND DID NOT STOP ACCELERATION UNTIL BRAKE WAS APPLIED. VEHICLE IMPACTED CURB, BUT DID NOT SUSTAIN DAMAGE OUTSIDE OF SOME LIGHT SCRATCHES TO THE WHEELS. VEHICLE RETURNED TO NORMAL OPERATION AFTER BEING PUT INTO PARK, REMOVING THE BREAK, REAPPLY THE BREAK, PLACING IN DRIVE, AND SLOWLY RELEASING THE BREAK.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

January 21, 2020 **NHTSA ID NUMBER: 11300892**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11300892

**Incident Date** December 23, 2019

**Consumer Location** HOLLAND, PA

**Vehicle Identification Number** 5YJ3E1EA0KF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

WHEN I STOPPED ON PARKING LOT CAR SUDDENLY ACCELERATED OVER THE CURB INTO BUILDING.

**1 Affected Product**

214

**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL 3 | 2019 |

January 21, 2020 **NHTSA ID NUMBER: 11300618**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11300618

**Incident Date** September 10, 2019

**Consumer Location** CUPERTINO, CA

**Vehicle Identification Number** 5YJ3E1EB9KF****

**Summary of Complaint**

**CRASH** Yes

**FIRE** No

**INJURIES** 0

**DEATHS** 0

WHEN PARKING THE CAR, THE CAR ACCELERATED WITHOUT THE
DRIVER DEPRESSING THE PEDAL CAUSING THE CAR TO RUN INTO A
BUILDING AND CAUSE DAMAGE. DESPITE THE SPEED, THE AIRBAGS DID
NOT DEPLOY

**1 Affected Product**
**Vehicle**

215

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

January 20, 2020 **NHTSA ID NUMBER: 11300383**
**Components: VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11300383

**Incident Date** January 19, 2020

**Consumer Location** BURLINGAME, CA

**Vehicle Identification Number** 5YJ3E1EAXKF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**
CAR TURNING AND PULL UP TO THE GARAGE DRIVE WAY, IT SUDDENLY
UNINTENDED ACCELERATE AND CRASH INTO THE GARAGE GATE.
(VIDEOS AVAILABLE)

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

216

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

January 19, 2020 **NHTSA ID NUMBER: 11300266**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11300266

**Incident Date** January 18, 2020

**Consumer Location** SILVER SPRING, MD

**Vehicle Identification Number** 5YJ3E1EB7KF****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

SUDDEN UNINTENDED ACCELERATION IN DRIVEWAY WAS I WAS
PULLING INTO CARPORT.

SLAMMED ON BRAKES TO PREVENT IMPACT INTO CARPORT WALL.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL 3 | 2019 |

January 17, 2020 **NHTSA ID NUMBER: 11300124**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11300124

**Incident Date** December 15, 2019

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Consumer Location** WALNUT CREEK, CA

**Vehicle Identification Number** 5YJ3E1EB0KF****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

THERE WERE TWO INCIDENTS WHERE I WAS DRIVING VERY SLOWLY IN CITY TRAFFIC AND THE CAR ALL THE SUDDEN ACCELERATED VIOLENTLY. THERE WAS NO ACCIDENT, AS I SLAMMED ON THE BRAKES. I WAS NOT IN AUTOPILOT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2019 |

January 17, 2020 **NHTSA ID NUMBER: 11300075**
**Components: VEHICLE SPEED CONTROL**

**NHTSA ID Number:** 11300075

**Incident Date** September 18, 2019

**Consumer Location** CHICAGO, IL

**Vehicle Identification Number** 5YJ3E1EB1KF****

**Summary of Complaint**

**CRASH**Yes

218

**FIRENo**

**INJURIES1**

**DEATHS0**

I WAS PULLING INTO A PARKING SPOT AT THE GROCERY STORE AND AS I TRIED TO EASE TO A STOP, THE CARE ACCELERATED QUICKLY AND AGGRESSIVELY AND I SMASHED INTO THE PARKED CAR A FEW FEET IN FRONT OF ME. AIR BAGS WENT OFF AND BURNED A HOLE IN MY PANTS AND BURNED THE SKIN ON MY LEFT THIGH. SUBSTANTIAL REPAIRS WERE REQUIRED. I HAVE NEVER HAD ANYTHING LIKE THIS HAPPEN BEFORE OR SINCE. I AM HEALTHY, NOT ON ANY MEDS OR SUBSTANCES, WASN'T TIRED OR DISTRACTED, AND AM OVERALL A HIGH FUNCTIONING 50 YEAR OLD MARRIED MOM OF TWO. THE CAR WAS ONLY 5 DAYS OLD. IT ALL HAPPENED SO FAST AND THE CAR SEEMED TO HAVE A MIND OF ITS OWN. I WAS VERY SHAKEN, ASSUMED I HAD MY FOOT ON THE WRONG PEDAL, AND WAS ASHAMED THAT I COULD HAVE MADE SUCH A MISTAKE. WHEN I HEARD OF THE RECENT CASE AND THAT YOU ARE REVIEWING SIMILAR ISSUES WITH OTHER TESLAS, MY HUSBAND AND I THOUGHT YOU SHOULD AT LEAST REVIEW OUR SITUATION TOO. WHETHER IT WAS IN FACT USER ERROR OR A DEFECT, I DON'T KNOW. I'M NOT ABOVE ACCEPTING RESPONSIBILITY, BUT IT IS LIKE THE CAR RACED FORWARD SO QUICKLY I DIDN'T KNOW WHAT WAS HAPPENING AND HAD NO TIME AT ALL TO REACT OR RESPOND BEFORE MY LEG AS BURNING.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| TESLA | MODEL 3 | 2019 |

February 7, 2020 **NHTSA ID NUMBER: 11307630**
**Components: VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11307630

219

**Incident Date** February 2, 2020

**Consumer Location** MORGAN HILL, CA

**Vehicle Identification Number** 5YJ3E1EC7LF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

FIRST OF ALL, I WAS PULLING THE TESLA OUT OF OUR GARAGE. I WAS
COMPLETELY OUT MANEUVERING THE CAR TO MAKE IT PARALLEL TO
THE RIGHT SIDE OF THE STREET WHEN SUDDENLY, I FELT THE CAR
MOVED EXTRA BACKWARD. FORTUNATELY, IT DID NOT HIT THE
NEIGHBORS' PARKED CARS. THE MOVE STARTLED ME. AND SURPRISED
MY HUSBAND AND SON WHO ARE PASSENGERS AT THAT TIME. MY
HUSBAND BLURTED, "WHAT ARE YOU DOING?". I REPLIED, "I'M DRIVING,
I DID NOT DO ANYTHING EXTRA TO MAKE THAT MOVE. I WONDERED
AND ALSO ASKED, "HOW DID THAT HAPPEN?" AND MY HUSBAND SAID "I
DON'T KNOW YOU'RE THE ONE DRIVING, BE CAREFUL." MY RESPONSE
WAS, "I AM BEING CAREFUL!". MY HUSBAND THOUGHT I PRESSED THE
ACCELERATOR HARD BUT I KNOW I DID NOT. THE CONVERSATION
ALMOST LEAD TO AN ARGUMENT BUT WE SOMEHOW DIFFUSED THE
TOPIC. I DON'T WANT TO ARGUE AND RUIN THE MOOD BECAUSE WE
WERE ON OUR WAY TO OUR SON'S SOCCER GAME THAT MORNING. TO
MAKE THE STORY SHORT. I CONTINUED DRIVING UNTIL WE REACHED
OUR DESTINATION. I CHOSE TO PARK ON THE RIGHT SIDE OF THE
PARKING LOT. AS I WAS SLOWLY PULLING THE CAR IN, I FELT THE CAR
SUDDENLY ACCELERATED. AT THE BLINK OF AN EYE, OUR CAR HIT
ANOTHER CAR PARKED IN FRONT OF US AND THE CAR NEXT TO IT. I FELT
THAT THE CAR CONTROLLED MY MOVE BEFORE I COULD EVEN REACT.
FOR 20 YEARS OF DRIVING, I HAVE NEVER HIT AN ACCELERATOR BY
MISTAKE OR CAUSED ANY COLLISION. I HAVE DRIVEN THIS VEHICLE A
COUPLE OF TIMES BEFORE THIS INCIDENT HAPPENED AND I DROVE AND
PARKED IT THE WAY I DID PREVIOUSLY. THE UNINTENDED
ACCELERATION WAS SOMETHING NEW THAT DAY. I AM DEEPLY

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

CONCERNED WITH THE SAFETY OF THIS VEHICLE FOR MY FAMILY AND OTHERS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2020 |

January 27, 2020 **NHTSA ID NUMBER: 11302127**
**Components: SERVICE BRAKES, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11302127

**Incident Date** January 8, 2020

**Consumer Location** BOTHELL, WA

**Vehicle Identification Number** 5YJ3E1EA2LF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0
WHEN I SLOWED DOWN ON A CITY STREET, AND TURNED INTO A PARKING LOT, THE CAR SPEEDED UP BY ITSELF. AND THE BRAKE DIDN?T RESPOND WHEN I STEPPED ON IT. THE CAR GLIDED INTO A POWER POST.

**1 Affected Product**
**Vehicle**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2020 |

June 25, 2020 **NHTSA ID NUMBER: 11330774**
**Components: VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11330774

**Incident Date** June 15, 2019

**Consumer Location** EADS, TN

**Vehicle Identification Number** 5YJSA1CN7DF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0
SUDDEN ACCELERATION OF THE VEHICLE CAUSING CRASH.

VEHICLE WAS IN PARKING LOT. FAILURE OF THE MCU CAUSING BLANK
SCREEN.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2013 |

222

June 22, 2020 **NHTSA ID NUMBER: 11330211**
**Components: FUEL/PROPULSION SYSTEM, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11330211

**Incident Date** June 8, 2020

**Consumer Location** ATLANTA, GA

**Vehicle Identification Number** 5YJSA1E29JF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**
AS I WAS TURNING RIGHT INTO A PARKING SPACE GOING AT A VERY
SLOW SPEED, THE TESLA SUDDENLY ACCELERATED TO FULL SPEED. I
DID NOT PRESS THE GAS OR COMMIT ANY OTHER USER ERROR. I TRIED
TO APPLY THE BRAKE. HOWEVER, BECAUSE OF THIS SUDDEN
UNINTENDED ACCELERATION, I CRASHED INTO THE BUILDING IN FRONT
OF ME.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2018 |

May 12, 2020 **NHTSA ID NUMBER: 11324261**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Components: ELECTRICAL SYSTEM, VEHICLE SPEED CONTROL, LATCHES/LOCKS/LINKAGES**

**NHTSA ID Number:** 11324261

**Incident Date** April 24, 2018

**Consumer Location** Unknown

**Vehicle Identification Number** 5YJSA1E24JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**1

**DEATHS**0

TL* THE CONTACT OWNS A 2018 TESLA MODEL S. THE CONTACT STATED THAT WHILE DRIVING AT VERY SLOW SPEED AND PARKING, THE VEHICLE SUDDENLY EXPERIENCED UNINTENDED ACCELERATION CAUSING THE DRIVER TO LOSE CONTROL OF THE STEERING AND CRASH INTO A TRANSFORMER. NO INJURIES WERE REPORTED. A POLICE REPORT WAS TAKEN AT THE SCENE. THE VEHICLE WAS TOWED AWAY. THE CAUSE OF THE FAILURE WAS NOT DETERMINED. THE LOCAL DEALER TESLA OF HONOLULU (1450 ALA MOANA BLVD, HONOLULU HI) WAS NOTIFIED OF THE FAILURE. THE CONTACT STATED THAT AFTER THE VEHICLE WAS REPAIRED THE SAME FAILURE HAD OCCURRED WHILE PARKING CAUSING THE DRIVER TO LOSE CONTROL OF THE VEHICLE AND CRASH INTO A CONCRETE WALL. DURING THE CRASH THE DRIVER SUSTAINED A CHEST INJURY DUE TO THE AIR BAG DEPLOYING WHICH REQUIRED MEDICAL TREATMENT. NO POLICE REPORT WAS TAKEN. THE VEHICLE WAS TOWED AWAY. THE CAUSE OF THE FAILURE WAS NOT DETERMINED. THE CONTACT ALSO STATED THAT WHILE DRIVING THE INSTRUMENT DISPLAY PAD HAD SUDDENLY BLACKED OUT ON MULTIPLE OCCASIONS AND THE DOORS HAD FAILED TO OPEN ON SEVERAL OCCASIONS. THE CAUSE OF THE FAILURES WERE NOT DETERMINED. THE FAILURE MILEAGE WAS 7,410. OWNER IS EXTREMELY SCARED TO DRIVE AGAIN. CAR IS SITTING IN THE GARAGE. WORRIED ABOUT ANYONE DRIVING THE CAR MAY GET INTO A FATAL ACCIDENT.*DT*JB

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL S | 2018 |

March 26, 2020 **NHTSA ID NUMBER: 11319392**
**Components: VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11319392

**Incident Date** March 1, 2020

**Consumer Location** CONCORD, CA

**Vehicle Identification Number** 5YJXCAE24JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0
THE CAR SUDDENLY ACCELERATED ON ITS OWN AS I WAS SLOWLY
ENTERING A PARKING SPACE IN A SUPERMARKET PARKING LOT AND HIT
THE CAR THAT WAS PARKED IN THE SPACE IN FRONT OF ME.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2018 |

225

July 2, 2020 **NHTSA ID NUMBER: 11337072**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11337072

**Incident Date** June 1, 2020

**Consumer Location** FRISCO, TX

**Vehicle Identification Number** 5YJXCBE23LF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

I WAS THE FOURTH VEHICLE IN LINE AT A BANK DRIVE THRU AND WHEN THE VEHICLE IN FRONT OF ME MOVED UP IN LINE, I PLACED THE VEHICLE IN DRIVE AND SUDDENLY THE VEHICLE ACCELERATED OUT OF CONTROL AND HIT TWO VEHICLES AND THEN WENT OVER A CURB INTO A PARKING LOT AND CRASHED INTO TWO OTHER VEHICLES, WHICH RESULTED IN A SERIOUS ACCIDENT INVOLVING FOUR OTHER VEHICLES. FORTUNATELY, NO ONE WAS SERIOUSLY HURT. MY VEHICLE WAS A TOTAL LOSS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2020 |

226

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

April 7, 2020 **NHTSA ID NUMBER: 11320402**
**Components: POWER TRAIN, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11320402

**Incident Date** April 5, 2020

**Consumer Location** DENVER, CO

**Vehicle Identification Number** 5YJXCDE25LF****

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

WHEN PULLING INTO A PARKING SPACE THE VEHICLE UNEXPECTEDLY ACCELERATED CAUSING THE VEHICLE TO JUMP THE PARKING CURB AND STRIKE A RETAINING WALL.

I HAVE THE VIDEO FROM THE CAR. WHILE TURNING RIGHT INTO AN AVAILABLE PARKING SPOT, I WAS ABOUT 80% INTO THE SPOT WHEN THE VEHICLE SURGED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2020 |

April 6, 2020 **NHTSA ID NUMBER: 11320351**
**Components: ELECTRICAL SYSTEM, VEHICLE SPEED CONTROL, UNKNOWN OR OTHER**

227

**NHTSA ID Number:** 11320351

**Incident Date** April 6, 2020

**Consumer Location** HAMMOND, LA

**Vehicle Identification Number** 5YJXCAE20LF****


**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

WHILE I WAS PARKING, MY TESLA MODEL X SUDDENLY ACCELERATED INTO MY OFFICE BUILDING. I AM SURE THAT MY FOOT WAS ON THE BRAKE AT THE TIME.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2020 |

March 21, 2020 **NHTSA ID NUMBER: 11318912**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11318912

**Incident Date** March 21, 2020

**Consumer Location** SAINT LOUIS, MO

**Vehicle Identification Number** 5YJXCBE24LF****


**Summary of Complaint**

228

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

AT APPROXIMATELY 6:18 PM ON 3/21/2020, I WAS DRIVING MY BRAND NEW 2020 TESLA MODEL X (7 MILES STARTING ODOMETER) HOME FROM TAKING DELIVERY OF IT (!), AND AFTER 20 MILES OF MOSTLY HIGHWAY DRIVING, I WAS NEARING HOME AND STOPPED AT A TRAFFIC LIGHT (WITH SEVERAL CARS STOPPED AHEAD OF ME). AFTER ABOUT 30 SECONDS OF SITTING DEAD-STOPPED, THE CAR VIGOROUSLY ACCELERATED WITH NO ACTION ON MY PART, AND I HAD TO TURN THE CAR HARD TO THE RIGHT TO AVOID A FULL-ON COLLISION WITH THE STOPPED CAR IN FRONT OF ME.

FORTUNATELY, TO MY RIGHT THERE WAS A CURB AND THEN AN EMPTY PARKING LOT AND SO I WAS ABLE TO AVOID ANY SERIOUS PROPERTY DAMAGE OR INJURY. BOTH OF THE PASSENGER SIDE TIRES ON MY VEHICLE WERE FLATTENED, AND THERE WAS SOME VERY MINOR DAMAGE TO THE FRONT DRIVERS SIDE BUMPER, AND TO THE REAR PASSENGER SIDE FENDER OF THE VEHICLE IN FRONT OF ME. (I HAD LEFT ENOUGH DISTANCE WHEN STOPPING AT THE LIGHT IN BETWEEN MY CAR AND THEIRS AND I ALSO SOMEHOW REACTED VERY QUICKLY GIVEN HOW IN SHOCK I WAS.) THE CAR WAS NOT DRIVE-ABLE BECAUSE OF THE FLAT TIRES, AND SO I CONTACTED TESLA ROADSIDE ASSISTANCE. THEY TOWED THE VEHICLE BACK TO THE TESLA FACILITY FROM WHERE I HAD JUST ORIGINATED.

AFTER THE INCIDENT, I IMMEDIATELY CONTACTED THE SALES PERSON BECAUSE -- YOU KNOW -- I HAD LITERALLY JUST PURCHASED THE CAR. SOMEONE ELSE ON THE SALES TEAM ANSWERED THE PHONE. MY SALES PERSON CALLED ME BACK SHORTLY THEREAFTER, AND I EVENTUALLY SPOKE WITH THE SALES MANAGER AROUND 7:45PM. ALL FOUR OF THOSE INDIVIDUALS (3 SALES, 1 ROADSIDE ASSISTANCE REP) SAID SOMETHING TO THE EFFECT OF: "WE'VE NEVER HEARD OF A VEHICLE DOING THIS BEFORE." THANKFULLY I THOUGHT TO GOOGLE THE ISSUE, AND AN ARTICLE IN CAR & DRIVER ABOUT YOUR PENDING INVESTIGATION POPPED UP. SO I FEEL LIKE THEY WERE PROBABLY GASLIGHTING ME PER

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

SOME SCRIPT FROM LEGAL, WHICH IS A REALLY GREAT FEELING AFTER YOU SPEND $103,000 ON A CAR.

**1 Affected Product Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL X | 2020 |

April 27, 2020 **NHTSA ID NUMBER: 11322324**

**Components: UNKNOWN OR OTHER**

**NHTSA ID Number:** 11322324

**Incident Date** December 18, 2019

**Consumer Location** LOS ALTOS HILLS, CA

**Vehicle Identification Number** 5YJ3E1EA8JF****

**Summary of Complaint**

**CRASH**Yes

**FIRE**No

**INJURIES**0

**DEATHS**0

UNINTENDED SUDDEN SELF ACCELERATION

CAR WAS SITTING AT COMPLETE STOP FOR 1-2 MINUTES. NO MUSIC WAS PLAYING, AND I WAS NOT ON PHONE. WHILE THE LIGHT WAS STILL RED, THE CAR SUDDENLY SELF-ACCELERATED, WAS PROPELLED FORWARD FORCEFULLY, WITH EXTREME, INTENSE VELOCITY. THE CAR WAITING IN FRONT OF MINE WAS IMPACTED, AS WELL AS THE CAR IN FRONT OF THIS CAR. BOTH WERE LARGE SUVS, AND BOTH WERE DAMAGED. IT WAS FORTUNATE THAT 2 HEAVY SUV?S WERE ABLE TO STOP THE TESLA,

1  WHICH WAS OUT OF MY CONTROL.

2
3  THE TESLA AIRBAGS WERE ACTIVATED, AND THE INSURANCE COMPANY
   DETERMINED THE CAR A TOTAL LOSS, AN INDICATION HOW POWERFUL
4  THE ACCELERATION MUST HAVE BEEN.

5  **1 Affected Product**

6
                                        **b)    Vehicle**
7  _____

8  **MAKE**              **MODEL**                **YEAR**

9

10

11  TESLA                 MODEL 3                  2018

12

13  June 12, 2020 **NHTSA ID NUMBER: 11328443**
14  **Components: VEHICLE SPEED CONTROL**
15  **NHTSA ID Number:** 11328443

16  **Incident Date** June 11, 2020

17  **Consumer Location** Unknown

18  **Vehicle Identification Number** 5YJ3F7EA1LF****

19

20  **Summary of Complaint**

21  **CRASH**No

22  **FIRE**No

23  **INJURIES**0

24  **DEATHS**0

25  I TOOK DELIVERY OF MY TESLA AT THE BEGINNING OF APRIL 2020 - I
   HAVE NOT BEEN OUT MUCH BECAUSE OF LOCKDOWN. ON ONE OF MY
26  EARLY JOURNEYS THE CAR SPONTANEOUSLY ACCELERATED. I WAS
   SHOCKED BUT THOUGHT I HAD INADVERTENTLY DONE SOMETHING EG
27  CRUISE CONTROL OR HEAVY FOOT EVEN THOUGH I BELIEVED IT WAS
28

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

TOTALLY UNPROMPTED

YESTERDAY I WAS DRIVING AT SLOW SPEED ABOUT 20- 25MPH APPROACHING A PEDESTRIAN CROSSING WHEN THE CAR SPONTANEOUSLY ACCELERATED- IT WAS UNDENIABLE ! I TOOK MY FOOT OFF THE PEDAL BUT IT DIDN?T SLOW - I JAMMED ON THE BREAKS TO HALT THE ACCELERATION. WHEN I ARRIVED HOME I GOOGLED ?SPONTANEOUS ACCELERATION ? TO SEE WHAT HAD CAUSED IT AND WAS HORRIFIED TO DISCOVER THERE IS A LOT OF ALLEGATIONS TO TESLA WHICH HAVE BEEN DENIED. I RANG TESLA AND THEY SAID THEY?D SEND A MOBILE ENGINEER WITHIN 4 DAYS!!!

I LIVE IN UK BUT AM AWARE YOU ARE COLLECTING DATA ON THE MATTER - I LIVE IN UK SO FILING THE FORM DIDN?T ALLOW A UK PHONE NUMBER- +[XXX]

REDACTED TO PROTECT PERSONALLY IDENTIFIABLE INFORMATION PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6)

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2020 |

May 14, 2020 **NHTSA ID NUMBER: 11324541**
**Components: FUEL/PROPULSION SYSTEM, VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11324541

**Incident Date** May 7, 2020

**Consumer Location** BRENTWOOD, CA

**Vehicle Identification Number** 5YJ3E1EB0LF****

232

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**Summary of Complaint**

**CRASHYes**

**FIRENo**

**INJURIES0**

**DEATHS0**

I MADE A RIGHT HAND TURN FROM A FULL STOP OUT OF THE PARKING LOT INTO THE FARTHEST LEFT LANE INTENDING TO TURN LEFT. THERE WERE A LINE OF CARS AHEAD OF ME. AS I WAS TURNING INTO THE LANE AND LET MY FOOT OF THE ACCELERATOR PEDAL THE CAR ACCELERATED RAPIDLY INTO THE BACK OF THE VEHICLE AHEAD OF ME. IT HAPPENED VERY QUICKLY. IT FELT AS THOUGH THE VEHICLE TOOK OVER ON IT'S OWN. THE CAR HIT THE VEHICLE ONCE AND THEN CONTINUED MOVING AND IT THE VEHICLE AGAIN - SO TWICE IN ALL. *TR

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2020 |

April 22, 2020 **NHTSA ID NUMBER: 11321905**
**Components: VEHICLE SPEED CONTROL**
**NHTSA ID Number:** 11321905

**Incident Date** March 6, 2020

**Consumer Location** TAMPA, FL

**Vehicle Identification Number** 5YJ3E1EB8LF****


**Summary of Complaint**

**CRASHYes**

**FIRENo**

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**INJURIES0**

**DEATHS0**

TL* THE CONTACT OWNS A 2020 TESLA MODEL 3. THE CONTACT STATED THAT WHILE HIS WIFE COMING TO A STOP SIGN, THE VEHICLE ACCELERATED INDEPENDENTLY WITHOUT WARNING AND CRASHED INTO THE REAR OF A PICKUP TRUCK. THE AIR BAGS FAILED TO DEPLOY. A POLICE REPORT WAS FILED. THERE WAS NO INJURY INFORMATION PROVIDED. THE VEHICLE WAS TOWED TO INDEPENDENT MECHANIC BUT NOT DIAGNOSED. THE CONTACT MENTIONED THAT TESLA PERFORMED A DIAGNOSTIC TESTING REMOTELY BUT REFUSES TO INFORM THE CONTACT OF THE RESULTS. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND INFORMED THE CONTACT THAT AFTER AN INTERNAL INVESTIGATION THE CONTACT WOULD RECEIVE A CALLBACK. THE FAILURE MILEAGE WAS UNKNOWN.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| TESLA | MODEL 3 | 2020 |

97.     And these are only the SUA incidents that have been reported to NHTSA. A sample of some of the complaints of SUA by NON-NHTSA reports from owners, lessees, and drivers of Tesla vehicles, with respect to events occurring both prior to and after the date of the crash in this matter, include the following:

a.     A driver reported that on March 29, 2013, while attempting to brake in a parking space in Camarillo, California, her new Model S

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

experienced an SUA event, causing it to crash into the dining area of a restaurant.[5]

b.  A driver reported that on August 9, 2016, while parking in front of a gym in Lighthouse Point, Florida, her Model S experienced an SUA event, causing it to crash into and through the front door of the building.[6] A video of this event is available on the internet for public review[7]

c.  A driver reported that on September 10, 2016, while pulling into his family garage in Irvine, California, his Model X experienced an SUA event, crashing through the garage, landing in the living room and pinning both driver and passenger inside the vehicle. [8]

d.  A driver, who had never before had an accident with a vehicle, reported on October 29, 2017, that a Tesla purchased five months prior experienced an SUA event and crashed into the back of a truck in McLean, Virginia. [9]

---

[5] http://archive.vcstar.com/news/woman-crashes-new-tesla-into-camarillo-restaurant-ep-292940321-351752261.html/ [last viewed on July 6, 2020].

[6] https://electrek.co/2016/09/25/tesla-model-s-crashes-into-gym-driver-claims-autonomous-acceleration-tesla-says-drivers-fault/ [last viewed on July 6, 2020].

[7] https://electrek.co/wp-content/uploads/sites/3/2016/09/tesla-gym-crash-1.gif [last viewed on July 6, 2020].

[8] https://www.consumeraffairs.com/news/tesla-car-suddenly-and-unintentionally-accelerated-into-drivers-house-lawsuit-says-010317.html [last viewed on July 6, 2020].

[9] https://www.consumeraffairs.com/news/tesla-car-suddenly-and-unintentionally-accelerated-into-drivers-house-lawsuit-says-010317.html [last viewed on July 6, 2020].

235

e.    A driver reported that on approximately January 9, 2018, while attempting to park, a Tesla experienced an SUA event and collided with a handicap pole in Del Mar, California.[10]

f.    A driver reported that on April 22, 2018, while attempting to park in Lutz, Florida, her Model X experienced an SUA event, crashing through a vacant storefront and then plowing through a second wall into a gym, nearly striking a gym member.[11]

g.    A driver reported that on July 23, 2018, while braking as she pulled into a parking space in Newport Beach, California, her Tesla experienced an SUA event and crashed through a storefront and into the store, narrowly missing both employees and customers. The store video of the event is also available for public review on the internet.[12]

h.    A tragic account out of Delaware last year reports that a Tesla vehicle experienced an SUA event, suddenly speeding out of control and impacting an office building, tragically killing an office worker in the building.

**G.    Tesla Introduces Obstacle-Awareness Acceleration**

98.    After being put on notice of the alleged SUA problem by NHTSA complaints and prior lawsuits, Tesla introduced Obstacle-Aware Acceleration in October

_____

[10] https://www.consumeraffairs.com/automotive/tesla_motors.html [last viewed on July 6, 2020].

[11] https://www.yahoo.com/news/tesla-model-x-driver-gym-192100058.html [last viewed on July 6, 2020].

[12] https://losangeles.cbslocal.com/2018/07/23/tesla-crashes-into-newport-beach-beauty-supply-shop/ [last viewed on July 6, 2020].

236

2018 as a new feature in its V9 software update.[13] According to Tesla, this feature—when activated–limits acceleration of the vehicle if an obstacle is detected in front of it while driving at low speeds.

99.    According to Tesla:

> Obstacle-Aware Acceleration Obstacle-Aware Acceleration is designed to reduce the impact of a collision by reducing motor torque and in some cases applying the brakes, if Model S detects an object in its driving path. For example, Model S, while parked in front of a closed garage door with the Drive gear engaged, detects that you have pressed hard on the accelerator pedal. Although Model S still accelerates and hits the garage door, the reduced torque may result in less damage. Obstacle-Aware Acceleration is designed to operate only when all of these conditions are simultaneously met:
>
> •    A driving gear is engaged (Drive or Reverse).
>
> •    Model S is stopped or traveling less than 10 mph (16 km/h).
>
> •    Model S detects an object in its immediate driving path.

100.    Plaintiffs are informed and believe, and based thereon allege, that Tesla implemented the Obstacle-Aware Acceleration only on Tesla vehicles equipped with Auto Pilot II hardware.

101.    While the Obstacle-Aware Acceleration algorithm was apparently developed to address the situation of uncommanded full speed acceleration in low speed environments, based on the continuing complaints of SUA resulting in crashes, it has done little to mitigate the problem.

102.    This can perhaps be explained by Tesla's disclaimers and warnings about its Obstacle-Aware Acceleration algorithm:

---

[13] Tesla regularly uses over-the-air software updates to add new features to its vehicles and change existing ones over Wi-Fi connections. When updates become available, Tesla owners receive a notification, with the option to install the update immediately or schedule it for later.

237

⚠️ **Warning:** Obstacle-Aware Acceleration is designed to reduce the severity of an impact. It is not designed to avoid a collision.

⚠️ **Warning:** Obstacle-Aware Acceleration may not limit torque in all situations. Several factors, including environmental conditions, distance from an obstacle, and a driver's actions, can limit, delay, or inhibit Obstacle-Aware Acceleration.

⚠️ **Warning:** Obstacle-Aware Acceleration may not limit torque when performing a sharp turn, such as into a parking space.

⚠️ **Warning:** Do not rely on Obstacle-Aware Acceleration to control acceleration or to avoid, or limit, the severity of a collision, and do not attempt to test Obstacle-Aware Acceleration. Doing so can result in serious property damage, injury, or death.

⚠️ **Warning:** Several factors can affect the performance of Obstacle-Aware Acceleration, causing an inappropriate or untimely reduction in motor torque and/or undesired braking. It is the driver's responsibility to drive safely and remain in control of Model S at all times.

103.   But such warnings failed to inform Plaintiffs and consumers exactly how factors such as environmental conditions, distance from an obstacle, and/or a driver's own actions, can limit, delay, or inhibit Obstacle-Aware Acceleration.

104.   More importantly, failing to "limit torque when performing a sharp turn, such as into a parking space" renders the algorithm ineffective during the most common maneuver in which SUA is experienced.

105.   The NHTSA complaint statistics bear this out. Of the 192 SUA complaints submitted to NHTSA, 114 of them occurred on or after Tesla's September 2018 release of the Obstacle-Aware Acceleration algorithm (as reflected by the gray shaded rows):

238

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| NHTSA Tesla SUA Complaints by Incident Date | | | | | |
|---|---|---|---|---|---|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 1 | 10758908 | 2013 | S | 5/7/2013 | 8/24/2015 |
| 2 | 10545488 | 2013 | S | 7/29/2013 | 9/26/2016 |
| 3 | 10545230 | 2013 | S | 9/21/2013 | 9/24/2013 |
| 4 | 10639849 | 2014 | S | 7/19/2014 | 9/29/2014 |
| 5 | 10639935 | 2014 | S | 7/19/2014 | 9/29/2014 |
| 6 | 10723925 | 2014 | S | 5/22/2015 | 6/8/2015 |
| 7 | 10758893 | 2013 | S | 7/16/2015 | 8/24/2015 |
| 8 | 10749575 | 2013 | S | 8/4/2015 | 8/18/2015 |
| 9 | 10836289 | 2014 | S | 9/14/2015 | 2/15/2016 |
| 10 | 10764853 | 2015 | S | 9/16/2015 | 9/17/2015 |
| 11 | 10810457 | 2015 | S | 11/25/2015 | 12/15/2015 |
| 12 | 10839579 | 2013 | S | 2/24/2016 | 3/2/2016 |
| 13 | 10845619 | 2014 | S | 3/2/2016 | 3/8/2016 |
| 14 | 10875699 | 2015 | S | 4/4/2016 | 6/21/2016 |
| 15 | 10862194 | 2015 | S | 4/28/2016 | 4/29/2016 |
| 16 | 10864163 | 2016 | S | 5/6/2016 | 5/10/2016 |
| 17 | 10864353 | 2015 | S | 5/11/2016 | 5/11/2016 |
| 18 | 10908051 | 2016 | X | 5/23/2016 | 9/19/2016 |
| 19 | 10873117 | 2016 | X | 6/4/2016 | 6/7/2016 |
| 20 | 10874744 | 2015 | S | 6/10/2016 | 6/17/2016 |
| 21 | 10898260 | 2016 | X | 7/8/2016 | 8/24/2016 |
| 22 | 10893066 | 2016 | X | 7/28/2016 | 8/4/2016 |
| 23 | 10910108 | 2016 | X | 8/10/2016 | 9/27/2016 |
| 24 | 10910065 | 2015 | S | 9/16/2016 | 9/27/2016 |
| 25 | 10909588 | 2016 | X | 9/22/2016 | 9/26/2016 |
| 26 | 11042211 | 2016 | S | 10/1/2016 | 11/1/2017 |
| 27 | 10915633 | 2016 | X | 10/7/2016 | 10/12/2016 |

239

| NHTSA Tesla SUA Complaints by Incident Date | | | | | |
|---|---|---|---|---|---|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 28 | 11301467 | 2016 | S | 10/12/2016 | 1/23/2020 |
| 29 | 10939234 | 2016 | X | 11/2/2016 | 1/3/2017 |
| 30 | 10995447 | 2016 | X | 11/12/2016 | 6/16/2017 |
| 31 | 10935272 | 2016 | X | 12/13/2016 | 12/14/2016 |
| 32 | 11300124 | 2019 | 3 | 12/15/2016 | 1/17/2020 |
| 33 | 10953656 | 2016 | S | 12/23/2016 | 2/9/2017 |
| 34 | 10949955 | 2016 | S | 1/5/2017 | 2/6/2017 |
| 35 | 10982961 | 2014 | S | 2/14/2017 | 5/1/2017 |
| 36 | 10957394 | 2016 | X | 2/27/2017 | 2/27/2017 |
| 37 | 10958834 | 2013 | S | 3/4/2017 | 3/6/2014 |
| 38 | 10968322 | 2015 | S | 3/6/2017 | 3/24/2017 |
| 39 | 10970822 | 2016 | X | 3/11/2017 | 4/5/2017 |
| 40 | 11000077 | 2016 | S | 3/30/2017 | 6/19/2017 |
| 41 | 10979378 | 2015 | S | 4/18/2017 | 4/19/2017 |
| 42 | 10995382 | 2015 | S | 6/9/2017 | 6/15/2017 |
| 43 | 11003716 | 2016 | X | 7/7/2017 | 7/7/2017 |
| 44 | 11021371 | 2017 | S | 9/4/2017 | 9/4/2017 |
| 45 | 11079500 | 2016 | S | 11/13/2017 | 3/15/2018 |
| 46 | 11048161 | 2017 | S | 11/18/2017 | 11/23/2017 |
| 47 | 11054973 | 2016 | S | 11/25/2017 | 12/15/2017 |
| 48 | 11300901 | 2017 | S | 12/1/2017 | 1/21/2020 |
| 49 | 11078571 | 2015 | S | 1/8/2018 | 3/11/2018 |
| 50 | 11065563 | 2017 | S | 1/14/2018 | 1/28/2018 |
| 51 | 11064628 | 2017 | S | 1/18/2018 | 1/24/2018 |
| 52 | 11073274 | 2017 | X | 1/24/2018 | 2/16/2018 |
| 53 | 11066047 | 2016 | S | 1/28/2018 | 1/31/2018 |
| 54 | 11083342 | 2016 | X | 2/8/2018 | 4/4/2018 |
| 55 | 11100721 | 2016 | S | 2/20/2018 | 6/9/2018 |

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| NHTSA Tesla SUA Complaints by Incident Date | | | | | |
|---|---|---|---|---|---|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 56 | 11076619 | 2017 | X | 3/6/2018 | 3/7/2018 |
| 57 | 11081382 | 2013 | S | 3/17/2018 | 3/26/2018 |
| 58 | 11082114 | 2013 | S | 3/27/2018 | 3/30/2018 |
| 59 | 11083755 | 2017 | X | 4/4/2018 | 4/7/2018 |
| 60 | 11096621 | 2016 | X | 4/5/2018 | 5/17/2018 |
| 61 | 11089262 | 2017 | S | 4/20/2018 | 4/21/2018 |
| 62 | 11100216 | 2018 | S | 4/20/2018 | 6/6/2018 |
| 63 | 11092528 | 2018 | X | 4/27/2018 | 5/8/2018 |
| 64 | 11091970 | 2018 | 3 | 5/4/2018 | 5/4/2018 |
| 65 | 11097159 | 2018 | 3 | 5/5/2018 | 5/22/2018 |
| 66 | 11092830 | 2018 | 3 | 5/10/2018 | 5/10/2018 |
| 67 | 11102931 | 2017 | X | 5/26/2018 | 6/21/2018 |
| 68 | 11098517 | 2017 | S | 5/29/2018 | 5/29/2018 |
| 69 | 11112860 | 2017 | X | 6/4/2018 | 7/21/2018 |
| 70 | 11118541 | 2016 | S | 6/12/2018 | 8/8/2018 |
| 71 | 11102347 | 2018 | S | 6/17/2018 | 6/18/2018 |
| 72 | 11118315 | 2016 | X | 7/1/2018 | 8/7/2018 |
| 73 | 11113560 | 2017 | S | 7/7/2018 | 7/25/2018 |
| 74 | 11121147 | 2017 | S | 7/7/2018 | 8/20/2018 |
| 75 | 11111431 | 2018 | X | 7/14/2018 | 7/15/2018 |
| 76 | 11119991 | 2018 | 3 | 8/2/2018 | 8/14/2018 |
| 77 | 11128789 | 2017 | X | 8/4/2018 | 9/11/2018 |
| 78 | 11124067 | 2018 | 3 | 9/1/2018 | 9/2/2018 |
| 79 | 11132177 | 2018 | 3 | 9/26/2018 | 9/28/2019 |
| 80 | 11133222 | 2018 | 3 | 10/3/2018 | 10/3/2019 |
| 81 | 11139174 | 2014 | S | 10/7/2018 | 10/9/2018 |
| 82 | 11142282 | 2018 | X | 10/23/2018 | 10/23/2018 |
| 83 | 11154380 | 2018 | X | 11/17/2018 | 11/27/2018 |

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| NHTSA Tesla SUA Complaints by Incident Date | | | | | |
|---|---|---|---|---|---|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 84 | 11154132 | 2018 | 3 | 11/26/2018 | 11/26/2019 |
| 85 | 11155579 | 2018 | S | 12/2/2018 | 12/3/2018 |
| 86 | 11156706 | 2013 | S | 12/6/2018 | 12/7/2018 |
| 87 | 11162968 | 2017 | S | 12/15/2018 | 12/21/2018 |
| 88 | 11330774 | 2013 | S | 1/15/2019 | 6/25/2020 |
| 89 | 11171052 | 2015 | S | 1/19/2019 | 1/20/2019 |
| 90 | 11180431 | 2013 | S | 1/28/2019 | 2/15/2019 |
| 91 | 11300366 | 2016 | X | 1/28/2019 | 1/19/2020 |
| 92 | 11183334 | 2018 | X | 2/1/2019 | 3/1/2019 |
| 93 | 11183545 | 2018 | X | 2/20/2019 | 3/1/2019 |
| 94 | 11207877 | 2018 | 3 | 2/26/2019 | 5/15/2019 |
| 95 | 11196764 | 2018 | 3 | 3/3/2019 | 4/16/2019 |
| 96 | 11189710 | 2017 | S | 3/15/2019 | 3/18/2019 |
| 97 | 11300126 | 2016 | S | 4/11/2019 | 1/17/2020 |
| 98 | 11300574 | 2018 | 3 | 4/22/2019 | 1/20/2020 |
| 99 | 11209238 | 2018 | 3 | 4/24/2019 | 5/22/2019 |
| 100 | 11228597 | 2018 | X | 5/2/2019 | 7/1/2019 |
| 101 | 11307382 | 2018 | S | 5/7/2019 | 2/5/2020 |
| 102 | 11206931 | 2019 | 3 | 5/10/2019 | 5/10/2019 |
| 103 | 11209483 | 2018 | X | 5/12/2019 | 5/23/2019 |
| 104 | 11307255 | 2017 | S | 5/19/2019 | 2/5/2020 |
| 105 | 11229124 | 2017 | S | 6/22/2019 | 7/3/2019 |
| 106 | 11300143 | 2018 | X | 6/24/2019 | 1/17/2020 |
| 107 | 11289172 | 2018 | X | 6/27/2019 | 12/15/2019 |
| 108 | 11231846 | 2019 | 3 | 7/14/2019 | 7/15/2019 |
| 109 | 11300248 | 2018 | X | 7/21/2019 | 1/19/2020 |
| 110 | 11300120 | 2019 | 3 | 7/21/2019 | 1/17/2020 |
| 111 | 11302858 | 2015 | S | 7/31/2019 | 1/29/2020 |

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| NHTSA Tesla SUA Complaints by Incident Date | | | | | |
|---|---|---|---|---|---|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 112 | 11301192 | 2018 | 3 | 8/13/2019 | 1/22/2020 |
| 113 | 11300279 | 2012 | S | 8/15/2019 | 1/19/2020 |
| 114 | 11265452 | 2019 | 3 | 8/28/2019 | 10/1/2019 |
| 115 | 11300887 | 2018 | S | 9/1/2019 | 1/21/2020 |
| 116 | 11302849 | 2014 | S | 9/4/2019 | 1/29/2020 |
| 117 | 11300618 | 2019 | 3 | 9/10/2019 | 1/21/2020 |
| 118 | 11300075 | 2019 | 3 | 9/18/2019 | 1/17/2020 |
| 119 | 11268280 | 2018 | 3 | 9/24/2019 | 10/14/2019 |
| 120 | 11301846 | 2016 | X | 9/26/2019 | 1/25/2020 |
| 121 | 11267131 | 2019 | 3 | 9/29/2019 | 10/8/2019 |
| 122 | 11309949 | 2013 | S | 9/30/2019 | 2/18/2020 |
| 123 | 11266551 | 2019 | X | 10/2/2019 | 10/5/2019 |
| 124 | 11300599 | 2018 | 3 | 10/15/2019 | 1/20/2020 |
| 125 | 11269912 | 2019 | S | 10/18/2019 | 10/21/2019 |
| 126 | 11301362 | 2016 | X | 10/23/2019 | 1/23/2020 |
| 127 | 11301011 | 2018 | X | 10/28/2019 | 1/22/2020 |
| 128 | 11280962 | 2016 | S | 10/30/2019 | 11/19/2019 |
| 129 | 11290006 | 2016 | X | 10/31/2019 | 12/16/2019 |
| 130 | 11300180 | 2017 | S | 10/31/2019 | 1/17/2020 |
| 131 | 11302076 | 2013 | S | 11/1/2019 | 1/26/2020 |
| 132 | 11278152 | 2019 | 3 | 11/4/2019 | 11/4/2019 |
| 133 | 11278322 | 2015 | S | 11/5/2019 | 11/5/2019 |
| 134 | 11308049 | 2018 | 3 | 11/14/2019 | 2/9/2020 |
| 135 | 11306819 | 2018 | 3 | 11/21/2019 | 2/3/2020 |
| 136 | 11282996 | 2019 | 3 | 11/27/2019 | 11/30/2019 |
| 137 | 11282993 | 2019 | 3 | 11/29/2019 | 11/30/2019 |
| 138 | 11289019 | 2013 | S | 12/10/2019 | 12/14/2016 |
| 139 | 11292014 | 2019 | 3 | 12/10/2019 | 12/30/2019 |

243

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| | NHTSA Tesla SUA Complaints by Incident Date | | | | |
|---|---|---|---|---|---|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 140 | 11301732 | 2017 | X | 12/13/2019 | 1/25/2020 |
| 141 | 11306614 | 2018 | 3 | 12/17/2019 | 2/3/2020 |
| 142 | 11302573 | 2018 | S | 12/17/2019 | 1/28/2020 |
| 143 | 11322324 | 2018 | 3 | 12/18/2019 | 4/27/2020 |
| 144 | 11300156 | 2019 | 3 | 12/19/2019 | 1/17/2020 |
| 145 | 11300892 | 2019 | 3 | 12/23/2019 | 1/21/2020 |
| 146 | 11300718 | 2018 | X | 12/25/2019 | 1/21/2020 |
| 147 | 11291423 | 2015 | S | 12/26/2019 | 12/27/2019 |
| 148 | 11301360 | 2018 | 3 | 12/27/2019 | 1/23/2020 |
| 149 | 11300090 | 2020 | X | 12/27/2019 | 1/17/2020 |
| 150 | 11306145 | 2016 | S | 12/30/2019 | 1/30/2020 |
| 151 | 11300620 | 2019 | 3 | 12/31/2019 | 1/21/2020 |
| 152 | 11299347 | 2019 | 3 | 1/8/2020 | 1/14/2020 |
| 153 | 11302127 | 2020 | 3 | 1/8/2020 | 1/13/2020 |
| 154 | 11300204 | 2018 | 3 | 1/10/2020 | 1/17/2020 |
| 155 | 11300152 | 2018 | S | 1/11/2020 | 1/17/2020 |
| 156 | 11300127 | 2014 | S | 1/12/2020 | 1/17/2020 |
| 157 | 11300754 | 2019 | X | 1/13/2020 | 1/21/2020 |
| 158 | 11300230 | 2018 | X | 1/14/2020 | 1/18/2020 |
| 159 | 11300110 | 2020 | 3 | 1/17/2020 | 1/17/2020 |
| 160 | 11300266 | 2019 | 3 | 1/18/2020 | 1/19/2020 |
| 161 | 11301179 | 2017 | S | 1/19/2020 | 1/22/2020 |
| 162 | 11300383 | 2019 | 3 | 1/19/2020 | 1/20/2020 |
| 163 | 11300905 | 2014 | S | 1/20/2020 | 1/21/2020 |
| 164 | 11306541 | 2016 | X | 1/20/2020 | 2/2/2020 |
| 165 | 11300542 | 2018 | 3 | 1/20/2020 | 1/20/2020 |
| 166 | 11301680 | 2019 | 3 | 1/22/2020 | 1/24/2020 |
| 167 | 11310075 | 2016 | S | 1/27/2020 | 2/19/2020 |

244

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| NHTSA Tesla SUA Complaints by Incident Date | | | | | |
|---|---|---|---|---|---|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 168 | 11307086 | 2013 | S | 1/29/2020 | 2/4/2020 |
| 169 | 11302964 | 2018 | S | 1/29/2020 | 1/30/2020 |
| 170 | 11307548 | 2019 | 3 | 1/31/2020 | 2/6/2020 |
| 171 | 11306855 | 2020 | 3 | 2/1/2020 | 2/3/2020 |
| 172 | 11297839 | 2015 | S | 2/2/2020 | 2/8/2020 |
| 173 | 11307630 | 2020 | 3 | 2/2/2020 | 2/7/2020 |
| 174 | 11307883 | 2018 | S | 2/8/2020 | 2/8/2020 |
| 175 | 11309205 | 2019 | 3 | 2/9/2020 | 2/14/2020 |
| 176 | 11311755 | 2018 | S | 2/21/2020 | 2/26/2020 |
| 177 | 11311865 | 2019 | 3 | 2/25/2020 | 2/27/2020 |
| 178 | 11315591 | 2016 | S | 2/29/2020 | 3/2/2020 |
| 179 | 11319392 | 2018 | X | 3/1/2020 | 3/26/2020 |
| 180 | 11316093 | 2015 | S | 3/2/2020 | 3/4/2020 |
| 181 | 11315719 | 2016 | X | 3/2/2020 | 3/3/2020 |
| 182 | 11321905 | 2020 | 3 | 3/6/2020 | 4/22/2020 |
| 183 | 11318912 | 2020 | X | 3/21/2020 | 3/21/2020 |
| 184 | 11325718 | 2015 | S | 3/22/2020 | 3/24/2020 |
| 185 | 11320402 | 2020 | X | 4/5/2020 | 4/7/2020 |
| 186 | 11320351 | 2020 | X | 4/6/2020 | 4/6/2020 |
| 187 | 11324261 | 2018 | S | 4/24/2020 | 5/12/2020 |
| 188 | 11324541 | 2020 | 3 | 5/7/2020 | 5/14/2020 |
| 189 | 11337072 | 2020 | X | 6/1/2020 | 7/2/2020 |
| 190 | 11330211 | 2018 | S | 6/8/2020 | 6/22/2020 |
| 191 | 11328443 | 2020 | 3 | 6/11/2020 | 6/12/2020 |
| 192 | 11300585 | 2018 | 3 | 4/17/2109 | 1/20/2020 |

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

106.   Moreover, more than half of the complaints (109 to be precise) were for Model Year 2017 or later vehicles, which were all equipped with the Autopilot Hardware 2 necessary to utilize the algorithm (as reflected by the gray shaded rows):

| NHTSA Tesla SUA Complaints by Model Year | | | | | |
|---|---|---|---|---|---|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 1 | 11300279 | 2012 | S | 8/15/2019 | 1/19/2020 |
| 2 | 11082114 | 2013 | S | 3/27/2018 | 3/30/2018 |
| 3 | 11081382 | 2013 | S | 3/17/2018 | 3/26/2018 |
| 4 | 10958834 | 2013 | S | 3/4/2017 | 3/6/2014 |
| 5 | 10749575 | 2013 | S | 8/4/2015 | 8/18/2015 |
| 6 | 10545488 | 2013 | S | 7/29/2013 | 9/26/2016 |
| 7 | 10545230 | 2013 | S | 9/21/2013 | 9/24/2013 |
| 8 | 11289019 | 2013 | S | 12/10/2019 | 12/14/2016 |
| 9 | 10758908 | 2013 | S | 5/7/2013 | 8/24/2015 |
| 10 | 11330774 | 2013 | S | 1/15/2019 | 6/25/2020 |
| 11 | 11309949 | 2013 | S | 9/30/2019 | 2/18/2020 |
| 12 | 11307086 | 2013 | S | 1/29/2020 | 2/4/2020 |
| 13 | 11302076 | 2013 | S | 11/1/2019 | 1/26/2020 |
| 14 | 11180431 | 2013 | S | 1/28/2019 | 2/15/2019 |
| 15 | 11156706 | 2013 | S | 12/6/2018 | 12/7/2018 |
| 16 | 10839579 | 2013 | S | 2/24/2016 | 3/2/2016 |
| 17 | 10758893 | 2013 | S | 7/16/2015 | 8/24/2015 |
| 18 | 10982961 | 2014 | S | 2/14/2017 | 5/1/2017 |
| 19 | 10836289 | 2014 | S | 9/14/2015 | 2/15/2016 |
| 20 | 10639849 | 2014 | S | 7/19/2014 | 9/29/2014 |
| 21 | 10639935 | 2014 | S | 7/19/2014 | 9/29/2014 |
| 22 | 10845619 | 2014 | S | 3/2/2016 | 3/8/2016 |
| 23 | 11302849 | 2014 | S | 9/4/2019 | 1/29/2020 |

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| NHTSA Tesla SUA Complaints by Model Year | | | | | |
|---|---|---|---|---|---|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 24 | 11300905 | 2014 | S | 1/20/2020 | 1/21/2020 |
| 25 | 11300127 | 2014 | S | 1/12/2020 | 1/17/2020 |
| 26 | 11139174 | 2014 | S | 10/7/2018 | 10/9/2018 |
| 27 | 10723925 | 2014 | S | 5/22/2015 | 6/8/2015 |
| 28 | 11297839 | 2015 | S | 2/2/2020 | 2/8/2020 |
| 29 | 11291423 | 2015 | S | 12/26/2019 | 12/27/2019 |
| 30 | 11278322 | 2015 | S | 11/5/2019 | 11/5/2019 |
| 31 | 11171052 | 2015 | S | 1/19/2019 | 1/20/2019 |
| 32 | 11078571 | 2015 | S | 1/8/2018 | 3/11/2018 |
| 33 | 10979378 | 2015 | S | 4/18/2017 | 4/19/2017 |
| 34 | 10968322 | 2015 | S | 3/6/2017 | 3/24/2017 |
| 35 | 10910065 | 2015 | S | 9/16/2016 | 9/27/2016 |
| 36 | 10874744 | 2015 | S | 6/10/2016 | 6/17/2016 |
| 37 | 10864353 | 2015 | S | 5/11/2016 | 5/11/2016 |
| 38 | 10810457 | 2015 | S | 11/25/2015 | 12/15/2015 |
| 39 | 10764853 | 2015 | S | 9/16/2015 | 9/17/2015 |
| 40 | 10995382 | 2015 | S | 6/9/2017 | 6/15/2017 |
| 41 | 10862194 | 2015 | S | 4/28/2016 | 4/29/2016 |
| 42 | 11325718 | 2015 | S | 3/22/2020 | 3/24/2020 |
| 43 | 11316093 | 2015 | S | 3/2/2020 | 3/4/2020 |
| 44 | 11302858 | 2015 | S | 7/31/2019 | 1/29/2020 |
| 45 | 10875699 | 2015 | S | 4/4/2016 | 6/21/2016 |
| 46 | 11280962 | 2016 | S | 10/30/2019 | 11/19/2019 |
| 47 | 11118541 | 2016 | S | 6/12/2018 | 8/8/2018 |
| 48 | 11100721 | 2016 | S | 2/20/2018 | 6/9/2018 |
| 49 | 11079500 | 2016 | S | 11/13/2017 | 3/15/2018 |
| 50 | 11066047 | 2016 | S | 1/28/2018 | 1/31/2018 |
| 51 | 11054973 | 2016 | S | 11/25/2017 | 12/15/2017 |

247

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| NHTSA Tesla SUA Complaints by Model Year | | | | | |
|---|---|---|---|---|---|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 52 | 11042211 | 2016 | S | 10/1/2016 | 11/1/2017 |
| 53 | 11000077 | 2016 | S | 3/30/2017 | 6/19/2017 |
| 54 | 10953656 | 2016 | S | 12/23/2016 | 2/9/2017 |
| 55 | 10949955 | 2016 | S | 1/5/2017 | 2/6/2017 |
| 56 | 10864163 | 2016 | S | 5/6/2016 | 5/10/2016 |
| 57 | 11315591 | 2016 | S | 2/29/2020 | 3/2/2020 |
| 58 | 11310075 | 2016 | S | 1/27/2020 | 2/19/2020 |
| 59 | 11306145 | 2016 | S | 12/30/2019 | 1/30/2020 |
| 60 | 11301467 | 2016 | S | 10/12/2016 | 1/23/2020 |
| 61 | 11300126 | 2016 | S | 4/11/2019 | 1/17/2020 |
| 62 | 11096621 | 2016 | X | 4/5/2018 | 5/17/2018 |
| 63 | 11083342 | 2016 | X | 2/8/2018 | 4/4/2018 |
| 64 | 10995447 | 2016 | X | 11/12/2016 | 6/16/2017 |
| 65 | 10957394 | 2016 | X | 2/27/2017 | 2/27/2017 |
| 66 | 10935272 | 2016 | X | 12/13/2016 | 12/14/2016 |
| 67 | 10915633 | 2016 | X | 10/7/2016 | 10/12/2016 |
| 68 | 10909588 | 2016 | X | 9/22/2016 | 9/26/2016 |
| 69 | 10908051 | 2016 | X | 5/23/2016 | 9/19/2016 |
| 70 | 10898260 | 2016 | X | 7/8/2016 | 8/24/2016 |
| 71 | 10893066 | 2016 | X | 7/28/2016 | 8/4/2016 |
| 72 | 10873117 | 2016 | X | 6/4/2016 | 6/7/2016 |
| 73 | 11290006 | 2016 | X | 10/31/2019 | 12/16/2019 |
| 74 | 11118315 | 2016 | X | 7/1/2018 | 8/7/2018 |
| 75 | 11003716 | 2016 | X | 7/7/2017 | 7/7/2017 |
| 76 | 11315719 | 2016 | X | 3/2/2020 | 3/3/2020 |
| 77 | 11306541 | 2016 | X | 1/20/2020 | 2/2/2020 |
| 78 | 11301846 | 2016 | X | 9/26/2019 | 1/25/2020 |
| 79 | 11301362 | 2016 | X | 10/23/2019 | 1/23/2020 |

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| | | | | | |
|---|---|---|---|---|---|
| NHTSA Tesla SUA Complaints by Model Year | | | | | |
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 80 | 11300366 | 2016 | X | 1/28/2019 | 1/19/2020 |
| 81 | 10970822 | 2016 | X | 3/11/2017 | 4/5/2017 |
| 82 | 10939234 | 2016 | X | 11/2/2016 | 1/3/2017 |
| 83 | 10910108 | 2016 | X | 8/10/2016 | 9/27/2016 |
| 84 | 11229124 | 2017 | S | 6/22/2019 | 7/3/2019 |
| 85 | 11189710 | 2017 | S | 3/15/2019 | 3/18/2019 |
| 86 | 11162968 | 2017 | S | 12/15/2018 | 12/21/2018 |
| 87 | 11113560 | 2017 | S | 7/7/2018 | 7/25/2018 |
| 88 | 11098517 | 2017 | S | 5/29/2018 | 5/29/2018 |
| 89 | 11065563 | 2017 | S | 1/14/2018 | 1/28/2018 |
| 90 | 11064628 | 2017 | S | 1/18/2018 | 1/24/2018 |
| 91 | 11048161 | 2017 | S | 11/18/2017 | 11/23/2017 |
| 92 | 11021371 | 2017 | S | 9/4/2017 | 9/4/2017 |
| 93 | 11307255 | 2017 | S | 5/19/2019 | 2/5/2020 |
| 94 | 11301179 | 2017 | S | 1/19/2020 | 1/22/2020 |
| 95 | 11300901 | 2017 | S | 12/1/2017 | 1/21/2020 |
| 96 | 11300180 | 2017 | S | 10/31/2019 | 1/17/2020 |
| 97 | 11121147 | 2017 | S | 7/7/2018 | 8/20/2018 |
| 98 | 11089262 | 2017 | S | 4/20/2018 | 4/21/2018 |
| 99 | 11128789 | 2017 | X | 8/4/2018 | 9/11/2018 |
| 100 | 11083755 | 2017 | X | 4/4/2018 | 4/7/2018 |
| 101 | 11076619 | 2017 | X | 3/6/2018 | 3/7/2018 |
| 102 | 11073274 | 2017 | X | 1/24/2018 | 2/16/2018 |
| 103 | 11102931 | 2017 | X | 5/26/2018 | 6/21/2018 |
| 104 | 11301732 | 2017 | X | 12/13/2019 | 1/25/2020 |
| 105 | 11112860 | 2017 | X | 6/4/2018 | 7/21/2018 |
| 106 | 11154132 | 2018 | 3 | 11/26/2018 | 11/26/2019 |
| 107 | 11133222 | 2018 | 3 | 10/3/2018 | 10/3/2019 |

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| NHTSA Tesla SUA Complaints by Model Year | | | | | |
|---|---|---|---|---|---|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 108 | 11119991 | 2018 | 3 | 8/2/2018 | 8/14/2018 |
| 109 | 11097159 | 2018 | 3 | 5/5/2018 | 5/22/2018 |
| 110 | 11092830 | 2018 | 3 | 5/10/2018 | 5/10/2018 |
| 111 | 11091970 | 2018 | 3 | 5/4/2018 | 5/4/2018 |
| 112 | 11268280 | 2018 | 3 | 9/24/2019 | 10/14/2019 |
| 113 | 11209238 | 2018 | 3 | 4/24/2019 | 5/22/2019 |
| 114 | 11196764 | 2018 | 3 | 3/3/2019 | 4/16/2019 |
| 115 | 11132177 | 2018 | 3 | 9/26/2018 | 9/28/2019 |
| 116 | 11124067 | 2018 | 3 | 9/1/2018 | 9/2/2018 |
| 117 | 11322324 | 2018 | 3 | 12/18/2019 | 4/27/2020 |
| 118 | 11308049 | 2018 | 3 | 11/14/2019 | 2/9/2020 |
| 119 | 11306614 | 2018 | 3 | 12/17/2019 | 2/3/2020 |
| 120 | 11306819 | 2018 | 3 | 11/21/2019 | 2/3/2020 |
| 121 | 11301360 | 2018 | 3 | 12/27/2019 | 1/23/2020 |
| 122 | 11301192 | 2018 | 3 | 8/13/2019 | 1/22/2020 |
| 123 | 11300542 | 2018 | 3 | 1/20/2020 | 1/20/2020 |
| 124 | 11300585 | 2018 | 3 | 4/17/2109 | 1/20/2020 |
| 125 | 11300574 | 2018 | 3 | 4/22/2019 | 1/20/2020 |
| 126 | 11300599 | 2018 | 3 | 10/15/2019 | 1/20/2020 |
| 127 | 11300204 | 2018 | 3 | 1/10/2020 | 1/17/2020 |
| 128 | 11207877 | 2018 | 3 | 2/26/2019 | 5/15/2019 |
| 129 | 11155579 | 2018 | S | 12/2/2018 | 12/3/2018 |
| 130 | 11102347 | 2018 | S | 6/17/2018 | 6/18/2018 |
| 131 | 11100216 | 2018 | S | 4/20/2018 | 6/6/2018 |
| 132 | 11330211 | 2018 | S | 6/8/2020 | 6/22/2020 |
| 133 | 11324261 | 2018 | S | 4/24/2020 | 5/12/2020 |
| 134 | 11311755 | 2018 | S | 2/21/2020 | 2/26/2020 |
| 135 | 11307883 | 2018 | S | 2/8/2020 | 2/8/2020 |

250

| NHTSA Tesla SUA Complaints by Model Year | | | | | |
|---|---|---|---|---|---|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 136 | 11307382 | 2018 | S | 5/7/2019 | 2/5/2020 |
| 137 | 11302964 | 2018 | S | 1/29/2020 | 1/30/2020 |
| 138 | 11302573 | 2018 | S | 12/17/2019 | 1/28/2020 |
| 139 | 11300887 | 2018 | S | 9/1/2019 | 1/21/2020 |
| 140 | 11300152 | 2018 | S | 1/11/2020 | 1/17/2020 |
| 141 | 11228597 | 2018 | X | 5/2/2019 | 7/1/2019 |
| 142 | 11209483 | 2018 | X | 5/12/2019 | 5/23/2019 |
| 143 | 11183545 | 2018 | X | 2/20/2019 | 3/1/2019 |
| 144 | 11289172 | 2018 | X | 6/27/2019 | 12/15/2019 |
| 145 | 11154380 | 2018 | X | 11/17/2018 | 11/27/2018 |
| 146 | 11142282 | 2018 | X | 10/23/2018 | 10/23/2018 |
| 147 | 11111431 | 2018 | X | 7/14/2018 | 7/15/2018 |
| 148 | 11092528 | 2018 | X | 4/27/2018 | 5/8/2018 |
| 149 | 11183334 | 2018 | X | 2/1/2019 | 3/1/2019 |
| 150 | 11319392 | 2018 | X | 3/1/2020 | 3/26/2020 |
| 151 | 11301011 | 2018 | X | 10/28/2019 | 1/22/2020 |
| 152 | 11300718 | 2018 | X | 12/25/2019 | 1/21/2020 |
| 153 | 11300248 | 2018 | X | 7/21/2019 | 1/19/2020 |
| 154 | 11300230 | 2018 | X | 1/14/2020 | 1/18/2020 |
| 155 | 11300143 | 2018 | X | 6/24/2019 | 1/17/2020 |
| 156 | 11292014 | 2019 | 3 | 12/10/2019 | 12/30/2019 |
| 157 | 11282996 | 2019 | 3 | 11/27/2019 | 11/30/2019 |
| 158 | 11282993 | 2019 | 3 | 11/29/2019 | 11/30/2019 |
| 159 | 11265452 | 2019 | 3 | 8/28/2019 | 10/1/2019 |
| 160 | 11231846 | 2019 | 3 | 7/14/2019 | 7/15/2019 |
| 161 | 11278152 | 2019 | 3 | 11/4/2019 | 11/4/2019 |
| 162 | 11267131 | 2019 | 3 | 9/29/2019 | 10/8/2019 |
| 163 | 11206931 | 2019 | 3 | 5/10/2019 | 5/10/2019 |

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| NHTSA Tesla SUA Complaints by Model Year | | | | | |
|---|---|---|---|---|---|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 164 | 11299347 | 2019 | 3 | 1/8/2020 | 1/14/2020 |
| 165 | 11311865 | 2019 | 3 | 2/25/2020 | 2/27/2020 |
| 166 | 11309205 | 2019 | 3 | 2/9/2020 | 2/14/2020 |
| 167 | 11307548 | 2019 | 3 | 1/31/2020 | 2/6/2020 |
| 168 | 11301680 | 2019 | 3 | 1/22/2020 | 1/24/2020 |
| 169 | 11300892 | 2019 | 3 | 12/23/2019 | 1/21/2020 |
| 170 | 11300618 | 2019 | 3 | 9/10/2019 | 1/21/2020 |
| 171 | 11300620 | 2019 | 3 | 12/31/2019 | 1/21/2020 |
| 172 | 11300383 | 2019 | 3 | 1/19/2020 | 1/20/2020 |
| 173 | 11300266 | 2019 | 3 | 1/18/2020 | 1/19/2020 |
| 174 | 11300156 | 2019 | 3 | 12/19/2019 | 1/17/2020 |
| 175 | 11300124 | 2019 | 3 | 12/15/2016 | 1/17/2020 |
| 176 | 11300075 | 2019 | 3 | 9/18/2019 | 1/17/2020 |
| 177 | 11300120 | 2019 | 3 | 7/21/2019 | 1/17/2020 |
| 178 | 11269912 | 2019 | S | 10/18/2019 | 10/21/2019 |
| 179 | 11300754 | 2019 | X | 1/13/2020 | 1/21/2020 |
| 180 | 11266551 | 2019 | X | 10/2/2019 | 10/5/2019 |
| 181 | 11328443 | 2020 | 3 | 6/11/2020 | 6/12/2020 |
| 182 | 11324541 | 2020 | 3 | 5/7/2020 | 5/14/2020 |
| 183 | 11321905 | 2020 | 3 | 3/6/2020 | 4/22/2020 |
| 184 | 11307630 | 2020 | 3 | 2/2/2020 | 2/7/2020 |
| 185 | 11306855 | 2020 | 3 | 2/1/2020 | 2/3/2020 |
| 186 | 11300110 | 2020 | 3 | 1/17/2020 | 1/17/2020 |
| 187 | 11302127 | 2020 | 3 | 1/8/2020 | 1/13/2020 |
| 188 | 11337072 | 2020 | X | 6/1/2020 | 7/2/2020 |
| 189 | 11320402 | 2020 | X | 4/5/2020 | 4/7/2020 |
| 190 | 11320351 | 2020 | X | 4/6/2020 | 4/6/2020 |
| 191 | 11318912 | 2020 | X | 3/21/2020 | 3/21/2020 |

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

| NHTSA Tesla SUA Complaints by Model Year | | | | | |
|---|---|---|---|---|---|
| # | NHTSA ID Number | Model Year | Model | Incident Date | Report Date |
| 192 | 11300090 | 2020 | X | 12/27/2019 | 1/17/2020 |

107.   Based on the foregoing and on information and belief, Plaintiffs allege that the Obstacle-Aware Acceleration algorithm is inadequate to protect drivers against these SUA incidents.

**H.    Cause of the SUA Events**

108.   As demonstrated from the above complaints, the vast majority of these incidents of reported SUA events occurred while the vehicle's driver was traveling at slow speed and, often, was in the slow process of maneuvering the vehicle into a parking spot.

109.   Irrespective of the precise mechanism of failure—whether caused by mechanical issues with the accelerator pedal, or failure in the electronic motor control system or other aspects of the electrical, mechanical, hardware, software, or computer systems—the Model S, Model X, and Model 3 are defective and unsafe.

110.   Despite its knowledge of the problem, Tesla has failed to properly disclose, explain, fix, or program safeguards to correct the underlying problem of uncommanded acceleration. This leaves tens of thousands of Tesla owners with vehicles that could potentially engage in sudden uncommanded acceleration.

111.   Tesla's lack of response to this phenomenon is even more confounding when the vehicle is already equipped with the necessary hardware for the vehicle's computer to intercede and prevent uncommanded acceleration into fixed objects such as walls, fences, and buildings.

112.   Tesla equips all its Model S, Model X, and Model 3 vehicles, at least since March 2015, with Automatic Emergency Braking whereby the vehicle computer uses the forward-looking camera and the radar sensor to determine the distance from objects in

253

front of the vehicle. When a frontal collision is considered unavoidable, Automatic Emergency Braking is designed to automatically apply the brakes to reduce the severity of the impact.

113.   But Tesla has programmed the system to deactivate when it receives instructions from the accelerator pedal to drive full speed into a fixed object. Tesla has confirmed that Automatic Emergency Braking operates only when driving between 5 mph (8 km/h) and 85 mph (140 km/h), but that the vehicle will not automatically apply the brakes, or will stop applying the brakes, "in situations where you are taking action to avoid a potential collision. For example:

       • You turn the steering wheel sharply.

       • You press the accelerator pedal.

       • You press and release the brake pedal.

       • A vehicle, motorcycle, bicycle, or pedestrian, is no longer detected ahead."

114.   Apparently, this includes situations where the computer believes, rightly or wrongly, that the driver is commanding full throttle acceleration directly into fixed objects immediately in front of the vehicle. Tesla has designed and manufactured a vehicle that is capable of accelerating from zero to 60 miles per hour in 2.9 seconds – acceleration previously achievable only in a select number of exotic sports cars – and has equipped the vehicle with the ability to sense objects in its path and brake automatically to prevent or minimize frontal impacts. Nevertheless, Tesla has programmed these systems to allow vehicles to engage with full throttle acceleration into fixed objects, such as walls, fences, and beams, that are in the direct path and immediate proximity of the vehicle.

115.   Despite repeated instances of Tesla drivers reporting uncommanded full power acceleration while parking, Tesla has failed to develop and implement computer algorithms to eliminate the danger of full power acceleration into fixed objects. This failure to provide a programming fix is especially confounding for a vehicle that knows when it is located at the driver's home and is being parked in the garage, yet carries out

254

an instruction, regardless of whether through an error by the vehicle control systems or by driver pedal application, to accelerate at full power into the garage wall.

116.   Further, not only has Tesla failed to fix the problems, it has chosen instead to follow in the footsteps of other automobile manufacturers and simply blame the driver. As Toyota likely learned not long ago, blaming the driver for inexplicable and preventable instances of uncommanded acceleration is no longer acceptable. That is especially true for a disruption company that seeks to use technology to make smart and safe vehicles

117.   Tesla has been aware that SUA events are occurring at a markedly high rate in the Model S, an even more alarmingly high rate in the Model X, and the Model 3, but has not, as of yet, explained the root causes of this dramatic increase. Nor has Tesla designed and implemented an adequate fail-safe system to prevent or mitigate the consequences of SUA. Therefore, the Model S, Model X and Model 3 are defective for lacking an adequate fail-safe system as a result of the following:

    a.   the propensity of the vehicle to apply full power acceleration when the driver has not commanded such acceleration by pressing on the accelerator pedal;

    b.   the lack of a proper fail-safe logic that will cut power and apply the brakes when the vehicle registers full power acceleration when there are fixed objects in the immediate path of the vehicle; and

    c.   the lack of a proper fault detection system that would recognize an SUA event beyond the maximum design tolerance and respond by shutting down the throttle.

I.    **Tesla Has Made False and Misleading Statements Specifically about SUA in the Class Vehicles**

118.   When a consumer filed a defect petition with the NHTSA regarding the high number of sudden uncommanded acceleration (SUA) incidents involving the Class Vehicles, Tesla improperly stated the following to the public:

255

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

This petition is completely false and was brought by a Tesla short-seller. We investigate every single incident where the driver alleges to us that their vehicle accelerated contrary to their input, and in every case where we had the vehicle's data, we confirmed that the car operated as designed. In other words, the car accelerates if, and only if, the driver told it to do so, and it slows or stops when the driver applies the brake.

While accidents caused by a mistaken press of the accelerator pedal have been alleged for nearly every make/model of vehicle on the road, the accelerator pedals in Model S, X and 3 vehicles have two independent position sensors, and if there is any error, the system defaults to cut off motor torque. Likewise, applying the brake pedal simultaneously with the accelerator pedal will override the accelerator pedal input and cut off motor torque, and regardless of the torque, sustained braking will stop the car. Unique to Tesla, we also use the Autopilot sensor suite to help distinguish potential pedal misapplications and cut torque to mitigate or prevent accidents when we're confident the driver's input was unintentional. Each system is independent and records data, so we can examine exactly what happened.

We are transparent with NHTSA, and routinely review customer complaints of unintended acceleration with them. Over the past several years, we discussed with NHTSA the majority of the complaints alleged in the petition. In every case we reviewed with them, the data proved the vehicle functioned properly.

(Ex. 8 - Tesla.com website at https://www.tesla.com/blog/no-unintended-acceleration-tesla-vehicles, 1/20/2020 [last viewed July 6, 2020].)

119.   And in its most blatant and succinct misrepresentation, Tesla stated in 2020 that "[t]here is no 'unintended acceleration' in Tesla vehicles." (Ex. 9 - Twitter Post, 1/20/2020.)

## V.    PLAINTIFF-SPECIFIC ALLEGATIONS

### A.    California Plaintiffs

#### 1.    Plaintiff Lee's Model X SUA Incident

120.   On August 13, 2019, Plaintiff Lee was driving her 2019 Model X on a shopping trip with her sister in Los Angeles, California.

121.   Plaintiff Lee was driving her car slowly as she ascended floors in a parking garage on the southeast corner of Wilshire Boulevard and Serano Road, in Los Angeles, California. Plaintiff Lee slowed her vehicle further as she prepared to make a 90-degree

256

turn into one of three adjacent empty parking spots at one of the garages, just as she had done on countless prior occasions. As Plaintiff Lee started her turn, she felt the vehicle accelerate at full power. She immediately abandoned her attempt to turn into the parking spot and steered her car back into the travel lane of the parking garage in an attempt to avoid hitting other cars. Plaintiff Lee's vehicle continued to accelerate through the parking garage at full power, hitting several speed bumps and making it impossible to negotiate the next corner at the far end of the parking garage, where Plaintiff Lee's Model X collided with two parked vehicles, propelling those vehicles into the wall.

122.   Plaintiff Lee suffered a compression fracture of her L1 vertebra as a result of the vehicle hitting the speed bumps at a high rate of speed and the ensuing frontal collision with parked vehicles. Police responded and Plaintiff was transported by ambulance from the scene.

123.   Plaintiff Lee notified Defendant of the SUA incident. Plaintiff Lee and her daughter spoke with the Tesla service representative to request an explanation as to why the vehicle behaved in this way. Plaintiff Lee was told that an engineering analysis would have to be done, but four months later, as of the filing of this complaint, Tesla has not provided any explanation. Tesla responded by stating that the "vehicle responded correctly to driver-applied inputs."

### 2.    Plaintiff Xia's Model S SUA Incident

On February 20, 2019, Plaintiff Xia was stopped at a red light and waiting to make a left turn in her Model S when she experienced sudden uncommanded acceleration that caused her to spin 360 degrees multiple times and collide with other vehicles.

### 3.    Plaintiff Ahronee's Model 3 SUA Incident

124.   On February 26, 2019, Plaintiff Ahronee was stopped at a traffic light when her Model 3 suddenly surged forward and crashed into the vehicle in front of her, injuring an occupant of the impacted vehicle and damaging both vehicles.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

### 4.    Plaintiff Arroyave's Model X SUA Incident

125.    On February 8, 2018, Plaintiff Arroyave was driving the Model X and pulling into the driveway of his home. He completed a slow left-hand turn into his driveway when the vehicle experienced sudden uncommanded acceleration. As the vehicle accelerated, Plaintiff Arroyave was able to steer his vehicle to the left as he applied the brakes, but the vehicle continued to accelerate into his garage where it collided with the rear wall.

### 5.    Plaintiff Rodriguez's Model 3 SUA Incident

126.    On August 14, 2019, Plaintiff Rodriguez was driving his Tesla Model 3 out of a parking lot. He had stepped on his brake to bring the vehicle to a stop while he waited for traffic to clear so that he could pull onto the main road, when his Model 3 experienced sudden uncommanded acceleration, shooting the vehicle into cross traffic and causing the vehicle to collide with another vehicle.

### 6.    Plaintiff Wu's Model S SUA Incident

127.    On May 22, 2020, at approximately 3:00 p.m., Plaintiff Wu was driving her Model S from work to her cousin's home. As she approached her cousin's home, she was on a slight downgrade and applied her brakes to reduce speed and perform a U-turn in order to park in front of the house. Just before she completed the U-turn, Plaintiff Wu's Model S experienced uncommanded full power acceleration causing the vehicle to crash into a brick wall.

### B.    Arizona

### 1.    Plaintiff Daniel's Model 3 SUA Incident

128.    On August 10, 2019, Plaintiff Daniel was driving his 2018 Model 3 in Scottsdale, Arizona, descending a driveway in preparation for turning onto the street. As the Model 3 proceeded over a small drop-off from the driveway to the street, the vehicle surged forward and collided with another vehicle before Plaintiff Daniel could bring the vehicle to a stop.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

129.    Plaintiff Daniel had previously experienced a vehicle surge in similar situations on three or four prior occasions —all of which were at night and while traveling at less than 15 m.p.h. On these occasions, the surge would be brief, usually only causing the vehicle to travel five feet or less.

### 2.    Plaintiff Chopra's Model S SUA Incident

130.    On February 12, 2019, Plaintiff Chopra's vehicle surged forward after having been placed in reverse gear and having been in a stationary position and crashed into a concrete pillar, damaging his vehicle.

### 3.    Plaintiff Whatmough's Two Model S SUA Incidents

131.    On December 30, 2016, Plaintiff Whatmough was driving the Model S returning home. She had turned into her driveway and started to make a right-hand turn into her garage when the Model S experienced sudden uncommanded acceleration and crashed into her house causing the airbags to deploy.

//

//

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





132.    Plaintiff Whatmough reported the incident to Tesla. A Tesla representative told her the vehicle had operated properly and that she had pushed the accelerator pedal

260

to the floor causing the crash. Plaintiff Whatmough's vehicle was repaired and returned to her.

133.   On January 12, 2020, Plaintiff Whatmough was driving the same Tesla Model S and returning home, when she turned into her driveway. Her Model S again experienced full sudden uncommanded acceleration, causing the vehicle to crash through the courtyard of her home, destroying a wall and rendering the vehicle a total loss.

## C.   Florida

### 1.   Plaintiff Gucwa's Model 3 SUA Incident

134.   In October 2019, Plaintiff Gucwa's wife, Ann Gucwa, was returning home after picking up a neighbor's child from school. Ms. Gucwa had just turned from the main road into her driveway when the vehicle experienced sudden uncommanded acceleration and pulled strongly to the right. Ms. Gucwa was able to bring the car to a stop before colliding with the garage at the end of her approximately 100-foot-long driveway.

### 2.   Plaintiff Hutcheson's Model S SUA Incident

135.   On January 29, 2020, Plaintiff Hutcheson was driving her Tesla Model S returning home after dinner with her friend. Plaintiff Hutcheson pulled the vehicle into the semi-circular driveway of her house a short distance from where her friend's vehicle was parked in the driveway, in front of Plaintiff's garage, and brought the car to a stop in front of the house while she and her friend talked in the car for approximately 13 minutes.

136.   Plaintiff Hutcheson's friend then exited the Model S and walked to her vehicle to leave. Just as Plaintiff Hutcheson's friend was about to get into her own car, Plaintiff Hutcheson's Model S experienced sudden uncommanded acceleration, causing

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

the vehicle to surge forward, collide with her friend's vehicle and continue to push the vehicle until both vehicles were stopped by a tree.





Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

137.  Plaintiff Hutcheson then unbuckled her seat belt and opened her car door in order to get out of her Model S, when it experienced sudden uncommanded acceleration in the reverse direction causing it to surge back across the driveway.





263

D.     **Georgia**

1.     **Plaintiff Bharadwaj's Model 3 SUA Incident**

138.   On May 6, 2019, Plaintiff Bharadwaj was driving her 2018 Tesla Model 3 while returning to her residence at between 8:20 p.m. and 8:30 p.m. in the evening. Plaintiff Bharadwaj turned into her driveway and slowed to a halt as she waited for her garage door to fully retract. Suddenly, the car violently accelerated at full power, lurching forward and crashing into a stone wall, damaging Plaintiff Bharadwaj's car and home.

139.   Plaintiff Bharadwaj notified Tesla of the SUA incident. Tesla responded that the acceleration before the collision was the result of the accelerator pedal being pushed by Plaintiff and that the vehicle had operated as intended.

2.     **Plaintiff Hensel's SUA Incident**

140.   On June 8, 2020, at approximately 8 a.m., Plaintiff Hensel was driving her 2018 Tesla S from her home to her personal trainer's gym. Plaintiff Hensel made a right hand turn to enter the parking lot, followed by a left turn to go down the row of parking spots in front of the building in which the gym was located, and finally a right turn to turn into the parking spot in front of the gym where Plaintiff Hensel intended to park. Before Plaintiff Hensel completed her turn into the parking spot, her Model S experienced sudden uncommanded full power acceleration, surging forward and crashing through the front glass window of the gym and the wall dividing it from the adjacent business.

E.     **Massachusetts**

1.     **Plaintiff Doyle's Model S SUA Incident**

141.   On June 1, 2019, Plaintiff Doyle was driving his Tesla Model S in South Boston on E Street, when he approached a vehicle stopped at a stop sign with a cross street. Plaintiff Doyle was braking and slowly nearing the rear of the stopped car when the vehicle experienced sudden uncommanded acceleration causing the vehicle to crash into rear of the stopped vehicle.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**F.     New Jersey**

    **1.     Plaintiff Jackson's Model X SUA Incident**

142.   On September 15, 2019, Plaintiff Jackson was driving in New Jersey when she slowed her vehicle in preparation for turning into a parking lot. As she did so, Plaintiff Jackson experienced the Model X suddenly and spontaneously accelerate at full power, causing the vehicle to jump a curb and sideswipe a tree, blowing out two tires and knocking the trim off of the wheels.

143.   Plaintiff Jackson had previously experienced an earlier SUA event in February 2019, again while attempting to park her vehicle.

**G.     North Carolina**

    **1.     Plaintiff Joseph Tyson's Model S SUA Incident**

144.   While standing outside of his 2015 Tesla Model S, Plaintiff Joseph Tyson was using his Model S "Summon" feature to park his car in the garage of this residence, when the vehicle experienced uncommanded acceleration and crashed, causing damage to the car.

**H.     Oregon**

    **1.     Plaintiff Curley's Model S SUA Incident**

145.   On July 25, 2018, Plaintiff Curley's wife, Lupe Curley, was driving the Model S and pulling into the driveway of her home with her foot on the brake when the vehicle experienced sudden uncommanded acceleration causing the vehicle to crash into her garage.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES



## I.     Pennsylvania

### 1.     Plaintiff Lori Sallurday's Model S SUA Event

146.     On October 30, 2019, Plaintiff Lori Sallurday was driving her husband's 2018 Tesla Model S to her job at Octorara Elementary School, in Atglen Pennsylvania. Plaintiff Lori Sallurday was driving in the parking lot next to an athletic field at a slow rate of speed as she was preparing to turn into her spot in between two parked cars. Plaintiff Lori Sallurday had enabled the vehicle's "Chill" acceleration mode because she was more comfortable with the reduced acceleration power available on that setting.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

147.   As Plaintiff Lori Sallurday was approximately three-quarters of the way into the parking spot, with her foot positioned on the brake pedal in preparation to bring the vehicle to a complete stop, the vehicle accelerated at full power—consistent with the full acceleration power available in the "Standard" acceleration mode. The vehicle bolted over a curb and crashed into a chain-link fence surrounding the athletic field approximately 10-12 feet beyond the curb. The collision caused extensive damage to both the vehicle and to school property.

148.   Plaintiff Wayne Sallurday notified Tesla the same day of the accident and requested an explanation as to why the vehicle behaved in that manner. He was told that the incident would be escalated to senior leadership. He was also told that Tesla vehicles send 900 lines of code back to Tesla servers for every second the vehicle is operated.

149.   Approximately one month later, Tesla informed the Sallurday Plaintiffs of its internal determination that Plaintiff Lori Sallurday was responsible for the accident because she had pressed on the accelerator pedal instead of the brake. Tesla did not explain why the vehicle experienced full power acceleration when the vehicle was being operated in "Chill" mode.

### 2.    Plaintiff Gleason's Model X SUA Incident

150.   On August 29, 2019, Plaintiff Gleason was driving her 2018 Model X into a driveway in Pittsburgh, Pennsylvania. As she approached the garage, the vehicle suddenly accelerated at full power causing the vehicle to crash into the garage, damaging both the vehicle and the property.

### J.    Texas

### 1.    Plaintiff Guzman's Model X SUA Incident

151.   On December 27, 2019, Plaintiff Javier Guzman's mother, Nora Ortiz, was parking the vehicle at the Woodland Mall, in The Woodlands, Texas. She had turned the Model X into the parking spot and had driven part of the way into the parking space when the Model X experienced sudden uncommanded full power acceleration causing the car to jump the curb stop at the end of the parking spot and collide with a pole.

267

### 2.     Plaintiff Rakestraw's Model S SUA Incident

152.   On March 9, 2020, at approximately 9:45 a.m., in Austin, Texas, Plaintiff Rakestraw's wife, Lucy Rakestraw, was driving the Model S and was stopped at a drive-thru teller window. She had been transacting business for a couple of minutes when the Model S experienced sudden uncommanded acceleration, causing the vehicle to jump the curb of the drive-thru lane opposite the teller window and travel through bushes before coming to stop on the sidewalk just before entering the main road.

### 3.     Plaintiff Syed's Model X SUA Incident

153.   On the morning of September 26, 2019, Plaintiff Syed drove the Tesla Model X from her home to her office. Plaintiff Syed drove the Model X into the office parking lot and steered it slowly down a row of parking spots. When she spotted an open parking space to her left, she was moving slowly past the empty parking space and pulling to her right in preparation to back into the space when the Model X experienced sudden uncommanded acceleration, causing the vehicle to crash over a wall into a tree planter box area.



Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16    **K.      Washington**

17         **1.      Plaintiff Zhang's SUA Incident**

18         154.    On June 25, 2020, at approximately 4:33 p.m., while traveling in Coeur

19    d'Alene, Idaho, Plaintiff Zhang was pulling his car onto the conveyor of a car wash.

20    Plaintiff Zhang followed the directions of a car wash attendant and slowly directed his

21    vehicle into position on the conveyor, where he brought the vehicle to a complete stop

22    and, again following the instructions of the attendant, placed the vehicle in neutral and

23    took his foot off the brakes. A few moments after the conveyor rollers began slowly

24    pushing the vehicle forward, the vehicle experienced uncommanded acceleration, surging

25    forward away from the conveyor roller that had been pushing it, and crashed into the

26    vehicle ahead of it on the conveyor.

27

28

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

1

**L.    General Factual Allegations as to All Plaintiffs**

2    155.   Plaintiffs are informed and believe, and thereon allege, that each Tesla

3    vehicle was defective at the time of its manufacture, design, development, production,

4    assembly, building, testing, inspection, installation, equipping, endorsement, exportation,

5    importation, wholesaling, retailing, selling, renting, leasing, modification, and repair and

6    entrustment. Each Tesla vehicle likewise failed to meet the reasonable safety expectations

7    of the class of persons of which Plaintiffs were members. Any benefits derived from the

8    design of said vehicles are substantially outweighed by the risk of harm inherent in said

9    design, in that, and not by way of limitation, particularly given the availability to

10   Defendants of safer alternative designs. Said Tesla vehicles (also referred to herein as the

11   "Class Vehicles") each presented a substantial and unreasonable risk of death or injury to

12   the users of said vehicles or those in the vicinity of their use.

13   156.   Specifically, Plaintiffs are informed and believe and thereon allege that the

14   vehicles were defective in their design, construction, and assembly and manufacture, and

15   that they are dangerous to life and limb of the users and occupants thereof. This is

16   because the vehicles are prone to SUA events that cannot be arrested by applying the

17   brakes, nor is any effective automatic emergency braking provided. The aforementioned

18   defects create substantial dangers unknown to Plaintiffs and the public in general, and

19   would not be recognized by the ordinary user, and said Defendants failed to give

20   adequate warning of these dangers.

21   157.   This extreme danger to health and safety is exemplified by a recent similar

22   incident in Woodland, Washington, on February 16, 2020, when Hacene Djemil was

23   parking a Tesla Model X in the parking lot of a retail complex located in the 1900 block

24   of Pacific Avenue, Woodland, Washington. Mr. Djemil made a right turn into the parking

25   lot and intended to park in the middle row of parking spaces in the parking lot facing the

26   commercial business. Mr. Djemil made a 90-degree right-hand turn into an empty

27   parking space and had his foot positioned over the brake pedal preparing to stop. At that

28   moment, his Model X experienced sudden uncommanded acceleration, causing the

270

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

vehicle to surge across the parking lot toward a Subway restaurant. Mr. Djemil was able to steer the Model X to the right into the wall of the Subway restaurant in order to avoid crashing through the restaurant's windows and entering its interior, where customers and employees were located. Hacene Djemil's wife who was seated in the front passenger seat suffered serious injuries in the incident, including a cracked sternum. The couple's two children were also in the vehicle at the time of the incident.



158.   But for Hacene Djemil managing to turn his vehicle into the wall structure of the Subway, instead of through the all-glass wall of the restaurant, it almost certainly would have caused catastrophic injury to patrons and employees inside the Subway

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

restaurant.



159.    The defects in the design, manufacture, configuration, and assembly of the subject vehicles were a substantial factor in causing Plaintiffs' vehicles to experience uncommanded full power acceleration, resulting in dangerous collisions.

160.    Prior to the sale and distribution of the vehicles, Defendants TESLA and DOES 1 through 10, inclusive, knew the vehicles were in a defective condition as previously described. Further, Defendants, through their officers, directors and managing agents, had prior notice and knowledge from several sources, including, but not limited to, the results of a multiplicity of crash tests run prior to the date of said accident, internal memoranda and correspondence, and industry publications, as well as notice of numerous crashes and serious injuries caused by the design of the subject vehicles, that the vehicles were defective and presented a substantial and unreasonable risk of harm to the American

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

motoring public, including Plaintiffs, in that said defects unreasonably subjected occupants to injury.

161.    Had Plaintiffs been informed of the Defect in the Class Vehicles, they would not have purchased or leased their Class Vehicles, or they would have paid substantially less for their Class Vehicles.

162.    Despite such knowledge, Defendants TESLA and Does 1 through 10, inclusive, acting through their officers, directors and managing agents, for the purpose of enhancing Defendants' profits, knowingly and deliberately failed to remedy the known defects in the vehicles and failed to warn the public, including Plaintiffs, of the extreme risk of injury occasioned by said defects. Said Defendant and individuals intentionally proceeded with the design, manufacture, sale, distribution and marketing of the vehicles, knowing persons would be exposed to serious potential danger in order to advance their own pecuniary interest. Defendants' conduct was despicable, and so contemptible that it would be looked down upon and despised by ordinary decent people. Defendants performed these acts with willful and conscious disregard for the safety of Plaintiffs and others, entitling Plaintiffs to exemplary damages under California Civil Code section 3294.

163.    As a result of the subject incidents and the negligent and wrongful conduct of Defendant TESLA and Does 1 through 10, inclusive, Plaintiffs have sustained personal injuries.

164.    As a further result of the conduct of said Defendants, Plaintiffs incurred property and other pecuniary losses as a result of the actions and inactions herein described.

165.    As a further result of the conduct of said Defendants, Plaintiffs suffered both past and future economic damages as a result of the actions and inactions herein described.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

166.   As a further direct and proximate result of the acts and omissions of Defendants, and each of them, Plaintiffs have incurred general damages in an amount according to proof at trial.

## VI.   TOLLING OF STATUTES OF LIMITATIONS

167.   Any applicable statute(s) of limitations have been tolled by Tesla's knowing and active concealment and denial of the facts alleged herein. Plaintiffs and the members of the Class could not have reasonably discovered the true, latent nature of the Defect until shortly before this class action litigation was commenced.

168.   In addition, even after Plaintiffs and Class members contacted Tesla and sought repairs for the Defect, Tesla routinely told them that the Class Vehicles were not defective, as set forth above, even though the true cause of the alleged SUA events are the defectively designed or manufactured vehicles.

169.   Tesla was and remains under a continuing duty to disclose to Plaintiffs and the members of the Class the true character, quality, and nature of the Class Vehicles, that they will require costly repairs, pose safety concerns, and diminish the resale value of the Class Vehicles. As a result of the active concealment by Tesla, any and all applicable statutes of limitations otherwise applicable to the allegations herein have been tolled.

## VII.   CLASS ALLEGATIONS

170.   Plaintiffs bring this action on their own behalf, and on behalf of a nationwide class pursuant to Federal Rules of Civil Procedure Rules 23(a), 23(b)(2), and/or 23(b)(3).

**Nationwide Class:**

All persons or entities in the United States who are current or former owners and/or lessees of a Class Vehicle.

171.   In addition to the Nationwide Class, and pursuant to Federal Rules of Civil Procedure, Rule 23(c)(5), Plaintiffs seek to represent the following classes of consumers:

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**California Class:**

All persons or entities in the state of California who purchased or leased a Class Vehicle.

**Arizona Class:**

All persons or entities in the state of Arizona who purchased or leased a Class Vehicle.

**Florida Class**

All persons or entities in the state of Florida who purchased or leased a Class Vehicle.

**Georgia Class:**

All persons or entities in the state of Georgia who purchased or leased a Class Vehicle.

**Massachusetts Class:**

All persons or entities in the state of Massachusetts who purchased or leased a Class Vehicle.

**New Jersey Class:**

All persons or entities in the state of New Jersey who purchased or leased a Class Vehicle.

**North Carolina Class:**

All persons or entities in the state of North Carolina who purchased or leased a Class Vehicle.

**Oregon Class:**

All persons or entities in the state of Oregon who purchased or leased a Class Vehicle.

**Pennsylvania Class:**

All persons or entities in the state of Pennsylvania who purchased or leased a Class Vehicle.

275

**Texas Class:**

All persons or entities in the state of Texas who purchased or leased a Class Vehicle.

**Washington Class:**

All persons or entities in the state of Washington who purchased or leased a Class Vehicle.

172. Together, the Nationwide Class and the individual state classes shall be collectively referred to herein as the "Class." Excluded from the Class are Tesla, its affiliates, employees, officers and directors, persons or entities that purchased the Class Vehicles for resale, and the Judge(s) assigned to this case. Plaintiffs reserve the right to modify, change, or expand the Class definitions based on discovery and further investigation.

173. **Numerosity:** Upon information and belief, the Class is so numerous that joinder of all Class members is impracticable. While the exact number and identities of individual members of the Class are unknown at this time, such information being in the Tesla's sole possession and obtainable by Plaintiffs only through the discovery process, Plaintiffs believe, and on that basis allege, that hundreds of thousands of Class Vehicles have been sold and leased in states that are the subject of the Class.

174. **Existence and Predominance of Common Questions of Fact and Law:** Common questions of law and fact exist as to all members of the Class. These questions predominate over the questions affecting individual Class members. These common legal and factual questions include, but are not limited to, whether:

   a)    The Class Vehicles were sold with the Defect;

   b)    Tesla knew about the Defect but failed to disclose it and its consequences to Tesla customers;

   c)    Tesla misrepresented the safety of the Class Vehicles based on its knowledge of the Defect;

   d)    A reasonable consumer would consider the Defect or its consequences to be material;

276

e)      Tesla should be required to disclose the Defect's existence and its consequences; and

f)      Tesla's conduct violates the California Legal Remedies Act, California Unfair Competition Law, and the other statutes asserted herein.

175.  **Typicality:** All of Plaintiffs' claims are typical of the claims of the Class because Plaintiffs purchased their vehicles with the same SUA defect and defective vehicle design as other Class members. Furthermore, Plaintiffs and all members of the Class sustained monetary and economic injuries including, but not limited to, ascertainable losses arising out of Tesla's wrongful conduct. Plaintiffs advance the same claims and legal theories on behalf of themselves and all absent Class members.

176.  **Adequacy:** Plaintiffs adequately represent the Class because their interests do not conflict with the interests of the Class they seek to represent, they have retained counsel who are competent and highly experienced in complex class-action litigation, and Plaintiffs intend to prosecute this action vigorously. Plaintiffs and their counsel are well-suited to fairly and adequately protect the interests of the Class.

177.  **Superiority:** A class action is superior to all other available means of fairly and efficiently adjudicating the claims brought by Plaintiffs and the Class. The injury suffered by each individual Class member is relatively small in comparison to the burden and expense of individual prosecution of the complex and extensive litigation Tesla's conduct would otherwise necessitate. It would be virtually impossible for Class members on an individual basis to effectively redress the wrongs done to them. Even if Class members could afford such individual litigation, the courts cannot. Individualized litigation presents a potential for inconsistent or contradictory judgments. Individualized litigation increases the delay and expense to all parties and to the court system, particularly where the subject matter of the case may be technically complex. By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, an economy of scale, and comprehensive supervision by a single court. Upon information and belief, individual Class members can be readily

277

identified and notified based on, *inter alia*, Tesla's vehicle identification numbers, warranty claims, registration records, and database of complaints.

178.    Tesla has acted, and refused to act, on grounds generally applicable to the Class, thereby making appropriate final equitable relief with respect to the Class as a whole.

## VIII.  CAUSES OF ACTION

**A.      Claims Brought on Behalf of the Nationwide Class**

### COUNT I

### VIOLATIONS OF THE MAGNUSON-MOSS WARRANTY ACT

### (15 U.S.C. § 2301, *et seq.*)

**(By All Plaintiffs on behalf of the Nationwide Class, or alternatively, one or more of the State Subclasses)**

179.    Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

180.    Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu bring this claim on behalf of themselves and on behalf of the members of the Nationwide Class and the California Class.

181.    Plaintiffs Daniel, Chopra, and Whatmough bring this claim on behalf of themselves and on behalf of the members of the Nationwide Class and the Arizona Class.

182.    Plaintiffs Gucwa and Hutcheson bring this claim on behalf of themselves and on behalf of the members of the Nationwide Class and the Florida Class.

183.    Plaintiffs Bharadwaj and Hensel bring this claim on behalf of themselves and on behalf of the members of the Nationwide Class and the Georgia Class.

184.    Plaintiff Doyle brings this claim on behalf of himself and on behalf of the members of the Nationwide Class and the Massachusetts Class.

185.    Plaintiff Jackson brings this claim on behalf of herself and on behalf of the members of the Nationwide Class and the New Jersey Class.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

186.   Plaintiff Curley brings this claim on behalf of themselves and on behalf of the members of the Nationwide Class and the Oregon Class.

187.   Plaintiffs Sallurday, Sallurday, and Gleason bring this claim on behalf of themselves and on behalf of the members of the Nationwide Class and the Pennsylvania Class.

188.   Plaintiffs Guzman, Rakestraw, and Syed bring this claim on behalf of themselves and on behalf of the members of the Nationwide Class and the Texas Class.

189.   Plaintiff Tyson brings this claim on behalf of themselves and on behalf of the members of the Nationwide Class and the North Carolina Class.

190.   Plaintiff Zhang brings this claim on behalf of himself and on behalf of the members of the Nationwide Class and the Washington Class.

191.   Plaintiffs and the Class members are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

192.   Tesla is a supplier and warrantor within the meaning of 15 U.S.C. §§ 2301(4)-(5).

193.   The Class Vehicles, including Plaintiffs' vehicles, are "consumer products" within the meaning of 15 U.S.C. § 2301(1).

194.   Tesla's 4 year/50,000-mile New Vehicle Limited Warranty is a "written warranty" within the meaning of 15 U.S.C. § 2301(6).

195.   Tesla breached its express warranties by:

    a)    Providing the Class Vehicles present an unreasonable risk of sudden uncommanded acceleration and thus not fit for their ordinary purpose of providing safe and reliable transportation.

    b)    By refusing and/or failing to repair or replace the defective vehicle's materials and/or design defects that cause the Class Vehicles' sudden uncommanded acceleration.

    c)    Refusing and/or failing to honor the express warranties by repairing or replacing, free of charge, the consequential damage

279

resulting from the Class Vehicles that have experienced sudden uncommanded acceleration.

196.   Plaintiffs and the other Class members relied on the existence and length of the express warranties in deciding whether to purchase or lease the Class Vehicles.

197.   Tesla's breach of express warranties has deprived Plaintiffs and the other Class members of the benefit of their bargain.

198.   The amount in controversy of Plaintiffs' individual claims meets or exceeds the sum or value of $25.00. In addition, the amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interests and costs) computed on the basis of all claims to be determined in this suit.

199.   Tesla has been given reasonable opportunity to cure its breach of the written warranties. Alternatively, Plaintiffs and the other Class members are not required to do so because affording Tesla a reasonable opportunity to cure its breach of written warranties was, and is, futile. Tesla was also on notice of the alleged defect from the complaints and service requests it received from Class members, as well as from Tesla's own warranty claims, customer complaint data, NHSTA complaints, and lawsuits.

200.   As a direct and proximate cause of Tesla's breach of the written warranties, Plaintiffs and the other Class members sustained damages and other losses in an amount to be determined at trial. Tesla's conduct damaged Plaintiffs and the other Class members, who are entitled to recover actual damages, consequential damages, specific performance, diminution in value, costs, including statutory attorney fees and/or other relief as deemed appropriate.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**B.      Claims Brought on Behalf of the California Class**

**COUNT II**

**VIOLATIONS OF THE CONSUMER LEGAL REMEDIES ACT ("CLRA")**

**(Cal. Civ. Code § 1750, *et seq.*)**

**(By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu on behalf of the California Class)**

201.   Plaintiffs incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

202.   Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu bring this claim on behalf of themselves and on behalf of the members of the Nationwide Class and the California Class.

203.   Tesla is a "person" as that term is defined in California Civil Code § 1761(c).

204.   Plaintiffs and the Class members are "consumers" as that term is defined in California Civil Code § 1761(d).

205.   Tesla engaged in unfair and deceptive acts in violation of the CLRA by the practices described above, and by knowingly and intentionally concealing from Plaintiffs and Class members that the Class Vehicles suffer from a defect(s) (and the costs, risks, and diminished value of the vehicles as a result of this problem). These acts and practices violate, at a minimum, the following sections of the CLRA:

- Representing that goods or services have sponsorships, characteristics, uses, benefits or quantities which they do not have, or that a person has a sponsorship, approval, status, affiliation or connection which he or she does not have;

- Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another; and

281

- Advertising goods and services with the intent not to sell them as advertised.

206. Tesla's unfair or deceptive acts or practices occurred repeatedly in its trade or business, were capable of deceiving a substantial portion of the purchasing public and imposed a serious safety risk on the public.

207. Tesla knew that the Class Vehicles were defectively designed or manufactured, would fail without warning, and were not suitable for their intended use of regulating power and vehicle speed based on driver commands. Tesla nevertheless failed to warn Plaintiffs, Class members, and the public about these inherent dangers, despite having a duty to do so.

208. Tesla had the duty to Plaintiffs, Class members, and the public to disclose the Defect and the defective nature of the Class Vehicles because:

a) Tesla was in a superior position to know the true state of facts about the Defect and associated repair costs in the Class Vehicles;

b) Plaintiffs and the Class members could not reasonably have been expected to learn or discover that the Class Vehicles had dangerous defects until the defects became manifest;

c) Tesla knew that Plaintiffs and the Class members could not reasonably have been expected to learn about or discover the Defect and its associated repair costs;

d) Tesla actively concealed the Defect, its causes, and resulting effects through deceptive marketing campaigns designed to hide the life-threatening problems from Plaintiffs, Class members, and the public; and/or

e) Tesla made incomplete representations about the safety and reliability of the Class Vehicles generally, while purposefully withholding material facts from Plaintiffs, Class members, and the public that contradicted these representations.

282

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

209.   In failing to disclose the Defect and its associated safety risks and repair costs, Tesla has knowingly and intentionally concealed material facts and breached its duty to disclose.

210.   The facts Tesla concealed or did not disclose to Plaintiffs and the Class members are material because a reasonable consumer would have considered them to be important in deciding whether to purchase the Class Vehicles or pay a lesser price. Had Plaintiffs and the Class known the Class Vehicles were defective, they would not have purchased the Class Vehicles or would have paid less for them.

211.   Absent injunctive relief, Tesla will continue to injure Plaintiffs and the Class members. Tesla's misrepresentations and omissions regarding the defect in its vehicles causing sudden uncommanded acceleration are ongoing. Even if such conduct were to cease, Tesla's behavior is capable of repetition or re-occurrence because Tesla is a dominant player in the automobile industry and has many tens of thousands of customers in California alone.

212.   Plaintiffs individually seek public injunctive relief under the CLRA to protect the general public from Tesla's false advertisements and omissions—including Tesla's ongoing claims that its vehicles are the safest production vehicles on the road, not capable of sudden uncommanded acceleration, and that all instances of alleged sudden uncommanded acceleration are the result of driver error.

213.   Plaintiffs provided Tesla with notice of its violations of the CLRA pursuant to California Civil Code § 1782(a) on January 21, 2019.

214.   Tesla's fraudulent and deceptive business practices proximately caused injuries to Plaintiffs, Class members, and the public.

215.   Therefore, Plaintiffs and the other Class members seek equitable and monetary relief under the CLRA.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

# COUNT III

## VIOLATIONS OF THE CALIFORNIA UNFAIR COMPETITION LAW
### (Cal. Bus. & Prof. Code § 17200)

**(By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu on behalf of the California Class)**

216.  Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

217.  Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu bring this claim on behalf of themselves and on behalf of the members of the Nationwide Class and the California Class.

218.  The California Unfair Competition Law ("UCL") prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising." Cal. Bus. & Prof. Code § 17200.

219.  Tesla has engaged in unfair competition and unfair, unlawful, or fraudulent business practices by the conduct, statements, and omissions described above, and by knowingly and intentionally concealing from Plaintiffs, Class members, and the public that the Class Vehicles suffer from the Defect (and the costs, safety risks, and diminished value of the vehicles as a result of these problems). Tesla should have disclosed this information because it was in a superior position to know the true facts related to the Defect, and Plaintiffs, Class members, and the public could not have been reasonably expected to learn or discover these true facts.

220.  The Defect constitutes a safety issue triggering Tesla's duty to disclose.

221.  By its acts and practices, Tesla has deceived Plaintiffs and is likely to have deceived the public. In failing to disclose the Defect and suppressing other material facts from Plaintiffs, Class members, and the public, Tesla breached its duty to disclose these facts, violated the UCL, and caused injuries to Plaintiffs, Class members, and the public. Tesla's omissions and acts of concealment pertained to information material to Plaintiffs and other Class members, as it would have been to all reasonable consumers.

284

222.    Tesla's material misrepresentations and nondisclosures were likely to mislead reasonable consumers, existing and potential customers, and the public.

223.    Tesla's misrepresentations and nondisclosures deceive, and have a tendency to deceive, the general public and reasonable consumers.

224.    Tesla's misrepresentations and nondisclosures are material such that a reasonable person would attach importance to the information and would be induced to act on the information in making purchase decisions, and in making decisions to drive or ride in Tesla vehicles.

225.    The injuries Plaintiffs and the Class members suffered greatly outweigh any potential countervailing benefit to consumers or to competition, and they are not injuries that Plaintiffs and the Class members could or should have reasonably avoided.

226.    Tesla's acts and practices are unlawful because they violate California Civil Code §§ 1668, 1709, 1710, and 1750 et seq., and California Commercial Code § 2313.

227.    Plaintiffs seek to enjoin Tesla from further unlawful, unfair, and/or fraudulent acts or practices, to obtain restitutionary disgorgement of all monies and revenues Tesla has generated as a result of such practices, and all other relief allowed under California Business & Professions Code § 17200. Plaintiffs further seek an award of attorneys' fees and costs under California Code of Civil Procedure § 1021.5.

228.    Absent injunctive relief, Tesla will continue to Plaintiffs, Class members, and the public. Tesla's misrepresentations and omissions regarding the defect in its vehicles causing sudden uncommanded acceleration are ongoing. Even if such conduct were to cease, Tesla's behavior is capable of repetition or re-occurrence because Tesla is a dominant player in the automobile industry and has many tens of thousands of customers in California alone.

229.    Plaintiffs individually seek public injunctive relief under the UCL to protect the general public from Tesla's false advertisements and omissions—including Tesla's ongoing claims that its vehicles are the safest production vehicles on the road, not

285

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

capable of sudden uncommanded acceleration, and that all instances of alleged sudden uncommanded acceleration are the result of driver error.

## COUNT IV

## VIOLATION OF CALIFORNIA FALSE ADVERTISING LAW

### (Cal. Bus. & Prof. Code § 17500, *et seq*.)

**(By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu on behalf of the California Class)**

230.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

231.   Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu bring this claim on behalf of themselves and on behalf of the members of the Nationwide Class and the California Class.

232.   California Business & Professions Code § 17500 states: "It is unlawful for any . . . corporation . . . with intent directly or indirectly to dispose of real or personal property . . . to induce the public to enter into any obligation relating thereto, to make or disseminate or cause to be made or disseminated . . . from this state before the public in any state, in any newspaper or other publication, or any advertising device, . . . or in any other manner or means whatever, including over the Internet, any statement . . . which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading.

233.   Tesla caused to be made or disseminated through California and the United States, through advertising, marketing and other publications, statements that were untrue or misleading, and which were known, or which by the exercise of reasonable care Tesla should have known to be untrue and misleading to consumers, including Plaintiffs and other Class members.

234.   Tesla has violated section 17500 because its misrepresentations and omissions regarding the safety, reliability, and functionality of the Class Vehicles were material and likely to deceive a reasonable consumer.

286

235.   Plaintiffs and the other Class members have suffered injuries in fact, including the loss of money or property, resulting from Tesla's unfair, unlawful, and/or deceptive practices. In purchasing or leasing their Class Vehicles, Plaintiffs and the other Class members relied on Tesla's misrepresentations and/or omissions with respect to the Class Vehicles' safety and reliability. Tesla's representations were untrue because Tesla distributed the Class Vehicles with the Defect. Had Plaintiffs and the other Class members known this, they would not have purchased or leased the Class Vehicles or would not have paid as much for them. Accordingly, Plaintiffs and the other Class members did not receive the benefit of their bargain.

236.   All of the wrongful conduct alleged herein occurred, and continues to occur, in the conduct of Tesla's business. Tesla's wrongful conduct is part of a pattern or generalized course of conduct that is still perpetuated and repeated, both in the state of California and nationwide.

237.   Plaintiffs, individually and on behalf of the other Class members, request that the Court enter such orders or judgments as may be necessary to enjoin Tesla from continuing its unfair, unlawful, and/or deceptive practices, and restore to Plaintiffs and the other Class members any money Tesla acquired by unfair competition, including restitution and/or restitutionary disgorgement, and for such other relief set forth below. Plaintiffs further seek an award of attorneys' fees and costs under California Code of Civil Procedure § 1021.5.

238.   Absent injunctive relief, Tesla will continue to injure Plaintiffs, Class members, and the public. Tesla's misrepresentations and omissions regarding the defect in its vehicles causing sudden uncommanded acceleration are ongoing. Even if such conduct were to cease, Tesla's behavior is capable of repetition or re-occurrence because Tesla is a dominant player in the automobile industry and has many tens of thousands of customers in California alone.

239.   Plaintiffs individually seek public injunctive relief, under California's False Advertising law, to protect the general public from Tesla's false advertisements and

287

omissions—including Tesla's ongoing claims that its vehicles are the safest production vehicles on the road, not capable of sudden uncommanded acceleration, and that all instances of alleged sudden uncommanded acceleration are the result of driver error.

## COUNT V

## VIOLATIONS OF THE SONG-BEVERLY ACT – BREACH OF IMPLIED WARRANTY

### (Cal. Civ. Code §§ 1792, 1791.1, *et seq.*)

**(By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu on behalf of the California Class)**

240.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

241.   Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu bring this claim on behalf of themselves and on behalf of the members of the Nationwide Class and the California Class.

242.   At all relevant times hereto, Tesla was the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles. Tesla knew or should have known of the specific use for which Plaintiffs and the Class purchased the Class Vehicles.

243.   Tesla provided Plaintiffs and the Class members with an implied warranty that the Class Vehicles, and any parts thereof, are merchantable and fit for the ordinary purposes for which they were sold. The Class Vehicles, however, are not fit for their ordinary purpose because, inter alia, the Class Vehicles suffered from an inherent defect at the time of sale.

244.   The Defect renders the Class Vehicles unfit for the purpose of providing safe and reliable transportation.

245.   Tesla impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use. This implied warranty included, inter alia, the following: (i) a warranty that the Class Vehicles were manufactured, supplied, distributed, and/or sold by Tesla were safe and reliable for providing transportation; and (ii) a warranty that the

288

Class Vehicles would be fit for their intended use—providing safe and reliable transportation—while the Class Vehicles were being operated.

246. Contrary to the applicable implied warranties, the Class Vehicles were not fit for their ordinary and intended purpose of providing safe and reliable transportation. Instead, the Class Vehicles suffer from a defective design(s) and/or manufacturing defects(s).

247. Tesla's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use in violation of California Civil Code §§ 1792 and 1791.1.

## COUNT VI

## VIOLATION OF THE SONG-BEVERLY CONSUMER WARRANTY ACT FOR BREACH OF EXPRESS WARRANTIES

### (Cal. Civ. Code § 1793.2(d) & 1791.2)

**(By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu on behalf of the California Class)**

248. Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

249. Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu bring this claim on behalf of themselves and on behalf of the members of the Nationwide Class and the California Class.

250. Plaintiffs and the Class members who purchased or leased the Class Vehicles in California are "buyers" within the meaning of California Civil Code section 1791.

251. The Class Vehicles are "consumer goods" within the meaning of California Civil Code section 1791(a).

252. Tesla is a "manufacturer" of the Class Vehicles within the meaning of California Civil Code section 1791(j).

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

253.   Plaintiffs and the Class bought/leased new motor vehicles manufactured by Tesla.

254.   Tesla made express warranties to Plaintiffs and the Class within the meaning of California Civil Code sections 1791.2 and 1793.2, both in its warranty manual and advertising, as described above.

255.   The Class Vehicles had, and continue to have, defects that were and continue to be covered by Tesla's express warranties and these defects substantially impair the use, value, and safety of Tesla's vehicles to reasonable consumers like Plaintiffs and the Class.

256.   Plaintiffs and the Class delivered their vehicles to Tesla or its authorized repair facility for repair of the defects and/or notified Tesla in writing of the need for repair of the defects because they reasonably could not deliver the vehicles to Tesla or its authorized repair facility due to fear of uncommanded acceleration.

257.   Tesla and its authorized repair facilities failed and continue to fail to repair the vehicles to match Tesla's written warranties after a reasonable number of opportunities to do so.

258.   Plaintiffs and the Class members gave Tesla or its authorized repair facilities at least two opportunities to fix the defects unless only one repair attempt was possible because the vehicle was later destroyed or because Tesla or its authorized repair facility refused to attempt the repair.

259.   Tesla did not promptly replace or buy back the vehicles belonging to Plaintiffs and/or the Class.

260.   As a result of Tesla's breach of its express warranties, Plaintiffs and the Class received goods whose dangerous condition substantially impairs their value to Plaintiffs and the Class. Plaintiffs and the Class have been damaged as a result of the products' malfunctioning, and the nonuse of their vehicles.

261.   Pursuant to California Civil Code sections 1793.2 and 1794, Plaintiffs and the Class are entitled to damages and other legal and equitable relief including, at their

290

election, the purchase price of their vehicles, or the overpayment or diminution in value of their vehicles.

**COUNT VII**

**BREACH OF IMPLIED WARRANTY**

**(Cal. Com. Code § 231)**

**(By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu on behalf of the California Class)**

262.    Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

263.    Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu bring this claim on behalf of themselves and on behalf of the members of the Nationwide Class and the California Class.

264.    Tesla was at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Model S and Model X. Tesla knew or had reason to know of the specific use for which the Model S and Model X vehicles were purchased.

265.    Tesla provided Plaintiffs and the other Class members with an implied warranty that the Class Vehicles, and any parts thereof, are merchantable and fit for the ordinary purposes for which they were sold. However, these vehicles are not fit for their ordinary purpose of providing reasonably reliable and safe transportation at the time of sale or thereafter because, *inter alia*, there are defects in the vehicle control systems that permit sudden uncommanded acceleration to occur; the vehicles do not have an adequate fail-safe to protect against such SUA events; and the accelerator control system was not adequately tested to prevent SUA events.

266.    Therefore, the Class Vehicles are not fit for their particular purpose of providing safe and reliable transportation.

267.    Tesla impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use. This implied warranty included, among other things: (i) a warranty that the vehicles Tesla manufactured, supplied, distributed, and/or sold were

291

safe and reliable for providing transportation, and would not experience premature and catastrophic failure; and (ii) a warranty that the Class Vehicles would be fit for their intended use while being operated.

268.    Contrary to the applicable implied warranties, the Class Vehicles at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiffs and the other Class members with reliable, durable, and safe transportation. Instead, the Class Vehicles suffer from a defective design(s) and/or manufacturing defect(s).

269.    Tesla's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use.

270.    After Plaintiffs received the injuries complained of herein, notice was given by Plaintiffs to Defendant, by direct communication with Defendant Tesla as well as by the filing of this lawsuit in the time and in the manner and in the form prescribed by law, of the breach of said implied warranty.

271.    As a legal and proximate result of the breach of said implied warranty, Plaintiffs sustained the damages herein set forth.

272.    Plaintiffs and Class members are, therefore, entitled to damages in an amount to be proven at the time of trial.

## COUNT VIII
## BREACH OF EXPRESS WARRANTY
### (Cal. Com. Code § 2313)

**(By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu on behalf of the California Class)**

273.    Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

274.    Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu bring this claim on behalf of themselves and on behalf of the members of the Nationwide Class and the California Class.

292

275. Tesla provided all purchasers and lessees of the Class Vehicles with the express warranties described herein, which became part of the basis of the parties' bargain. Accordingly, Tesla's warranties are express warranties under state law.

276. In the course of selling its vehicles, Tesla expressly warranted in writing that its vehicles were covered by a New Vehicle Limited Warranty (or "Basic Vehicle Limited Warranty") that provided: "the Basic Vehicle Limited Warranty covers the repair or replacement necessary to correct defects in the materials or workmanship of any parts manufactured or supplied by Tesla that occur under normal use for a period of 4 years or 50,000 miles (80,000 km), whichever comes first."

277. Tesla distributed the defective parts causing the Defect in the Class Vehicles, and said parts are covered by Tesla's warranties granted to all Class Vehicle purchasers and lessors.

278. Tesla breached these warranties by selling and leasing Class Vehicles with the Defect, requiring repair or replacement within the applicable warranty periods, and refusing to honor the warranties by providing free repairs or replacements during the applicable warranty periods.

279. Plaintiffs notified Tesla of its breach within a reasonable time, and/or were not required to do so because affording Tesla a reasonable opportunity to cure its breaches would have been futile. Tesla also knew about the Defect but chose instead to conceal it as a means of avoiding compliance with its warranty obligations.

280. As a direct and proximate cause of Tesla's breach, Plaintiffs and the other Class members bought or leased Class Vehicles they otherwise would not have, overpaid for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value. Plaintiffs and the Class members have incurred and will continue to incur costs related to the Defect's diagnosis and repair.

281. Any attempt to disclaim or limit these express warranties vis-à-vis consumers is unconscionable and unenforceable under the circumstances here.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

Specifically, Tesla's warranty limitations are unenforceable because it knowingly sold a defective product without giving notice of the Defect to Plaintiffs or the Class.

282.    The time limits contained in Tesla's warranty period were also unconscionable and inadequate to protect Plaintiffs and Class members. Among other things, Plaintiffs and Class members had no meaningful choice in determining these time limitations, the terms of which unreasonably favored Tesla. A gross disparity in bargaining power existed between Tesla and the Class members because Tesla knew or should have known that the Class Vehicles were defective at the time of sale and would fail well before their useful lives.

283.    Plaintiffs and the Class members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Tesla's conduct.

## COUNT IX
## BREACH OF CONTRACT/COMMON LAW WARRANTY
### (Under California Law)
**(By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu on behalf of the California Class)**

284.    Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

285.    Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu bring this claim on behalf of themselves and on behalf of the members of the Nationwide Class and the California Class.

286.    Tesla was at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles. Tesla knew or had reason to know of the specific use for which Plaintiffs and the Class purchased the Class Vehicles.

287.    Tesla provided Plaintiffs and the Class members with an implied warranty that the Class Vehicles and any parts thereof are merchantable and fit for the ordinary purposes for which they were sold. However, the Class Vehicles are not fit for their

294

ordinary purpose of providing reasonably reliable and safe transportation at the time of sale or thereafter because, *inter alia*, the Class Vehicles suffered from a Defect at the time of sale. Therefore, the Class Vehicles are not fit for their particular purpose of providing safe and reliable transportation.

288.   Tesla impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use. This implied warranty included, among other things: (i) a warranty that the Class Vehicles were manufactured, supplied, distributed, and/or sold by Tesla were safe and reliable for the purpose for which they were installed in the vehicles; and (ii) a warranty that the Class Vehicles would be fit for their intended use while being operated.

289.   Contrary to the applicable implied warranties, the Class Vehicles at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiffs and the other Class members with reliable, durable, and safe transportation. Instead, the Class Vehicles suffer from a defective design(s) and/or manufacturing defect(s).

290.   Tesla's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use.

## COUNT X

## COMMON LAW FRAUDULENT CONCEALMENT

### (Under California Law)

**(By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu on behalf of the California Class)**

291.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

292.   Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu bring this claim on behalf of themselves and on behalf of the members of the Nationwide Class and the California Class.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

293.   Tesla made material omissions concerning a presently existing or past fact. For example, Tesla did not fully and truthfully disclose to their customers the true nature of the inherent defect of the Class Vehicles, which was not readily discoverable until years later. As a result, Plaintiffs and the other Class members were fraudulently induced to lease and/or purchase the Class Vehicles with the said defect and all of the resultant problems.

294.   Tesla made these representations with knowledge of their falsity, and with the intent that Plaintiffs and the Class members rely on them.

295.   Plaintiffs and the Class members reasonably relied on these omissions and suffered damages as a result.

**COUNT XI**

**PERMANENT PUBLIC INJUNCTIVE RELIEF**

**(Under Cal. Civ. Code § 3422 and All Inherent or Other Authority)**

**(By All Plaintiffs on Behalf of the Nationwide Class or Alternatively, by Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu on behalf of the California Class)**

296.   Plaintiffs and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

297.   Plaintiffs Lee, Xia, Ahronee, Arroyave, Rodriguez, and Wu bring this claim on behalf of themselves and on behalf of the members of the Nationwide Class, the California Class, and to benefit the general public.

298.   If not enjoined by this Court, Tesla will continue to injure the Class members and the general public through its misrepresentations and omissions regarding the defect in its vehicles causing sudden uncommanded acceleration, which are directed at the consuming public, including in California. Even if such conduct were to cease, it is behavior that is capable of repetition or re-occurrence by Tesla, which is a dominant player in the industry and has many tens of thousands of customers in California alone.

299.   In order to prevent injury to the Class members and the general public, Plaintiffs individually seek public injunctive relief in the form of a judgment and

injunction to permanently enjoin Tesla from its false advertising and to require Tesla to disclose to the public the truth about the susceptibility of its vehicles to sudden uncommanded acceleration, or as the Court otherwise deems just and proper.

300.    The balance of the equities favors the entry of permanent public injunctive relief. The Class members and the general public will continue to be harmed, and Tesla's unlawful behavior is likely to continue, absent the entry of permanent public injunctive relief. Therefore, a public injunction is in the public interest.

**C.      Claims Brought on Behalf of the Arizona Class**

**COUNT XII**

**ARIZONA CONSUMER FRAUD ACT**

**(A.R.S. § 44-1521, *et seq.*)**

**(By Plaintiffs Daniel, Chopra, and Whatmough on Behalf of the Arizona Class)**

301.    Plaintiffs Daniel, Chopra, and Whatmough and the Arizona Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

302.    Plaintiffs Daniel, Chopra, and Whatmough bring this claim on behalf of themselves and on behalf of the members of the Arizona Class.

303.    The Arizona Consumer Fraud Act provides that "[t]he act, use or employment by any person of any deception, deceptive or unfair act or practice, fraud, false pretense, false promise, misrepresentation, or concealment, suppression or omission of any material fact with intent that others rely upon such concealment, suppression or omission, in connection with the sale or advertisement of any merchandise whether or not any person has in fact been misled, deceived or damaged thereby, is declared to be an unlawful practice." A.R.S. § 44-1522(A).

304.    Tesla is a "person" within the meaning of A.R.S. § 44-1521(6).

305.    Tesla brand vehicles are "merchandise" within the meaning of A.R.S. § 44-1521(5).

297

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

306.   Statements made by Tesla about the safety and reliability of its vehicles are "advertisements" within the meaning of A.R.S. § 44-1521(1).

307.   In the course of selling the Class Vehicles, Tesla systematically acted with a tendency or capacity to deceived. Tesla engaged in unlawful practices by employing deception, fraud, misrepresentations, or concealment in connection with the sale and lease of Tesla vehicles.

308.   By actively advertising, marketing, selling, and leasing its vehicles as the safest and most reliable vehicles on the road, Tesla engaged in deceptive and unfair business practices.

309.   While engaging in the unlawful acts and practices alleged in this Complaint, Tesla has at all times acted "willfully" as defined by A.R.S. § 44-1531. Tesla knew or should have known that its conduct was of the nature prohibited by the Arizona Consumer Fraud Act.

310.   Tesla owed a duty to purchasers and lessees of Tesla vehicles because they possessed exclusive knowledge regarding the vehicles' predilection for sudden uncommanded acceleration and falsely advertised and marketed its vehicles as safe despite the fact that the vehicles could accelerate without warning or explanation.

311.   Tesla's violations present a continuing harm to owners of Tesla vehicles as well as the general public; therefore, the unlawful acts and practices complained of here affect the public interest.

312.   Any previous recalls and modifications that Tesla has attempted to date have been inadequate to remedy the Defect, and the Class Vehicles continue to fail to perform as Tesla promised.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# COUNT XIII

## BREACH OF EXPRESS WARRANTY

### (Under Arizona Law)

### (By Plaintiffs Daniel, Chopra, and Whatmough on Behalf of the Arizona Class)

313.   Plaintiffs Daniel, Chopra, and Whatmough and the Arizona Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

314.   Plaintiffs Daniel, Chopra, and Whatmough bring this claim on behalf of himself and on behalf of the members of the Arizona Class.

315.   Tesla provided all purchasers and lessees of the Class Vehicles with the express warranties described herein, which became part of the basis of the parties' bargain. Accordingly, Tesla's warranties are express warranties under state law.

316.   In addition, Tesla made statements and/or promises to Class members that its vehicles would be fully operational, safe, and reliable to drive.

317.   Tesla breached these warranties by selling and leasing Class Vehicles such that they were not fully operational, safe, or reliable to drive. Tesla has exacerbated the breach by failing to fix the defect, either because Tesla failed to identify the problem or failed to provide free repairs or replacements during the applicable warranty periods.

318.   As a direct and proximate cause of Tesla's breach, Plaintiffs and the other Class members bought or leased Class Vehicles they otherwise would not have, overpaid for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value. Plaintiffs and the Class members have incurred and will continue to incur costs related to the defect's diagnosis and repair.

319.   Any attempt to disclaim or limit these express warranties vis-à-vis consumers is unconscionable and unenforceable under the circumstances here. Specifically, Tesla's warranty limitations are unenforceable because it knowingly sold a defective product without giving notice to Plaintiffs or the Class.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

320.    The time limits contained in Tesla's warranty period were also unconscionable and inadequate to protect Plaintiffs and the Class members. Among other things, Plaintiffs and Class members had no meaningful choice in determining these time limitations, the terms of which unreasonably favored Tesla. A gross disparity in bargaining power existed between Tesla and the Class members because Tesla knew or should have known that the Class Vehicles were defective at the time of sale.

321.    Plaintiffs and Class members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Tesla's conduct.

## COUNT XIV

## BREACH OF IMPLIED WARRANTY

## (Under Arizona Law)

## (By Plaintiffs Daniel, Chopra, and Whatmough on Behalf of the Arizona Class)

322.    Plaintiffs Daniel, Chopra, and Whatmough and the Arizona Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

323.    Plaintiffs Daniel, Chopra, and Whatmough bring this claim on behalf of themselves and on behalf of the members of the Arizona Class.

324.    Tesla was at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles. Tesla knew or had reason to know of the specific use for which the Class Vehicles were purchased.

325.    Tesla provided Plaintiffs and Class members with an implied warranty that the Class Vehicles and any parts thereof are merchantable and fit for the ordinary purposes for which they were sold. However, the Class Vehicles are not fit for their ordinary purpose of providing reasonably reliable and safe transportation at the time of sale or thereafter because, *inter alia*, the Class Vehicles suffered from a defect at the time of sale. Therefore, the Class Vehicles are not fit for their particular purpose of providing safe and reliable transportation.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

326. Tesla impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use. This implied warranty included, among other things: (i) a warranty that the Class Vehicles manufactured, supplied, distributed, and/or sold by Tesla were safe and reliable for the purpose for which they were installed; and (ii) a warranty that the Class Vehicles would be fit for their intended use.

327. Contrary to the applicable implied warranties, the Class Vehicles at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiffs and the other Class members with reliable, durable, and safe transportation. Instead, the Class Vehicles suffer from a defective design(s) and/or manufacturing defect(s).

328. Tesla's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use.

**D.    Claims Brought on Behalf of the Florida Class**

**COUNT XV**

**VIOLATION OF FLORIDA'S UNFAIR & DECEPTIVE TRADE PRACTICES ACT**

**(Fla. Stat. § 501.201, et seq.)**

**(By Plaintiffs Gucwa and Hutcheson on Behalf of the Florida Class)**

329. Plaintiffs Gucwa and Hutcheson and the Florida Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

330. Plaintiffs Gucwa and Hutcheson bring this claim on behalf of themselves and on behalf of the members of the Florida Class.

331. Tesla's acts as alleged herein constitute unfair or deceptive acts or practices, including, but not limited to its manufacture and sale of vehicles with a sudden acceleration defect, which Tesla failed to adequately investigate, disclose and remedy, and its misrepresentations and omissions regarding the safety and reliability of its vehicles.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

332.  Tesla's actions as set forth above occurred in the conduct of trade or commerce.

333.  Tesla's actions impact the public interest because Plaintiffs and the Florida Class members were injured in exactly the same way as millions of others purchasing and/or leasing the Class Vehicles as a result of Tesla's generalized course of deception. All of the wrongful conduct alleged herein occurred, and continues to occur, in the conduct of Tesla's business.

334.  Plaintiffs and the Florida Class members were injured as a result of Tesla's conduct. Plaintiffs overpaid for the Class Vehicles and did not receive the benefit of their bargain, as the Class Vehicles have suffered a diminution in value.

335.  Tesla's conduct proximately caused the injuries to Plaintiffs and the Class members.

336.  Tesla is liable to Plaintiffs and the Class members for damages in amounts to be proven at trial, including attorneys' fees, costs, and treble damages.

337.  Absent injunctive relief, Tesla will continue to injure Plaintiffs, the Class members, and the general public. Tesla's misrepresentations and omissions regarding the defect in its vehicles causing sudden uncommanded acceleration are ongoing. Even if such conduct were to cease, Tesla's behavior is capable of repetition or re-occurrence because Tesla is a dominant player in the automobile industry and has many tens of thousands of customers in Florida alone.

338.  Plaintiffs individually seek public injunctive relief, under Florida's Unfair & Deceptive Trade Practices Act, to protect the general public from Tesla's false advertisements and omissions—including Tesla's ongoing claims that its vehicles are the safest production vehicles on the road, not capable of sudden uncommanded acceleration, and that all instances of alleged sudden uncommanded acceleration are the result of driver error.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

339.    Pursuant to Fla. Stat. § 501.201, Plaintiffs will serve the Attorney General of Florida with a copy of this complaint as Plaintiffs and the Class members seek injunctive relief.

## COUNT XVI

## BREACH OF EXPRESS WARRANTY

### (Fla. Stat. § 672.313)

### (By Plaintiffs Gucwa and Hutcheson on Behalf of the Florida Class)

340.    Plaintiffs Gucwa and Hutcheson and the Florida Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

341.    Plaintiffs Gucwa and Hutcheson bring this claim on behalf of themselves and on behalf of the members of the Florida Class.

342.    Tesla is and was at all relevant times a merchant with respect to the sale of motor vehicles.

343.    In the course of selling the Class Vehicles, Tesla expressly warranted in writing that the Class Vehicles were covered by a warranty.

344.    Tesla breached the express warranty to repair and adjust to correct defects in materials and workmanship of any part supplied by Tesla. Tesla has not repaired or adjusted, and have been unable to repair or adjust, the Class Vehicles' materials and workmanship defects.

345.    In addition to the written warranties Tesla issued, Tesla expressly warranted several attributes, characteristics and qualities, as set forth above.

346.    Furthermore, the limited warranty of repair and/or adjustments to defective parts, fails in its essential purpose because the contractual remedy is insufficient to make Plaintiffs and the Florida Class whole and because Tesla has failed and/or has refused to adequately provide the promised remedies within a reasonable time.

347.    Accordingly, recovery by the Plaintiffs or the Florida Class members is not limited to the limited warranty of repair or adjustments to parts defective in materials or workmanship, and Plaintiffs and the Florida Class seek all remedies as allowed by law.

303

348.   Also, as alleged in more detail herein, at the time that Tesla warranted and sold the vehicles it knew that they did not conform to the warranties and were inherently defective, and Tesla wrongfully and fraudulently misrepresented and/or concealed material facts. Plaintiffs and the Florida Class members were therefore induced to purchase the Class Vehicles under false and/or fraudulent pretenses.

349.   Moreover, many of the damages flowing from the Class Vehicles cannot be resolved through the limited remedy of "replacement or adjustments," as those incidental and consequential damages have already been suffered due to Tesla's fraudulent conduct as alleged herein, and due to its failure and/or continued failure to provide such limited remedy within a reasonable time, and any limitation on Plaintiffs' and the Florida Class members' remedies would be insufficient.

350.   Tesla has been provided notice of these issues by numerous complaints as described herein.

351.    As a direct and proximate result of Tesla's breach of express warranties, Plaintiffs and the Florida Class members have been damaged in an amount to be determined at trial.

**COUNT XVII**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**(Fla. Stat. § 672.314)**

**(By Plaintiffs Gucwa and Hutcheson on Behalf of the Florida Class)**

352.   Plaintiff Gucwa and Hutcheson and the Florida Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

353.   Plaintiffs Gucwa and Hutcheson bring this claim on behalf of themselves and on behalf of the members of the Florida Class.

354.   Tesla is and was at all relevant times a merchant with respect to motor vehicles.

355.   A warranty that the Class Vehicles were in merchantable condition is implied by law in the instant transactions, pursuant to Fla. Stat. § 672.316.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

356.    These vehicles, when sold and at all times thereafter, were not in merchantable condition and are not fit for the ordinary purpose for which cars are used. Specifically, the Class Vehicles are inherently defective based on the defects in their brake systems.

357.    Tesla was provided notice of these issues by numerous complaints as alleged herein.

358.    Plaintiff and the Florida Class members have had sufficient dealings with Tesla to establish privity of contract. Nonetheless, privity is not required because the Class Vehicles are dangerous instrumentalities due to the aforementioned defects and nonconformities.

359.    As a direct and proximate result of Tesla's breach of the warranties of merchantability, Plaintiffs and the Florida Class members have been damaged in an amount to be proven at trial.

## COUNT XVIII

## BREACH OF CONTRACT/COMMON LAW WARRANTY

### (Based on Florida Law)

### (By Plaintiffs Gucwa and Hutcheson on Behalf of the Florida Class)

360.    Plaintiffs Gucwa and Hutcheson and the Florida Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

361.    Plaintiffs Gucwa and Hutcheson bring this claim on behalf of themselves and on behalf of the members of the Florida Class.

362.    To the extent Tesla's repair or adjust commitment is deemed not to be a warranty under the Florida Commercial Code, Plaintiffs and the Florida Class members plead in the alternative under common law warranty and contract law theories Tesla limited the remedies available to Plaintiff and the Florida Class members to just repairs and adjustments needed to correct defects in materials or workmanship of any part supplied by Tesla, and/or warranted the quality or nature of those services to Plaintiffs.

363.   Tesla breached this warranty or contract obligation by failing to repair the Class Vehicles evidencing a sudden unintended acceleration problem, including those that were recalled, or to replace them.

364.   As a direct and proximate result of Tesla's breach of contract or common law warranty, Plaintiffs and the Class members have been damaged in an amount to be proven at trial, which shall include, but is not limited to, all compensatory damages, incidental and consequential damages, and other damages allowed by law.

**COUNT XIX**

**FRAUD BY CONCEALMENT**

**(Based on Florida Law)**

**(By Plaintiffs Gucwa and Hutcheson on Behalf of the Florida Class)**

365.   Plaintiffs Gucwa and Hutcheson and the Florida Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

366.   Plaintiffs Gucwa and Hutcheson bring this claim on behalf of themselves and on behalf of the members of the Florida Class.

367.   Tesla had a duty to disclose these safety issues because they consistently marketed their vehicles as safe and proclaimed that safety is one of Tesla's highest corporate priorities.

368.   In addition, Tesla had a duty to disclose these omitted material facts because they were known and/or accessible only to Tesla who has superior knowledge and access to the facts, and Tesla knew they were not known to or reasonably discoverable by Plaintiffs and the Class members. These omitted facts were material because they directly impact the safety of the Class Vehicles.

369.   Tesla actively concealed and/or suppressed these material facts, in whole or in part, with the intent to induce Plaintiffs and the Class members to purchase the Class Vehicles at a higher price than they otherwise would have paid.

370.   Tesla still have not made full and adequate disclosure and continue to defraud Plaintiffs and the Class members.

306

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

371.   Plaintiffs and the Class members were unaware of these omitted material facts and would not have acted as they did if they had known of the concealed and/or suppressed facts. The actions of Plaintiffs and the Class members were justified. Tesla was in exclusive control of the material facts and such facts were not known to the public, or Plaintiffs and members of the Class.

372.   Tesla's acts were done maliciously, oppressively, deliberately, with intent to defraud, and in reckless disregard of the rights of Plaintiffs and the Class members. Tesla's conduct warrants an assessment of punitive damages in an amount sufficient to deter such conduct in the future, which amount is to be determined according to proof.

## COUNT XX

## UNJUST ENRICHMENT

### (Based on Florida Law)

### (By Plaintiffs Gucwa and Hutcheson on Behalf of the Florida Class)

373.   Plaintiffs Gucwa and Hutcheson and the Florida Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

374.   Plaintiffs Gucwa and Hutcheson bring this claim on behalf of themselves and on behalf of the members of the Florida Class.

375.   Tesla had knowledge of the safety defects in the Class Vehicles, which it failed to disclose to Plaintiffs and the Class members.

376.   As a result of their wrongful and fraudulent acts and omissions, as set forth above, pertaining to the design defect of their vehicles and the concealment of the defect, Defendants charged a higher price for the Class Vehicles than Plaintiffs and the Class members otherwise would have paid, and Tesla obtained monies which rightfully belong to Plaintiffs and the Class members.

377.   Tesla appreciated, accepted, and retained the non-gratuitous benefits conferred by Plaintiffs and the Class members, who without knowledge of the safety defects paid a higher price for vehicles which actually had lower values. It would be inequitable and unjust for Tesla to retain these wrongfully obtained profits.

307

378.    Plaintiffs and the Class members, therefore, are entitled to restitution and seek an order establishing Tesla as constructive trustees of the profits unjustly obtained, plus interest.

### E.    Claims Brought on Behalf of the Georgia Class

### COUNT XXI

### BREACH OF EXPRESS WARRANTY

### (Ga. Code. Ann. §§ 11-2-313 and 11-2A-210)

### (By Plaintiffs Bharadwaj and Hensel on Behalf of the Georgia Class)

379.    Plaintiffs Bharadwaj, Hensel, and the Georgia Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

380.    Plaintiffs Bharadwaj and Hensel bring this claim on behalf of themselves and on behalf of the members of the Georgia Class.

381.    Tesla is and was at all relevant times a "merchant" with respect to motor vehicles under Ga. Code Ann. §§ 11-2-104(1) and 11-2A-103(3), and "sellers" of motor vehicles under § 11-2-103(1)(d).

382.    With respect to leases, Tesla is and was at all relevant times "lessors" of motor vehicles under Ga. Code Ann. § 11-2A-103(1)(p).

383.    The Class Vehicles are and were at all relevant times "goods" within the meaning of Ga. Code Ann. §§ 11-2-105(1) and 11-2A-103(1)(h).

384.    In connection with the purchase or lease of each one of its new vehicles, Tesla provides an express bumper-to-bumper New Vehicle Limited Warranty ("NVLW") for a period of three years or 36,000 miles, whichever occurs first.

385.    Tesla's warranties formed a basis of the bargain that was reached when Plaintiff and other Georgia Class members purchased or leased their Class Vehicle.

386.    Plaintiffs and the Georgia Class members experienced defects within the warranty period. Despite the existence of warranties, Tesla failed to inform Plaintiffs and Georgia Class members that the Class Vehicles contained the Defect which would cause

the uncommanded acceleration to occur and failed to fix the defective suspension components free of charge.

387.    Tesla breached the express warranty by failing to provide Plaintiffs and the Georgia Class members with a remedy to the Defect. Tesla has been unable to repair Plaintiff's vehicle.

388.    Finally, because of Tesla's breach of warranty as set forth herein, Plaintiffs and the other Georgia Class members assert, as additional and/or alternative remedies, the revocation of acceptance of the goods and the return to Plaintiffs and the other Georgia Class members of the purchase or lease price of all Class Vehicles currently owned or leased, and for such other incidental and consequential damages allow.

389.    Tesla was provided notice of these issues by and through numerous NHTSA complaints, letters, customer complaints, and filed lawsuits.

390.    As a direct and proximate result of the Tesla's breach of express warranties, Plaintiffs and the other Georgia Class members have been damaged in an amount to be determined at trial.

**COUNT XXII**

**BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY**

**(Ga. Code. Ann. §§ 11-2-314 and 11-2A-212)**

**(By Plaintiffs Bharadwaj and Hensel on Behalf of the Georgia Class)**

391.    Plaintiffs Bharadwaj, Hensel, and the Georgia Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

392.    Plaintiffs Bharadwaj and Hensel bring this claim on behalf of themselves and on behalf of the members of the Georgia Class.

393.    Tesla is and was at all relevant times a "merchant" with respect to motor vehicles under Ga. Code Ann. §§ 11-2-104(1) and 11-2A-103(3), and "sellers" of motor vehicles under § 11-2-103(1)(d).

394.    With respect to leases, the Tesla is and was at all relevant times "lessors" of motor vehicles under Ga. Code Ann. § 11-2A-103(1)(p).

309

395.    The Class Vehicles are and were at all relevant times "goods" within the meaning of Ga. Code Ann. §§ 11-2-105(1) and 11-2A-103(1)(h).

396.    A warranty that the Class Vehicles were in merchantable condition and fit for the ordinary purpose for which vehicles are used is implied by law pursuant to Ga. Code Ann. §§ 11-2-314 and 11-2A-212.

397.    These Class Vehicles, when sold or leased and at all times thereafter, were not in merchantable condition and are not fit for the ordinary purpose for which vehicles are used. Specifically, the Class Vehicles are inherently defective because they pose a serious safety risk to the occupants and are an unreliable means of transportation.

398.    Tesla was provided notice of these issues by thousands of NHTSA complaints by Class members, lawsuits filed, and by numerous individual letters and communications sent by the Class members.

399.    As a direct and proximate result of Tesla's breach of the warranties of merchantability, Plaintiffs and the other Class members have been damaged in an amount to be proven at trial.

### F.    Claims Brought on Behalf of the Massachusetts Class

### COUNT XXIII

### VIOLATION OF THE MASSACHUSETTS CONSUMER PROTECTION ACT

### (Chapter 93A)

### (By Plaintiff Doyle on Behalf of the Massachusetts Class)

400.    Plaintiff Doyle and the Massachusetts Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

401.    Plaintiff Doyle brings this claim on behalf of himself and on behalf of the members of the Massachusetts Class.

402.    The conduct of Tesla as set forth herein constitutes unfair and deceptive acts or practices in violation of the Massachusetts Consumer Protection Act, Mass. Gen. L. Ch. 93A, including, but not limited to, Tesla's manufacture and sale of vehicles with a sudden acceleration defect that lack brake-override or other effective fail-safe

310

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

mechanisms, which Tesla failed to adequately investigate, disclose and remedy, and its misrepresentations and omissions regarding the safety and reliability of its vehicles, which misrepresentations and omissions possessed the tendency to deceive.

403.    Tesla engages in the conduct of trade or commerce and the misconduct alleged herein occurred in trade or commerce.

404.    In satisfaction of Mass. Gen. L. Ch. 93A, § 9(3), Plaintiff has made demand on Tesla more than 30 days prior to this filing by numerous letters sent by Plaintiff and the Massachusetts Class members. These letters asserted that rights of consumers as claimants had been violated, described the unfair and deceptive acts committed by Tesla, and specified the injuries that Plaintiff and the Massachusetts Class members have suffered and the relief they seek. Thus, these letters satisfy section 9(3).

405.    As a result of Tesla's unfair and deceptive acts or practices in violation of the Massachusetts Consumer Protection Act, Plaintiff suffered injury as described herein. Plaintiff overpaid for the Class Vehicles and did not receive the benefit of their bargain, and their vehicles have suffered a diminution in value.

406.    Absent injunctive relief, Tesla will continue to injure Plaintiffs, the Class members, and the general public. Tesla's misrepresentations and omissions regarding the defect in its vehicles causing sudden uncommanded acceleration are ongoing. Even if such conduct were to cease, Tesla's behavior is capable of repetition or re-occurrence because Tesla is a dominant player in the automobile industry and has many tens of thousands of customers in Massachusetts alone.

407.    Plaintiffs individually seek public injunctive relief, under Massachusetts's Consumer Protection Act, to protect the Class members and the general public from Tesla's false advertisements and omissions—including Tesla's ongoing claims that its vehicles are the safest production vehicles on the road, not capable of sudden uncommanded acceleration, and that all instances of alleged sudden uncommanded acceleration are the result of driver error.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

# COUNT XXIV

## BREACH OF EXPRESS WARRANTY

### (ALM GL ch. 106, § 2-313)

### (By Plaintiff Doyle on Behalf of the Massachusetts Class)

408. Plaintiff Doyle and the Massachusetts Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

409. Plaintiff Doyle brings this claim on behalf of himself and on behalf of the members of the Massachusetts Class.

410. Tesla is and was at all relevant times a merchant with respect to motor vehicles.

411. In the course of selling its vehicles, Tesla expressly warranted in writing that the Class Vehicles were covered by a written warranty.

412. Tesla breached the express warranty to repair and adjust to correct defects in materials and workmanship of any part supplied by Tesla. Tesla has not repaired or adjusted, and has been unable to repair or adjust, the Class Vehicles' materials and workmanship defects.

413. In addition to this written warranty, Tesla expressly warranted several attributes, characteristics and qualities, as set forth above.

414. Furthermore, the limited warranty of repair and/or adjustments to defective parts, fails in its essential purpose because the contractual remedy is insufficient to make the Plaintiff and the Massachusetts Class members whole and because Tesla has failed and/or have refused to adequately provide the promised remedies within a reasonable time.

415. Accordingly, recovery by Plaintiff is not limited to the limited warranty of repair or adjustments to parts defective in materials or workmanship, and Plaintiff seek all remedies as allowed by law.

416. Also, as alleged in more detail herein, at the time that Tesla warranted and sold the vehicles they knew that the vehicles did not conform to the warranties and were

312

inherently defective, and Tesla wrongfully and fraudulently misrepresented and/or concealed material facts regarding their vehicles. Plaintiff and the Massachusetts Class members were therefore induced to purchase the vehicles under false and/or fraudulent pretenses.

417.   Moreover, many of the damages flowing from the Class Vehicles cannot be resolved through the limited remedy of "replacement or adjustments," as those incidental and consequential damages have already been suffered due to Tesla's fraudulent conduct as alleged herein, and due to their failure and/or continued failure to provide such limited remedy within a reasonable time, and any limitation on Plaintiff and the Massachusetts Class members' remedies would be insufficient to make Plaintiff and the Massachusetts Class members whole.

418.   Finally, due to Tesla's breach of warranties as set forth herein, Plaintiffs and the Massachusetts Class members assert as an additional and/or alternative remedy, as set forth in ALM GL ch. 106, § 2-608, for a revocation of acceptance of the goods, and for a return to Plaintiffs and to the Massachusetts Class members of the purchase price of all vehicles currently owned.

419.   Tesla was provided notice of these issues by numerous complaints filed against it, including the instant complaint, and by numerous individual letters and communications sent by Plaintiff and the Massachusetts Class members before or within a reasonable amount of time after Tesla issued the recall and the allegations of vehicle defects became public.

420.   As a direct and proximate result of Tesla's breach of express warranties, Plaintiff and the Massachusetts Class members have been damaged in an amount to be determined at trial.

313

# COUNT XXV

## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY

### (ALM GL ch. 106, § 2-314)

**(By Plaintiff Doyle on Behalf of the Massachusetts Class)**

421.   Plaintiff Doyle and the Massachusetts Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

422.   Plaintiff Doyle brings this claim on behalf of himself and on behalf of the members of the Massachusetts Class.

423.   Tesla is and was at all relevant times a merchant with respect to motor vehicles.

424.   A warranty that the Class Vehicles were in merchantable condition is implied by law in the instant transactions.

425.   These vehicles, when sold and at all times thereafter, were not in merchantable condition and are not fit for the ordinary purpose for which cars are used. Specifically, the Class Vehicles are inherently defective in that there are defects in the vehicle control systems that permit sudden unintended acceleration to occur; the Class Vehicles do not have an adequate fail-safe to protect against such SUA events.

426.   Tesla was provided notice of these issues by numerous complaints filed against it, including the instant complaint, and by numerous individual letters and communications sent by Plaintiff and the Class before or within a reasonable amount of time after Tesla issued the recall and the allegations of vehicle defects became public.

427.   As a direct and proximate result of Tesla's breach of the warranties of merchantability, Plaintiff and the Massachusetts Class members have been damaged in an amount to be proven at trial.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**COUNT XXVI**

**BREACH OF CONTRACT/COMMON LAW WARRANTY**

**(Based on Massachusetts Law)**

**(By Plaintiff Doyle on Behalf of the Massachusetts Class)**

428.    Plaintiff Doyle and the Massachusetts Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

429.    Plaintiff Doyle brings this claim on behalf of himself and on behalf of the members of the Massachusetts Class.

430.    To the extent Tesla's repair or adjust commitment is deemed not to be a warranty under Massachusetts's Commercial Code, Plaintiff pleads in the alternative under common law warranty and contract law. Tesla limited the remedies available to Plaintiff and the Massachusetts Class members to just repairs and adjustments needed to correct defects in materials or workmanship of any part supplied by Tesla, and/or warranted the quality or nature of those services to Plaintiff.

431.    Tesla breached this warranty or contract obligation by failing to repair the Class Vehicles evidencing a sudden unintended acceleration problem, including those that were recalled, or to replace them.

432.    As a direct and proximate result of Defendants' breach of contract or common law warranty, Plaintiffs and the Massachusetts Class members have been damaged in an amount to be proven at trial, which shall include, but is not limited to, all compensatory damages, incidental and consequential damages, and other damages allowed by law.

**COUNT XXVII**

**UNJUST ENRICHMENT**

**(Based on Massachusetts Law)**

**(By Plaintiff Doyle on Behalf of the Massachusetts Class)**

433.    Plaintiff and the Massachusetts Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

315

434.   Plaintiff Doyle brings this claim on behalf of himself and on behalf of the members of the Massachusetts Class.

435.   Tesla had knowledge of the safety defects in its vehicles, which it failed to disclose to Plaintiff and the Massachusetts Class members.

436.   As a result of their wrongful and fraudulent acts and omissions, as set forth above, pertaining to the design defect of their vehicles and the concealment of the defect, Tesla charged a higher price for their vehicles than the vehicles' true value and Tesla obtained monies which rightfully belong to Plaintiffs.

437.   Tesla appreciated, accepted and retained the non-gratuitous benefits conferred by Plaintiff and the Massachusetts Class members, who without knowledge of the safety defects paid a higher price for vehicles which actually had lower values. It would be inequitable and unjust for Tesla to retain these wrongfully obtained profits.

438.   Plaintiffs, therefore, are entitled to restitution and seek an order establishing Tesla as constructive trustees of the profits unjustly obtained, plus interest.

## G.    Claims Brought on Behalf of the New Jersey Class

### COUNT XXVIII

### NEW JERSEY CONSUMER FRAUD ACT

### (N.J.S.A. § 56:8, *et seq.*)

### (By Plaintiff Jackson on Behalf of the New Jersey Class)

439.   Plaintiff Jackson and the New Jersey Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

440.   Plaintiff Jackson brings this claim on behalf of herself and on behalf of the members of the New Jersey Class.

441.   The acts and practices engaged in and employed by Tesla as alleged herein are unfair or deceptive acts or practices affecting the conduct of any trade or commerce in New Jersey:

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

- Failing to warn of a known danger, with regard to Tesla's failure to disclose to consumers the known safety risks associated with sudden uncommanded acceleration in Tesla vehicles;
- Misrepresenting the safety and reliability of its vehicles in light of the sudden uncommanded acceleration defect;
- Failing to perform its contract obligations as imposed by both express and implied warranties.

442.    Each and every unfair or deceptive act constitutes a separate violation of the New Jersey Consumer Fraud Act.

443.    Because Tesla persistently and knowingly failed to reveal material facts regarding the motor vehicles sold to consumers nationwide, Tesla has violated the New Jersey Consumer Fraud Act with each representation or omission.

444.    Tesla owed a duty to purchasers and lessees of Tesla vehicles because they possessed exclusive knowledge regarding the vehicles' predilection for sudden uncommanded acceleration, and falsely advertised and marketed its vehicles as safe despite the fact that the vehicles could accelerate without warning or explanation.

445.    Tesla's violations present a continuing harm to owners of Tesla vehicles as well as the general public; therefore, the unlawful acts and practices complained of here affect the public interest.

446.    Absent injunctive relief, Tesla will continue to injure Plaintiffs, the Class members, and the general public. Tesla's misrepresentations and omissions regarding the defect in its vehicles causing sudden uncommanded acceleration are ongoing. Even if such conduct were to cease, Tesla's behavior is capable of repetition or re-occurrence because Tesla is a dominant player in the automobile industry and has many tens of thousands of customers in New Jersey alone.

447.    Plaintiffs individually seek public injunctive relief, under New Jersey's Consumer Fraud Act, to protect the Class members and the general public from Tesla's false advertisements and omissions—including Tesla's ongoing claims that its vehicles

317

are the safest production vehicles on the road, not capable of sudden uncommanded acceleration, and that all instances of alleged sudden uncommanded acceleration are the result of driver error.

448.    Any previous recalls and modifications that Tesla has attempted to date have been inadequate to remedy the defect, and the Class Vehicles continue to fail to perform as Tesla promised.

**COUNT XXIX**

**BREACH OF EXPRESS WARRANTY**

**(Under New Jersey Law)**

**(By Plaintiff Jackson on Behalf of the New Jersey Class)**

449.    Plaintiff Jackson and the New Jersey Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

450.    Plaintiff Jackson brings this claim on behalf of herself and on behalf of the members of the New Jersey Class.

451.    Tesla provided all purchasers and lessees of the Class Vehicles with the express warranties described herein, which became part of the basis of the parties' bargain. Accordingly, Tesla's warranties are express warranties under state law.

452.    In addition, Tesla made statements and/or promises to Class members that its vehicles would be fully operational, safe, and reliable to drive.

453.    Tesla breached these warranties by selling and leasing Class Vehicles such that they were not fully operational, safe or reliable to drive. Tesla has exacerbated the breach by failing to fix the defect, either because Tesla failed to identify the problem or failed to provide free repairs or replacements during the applicable warranty periods.

454.    Plaintiff notified Tesla of the breach within a reasonable time, and/or was not required to do so because affording Tesla a reasonable opportunity to cure its breaches would have been futile. Tesla has known about the defect but chose instead to conceal it as a means of avoiding compliance with its warranty obligations.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

455.   As a direct and proximate cause of Tesla's breach, Plaintiff and the other Class members bought or leased Class Vehicles they otherwise would not have, overpaid for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value. Plaintiff and the Class members have incurred and will continue to incur costs related to the defect's diagnosis and repair.

456.   Any attempt to disclaim or limit these express warranties vis-à-vis consumers is unconscionable and unenforceable under the circumstances here. Specifically, Tesla's warranty limitations are unenforceable because it knowingly sold a defective product without giving notice to Plaintiff or the Class.

457.   The time limits contained in Tesla's warranty period were also unconscionable and inadequate to protect Plaintiff and Class members. Among other things, Plaintiff and Class members had no meaningful choice in determining these time limitations, the terms of which unreasonably favored Tesla. A gross disparity in bargaining power existed between Tesla and the Class members because Tesla knew or should have known that the Class Vehicles were defective at the time of sale.

458.   Plaintiff and Class members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Tesla's conduct.

## COUNT XXX
## BREACH OF IMPLIED WARRANTY
### (Under New Jersey Law)
### (By Plaintiff Jackson on Behalf of the New Jersey Class)

459.   Plaintiff Jackson and the New Jersey Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

460.   Plaintiff Jackson brings this claim on behalf of herself and on behalf of the members of the New Jersey Class.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

461.   Tesla was at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles. Tesla knew or had reason to know of the specific use for which the Class Vehicles were purchased.

462.   Tesla provided Plaintiff and Class members with an implied warranty that the Class Vehicles and any parts thereof are merchantable and fit for the ordinary purposes for which they were sold. However, the Class Vehicles are not fit for their ordinary purpose of providing reasonably reliable and safe transportation at the time of sale or thereafter because, *inter alia*, the Class Vehicles suffered from a defect at the time of sale. Therefore, the Class Vehicles are not fit for their particular purpose of providing safe and reliable transportation.

463.   Tesla impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use. This implied warranty included, among other things: (i) a warranty that the Class Vehicles manufactured, supplied, distributed, and/or sold by Tesla were safe and reliable for the purpose for which they were installed; and (ii) a warranty that the Class Vehicles would be fit for their intended use.

464.   Contrary to the applicable implied warranties, the Class Vehicles at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiff and the other Class members with reliable, durable, and safe transportation. Instead, the Class Vehicles suffer from a defective design(s) and/or manufacturing defect(s).

465.   Tesla's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use.

**H.     Claims Brought on Behalf of the North Carolina:**

**COUNT XXXI**

**VIOLATIONS OF NORTH CAROLINA UNFAIR AND DECEPTIVE TRADE PRACTICES ACT**

**(N.C.G.S.A. § 75-1.1, *et seq.*)**

**(Brought by Plaintiff Joseph Tyson on behalf of the North Carolina Class)**

320

466.   Plaintiff Tyson and the North Carolina Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

467.   Plaintiff Tyson brings this cause of action on behalf of himself and the North Carolina Class.

468.   Plaintiff and the North Carolina Class members are persons under the North Carolina Unfair and Deceptive Trade Practices Act, N.C. Gen. Stat. § 75-1.1, et seq. ("NCUDTPA").

469.   Tesla's acts and practices complained of herein were performed in the course of Tesla's trade or business and thus occurred in or affected "commerce," as defined in North Carolina General Statutes § 75-1.1(b).

470.   The NCUDTPA makes unlawful "[u]nfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce[.]" The NCUDTPA provides a private right of action for any person injured "by reason of any act or thing done by any other person, firm or corporation in violation of" the NCUDTPA. N.C. Gen. Stat. § 75-16.

471.   In the course of their business, Tesla participated in deceptive trade practices that violated the NCUDTPA, as described above and below. Tesla is directly liable for these violations of law.

472.   Tesla failed to disclose and actively concealed the dangerous risk of sudden uncommanded acceleration in the Class Vehicles.

473.   Tesla engaged in deceptive trade practices prohibited by the NCUDTPA, including (1) knowingly making a false representation as to the characteristics, uses, and benefits of the Class Vehicles that had the capacity or tendency to deceive Plaintiff and the North Carolina Class members; (2) representing that the Class Vehicles are of a particular standard, quality, and grade even though Tesla knew or should have known they are not; (3) advertising the Class Vehicles with the intent not to sell them as advertised; and (4) failing to disclose material information concerning the Class Vehicles that was known to Tesla at the time of advertisement or sale with the intent to induce

321

Plaintiff and the North Carolina Class members to purchase or lease the Defective Vehicles.

474.   Tesla knew that the Class Vehicles were defectively designed or manufactured, would fail without warning, and were not suitable for their intended use. Tesla, nevertheless, failed to warn Plaintiff or the North Carolina Class members about these inherent dangers despite having a duty to do so.

475.   Tesla had the duty to Plaintiff and the North Carolina Class members to disclose the Tesla sudden uncommanded acceleration defect, and the defective nature of the Class Vehicles because:

    a)    Tesla was in a superior position to know the true state of facts about the Tesla Sudden uncommanded acceleration defect and associated repair costs in the Class Vehicles;

    b)    Plaintiff and the North Carolina Class members could not reasonably have been expected to learn or discover that the Class Vehicles had dangerous defects until manifestation of the defects;

    c)    Tesla knew that Plaintiff and the North Carolina Class members could not reasonably have been expected to learn about or discover the Tesla sudden uncommanded acceleration defect and its associated repair costs; and

    d)    Tesla actively concealed the Tesla sudden uncommanded acceleration defect, its causes, and resulting effects, by asserting to Plaintiff and North Carolina Class members that there was no evidence of sudden uncommanded acceleration in Tesla vehicles.

476.   Tesla's practices significantly affected the public as consumers of the Class Vehicles, which pose an unreasonable risk of death or serious bodily injury to Plaintiff and the North Carolina Class members, passengers, other motorists, pedestrians, and the

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

public at large, because they are susceptible to incidents of sudden uncommanded acceleration.

477.   Whether or not a vehicle is prone to sudden uncommanded acceleration is a fact a reasonable consumer would consider important in selecting a vehicle to purchase or lease. When Plaintiff and the North Carolina Class members bought a Class Vehicle for personal, family, or household purposes, they reasonably expected that the vehicles would not have a sudden uncommanded acceleration defect.

478.   Tesla's deceptive practices were likely to and did in fact deceive reasonable consumers, including Plaintiff and the North Carolina Class members, about the true safety and reliability of the Class Vehicles.

479.   By intentionally failing to disclose material information regarding the Class Vehicles' sudden uncommanded acceleration defect, Tesla engaged in an unfair or deceptive act or practice, in that Tesla's practices were immoral, unethical, unscrupulous, or substantially injurious to consumers.

480.   Tesla's acts and practices were deceptive in the sense that they had the capacity or tendency to deceive, because they induced Plaintiff and the North Carolina Class members to purchase the Class Vehicles when they would not have done so, or would have paid materially less, had they been aware of the information Tesla withheld.

481.   Tesla's acts and practices proximately caused actual injury to Plaintiff and the other North Carolina Class members, as Plaintiff would not have purchased the Class Vehicles, or would have paid materially less for the Class Vehicles, if not for Tesla's misrepresentations and omissions.

482.   Plaintiff and the North Carolina Class members are entitled to all actual and consequential damages resulting from Tesla's unfair and deceptive practices. Plaintiff and the North Carolina Class members are also entitled to recovery of treble damages as provided in North Carolina General Statute § 75-16. Plaintiff and the North Carolina Class members are further entitled to attorneys' fees and costs based on Tesla's willful violation of the statute.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**COUNT XXXII**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**(N.C.G.S.A. § 25-2-314)**

**(Brought by Plaintiff Joseph Tyson on behalf of the North Carolina Class)**

483.   Plaintiff Tyson and the North Carolina Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

484.   Plaintiff Tyson brings this cause of action on behalf of himself and the North Carolina Class.

485.   Tesla is and was at all relevant times a "merchant" with respect to motor vehicles under North Carolina General Statute § 25-2-314(1) and "sellers" of motor vehicles under North Carolina General Statute § 25-2-103(1)(d).

486.   With respect to leases, Tesla is and was at all relevant times a "lessor" of motor vehicles under North Carolina General Statutes § 25-2A-103(1)(p).

487.   The Class Vehicles are and were at all relevant times "goods" within the meaning of North Carolina General Statutes §§ 25-2-105(1) and 25-2A-103(1)(h).

488.   A warranty that the Class Vehicles were in merchantable condition and fit for the ordinary purpose for which vehicles are used is implied by law pursuant to North Carolina General Statutes §§ 25-2-314 and § 25-2A-212.

489.   The Class Vehicles, when sold and at all times thereafter, were not in merchantable condition and are not fit for the ordinary purpose for which vehicles are used. Specifically, the Class Vehicles are inherently defective in that they are prone to sudden uncommanded acceleration, which them inherently dangerous for their intended use.

490.   Tesla has been provided notice of these issues by numerous complaints, including complaints by its own certified dealers, as described above.

491.   As a direct and proximate result of Tesla's breach of the warranties of merchantability, Plaintiff and the North Carolina Class have been damaged in an amount to be proven at trial.

324

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

# COUNT XXXIII

## BREACH OF EXPRESS WARRANTY

### (N.C.G.S.A. §§ 25-2-313 and 252A-210)

**(Brought by Plaintiff Joseph Tyson on behalf of the North Carolina Class)**

492.   Plaintiff Tyson and the North Carolina Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

493.   Plaintiff Tyson brings this cause of action on behalf of himself and the North Carolina Class.

494.   Tesla is and was at all relevant times a "merchant" with respect to motor vehicles under North Carolina General Statute § 25-2-314(1) and "sellers" of motor vehicles under North Carolina General Statute § 25-2-103(1)(d).

495.   With respect to leases, Tesla is and was at all relevant times a "lessor" of motor vehicles under North Carolina General Statute § 25-2A-103(1)(p).

496.   The Class Vehicles are and were at all relevant times "goods" within the meaning of North Carolina General Statute §§ 25-2-105(1) and 25-2A-103(1)(h).

497.   In the course of selling the Class Vehicles, Tesla expressly warranted in writing that the Class Vehicles were covered by a warranty, as set forth above.

498.   Tesla breached the express warranty to repair and adjust to correct defects in materials and workmanship of any part supplied by Tesla. Tesla has not repaired or adjusted, and have been unable to repair or adjust, the Class Vehicles' materials and workmanship defects.

499.   In addition to Tesla's express warranty, Tesla expressly warranted several attributes, characteristics, and qualities, as set forth above.

500.   Furthermore, the limited warranty of repair and/or adjustments to defective parts fails in its essential purpose because the contractual remedy is insufficient to make Plaintiff and the North Carolina Class members whole, and because Tesla has failed and/or refused to adequately provide the promised remedies within a reasonable time.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

501.   Accordingly, recovery by Plaintiff and the North Carolina Class members is not limited to the limited warranty of repair or adjustments to parts defective in materials or workmanship, and Plaintiffs will seek all remedies as allowed by law.

502.   Also, as alleged in more detail herein, at the time that Tesla warranted and sold the vehicles they knew that the vehicles did not conform to the warranties and were inherently defective, and Tesla wrongfully and fraudulently misrepresented and/or concealed material facts regarding the Class Vehicles.

503.   Moreover, many of the damages flowing from the purchase and use of the Class Vehicles cannot be resolved through the limited remedy of "replacement or adjustments," as those incidental and consequential damages have already been suffered due to their failure and/or continued failure to provide such limited remedy within a reasonable time, and any limitation on available remedies would be insufficient to make Plaintiff and the North Carolina Class members whole.

504.   Accordingly, recovery by Plaintiff and the other North Carolina Class members is not restricted to the limited warranty promising to repair and/or correct a manufacturing defect, and Plaintiff, individually and on behalf of the other North Carolina Class members, seeks all remedies as allowed by law.

505.   Also, as alleged in more detail herein, at the time Tesla warranted and sold or leased the Class Vehicles, it knew that the Class Vehicles were inherently defective and did not conform to their warranties; further, Tesla had wrongfully and fraudulently concealed material facts regarding the Class Vehicles. Plaintiff and the other North Carolina Class members were therefore induced to purchase or lease the Class Vehicles under false and/or fraudulent pretenses.

506.   Finally, because of Tesla's breach of warranty as set forth herein, Plaintiff and the other North Carolina Class members assert, as additional and/or alternative remedies, the revocation of acceptance of the goods and the return to Plaintiff and the other North Carolina Class members of the purchase or lease price of all Class Vehicles

326

currently owned or leased, and for such other incidental and consequential damages as allowed.

507.    Tesla has been provided notice of these issues by numerous complaints, including complaints by its own certified dealers, as described above.

508.    As a direct and proximate result of Tesla's breach of the warranties of merchantability, Plaintiff and the North Carolina Class have been damaged in an amount to be proven at trial.

**COUNT XXXIV**

**BREACH OF CONTRACT/COMMON-LAW WARRANTIES**

**(Based on North Carolina Law)**

**(Brought by Plaintiff Joseph Tyson on behalf of the North Carolina Class)**

509.    Plaintiff Tyson and the North Carolina Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

510.    Plaintiff Tyson brings this cause of action on behalf of himself and the North Carolina Class.

511.    To the extent Tesla's agreements with Plaintiff and/or the North Carolina Class members are deemed not to constitute warranties under North Carolina law, Plaintiff and the North Carolina Class members seek damages pursuant to common-law warranty and contract law theories. Tesla limited the remedies available to Plaintiff and the North Carolina Class members to just those repairs and adjustments needed to correct defects in materials or workmanship of any part supplied by Tesla, and/or warranted the quality or nature of those services to Plaintiff and the North Carolina Class members.

512.    Tesla breached this warranty or contract obligation by failing to repair the Class Vehicles, or to replace them.

513.    As a direct and proximate result of Tesla's breach of contract or common law warranty, Plaintiff and the North Carolina Class members have been damaged in an amount to be proven at trial, which shall include, but is not limited to, all compensatory damages, incidental and consequential damages, and other damages allowed by law.

327

1

**COUNT XXXV**

2

**FRAUDULENT CONCEALMENT AND/OR OMISSION**

3

**(Based on North Carolina Law)**

4

**(Brought by Plaintiff Joseph Tyson on behalf of the North Carolina Class)**

5    514.   Plaintiff Tyson and the North Carolina Class incorporate by reference each

6    preceding and succeeding paragraph as though fully set forth at length herein.

7    515.   Plaintiff Tyson brings this cause of action on behalf of himself and the North

8    Carolina Class.

9    516.   As set forth above, Tesla concealed and/or suppressed material facts

10   concerning the safety of their vehicles, which they were legally obligated to disclose.

11   517.   Tesla had a duty to disclose the sudden uncommanded acceleration defect in

12   the Class Vehicles because Tesla consistently marketed the Class Vehicles as safe and

13   proclaimed that safety is one of Tesla's highest priorities. Once Tesla made

14   representations to the public about safety, it was under a duty to disclose these omitted

15   facts because where one does speak one must speak the whole truth and not conceal any

16   facts which materially qualify those facts stated. One who volunteers information must be

17   truthful, and the telling of a half-truth calculated to deceive is fraud.

18   518.   Tesla made material omissions concerning a presently existing or past fact in

19   that, for example, Tesla did not fully and truthfully disclose to its customers the true

20   nature of the sudden uncommanded acceleration defect which was not readily

21   discoverable by them until many years after purchase or lease of the defective Class

22   Vehicles. These facts, and other facts as set forth above, were material because

23   reasonable people attach importance to their existence or nonexistence in deciding which

24   vehicle to purchase.

25   519.   In addition, Tesla had a duty to disclose these omitted material facts because

26   they were known and/or accessible only to Tesla who had superior knowledge and access

27   to the facts, and Tesla knew they were not known to or reasonably discoverable by

28

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

Plaintiff and the North Carolina Class members. These omitted facts were material because they directly impacted the safety of the defective Class Vehicles.

520.   Tesla was in exclusive control of the material facts and such facts were not known to the public or the North Carolina Class members. Tesla also possessed exclusive knowledge of the defects rendering defective Class Vehicles inherently more dangerous and unreliable than similar vehicles.

521.   Tesla actively concealed and/or suppressed these material facts, in whole or in part, with the intent to induce Plaintiff and the North Carolina Class members to purchase the defective Class Vehicles at a higher price for the vehicles, which did not match the vehicles' true value.

522.   Plaintiff and the North Carolina Class members were unaware of these omitted material facts and would not have acted as they did if they had known of the concealed and/or suppressed facts. The actions of Plaintiff and the North Carolina Class members were justified. Tesla was in exclusive control of the material facts and such facts were not known to the public or to Plaintiff and the North Carolina Class members.

523.   Plaintiff and the North Carolina Class members reasonably relied on these omissions and suffered damages as a result.

524.   Tesla still has not made full and adequate disclosure and continues to defraud Plaintiff and the North Carolina Class.

525.   As a result of the concealment and/or suppression of the facts, Plaintiff and the North Carolina Class members sustained damage. Should Plaintiff and/or other North Carolina Class members seek to affirm the sale, these damages include the difference between the actual value of that which Plaintiff and/or such North Carolina Class members paid and the actual value of that which they received, together with additional damages arising from the sales transaction, amounts expended in reliance upon the fraud, compensation for loss of use and enjoyment of the property, and/or lost profits. Should Plaintiff and/or other North Carolina Class members seek to rescind the purchase, then

329

Plaintiff and such North Carolina Class members are entitled to restitution and consequential damages.

526.    Tesla's acts were done maliciously, oppressively, deliberately, with intent to defraud, and in reckless disregard of the rights and wellbeing of Plaintiff and the North Carolina Class members, for the purpose of enriching Tesla. Tesla's conduct warrants an assessment of punitive damages in an amount sufficient to deter such conduct in the future, which amount is to be determined according to proof at trial.

**COUNT XXXVI**

**UNJUST ENRICHMENT**

**(Based on North Carolina Law)**

**(Brought by Plaintiff Joseph Tyson on behalf of the North Carolina Class)**

527.    Plaintiff Tyson and the North Carolina Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

528.    Plaintiff Tyson brings this cause of action on behalf of himself and the North Carolina Class.

529.    As a result of its wrongful and fraudulent acts and omissions, as set forth above, pertaining to the Class Vehicles, Tesla charged a higher price for the Class Vehicles than Plaintiff otherwise would have paid, and thus obtained monies which rightfully belong to Plaintiff and to North Carolina Class members.

530.    Tesla knowingly enjoyed the benefit of increased financial gains, to the detriment of Plaintiff and the North Carolina Class members, each of whom paid a higher price for vehicles than they would have paid had they known the true facts regarding the Class Vehicles' sudden uncommanded acceleration defect.

531.    Plaintiff and the North Carolina Class members, therefore, are entitled to restitution and seek an order establishing Tesla as constructive trustees of the profits unjustly obtained, plus interest.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## I.     Claims Brought on Behalf of the Oregon Class:

## COUNT XXXVII

## VIOLATION OF THE OREGON UNLAWFUL TRADE PRACTICES ACT

## (Or. Rev. Stat. §§ 646.605, et seq.)

### (By Plaintiffs Curley on Behalf of the Oregon Class)

532.   Plaintiff Curley and the Oregon Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

533.   Plaintiff Curley brings this claim on behalf of himself and on behalf of the members of the Oregon Class.

534.   The Oregon Unfair Trade Practices Act ("OUTPA") prohibits a person from, in the course of the person's business, doing any of the following: "(e) Represent[ing] that . . . goods . . . have . . . characteristics . . . uses, benefits, . . . or qualities that they do not have; (g) Represent[ing] that . . . goods . . . are of a particular standard [or] quality . . . if they are of another; and (i) Advertis[ing] . . . goods or services with intent not to provide them as advertised." Or. Rev. Stat. § 646.608(1).

535.   Tesla is a person within the meaning of Or. Rev. Stat. § 646.605(4).

536.   The Class Vehicles are "goods" obtained primarily for personal family or household purposes within the meaning of Or. Rev. Stat. § 646.605(6).

537.   In the course of Tesla's business, it willfully failed to disclose and actively concealed the dangerous defects in the Class Vehicles as described above. Accordingly, Tesla engaged in unlawful trade practices, including representing that the Class Vehicles have characteristics, uses, benefits, and qualities which they do not have; representing that the Class Vehicles are of a particular standard and quality when they are not; and advertising the Class Vehicles with the intent not to sell them as advertised. Tesla knew or should have known that its conduct violated the OUTPA. As a result of these unlawful trade practices, Plaintiff and the members of the Oregon Class have suffered ascertainable loss.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

538.   Tesla engaged in a deceptive trade practice when it failed to disclose material information concerning the Tesla vehicles which was known to Tesla at the time of the sale. Tesla deliberately withheld the information about the vehicles' propensity for rapid, uncontrolled acceleration in order to ensure that consumers would purchase its vehicles and to induce the consumer to enter into a transaction.

539.   The propensity of the Class Vehicles for rapid, uncontrolled acceleration were material to Plaintiff and the members of the Oregon Class. Had Plaintiff and the members of the Oregon Class known that the Class Vehicles had these serious safety defects, they would not have purchased the Class Vehicles.

540.   Plaintiff and the members of the Oregon Class suffered ascertainable loss caused by Tesla's failure to disclose material information. Plaintiff and the members of the Oregon Class overpaid for the Class Vehicles and did not receive the benefit of their bargain. The value of the Class Vehicles has diminished because of the defects alleged herein, and Plaintiff and the members of the Oregon Class now own Class Vehicles that are not safe.

541.   Plaintiff and the Oregon Class members are entitled to recover the greater of actual damages or $200 pursuant to Or. Rev. Stat. § 646.638(1). Plaintiff is also entitled to punitive damages because Tesla engaged in conduct amounting to a particularly aggravated, deliberate disregard of the rights of others.

542.   Plaintiff is also entitled to any equitable relief the court considers appropriate, Or. Rev. Stat. § 646.638(1). Absent injunctive relief, Tesla will continue to injure Plaintiffs and the Class members. Tesla's misrepresentations and omissions regarding the defect in its vehicles causing sudden uncommanded acceleration are ongoing. Even if such conduct were to cease, Tesla's behavior is capable of repetition or re-occurrence because Tesla is a dominant player in the automobile industry and has many tens of thousands of customers in Oregon alone.

543.   Plaintiffs individually seek public injunctive relief, under Oregon's Unlawful Trade Practices Act, to protect the Class members and the general public from

332

Tesla's false advertisements and omissions—including Tesla's ongoing claims that its vehicles are the safest production vehicles on the road, not capable of sudden uncommanded acceleration, and that all instances of alleged sudden uncommanded acceleration are the result of driver error.

544.    Pursuant to Or. Rev. Stat. § 646.638(2), Plaintiff will mail a copy of the complaint to Oregon's Attorney General.

**COUNT XXXVIII**

**BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY**

**(Or. Rev. Stat. § 72.3140)**

**(By Plaintiff Curley on Behalf of the Oregon Class)**

545.    Plaintiff Curley and the Oregon Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

546.    Plaintiff Curley brings this claim on behalf of himself and on behalf of the members of the Oregon Class.

547.    Tesla is and was at all relevant times a merchant with respect to motor vehicles.

548.    A warranty that the Class Vehicles were in merchantable condition is implied by law in the instant transactions.

549.    The Class Vehicles, when sold and at all times thereafter, were not in merchantable condition and are not fit for the ordinary purpose for which cars are used. Specifically, the Class Vehicles are inherently defective in that there are defects in the vehicle control systems that permit sudden unintended acceleration to occur.

550.    Tesla was provided notice of these issues by numerous complaints filed against it, as alleged herein.

551.    As a direct and proximate result of Tesla's breach of the warranties of merchantability, Plaintiff and the Oregon Class members have been damaged in an amount to be proven at trial.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

# COUNT XXXIX

## FRAUD BY CONCEALMENT

### (Based on Oregon Law)

### (By Plaintiff Curley on Behalf of the Oregon Class)

552.   Plaintiff Curley and the Oregon Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

553.   Plaintiff Curley bring this claim on behalf of himself and on behalf of the members of the Oregon Class.

554.   Plaintiff and the Oregon Class members reallege and incorporate by reference all paragraphs as though fully set forth herein.

555.   As set forth above, Tesla concealed and/or suppressed material facts concerning the safety of its vehicles.

556.   Tesla had a duty to disclose these safety issues because it consistently marketed their vehicles as safe and proclaimed that safety is one of its highest corporate priorities.

557.   In addition, Tesla had a duty to disclose these omitted material facts because they were known and/or accessible only to Tesla, and Tesla knew these facts were not known to or reasonably discoverable by Plaintiff and the Oregon Class members. These omitted facts were material because they directly impact the safety of the Class Vehicles. Whether or not a vehicle accelerates only at the driver's command, and whether a vehicle will stop or not upon application of the brake by the driver, are material safety concerns. Tesla possessed exclusive knowledge of the defects rendering the Class Vehicles inherently dangerous and unreliable.

558.   Tesla actively concealed and/or suppressed these material facts, in whole or in part, with the intent to induce Plaintiff and the Oregon Class members to purchase the Class Vehicles at a higher price than they otherwise would have agreed to pay for the Class Vehicles had they possessed knowledge of the defects.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

559.   Tesla still has not made full and adequate disclosure and continues to defraud Plaintiff and the members of the Oregon Class.

560.   Plaintiff and the members of the Oregon Class were unaware of these omitted material facts and would not have acted as they did if they had known of the concealed and/or suppressed facts. The actions of Plaintiff and the members of the Oregon Class were justified. Tesla was in exclusive control of the material facts and such facts were not known to the public or the members of the Oregon Class.

561.   As a result of the concealment and/or suppression of the facts, Plaintiff and the members of the Oregon Class sustained damage.

562.   Tesla's acts were done maliciously, oppressively, deliberately, with intent to defraud, and in reckless disregard of the rights and well-being of Plaintiff and the Oregon Class, for the purpose of enriching Tesla. Tesla's conduct warrants an assessment of punitive damages in an amount sufficient to deter such conduct in the future, which amount is to be determined according to proof.

## COUNT XL

## UNJUST ENRICHMENT

### (Based on Oregon Law)

### (By Plaintiff Curley on Behalf of the Oregon Class)

563.   Plaintiff Curley and the Oregon Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

564.   Plaintiff Curley brings this claim on behalf of himself and on behalf of the members of the Oregon Class.

565.   Tesla had knowledge of the safety defects in its vehicles, which it failed to disclose to Plaintiff and the Oregon Class members.

566.   As a result of their wrongful and fraudulent acts and omissions, as set forth above, pertaining to the design defect of their vehicles and the concealment of the defect, Tesla charged a higher price for the Class Vehicles than Plaintiff and the Oregon Class

335

members would have otherwise paid for them, and Tesla obtained monies which rightfully belong to Plaintiff.

567.   Tesla appreciated, accepted, and retained the non-gratuitous benefits conferred upon them by Plaintiff and the Oregon Class members, who without knowledge of the safety defects paid a higher price than they would have paid had they known about the defects. It would be inequitable and unjust for Tesla to retain these wrongfully obtained profits.

568.   Therefore, Plaintiff are entitled to restitution and seek an order establishing Tesla as constructive trustee of the profits unjustly obtained, plus interest.

## J.    Claims Brought on Behalf of the Pennsylvania Class:

### COUNT XLI

### VIOLATIONS OF THE PENNSYLVANIA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW

### (73 Pa. Stat. § 201-1, *et seq.*)

### (By Plaintiffs Wayne Sallurday, Lori Sallurday, and Gleason on Behalf of the Pennsylvania Class)

569.   Plaintiffs Sallurday, Sallurday, and Gleason and the Pennsylvania Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

570.   Plaintiffs Sallurday, Sallurday, and Gleason bring this claim on behalf of themselves and on behalf of the members of the Pennsylvania Class.

571.   Plaintiffs are natural person who purchased a Class Vehicle for personal, family or household purposes.

572.   The Pennsylvania Unfair Trade Practices and Consumer Protection Law ("PUTPCPL") prohibits "[u]nfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce" as set forth in the statute. 73 Pa. Stat. § 201-3.

336

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

573.    Tesla engaged in unfair and deceptive acts in the conduct of trade or commerce in violation of the PUTPCPL by the practices described above, and by knowingly and intentionally concealing from Plaintiffs and the members of the Pennsylvania Class that the Class Vehicles suffer from a design defect (and the costs, risks, and diminished value of the vehicles as a result of this problem). These acts and practices violate, at a minimum, the following sections of PUTPCPL section 201-2:

- Misrepresenting the source, sponsorship, approval or certification of goods or services;

- Representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation or connection that he does not have;

- Representing that goods or services are of a particular standard, quality or grade, or that goods are of a particular style or model, if they are of another;

- Advertising goods and services with intent not to sell them as advertised; and

- Engaging in any other fraudulent or deceptive conduct which creates a likelihood of confusion or of misunderstanding.

574.    Tesla knew that its Class Vehicles were defectively designed or manufactured and unsuitable for their intended use of providing safe and reliable transportation.

575.    Tesla was under a duty to Plaintiffs and the Class to disclose the defective nature of the Class Vehicles and the Defect because:

a.    Tesla was in a superior position to know the true state of facts about the safety defect and associated repair costs in the Class Vehicles;

b.    Plaintiffs and the Class members could not reasonably have been expected to learn or discover that the Class Vehicles and had a dangerous safety defect until manifestation of the Defect;

337

c.      Tesla knew that Plaintiffs and the Class members could not reasonably have been expected to learn or discover the Defect and the associated repair costs necessitated thereby until the manifestation of the defect; and/or

d.      Tesla actively concealed the Defect and the associated repair costs by claiming the Defect does not exist and, in many cases, blaming Class members for events of sudden uncommanded acceleration.

576.   In failing to disclose the Defect and the associated safety risks and repair costs that result from it, Tesla knowingly and intentionally concealed material facts and breached their duty not to do so.

577.   The facts concealed or not disclosed by Tesla to Plaintiffs and the Pennsylvania Class members are material in that a reasonable consumer would have considered them to be important in deciding whether to purchase a Class Vehicle or pay a lesser price. Had Plaintiffs and the members of the Pennsylvania Class known about the defective nature of the Class Vehicles, they would not have purchased the Class Vehicles, would have paid less for them or would have avoided the extensive repair costs associated therewith.

578.   Unfair or deceptive acts and practices as defined by the PUTPCPL also include "[f]ailing to comply with the terms of any written guarantee or warranty given to the buyer at, prior to or after a contract for the purchase of goods or services is made." 73 Pa. Stat. § 201-2(4)(xiv). Tesla violated the PUTPCPL by refusing to undertake measures to correct the Defect in Plaintiffs' vehicles at no cost to pursuant to the terms of the New Limited Vehicle Warranty applicable to all Class Vehicles.

579.   Tesla's failure to honor their warranty terms proximately caused injuries to Plaintiffs and other Pennsylvania Class members. Had Tesla honored their warranty, Plaintiffs and other Pennsylvania Class members would not have incurred substantial repair costs.

580.   Pursuant to 73 Pa. Stat. § 201-9.2, Plaintiffs request that the Court grant treble damages.

## COUNT XLII

## BREACH OF EXPRESS WARRANTY

### (Under Pennsylvania Law)

### (By Plaintiffs Wayne Sallurday, Lori Sallurday, and Stephanie Gleason on behalf of the Pennsylvania Class)

581.   Plaintiffs Sallurday, Sallurday, and Gleason and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

582.   Plaintiffs Sallurday, Sallurday, and Gleason bring this claim on behalf of themselves and on behalf of the members of the Pennsylvania Class.

583.   Tesla provided all purchasers and lessees of the Class Vehicles with the express warranties described herein, which became part of the basis of the parties' bargain. Accordingly, Tesla's warranties are express warranties under state law.

584.   In addition, Tesla made statements and/or promises to Class members that its vehicles would be fully operational, safe, and reliable to drive.

585.   Tesla breached these warranties by selling and leasing Class Vehicles such that they were not fully operational, safe, or reliable to drive. Tesla has exacerbated the breach by failing to fix the Defect, either because Tesla failed to identify the problem or failed to provide free repairs or replacements during the applicable warranty periods.

586.   Plaintiffs notified Tesla of the breach within a reasonable time, and/or was not required to do so because affording Tesla a reasonable opportunity to cure its breaches would have been futile. Tesla has known about the Defect but chose instead to conceal it as a means of avoiding compliance with its warranty obligations.

587.   As a direct and proximate cause of Tesla's breach, Plaintiffs and the other Class members bought or leased Class Vehicles they otherwise would not have, overpaid for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles

339

suffered a diminution in value. Plaintiffs and the Class members have incurred and will continue to incur costs related to the Defect's diagnosis and repair.

588.   Any attempt to disclaim or limit these express warranties vis-à-vis consumers is unconscionable and unenforceable under the circumstances here. Specifically, Tesla's warranty limitations are unenforceable because it knowingly sold a defective product without giving notice to Plaintiffs or the Pennsylvania Class.

589.   The time limits contained in Tesla's warranty period were also unconscionable and inadequate to protect Plaintiffs and Pennsylvania Class members. Among other things, Plaintiffs and members of the Pennsylvania Class had no meaningful choice in determining these time limitations, the terms of which unreasonably favored Tesla. A gross disparity in bargaining power existed between Tesla and the Class members because Tesla knew or should have known that the Class Vehicles were defective at the time of sale.

590.   Plaintiffs and Class members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Tesla's conduct.

## COUNT XLIII
## BREACH OF IMPLIED WARRANTY
### (Under Pennsylvania Law)

**(By Plaintiffs Wayne Sallurday, Lori Sallurday, and Stephanie Gleason on Behalf of the Pennsylvania Class)**

591.   Plaintiffs Sallurday, Sallurday, and Gleason and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

592.   Plaintiffs Sallurday, Sallurday, and Gleason bring this claim on behalf of themselves and on behalf of the members of the Pennsylvania Class.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

593.   Tesla was at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles. Tesla knew or had reason to know of the specific use for which the Class Vehicles were purchased.

594.   Tesla provided Plaintiffs and the members of the Pennsylvania Class with an implied warranty that the Class Vehicles and any parts thereof are merchantable and fit for the ordinary purposes for which they were sold. However, the Class Vehicles are not fit for their ordinary purpose of providing reasonably reliable and safe transportation at the time of sale or thereafter because, *inter alia*, the Class Vehicles suffered from a defect at the time of sale. Therefore, the Class Vehicles are not fit for their particular purpose of providing safe and reliable transportation.

595.   Tesla impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use. This implied warranty included, among other things: (i) a warranty that the Class Vehicles manufactured, supplied, distributed, and/or sold by Tesla were safe and reliable for the purpose for which they were installed; and (ii) a warranty that the Class Vehicles would be fit for their intended use.

596.   Contrary to the applicable implied warranties, the Class Vehicles at the time of sale and thereafter were not fit for their ordinary and intended purpose of providing Plaintiffs and the other Class members with reliable, durable, and safe transportation. Instead, the Class Vehicles suffer from a defective design(s) and/or manufacturing defect(s).

597.   Tesla's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

**K.     Claims Brought on Behalf of the Texas Class:**

**COUNT XLIV**

**VIOLATIONS OF THE TEXAS DECEPTIVE TRADE PRACTICES ACT**

**(Tex. Bus. & Com. Code § 17.41, *et seq*.)**

**(By Plaintiffs Guzman, Rakestraw, and Syed on Behalf of the Texas Class)**

598.   Plaintiffs Guzman, Rakestraw, and Syed and the Texas Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

599.   Plaintiffs Guzman, Rakestraw, and Syed bring this claim on behalf of themselves and on behalf of the members of the Texas Class.

600.   Tesla's above-described acts and omissions constitute false, misleading or deceptive acts or practices under the Texas Deceptive Trade Practices–Consumer Protection Act, Tex. Bus. & Com. Code § 17.41, *et seq.* ("Texas DTPA").

601.   By failing to disclose and actively concealing the dangerous risk of uncommanded sudden acceleration in the Class Vehicles, Tesla engaged in deceptive business practices prohibited by the Texas DTPA, including (1) representing that the Class Vehicles have characteristics, uses, benefits, and qualities which they do not have, (2) representing that the Class Vehicles are of a particular standard, quality, and grade when they are not, (3) advertising the Class Vehicles with the intent not to sell them as advertised, (4) representing that a transaction involving the Class Vehicles confers or involves rights, remedies, and obligations which it does not, and (5) failing to disclose information concerning the Class Vehicles with the intent to induce consumers to purchase or lease the Class Vehicles.

602.   As alleged above, Tesla made numerous material statements about the safety and reliability of the Class Vehicles that were either false or misleading. Each of these statements contributed to the deceptive context of Tesla's unlawful advertising and representations as a whole.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

603.   Tesla's unfair or deceptive acts or practices were likely to and did in fact deceive reasonable consumers, including Plaintiffs and the Texas Class members, about the true safety and reliability of the Class Vehicles.

604.   In purchasing or leasing their vehicles, Plaintiffs relied on Tesla's misrepresentations and/or omissions with respect of the safety and reliability of the Class Vehicles. Tesla's representations turned out not to be true because the Class Vehicles can unexpectedly and dangerously accelerate. Had the Plaintiffs known these facts, they would not have purchased or leased the Class Vehicles and/or paid as much for them.

605.   Tesla also breached express and implied warranties to Plaintiffs and the Texas Class, as set out above, and are, therefore liable to Plaintiffs and the Texas Class for damages under §§ 17.50(a)(2) and 17.50(b) of the Texas DTPA.  Tesla's actions also constitute an unconscionable action or course of action under § 17.50(a)(3) of the Texas DTPA.

606.   Plaintiffs and the Texas Class sustained damages as a result of Tesla's unlawful acts and are, therefore, entitled to damages and other relief provided for under § 17.50(b) of the Texas DTPA. Because Tesla's conduct was committed knowingly and/or intentionally, Plaintiffs and the Texas Class are entitled to treble damages.

607.   Absent injunctive relief, Tesla will continue to injure Plaintiffs, the Class members, and the general public. Tesla's misrepresentations and omissions regarding the defect in its vehicles causing sudden uncommanded acceleration are ongoing. Even if such conduct were to cease, Tesla's behavior is capable of repetition or re-occurrence because Tesla is a dominant player in the automobile industry and has many tens of thousands of customers in Texas alone.

608.   Plaintiffs individually seek public injunctive relief, under § 17.50(b)(2) of the Texas DTPA, to protect the Class members and the general public from Tesla's false advertisements and omissions—including Tesla's ongoing claims that its vehicles are the safest production vehicles on the road, not capable of sudden uncommanded acceleration,

343

1  and that all instances of alleged sudden uncommanded acceleration are the result of
2  driver error.

3      609.   For those Plaintiffs and Texas Class members who wish to rescind their
4  purchases, they are entitled under § 17.50(b)(4) to rescission and other relief necessary to
5  restore any money or property that was acquired from them based on violations of the
6  Texas DTPA.

7      610.   Plaintiffs and the Texas Class also seek court costs and attorneys' fees under
8  section 17.50(d) of the Texas DTPA.

**COUNT XLV**

**BREACH OF EXPRESS WARRANTY**

**(Tex. Bus. & Com. Code § 2.313)**

**(By Plaintiffs Guzman, Rakestraw, and Syed on Behalf of the Texas Class)**

13     611.   Plaintiffs Guzman, Rakestraw, and Syed and the Texas Class reallege and
14  incorporate by reference all paragraphs as though fully set forth herein.

15     612.   Plaintiffs Guzman, Rakestraw, and Syed bring this claim on behalf of
16  themselves and on behalf of the members of the Texas Class.

17     613.   Tesla is and was, at all relevant times, a merchant with respect to motor
18  vehicles under Tex. Bus. & Com. Code § 2.104.

19     614.   In the course of selling the Class Vehicles, Tesla expressly warranted in
20  writing that the Class Vehicles were covered by a Basic Warranty.

21     615.   Tesla breached the express warranty to repair and adjust to correct defects in
22  materials and workmanship of any part supplied by Tesla. Tesla has not repaired or
23  adjusted, and has been unable to repair or adjust, the Class Vehicles' materials and
24  workmanship defects.

25     616.   In addition to its written warranties, Tesla expressly warranted several
26  attributes, characteristics and qualities as set forth above.

27     617.   The limited warranty of repair and/or adjustments to defective parts, fails in
28  its essential purpose because the contractual remedy is insufficient to make Plaintiffs and

344

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

the Texas Class members whole, and because Tesla has failed and/or has refused to adequately provide the promised remedies within a reasonable time.

618.   Accordingly, recovery by Plaintiffs and the Texas Class members is not limited to the limited warranty of repair or adjustments to parts defective in materials or workmanship, and Plaintiffs seek all remedies as allowed by law.

619.   Also, as alleged in more detail herein, at the time that Tesla warranted and sold the vehicles it knew that the vehicles did not conform to the warranties and were inherently defective, and Tesla wrongfully and fraudulently misrepresented and/or concealed material facts regarding their vehicles. Plaintiffs and the Texas Class members were therefore induced to purchase the vehicles under false and/or fraudulent pretenses. The enforcement under these circumstances of any limitations whatsoever precluding the recovery of incidental and/or consequential damages is unenforceable.

620.   Moreover, many of the damages flowing from the Class Vehicles cannot be resolved through the limited remedy of "replacement or adjustments," as those incidental and consequential damages have already been suffered due to Tesla's fraudulent conduct as alleged herein, and due to its failure and/or continued failure to provide such limited remedy within a reasonable time, and any limitation on Plaintiffs' and the Class' remedies would be insufficient to make Plaintiffs and the Texas Class members whole.

621.   Finally, due to Tesla's breach of warranties as set forth herein, Plaintiffs and the Class assert as an additional and/or alternative remedy, as set forth in Tex. Bus. & Com. Code § 2.711, for a revocation of acceptance of the goods, and for a return to Plaintiffs and to the Class of the purchase price of all vehicles currently owned and for such other incidental and consequential damages as allowed under Tex. Bus. & Com. Code §§ 2.711 and 2.608.

622.   Tesla was provided notice of these issues by numerous complaints filed against it, including the instant complaint, and by numerous individual letters and communications sent by Plaintiffs and the Texas Class before or within a reasonable

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

amount of time after Tesla issued the recall and the allegations of vehicle defects became public.

623.   As a direct and proximate result of Tesla's breach of express warranties, Plaintiffs and the members of the Texas Class have been damaged in an amount to be determined at trial.

## COUNT XLVI

## BREACH OF THE IMPLIED WARRANTY OF MERCHANTABILITY
### (Tex. Bus. & Com. Code § 2.314)

### (By Plaintiffs Guzman, Rakestraw, and Syed on Behalf of the Texas Class)

624.   Plaintiffs Guzman, Rakestraw, and Syed and the Texas Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

625.   Plaintiffs Guzman, Rakestraw, and Syed bring this claim on behalf of themselves and on behalf of the members of the Texas Class.

626.   Tesla is and was at all relevant times a merchant with respect to motor vehicles under Tex. Bus. & Com. Code § 2.104.

627.   A warranty that the Class Vehicles were in merchantable condition was implied by law, pursuant to Tex. Bus. & Com. Code § 2.314.

628.   The Class Vehicles, when sold and at all times thereafter, were not in merchantable condition and are not fit for the ordinary purpose for which cars are used. Specifically, the Class Vehicles are inherently defective in that there are defects in the vehicle control systems that permit sudden unintended acceleration to occur.

629.   Tesla has been provided notice of these issues by numerous complaints, including the instant complaint, and by numerous individual letters and communications sent by Plaintiffs and the Texas Class members before or within a reasonable amount of time after Tesla issued the recall and the allegations of vehicle defects became public.

630.   As a direct and proximate result of Tesla's breach of the warranties of merchantability, Plaintiffs and the Texas Class members have been damaged in an amount to be proven at trial.

346

**COUNT XLVII**

**BREACH OF CONTRACT/COMMON LAW WARRANTY**

**(Based on Texas Law)**

**(By Plaintiffs Guzman, Rakestraw, and Syed on Behalf of the Texas Class)**

631.   Plaintiffs Guzman, Rakestraw, and Syed and the Texas Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

632.   Plaintiffs Guzman, Rakestraw, and Syed bring this claim on behalf of themselves and on behalf of the members of the Texas Class.

633.   To the extent Tesla's repair or adjust commitment is deemed not to be a warranty under the Texas Business and Commerce Code, Plaintiffs plead in the alternative under common law warranty and contract law. Tesla limited the remedies available to Plaintiffs and the members of the Texas Class to just repairs and adjustments needed to correct defects in materials or workmanship of any part supplied by Tesla, and/or warranted the quality or nature of those services to Plaintiffs.

634.   Tesla breached this warranty or contract obligation by failing to repair the Class Vehicles evidencing a sudden unintended acceleration problem, including those that were recalled, or to replace them.

635.    As a direct and proximate result of Tesla's breach of contract or common law warranty, Plaintiffs and the Texas Class members have been damaged in an amount to be proven at trial, which shall include, but is not limited to, all compensatory damages, incidental and consequential damages, and other damages allowed by law.

**COUNT XLVIII**

**FRAUD BY CONCEALMENT**

**(Based on Texas Law)**

**(By Plaintiffs Guzman, Rakestraw, and Syed on Behalf of the Texas Class)**

636.   Plaintiffs Guzman, Rakestraw, and Syed and the Texas Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

637.   Plaintiffs Guzman, Rakestraw, and Syed bring this claim on behalf of themselves and on behalf of the members of the Texas Class.

638.   As set forth above, Tesla concealed and/or suppressed material facts concerning the safety of their vehicles.

639.   Tesla had a duty to disclose these safety issues because they consistently marketed their vehicles as safe and proclaimed that safety is one of Tesla's highest corporate priorities.

640.   In addition, Tesla had a duty to disclose these omitted material facts because they were known and/or accessible only to Tesla who has superior knowledge and access to the facts, and Tesla knew the facts were not known to or reasonably discoverable by Plaintiffs and the members of the Texas Class. These omitted facts were material because they directly impact the safety of the Class Vehicles.

641.   Tesla was deliberately silent and actively concealed and/or suppressed these material facts, in whole or in part, with the intent to induce Plaintiffs and the members of the Texas Class to purchase the Class Vehicles at a higher price than they would have paid had they known about the defects.

642.   Tesla still has not made full and adequate disclosure and continue to defraud Plaintiffs and the members of the Texas Class.

643.   Plaintiffs and the members of the Texas Class were unaware of these omitted material facts and would not have acted as they did if they had known of the concealed and/or suppressed facts. The actions taken by Plaintiffs and the members of the Texas Class were reasonable and justified. Tesla was in exclusive control of the material facts and such facts were not known to the public or the members of the Texas Class.

644.   As a result of the concealment and/or suppression of the facts, Plaintiffs and the members of the Texas Class sustained damage.

645.   Tesla's acts were done maliciously, oppressively, deliberately, with intent to defraud, and in reckless disregard of the rights and well-being of the Plaintiffs and the members of the Texas Class. Tesla's conduct warrants an assessment of punitive

348

damages in an amount sufficient to deter such conduct in the future, which amount is to be determined according to proof.

**COUNT XLIX**

**UNJUST ENRICHMENT**

**(Based on Texas Law)**

**(By Plaintiffs Guzman, Rakestraw, and Syed on Behalf of the Texas Class)**

646.   Plaintiffs Guzman, Rakestraw, and Syed and the Texas Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

647.   Plaintiffs Guzman, Rakestraw, and Syed bring this claim on behalf of themselves and on behalf of the members of the Texas Class.

648.   As a result of their wrongful and fraudulent acts and omissions, as set forth above, pertaining to the design defect of their vehicles and the concealment of the defect, Tesla charged a higher price for its vehicles than Plaintiffs and the Texas Class members would have otherwise paid, and thus Tesla obtained monies which rightfully belong to Plaintiffs.

649.   Tesla enjoyed the benefit of increased financial gains, to the detriment of Plaintiffs and the members of the Texas Class, who paid a higher price for vehicles than they would have paid had they known about the defect. It would be inequitable, unjust, and unconscionable for Tesla to retain these wrongfully obtained profits.

650.   Plaintiffs, therefore, seek an order establishing Tesla as a constructive trustee of the profits unjustly obtained, plus interest.

**L.     Claims Brought on Behalf of the Washington Class:**

**COUNT L**

**VIOLATIONS OF THE WASHINGTON CONSUMER PROTECTION ACT**

**(Wash. Rev. Code Ann. §§ 19.86.010, *et seq.*)**

**(By Plaintiff Zhang on Behalf of the Washington Class)**

651.   Plaintiff Zhang and the Washington Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

349

652.    Plaintiff Zhang brings this claim on behalf of himself and the members of the Washington Class.

653.    Defendant, Plaintiffs, and the Washington Class are "persons" within the meaning of Wash. Rev. Code § 19.86.010(2).

654.    Tesla is engaged in "trade" or "commerce" within the meaning of Wash. Rev. Code § 19.86.010(2).

655.    The Washington Consumer Protection Act ("Washington CPA") makes unlawful "[u]nfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce." Wash. Rev. Code § 19.86.020.

656.    Tesla engaged in unfair and deceptive acts in violation of the Washington CPA by the practices described above, and by knowingly and intentionally concealing from Plaintiffs and Class members that the Class Vehicles suffer from a defect(s) (and the costs, risks, and diminished value of the vehicles as a result of this problem). These acts and practices violate, at a minimum, the following sections of the CPA:

- Representing that goods or services have sponsorships, characteristics, uses, benefits or quantities which they do not have, or that a person has a sponsorship, approval, status, affiliation or connection which he or she does not have;

- Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another; and

- Advertising goods and services with the intent not to sell them as advertised.

657.    Tesla's unfair or deceptive acts or practices occurred repeatedly in its trade or business, were capable of deceiving a substantial portion of the purchasing public and imposed a serious safety risk on the public.

658.    Tesla knew that the Class Vehicles were defectively designed or manufactured, would fail without warning, and were not suitable for their intended use of

350

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

regulating power and vehicle speed based on driver commands. Tesla nevertheless failed to warn Plaintiffs and the Class members about these inherent dangers, despite having a duty to do so.

659.    Tesla had the duty to Plaintiffs and the Class members to disclose the Defect and the defective nature of the Class Vehicles because:

a)    Tesla was in a superior position to know the true state of facts about the Defect and associated repair costs in the Class Vehicles;

b)    Plaintiffs and the Class members could not reasonably have been expected to learn or discover that the Class Vehicles had dangerous defects until the defects became manifest;

c)    Tesla knew that Plaintiffs and the Class members could not reasonably have been expected to learn about or discover the Defect and its associated repair costs;

d)    Tesla actively concealed the Defect, its causes, and resulting effects through deceptive marketing campaigns designed to hide the life-threatening problems from Plaintiffs; and/or

e)    Tesla made incomplete representations about the safety and reliability of the Class Vehicles generally, while purposefully withholding material facts from Plaintiffs that contradicted these representations.

660.    In failing to disclose the Defect and its associated safety risks and repair costs, Tesla has knowingly and intentionally concealed material facts and breached its duty to disclose.

661.    Tesla thus violated the Act, at a minimum by: (1) making direct statements or causing reasonable inferences about the Class Vehicles that had the tendency to mislead consumers; (2) engaging in advertising concerning the safety of the vehicle, the overall impression of which had the tendency to mislead consumers; and (3) failing to make clear and conspicuous disclosures of limitations, disclaimers, qualifications, conditions, exclusions or restrictions of the Class Vehicles.

351

662.   Tesla's unfair or deceptive acts or practices were likely to and did in fact deceive reasonable consumers, including Plaintiff Zhang and Washington Class members, about the safety of Tesla vehicles, the quality of the Tesla brand, and the true value of the Class Vehicles.

663.   The facts Tesla concealed or did not disclose to Plaintiffs and the Class members are material because a reasonable consumer would have considered them to be important in deciding whether to purchase the Class Vehicles or pay a lesser price. Had Plaintiffs and the Class known the Class Vehicles were defective, they would not have purchased the Class Vehicles or would have paid less for them.

664.   Tesla intentionally and knowingly misrepresented material facts regarding the Class Vehicles with intent to mislead Plaintiffs and the Washington Class.

665.   Tesla knew or should have known that its conduct violated the Washington CPA.

666.   Plaintiff Zhang and Washington Class members suffered ascertainable loss and actual damages as a direct and proximate result of Tesla's misrepresentations and its concealment of and failure to disclose material information. Plaintiffs and the Washington Class members who purchased or leased the Class Vehicles would not have purchased or leased them at all and/or—if the Vehicles' true nature had been disclosed and mitigated—would have paid significantly less for them. Plaintiffs also suffered diminished value of their vehicles, as well as lost or diminished use.

667.   Tesla had an ongoing duty to all customers to refrain from unfair and deceptive practices under the Washington CPA in the course of its business.

668.   Tesla's violations present a continuing risk to Plaintiffs as well as to the general public. Defendants' unlawful acts and practices complained of herein affect the public interest.

669.   Absent injunctive relief, Tesla will continue to injure Plaintiffs, the Class members, and the general public. Tesla's misrepresentations and omissions regarding the defect in its vehicles causing sudden uncommanded acceleration are ongoing. Even if

352

such conduct were to cease, Tesla's behavior is capable of repetition or re-occurrence because Tesla is a dominant player in the automobile industry and has many tens of thousands of customers in Washington alone.

670. Plaintiffs individually seek public injunctive relief, under the Washington CPA, to protect the Class members and the general public from Tesla's false advertisements and omissions—including Tesla's ongoing claims that its vehicles are the safest production vehicles on the road, not capable of sudden uncommanded acceleration, and that all instances of alleged sudden uncommanded acceleration are the result of driver error.

671. Pursuant to Wash. Rev. Code § 19.86.090, Plaintiffs and the Washington Class seek an order enjoining Tesla's unfair and/or deceptive acts or practices, damages, punitive damages, and attorneys' fees, costs, and any other just and proper relief available under the Washington CPA. Because Tesla's actions were willful and knowing, Plaintiffs' damages should be trebled. *Id.*

**COUNT LI**

**BREACH OF IMPLIED WARRANTY**

**(Wash. Rev. Code §§ 62A.2-314 and 62A.2A-212)**

**(By Plaintiff Zhang on Behalf of the Washington Class)**

672. Plaintiff Zhang and the Washington Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

673. Plaintiff Zhang brings this claim on behalf of himself and on behalf of the members of the Washington Class.

674. Tesla is and was at all relevant times a "merchant" with respect to motor vehicles under Wash. Rev. Code § 62A.2-104(1) and 62A.2A-103(1)(t), and a "seller" of motor vehicles under § 2.103(a)(4).

675. With respect to leases, Tesla is and was at all relevant times a "lessor" of motor vehicles under Wash. Rev. Code § 62A.2A-103(1)(p).

353

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

676.   The Class Vehicles are and were at all relevant times "goods" within the meaning of Wash. Rev. Code §§ 62A.2-105(1) and 62A.2A-103(1)(h).

677.   A warranty that the Class Vehicles were in merchantable condition and fit for the ordinary purpose for which vehicles are used is implied by law pursuant to Wash. Rev. Code §§ 62A.2-314 and 62A.2A-212.

678.   Tesla provided Plaintiffs and the Class members with an implied warranty that the Class Vehicles, and any parts thereof, are merchantable and fit for the ordinary purposes for which they were sold. The Class Vehicles, however, are not fit for their ordinary purpose because, inter alia, the Class Vehicles suffered from an inherent defect at the time of sale.

679.   The Defect renders the Class Vehicles unfit for the purpose of providing safe and reliable transportation.

680.   Tesla impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use. This implied warranty included, inter alia, the following: (i) a warranty that the Class Vehicles were manufactured, supplied, distributed, and/or sold by Tesla were safe and reliable for providing transportation; and (ii) a warranty that the Class Vehicles would be fit for their intended use—providing safe and reliable transportation—while the Class Vehicles were being operated.

681.   Contrary to the applicable implied warranties, the Class Vehicles were not fit for their ordinary and intended purpose of providing safe and reliable transportation. Instead, the Class Vehicles suffer from a defective design(s) and/or manufacturing defects(s).

682.   Tesla was provided notice of these issues by the numerous complaints filed against it including the instant Complaint, and by numerous individual letters and communications sent by Plaintiffs and others.

683.   As a direct and proximate result of Tesla's breach of the implied warranty of merchantability, Plaintiff Zhang and the other Washington Class members have been damaged in an amount to be proven at trial.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

# COUNT LII

## BREACH OF EXPRESS WARRANTIES

### (Wash. Rev. Code §§ 62A.2-313 and 62A.2A-210)

### (By Plaintiff Zhang on Behalf of the Washington Class)

684.   Plaintiff Zhang and the Washington Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

685.   Plaintiff Zhang brings this claim on behalf of himself and on behalf of the members of the Washington Class.

686.   Tesla is and was at all relevant times a "merchant" with respect to motor vehicles under Wash. Rev. Code § 62A.2-104(1) and 62A.2A-103(1)(t), and a "seller" of motor vehicles under § 2.103(a)(4).

687.   With respect to leases, Tesla is and was at all relevant times a "lessor" of motor vehicles under Wash. Rev. Code § 62A.2A-103(1)(p).

688.   The Class Vehicles are and were at all relevant times "goods" within the meaning of Wash. Rev. Code §§ 62A.2-105(1) and 62A.2A-103(1)(h).

689.   Tesla provided all purchasers and lessees of the Class Vehicles with the express warranties described herein, which became part of the basis of the parties' bargain. Accordingly, Tesla's warranties are express warranties under state law.

690.   In the course of selling its vehicles, Tesla expressly warranted in writing that its vehicles were covered by a New Vehicle Limited Warranty (or "Basic Vehicle Limited Warranty") that provided: "the Basic Vehicle Limited Warranty covers the repair or replacement necessary to correct defects in the materials or workmanship of any parts manufactured or supplied by Tesla that occur under normal use for a period of 4 years or 50,000 miles (80,000 km), whichever comes first."

691.   Tesla distributed the defective parts causing the Defect in the Class Vehicles, and said parts are covered by Tesla's warranties granted to all Class Vehicle purchasers and lessors.

355

692.    Tesla breached these warranties by selling and leasing Class Vehicles with the Defect, requiring repair or replacement within the applicable warranty periods, and refusing to honor the warranties by providing free repairs or replacements during the applicable warranty periods.

693.    Plaintiff notified Tesla of its breach within a reasonable time, and/or were not required to do so because affording Tesla a reasonable opportunity to cure its breaches would have been futile. Tesla also knew about the Defect but chose instead to conceal it as a means of avoiding compliance with its warranty obligations.

694.    As a direct and proximate cause of Tesla's breach, Plaintiff and the other Washington Class members bought or leased Class Vehicles they otherwise would not have, overpaid for their vehicles, did not receive the benefit of their bargain, and their Class Vehicles suffered a diminution in value. Plaintiff and the Washington Class members have incurred and will continue to incur costs related to the Defect's diagnosis and repair.

695.    Any attempt to disclaim or limit these express warranties vis-à-vis consumers is unconscionable and unenforceable under the circumstances here. Specifically, Tesla's warranty limitations are unenforceable because it knowingly sold a defective product without giving notice of the Defect to Plaintiff or the Washington Class.

696.    The time limits contained in Tesla's warranty period were also unconscionable and inadequate to protect Plaintiff and Washington Class members. Among other things, Plaintiff and Washington Class members had no meaningful choice in determining these time limitations, the terms of which unreasonably favored Tesla. A gross disparity in bargaining power existed between Tesla and the Washington Class members because Tesla knew or should have known that the Class Vehicles were defective at the time of sale and would fail well before their useful lives.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

697.   Plaintiff and the Washington Class members have complied with all obligations under the warranty, or otherwise have been excused from performance of said obligations as a result of Tesla's conduct.

698.   As a direct and proximate result of Tesla's breach of express warranties, Plaintiff and the other Washington Class members have been damaged in an amount to be determined at trial.

**COUNT LIII**

**FRAUD BY CONCEALMENT**

**(Based on Washington Law)**

**(By Plaintiff Zhang on Behalf of the Washington Class)**

699.   Plaintiff Zhang and the Washington Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

700.   Plaintiff Zhang brings this claim on behalf of himself and the members of the Washington Class.

701.   As set forth above, Tesla concealed and/or suppressed material facts concerning the safety of its vehicles.

702.   Tesla had a duty to disclose these safety issues because it consistently marketed their vehicles as safe and proclaimed that safety is one of its highest corporate priorities.

703.   In addition, Tesla had a duty to disclose these omitted material facts because they were known and/or accessible only to Tesla, and Tesla knew these facts were not known to or reasonably discoverable by Plaintiff and the Washington Class members. These omitted facts were material because they directly impact the safety of the Class Vehicles. Whether or not a vehicle accelerates only at the driver's command, and whether a vehicle will stop or not upon application of the brake by the driver, are material safety concerns. Tesla possessed exclusive knowledge of the defects rendering the Class Vehicles inherently dangerous and unreliable.

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

704.   Tesla actively concealed and/or suppressed these material facts, in whole or in part, with the intent to induce Plaintiff and the Washington Class members to purchase the Class Vehicles at a higher price than they otherwise would have agreed to pay for the Class Vehicles had they possessed knowledge of the defects.

705.   Tesla still has not made full and adequate disclosure and continues to defraud Plaintiff and the members of the Washington Class.

706.   Plaintiff and the members of the Washington Class were unaware of these omitted material facts and would not have acted as they did if they had known of the concealed and/or suppressed facts. The actions of Plaintiff and the members of the Washington Class were justified. Tesla was in exclusive control of the material facts and such facts were not known to the public or the members of the Washington Class.

707.   As a result of the concealment and/or suppression of the facts, Plaintiff and the members of the Washington Class sustained damage.

708.   Tesla's acts were done maliciously, oppressively, deliberately, with intent to defraud, and in reckless disregard of the rights and well-being of Plaintiff and the Washington Class, for the purpose of enriching Tesla. Tesla's conduct warrants an assessment of punitive damages in an amount sufficient to deter such conduct in the future, which amount is to be determined according to proof.

**COUNT LIV**

**UNJUST ENRICHMENT**

**(Based on Washington Law)**

**(By Plaintiff Zhang on Behalf of the Washington Class)**

709.   Plaintiff Zhang and the Washington Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

710.   Plaintiff Zhang brings this claim on behalf of himself and on behalf of the members of the Washington Class.

711.   Tesla had knowledge of the safety defects in its vehicles, which it failed to disclose to Plaintiff and the Washington Class members.

358

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

712.   As a result of their wrongful and fraudulent acts and omissions, as set forth above, pertaining to the design defect of their vehicles and the concealment of the defect, Tesla charged a higher price for the Class Vehicles than Plaintiff and the Washington Class members would have otherwise paid for them, and Tesla obtained monies which rightfully belong to Plaintiff and the Washington Class members.

713.   Tesla appreciated, accepted, and retained the non-gratuitous benefits conferred upon them by Plaintiff and the Washington Class members, who without knowledge of the safety defects paid a higher price than they would have paid had they known about the defects. It would be inequitable and unjust for Tesla to retain these wrongfully obtained profits.

714.   Therefore, Plaintiff and the Washington Class members are entitled to restitution and seek an order establishing Tesla as constructive trustee of the profits unjustly obtained, plus interest.

## IX.   PRAYER FOR RELIEF

WHEREFORE, Plaintiffs, individually and on behalf of all members of the Class similarly situated, respectfully request that this Court:

A. determine that the claims alleged herein may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure and issue an order certifying one or more Classes as defined above;

B. appoint Plaintiffs as the representatives of the Class(es) and their counsel as Class counsel;

C. award all actual, general, special, incidental, statutory, punitive, and consequential damages and restitution to which Plaintiffs and the Class members are entitled;

D. award pre-judgment and post-judgment interest on such monetary relief;

E. grant appropriate injunctive and/or declaratory relief, including, without limitation, an order that requires Tesla to repair, recall, and/or replace the Model S, Model X, and Model 3 vehicles and to extend the applicable

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

1    warranties to a reasonable period of time, or, at a minimum, to provide

2    Plaintiffs and Class members with appropriate curative notice regarding the

3    existence and cause of sudden uncommanded acceleration;

4    F.  award reasonable attorneys' fees and costs;

5    G.  grant such further relief that this Court deems appropriate.

6    Dated: July 6, 2020                          Respectfully submitted,

7                                                 MCCUNE WRIGHT AREVALO LLP

8

9                                          By:  /s/ *David C. Wright*
                                                David C. Wright

10

11                                              Richard D. McCune, State Bar No. 132124
                                                rdm@mccunewright.com
12                                              David C. Wright, State Bar No. 177468
                                                dcw@mccunewright.com
13                                              Steven A. Haskins, State Bar No. 238865
                                                sah@mccunewright.com
14                                              Mark I. Richards, State Bar No. 321252
                                                mir@mccunewright.com
15                                              MCCUNE WRIGHT AREVALO LLP
                                                3281 Guasti Road, Suite 100
16                                              Ontario, California 91761
                                                Telephone: (909) 557-1250
17                                              Facsimile: (909) 557-1275

18                                              Benjamin L. Bailey (Pro Hac Vice)
                                                bbailey@baileyglasser.com
19                                              Eric B. Snyder (Pro Hac Vice)
                                                esnyder@baileyglasser.com
20                                              Jonathan D. Boggs (Pro Hac Vice)
                                                jboggs@baileyglasser.com
21                                              BAILEY GLASSER LLP
                                                209 Capitol Street
22                                              Charleston, West Virginia 25301
                                                Telephone: (304) 345-6555
23

24                                              Arthur H. Bryant, State Bar No. 208365
                                                abryant@baileyglasser.com
25                                              Todd A. Walburg, State Bar No. 213063
                                                twalburg@baileyglasser.com
26                                              BAILEY GLASSER LLP
                                                1999 Harrison Street, Suite 660
27                                              Oakland, California 94612
                                                Telephone: (510) 272-8000
28                                              Facsimile: (510) 463-0291

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

Donald H. Slavik (Pro Hac Vice)
dslavik@slavik.us
**SLAVIK LAW FIRM, LLC**
2955 Village Drive, Suite 16
Steamboat Springs, Colorado 80487
Telephone: (970) 457-1011

Attorneys for Plaintiffs and the Putative
Class

## JURY DEMAND

Plaintiffs demand a trial by jury on all issues so triable.

Dated: July 6, 2020

By:  /s/ *David C. Wright*
                              
David C. Wright

Attorneys for Plaintiffs and the Putative
Class

Corrected Second Amended Class Action Complaint
Case No. 2:20-cv-00570-JVS-KES

Exhibit 1



**Tesla** ✔ @Tesla · Sep 13, 2013

Have you been behind the wheel of America's **safest** car yet? Sign up today and we'll get you in the driver's seat! teslamotors.com/models/drive

💬 22          🔁 42          ♡ 24          ↑

Exhibit 2

**Page Vault**

| | |
|---|---|
| Document title: | Model 3 achieves the lowest probability of injury of any vehicle ever tested by NHTSA \| Tesla |
| Capture URL: | https://www.tesla.com/blog/model-3-lowest-probability-injury-any-vehicle-ever-tested-nhtsa |
| Captured site IP: | 23.67.80.107 |
| Page loaded at (UTC): | Mon, 29 Jun 2020 02:30:25 GMT |
| Capture timestamp (UTC): | Mon, 29 Jun 2020 02:30:54 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 6 |
| Capture ID: | 78719ae6-af6b-4584-85c7-a6a71e4de47d |
| User: | bg-wjohnson |

PDF REFERENCE #:        ihc5FPH2RmbSMC7DhiyCjn

# Model 3 achieves the lowest probability of injury of any vehicle ever tested by NHTSA

The Tesla Team  •  October 7, 2018

Based on the advanced architecture of Model S and Model X, which were previously found by the National Highway Traffic Safety Administration (NHTSA) to have the lowest and second lowest probabilities of injury of all cars ever tested, we engineered Model 3 to be the safest car ever built. Now, not only has Model 3 achieved a perfect 5-star safety rating in every category and sub-category, but NHTSA's tests also show that it has the lowest probability of injury of all cars the safety agency has ever tested.

NHTSA tested Model 3 Long Range Rear-Wheel Drive as part of its New Car Assessment Program, a series of crash tests used to calculate the likelihood of serious bodily injury for front, side and rollover crashes. The agency's data shows that vehicle occupants are less likely to get seriously hurt in these types of crashes when in a Model 3 than in any other car. NHTSA's previous tests of Model S and Model X still hold the record for the second and third lowest probabilities of injury, making Tesla vehicles the best ever rated by NHTSA. We expect similar results for other Model 3 variants, including our dual-motor vehicles, when they are rated.



LOWEST PROBABILITY OF INJURY
TESTED BY NHTSA

Get Newsletter  |  Order Yours

---

Document title: Model 3 achieves the lowest probability of injury of any vehicle ever tested by NHTSA | Tesla
Capture URL: https://www.tesla.com/blog/model-3-lowest-probability-injury-any-vehicle-ever-tested-nhtsa
Capture timestamp (UTC): Mon, 29 Jun 2020 02:30:54 GMT

■ MODEL 3   ■ MODEL S   ■ MODEL X    TOP 50 VEHICLES TESTED
BY NHTSA (SINCE 2011)

## What makes Model 3 safe?

In addition to its near 50/50 weight distribution, Model 3 was also designed with an extremely low polar moment of inertia, which means that its heaviest components are located closer to the car's center of gravity. Even though Model 3 has no engine, its performance is similar to what's described as a "mid-engine car" due to its centered battery pack (the heaviest component of the car) and the fact that Model 3's rear motor is placed slightly in front of the rear axle rather than behind it. Not only does this architecture add to the overall agility and handling of the car, it also improves the capability of stability control by minimizing rotational kinetic energy.

Like Model S and Model X, Model 3 benefits from its all-electric architecture and powertrain design, which consists of a strong, rigid passenger compartment, fortified battery pack, and overall low center of gravity. These safety fundamentals help to prevent intrusion into the cabin and battery modules, reduce rollover risk, and distribute crash forces systematically away from the cabin – all while providing the foundation for our superior front crumple zone that is optimized to absorb energy and crush more efficiently. Here, you can see how the orange internal combustion engine block is thrust towards the cabin during a frontal impact test:



Get Newsletter   |   Order Yours




We also added state of the art features and new innovations in crash structure design, restraints and airbags, and battery safety to the core of Model 3's design:

In frontal crashes, Model 3's efficient front crumple zone carefully controls the deceleration of occupants, while its advanced restraint system complements this with pre-tensioners and load-limiters that keep occupants safely in place. Specially designed passenger airbags are shaped to protect an occupant's head in angled or offset crashes, and active vents dynamically adjust the internal pressure of the frontal airbags to optimize protection based on the unique characteristics of the crash. Front and knee airbags and a collapsible steering column work to further reduce injury, all contributing to Model 3's 5-star rating in frontal impact.



In pole impact crashes, in which a narrow obstruction impacts the car between the main crash rails, energy-absorbing lateral and diagonal beam structures work to mitigate the impact. This includes a high-strength aluminum bumper beam, a sway bar placed low and forward in the front of the car, cross-members at the front of the steel subframe that are connected to the main crash rails, and additional diagonal beams in the subframe that distribute energy back to the crash rails when they aren't directly impacted. An ultra-high strength martensitic steel beam is also attached to the top of the front suspension to further absorb crash energy from severe impacts, and the rear part of the subframe is shaped like a "U" and buckles down when impacted. These structures continue to be effective even when a front motor is added for Model 3 Dual-Motor All-Wheel Drive, due to the fact that the subframe is designed to pull the nose of the motor down and out of the way.

Get Newsletter | Order Yours

crash rails when they aren't directly impacted. An ultra-high strength martensitic steel beam is also attached to the top of the front subframe to further absorb crash energy from severe impacts, and the rear part of the subframe is shaped like a "U" and buckles down when impacted. These structures continue to be effective even when a front motor is added for Model 3 Dual-Motor All-Wheel Drive, due to the fact that the subframe is designed to pull the nose of the motor down and out of the way.



Model 3 also has the lowest intrusion from side pole impact of any vehicle tested by NHTSA. Unlike frontal crashes, there is little room for crumple zone in a side impact, so we patented our own pillar structures and side sills to absorb as much energy as possible in a very short distance. These structures work alongside the vehicle's rigid body and fortified battery architecture to further reduce and prevent compartment intrusion. With less intrusion into the cabin, our side airbags have more space to inflate and cushion the occupants inside.



Rollover accidents are a significant contributor to injuries and deaths on U.S. roads. Tesla's vehicle architecture is fundamentally designed to have a very low center of gravity, which is accomplished by placing the heavy battery pack and

Get Newsletter  |  Order Yours



Rollover accidents are a significant contributor to injuries and deaths on U.S. roads. Tesla's vehicle architecture is fundamentally designed to have a very low center of gravity, which is accomplished by placing the heavy battery pack and electric motors as close to the ground as possible. In the event that a rollover does occur, our internal tests show that the Model 3 body structure can withstand roof-crush loads equivalent to more than four times its own weight and with very little structural deformation. NHTSA's standards only require that cars withstand loads of three times their own weight.

Many companies try to build cars that perform well in crash tests, and every car company claims their vehicles are safe. But when a crash happens in real life, these test results show that if you are driving a Tesla, you have the best chance of avoiding serious injury.

---

**Methodology**

While NHTSA's New Car Assessment Program doesn't distinguish safety performance beyond its 5-star scale, every car rated by NHTSA since 2011 is assigned a Vehicle Safety Score, which NHTSA calculates by taking the weighted average of the Relative Risk Scores (RRS) in front, side and rollover crashes. We compared the underlying and publicly-available NHTSA data for each published vehicle since this calculation protocol began in 2011 (dockets: NHTSA-2010-0164, NHTSA-2011-0085, NHTSA-2012-0055, NHTSA-2013-0053, NHTSA-2014-0043, NHTSA-2015-0034, NHTSA-2016-0045, NHTSA-2017-0037).

The Vehicle Safety Score represents the "relative risk of injury with respect to a baseline of 15%," according to NHTSA. Model 3 achieved a Vehicle Safety Score of 0.38, which is lower than any other vehicle rated in NHTSA's public documents. By multiplying the Vehicle Safety Score by NHTSA's 15% baseline figure, we arrived at an overall probability of injury for Model 3 of 5.7%. Applying the same calculation to each of the vehicles rated in NHTSA's documents, we found that Model S achieved an overall probability of injury of 6.3%, and Model X achieved an overall probability of injury of 6.5%, making them the vehicles with the second and third lowest probabilities of injury, respectively, based on NHTSA's publicly-available data and records.

We respect that NHTSA only endorses ratings from 1-5 stars so they can be helpful for the public to make quick and easy comparisons. The star ratings are especially helpful to show on the Monroney window stickers of new vehicles that are offered for sale. At the same time, we used NHTSA's own methodology and data to help further educate the public about important safety information.

SHARE 🐦

Tesla © 2020    Privacy & Legal    Contact    Careers    Get Newsletter    Forums    Locations

Get Newsletter    |    Order Yours

Document title: Model 3 achieves the lowest probability of injury of any vehicle ever tested by NHTSA | Tesla
Capture URL: https://www.tesla.com/blog/model-3-lowest-probability-injury-any-vehicle-ever-tested-nhtsa
Capture timestamp (UTC): Mon, 29 Jun 2020 02:30:54 GMT    Page 5 of 5

Exhibit 3



**Tesla** ✔ @Tesla · Oct 8, 2018

Model 3 has the lowest overall probability of injury for any car ever tested by
@nhtsagov. Model S is #2. Model X is #3. There is no **safer** car in the world
than a Tesla



Tesla Safety
🔗 www.tesla.com

💬 222          ↩ 4.2K          ♡ 14.8K          ↥

Exhibit 4



Exhibit 5

Page Vault

| | |
|---|---|
| Document title: | Tesla Vehicle Safety Report | Tesla |
| Capture URL: | https://www.tesla.com/VehicleSafetyReport#:~:text=That's%20why%20Tesla%20vehicles%20are,all%20drivers%20on%20the%20road. |
| Captured site IP: | 104.68.243.190 |
| Page loaded at (UTC): | Mon, 29 Jun 2020 02:28:19 GMT |
| Capture timestamp (UTC): | Mon, 29 Jun 2020 02:29:48 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 6 |
| Capture ID: | 3d04d3c8-f9ed-4619-b390-5de2be40c823 |
| User: | bg-wjohnson |

PDF REFERENCE #:        qfkNUyHWZgDWKgoj8MxhZP


# Tesla Vehicle Safety Report

At Tesla, we believe that technology can help improve safety. That's why Tesla vehicles are engineered to be the safest cars in the world. We believe the unique combination of passive safety, active safety, and automated driver assistance is crucial for keeping not just Tesla drivers and passengers safe, but all drivers on the road. It's this notion that grounds every decision we make – from the design of our cars, to the software we introduce, to the features we offer every Tesla owner.

Model S, Model X and Model 3 have achieved the lowest overall probability of injury of any vehicle ever tested by the U.S. government's New Car Assessment Program. Much of this has to do with the rigid, fortified structure of the battery pack that is mounted to a car's floor, which provides a vehicle with exceptional strength, large crumple zones, and a uniquely low center of gravity. Because of their strength, Tesla's battery packs rarely incur serious damage in accidents. And, in the extremely unlikely event that a fire occurs, the state-of-the-art design of our battery packs ensures that its safety system works as intended and isolates a fire to select areas within the battery while simultaneously venting heat away from the passenger cabin and the vehicle.

While no car can prevent all accidents, we work every day to try to make them much less likely to occur. Active safety features come standard on all Tesla vehicles made after September 2014 for an added layer of safety beyond the physical structure of each car. Because every Tesla is connected, we're able to use the billions of miles of real-world data from our global fleet – of which more than 1 billion have been driven with Autopilot engaged – to understand the different ways accidents happen. We then develop features that can help Tesla drivers mitigate or avoid accidents. Through over-the-air software updates, we're able to introduce safety features and enhancements long after a car has been delivered, as well as release updated versions of existing safety features that take into account the most up-to-date real-world data collected by our fleet.

In October 2018, we began voluntarily releasing quarterly safety data in order to provide critical safety information about our vehicles to the public, and in July 2019 we began voluntarily releasing annually updated data about vehicle fires as well. Accident rates among all vehicles on the road can vary from quarter to quarter and can be affected by seasonality, like reduced daylight and inclement weather conditions.

## Accident Data



In October 2018, we began voluntarily releasing quarterly safety data in order to provide critical safety information about our vehicles. Beginning in July 2019 we began voluntarily releasing annually updated data about vehicle fires as well. Accident rates among all vehicles on the road can vary from quarter to quarter and can be affected by seasonality, like reduced daylight and inclement weather conditions.

## Accident Data



Q1 2020 ⌄

In the 1st quarter, we registered one accident for every 4.68 million miles driven in which drivers had Autopilot engaged. For those driving without Autopilot but with our active safety features, we registered one accident for every 1.99 million miles driven. For those driving without Autopilot and without our active safety features, we registered one accident for every 1.42 million miles driven. By comparison, NHTSA's most recent data shows that in the United States there is an automobile crash every 479,000 miles.

Total overall miles and crashes were significantly reduced in this quarter.

Q4 2019 ⌄

In the 4th quarter, we registered one accident for every 3.07 million miles driven in which drivers had Autopilot engaged. For those driving without Autopilot but with our active safety features, we registered one accident for every 2.10 million miles driven. For those driving without Autopilot and without our active safety features, we registered one accident for every 1.64 million miles driven. By comparison, NHTSA's most recent data shows that in the United States there is an automobile crash every 479,000 miles.*

*Note: Since we released our last quarterly safety report, NHTSA has released new data, which we've referenced in this quarter's report.

Q3 2019 ⌄

In the 3rd quarter, we registered one accident for every 4.34 million miles driven in which drivers had Autopilot engaged. For those driving without Autopilot but with our active safety features, we registered one accident for every 2.70 million miles driven. For those driving without Autopilot and without our active safety features, we registered one accident for every 1.82 million miles driven. By comparison, NHTSA's most recent data shows that in the United States there is an automobile crash every

In the 3rd quarter, we registered one accident for every 4.34 million miles driven in which drivers had Autopilot engaged. For those driving without Autopilot but with our active safety features, we registered one accident for every 2.70 million miles driven. For those driving without Autopilot and without our active safety features, we registered one accident for every 1.82 million miles driven. By comparison, NHTSA's most recent data shows that in the United States there is an automobile crash every 498,000 miles.

| Q2 2019 | ⌄ |
|---|---|

In the 2nd quarter, we registered one accident for every 3.27 million miles driven in which drivers had Autopilot engaged. For those driving without Autopilot but with our active safety features, we registered one accident for every 2.19 million miles driven. For those driving without Autopilot and without our active safety features, we registered one accident for every 1.41 million miles driven. By comparison, NHTSA's most recent data shows that in the United States there is an automobile crash every 498,000 miles.*

*Note: Since we released our last quarterly safety report, NHTSA has released new data, which we've referenced in this quarter's report.

| Q1 2019 | ⌄ |
|---|---|

In the 1st quarter, we registered one accident for every 2.87 million miles driven in which drivers had Autopilot engaged. For those driving without Autopilot but with our active safety features, we registered one accident for every 1.76 million miles driven. For those driving without Autopilot and without our active safety features, we registered one accident for every 1.26 million miles driven. By comparison, NHTSA's most recent data shows that in the United States there is an automobile crash every 436,000 miles.

| Q4 2018 | ⌄ |
|---|---|

In the 4th quarter, we registered one accident for every 2.91 million miles driven in which drivers had Autopilot engaged. For those driving without Autopilot but with our active safety features, we registered one accident for every 1.58 million miles driven. For those driving without Autopilot and without our active safety features, we registered one accident for every 1.25 million miles driven. By comparison, NHTSA's most recent data shows that in the United States there is an automobile crash every 436,000 miles.*

In the 4th quarter, we registered one accident for every 2.91 million miles driven in which drivers had Autopilot engaged. For those driving without Autopilot but with our active safety features, we registered one accident for every 1.58 million miles driven. For those driving without Autopilot and without our active safety features, we registered one accident for every 1.25 million miles driven. By comparison, NHTSA's most recent data shows that in the United States there is an automobile crash every 436,000 miles.*

*Note: Since we released our Q3 report, NHTSA has released new data, which we've referenced in our Q4 report.

---

Q3 2018                                                              ⌄

Over the past quarter, we've registered one accident or crash-like event for every 3.34 million miles driven in which drivers had Autopilot engaged. For those driving without Autopilot but with our active safety features, we registered one accident or crash-like event for every 1.92 million miles driven. For those driving without Autopilot and without our active safety features, we registered one accident or crash-like event for every 2.02 million miles driven. By comparison, NHTSA's most recent data shows that in the United States there is an automobile crash every 492,000 miles.

# Vehicle Fire Data



2019                                                                ⌄

From 2012 – 2019, there has been approximately one Tesla vehicle fire for every 175 million miles traveled. By comparison, data from the National Fire Protection Association (NFPA) and U.S. Department of Transportation shows that in the United States there is a vehicle fire for every 19 million miles traveled.

In order to provide an apt comparison to NFPA data, Tesla's data set includes instances of vehicle fires caused by structure fires, arson, and other things unrelated to the vehicle, which account for some of the Tesla vehicle fires over this time period.

---

2018                                                                ⌄

From 2012 – 2018, there has been approximately one Tesla vehicle fire for

---

In order to provide an apt comparison to NFPA data, Tesla's data set includes instances of vehicle fires caused by structure fires, arson, and other things unrelated to the vehicle, which account for some of the Tesla vehicle fires over this time period.

## 2018 ⌄

From 2012 – 2018, there has been approximately one Tesla vehicle fire for every 170 million miles traveled. By comparison, data from the National Fire Protection Association (NFPA) and U.S. Department of Transportation shows that in the United States there is a vehicle fire for every 19 million miles traveled.

In order to provide an apt comparison to NFPA data, Tesla's data set includes instances of vehicle fires caused by structure fires, arson, and other things unrelated to the vehicle, which account for about 15% of Tesla vehicle fires over this time period.

Tesla © 2020    Privacy & Legal    Contact    Careers    Get Newsletter    Forums    Locations

Exhibit 6



**Elon Musk** ✔ @elonmusk · May 15    ⌄

Tesla makes the safest cars in the world & our factory injury rate is better than industry avg & tracking to be better than any auto plant in North America. We care deeply about **safety** at a fundamental level.

💬 196          ⇄ 340          ♡ 3K          ⬆

Exhibit 7

ES19-001858 07



U.S. Department
of Transportation

**National Highway
Traffic Safety
Administration**

120• New Jersey Avenue. SE
Washington, DC  20590

October 17, 2018

**<u>CERTIFIED MAIL</u>**

Mr. Elon Musk
Product Architect and CEO
Tesla Motors
3500 Deer Creek
Palo Alto, CA 94340

Dear Mr. Musk,

The National Highway Safety Administration (NHTSA) has recently become aware that your
company has issued a number of misleading statements regarding the recent Government 5-Star
Safety Ratings of the Tesla Model 3. This letter serves as notice that your use of NHTSA 5-Star
Ratings and associated data is inconsistent with NHTSA's Government 5-Star Ratings for
Motor Vehicles Advertising & Communication Usage Guidelines (Guidelines).[1] Because your
company has also previously failed to conform to these Guidelines, we are also referring this
matter to the Federal Trade Commission's Bureau of Consumer Protection to investigate
whether these statements constitute unfair or deceptive acts or practices.

The NHTSA Government 5-Star Safety Ratings program provides important safety information
to help consumers make informed vehicle purchases, which in turn helps save lives, prevent
injuries, and reduce economic costs due to road traffic crashes. Adherence to the Guidelines by
all vehicle manufacturers and their advertisers, including Tesla, ensures that accurate and
consistent information is conveyed to the public and is essential to the fair and consistent
implementation of the program across the industry.

For a second time now, Tesla has failed to comply with the terms of the Guidelines. For
example, a post on your company's corporate blog dated October 7, 2018[2] contains the
following statements:

---

[1] Available at: http://www.safercar.gov/staticfiles/safercar/NCAP/NCAP_Advertising_Guidelines-11202013.pdf
[2] *Model 3 achieves the lowest probability of injury of any vehicle ever tested by NHTSA*, TESLA, Oct. 7, 2018
https://www.tesla.com/blog/model-3-lowest-probability-injury-any-vehicle-ever-tested-nhtsa.

- "Model 3 achieves the lowest probability of injury of any vehicle ever tested by NHTSA"
- ". . . NHTSA's tests also show that it has the lowest probability of injury of all cars the safety agency has ever tested."
- "The agency's data shows that vehicle occupants are less likely to get seriously hurt in these types of crashes when in a Model 3 than in any other car."
- "But when a crash happens in real life, these test results show that if you are driving a Tesla, you have the best chance of avoiding serious injury."

Similar claims are repeated throughout the rest of the blog post.

On October 8, 2018, a tweet linking to that blog post claimed: "Model 3 has the lowest overall probability of injury for any car ever tested by @nhtsagov. Model S is #2. Model X is #3. There is no safer car in the world than a Tesla."[3] Another tweet linking to the same blog post said: "Model 3 has the lowest intrusion from side pole impact of any vehicle tested by @NHTSAgov"[4]

NHTSA's Guidelines explain that comparing frontal crash ratings or Overall Vehicle Scores of two or more vehicles with a weight differential of more than 250 pounds is inappropriate. This is because frontal crash tests involve crashing a vehicle into a fixed barrier, and therefore the results of the test are directly affected by the mass of the vehicle. The nature of the test makes it impossible to compare results of vehicles that vary in weight by more than 250 pounds. It is therefore inaccurate to claim that the Model 3 has "the lowest probability of injury of all cars" or that Model 3 occupants are "less likely to get seriously hurt" or "have the best chance of avoiding a serious injury."

The Guidelines warn against comparison statements like these because such statements mislead consumers about the relative safety of different vehicle models. Frontal crash test data cannot determine whether a Model 3 would fare better in a real world frontal collision with, for instance, a significantly heavier SUV. This is not without significance. When a vehicle with larger mass collides with a vehicle with smaller mass, the larger vehicle has a greater chance of survivability and injury avoidance. To say that Tesla's midsize sedan has a lower probability of injury than, say, a larger SUV could be interpreted as misunderstanding safety data, an intention to mislead the public, or both.

---

[3] Tesla (@Tesla), TWITTER (Oct. 8, 2018), https://twitter.com/Tesla/status/1049285440979664897.
[4] Tesla (@Tesla), TWITTER (Oct. 8, 2018), https://twitter.com/Tesla/status/1049285776393953280.

A number of NHTSA studies have evaluated the impact of vehicle mass on fatality rates,[5] and these potential safety differences are not reflected in a vehicle's frontal crash test results. It is impossible to say based on the frontal crash results or Overall Vehicle Scores whether the Model 3 is safer than other 5-Star rated vehicles. This is also why the guidelines discourage the use of misleading words such as "perfect, "safest" or "best in class" to describe a 5-star rating.

This is not the first time that Tesla has disregarded the Guidelines in a manner that may lead to consumer confusion and give Tesla an unfair market advantage. We have therefore also referred this matter to the Federal Trade Commission Bureau of Consumer Protection to investigate whether these statements constitute unfair or deceptive acts or practices.

Fair and accurate use of the 5-Star Ratings program, consistent with the Guidelines, to promote the sale of vehicles with high levels of safety is in everyone's best interests. I trust that Tesla Motors will take immediate corrective action to remedy prior statements and ensure future statements will conform with the Guidelines.

Sincerely



(b)(6)

Jonathan Morrison
Chief Counsel

cc:  Todd A. Maron, General Counsel, Tesla Motors
     Andrew Smith, Director, Federal Trade Commission Bureau of Consumer Protection

---

[5] *See, e.g.* NAT'L HIGHWAY TRAFFIC SAFETY ADMIN., *Relationships between Fatality Risk, Mass, and Footprint in Model Year 2003–2010 Passenger Cars & LTVs: Preliminary Report*, No. NHTSA-2016-0068, (June 2016), https://www.nhtsa.gov/sites/nhtsa.dot.gov/files/2016-prelim-relationship-fatalityrisk-mass-footprint-2003-10.pdf

Exhibit 8

**Page Vault**

| | |
|---|---|
| Document title: | There is no "unintended acceleration" in Tesla vehicles \| Tesla |
| Capture URL: | https://www.tesla.com/blog/no-unintended-acceleration-tesla-vehicles |
| Captured site IP: | 104.118.202.26 |
| Page loaded at (UTC): | Mon, 06 Jul 2020 14:16:22 GMT |
| Capture timestamp (UTC): | Mon, 06 Jul 2020 14:22:22 GMT |
| Capture tool: | v7.0.6 |
| Collection server IP: | 54.174.78.137 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 54ca5872-6d5b-49f3-af8e-3702c13fa735 |
| User: | bg-wjohnson |

PDF REFERENCE #:        9qv98rqNEs9MbKrHboMtH5

# There is no "unintended acceleration" in Tesla vehicles

The Tesla Team  •  January 20, 2020

This petition is completely false and was brought by a Tesla short-seller. We investigate every single incident where the driver alleges to us that their vehicle accelerated contrary to their input, and in every case where we had the vehicle's data, we confirmed that the car operated as designed. In other words, the car accelerates if, and only if, the driver told it to do so, and it slows or stops when the driver applies the brake.

While accidents caused by a mistaken press of the accelerator pedal have been alleged for nearly every make/model of vehicle on the road, the accelerator pedals in Model S, X and 3 vehicles have two independent position sensors, and if there is any error, the system defaults to cut off motor torque. Likewise, applying the brake pedal simultaneously with the accelerator pedal will override the accelerator pedal input and cut off motor torque, and regardless of the torque, sustained braking will stop the car. Unique to Tesla, we also use the Autopilot sensor suite to help distinguish potential pedal misapplications and cut torque to mitigate or prevent accidents when we're confident the driver's input was unintentional. Each system is independent and records data, so we can examine exactly what happened.

We are transparent with NHTSA, and routinely review customer complaints of unintended acceleration with them. Over the past several years, we discussed with NHTSA the majority of the complaints alleged in the petition. In every case we reviewed with them, the data proved the vehicle functioned properly.

SHARE

Get Newsletter   |   Order Yours

Exhibit 9

