# Exhibit 2

Exhibit 2
Page 017

Serial: RN109439651-00-20190719200511



## Motor Vehicle Purchase Agreement
### Vehicle Configuration

**Customer Information**

Inkie Lee



LA CANADA, CA 91011

| Description | Total in USD |
|---|---|
| Model X | $81,000.00 |
| Model X Standard Range | $0.00 |
| Pearl White Multi-Coat | $2,000.00 |
| 20" Silver Wheels | $0.00 |
| All Black Premium Interior with Figured Ash Wood Décor | $0.00 |
| Premium Upgrades Package | $0.00 |
| Six Seat Interior | $6,000.00 |
| Pay-as-you-go Supercharging | $0.00 |
| Autopilot | $0.00 |

**Reservation** RN109439651

**Order Payment** $ 2,500.00

**Accepted by Customer on** N/A

**Odometer** 50

Price indicated does not include taxes and governmental fees, which will be calculated as your delivery date nears. You will be responsible for these additional taxes and fees.

| | | |
|---|---|---|
| Subtotal | $ | 89,000.00 |
| Destination Fee | $ | 1,125.00 |
| Documentation Fee | $ | 75.00 |
| Transportation Fee (if applicable) | $ | 0.00 |
| Order Modification Fee (if applicable) | $ | 0.00 |
| Total | $ | 90,200.00 |

Motor Vehicle Purchase Agreement, Vehicle Configuration
Tesla, Inc ©2019

Page 1 of 1

TESLA_0034

Exhibit 2
Page 018