COOLEY LLP
MICHAEL G. RHODES (116127)
rhodesmg@cooley.com
WHITTY SOMVICHIAN (194463)
wsomvichian@cooley.com
DANIELLE C. PIERRE (300567)
dpierre@cooley.com
KELSEY R. SPECTOR (321488)
kspector@cooley.com
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Attorneys for Defendant
TESLA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INKIE LEE, WAYNE SALLURDAY; LORI SALLURDAY; ANANDHI BHARADWAJ; SARGON DANIEL; STEPHANIE GLEASON; LAVERNE JACKSON; and SANDY XIA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:20-cv-00570-JVS-KES<br><br>**NOTICE OF APPEARANCE OF KELSEY R. SPECTOR FOR DEFENDANT TESLA, INC.**<br><br>Trial Date: None Set<br>Date Action Filed: January 20, 2020 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
KELSEY R. SPECTOR
CASE NO. 2:20-CV-00570-JVS-KES

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that Defendant Tesla, Inc. files this Notice of Appearance and hereby notifies the Court and all parties that Kelsey R. Spector of the law firm Cooley LLP, 101 California Street, Fifth Floor, San Francisco, CA 94111, hereby enters her appearance as counsel of record for Tesla, Inc. in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

Kelsey R. Spector (kspector@cooley.com)
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

Dated:  September 2, 2020                COOLEY LLP

By: /s/ *Kelsey R. Spector*
    Kelsey R. Spector

Attorneys for Defendant
TESLA, INC.

222504921

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE OF
KELSEY R. SPECTOR
CASE NO. 2:20-CV-00570-JVS-KES