| | |
|---|---|
| Richard D. McCune (SBN 132124)<br>rdm@mccunewright.com<br>David C. Wright (SBN 177468)<br>dcw@mccunewright.com<br>**MCCUNE WRIGHT AREVALO LLP**<br>3281 Guasti Road, Suite 100<br>Ontario, California 91761<br>Telephone: (909) 557-1250<br>Facsimile: (909) 557-1275<br><br>Benjamin L. Bailey (Pro Hac Vice)<br>bbailey@baileyglasser.com<br>Eric B. Snyder (Pro Hac Vice)<br>esnyder@baileyglasser.com<br>Jonathan D. Boggs (Pro Hac Vice)<br>jboggs@baileyglasser.com<br>**BAILEY & GLASSER LLP**<br>209 Capitol Street<br>Charleston, West Virginia 25301<br>Telephone: (304) 345-6555<br><br>Arthur H. Bryant (SBN 208365)<br>abryant@baileyglasser.com<br>Todd A. Walburg (SBN 213063)<br>twalburg@baileyglasser.com<br>**BAILEY & GLASSER LLP**<br>475 14th Street, Suite 610<br>Oakland, California 94612<br>Telephone: (510) 272-8000<br>Facsimile: (510) 463-0291<br><br>Attorneys for Plaintiffs and the Putative Class | Michael Rhodes (SBN 116127)<br>(mrhodes@cooley.com)<br>Whitty Somvichian, (SBN 194463)<br>(wsomvichian@cooley.com)<br>Danielle C. Pierre (SBN 300567)<br>(dpierre@cooley.com)<br>**COOLEY LLP**<br>101 California, 5th Floor<br>San Francisco, California 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Vincent Galvin (SBN 104448)<br>Vincent.galvin@bowmanandbrooke.com<br>**BOWMAN AND BROOKE LLP**<br>1741 Technology Drive, Suite 200<br>San Jose, CA  95110-1355<br>Telephone: (408) 279-5393<br><br>Attorneys for Defendant Tesla, Inc<br><br><br>*Additional Plaintiffs' Counsel listed on signature page |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| INKIE LEE, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>TESLA, INC. and Does 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:20-cv-00570-JVS<br><br>**JOINT STATUS REPORT RE ARBITRATION PROCEEDINGS** |

Plaintiffs Inkie Lee, Wayne Sallurday, Lori Sallurday, Anandhi Bharadwaj, Sargon Daniel, Stephanie Gleason, Laverne Jackson, Sandy Xia, Nissim Ahronee, Sanjay Chopra, Edwin Arroyave, Michael Curley, William Doyle, Robert Gucwa, Javier Guzman, Susan Hutcheson, Mace Rakestraw, Rodrigo Rodriguez, Hasnin Syed, Yufei Wu, Wendy Hensel, Joseph Tyson, and Yuxiang Zhang, individually and on behalf of the Putative Class, and Defendant Tesla, Inc., by and through their respective counsel of record, jointly submit this status report, pursuant to the Court's October 1, 2020, Order Regarding Defendant Tesla's Motion to Compel Arbitration, (Dkt. No. 54), staying the proceedings for all parties pending the completion of binding arbitration for the individual claims of Plaintiffs Lee, Ahronee, Arroyave, Rodriguez, and Xia, and all arbitrable claims of Plaintiffs Bharadwaj, Guzman, Rakestraw, Curley, Gucwa, Daniel, Gleason, Hutcheson, the Sallurdays, Hensel, Tyson, and Zhang. The Court further ordered the parties "to file a joint status report at the earlier of six (6) months from the date of th[e] Order or within ten (10) days of completion of the arbitration proceedings." *Id.*

As of the date of this filing, arbitration proceedings of the above-mentioned plaintiffs have not been completed and the parties thus request that the Court continue the stay of this matter, and order the parties to file a further joint status report on October 1, 2021, or within ten (10) days of the completion of the arbitration proceedings, whichever comes first.

Dated: March 31, 2021                             Respectfully submitted,

                                              By:  /s/ *David C. Wright*
                                                   David C. Wright
                                                   MCCUNE WRIGHT AREVALO, LLP

                                                   Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: March 31, 2021 | By: /s/ *Whitty Somvichian*[1] |
| 2 | | Whitty Somvichian |
| | | Cooley, LLP |
| 3 | | Attorneys for Defendant |

---

[1] Counsel has provided authorization to sign and electronically file this document for him via email on March 31, 2021.